# DECLARATION OF WENDY L. PHIFER

As provided by 28 U.S.C. § 1746, I, Wendy L. Phifer, hereby declare as follows:

1. My name is Wendy L. Phifer. I am a United States citizen and over eighteen years of age. I reside in the State of Wisconsin.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

3. I am employed as a Paralegal by the Wisconsin Department of Justice.

4. In October 2022, the Wisconsin Department of Financial Institutions, working in cooperation with the Wisconsin Department of Justice, served a subpoena on Global Holdings, LLC ("Global"), seeking account information for the Wisconsin clients of "Great Lakes Law Firm." A true copy of that subpoena is provided in Exhibit 25, pages 2-14.

5. As part of my duties, I was provided with access to the documents produced by Global in response to the subpoena and asked to review and summarize them.

6. Studying the Global documents, I was able to determine how the deposits made by **Mr. [redacted] B[redacted]**, a Wisconsin client of "Great Lakes Law Firm," were allocated by Global. I was able to determine how much of his money was allocated to pay settlements, how much was allocated to fees, and how much was refunded to him.

7. My determination was as follows:

| | |
|---|---|
| Deposits by Mr. [redacted] B[redacted] | $8,413.88 |
| Fees: | $6,018.48 |
| Settlement payments: | $1,313.27 |
| Unaccounted: | $260.00 |
| Refund to Mr. [redacted] B[redacted]: | $821.13 |

8. What follows is a description of how I summarized these top-line figures for Mr. [redacted] B[redacted]'s account from the Global documents.

9. Global produced to Wisconsin a large Excel worksheet containing approximately 194,900 rows of data, Document ID Global_WI_000163. This document appeared to contain each transaction into and out of each of the Wisconsin client accounts maintained by Global. 1,624 unique Wisconsin clients are identified in this document, one of whom is Mr. [redacted] B[redacted]

10. I copied all of the transactions for Mr. [redacted] B[redacted] from Global_WI_000163 into **Exhibit 1**, attached hereto.

11. Global_WI_000163 showed 151 transactions in Mr. [redacted] B[redacted]'s account from April 3, 2020 through August 6, 2021.

12. Using the columns in Global_WI_000163 named "Class Desc" and "Description" I was able to determine the amount of deposits, fees, payments, a discrepancy, and a refund within Mr. [redacted] B[redacted]'s account.

13. In Global_WI_000163, the following values appear the "Class Desc" and "Description" fields in Mr. [redacted] B[redacted]'s account transactions (with "Class Desc" listed first):

<u>Deposit</u>: Draft Payment; Monthly Draft;

<u>Customer Fee</u>: Admin Fee; Retainer Fee; Service Fee

<u>Transaction Fee</u>: Global Direct Pay Fee; Monthly Service Charge; Phone Pay USB

<u>Payment</u>: Settlement Fee - Rausch Sturm; Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP

<u>Payment</u>: Rausch Sturm; Rausch, Sturm, Israel, Enerson, & Hornik LLP

<u>Reversal</u>: Reverse: Rausch, Sturm, Israel, Enerson, & Hornik LLP

<u>Manual</u>: Manual Transfer – Refund

<u>Withdrawal</u>: Withdrawal

14. In my summary above (paragraph 7), Deposits by Mr. [redacted] B[redacted] are the total of <u>Deposit</u>: Draft Payment and Monthly Draft.

15. In my summary above (paragraph 7), Fees are the total of <u>Customer Fee</u>: Admin Fee; Retainer Fee; Service Fee; <u>Transaction Fee</u>: Global Direct Pay Fee; Monthly Service Charge; Phone Pay USB; and <u>Payment</u>: Settlement Fee - Rausch Sturm; Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP.

16. In my summary above (paragraph 7), Payments are the total of <u>Payment</u>: Rausch Sturm; Rausch, Sturm, Israel, Enerson, & Hornik LLP; and <u>Reversal</u>: Reverse: Rausch, Sturm, Israel, Enerson, & Hornik LLP.

17. In my summary above (paragraph 7), Refund to Mr. [redacted] B[redacted] is the total of <u>Manual</u>: Manual Transfer – Refund.

18. In my summary above (paragraph 7), Unaccounted is the difference between a June 18, 2021, Withdrawal compared to the amount Mr. [redacted] B[redacted] was refunded on August 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2024.

