UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
................................................................

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

        Plaintiffs,

v.

STRATFS, LLC (f/k/a STRATEGIC FINANCIAL
SOLUTIONS, LLC), et al.

        Defendants, and

DANIEL BLUMKIN, et al.,

        Relief Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.
24-CV-40-LJV

................................................................

        PLEASE TAKE NOTICE that Terrence M. Connors, Esq. of CONNORS LLP, 1000 Liberty Building, Buffalo, New York 14202, hereby appears as Counsel for Proposed Intervenors in the above-entitled action.

DATED:    Buffalo, New York
                January 16, 2024

                                      */s/ Terrence M. Connors*
                                      Terrence M. Connors, Esq.
                                      **CONNORS LLP**
                                      *Attorneys Proposed Intervenors*
                                      1000 Liberty Building
                                      Buffalo, New York 14202
                                      (716) 852-5533
                                      tmc@connorsllp.com
                                      *Anchor Law Firm, PLLC;*
                                      *Bedrock Legal Group;*
                                      *Boulder Legal Group, LLC;*
                                      *Brandon Ellis Law Firm LLC;*

*Canyon Legal Group, LLC;*
*Chinn Legal Group, LLC;*
*Clear Creek Legal, LLC;*
*Credit Advocates Law Firm, LLC*
*Great Lakes Law Firm, LLC;*
*Greenstone Legal Group;*
*Guidestone Law Firm;*
*Gustafson Consumer Law Group, LLC;*
*Hailstone Legal Group, LLC;*
*Hallock and Associates LLC;*
*Harbor Legal Group, LLC;*
*Heartland Legal Group;*
*Leigh Legal Group, PLLC;*
*Level One Law;*
*Meadowbrook Legal Group;*
*Michel Law, LLC;*
*Monarch Legal Group;*
*Moore Legal Group, LLC;*
*Newport Legal Group;*
*Northstar Legal Group LLC;*
*Option 1 Legal;*
*Pioneer Law Firm P.C.;*
*Rockwell Legal Group;*
*Royal Legal Group LLC;*
*Spring Legal Group;*
*Slate Legal Group;*
*Stonepoint Legal Group;*
*The Law Firm of Derek Williams, LLC;*
*The Law Office of Melissa Michel LLC*
*Whitestone Legal Group;*
*Wyolaw, LLC*