UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

      Plaintiffs,

    v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.

      Defendants, and

DANIEL BLUMKIN, et al.,

      Relief Defendants.

**CORPORATE DISCLOSURE
STATEMENT**

Case No. 24-CV-40-LJV

---

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenors state as follows:

1. Anchor Law Firm, PLLC, does not have a parent corporation. No publicly held corporation owns 10% or more interest of Anchor Law Firm, PLLC.

2. Law Offices of Amber Florio, PLLC, does not have a parent corporation. No publicly held corporation owns 10% or more interest of Law Offices Amber Florio, PLLC.

3. Boulder Legal Group, LLC, does not have a parent corporation. No publicly held corporation owns 10% or more interest of Boulder Legal Group, LLC.

4. Brandon Ellis Law Firm LLC does not have a parent corporation. No publicly held corporation owns 10% or more interest of Brandon Ellis Law Firm LLC.

5. Chinn Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Chinn Legal Group, LLC.

6. Clear Creek Legal, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Clear Creek Legal, LLC.

7. Credit Advocates Law Firm, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Credit Advocates Law Firm, LLC.

8. JMS Industries, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of JMS Industries, LLC.

9. Great Lakes Law Firm, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Great Lakes Law Firm, LLC.

10. The Brian A. Moore Law Firm, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of The Brian A. Moore Law Firm, LLC.

11. Gustafson Consumer Law Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Gustafson Consumer Law Group, LLC.

12. Harbor Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Harbor Legal Group, LLC.

13. Hailstone Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Hailstone Legal Group, LLC.

14. Henry Legal Group, LLP, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Henry Legal Group, LLP.

15. Hallock & Associates, LLC does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Hallock & Associates, LLC.

16. Burnette Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Burnette Legal Group, LLC.

17. Greene Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Green Legal Group, LLC.

18. The Law Firm of Derek Williams, LLC, does not have a parent corporation. No publicly held corporation owns 10% or more interest of The Law Firm of Derek Williams, LLC.

19. The Law Office of Melissa Michel, LLC, does not have a parent corporation. No publicly held corporation owns 10% or more interest of The Law Office of Melissa Michel, LLC.

20. Leigh Legal Group, PLLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Leigh Legal Group, PLLC.

21. Michel Law, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Michel Law, LLC.

22. Moore Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Moore Legal Group, LLC.

23. Northstar Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Northstar Legal Group, LLC.

24. Gardner Legal, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Gardner Legal, LLC.

25. Pioneer Law Firm, P.C., does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Pioneer Law Firm, P.C.

26. Hodyno & Associates, PLLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Hodyno & Associates, PLLC.

27. Royal Legal Group, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Royal Legal Group, LLC.

28. Donald Norris & Associates, PLLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of Donald Norris & Associates, PLLC.

29. The Sands Law Group, LLP, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of The Sands Law Group, LLP.

30. WyoLaw, LLC, does not have a parent corporation.  No publicly held corporation owns 10% or more interest of WyoLaw, LLC.

DATED:     Buffalo, New York
           January 16, 2024

_Terrence M. Connors_

Terrence M. Connors, Esq.
Randall D. White, Esq.
**CONNORS LLP**
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
tmc@connorsllp.com
rdw@connorsllp.com

*Attorneys for Proposed Intervenors,*
Anchor Law Firm, PLLC;
Law Offices of Amber Florio, PLLC;
Boulder Legal Group, LLC;
Brandon Ellis Law Firm LLC;
Chinn Legal Group, LLC;
Clear Creek Legal, LLC;
Credit Advocates Law Firm, LLC;
JMS Industries, LLC;
Great Lakes Law Firm, LLC;
The Brian A. Moore Law Firm, LLC;
Gustafson Consumer Law Group, LLC;
Harbor Legal Group, LLC;
Hailstone Legal Group, LLC;
Henry Legal Group, LLP;
Hallock & Associates, LLC;
Burnette Legal Group, LLC;
Greene Legal Group, LLC;
The Law Firm of Derek Williams, LLC;
The Law Office of Melissa Michel, LLC;
Leigh Legal Group, PLLC;
Michel Law, LLC;
Moore Legal Group, LLC;
Northstar Legal Group, LLC;
Gardner Legal, LLC;
Pioneer Law Firm, P.C.;
Hodyno & Associates, PLLC;
Royal Legal Group, LLC
Donald Norris & Associates, PLLC;
The Sands Law Group, LLP; and
WyoLaw, LLC.