UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 24-CV-40-LJV |
| v. | ) ) ) |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. | ) ) ) |
| Defendants, and | ) ) |
| DANIEL BLUMKIN, et al. | ) ) |
| Relief Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar.

Date:   January 17, 2024

Respectfully submitted,

*/s/ Maegan McAdam*

Maegan McAdam
**RILEY SAFER HOLMES & CANCILA LLP**
136 Madison Avenue, 6th Floor
New York, New York  10016
Telephone: (212) 660-1025
mmcadam@rshc-law.com