UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 24-CV-40- JLS-MJR |
| v. | ) ) **NOTICE OF MOTION FOR** |
| | ) **ADMISSION *PRO HAC VICE* OF** |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. | ) **RODNEY PERRY** ) |
| Defendants, and | ) ) |
| DANIEL BLUMKIN, et al. | ) ) |
| Relief Defendants. | ) |

PLEASE TAKE NOTICE, that upon the annexed Sponsoring Affidavit of Maegan McAdam, dated January 17, 2024, and the exhibits annexed thereto, Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar will move this Court for an order admitting Rodney Perry, Esq., *pro hac vice* in the above captioned matter for all purposes.

Dated:  New York, New York
January 17, 2024

Respectfully submitted,

*/s/ Maegan McAdam*

Maegan McAdam
**RILEY SAFER HOLMES & CANCILA LLP**
136 Madison Avenue, 6th Floor
New York, New York  10016
Telephone: (212) 660-1025
mmcadam@rshc-law.com

*Counsel for Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, and <br><br> DANIEL BLUMKIN, et al. <br><br> Relief Defendants. | CASE NO. 24-CV-40-JLS-MJR <br><br> **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** |

Pursuant to Rule 83.1(d) of the Local Rules of the United States District Court for the Western District of New York, I, Rodney Perry, respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar in the above-captioned matter.

I am a member in good standing of the bar of the State of Illinois and Missouri. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

For the reasons stated above, counsel respectfully requests that this motion be granted.

Dated: New York, New York
January 17, 2024

Respectfully submitted,

*/s/ Rodney Perry*

Rodney Perry
**RILEY SAFER HOLMES & CANCILA LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8731
rperry@rshc-law.com

*Counsel for Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar*

2