UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,                                                  NOTICE OF APPEARANCE

                Plaintiffs,                              Civ. No. 24-CV-40-JLS-MJR

v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.,

                Defendants

and

DANIEL BLUMKIN, et al.,

                Relief Defendants.

_____

PLEASE TAKE NOTICE that Rodney O. Personius, Esq., of Personius Melber LLP, 2100 Main Place Tower, 350 Main Street, Buffalo, NY 14202, hereby appears as counsel for Defendant Jason Blust and Relief Defendants Jaclyn Blust, the Blust Family Irrevocable Trust, Lit Def Strategies, LLC, and Relialit, LLC.

Dated: Buffalo, New York
       January 18, 2024.

                                        **/s/ Rodney O. Personius**
                                        Rodney O. Personius, Esq.
                                        PERSONIUS MELBR LLP
                                        *Attorneys for Defendant*
                                           JASON BLUST
                                                 and
                                        *Attorneys for Relief Defendants*
                                          JACLYN BLUST
                                          THE BLUST FAMILY IRREVOCABLE TRUST
                                          LIT DEF STRATEGIES, LLC
                                          RELIALIT, LLC
                                        2100 Main Place Tower

350 Main Street
Buffalo, NY  14202
(716)  855-1050
rop@personiusmelber.com