UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>Relief Defendants. | CASE NO. 24-cv-40<br><br>**CONSENT ORDER REGARDING ASSET FREEZE** |

On January 11, 2024, Judge Lawrence Vilardo issued a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 12, the "TRO").

Following discussions between Plaintiffs and counsel for Defendants, Plaintiffs have agreed to unfreeze certain accounts of certain Defendants in whole or in part. Plaintiffs and counsel for Defendants that have appeared in this action consent to the relief granted in this Order. Accordingly,

**IT IS HEREBY ORDERED** that any Financial Institution[1] who receives written notice from a Plaintiff (including by email) to unfreeze, in whole or in part, an account belonging to an

---

[1] Capitalized terms not defined herein have the meaning given in the TRO.

Asset-Freeze Defendant, shall, upon confirming the legitimacy of such request by calling CFPB attorney Monika Moore at 202-360-5905, or if she is not available, NYAG attorney Christopher L. Boyd at 716-853-8457, unfreeze all or a part of such account as requested in writing by Plaintiff.

**IT IS SO ORDERED.**

DATED:  January 22, 2024

*/s/ Michael J. Roemer*
MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE