UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CONSUMER FINANCIAL PROTECTION BUREAU,
et al.,

                Plaintiffs,

v.                                                                                    Case No. 24-cv-00040-EAW-MJR

STRATFS, LLC (f/k/a STRATEGIC FINANCIAL
SOLUTIONS, LLC), et al.,

                Defendants,

and

DANIEL BLUMKIN, et al.,

                Relief Defendants.

_____

## NOTICE OF EMERGENCY MOTION FOR THE RELEASE OF FUNDS TO PAY PRE-RECEIVERSHIP PAYROLL EXPENSES

| | |
|---|---|
| Moving Party: | Receiver Thomas W. McNamara. |
| Nature of Action: | Consumer Fraud. |
| Directed To: | Receivership Defendants and Plaintiffs. |
| Date and Time: | As soon as practicable. |
| Place: | Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Declaration of Thomas W. McNamara, Esq. dated January 25, 2024. |
| Answering Papers: | To be filed on schedule as determined by the Court. The Receiver intends to file a reply. |

| | |
|---|---|
| Relief Requested: | An Order authorizing the Receiver to disburse funds from the Receivership estate in the approximate aggregate amount of approximately $700,000 (plus amounts to pay federal and state taxes) to pay certain pre-Receivership payroll expenses. |
| Grounds for Relief: | Paragraph IX.J of this Court's *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, dated January 11, 2024. |
| Oral Argument: | Waived, unless requested by Defendants. |

Dated:  January 25, 2024

**HODGSON RUSS LLP**
*Local Counsel for Receiver*


By:   */s/ James C. Thoman*
         James C. Thoman, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
(716) 856-4000

17130020v4