UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRAFTS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>      Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>      Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

**NOTICE OF FILING**
**PRELIMINARY REPORT OF TEMPORARY RECEIVER**

TO THE HONORABLE MICHAEL J. ROEMER, UNITED STATES MAGISTRATE JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Thomas W. McNamara, the Court-appointed temporary receiver ("Receiver") in this case, hereby submits his Preliminary Report setting forth the Receiver's activities, observations, and findings since the entry of the *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief. The Preliminary Report is attached hereto as **Exhibit A**.

Dated: January 31, 2024

                        **HODGSON RUSS LLP**

                         */s/ James C. Thoman*
                       James C. Thoman, Esq.
                       140 Pearl Street, Suite 100
                       Buffalo, New York 14202
                       Telephone: (716) 856-4000
                       Facsimile: (716) 849-0349
                       Email: jthoman@hodgsonruss.com

2

**MCNAMARA SMITH LLP**

By:   */s/ Logan D. Smith*
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email:  lsmith@mcnamarallp.com;
awall@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*