UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STRAFTS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>　　　　　　　　　Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>　　　　　　　　　Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

**APPENDIX TO
PRELIMINARY REPORT OF TEMPORARY RECEIVER**

**EXHIBIT INDEX**

| Exh. | Description |
|---|---|
| 1 | Schematics and Inventory for the New York City site |
| 2 | Schematics and Inventory for the Buffalo site |
| 3 | Company Systems and Software |
| 4 | Forensic Accountants' Report |
| 5 | Mandaree Enterprises LLC Invoices |
| 6 | Marketing Analytics Report |
| 7 | Sales Scripts Booklet |
| 8 | Welcome Guides |
| 9 | Introduction on the Law Firm |
| 10 | Notary Script |
| 11 | Enrollment Forms |
| 12 | Email from Daniel Blumkin re: Notary Companies Reached Out To (August 18, 2020) |
| 13 | Email from StratFS Employee re: Feedback from Notaries (April 17, 2019) |
| 14 | StratFS Group Email re: Working with Notaries (November 14, 2022) |
| 15 | Email from Ryan Sasson to Notary Principal and Jason Blust (March 24, 2020) |
| 16 | Amended and Restated Service Agreement between Pioneer Law Firm, P.C. and Pioneer Client Servicing, LLC |
| 17 | Amended and Restated Business Restriction Agreement |
| 18 | Email re: Law Firms Launching Late Q1/Early Q2 (January 27, 2023) |
| 19 | Email re: More Names [for Law Firms] (January 3. 2018) |
| 20 | Tracker of BBB Complaints |
| 21 | Email re: Enrollment Projections (January 10, 2024) |
| 22 | Email re: Fee Change Project (November 10, 2022) |
| 23 | Color-coded U.S. Map Reflecting States in Which Law Firm Operate |

| Exh. | Description |
|---|---|
| 24 | Attorney Welcome Call Script |
| 25 | Prior Version of Attorney Welcome Call Script |
| 26 | Email re: 2024 PAAS Bonus Plans (December 28, 2023) |
| 27 | Email re: Daily Report (January 12, 2024) |
| 28 | Email re: Allego Coaching Tool (November 16, 2023) |
| 29 | Salesforce Data Findings and Analysis |

Dated: January 31, 2024

**HODGSON RUSS LLP**

　　　*/s/ James C. Thoman*
James C. Thoman, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349
Email:  jthoman@hodgsonruss.com

**MCNAMARA SMITH LLP**

By:　　*/s/* Logan D. Smith
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email:  lsmith@mcnamarallp.com;
awall@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*