# EXHIBIT 5

# Mandaree Enterprises, LLC

# INVOICE

23808 W Andrew Rd Unit # 3
Plainfield, IL 60585

**DATE:** 12/01/23
**INVOICE #** 2023-DEC#1

**Bill To:**
Strategic Consulting
711 Third Ave, 6th Floor
New York, NY 10017

| | | |
|---|---|---|
| Lead Costs | $ | 56,520.25 |
| Marketing Costs | $ | 2,068,774.18 |
| Marketing Admin. | $ | 29,699.32 |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Direct Marketing Group - Inv# 21559 (Job 18803) | $ | 182,500.00 |
| Direct Marketing Group - Inv# 21560 (Job 18811) | $ | 153,500.00 |
| Direct Marketing Group - Inv# 21567 (Job 18816) | $ | 103,500.00 |
| Lucky Marketing - Inv# 1HDEC2023 - Consulting / Call Center Mgmt | $ | 9,000.00 |
| LeadCap Leads Generated (12,561) @ $3/Lead - Online/QR 11/16-11/30 | $ | 37,682.70 |
| LeadCap Leads Generated (5,182) @ $3/Lead - IVR 11/16-11/30 | $ | 15,546.75 |
| LeadCap Leads Generated (823) @ $4/Lead - Phone 11/16-11/30 | $ | 3,290.80 |
| Wilen - Inv# P2206 (Postage Advance Campaign 551 on 12/20) | $ | 870,000.00 |
| Wilen - Inv# 0163024-IN (19 8729 LKY CAMPAIGN #548 D18) | $ | 281,765.96 |
| Wilen - Inv# 0162973-IN (19 8550 LKY CAMPAIGN #547 D5) | $ | 104,771.27 |
| Wilen - Inv# 0162992-IN (19 8372 LKY LOANPACK CAMP #547) | $ | 165,443.45 |
| Wilen - Inv# 0162987-IN (19 8818 Campaign #547 D13) | $ | 78,096.19 |
| Mixali Media - Inv# 3769 (12/15/23-1/14/24) | $ | 25,000.00 |
| Element Web Strategies - Inv# 383421-77 (12/15/23-1/14/24) | $ | 50,000.00 |
| John Hutchinson, LLC / Swiftkick - Inv# 721 | $ | 22,141.00 |
| Google (ER-9752) | $ | 21,000.00 |
| Microsoft (ER-9752) | $ | 11,056.31 |
| Call Source (ER-9752) | $ | 349.00 |
| Trustpilot (ER-9752) | $ | 750.00 |
| Trusted Site (ER-9752) | $ | 1,200.00 |
| Accounting & HR Services | $ | 3,400.00 |
| Timeclock Monthly Service | $ | 498.20 |
| Advance for Call Intake Supervisor/Mgr 12/1/23 - 12/15/23 | $ | 3,656.25 |
| Advance for Payroll (5 employees) 12/1/23 - 12/15/23 | $ | 10,354.50 |
| Advance for ND Employee Payroll 12/1/23 - 12/15/23 | $ | 491.37 |
| Overtime Payroll Incurred (11/16/23-11/30/23) | $ | - |
| Estimate for Mail and Data Charges - 2 Weeks | $ | 1,100,000.00 |
| Less Previous Estimate for Mail and Data Charges | $ | (1,100,000.00) |
| Total Billing activity November 16-30, 2023 | | 2,154,993.75 |
| ***Please Remit Balance due to Mandaree Enterprises, LLC*** | **$** | **2,154,993.75** |

**Bank of Albuquerque**

**Routing #:** [redacted]

**Account #:** [redacted]

# Mandaree Enterprises, LLC

# INVOICE

23808 W Andrew Rd, Suite 3
Plainfield, IL 60585

**DATE:** 12/15/23
**INVOICE #** 2023-DEC#2

**Bill To:**
Strategic Consulting
711 Third Ave, 6th Floor
New York, NY 10017

| | | |
|---|---|---|
| Lead Costs | $ | 81,155.65 |
| Marketing Costs | $ | 3,624,661.08 |
| Marketing Admin. | $ | 45,133.54 |

