# EXHIBIT 8



# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

A Welcome Guide to a Fresh Start

GREAT LAKES
LAW FIRM




# GREAT LAKES LAW FIRM

We're here to help you.

**toll-free phone:**
(877) 271-3194

**toll-free fax:**
(855) 271-6824

**email:**
cs@greatlakeslf.com

**Our hours are Mon-Fri 9AM-8PM EST.**
Feel free to contact us with any questions or feedback.

**Access Your Account Anytime!**
Register your account for 24/7 online access:

**my.greatlakeslf.com**

# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

## A Welcome Guide to a Fresh Start

### Table of Contents


Welcome To Your Reference Guide.................................................... 2

Keys To Your Success.............................................................................. 3

Correspondence Best Practices........................................................... 4

What To Expect....................................................................................... 5

Debt Resolution....................................................................................... 6

Protection From Creditors.................................................................... 7

Register Online........................................................................................ 8

Roadmap To First Settlement.............................................................. 9

FDCPA.................................................................................................... 10

Scripts & Tips........................................................................................ 11

Frequently Asked Questions................................................................ 12




# WELCOME TO YOUR REFERENCE GUIDE

## You're On Your Way To Financial Peace Of Mind

Welcome to Great Lakes Law Firm – you've made the right choice. Our team of experienced, caring professionals have worked with clients just like you to help them achieve their financial goals, and we look forward to doing the same for you.

This **Welcome Guide** provides important information about the program. Please read it thoroughly and keep it in an easily accessible location for reference. If you have other questions not covered in this guide, please don't hesitate to call or email us:

Toll-free: **(877) 271-3194** • Email: **cs@greatlakeslf.com**

---

As we work on your behalf, you can count on us to do the following:

- **We will negotiate with your creditors and defend your best interests.**
- **We will courteously answer your questions in a timely manner.**
- **We will treat you with respect at all times.**

*We value the trust you have put in us, and look forward to working with you.*



# KEYS TO YOUR SUCCESS

## A Smart Approach To Resolving Your Enrolled Debts

You've chosen to take an important step in resolving your enrolled debt by reducing your monthly payment to a manageable level. The next step is to make regular payments into your **Program Savings Account**. Making regular payments is a key part to your success in the program. We will use the funds in your account to negotiate favorable deals with your creditors. It's a clear, three-step process:

### 1 Build Your Resources

The accumulation of funds into your personal **Program Savings Account** is a vital step in resolving your enrolled debts. These funds are important because they allow us to be sure that a payment amount can be made when a deal with a creditor is agreed upon. This is why making regular payments is critical. If you follow this best practice, your first settlement typically occurs within 7-9 months.

### 2 We Negotiate

There's no one-size-fits-all approach to selecting with whom we will negotiate with first. Our strategy is catered to your specific situation; determining factors can include the amount owed, the creditor in question, and the account balance. We tailor our tactics for each creditor to achieve the best settlement as quickly as possible.

### 3 Stay Committed

Missing payments will prolong the process, increasing the time it takes for your enrolled debts to be resolved. If your account does not have funds readily available, you may miss out on a highly desirable proposed settlement.

### HOW TO GET AHEAD

If you have the opportunity to pay more into your account, it may speed up the timeline for us to negotiate settlements. Any time it's possible to deposit more into your Program Savings Account, we encourage you to do so. There is no prepayment penalty, so you have nothing to lose by contributing more into your account.

### A WORD ABOUT YOUR ACCOUNT

**Global Client Solutions (GCS)** is the transaction agent that oversees the processing of your program account, and the disbursement of funds to the creditors enrolled in the program. Keep in mind that your account was created for this sole purpose. It is FDIC-insured, maintained in your name only and accessible only with your authorization. You can view your drafts, payments, account balance and monthly statements online 24/7.*

For any questions related to your account, please contact:

**www.globalclientsolutions.com**
**Phone: 1-800-398-7191**

* Please Note: Once your draft is processed, it cannot be cancelled.

# CORRESPONDENCE BEST PRACTICES

## Great Communication Makes A Big Difference

In order to provide you with the most help, it's important that we know the manner and frequency your creditors are communicating with you. For their own benefit, creditors would prefer to circumvent us by contacting you directly. The more we know about your situation, the more we can provide support. It's that simple.



### Communicate

Please forward or inform us of any correspondence that you receive from creditors related to the debt enrolled in the program. You may call, email, fax, or contact us via your personal client portal, **my.greatlakeslf.com**. Please note that some debts may be sold to a third party while you are enrolled in the program. That doesn't change your involvement in the program, but it's essential that we know who the current debt holder is so that we may settle with the correct creditor.

### Don't Wait

**It is very important that you forward us the next two statements that you receive from each of your creditors.** It may take some time before your creditors start sending your monthly statements to our offices instead of to you directly. Until then, it's vital that you send your statements to us so that we can begin the job for which you have hired us.

### Don't Take the Bait

Creditors may send you correspondence stating that you are required to call them. This is untrue. **SIMPLY DON'T DO IT**. Instead, send the received document to us via email or fax and we will contact the creditor on your behalf.

Contact us regarding all creditor correspondence:

**toll-free phone:** (877) 271-3194

**toll-free fax:** (855) 271-6824

**email:** cs@greatlakeslf.com

**personal client portal:** my.greatlakeslf.com

Our hours are Mon-Fri 9AM-8PM EST

# WHAT TO EXPECT

## Together, We Will Ease Your Financial Burden



*"Every phone call and interaction with Great Lakes Law Firm has been handled iwth utmost professionalism and know-how. Everything was explained to me in a way I can understand, and I learn something new each time. A very professional group!"*

*- Jonathan M.*
Kenosha, WI

We believe in the power of our partnership. Our team of experienced professionals will do our best to ensure that your plan progresses smoothly. We will work with you to successfully negotiate your enrolled debt and we'll be here for you to address any questions you may have.

Now that we've provided an overview on the keys to your success, let's discuss what will happen over the next few months.

### Letters of Representation

We start by notifying your creditors that we are representing you by sending them **Letters of Representation**. Although this process takes a bit of time, as you are reading this, some of your creditors may have already been contacted. The purpose of these documents is to alert your creditors to cease all calls made to you, and to begin sending all correspondences, questions, and offers related to your accounts to us. This will be a significant victory for you, as the burden of dealing with your creditors shifts to us. There is information on how to deal with creditors that continue to call you on **Page 7**.

### There Will Likely Be Exceptions

Your program is unique to you. It is tailored to your specific situation. This custom approach helps us achieve positive results. Just like no two clients are alike, no two creditors are alike; we employ unique negotiating strategies for each of your creditors. This means that sometimes we wait to send notifications to some of your creditors. Rest assured, we did not forget to send the notifications. We know from years of experience that it is in your best interest to wait before notifying them that we are representing you.

# DEBT RESOLUTION

**Our goal is to resolve your enrolled debt for a fraction of the original balance, with no further financial obligation.** We have developed collaborative relationships with every major creditor by taking the same professional and respectful approach with them as we do with our clients. Knowing each creditor, and how they manage and change their collection protocols, allows us to tailor our negotiating strategies to get the best deals for you. Most importantly, we receive no fees from creditors. Other companies do, and that creates a conflict of interest. Our sole focus is to look out for you and your best interests.

## Typically, you can expect your first settlement to occur within 7-9 months.

Remember, your program is unique to you, so your timeframe may vary based on the following factors:

### Timeliness of Your Plan Payments

Making consistent payments is the most important thing that you can do to help achieve success in the program. This allows us to negotiate on your behalf from a position of strength. It's important to make sure that you have sufficient balances available in your checking account each month when **GCS** (*page* 3) drafts the funds to build your **Program Savings Account** reserves.

