# EXHIBIT 12

---

**From:** Danny Blumkin[dblumkin.mortgages@gmail.com]
**Sent:** Tue 8/18/2020 10:18:33 AM (UTC-04:00)
**To:** Daniel Blumkin[dblum@stratfs.com]
**Subject:** Notary COmpanies Reached Out To.xlsx
**Attachment:** Notary COmpanies Reached Out To.xlsx

CAUTION This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender’s email address and know that the content is safe.

Sent from my iPhone

| **Companies Reached Out To** | **Viable Option?** |
| --- | --- |
| PSS | No |
| Snapdocs | No - does not want to do debt settlement signings |
| Blust Reccomentation (not sure of name) | No - I do not think they coukd handle 200+ contracts |
| Ask Services | No - Only work w titles |
| Superioir Signing | No - does not want to do debt settlement signings |
| Now Closings | No - predominatly real estate, no to debt settlement |
| BNN | Waiting |
| Signing Services of America | Waiting |
| Xmarks the spot | Waiting |
| Central Signing Services | Waiting |
| Americas Notary Pro | Waiting |
| Coast to Coast Signings | Waiting |

Ask Service

s