# EXHIBIT 14

---

| | |
|---|---|
| **From:** | Jared Matthews[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D578302658FD420EB25B2411BD61FC26-JARED MATTH] |
| **Sent:** | Mon 11/14/2022 9:12:23 AM (UTC-05:00) |
| **To:** | Sales - All Management[salesmgmt@stratfs.com] |
| **Subject:** | Notary Reminder Email |

Good Morning,

I just wanted to provide a quick update/reminder to all FC's on the following topics, as we have had the notary companies reach out to notify us of recent events:

**Generating Docs –** You MUST go into LeadTrac **prior** to sending your client through compliance and select "Generate" under the forms tab for your documents to successfully send over to the notary company automatically. Failure to do so may result in the notary company reaching out requesting documents to be sent to them via email, and this will be the FC's responsibility to email them back to the notary company requesting them.

**Additional Notary Fees –** If speaking with a notary before, during, or after a signing, and the notary requests an additional fee, nobody from Sales Production should be approving these under any circumstances. ALL notaries must refer back to the notary company if requesting an increased fee. If applicable, the notary company will reach out to Strat to have the additional fee approved. These approvals should only be made by the Sales Operations team.

**Notary Hours and Scheduling –** If you are sending your client through compliance later in the evening (9pm, 10pm) and are looking for that client to sign the next morning (9am), it is likely that the order may not be filled for the original scheduled time. Sufficient time should be provided for the notary companies to work the order. The scheduling team is available until 10pm EST Mon-Thur and back in at 9am EST Mon-Fri. Also, please be aware of client's geographical location, as some areas may be tougher to fill than others!

**Completion of Documents –** Please do not tell a client/notary during the signing to "not worry about signing or initialing anything" because they're able to DocuSign it later. SOME of the documents throughout the package cannot be docusigned and it is best practice for your clients to initial or sign wherever there is a line available for them. Advising otherwise causes issues with getting the notaries to complete the signings, as there are conflicting messages based on what the rep says and what the notary company says in order to complete the signing.

**Presentation Documents –** **These are required to be completed 100% of the time.** This portion of the docs should be the first thing presented to the client and signed before the contract. The notary companies have seen an increase in reps telling notaries that the presentation is not necessary. This causes delays in getting your documents back in a timely fashion, and/or having the notary travel back to the client to get them completed. With some of the notaries traveling an hour or more for some of the signings, please ensure that you are giving accurate instructions in the event that the notary has any questions on how to complete the docs, or simply refer them back to the notary company.

**Document Corrections –** Please limit the amount of discussion with the notary regarding post-sign corrections. Please refer the notary back to the corresponding notary company to have the corrections discussed. By trying to handle on your own, there may be misinformation given which can further delay getting your documents back resulting in enrollment delays.

**Sending Docs –** Please do not send any updated document packages directly to the assigned notary. If you have an order with NPN, you are able to send updated documents directly to npn-stratfs@nationalparalegalnotary.com or submit a ticket via Happy Fox and a processor will get them over.

**Notary Email Communication –** Please do not give out the npn-stratfs email to any of the notaries. This is an internal email address only to be utilized within our organization. If you find that a notary needs to contact the notary company directly, please provide them the following email: support@nationalparalegalnotary.com

If you have any questions on any of these topics, please reach out to your operations partners for additional clarification!

**Jared Matthews**
Sales Operations Manager
**O:** (716) 271-8874 //ext 4404 //**E:** JaMatthews@stratfs.com