# EXHIBIT 15

| | |
|---|---|
| **From:** | Ryan Sasson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=824E7A85CEF24215B00885FC503FFC3C-RSASSON_STR] |
| **Sent:** | Tue 3/24/2020 2:44:28 PM (UTC-04:00) |
| **To:** | Lisa Munyon[lisa@nationalparalegalnotary.com]; Jason Blust[jblust@blustfirm.com] |
| **Subject:** | RE: Development |

Thanks for this. Give us some time to talk to the law firms and come back to you.

Ryan Sasson
CEO

STRATEGIC
FINANCIAL SOLUTIONS

my Linked in profile

This e-mail contains information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments

---

**From:** Lisa Munyon <lisa@nationalparalegalnotary.com>
**Sent:** Tuesday, March 24, 2020 1:22 PM
**To:** Jason Blust <jblust@blustfirm.com>; Ryan Sasson <rsasson@stratfs.com>
**Subject:** Development

Hello Gentlemen,
We were just notified of an order issued by Gov. Cuomo that notarizations performed in the state of NY are now allowed to be done remotely. Please see the attached document. We are currently researching to see if this is being allowed in other shelter-in-place states.

I understand there is a somewhat different requirement involving debt settlement signings as it relates to the FTC, but I would like to at least have a conversation about this. I have been really contemplating our call yesterday, especially after I had to hear some tears from our 15+ scheduling team members. I realize you are deploying the attorney network, and from a business standpoint, I understand that. But with that, is there any opportunity for us to do some signings remotely or with other arrangements in non-shelter-in-place states? We have qualified paralegals with extensive legal backgrounds (that are also notaries) in every state.

On a personal note, we have been with you guys for over a decade. You are the largest percentage of

our business by far. If there is any opportunity here so I can keep my staff working (on any level), I would greatly appreciate that consideration.

Thank You,

**Lisa Munyon**
**Principal**
833.444.DOCS (3627)
Lisa@NationalParalegalNotary.com
www.NationalParalegalNotary.com

. . . .

*The content of this email is confidential and intended for the recipient specified only. It is forbidden to share any part of this message, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion. This electronic transmission, and any documents attached hereto, are protected by the Electronic Communications Privacy Act.*

CAUTION This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.