EXHIBIT 18

| | |
|---|---|
| **From:** | Kathrine Muse[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A988171D73434F8BBBC0D34018F852BD-KMALONEY] |
| **Sent:** | Fri 1/27/2023 10:40:09 AM (UTC-05:00) |
| **To:** | ML Clark[mclark@stratfs.com]; Ryan Sasson[rsasson@stratfs.com]; Salvatore Tirabassi[stirabassi@stratfs.com]; Kimberly Celic[kim@stratfs.com]; Daniel Blumkin[dblum@stratfs.com]; Marc Lemberg[MLemberg@stratfs.com] |
| **Subject:** | Law Firms Launching Late Q1/Early Q2 |
| **Attachment:** | Clear Creek Law Firm Rollup Plan.xlsx |

Morning All –

We are just over 60 days out before launching Clear Creek, a multi state firm servicing under 35k clients. All pertinent documents & information related to the rollup including the project plan (attached) is housed in the New Law Firm Sharepoint folder for easy access. Marc & I also worked on a RACI chart for this iterative process; over the course of the next week or so I'll reach out to you or your respective team members responsible and/or accountable to some of these items.

There will be a fast follow to launch the Brandon Ellis Law Firm, which will service Ohio. We have yet to receive any other details around servicing entity assignment or processor, but stakeholders will be kept informed. Please reach out with any questions/needs. Thanks, have a great weekend.
Katie

**Kathrine Muse**
Product Strategist
**O:** (646) 214-0430 //ext 4420 //**E:** kmuse@stratfs.com

# Law Firm Launch

## Clear Creek Go Live Tent 3/27/23  GH

**Katie Muse**

Project start date: 1/9/2023
Milestone marker: 1

Scrolling increment: 0

| Milestone | Assigned to | Progress | Start | Days |
|---|---|---|---|---|
| **Setup** | | | | |
| Secure Domain | Blust | 100% | 1/9/2023 | 3 |
| Service Entity Assigned | Katie | 100% | 1/5/2023 | 10 |
| Operating Agreements | Kim | 100% | 1/9/2023 | 10 |
| InterCompany Agreement | Marc | 100% | 1/25/2023 | 10 |
| SS4 File Formation Docs (n/a) | Kim | 0% | | |
| LF Bank Formation | Chelsea | 100% | 1/31/2023 | 15 |
| Insurance Policies - Lockton | Kim | 100% | 2/1/2023 | 15 |
| Inform ERS | Chelsea | 100% | 2/1/2023 | 15 |
| Update Manifest in Hyperdrive | Katie | 50% | 1/31/2023 | 2 |
| BBB Setup | Blust | 0% | 2/15/2023 | 10 |
| ADP Setup | Kim Celic | 0% | 3/15/2023 | 15 |
| Google, Trustpilot Setup | Blust | 0% | 3/1/2022 | 5 |
| **Sales** | | | | |
| Update Fee Structure | Priyanka | 0% | 3/1/2022 | 1 |
| Revise Scripts | Hunter | 0% | 3/1/2022 | 5 |
| Update Law Firm Contact Sheet/Maps | Hunter | 0% | 3/1/2022 | 1 |
| **Staffing** | | | | |
| CLA Staffed and Assigned | Darlene | 0% | 2/1/2023 | 90 |
| Negotiator Staffing & Assignment | Brad Wagner | 0% | 3/21/2023 | 90 |
| Benefits Setup | Kim Celic | 0% | 3/21/2022 | 90 |
| **Systems** | | | | |
| Exela Setup | Katie | 0% | 2/20/2023 | 10 |
| Velocify | Hunter | 0% | 2/20/2023 | 10 |
| Credit Analysis | Nicole | 0% | 2/20/2023 | 10 |
| Touchpoint | Nicole | 40% | 2/20/2023 | 10 |
| Fitsyn | Nicole | | 2/20/2023 | 10 |
| NuDebt Fee Templates | Priyanka | 0% | 2/20/2023 | 10 |
| NDS/Middleware | Katie | 0% | 3/15/2023 | 10 |
| Gensys (Margaret) | Nicole | 0% | 3/1/2023 | 10 |
| Salesforce | Priyanka | 0% | 3/1/2023 | 3 |

