# EXHIBIT 19

**From:** Jason Blust[jblust@blustfirm.com]
**Sent:** Wed 1/3/2018 10:56:35 PM (UTC-05:00)
**To:** Ryan Sasson[rsasson@stratfs.com]; Daniel Blumkin[dblum@stratfs.com]
**Subject:** Re: More names

Sorry man....got covered over....

Let me know what time tomorrow works for you

Thanks

J

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Wednesday, January 3, 2018 4:13:47 PM
**To:** Jason Blust; Daniel Blumkin
**Subject:** RE: More names

Want to catch up? I am free on my cell

Ryan Sasson
CEO

Strategic Financial Solutions, LLC
Office: 212-810-4520
Website: www.stratfs.com
my Linked in profile

---

**From:** Jason Blust [mailto:jblust@blustfirm.com]
**Sent:** Wednesday, January 03, 2018 4:52 PM
**To:** Ryan Sasson <rsasson@stratfs.com>; Daniel Blumkin <dblum@stratfs.com>
**Subject:** Re: More names

Got it, thanks

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Wednesday, January 3, 2018 3:46:07 PM
**To:** Jason Blust; Daniel Blumkin
**Subject:** RE: More names

GCS

Ryan Sasson
CEO

Strategic Financial Solutions, LLC
Office: 212-810-4520
Website: www.stratfs.com
my Linked in profile

---

**From:** Jason Blust [mailto:jblust@blustfirm.com]
**Sent:** Wednesday, January 03, 2018 4:25 PM
**To:** Daniel Blumkin <dblum@stratfs.com>; Ryan Sasson <rsasson@stratfs.com>
**Subject:** Re: More names

Global or Ram?

Thank you

---

**From:** Daniel Blumkin <dblum@stratfs.com>
**Sent:** Wednesday, January 3, 2018 2:49:03 PM
**To:** Jason Blust
**Subject:** RE: More names

Canyon Legal Group

Looks good to me.

Daniel Blumkin
President
Phone: 646-214-0409
www.stratfs.com

View my profile on Linked in

STRATEGIC
FINANCIAL SOLUTIONS

Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Jason Blust [mailto:jblust@blustfirm.com]
**Sent:** Wednesday, January 03, 2018 11:54 AM
**To:** Daniel Blumkin <dblum@stratfs.com>
**Subject:** Re: More names

Any update here?

Thanks

---

**From:** Daniel Blumkin <dblum@stratfs.com>
**Sent:** Friday, December 22, 2017 9:40:21 AM
**To:** Jason Blust
**Subject:** Re: More names

Your creative brain works quickly!
I'll circle back let me start Googling.

Thanks

Sent from my iPhone
On Dec 22, 2017, at 10:34 AM, Jason Blust <jblust@blustfirm.com> wrote:

> First Horizon Law Group
>
> Sandstone Law
>
> Assurance Law
>
> Canyon Legal Group
>
> Centennial Law Firm