WENDY L. PHIFER

Excerpt of Golbal_WI_000163

Columns A through I, N

| A | B | C | D | E | F | G | H | I | N |
|---|---|---|---|---|---|---|---|---|---|
| **Client Id** | **First Name** | **Last Name** | **Address1** | **Address2** | **City** | **State** | **Zip Code** | **Company Name** | **Account Id** |
| [redacted] | | [redacted] | [redacted] | | [redacted] | | [redacted] | Great Lakes Law Firm LLC-Great Lakes Client Serv | [redacted] |



Exhibit 1

Excerpt of Golbal_WI_000163

Columns J though M, O

| J | K | L | M | O |
|---|---|---|---|---|
| **Post Date** | **Description** | **Transaction Amount** | **Balance** | **Class Desc** |
| 03-APR-20 03.02.18.000035958 PM | Monthly Draft - 04/01/20 | 273.71 | 273.71 | Deposit |
| 03-APR-20 03.08.33.000057099 PM | Monthly Service Charge - 03/20 | -10.95 | 262.76 | Transaction Fee |
| 07-APR-20 03.11.53.000087023 PM | Retainer Fee - 04/07/20 | -75.00 | 187.76 | Customer Fee |
| 07-APR-20 03.12.04.000092394 PM | Admin Fee - 04/07/20 | -44.50 | 143.26 | Customer Fee |
| 07-APR-20 03.12.52.000110702 PM | Service Fee - 04/07/20 | -134.14 | 9.12 | Customer Fee |
| 17-APR-20 03.04.47.000074647 PM | Monthly Draft - 04/15/20 | 273.71 | 282.83 | Deposit |
| 21-APR-20 03.11.47.000103019 PM | Retainer Fee - 04/21/20 | -75.00 | 207.83 | Customer Fee |
| 21-APR-20 03.12.13.000114620 PM | Admin Fee - 04/21/20 | -44.50 | 163.33 | Customer Fee |
| 21-APR-20 03.13.37.000152453 PM | Service Fee - 04/21/20 | -134.14 | 29.19 | Customer Fee |
| 01-MAY-20 07.10.54.000144289 AM | Monthly Service Charge - 04/20 | -10.95 | 18.24 | Transaction Fee |
| 05-MAY-20 03.04.38.000066723 PM | Monthly Draft - 05/01/20 | 273.71 | 291.95 | Deposit |
| 07-MAY-20 03.09.21.000066377 PM | Retainer Fee - 05/07/20 | -75.00 | 216.95 | Customer Fee |
| 07-MAY-20 03.09.51.000075150 PM | Admin Fee - 05/07/20 | -44.50 | 172.45 | Customer Fee |
| 07-MAY-20 03.10.54.000096902 PM | Service Fee - 05/07/20 | -134.14 | 38.31 | Customer Fee |
| 19-MAY-20 03.05.12.000087005 PM | Monthly Draft - 05/15/20 | 273.71 | 312.02 | Deposit |
| 21-MAY-20 03.07.28.000073329 PM | Retainer Fee - 05/21/20 | -50.00 | 262.02 | Customer Fee |
| 21-MAY-20 03.07.45.000081719 PM | Admin Fee - 05/21/20 | -44.50 | 217.52 | Customer Fee |
| 21-MAY-20 03.09.06.000120204 PM | Service Fee - 05/21/20 | -134.14 | 83.38 | Customer Fee |
| 01-JUN-20 07.29.02.000248298 AM | Monthly Service Charge - 05/20 | -10.95 | 72.43 | Transaction Fee |
| 03-JUN-20 03.05.14.000086639 PM | Monthly Draft - 06/01/20 | 273.71 | 346.14 | Deposit |
| 05-JUN-20 03.08.03.000059830 PM | Retainer Fee - 06/05/20 | -50.00 | 296.14 | Customer Fee |
| 05-JUN-20 03.08.24.000066280 PM | Admin Fee - 06/05/20 | -44.50 | 251.64 | Customer Fee |
| 05-JUN-20 03.09.48.000100453 PM | Service Fee - 06/05/20 | -134.14 | 117.50 | Customer Fee |
| 17-JUN-20 03.06.23.000109153 PM | Monthly Draft - 06/15/20 | 273.71 | 391.21 | Deposit |
| 19-JUN-20 03.07.01.000066603 PM | Retainer Fee - 06/19/20 | -50.00 | 341.21 | Customer Fee |
| 19-JUN-20 03.07.36.000083374 PM | Admin Fee - 06/19/20 | -44.50 | 296.71 | Customer Fee |
| 19-JUN-20 03.08.48.000116823 PM | Service Fee - 06/19/20 | -134.14 | 162.57 | Customer Fee |
| 01-JUL-20 07.11.08.000141790 AM | Monthly Service Charge - 06/20 | -10.95 | 151.62 | Transaction Fee |
| 03-JUL-20 03.02.22.000034008 PM | Monthly Draft - 07/01/20 | 273.71 | 425.33 | Deposit |
| 07-JUL-20 03.09.53.000083309 PM | Retainer Fee - 07/07/20 | -50.00 | 375.33 | Customer Fee |
| 07-JUL-20 03.10.38.000098975 PM | Admin Fee - 07/07/20 | -44.50 | 330.83 | Customer Fee |