| DESCRIPTION | | Amount |
|---|---|---|
| Direct Marketing Group - Inv# 21578 (Job 18819) | $ | 187,000.00 |
| Direct Marketing Group - Inv# 21581 (Job 18824) | $ | 230,100.00 |
| Lucky Marketing - Inv# 2HDEC2023 - Consulting / Call Center Mgmt | $ | 9,000.00 |
| LeadCap Leads Generated (18,192) @ $3/Lead - Online 12/1-12/15 | $ | 54,574.65 |
| LeadCap Leads Generated (7,328) @ $3/Lead - IVR 12/1-12/15 | $ | 21,984.90 |
| LeadCap Leads Generated (1.9) @ $3/Lead - Other 12/1-12/15 | $ | 5.70 |
| LeadCap Leads Generated (1,148) @ $4/Lead - Phone 12/1-12/15 | $ | 4,590.40 |
| Wilen - Inv# P2260 (Postage Advance Camp. 552 on 12/27) | $ | 870,000.00 |
| Wilen - Inv# P2296 (Postage Advance Campaign 553 on 1/3) | $ | 870,000.00 |
| Wilen - Inv# P2297 (Postage Advance Campaign 554 on 1/10) | $ | 870,000.00 |
| Wilen - Inv# P83724-IN (19 8372 LKY LoanPak OE Prepay) | $ | 6,960.00 |
| Wilen - Inv# 0163133-IN (19 7629 LKY Campaign #549 D38) | $ | 187,192.19 |
| Wilen - Inv# 0163138-IN (19 9430 LKY Camp #50 D1) | $ | 243,056.83 |
| Wilen - Inv# 0163124-IN (19 8550 LKY CAMPAIGN #549 D6) | $ | 48,051.07 |
| Mixali Media - Inv# 3774 (1/15/24-2/14/24) | $ | 25,000.00 |
| Element Web Strategies - Inv# 383421-78 (1/15/24-2/14/24) | $ | 50,000.00 |
| American Overload - Inv# 202312071 | $ | 1,820.00 |
| Google Charges (ER-9800) (ER-9868) | $ | 31,758.23 |
| Microsoft Charges (ER-9800) (ER-9868) | $ | 3,722.76 |
| 8 x 8 Charges (ER-9868) | $ | 16,044.19 |
| Box, Inc. (ER-9868) | $ | 105.00 |
| Mailgun (ER-9868) | $ | 35.00 |
| Call Source (ER-9868) | $ | 349.00 |
| Trusted Site (ER-9800) | $ | 400.00 |
| Hartinger - micro office space (ER-9568) | $ | 1,035.00 |
| Uber (ER-9568) | $ | 263.23 |
| Accounting & HR Services | $ | 3,400.00 |
| Advance for Call Intake Supervisor/Mgr 12/16/23 - 12/31/23 | $ | 3,656.25 |
| Advance for Payroll (5 employees) 12/16/23 - 12/31/23 | $ | 10,354.50 |
| Advance for ND Employee Payroll 12/16/23 - 12/31/23 | $ | 491.37 |
| Overtime Payroll Incurred - if applicable (12/1/23-12/15/23) | | - |
| Estimate for Mail and Data Charges - 2 Weeks | $ | 1,100,000.00 |
| Less Previous Estimate for Mail and Data Charges | $ | (1,100,000.00) |
| Total Billing activity December 1-15, 2023 | | 3,750,950.27 |
| ***Please Remit Balance due to Mandaree Enterprises, LLC*** | **$** | **3,750,950.27** |

**Bank of Albuquerque**
**Routing #:** [redacted]
**Account #:** [redacted]

# Mandaree Enterprises, LLC

# INVOICE

23808 W Andrew Rd Unit # 3
Plainfield, IL 60585

**DATE:** 01/01/24
**INVOICE #** 2024-JAN#1

**Bill To:**
Strategic Consulting
711 Third Ave, 6th Floor
New York, NY 10017

| | | |
|---|---|---|
| Lead Costs | $ | 49,804.70 |
| Marketing Costs | $ | 984,804.11 |
| Marketing Admin. | $ | 28,100.32 |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Direct Marketing Group - Inv# 21587 (Job 18828) | $ | 177,000.00 |
| Direct Marketing Group - Inv# 21589 (Job 18829) | $ | 164,000.00 |
| Lucky Marketing - Inv# 1HJAN2024 - Consulting / Call Center Mgmt | $ | 9,000.00 |
| LeadCap Leads Generated (11,429) @ $3/Lead - Online/QR 12/16-12/31 | $ | 34,288.35 |
| LeadCap Leads Generated (4,379) @ $3/Lead - IVR 12/16-12/31 | $ | 13,135.65 |
| LeadCap Leads Generated (588) @ $4/Lead - Phone 12/16-12/31 | $ | 2,352.20 |
| LeadCap Leads Generated (9.5) @ $3/Lead - Other 12/16-12/31 | $ | 28.50 |
| Wilen - Inv# 0163207-IN (19 9430 LKY CAMPAIGN #552 D2) | $ | 251,658.84 |
| Wilen - Inv# P81684-IN (8168 LKY RETARGET PREPAYMENT) | $ | 52,500.00 |
| Wilen - Inv# P83725-IN (8372 LKY PRE-PURCHASE LP ENV) | $ | 137,800.00 |
| Wilen - Inv# 0163259-IN (19-7629 LKY CAMP 52 D39) | $ | 14,547.81 |
| Wilen - Inv# 0163206-IN (8818 LKY CAMPAIGN #551 D14) | $ | 82,232.69 |
| Smart Choice Data - Inv# 61439 | $ | 31,500.00 |
| Lloyd Group - Inv# 590794 | $ | 335.34 |
| John Hutchinson, LLC / Swiftkick - Inv# 727 | $ | 20,131.00 |
| Opus Virtual Office (ER-9950) | $ | 594.00 |
| Google (ER-9950) | $ | 50,000.00 |
| Microsoft (ER-9950) | $ | 2,504.43 |
| Trusted Site (ER-9950) | $ | 700.00 |
| Accounting & HR Services | $ | 3,400.00 |
| Timeclock Monthly Service | $ | 498.20 |
| Advance for Call Intake Supervisor/Mgr 1/1/24 - 1/15/24 | $ | 3,656.25 |
| Advance for Payroll (5 employees) 1/1/24 - 1/15/24 | $ | 10,354.50 |
| Advance for ND Employee Payroll 1/1/24 - 1/15/24 | $ | 491.37 |
| Overtime Payroll Incurred (12/16/23-12/31/23) | $ | - |
| Estimate for Mail and Data Charges - 2 Weeks | $ | 1,100,000.00 |
| Less Previous Estimate for Mail and Data Charges | $ | (1,100,000.00) |
| Total Billing activity December 16-31, 2023 | | 1,062,709.13 |
| ***Please Remit Balance due to Mandaree Enterprises, LLC*** | **$** | **1,062,709.13** |

**Bank of Albuquerque**

**Routing #:** [redacted]

**Account #:** [redacted]