### Specific Creditors

Each creditor is different. Some creditors employ tactics that include delaying settlement offers. Other creditors are eager to negotiate a settlement as quickly as possible. Early in the process, we'll likely target those creditors that are looking to make a good offer.

### Amount You Owe

The size of each of your individual debts is a key determinant of when it can get resolved. You need to build up enough of a reserve to tackle even the smallest debt. That is why consistent payments are so important.





CONFIDENTIAL – ATTORNEY / CLIENT COMMUNICATION AND WORK PRODUCT
tel (877) 271-3194 / fax (855) 271-6824 / email cs@greatlakeslf.com / my.greatlakeslf.com

# PROTECTION FROM CREDITORS

There are three important tools you can utilize to protect yourself from intrusive calls from creditors: a signed **Letter of Representation**, a notarized **Power of Attorney**, and a **Google Voice** phone number.

You can find instructions on how to set up your own personal Google Voice account at the following url:

**www.greatlakeslf.com/GoogleVoice**

Once created, you can change the contact phone number on all of your enrolled debt accounts to this Google Voice phone number, thereby allowing you to review any messages left by creditors or collectors rather than letting them speak with you directly.

**We urge you to set up your Google Voice account as soon as possible.**

There may be a period of time when you might continue to receive calls from creditors. If this occurs, be firm but polite. To assist you, we have provided a series of pre-written **Scripts & Tips** you can refer to on **Page 11**.

You may experience a creditor calling you even after your Letter of Representation, Power of Attorney, and Google Voice number have been implemented. Remember, their goal is to try to avoid dealing with our firm, so they will try instead to call you directly.

If you find you are continuing to receive such calls, simply give the caller our Customer Service phone number **(877-271-3194)**, and end the call as quickly as possible.

## How To Manage Calls From Creditors

You should be prepared for some creditor calls to get past our countermeasures. By anticipating that such calls will have an aggressive tone, you will be in a better position to effectively deal with them. Use the scripts we have provided on **Page 11** to respond to calls you may receive at work, at home, or calls received after you have asked the creditor in question to stop calling you.

It is important to log each time a creditor calls you and to send us the information as soon as possible. While calls of this nature may be difficult to experience, we are able to use evidence of frequent or inappropriate calls to our advantage in the resolution of your debt.

## Creditors Will Say Anything

Now that you know that calls from creditors are not personal, it's also important to know that they, and the people who work for them, will say just about anything to get you to speak with them and make a payment. Our clients have heard, "We never settle for less than the full value on our accounts" or "We don't speak to lawyers or third parties." We can assure you that these statements are false and designed to scare you. Simply stay calm, follow the script, and get off the phone as soon as possible. If you have any doubt, you can see recent settlements on our website at **www.greatlakeslf.com/settlement-letters**. The number of settlements that are there should ease your mind about whether a creditor will work with us or not. They do!

# REGISTER ONLINE



## Your Personal Web Portal

Get quick, easy access to your account information on the **Great Lakes Client Portal**, an online tool where you can view and manage your account information, 24/7, in a highly secure environment.

**Log in today at *my.greatlakeslf.com* to:**

### Instantly Get Program Updates

View your program status in real time, whenever it's convenient for you.

### Easily Manage Your Account

Add funds to reach settlements faster, request to add new debts, upload documents, request to change your bank information, and more.

### Quickly Get Help

View answers to frequently asked questions, download forms, and contact our care team directly from the portal.

## Registration Is Easy!

**Log-in to my.greatlakeslf.com to take advantage of the full suite of services we offer, right at your fingertips.** Once you're registered, we recommend bookmarking the URL to more easily access your information.

## Have Questions/Feedback?

*We'd love to hear from you! If you have feedback about the portal, or any problems accessing it, please do not hesitate to reach out at **cs@greatlakeslf.com**.*

# ROADMAP TO FIRST SETTLEMENT

**DAY 1**

**WELCOME!**
**Introductory attorney phone call.**
**Onboarding email sent.**

**WEEK 1**

A secure encrypted file of your signed program contract will be emailed to you, along with Google Voice setup instructions.

**WEEK 2**

**Onboarding Phone Call with our Client Services team.**
A recap email will be sent within 24 hours of phone call.

**MONTH 1**

First payment drafted on the date you selected.

**MONTH 2**

Monthly check-in call.

**MONTH 3**

**Strategy Call**: A Client Services team member will walk you through our plan to deal with your creditors. During this call we will identify the first creditor we will work with to ensure the best outcome for you.

**MONTH 4**

Monthly check-in call.

**MONTH 5**

Monthly check-in call.

**MONTH 7-9**

**Estimated first settlement between seven to nine months.**

# FDCPA

## The Fair Debt Collection Practices Act

### A Summary of FDCPA Violations

The **FDCPA** exists to eliminate abusive practices in the collection of consumer debt and to promote fair practices of debt collection.

The Act creates guidelines under which debt collectors may conduct business, and defines the rights of consumers involved in the collection process. We have summarized some of the illegal practices used by debt collectors that are direct violations of the FDCPA.

If you are subjected to any of these methods by collectors, please contact us immediately. We will act on your behalf to have them cease and desist, and further, we may have the opportunity to use such violations to secure more favorable settlement terms related to your debts.

**If you believe a creditor is in violation of the FDCPA rules, call us at 877-271-3194 and keep a record of the violation.**

### PLEASE CONTACT US IMMEDIATELY IF A CREDITOR VIOLATES ANY OF THE FOLLOWING RULES:

Creditors can't call you at your place of business after you have informed them that such calls are prohibited by your employer.

Creditors can't call you before 8AM or after 9PM local time.

Creditors can't tell someone other than you, your spouse, or your attorney that you owe them money.

Creditors can't misrepresent the amount of money you owe or the legal status of your debt.

Creditors can't pass themselves off as attorneys or send correspondence designed to look like it came from an attorney.

Creditors can't provide you with false information regarding your credit.

Creditors can't call an excessive number of times with the intent to annoy, abuse, or harrass you.

Creditors can't use abusive language or threaten your family in any way.

Creditors can't have you arrested.


CONFIDENTIAL – ATTORNEY / CLIENT COMMUNICATION AND WORK PRODUCT
tel (877) 271-3194 / fax (855) 271-6824 / email cs@greatlakeslf.com / my.greatlakeslf.com

# SCRIPTS & TIPS



## Call Scripts

Despite preventative measures, you may continue to receive some creditor calls. If this occurs, it's important to be firm but polite and use the provided scripts. Please remember that it is not in your best interest to engage with creditors. Keep your responses as brief as possible. Simply let your creditors know that you are represented by our firm, and politely end the call.

In order to filter calls from creditors, it is important to set up a **Google Voice** account as soon as possible. You can find detailed instructions for doing so at **www.greatlakeslf.com/googlevoice**.

---

If you are an **iPhone** or **Android** phone user, we also suggest you use the **"Block Caller"** feature found on these devices.

---

For all calls you may receive, keep the conversation brief but capture as much information as you can, including the caller's NAME, COMPANY, and the ACCOUNT they are calling about, and then follow the appropriate script below.