January / February

Page 1 of 2

| Milestone marker: | 1 | 1 | | | |
|---|---|---|---|---|---|
| Milestone | Assigned to | Progress | Start | Days | |
| IVR | Bill Miller | | 2/20/2023 | 3 | |
| Phone/Fax & Email Setup | Bill Miller | 100% | 1/7/2023 | 5 | |
| GH/RAM | Katie | | 1/31/2023 | 14 | |
| Prism State Law Notices | Jehan | | 3/15/2023 | 10 | |
| Portal Build | Sarah Taylor | | 3/1/2023 | 10 | |
| SAM | DHO | | 4/1/2023 | 3 | |
| **Client Material/Outreach** | | | | | |
| Design Logos & Graphics | Nick | 100% | 1/10/2023 | 5 | |
| Welcome Material (print version, website version) | Miguel | **50%** | 1/20/2023 | 7 | |
| Portal Skin | Miguel | 50% | 2/18/2022 | 5 | |
| Marketing Cloud - Portfolio Setup | Brian | | 2/21/2022 | 15 | |
| Google voice | Bill Miller | | 2/21/2022 | 15 | |
| SFMC Email Templates | Riva | | 2/21/2022 | 15 | |
| **Strategic Partnership Communication** | | | | | |
| Scrub Partner Communication | Bilson | | 3/1/2023 | 5 | |
| Updated NDAs | Bilson | | 3/1/2023 | 30 | |
| **Post Launch** | | | | | |
| Servicer Permissions to CS/Neg Support/Loan Officers | Katie | | 3/1/2023 | 5 | |
| SOP Updates | Katie | | 3/1/2023 | 2 | |
| Validation & Testing | Katie | | 3/1/2023 | 30 | |
| **Analytics/Performance Mgmt** | | | | | |
| Data Infrastructure to SFMC to PBI | Parisi | | 3/21/2022 | 5 | |
| Update SF Dashboards | Ceranski | | 3/21/2022 | 5 | |
| Add Company to Balance Sheets | Chelsea | | 2/14/2022 | 5 | |
| To add more data, Insert new rows ABOVE this one | | | | | |

| System | Pass/Fail | User Action |
|---|---|---|
| Salesforce | | Payment Ledger (Fee accurac by type) Sync to NDS, Docs visible & consistent, Portfolio, Payment Processing, ledger syncing with processor |
| Velocify | | Doc generation, matching fee schedule with NDS, correct service fee % |
| Credit Puller | | PreLaunch Test |
| Touchpoint sync | | graphics, sliders, program quotes |
| GH/RAM sync | | PreLaunch Test, Post Launch monitor enrollment and reporting |
| Fee Templates | | PreLaunch Test, reconciliation between Velocify, NDS, SF |
| Middelware/NDS | | Payment schedule syncing, drafts dates accurate, contracts mirrored, notary signed, emails updated |
| Gensys (auto compliance) | | PreLaunch Test |
| Exela Dcoument Validation | | Post Launch monitoring |
| Portal | | U/PW receipt, sync accuracy, UI and navigation |
| Website Pages | | Unsubscribe landing page testing, review for 404s or loading errors across all browsers |
| Phone/Email/Fax queues | | PreLaunch Test |
| Successful delivery marketing cloud emails | | PreLaunch Test |
| 1st Payment/Draft Conversion | | Post Launch, monitor enrollment and reporting, Cam to reconcile fees collected by portfolio, monthly reconciliation |

Workflow/Lucid Chart
Controls Reports (Upcoming Drafts, Expected Fees by LF)
Post Mortum
Validation/Controls by
NDS Testing
PDF Contract fee structure is different than NDS

**Open Items/WWW**

**Future State Open Items**
Katie - centralized location for manifest, graphics, checklists
Katie - testing processors - controls for payments
Katie - Sales commission reports working properly