Excerpt of Golbal_WI_000163

Columns J though M, O

| | | | | |
|---|---|---|---|---|
| 07-JUL-20 03.11.22.000115013 PM | Service Fee - 07/07/20 | -134.14 | 196.69 | Customer Fee |
| 15-JUL-20 03.02.15.000096682 PM | Monthly Draft - 07/13/20 | 500.00 | 696.69 | Deposit |
| 17-JUL-20 03.01.11.000031466 PM | Monthly Draft - 07/15/20 | 273.71 | 970.40 | Deposit |
| 21-JUL-20 03.16.17.000103915 PM | Retainer Fee - 07/21/20 | -50.00 | 920.40 | Customer Fee |
| 21-JUL-20 03.16.54.000116410 PM | Admin Fee - 07/21/20 | -44.50 | 875.90 | Customer Fee |
| 21-JUL-20 03.18.32.000148798 PM | Service Fee - 07/21/20 | -134.14 | 741.76 | Customer Fee |
| 03-AUG-20 07.16.07.000145879 AM | Monthly Service Charge - 07/20 | -10.95 | 730.81 | Transaction Fee |
| 05-AUG-20 03.03.12.000042957 PM | Monthly Draft - 08/01/20 | 273.71 | 1004.52 | Deposit |
| 07-AUG-20 03.08.48.000065434 PM | Retainer Fee - 08/07/20 | -50.00 | 954.52 | Customer Fee |
| 07-AUG-20 03.09.29.000080376 PM | Admin Fee - 08/07/20 | -44.50 | 910.02 | Customer Fee |
| 07-AUG-20 03.10.09.000098636 PM | Service Fee - 08/07/20 | -134.14 | 775.88 | Customer Fee |
| 19-AUG-20 03.03.37.000067021 PM | Monthly Draft - 08/15/20 | 273.71 | 1049.59 | Deposit |
| 21-AUG-20 03.08.01.000075971 PM | Retainer Fee - 08/21/20 | -50.00 | 999.59 | Customer Fee |
| 21-AUG-20 03.08.48.000094155 PM | Admin Fee - 08/21/20 | -44.50 | 955.09 | Customer Fee |
| 21-AUG-20 03.10.38.000139618 PM | Service Fee - 08/21/20 | -134.14 | 820.95 | Customer Fee |
| 31-AUG-20 03.33.58.000365807 PM | Settlement Fee - Rausch Sturm | -8.50 | 664.96 | Payment |
| 31-AUG-20 07.28.04.000149637 AM | Rausch Sturm | -145.99 | 674.96 | Payment |
| 31-AUG-20 07.38.08.000302319 AM | Phone Pay USB | -1.50 | 673.46 | Transaction Fee |
| 01-SEP-20 07.12.29.000140519 AM | Monthly Service Charge - 08/20 | -10.95 | 654.01 | Transaction Fee |
| 03-SEP-20 03.01.33.000022294 PM | Monthly Draft - 09/01/20 | 273.71 | 927.72 | Deposit |
| 08-SEP-20 03.08.55.000083703 PM | Retainer Fee - 09/07/20 | -50.00 | 877.72 | Customer Fee |
| 08-SEP-20 03.09.06.000089191 PM | Admin Fee - 09/07/20 | -44.50 | 833.22 | Customer Fee |
| 08-SEP-20 03.10.07.000102220 PM | Service Fee - 09/07/20 | -134.14 | 699.08 | Customer Fee |
| 17-SEP-20 03.05.11.000088653 PM | Monthly Draft - 09/15/20 | 273.71 | 972.79 | Deposit |
| 21-SEP-20 03.01.14.000081750 PM | Monthly Draft - 09/17/20 | 250.00 | 1222.79 | Deposit |
| 21-SEP-20 03.10.22.000142559 PM | Retainer Fee - 09/21/20 | -50.00 | 1172.79 | Customer Fee |
| 21-SEP-20 03.11.00.000158006 PM | Admin Fee - 09/21/20 | -44.50 | 1128.29 | Customer Fee |
| 21-SEP-20 03.12.20.000195405 PM | Service Fee - 09/21/20 | -134.14 | 994.15 | Customer Fee |
| 28-SEP-20 03.09.38.000305350 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 848.24 | Payment |
| 28-SEP-20 03.14.32.000350140 PM | Global Direct Pay Fee | -2.00 | 846.24 | Transaction Fee |
| 28-SEP-20 03.16.05.000379158 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 838.24 | Payment |
| 01-OCT-20 07.12.32.000137990 AM | Monthly Service Charge - 09/20 | -10.95 | 827.29 | Transaction Fee |
| 05-OCT-20 03.00.58.000029503 PM | Monthly Draft - 10/01/20 | 273.71 | 1101.00 | Deposit |
| 07-OCT-20 03.11.57.000106894 PM | Retainer Fee - 10/07/20 | -50.00 | 1051.00 | Customer Fee |