### **SCRIPT A:** IF A CREDITOR CALLS YOU AT HOME...

*"I am experiencing a financial hardship. I am reviewing my payment options based on my budget. Please communicate with me in writing from now on. Thank you."* *Proceed to hang up*

### **SCRIPT B:** IF A CREDITOR CALLS YOU AT WORK...

*"I am not allowed to receive phone calls at work. I am being represented by Great Lakes Law Firm. Please call them at **877-271-3194** with any questions about my account. Thank you."*
*Proceed to hang up*

### **SCRIPT C:** IF A CREDITOR CALLS YOU AFTER YOU HAVE PREVIOUSLY ASKED THEM TO STOP...

*"I have requested that you stop calling me. I am being represented by Great Lakes Law Firm. Please call them at **877-271-3194** with any questions about my account."* *Proceed to hang up*

# FREQUENTLY ASKED QUESTIONS

## When will you begin resolving my debts?

We begin to prepare a strategy for your accounts on the very first day of enrollment. However, it is important to understand that we can only settle debts once the funds in your **Program Savings Account** have built up to a point where they can be used to pay off the agreed upon amount, or to enter into a term payment settlement arrangement. Additionally, it is typical that creditors only negotiate a reduced settlement once the debts are over 6 months delinquent. The first of your account resolutions should occur between 7-9 months from the date you sign up with us.

## When will you notify me in regard to agreements with creditors?

As soon as we receive a reasonable offer from one of your creditors, we will contact you to seek approval. For this reason, it is important that you respond to our notifications within 48 hours, as offers may expire. We will also provide you with letters detailing the terms of all settlements at the time agreements are reached.

## How do I receive updates on my account?

You can instantly get updates via your online personal client portal anytime at **my.greatlakeslf.com**. You can also contact a Customer Service Representative by phone (**877-271-3194**) during our normal business hours (**Mon-Fri 9AM-8PM EST**). Our staff will be happy to provide you with all available information on the status of negotiations with each of your creditors, payment information, and the current balance within your Program Savings Account.

## Can I pay more than my standard scheduled minimum payment?

Yes. In fact, we recommend that whenever you have a small cash windfall, whether it be a tax refund, a bonus, or a cash gift, you make an additional payment into the program. All of the additional funds go directly towards building up your Program Savings Account and will allow us to negotiate agreements more quickly on your behalf. There are no pre-payment penalties.

## Can I add accounts to the program after it has begun?

Any accounts you wish to include after enrollment are subject to review by our underwriting department, as we will not accept a new debt unless we are confident that we can negotiate successfully with the creditor. Note that adding additional debts may prolong the duration of your program. Please contact our Customer Service Department (**877-271-3194**) if you want to add a card. Upon enrollment, we encourage you to maintain only one emergency card that you do not enroll in the program.

## Will the creditor stop contacting me once an account has been resolved?

Once a final agreement on payment has been reached with the creditor, they should not call you to attempt any further collections on the account. Please contact Customer Service (**877-271-3194**) if you receive a phone call from a creditor on an account that has been resolved. We will make sure that the creditor has all the necessary information related to the final agreement and request that a **Satisfaction Letter** be sent to you for your records.

## What if this is a Credit Union account?

If you are enrolling a Credit Union account and have a bank account with that same Credit Union, you will need to close out your bank account within the next 30 days and open a bank account with a creditor not being enrolled in the program.

*If you have any other questions not addressed here, please don't hesitate to contact us toll-free at* **(877) 271-3194**.

## Should I make any payments to my creditors while in the program?

As long as you continue to make payments to your creditors, they will not negotiate to resolve your debts. Generally, a debt must be delinquent for at least 60 to 180 days before creditors will engage in good faith negotiations to resolve your debts. Although there are consequences to deciding to stop making payments to your creditors, including potential increased collection activity, an adverse impact on your credit score, and the possibility that creditors or collectors might file a lawsuit to collect the debt, continuing to pay your creditors will negatively affect our ability to resolve your accounts.

## What happens if I miss my monthly payment? Will I be dropped from the program?

We wouldn't do that. However, to avoid overdraft fees, call our Customer Service Department (**877-271-3194**) five business days prior to your scheduled payment date in order for us to cancel the draft from your bank account. At that time, we will try to make alternative arrangements to ensure that we keep you on schedule. But remember, making the scheduled payments is critical to the success of your program. The faster money accrues in your account, the quicker we are able to negotiate reduced payoff amounts. Simply put, making your monthly payment is THE most important factor on your road to financial freedom.

## What if an enrolled debt is with a financial institution where I also have a bank account?

Our goal is to obtain the best settlement possible. Please keep in mind that enrolling an account from your personal banking institution may provide that creditor with visibility to your personal finances. Should your institution choose to use this information during the negotiations process, while we don't anticipate it, it may impact your settlement percentage.

## One of my creditors told me they do not work with outside companies. How do I respond?

Creditors will tell you that they do not deal with negotiators in order to coerce you into dealing with them directly, to your detriment. If we have accepted a debt into our program, it is because we have a history of successfully negotiating agreements with the creditor in question on behalf of our clients. Simply refer to ***Script* C** on the **Scripts & Tips** sheet we have provided on **Page 11**, and politely end the call. Please remember to log the call and contact us after.

## I just received a 1099-C form in the mail. How does this relate to me?

The IRS has determined that any debt resolution that results in savings of over $600 or more may be considered taxable income and subject to a 1099-C form. Not all creditors send out this form. If you receive one, you should take it to your tax professional to determine whether you might owe taxes on the amount listed.

## What if I receive a summons?

Though not common practice, creditors may decide to issue a summons or legal complaint against you. This escalation is a further attempt to intimidate you into paying the full account balance. If this occurs, our legal team is prepared to assist you. We're experienced in dealing with these actions and will work for a resolution as quickly as possible. In fact, often such legal actions result in an expedited settlement. In the event that you receive a summons or any other legal order, please email or fax it to us immediately (**cs@greatlakeslf.com/fax: 855-271-6824**) and we will handle it for you. Please do not respond directly to the creditor or their attorneys. If contacted, communicate only that you are being represented by Great Lakes Law Firm. Provide them our Customer Service phone number (**877-271-3194**) and get off the phone as quickly as possible. As a reminder, to be eligible for legal coverage you must be in compliance with your retainer agreement and current on your monthly payments.

GREAT LAKES
LAW FIRM

We are always pleased
to hear from you.

toll-free **phone:**
(877) 271-3194

toll-free **fax:**
(855) 271-6824

**email:**
cs@greatlakeslf.com

Our hours are Mon-Fri 9AM-8PM EST

## Access Your Account Anytime!

Register your account for 24/7 online access:

**my.greatlakeslf.com**

These descriptions are intended only to provide information about the experience of our attorneys and are not a guarantee of future success in any matter. Past results are not a guarantee of future results nor can future outcomes be predicted upon our past results. We do not make any guarantee, promise or other assurance that similar results will be achieved.





# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

A Welcome Guide to a Fresh Start

GREENSTONE LEGAL GROUP




GREENSTONE LEGAL GROUP

## Contact Us:

**toll-free phone:**
(866) 727-1899

**toll-free fax:**
(866) 253-9529

**email:**
cs@greenstonelegalgroup.com

Our business hours are Mon-Fri 9AM-5:30PM EST.
Feel free to contact us with any questions or feedback

### Access Your Account Anytime!

Register your account for 24/7 online access:

**my.greenstonelegalgroup.com**

### Need To Speak To A Lawyer? We Are Here To Help.

Although our customer service representatives work under the supervision of licensed attorneys, they are not attorneys and they cannot provide you with any legal advice of any kind.

If you ever need to speak with an attorney about your situation, please call or email us and we will make prompt arrangements for you to speak with one of our attorneys.

# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

## A Welcome Guide to a Fresh Start

### Table of Contents

Welcome To Your Reference Guide.......... 2
Keys To Your Success.......... 3
Correspondence Best Practices.......... 4
What To Expect.......... 5
Debt Resolution.......... 6
Protection From Creditors.......... 7
Register Online.......... 8
Roadmap To First Settlement.......... 9
FDCPA.......... 10
Scripts & Tips.......... 11
Frequently Asked Questions.......... 12



# WELCOME TO YOUR REFERENCE GUIDE

## You're On Your Way To Financial Peace Of Mind

Welcome to Greenstone Legal Group – you've made the right choice. Our team of experienced, caring professionals have worked with clients just like you to help them achieve their financial goals, and we look forward to doing the same for you.

This **Welcome Guide** provides important information about the program. Please read it thoroughly and keep it in an easily accessible location for reference. If you have other questions not covered in this guide, please don't hesitate to call or email us:

Toll-free: **(866) 727-1899** • Email: **cs@greenstonelegalgroup.com**

---

As we work on your behalf, you can count on us to do the following:

- **We will negotiate with your creditors and defend your best interests.**
- **We will courteously answer your questions in a timely manner.**
- **We will treat you with respect at all times.**

*We value the trust you have put in us, and look forward to working with you.*

*"I've never felt alone throughout this process. The staff at Greenstone are incredibly caring and knowledgeable. I'm in good hands."*

*- Patty, MS*



# KEYS TO YOUR SUCCESS

## A Smart Approach To Resolving Your Enrolled Debts

You've chosen to take an important step in resolving your enrolled debt by reducing your monthly payment to a manageable level. The next step is to make regular payments into your **Program Savings Account**. Making regular payments is a key part to your success in the program. We will use the funds in your account to negotiate favorable deals with your creditors and to pay for our services. It's a clear three step process:

### 1 Build Your Resources

The accumulation of funds into your personal **Program Savings Account** is a vital step in resolving your enrolled debts. These funds are important because they allow us to be sure that enough funds will be available in the Account when a deal with a creditor is agreed upon. This is why making regular payments is critical. If you follow this best practice, your first settlement typically occurs within 7-9 months.

### 2 We Negotiate

There's no one-size-fits-all approach to selecting with whom we will negotiate with first. Our strategy is catered to your specific situation; determining factors can include the amount owed, the creditor in question, and the account balance. We tailor our tactics for each creditor to achieve the best settlement as quickly as possible.

### 3 Stay Committed

Missing payments will prolong the process, increasing the time it takes for your enrolled debts to be resolved. If your account does not have funds readily available, you may miss out on a highly desirable proposed settlement.

### HOW TO GET AHEAD

If you have the opportunity to pay more into your account, it may speed up the timeline for us to negotiate settlements. Any time it's possible to deposit more into your Program Savings Account, we encourage you to do so. There is no prepayment penalty, so you have nothing to lose by contributing more into your account.

### A WORD ABOUT YOUR ACCOUNT

**Global Holdings LLC (GH)** is the transaction agent that oversees the processing of your program account, and the disbursement of funds to the creditors enrolled in the program. Keep in mind that your account was created for this sole purpose. It is FDIC-insured, maintained in your name only and accessible only with your authorization. You can view your drafts, payments, account balance and monthly statements online 24/7.*

For any questions related to your account, please contact:

**www.ghllc.com**
**Phone: (877) 271-1550**

* Please Note: Once your draft is processed, it cannot be cancelled.

# CORRESPONDENCE BEST PRACTICES

## Great Communication Makes A Big Difference

In order to provide you with the most help, it's important that we know the manner and frequency your creditors are communicating with you. For their own benefit, creditors would prefer to circumvent us by contacting you directly. The more we know about your situation, the more we can provide support. It's that simple.



## Communicate

Please make sure to immediately notify and forward us any correspondence that you receive from creditors related to the debt you have enrolled in the program. You may call, email, fax, or contact us via your personal client portal, **my.greenstonelegalgroup.com**. Please note that some debts may be sold to a third party while you are enrolled in the program. That doesn't change your involvement in the program, but it's essential that we know who the current debt holder is so that we may settle with the correct creditor.

## Don't Wait

**It is very important that you forward us the next two statements you receive from each of your creditors.** It may take some time before your creditors start sending your monthly statements to our offices instead of to you directly. Until then, it's vital that you send your statements to us so that we can begin the job for which you have hired us.

## Don't Take the Bait

Despite our best efforts, creditors may continue to send you correspondence, stating that you are required to call them. This is untrue, and **PLEASE DO NOT REPLY**. Instead, send the received document to us via email or fax and we will contact the creditor on your behalf.

Contact us regarding all creditor correspondence:

toll-free **phone:** (866) 727-1899

toll-free **fax:** (866) 253-9529

**email:** cs@greenstonelegalgroup.com

**personal client portal:** my.greenstonelegalgroup.com

Our business hours are Mon-Fri 9AM-5:30PM EST

# WHAT TO EXPECT

## Together, We Will Ease Your Financial Burden




We believe in the power of our partnership. Our team of experienced professionals will do our best to ensure that your plan progresses smoothly. We will work with you to successfully negotiate your enrolled debt and we'll be here for you to address any questions you may have.

Now that we've provided an overview on the keys to your success, let's discuss what will happen over the next few months.

### Power of Attorney Documents

We start by notifying your creditors that we are representing you by sending them **Power of Attorney Documents**. Although this process takes a bit of time, as you are reading this, some of your creditors may have already been contacted. The purpose of these documents is to alert your creditors to cease all calls made to you, and to begin sending all correspondences, questions, and offers related to your accounts to us. This will be a significant victory for you, as the burden of dealing with your creditors shifts to us. There is information on how to deal with creditors that continue to call you on **Page 7**.

### There Will Likely Be Exceptions

Your program is unique to you. It is tailored to your specific situation. This custom approach helps us achieve positive results. Just like no two clients are alike, no two creditors are alike; we employ unique negotiating strategies for each of your creditors. This means that sometimes we wait to send notifications to some of your creditors. Rest assured, we did not forget to send the notifications. We know from years of experience that it is in your best interest to wait before notifying them that we are representing you.

# DEBT RESOLUTION

**Our goal is to resolve your enrolled debt for a fraction of the original balance, with no further financial obligation.** We have developed collaborative relationships with every major creditor by taking the same professional and respectful approach with them we as do with our clients. Knowing each creditor, and how they manage and change their collection protocols, allows us to tailor our negotiating strategies to get the best deals for you. Most importantly, we receive no fees from creditors. Other companies do, and that creates a conflict of interest. Our sole focus is to look out for you and your best interests.

**Typically, you can expect your first settlement to occur within 7-9 months.**

Remember, your program is unique to you, so your timeframe may vary based on the following factors:

## Timeliness of Your Plan Payments

Making consistent payments is the most important thing that you can do to help achieve success in the program. This allows us to negotiate on your behalf from a position of strength. It's important to make sure that you have sufficient balances available in your checking account each month when **GH** (*page* 3) drafts the funds to build your **Program Savings Account** reserves.

## Specific Creditors

Each creditor is different. Some creditors employ tactics that include delaying settlement offers. Other creditors are eager to negotiate a settlement as quickly as possible. Early in the process, we'll likely target those creditors that are looking to make a good offer.

## Amount You Owe

The size of each of your individual debts is a key determinant of when it can get resolved. You need to build up enough of a reserve to tackle even the smallest debt. That is why consistent payments are so important.

*"Greenstone Legal is helping me manage my debt. They are kind, understanding, and they address my questions and issues promptly. Thank you for all you do."*

*- Antoinette, ID*



# PROTECTION FROM CREDITORS

There are two important tools you can utilize to protect yourself from intrusive calls from creditors: a notarized **Power of Attorney** and a **Google Voice** phone number.