**IDS**

| Project Tasks | Project Owner | Design/Branding | Content Creation | Accounting | Legal | Product | Law Firm | GC | HR/People | Versara | Sales Ops | Product | Service Ops | Neg Ops | CR | Strategy | IT | CLAs | Finance | CEO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Setup** | | | | | | | | | | | | | | | | | | | | |
| Secure Domain | A | I | I | | I | I | R | I | | | | | | | | I | | I | | C |
| Service Entity Assigned | A | I | I | I | C | I | R | I | C | | | | I | | | I | | I | | C |
| Operating Agreements | I | | | | R | | A | I | | | | | | | | | | C | | C |
| InterCompany Agreement | I | | | C | | | | R/A | | | | | | | | | | I | | I |
| SS4 File Formation Docs | | | | R/A | | | | C/I | | | | | | | | | | | | I |
| LF Bank Formation | | | | R/A | | | I | | | | | | | | | | | | | C |
| Insurance Policies - Lockton | | | | I | | | | R | | | | | | | | | | | | |
| Inform ERS | | | | I | | | I | R | | | | | | | | | | | | |
| Update Manifest in Hyperdrive | R/A | I | I | I | | I | I | | | | I | I | I | I | | I | | I | | |
| BBB Setup | | | | | I | | R/A | I | | | I | | I | I | | | | I | | I |
| ADP Setup | | | | | | | | I | R/A | | | | | I | | | | | | |
| Google, Trustpilot Setup | I | | | I | | | R/A | I | | | I | | | | | C | | I | | I |
| **Sales** | | | | | | | | | | | | | | | | | | | | |
| Update Fee Structure | R | | | I | | A | | | | | I | I | | | | | | | I | |
| Revise Scripts | I | | | C | | A | I | I | | | | | | | | | | | | I |
| Update Law Firm Contact Sheet/Maps | I | | | | | | | | | | R/A | I | I | I | | I | | | | |
| **Staffing** | | | | | | | | | | | | | | | | | | | | |
| CLA Staffed and Assigned | I | | | | | I | C | I | | | | | I | I | | | | R/A | | |
| Negotiator Staffing & Assignment | I | | | | | | | I | | | | | I | R/A | | | | | | |
| Benefits Setup | | | | | | | C | R/A | | | | | | I | | | | | | |
| **Systems** | | | | | | | | | | | | | | | | | | | | |
| Exela Setup | R/A | | | | I | I | | | | | I | I | | | | | | | | |
| Velocity | I | | | | | | | | | | | | | | | | | | | |
| Credit Analysis | | | | | | | | | | | C | R/A | | | | C | | | | |
| Touchpoint | | | | C | | | | | | | C | R/A | | | | C | | | | |
| Offer Wall | I | | | | | | | | | | | R/A | | | | | | | | |
| Fee Templates | | | | | R/A | | | | | | | | | | | | | | | |
| NDS/Middleware | | | | | R/A | | | | | | C | R/A | | | | | | | | |
| Gensys (Margaret) | C | | | | | | | | | | C | | | | | | | | | |
| Salesforce | I | | | | A | | | | | | | R | | | | I | | | | |
| IVR | | | | | | | | | | | | | | | | | R/A | | | |
| Phone/Fax & Email Setup | | | | | | | | | | | | | | | | | R/A | | | |
| GH/RAM | A | | I | I | | I | C | I | | I | I | I | I | | | I | I | I | | C |
| Prism State Law Notices | | | | | | | | C | | R/A | | | | | | | | | | |
| Portal Build | I | C | C | | C | I | I | I | | | | | I | | | R/A | | | | |
| SAM | I | | | | | | | | | | | | | R/A | | | | | | |
| **Client Material/Outreach** | | | | | | | | | | | | | | | | | | | | |
| Design Logos & Graphics | I | R | | | | | | | | | | | | | | | | | | |
| Welcome Material (print version, website version) | C | R | | | I | | I | I | | | | | | | | A | | | | |
| Portal Skin | | R | | | | | | | | | | | | | | | | | | |
| Marketing Cloud - Portfolio Setup | | | | | | R/A | | | | | | | | | | | | | | |
| Google voice | I | | | | | | | | | | | | I | | | | | R/A | | |
| SFMC Email Templates | | | | R | | A | | | | | | | | | | | | | | |
| **Strategic Partnership Communication** | | | | | | | | | | | | | | | | | | | | |
| Scrub Partner Communication | I | | | | | | | | | | | | | I | R/A | | | C | | |
| Updated NDAs | I | | | | | | | | | | | | | I | R/A | | | C | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Post Launch** | | | | | | | | | | | | | | | | | | | | |
| Servicer Permissions to CS/Neg Support/Loan Officers | R/A | | | | | | | | | | | | C | C | | | I | | | |
| SOP Updates | R/A | | | | | | | | | | | | I | I | I | | | C | | |
| Validation & Testing | R/A | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Analytics/Performance Mgmt** | | | | | | | | | | | | | | | | | | | | |
| Data Infrastructure to SFMC to PBI | | | | | | | | | | | | | | | | | | | R/A | |
| Update SF Dashboards | | | | | | | | | | | I | | | I | I | | | | | |
| Add Company to Balance Sheets | | | | R/A | | | | | | | | | | | | | | | | I |