Excerpt of Golbal_WI_000163

Columns J though M, O

| | | | | |
|---|---|---|---|---|
| 07-OCT-20 03.13.29.000132370 PM | Admin Fee - 10/07/20 | -44.50 | 1006.50 | Customer Fee |
| 07-OCT-20 03.13.55.000143302 PM | Service Fee - 10/07/20 | -134.14 | 872.36 | Customer Fee |
| 19-OCT-20 03.05.35.000127195 PM | Monthly Draft - 10/15/20 | 273.71 | 1146.07 | Deposit |
| 21-OCT-20 03.10.40.000108741 PM | Retainer Fee - 10/21/20 | -50.00 | 1096.07 | Customer Fee |
| 21-OCT-20 03.11.51.000138219 PM | Admin Fee - 10/21/20 | -44.50 | 1051.57 | Customer Fee |
| 21-OCT-20 03.12.53.000163512 PM | Service Fee - 10/21/20 | -134.14 | 917.43 | Customer Fee |
| 26-OCT-20 03.11.39.000202054 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 771.52 | Payment |
| 26-OCT-20 03.15.06.000232007 PM | Global Direct Pay Fee | -2.00 | 769.52 | Transaction Fee |
| 26-OCT-20 03.17.40.000278842 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 761.52 | Payment |
| 02-NOV-20 07.19.54.000162133 AM | Monthly Service Charge - 10/20 | -10.95 | 750.57 | Transaction Fee |
| 04-NOV-20 03.02.20.000032577 PM | Monthly Draft - 11/01/20 | 273.71 | 1024.28 | Deposit |
| 06-NOV-20 03.07.23.000049438 PM | Retainer Fee - 11/06/20 | -50.00 | 974.28 | Customer Fee |
| 06-NOV-20 03.08.14.000073162 PM | Admin Fee - 11/06/20 | -44.50 | 929.78 | Customer Fee |
| 06-NOV-20 03.08.51.000088730 PM | Service Fee - 11/06/20 | -134.14 | 795.64 | Customer Fee |
| 18-NOV-20 03.04.16.000068055 PM | Monthly Draft - 11/15/20 | 273.71 | 1069.35 | Deposit |
| 20-NOV-20 03.08.38.000093206 PM | Retainer Fee - 11/20/20 | -50.00 | 1019.35 | Customer Fee |
| 20-NOV-20 03.09.54.000128657 PM | Admin Fee - 11/20/20 | -44.50 | 974.85 | Customer Fee |
| 20-NOV-20 03.10.59.000158955 PM | Service Fee - 11/20/20 | -134.14 | 840.71 | Customer Fee |
| 27-NOV-20 03.08.40.000159119 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 694.80 | Payment |
| 27-NOV-20 03.11.47.000192201 PM | Global Direct Pay Fee | -2.00 | 692.80 | Transaction Fee |
| 27-NOV-20 03.13.34.000226476 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 684.80 | Payment |
| 01-DEC-20 07.13.21.000130352 AM | Monthly Service Charge - 11/20 | -10.95 | 673.85 | Transaction Fee |
| 03-DEC-20 03.01.38.000023023 PM | Monthly Draft - 12/01/20 | 273.71 | 947.56 | Deposit |
| 07-DEC-20 03.09.09.000075056 PM | Retainer Fee - 12/07/20 | -45.00 | 902.56 | Customer Fee |
| 07-DEC-20 03.09.49.000091148 PM | Admin Fee - 12/07/20 | -44.50 | 858.06 | Customer Fee |
| 07-DEC-20 03.10.17.000103995 PM | Service Fee - 12/07/20 | -134.14 | 723.92 | Customer Fee |
| 17-DEC-20 03.02.15.000042503 PM | Monthly Draft - 12/15/20 | 273.71 | 997.63 | Deposit |
| 21-DEC-20 03.14.20.000167782 PM | Admin Fee - 12/21/20 | -44.50 | 953.13 | Customer Fee |
| 21-DEC-20 03.15.45.000198068 PM | Service Fee - 12/21/20 | -134.14 | 818.99 | Customer Fee |
| 28-DEC-20 03.11.45.000345960 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 673.08 | Payment |
| 28-DEC-20 03.15.43.000395366 PM | Global Direct Pay Fee | -2.00 | 671.08 | Transaction Fee |
| 28-DEC-20 03.17.46.000432130 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 663.08 | Payment |
| 04-JAN-21 07.16.18.000132817 AM | Monthly Service Charge - 12/20 | -10.95 | 652.13 | Transaction Fee |
| 06-JAN-21 03.04.35.000060376 PM | Monthly Draft - 01/01/21 | 273.71 | 925.84 | Deposit |