You can find instructions on how to set up your own personal Google Voice account at the following url:

**www.greenstonelegalgroup.com/googlevoice**

Once created, you can change the contact phone number on all of your enrolled debt accounts to this Google Voice phone number, thereby allowing you to review any messages left by creditors or collectors rather than letting them speak with you directly.

**We urge you to set up your Google Voice account as soon as possible.**

There may be a period of time when you might continue to receive calls from creditors. If this occurs, be firm but polite. To assist you, we have provided a series of pre-written **Scripts & Tips** you can refer to on **Page 11**.

You may experience a creditor calling you even after your Power of Attorney and Google Voice number have been implemented. Remember, their goal is to try to avoid dealing with our firm, so they will try instead to call you directly.

If you find you are continuing to receive such calls, simply give the caller our Customer Service phone number **(866) 727-1899**, and end the call as quickly as possible.

## How To Manage Calls From Creditors

You should be prepared for some creditor calls to get past our preventative measures. By anticipating that such calls will have an aggressive tone, you will be in a better position to effectively deal with them. Use the scripts we have provided on **Page 11** to respond to calls you may receive at work, at home, or calls received after you have asked the creditor in question to stop calling you.

It is important to log each time a creditor calls you and to send us the information as soon as possible. While calls of this nature may be difficult to experience, we are able to use evidence of frequent or inappropriate calls to our advantage in the resolution of your debt.

## Creditors Will Say Anything

Now that you know that calls from creditors are not personal, it's also important to know that they, and the people who work for them, will say just about anything to get you to speak with them and make a payment. Our clients have heard, "We never settle for less than the full value on our accounts" or "We don't speak to lawyers or third parties." We can assure you that these statements are false and designed to scare you. Simply stay calm, follow the script, and get off the phone as soon as possible.

# REGISTER ONLINE

## Your Personal Web Portal

Get quick, easy access to your account information on the **Greenstone Legal Group Client Portal**, an online tool where you can view and manage your account information, 24/7, in a highly secure environment.

**Log in today at *my.greenstonelegalgroup.com* to:**

### Instantly Get Program Updates

**View your program status in real time, whenever it's convenient for you.**

---

### Easily Manage Your Account

**Add funds to reach settlements faster, request to add new debts, upload documents, request to change your bank information, and more.**

---

### Quickly Get Help

**View answers to frequently asked questions, download forms, and contact our care team directly from the portal.**

## Registration Is Easy!

**Log-in to my.greenstonelegalgroup.com to take advantage of the full suite of services we offer, right at your fingertips.** Once you're registered, we recommend bookmarking the URL to more easily access your information.

## Have Questions/Feedback?

*We'd love to hear from you! If you have feedback about the portal, or any problems accessing it, please do not hesitate to reach out at* ***cs@greenstonelegalgroup.com****.*

# ROADMAP TO FIRST SETTLEMENT



# FDCPA



## The Fair Debt Collection Practices Act

### A Summary of FDCPA Violations

The **FDCPA** exists to eliminate abusive practices in the collection of consumer debt and to promote fair practices of debt collection.

The Act creates guidelines under which debt collectors may conduct business, and defines the rights of consumers involved in the collection process. We have summarized some of the illegal practices used by debt collectors that are direct violations of the FDCPA.

If you are subjected to any of these methods by collectors, please contact us immediately. We will act on your behalf to have them cease and desist, and further, we may have the opportunity to use such violations to secure more favorable settlement terms related to your debts.

**If you believe a creditor is in violation of the FDCPA rules, call us at (866) 727-1899 and keep a record of the violation.**

### PLEASE CONTACT US IMMEDIATELY IF A CREDITOR VIOLATES ANY OF THE FOLLOWING RULES:

Creditors can't call you at your place of business after you have informed them that such calls are prohibited by your employer.

Creditors can't call you before 8AM or after 9PM local time.

Creditors can't tell someone other than you, your spouse, or your attorney that you owe them money.

Creditors can't misrepresent the amount of money you owe or the legal status of your debt.

Creditors can't pass themselves off as attorneys or send correspondence designed to look like it came from an attorney.

Creditors can't provide you with false information regarding your credit.

Creditors can't call an excessive number of times with the intent to annoy, abuse, or harrass you.

Creditors can't use abusive language or threaten you or your family in any way.

Creditors can't have you arrested.

# SCRIPTS & TIPS

## Call Scripts

Despite preventative measures, you may continue to receive some creditor calls. If this occurs, it's important to be firm but polite and use the provided scripts. Please remember that it is not in your best interest to engage with creditors. Keep your responses as brief as possible. Simply let your creditors know that you are represented by our firm, and politely end the call.

In order to filter calls from creditors, it is important to set up a **Google Voice** account as soon as possible. You can find detailed instructions for doing so at **www.greenstonelegalgroup.com/googlevoice.**

---

If you are an **iPhone** or **Android** phone user, we also suggest you use the "**Block Caller**" feature found on these devices.

---

For all calls you may receive, keep the conversation brief but capture as much information as you can, including the caller's **NAME**, **COMPANY**, and the **ACCOUNT** they are calling about, and then follow the appropriate script below.

### SCRIPT A: IF A CREDITOR CALLS YOU AT HOME...

*"I am experiencing a financial hardship. I am reviewing my payment options based on my budget. Please communicate with me in writing from now on. Thank you."* *Proceed to hang up*

---

### SCRIPT B: IF A CREDITOR CALLS YOU AT WORK...

*"I am not allowed to receive phone calls at work. I am being represented by Greenstone Legal Group. Please call them at* **(866) 727-1899** *with any questions about my account. Thank you."*
*Proceed to hang up*

---

### SCRIPT C: IF A CREDITOR CALLS YOU AFTER YOU HAVE PREVIOUSLY ASKED THEM TO STOP...

*"I have requested that you stop calling me. I am being represented by Greenstone Legal Group. Please call them at* **(866) 727-1899** *with any questions about my account."* *Proceed to hang up*

# FREQUENTLY ASKED QUESTIONS

## When will you begin resolving my debts?

We begin to prepare a strategy for your accounts on the very first day of enrollment. However, it is important to understand that we can only settle debts once the funds in your **Program Savings Account** have built up to a point where they can be used to pay off the agreed upon amount, or to enter into a term payment settlement arrangement. Additionally, it is typical that creditors only negotiate a reduced settlement once the debts are over 6 months delinquent. The first of your account resolutions should occur between 7-9 months from the date you sign up with us.

## When will you notify me in regard to agreements with creditors?

As soon as we receive a reasonable offer from one of your creditors, we will contact you to seek approval. For this reason, it is important that you respond to our notifications within 48 hours, as offers may expire. We will also provide you with letters detailing the terms of all settlements at the time agreements are reached.

## How do I receive updates on my account?

You can instantly get updates via your online personal client portal anytime at **greenstonelegalgroup.com**. You can also contact a Customer Service Representative by phone **(866) 727-1899** during our normal business hours **(Mon-Fri 9AM-5:30PM EST)**. Our staff will be happy to provide you with all available information on the status of negotiations with each of your creditors, payment information, and the current balance within your Program Savings Account.

## Can I pay more than my standard scheduled minimum payment?

Yes. In fact, we recommend that whenever you have a small cash windfall, whether it be a tax refund, a bonus, or a cash gift, you make an additional payment into the program. All of the additional funds go directly towards building up your Program Savings Account and will allow us to negotiate agreements more quickly on your behalf. There are no pre-payment penalties.