Excerpt of Golbal_WI_000163

Columns J though M, O

| | | | | |
|---|---|---|---|---|
| 08-JAN-21 03.09.38.000097079 PM | Admin Fee - 01/08/21 | -44.50 | 881.34 | Customer Fee |
| 08-JAN-21 03.09.51.000102507 PM | Service Fee - 01/08/21 | -134.14 | 747.20 | Customer Fee |
| 20-JAN-21 03.09.13.000123684 PM | Monthly Draft - 01/15/21 | 273.71 | 1020.91 | Deposit |
| 22-JAN-21 03.14.42.000165957 PM | Admin Fee - 01/22/21 | -44.50 | 976.41 | Customer Fee |
| 22-JAN-21 03.15.19.000178594 PM | Service Fee - 01/22/21 | -134.14 | 842.27 | Customer Fee |
| 26-JAN-21 03.13.44.000132562 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 696.36 | Payment |
| 26-JAN-21 03.16.14.000160800 PM | Global Direct Pay Fee | -2.00 | 694.36 | Transaction Fee |
| 26-JAN-21 03.17.51.000188659 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 686.36 | Payment |
| 01-FEB-21 07.33.29.000226597 AM | Monthly Service Charge - 01/21 | -10.95 | 675.41 | Transaction Fee |
| 03-FEB-21 03.05.11.000071695 PM | Monthly Draft - 02/01/21 | 273.71 | 949.12 | Deposit |
| 05-FEB-21 03.10.49.000108813 PM | Admin Fee - 02/05/21 | -44.50 | 904.62 | Customer Fee |
| 05-FEB-21 03.10.54.000110466 PM | Service Fee - 02/05/21 | -134.14 | 770.48 | Customer Fee |
| 18-FEB-21 03.10.59.000096655 PM | Monthly Draft - 02/15/21 | 273.71 | 1044.19 | Deposit |
| 22-FEB-21 03.16.41.000202637 PM | Admin Fee - 02/22/21 | -44.50 | 999.69 | Customer Fee |
| 22-FEB-21 03.17.20.000220163 PM | Service Fee - 02/22/21 | -134.14 | 865.55 | Customer Fee |
| 24-FEB-21 03.14.18.000157092 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 719.64 | Payment |
| 24-FEB-21 03.17.32.000182188 PM | Global Direct Pay Fee | -2.00 | 717.64 | Transaction Fee |
| 24-FEB-21 03.19.27.000211081 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 709.64 | Payment |
| 01-MAR-21 07.52.43.000340939 AM | Monthly Service Charge - 02/21 | -10.95 | 698.69 | Transaction Fee |
| 03-MAR-21 03.09.10.000103303 PM | Monthly Draft - 03/01/21 | 273.71 | 972.40 | Deposit |
| 05-MAR-21 03.11.23.000138677 PM | Admin Fee - 03/05/21 | -44.50 | 927.90 | Customer Fee |
| 05-MAR-21 03.12.09.000157083 PM | Service Fee - 03/05/21 | -134.14 | 793.76 | Customer Fee |
| 26-MAR-21 03.12.00.000138518 PM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 647.85 | Payment |
| 26-MAR-21 03.15.28.000184455 PM | Global Direct Pay Fee | -2.00 | 645.85 | Transaction Fee |
| 26-MAR-21 03.17.33.000220583 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 637.85 | Payment |
| 01-APR-21 04.46.10.000114969 AM | Monthly Service Charge - 03/21 | -10.95 | 626.90 | Transaction Fee |
| 05-APR-21 03.01.10.000051551 PM | Draft Payment - 04/01/21 | 273.71 | 900.61 | Deposit |
| 06-APR-21 03.10.53.000078160 PM | Admin Fee - 04/05/21 | -44.50 | 856.11 | Customer Fee |
| 06-APR-21 03.10.57.000079190 PM | Service Fee - 04/05/21 | -134.14 | 721.97 | Customer Fee |
| 19-APR-21 03.01.21.000063630 PM | Draft Payment - 04/15/21 | 273.71 | 995.68 | Deposit |
| 20-APR-21 03.18.10.000180192 PM | Admin Fee - 04/19/21 | -44.50 | 951.18 | Customer Fee |
| 20-APR-21 03.18.16.000182240 PM | Service Fee - 04/19/21 | -134.14 | 817.04 | Customer Fee |
| 26-APR-21 03.08.41.000315582 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 661.13 | Payment |
| 26-APR-21 11.10.17.000196770 AM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 671.13 | Payment |