## Can I add accounts to the program after it has begun?

Any accounts you wish to include after enrollment are subject to review, as we will not accept a new debt unless we are confident that we can negotiate successfully with the creditor. Note that adding additional debts may prolong the duration of your program. Please contact our Customer Service Department **(866) 727-1899** if you want to add a card. Upon enrollment, we encourage you to maintain only one emergency card that you do not enroll in the program.

## Will the creditor stop contacting me once an account has been resolved?

Once a final agreement on payment has been reached with the creditor, they should not call you to attempt any further collections on the account. Please contact Customer Service **(866) 727-1899** if you receive a phone call from a creditor on an account that has been resolved. We will make sure that the creditor has all the necessary information related to the final agreement and request that a **Satisfaction Letter** be sent to you for your records.

## What if this is a Credit Union account?

If you are enrolling a Credit Union account and have a bank account with that same Credit Union, you will need to close out your bank account within the next 30 days and open a bank account with a creditor not being enrolled in the program.

*If you have any other questions not addressed here, please don't hesitate to contact us toll-free at* **(866) 727-1899**.

## Should I make any payments to my creditors while in the program?

If you continue to pay your creditors it will negatively affect our ability to resolve your accounts. Generally, a debt must be delinquent for at least 120 to 180 days before creditors will engage in any good faith negotiations to resolve your debts. While the decision to stop making your debt payments to creditors does carry consequences (including a potential increase in collection activity, an adverse impact to your credit score, and the possibility of a lawsuit being filed against you by the creditors or collectors in question) as long as you continue to pay your creditors, they will not negotiate to resolve your debt.

## What happens if I miss my monthly payment? Will I be dropped from the program?

We wouldn't do that. However, to avoid overdraft fees, call our Customer Service Department **(866) 727-1899** three business days prior to your scheduled payment date in order for us to cancel the draft from your bank account. At that time, we will try to make alternative arrangements to ensure that we keep you on schedule. But remember, making the scheduled payments is critical to the success of your program. The faster money accrues in your account, the quicker we are able to negotiate reduced payoff amounts. Simply put, making your monthly payment is THE most important factor on your road to financial freedom.

## What if an enrolled debt is with a financial institution where I also have a bank account?

Our goal is to obtain the best settlement possible. Please keep in mind that enrolling an account from your personal banking institution may provide that creditor with visibility to your personal finances. Should your institution choose to use this information during the negotiations process, while we don't anticipate it, it may impact your settlement percentage.

## One of my creditors told me they do not work with outside companies or attorneys. How do I respond?

Creditors will tell you that they do not deal with negotiators in order to coerce you into dealing with them directly, to your detriment. If we have accepted a debt into our program, it is because we have a history of successfully negotiating agreements with the creditor in question on behalf of our clients. Simply refer to ***Script C*** in the **Scripts & Tips** section on **Page 11**, and politely end the call. Please remember to log the call and contact us after.

## I just received a 1099-C form in the mail. How does this relate to me?

The IRS has determined that any debt resolution that results in savings of over $600 or more may be considered taxable income and subject to a 1099-C form. Not all creditors send out this form. If you receive one, you should take it to your tax professional to determine whether you might owe taxes on the amount listed.

## What if I receive a summons?

Though not common practice, creditors may decide to issue a summons or legal complaint against you. This escalation is a further attempt to intimidate you into paying the full account balance. If this occurs, our legal team is prepared to assist you. We're experienced in dealing with these actions and will work for a resolution as quickly as possible. In fact, often such legal actions result in an expedited settlement. In the event that you receive a summons or any other legal document, please email or fax it to us immediately **(cs@greenstonelegalgroup.com/fax: (866) 253-9529)** and we will handle it for you. Please do not respond directly to the creditor or their attorneys. If contacted, communicate only that you are being represented by Greenstone Legal Group. Provide them our Customer Service phone number **(866) 727-1899** and get off the phone as quickly as possible. As a reminder, to be eligible for legal coverage you must be in compliance with your retainer agreement and current on your monthly payments.

GREENSTONE LEGAL GROUP

We're always here to help you...

**toll-free phone:**
(866) 727-1899

**toll-free fax:**
(866) 253-9529

**email:**
cs@greenstonelegalgroup.com

**Our business hours are Mon-Fri 9AM-5:30PM EST.**
Feel free to contact us with any questions or feedback.

Access Your Account Anytime!
Register your account for 24/7 online access:

**my.greenstonelegalgroup.com**

**Need To Speak With A Lawyer?**

Although our customer service representatives work under the supervision of licensed attorneys, they are not attorneys and they cannot provide you with any legal advice of any kind.

If you ever need to speak with an attorney about your situation, please call or email us and we will make prompt arrangements for you to speak with one of our attorneys.

These descriptions are intended only to provide information about the experience of our attorneys and are not a guarantee of future success in any matter. Past results are not a guarantee of future results nor can future outcomes be predicted upon our past results. We do not make any guarantee, promise or other assurance that similar results will be achieved.





# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

A Welcome Guide to a Fresh Start

TIMBERLINE
FINANCIAL

*"My experience working with Timberline Financial has been nothing short of excellent. They have been open, honest, caring, and knowledgeable about anything that is of concern to me. I highly recommend this company!"*

*- Gomer R.*
Honolulu, HI



TIMBERLINE
FINANCIAL

We're here to help you.

**toll-free phone:**
(855) 250-8329

**toll-free fax:**
(855) 700-2974

**email:**
cs@timberlinefinancial.com

**Our hours are Mon-Fri 9AM-8PM EST.**
Feel free to contact us with any questions or feedback.

**Access Your Account Anytime!**
Register your account for 24/7 online access:

**my.timberlinefinancial.com**

# REDUCING YOUR DEBT & RESTORING STABILITY TO YOUR LIFE

A Welcome Guide to a Fresh Start

## Table of Contents

Welcome To Your Reference Guide.......... 2

Keys To Your Success.......... 3

Correspondence Best Practices.......... 5

Resolving Your Debts.......... 6

Protection From Creditors.......... 7

Register Online.......... 8

Roadmap To First Settlement.......... 9

FDCPA.......... 10

Scripts & Tips.......... 11

Frequently Asked Questions.......... 12



# WELCOME TO YOUR REFERENCE GUIDE

## YOU MADE THE RIGHT CHOICE AND WE'RE THRILLED TO BE WORKING WITH YOU.

Success takes planning and sometimes the best planning is making sure you have the right partner by your side. By choosing Timberline Financial, you have partnered with a team of experienced and caring professionals who are committed to your objectives, your satisfaction and your future. Our proven approach to helping our clients resolve their debt issues quickly has helped thousands of people like you get a new lease on life.

As we work on your behalf, you can count on us to do the following:

- **We will answer all of your questions in a timely and courteous manner.**
- **We will negotiate with your creditors with your best interests as our top priority.**
- **We will not charge a fee until after you see results.**

## Together We're A Team

The purpose of this guide is to help us both chart the road to your success and to ensure a successful outcome.

***In our program, we do 98% of the work and 100% of the heavy lifting.***
***We just ask that you keep the lines of communication open so we can act quickly on your behalf.***

Here's to a successful journey for both of us!



# KEYS TO YOUR SUCCESS

## A Smart Approach To Resolving Your Enrolled Debts

You've taken a big first step by reducing your monthly payment to a manageable level. Now all you need to do is stay on track with your monthly savings plan by making your payments on time. This allows you to build up a reserve which we will then use to strike favorable deals with your creditors.



### It's all pretty simple:

**1**

### Build Your Resources

The accumulation of funds in your program account is a critical step in resolving your debts. Before we enter into negotiations with creditors, we need to know that funds are available to accept a settlement. That is why it is crucial to make sure your program account is funded at the agreed upon date and amount each month.