Excerpt of Golbal_WI_000163

Columns J though M, O

| | | | | |
|---|---|---|---|---|
| 26-APR-21 11.13.04.000229645 AM | Global Direct Pay Fee | -2.00 | 669.13 | Transaction Fee |
| 03-MAY-21 04.48.23.000113638 AM | Monthly Service Charge - 04/21 | -10.95 | 650.18 | Transaction Fee |
| 05-MAY-21 03.00.54.000040645 PM | Draft Payment - 05/01/21 | 273.71 | 923.89 | Deposit |
| 06-MAY-21 03.09.00.000078967 PM | Admin Fee - 05/04/21 | -44.50 | 879.39 | Customer Fee |
| 06-MAY-21 03.09.01.000079055 PM | Service Fee - 05/04/21 | -134.14 | 745.25 | Customer Fee |
| 19-MAY-21 03.01.17.000131483 PM | Draft Payment - 05/15/21 | 273.71 | 1018.96 | Deposit |
| 20-MAY-21 03.11.58.000248911 PM | Admin Fee - 05/18/21 | -44.50 | 974.46 | Customer Fee |
| 20-MAY-21 03.11.59.000249217 PM | Service Fee - 05/18/21 | -134.14 | 840.32 | Customer Fee |
| 26-MAY-21 03.10.24.000279181 PM | Settlement Fee - Rausch, Sturm, Israel, Enerson, & Hornik LLP | -8.00 | 684.41 | Payment |
| 26-MAY-21 11.07.59.000150660 AM | Rausch, Sturm, Israel, Enerson, & Hornik LLP | -145.91 | 694.41 | Payment |
| 26-MAY-21 11.10.44.000185263 AM | Global Direct Pay Fee | -2.00 | 692.41 | Transaction Fee |
| 01-JUN-21 12.10.27.000588726 PM | Reverse: Rausch, Sturm, Israel, Enerson, & Hornik LLP | 145.91 | 819.37 | Reversal |
| 01-JUN-21 12.57.29.000111019 AM | Monthly Service Charge - 05/21 | -10.95 | 673.46 | Transaction Fee |
| 03-JUN-21 03.05.45.000068709 PM | Draft Payment - 06/01/21 | 273.71 | 1093.08 | Deposit |
| 18-JUN-21 11.04.39.000015954 AM | Withdrawal | -1082.13 | 10.95 | Withdrawal |
| 01-JUL-21 12.52.15.000108683 AM | Monthly Service Charge - 06/21 | -10.95 | 0.00 | Transaction Fee |
| 06-AUG-21 03.09.37.000060857 PM | Manual Transfer - Refund | 821.13 | 821.13 | Manual |
| 06-AUG-21 03.10.25.000061255 PM | Withdrawal | -821.13 | 0.00 | Withdrawal |