**2**

### We Negotiate

Our negotiating strategies may differ depending on the creditor and the amount you owe. Our team of strategists and negotiators are experts in knowing the varying behaviors of hundreds of creditors and tailoring our tactics to each one so that we get you the best settlement as quickly as possible.

**3**

### Stay Committed

Missing payments will prolong the process and increase the time it takes for you to resolve your debts. If the funds are not available in your program account, you might miss out on a great settlement opportunity.

# KEYS TO YOUR SUCCESS (cont.)



*"It was not easy to accept that my finances had gotten out of control. But the Timberline team of representatives were sympathetic, non-judgmental, and committed to help me through this situation."*

- Allen S.
Tulsa, OK

## A Word About Your Account

**Global Client Solutions (GCS)** is the transaction agent that oversees the processing of your program account, and the disbursement of funds to the creditors enrolled in the program. Keep in mind that your account was created for this sole purpose. It is FDIC-insured, maintained in your name only and accessible only with your authorization. You can view your drafts, payments, account balance and monthly statements online 24/7.*

**www.globalclientsolutions.com** | **Phone: 1-800-398-7191**

* Please Note: Once your draft is processed, it cannot be cancelled.

## How To Get Ahead

If you have the opportunity to pay more into your account, it may speed up the timeline for us to negotiate settlements. Any time it's possible to deposit more into your Program Savings Account, we encourage you to do so. There is no prepayment penalty, so you have nothing to lose by contributing more into your account.

## Google Voice

**We urge you to set up your Google Voice account as soon as possible.** There may be a period of time when you might continue to receive calls from creditors. If this occurs, be firm but polite. To assist you, we have provided a series of pre-written **Scripts & Tips** you can refer to on **Page 11**.

You may experience a creditor calling you even after your Google Voice number has been set up. If you find you are continuing to receive such calls, simply give the caller our Customer Service phone number **(855-250-8329)**, and end the call as quickly as possible.

# CORRESPONDENCE BEST PRACTICES

## Great Communication Makes A Big Difference

***Attempting to keep us out of the loop is a strategy that many creditors use in order to take advantage of you.*** To best help you, we need to know what is being communicated to you by your creditors. Please let us know any time you have been contacted by them because we are talking to them as well. Presenting a united front is important to your success in the program.



### Communicate

Please make sure to immediately notify and forward us any correspondence that you receive from creditors related to the debt you have enrolled in the program. You may call, email, fax, or contact us via your personal client portal, **my.timberlinefinancial.com**. Please note that some debts may be sold to a third party while you are enrolled in the program. That doesn't change your involvement in the program, but it's essential that we know who the current debt holder is so that we may settle with the correct creditor.

### Don't Wait

**It is very important that you forward us the next two statements that you receive from each of your creditors.** It can take some time before your statements start coming to our offices following our submission of the limited powers of attorney. That's why we count on you to send them to us.

### Don't Take the Bait

If you receive any correspondence from a creditor requiring you to call them immediately, **SIMPLY DON'T DO IT**! Please send the document to us via email or fax and we will contact the creditor on your behalf.

Contact us regarding all creditor correspondence:

**toll-free phone:** (855) 250-8329

**toll-free fax:** (855) 700-2974

**email:** cs@timberlinefinancial.com

**online portal:** my.timberlinefinancial.com

Our hours are Mon-Fri 9AM-8PM EST

# RESOLVING YOUR DEBTS

Resolving your debts for a fraction of the original balance and having no further obligation to the creditor is the main goal. This is why we are working together and this is where our experience makes a difference for you. Over the last several years, we have developed customized strategies for working with each of the major creditors. Understanding the intricacies of how they manage and change their collection processes over time allows us to fine tune our negotiating strategies to get the best deals for you.

**Typically, you can expect your first settlement to occur within 5-7 months.**

The timeframe will vary based on the following factors:

## Timeliness of Your Plan Payments

We urge you to make sure you have sufficient balances available in your checking account each month when GCS drafts the funds to build your program account reserves. This allows us to negotiate from a position of strength on your behalf.

## Specific Creditors

Some creditors employ tactics that include delaying settlement offers. Other creditors are eager to negotiate an agreement as fast as possible and these are the ones we will most likely target early in the process.

## Amount You Owe

The size of each individual debt along with the amount of funds you are saving on a monthly basis will determine when we can settle your debts. You need to build up enough of a reserve to tackle even the smallest one.



**Remember:**

*We will contact you with all reasonable offers as they come in.*

# PROTECTION FROM CREDITORS

Managing your creditors is our area of expertise. But it's not unheard of for some creditors to try and contact you by telephone. If this happens, please be polite and use the brief call scripts provided on **Page 11**.

Remember, certain creditors will try anything to make contact with you. Their goal is to avoid dealing with us by trying to reach you instead. You should give them our Customer Service phone number **(855-250-8329)** and get off the phone as quickly as possible.

## How To Manage Calls From Creditors

Be prepared for an aggressive tone. It is not personal but some creditors will try to intimidate you as a tactic to try and collect any money from you. Remember...remain calm, polite, follow the appropriate script, and make the call brief. Use the provided scripts for calls received at work, calls received at home and calls received after you have asked them to stop.

Make sure to log each time a particular creditor calls and send us this information right away. Evidence of frequent and inappropriate calls may be used by us in the resolution of your debt.

## Creditors Will Say Anything

Creditors and those who work for them will say almost anything to get you to speak with them and make a payment. Some may make false statements such as "we never settle for less than the full value on our accounts" or "we don't speak to third party representatives." These statements are false and are designed to trick you. Please do not fall victim to these tactics. If ever you are in doubt, we will be happy to provide you with recent agreements we have made with any creditor so that you can rest assured that they do indeed work with us.

## Proven Results With All Creditors

Log onto: **timberlinefinancial.com/settlements** to view outstanding settlements we have reached with **EVERY MAJOR CREDITOR.**

# REGISTER ONLINE



## Your Personal Web Portal

Get quick, easy access to your account information on the **Timberline Client Portal**, an online tool where you can view and manage your account information, 24/7, in a highly secure environment.

### Log in today at *my.timberlinefinancial.com* to:

### Instantly Get Program Updates

View your program status in real time, whenever it's convenient for you.

### Easily Manage Your Account

Add funds to reach settlements faster, request to add new debts, upload documents, request to change your bank information, and more.

### Quickly Get Help

View answers to frequently asked questions, download forms, and contact our care team directly from the portal.

## Registration Is Easy!

**Log-in to my.timberlinefinancial.com to take advantage of the full suite of services we offer, right at your fingertips.** Once you're registered, we recommend bookmarking the URL to more easily access your information.

## Have Questions/Feedback?

*We'd love to hear from you! If you have feedback about the portal, or any problems accessing it, please do not hesitate to reach out at* ***cs@timberlinefinancial.com****.*

# ROADMAP TO FIRST SETTLEMENT

**DAY 1**

**Welcome!**
Visit **my.timberlinefinancial.com** to register your account for 24/7 online access. Set up your Google Voice account as soon as possible (*page 11*).

**WEEK 1**

Onboarding Phone Call with our Client Services team.

**MONTH 1**

**First Check-in Call:**
Your first payment will draft on the date you select.

**MONTH 3**

**Strategy Call:**
A member of your Client Services team will walk you through our plan to deal with your creditors. During this call, we will identify the first creditor we will work with to ensure the best outcome for you.

**MONTHS 5 – 7**

**Estimated first settlement between five to seven months.**

# The Fair Debt Collection Practices Act

## A Summary of FDCPA Violations

The **FDCPA** exists to eliminate abusive practices in the collection of consumer debt and to promote fair practices of debt collection.

The Act creates guidelines under which debt collectors may conduct business, and defines the rights of consumers involved in the collection process.
We have summarized some of the illegal practices used by debt collectors that are direct violations of the FDCPA.

If you are subjected to any of these methods by collectors, please contact us immediately. We will act on your behalf to have them cease and desist, and further, we may have the opportunity to use such violations to secure more favorable settlement terms related to your debts.

**If you believe a creditor is in violation of the FDCPA rules, call us at (855) 250-8329 and keep a record of the violation.**

### PLEASE CONTACT US IMMEDIATELY IF A CREDITOR VIOLATES ANY OF THE FOLLOWING RULES:

Creditors can't call you at your place of business after you have informed them that such calls are prohibited by your employer.

Creditors can't call you before 8AM or after 9PM local time.

Creditors can't tell someone other than you, your spouse, or your attorney that you owe them money.

Creditors can't misrepresent the amount of money you owe or the legal status of your debt.

Creditors can't pass themselves off as attorneys or send correspondence designed to look like it came from an attorney.

Creditors can't provide you with false information regarding your credit.

Creditors can't call an excessive number of times with the intent to annoy, abuse, or harrass you.

Creditors can't use abusive language or threaten your family in any way.

Creditors can't have you arrested.



CONFIDENTIAL – ATTORNEY / CLIENT COMMUNICATION AND WORK PRODUCT

tel (855) 250-8329 / fax (855) 700-2974 / email cs@timberlinefinancial.com / my.timberlinefinancial.com

# SCRIPTS & TIPS

## Call Scripts

Despite preventative measures, you may continue to receive some creditor calls. If this occurs, it's important to be firm but polite and use the provided scripts. Please remember that it is not in your best interest to engage with creditors. Keep your responses as brief as possible. Simply let your creditors know that you are represented by our firm, and politely end the call.



In order to filter calls from creditors, it is important to set up a **Google Voice** account as soon as possible. You can find detailed instructions for doing so at **www.timberlinefinancial.com/googlevoice**.

---

If you are an **iPhone** or **Android** phone user, we also suggest you use the **"Block Caller"** feature found on these devices.

---

For all calls you may receive, keep the conversation brief but capture as much information as you can, including the caller's **NAME**, **COMPANY**, and the **ACCOUNT** they are calling about, and then follow the appropriate script below.

### SCRIPT A: IF A CREDITOR CALLS YOU AT HOME...

*"I am experiencing a financial hardship. I am reviewing my payment options based on my budget. Please communicate with me in writing from now on. Thank you."* *Proceed to hang up*

---

### SCRIPT B: IF A CREDITOR CALLS YOU AT WORK...

*"I am not allowed to receive phone calls at work. I am being represented by Timberline Financial. Please call them at **(855) 250-8329** with any questions about my account. Thank you."*
*Proceed to hang up*

---

### SCRIPT C: IF A CREDITOR CALLS YOU AFTER YOU HAVE PREVIOUSLY ASKED THEM TO STOP...

*"I have requested that you stop calling me. I am being represented by Timberline Financial. Please call them at **(855) 250-8329** with any questions about my account."* *Proceed to hang up*

# FREQUENTLY ASKED QUESTIONS

## When will you begin resolving my debts?

The process of preparing a strategy for your accounts begins on Day 1. However, it is important to understand that we can only settle debts once the funds in your account have been built up to a point where they can be used to pay off the agreed upon amount or enter into a term settlement payment arrangement. The first of your account resolutions should occur between 5-7 months from the date you sign up with us.

## When do I pay the service fee?

You don't pay us anything until we settle a debt. Our fee is paid at the time of settlement.

## When will you notify me regarding creditor agreements?

As soon as we know, you will know. We will contact you for approval each time we receive a reasonable offer from one of them. It is important that you respond to our notifications within 48 hours as offers do not stick around indefinitely. We will also provide you with letters detailing the terms of each settlement at the time agreement is reached.

## Will the creditor stop contacting me once an account has been resolved?

Once a final agreement on payment has been reached with the creditor, they should not call you to attempt any further collections on the account. Contact Customer Service if you receive a phone call from a creditor on an account that has been resolved. We will make sure that the creditor has all the necessary information related to the final agreement and request that a Satisfaction Letter be sent to you for your records.

## Can I add accounts to the program after it has begun?

Upon enrollment, we encourage you to maintain only one emergency card that you do not enroll in the program. Any accounts you wish to include after enrollment are subject to review by our underwriting department as we will not accept a new debt unless we are confident that we can negotiate successfully with the creditor. Note that adding additional debts may prolong the duration of your program. Please contact our Customer Service department if you want to add a debt.

## Can I make more than my scheduled payment?

Yes, absolutely. In fact, we recommend that whenever you have a small cash windfall, whether it be a tax refund, a bonus or a present, you make an additional payment into the program. All additional funds go strictly towards building up your reserve and allowing us to negotiate agreements more quickly on your behalf. There are no pre-payment penalties.

## What happens if I miss my monthly payment? Will I be dropped from the program?

We wouldn't do that. However, to avoid overdraft fees, call our Customer Service department 5 business days prior to your scheduled payment date in order for us to cancel the draft from your bank account. At that time, we will try to make alternate arrangements to ensure that we keep you on schedule because making your monthly payments is the most important contributor to success in the program.

## I just received a 1099 form in the mail. How does this relate to me?

The IRS has determined that any debt resolution that results in savings of over $600 or more may be considered taxable income and subject to a 1099C Form. Not all creditors send out this form. If you receive one, you should take it to your tax professional to determine whether you might owe taxes on the amount listed.

## What if I receive a summons?

Based on our experience we are able to avoid legal actions in the majority of cases. However, there might be times when creditors will decide to pursue legal action against you. One of the many benefits our program offers is access to AmeriLit. AmeriLit is a full service law firm. Through AmeriLit's monthly subscription service, they provide you access to the full resources of a skilled group of attorneys who possess a strong knowledge of the consumer debt industry. If you opted in, the AmeriLit monthly subscription fee is already included in your monthly draft amount and covers the costs for legal representation. We are fortunate to be able to provide access to AmeriLit, extending the level of support you can receive.

## One of my creditors told me that they do not work with outside companies. How do I respond?

Some creditors will tell you that they do not deal with third party negotiators because they want to scare you into dealing with them directly and accepting a weak offer, or perhaps no offer at all. If we accepted a debt into our program, it is because we have a history of successfully negotiating agreements with them on behalf of our clients.

## How do I receive updates on my account?

You can instantly get updates via your online personal client portal anytime at **my.timberlinefinancial.com**. You can also contact a Customer Service Representative by phone **(855-250-8329)** during our normal business hours **(Mon-Fri 9AM-8PM EST)**. Our staff will be happy to provide you with an update on negotiations with each of your creditors, payment information, and the current balance within your escrow account.

*If you have any other questions not addressed here, please don't hesitate to contact us toll-free at* **855-250-8329**.

TIMBERLINE
FINANCIAL

We are always pleased
to hear from you.

toll-free phone:
(855) 250-8329

toll-free fax:
(855) 700-2974

email:
cs@timberlinefinancial.com

Our hours are Mon-Fri 9AM-8PM EST

**Access Your Account Anytime!**
Register your account for 24/7 online access:

**my.timberlinefinancial.com**

These descriptions are intended only to provide information about the experience of our attorneys and are not a guarantee of future success in any matter. Past results are not a guarantee of future results nor can future outcomes be predicted upon our past results. We do not make any guarantee, promise or other assurance that similar results will be achieved.

