# EXHIBIT 20

| | |
|---|---|
| **From:** | Lauren Montanile |
| **To:** | D Karaszewski; Marc Lemberg; Kimberly Morris Hall; Rob Graham |
| **Cc:** | Lynette Waldron; ML Clark |
| **Subject:** | BBB Tracker Chart & Trends - 2023 Wrap Up |
| **Date:** | Tuesday, January 2, 2024 6:16:41 AM |
| **Attachments:** | BBB Tracker Chart.xlsx |

> **CAUTION** This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.

Hi All,

Please see attached for last week's BBB tracker chart and trends. We finished 2023 with incoming complaints down 13.37% compared to 2022 and formal complaint refunds down 23.06% Total formal complaint refunds landed at $937,680. Way to go CX!!!

Thanks,
Lauren

**2020**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG |
|---|---|---|---|---|---|---|---|
| 2019 | 9 | | | | | 283 | 6 |
| 1/4/2020 | 9 | 7 | 7 | 9 | $25,761.11 | 7 | 0 |
| 1/11/2020 | 9 | 9 | 7 | 11 | $27,088.73 | 9 | 0 |
| 1/18/2020 | 11 | 9 | 9 | 11 | $38,598.75 | 9 | 0 |
| 1/25/2020 | 11 | 11 | 9 | 13 | $6,838.38 | 11 | 0 |
| 2/1/2020 | 13 | 14 | 12 | 15 | $39,073.00 | 14 | 0 |
| 2/8/2020 | 15 | 10 | 10 | 15 | $38,868.37 | 10 | 0 |
| 2/15/2020 | 15 | 13 | 10 | 18 | $34,192.92 | 13 | 0 |
| 2/22/2020 | 18 | 13 | 7 | 24 | $39,208.60 | 13 | 0 |
| 2/29/2020 | 24 | 13 | 10 | 27 | $29,953.71 | 12 | 1 |
| 3/7/2020 | 27 | 7 | 5 | 29 | $19,105.90 | 6 | 1 |
| 3/14/2020 | 29 | 13 | 4 | 38 | $40,975.00 | 13 | 0 |
| 3/21/2020 | 38 | 12 | 5 | 45 | $37,446.11 | 11 | 1 |
| 3/28/2020 | 45 | 11 | 9 | 47 | $29,448.00 | 11 | 0 |
| 4/4/2020 | 47 | 9 | 15 | 41 | $32,077.00 | 9 | 0 |
| 4/11/2020 | 41 | 3 | 6 | 38 | $15,475.00 | 3 | 0 |
| 4/18/2020 | 38 | 10 | 12 | 36 | $32,210.38 | 10 | 0 |
| 4/25/2020 | 36 | 6 | 7 | 35 | $15,724.40 | 5 | 1 |
| 5/2/2020 | 35 | 7 | 9 | 33 | $15,493.60 | 7 | 0 |
| 5/9/2020 | 33 | 6 | 5 | 34 | $15,308.93 | 6 | 0 |
| 5/16/2020 | 34 | 7 | 6 | 35 | $25,266.04 | 7 | 0 |
| 5/23/2020 | 35 | 9 | 10 | 34 | $42,748.94 | 9 | 0 |
| 5/30/2020 | 34 | 5 | 5 | 34 | $10,500.00 | 4 | 1 |
| 6/6/2020 | 34 | 4 | 9 | 29 | $20,791.00 | 3 | 1 |
| 6/13/2020 | 29 | 8 | 4 | 33 | $12,759.72 | 8 | 0 |
| 6/20/2020 | 33 | 5 | 9 | 29 | $18,384.08 | 5 | 0 |
| 6/27/2020 | 29 | 4 | 6 | 27 | $17,326.56 | 4 | 0 |
| 7/4/2020 | 27 | 4 | 13 | 18 | $55,725.32 | 4 | 0 |
| 7/11/2020 | 18 | 6 | 4 | 20 | $12,539.36 | 6 | 0 |
| 7/18/2020 | 20 | 5 | 6 | 19 | $32,306.01 | 5 | 0 |
| 7/25/2020 | 19 | 4 | 3 | 20 | $5,200.00 | 4 | 0 |
| 8/1/2020 | 20 | 6 | 3 | 23 | $8,300.00 | 4 | 2 |
| 8/8/2020 | 23 | 4 | 2 | 25 | $14,300.00 | 3 | 1 |
| 8/15/2020 | 25 | 8 | 12 | 21 | $28,736.73 | 8 | 0 |
| 8/22/2020 | 21 | 2 | 6 | 17 | $8,800.00 | 2 | 0 |
| 8/29/2020 | 17 | 2 | 5 | 14 | $7,885.52 | 2 | 0 |
| 9/5/2020 | 14 | 6 | 2 | 18 | $4,000.00 | 6 | 0 |
| 9/12/2020 | 18 | 9 | 2 | 25 | $6,303.25 | 9 | 0 |
| 9/19/2020 | 25 | 6 | 3 | 28 | $1,300.00 | 6 | 0 |
| 9/26/2020 | 28 | 8 | 6 | 30 | $18,848.47 | 7 | 1 |
| 10/3/2020 | 30 | 6 | 4 | 32 | $13,961.18 | 6 | 0 |
| 10/10/2020 | 32 | 4 | 12 | 24 | $41,270.72 | 3 | 1 |
| 10/17/2020 | 24 | 4 | 4 | 24 | $8,288.44 | 3 | 1 |
| 10/24/2020 | 24 | 6 | 7 | 23 | $11,808.99 | 6 | 0 |
| 10/31/2020 | 23 | 7 | 8 | 22 | $41,886.21 | 6 | 1 |

**2020**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG |
|---|---|---|---|---|---|---|---|
| 11/7/2020 | 22 | 8 | 8 | 22 | $13,415.01 | 7 | 1 |
| 11/14/2020 | 22 | 9 | 5 | 26 | $10,932.00 | 8 | 1 |
| 11/21/2020 | 26 | 7 | 5 | 28 | $19,564.50 | 7 | 0 |
| 11/28/2020 | 28 | 4 | 4 | 28 | $10,100.00 | 4 | 0 |
| 12/5/2020 | 28 | 5 | 3 | 30 | $10,200.00 | 5 | 0 |
| 12/12/2020 | 30 | 8 | 12 | 26 | $20,989.61 | 7 | 1 |
| 12/19/2020 | 26 | 3 | 5 | 24 | $14,830.22 | 3 | 0 |
| 12/26/2020 | 24 | 0 | 5 | 19 | $14,225.59 | 0 | 0 |
| 1/2/2021 | 19 | 2 | 1 | 20 | $0.00 | 2 | 0 |
| 2020 YTD | | 368 | 357 | | $1,116,341.36 | 352 | 16 |

**2021**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG | |
|---|---|---|---|---|---|---|---|---|
| 1/10/2021 | 20 | 4 | 3 | 21 | $0 | 4 | 0 | |
| 1/17/2021 | 21 | 5 | 1 | 25 | $5,725.74 | 5 | 0 | |
| 1/24/2021 | 25 | 7 | 6 | 26 | $13,950.00 | 7 | 0 | |
| 1/31/2021 | 26 | 8 | 5 | 29 | 18,005.74 | 26 | 0 | |
| 2/7/2021 | 29 | 4 | 8 | 33 | $18,899.20 | 3 | 1 | |
| 2/14/2021 | 33 | 3 | 6 | 36 | $28,800.00 | 3 | 0 | |
| 2/21/2021 | 36 | 3 | 4 | 35 | $5,435.53 | 3 | 0 | |
| 2/28/2021 | 35 | 15 | 3 | 47 | $15,800.00 | 15 | 0 | |
| 3/7/2021 | 47 | 12 | 8 | 51 | $35,550 | 12 | 0 | |
| 3/14/2021 | 51 | 4 | 10 | 45 | $43,660.28 | 4 | 0 | |
| 3/21/2021 | 45 | 6 | 10 | 41 | $26,506.44 | 6 | 0 | |
| 3/28/2021 | 41 | 10 | 11 | 40 | $35,970 | 9 | 0 | 1 Bar Complaint |
| 4/4/2021 | 40 | 9 | 4 | 45 | $11,999.12 | 9 | 0 | |
| 4/11/2021 | 45 | 8 | 10 | 43 | $41,427.55 | 8 | 0 | |
| 4/18/2021 | 43 | 12 | 9 | 46 | $31,201.79 | 9 | 2 | 1 Bar Complaint |
| 4/25/2021 | 46 | 16 | 17 | 45 | $34,101.53 | 16 | 0 | |
| 5/2/2021 | 45 | 14 | 13 | 46 | $33,215.71 | 13 | | 1 Bar Complaint |
| 5/9/2021 | 46 | 16 | 9 | 53 | $19,133.40 | 16 | 0 | |
| 5/16/2021 | 53 | 10 | 18 | 45 | $76,015.98 | 10 | 0 | |
| 5/23/2021 | 45 | 17 | 11 | 51 | $18,085 | 16 | 1 | |
| 5/30/2021 | 51 | 14 | 22 | 43 | 39,012.76 | 14 | 0 | |
| 6/6/2021 | 43 | 15 | 13 | 45.00 | $24,960.04 | 15 | 0 | |
| 6/13/2021 | 45 | 8 | 18 | 35 | $48,680.02 | 8 | 0 | |
| 6/20/2021 | 35 | 9 | 6 | 38 | $20,369.46 | 9 | 0 | |
| 6/27/2021 | 38 | 13 | 39 | 39 | $47,083.36 | 13 | 0 | |
| 7/4/2021 | 39 | 8 | 11 | 36 | 25,013.68 | 8 | 0 | |
| 7/11/2021 | 36 | 19 | 13 | 42 | $22,726.51 | 17 | 2 | |
| 7/18/2021 | 42 | 12 | 5 | 49 | $24,454.37 | 10 | 2 | |
| 7/25/2021 | 49 | 11 | 18 | 42 | $56,203.14 | 10 | 1 | |
| 8/1/2021 | 42 | 9 | 9 | 42 | $37,008.36 | 8 | 1 | |
| 8/8/2021 | 42 | 16 | 17 | 41 | $48,173.74 | 14 | 2 | |
| 8/15/2021 | 41 | 9 | 10 | 40 | $26,173.39 | 8 | 1 | |
| 8/22/2021 | 40 | 13 | 11 | 42 | $19,639.33 | 12 | 1 | |
| 8/29/2021 | 42 | 8 | 9 | 41 | $28,720 | 8 | 0 | |
| Sep-21 | 41 | 9 | 9 | 41 | $28,000 | 9 | 0 | |
| 9/12/2021 | 41 | 6 | 9 | 38 | $37,811.94 | 5 | 1 | |
| 9/19/2021 | 38 | 13 | 14 | 37 | $58,256.73 | 13 | 0 | |
| 9/26/2021 | 37 | 9 | 19 | 27 | $53,307.66 | 9 | 0 | |
| 10/3/2021 | 27 | 8 | 15 | 20 | $58,677.40 | 7 | 1 | |
| 10/10/2021 | 20 | 13 | 10 | 23 | $38,575.66 | 13 | 0 | |
| 10/17/2021 | 23 | 10 | 6 | 27 | $24,886.16 | 10 | 0 | |
| 10/24/2021 | 27 | 16 | 6 | 37 | $14,776.81 | 14 | 2 | |
| 10/31/2021 | 37 | 10 | 8 | 39 | $16,601.48 | 10 | 0 | |
| 11/7/2021 | 39 | 8 | 11 | 36 | $15,440 | 6 | 1 | 1 Bar Complaint |
| 11/14/2021 | 36 | 8 | 6 | 38 | $21,133.70 | 6 | 2 | |
| 11/21/2021 | 38 | 9 | 9 | 38 | $55,000 | 6 | 3 | |
| 11/28/2021 | 38 | 8 | 4 | 42 | $15,500 | 7 | 1 | |
| 12/5/2021 | 42 | 6 | 5 | 43 | $21,461.75 | 6 | 0 | |
| 12/12/2021 | 43 | 6 | 15 | 34 | $48,761 | 6 | 0 | |
| 12/19/2021 | 34 | 12 | 7 | 39 | $29,158.86 | 10 | 2 | |
| 12/26/2021 | 39 | 7 | 4 | 42 | $500 | 7 | 0 | |

**2022**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG | |
|---|---|---|---|---|---|---|---|---|
| 1/2/2022 | 42 | 8 | 15 | 35 | $21,382.53 | 6 | 2 | |
| 1/9/2022 | 35 | 4 | 5 | 34 | $12,167 | 2 | 2 | |
| 1/16/2022 | 34 | 9 | 7 | 36 | $39,644.45 | 8 | 1 | |
| 1/23/2022 | 36 | 9 | 3 | 42 | $12,500 | 8 | 1 | |
| 1/30/2022 | 42 | 14 | 15 | 41 | $38,644 | 14 | 0 | |
| 2/6/2022 | 41 | 6 | 10 | 37 | $21,800 | 6 | 0 | |
| 2/13/2022 | 37 | 7 | 12 | 32 | $29,000 | 6 | 1 | |
| 2/20/2022 | 32 | 10 | 17 | 25 | $66,515.70 | 7 | 3 | |
| 2/27/2022 | 25 | 11 | 16 | 19 | $50,573.63 | 8 | 2 | |
| 3/6/2022 | 19 | 23 | 11 | 31 | $46,824.54 | 20 | 3 | Note: 9 of the new BBBs this week were from a list of unanswered Heartland BBBs that were never sent to us by the firm |
| 3/13/2022 | 31 | 8 | 3 | 36 | $26,972.34 | 7 | 1 | |
| 3/20/2022 | 36 | 13 | 16 | 33 | $36,688.62 | 12 | 1 | |
| 3/27/2022 | 33 | 5 | 9 | 29 | $28,488.80 | 3 | 2 | |
| 4/3/2022 | 29 | 6 | 5 | 30 | $34,153.18 | 6 | 0 | |
| 4/10/2022 | 30 | 9 | 7 | 32 | $13,186 | 7 | 2 | |
| 4/17/2022 | 32 | 12 | 6 | 38 | $15,481.49 | 7 | 5 | 5 new Monarch AG |
| 4/24/2022 | 38 | 11 | 11 | 38 | $47,566.07 | 8 | 3 | |
| 5/1/2022 | 38 | 6 | 11 | 33 | $55,040.15 | 6 | 0 | |
| 5/8/2022 | 33 | 12 | 7 | 38 | $20,328.02 | 11 | 1 | |
| 5/15/2022 | 38 | 9 | 10 | 37 | $51,213.21 | 7 | 2 | |
| 5/22/2022 | 37 | 9 | 10 | 36 | $45,974.75 | 7 | 2 | |
| 5/29/2022 | 36 | 11 | 4 | 43 | $21,175.78 | 8 | 3 | |
| 6/5/2022 | 43 | 6 | 4 | 45 | $19,517.28 | 6 | 0 | |
| 6/12/2022 | 45 | 3 | 6 | 42 | $34,180.04 | 3 | 0 | |
| 6/19/2022 | 42 | 8 | 4 | 46 | $11,000 | 7 | 1 | |
| 6/26/2022 | 46 | 6 | 10 | 42 | $35,593.23 | 4 | 2 | |
| 7/3/2022 | 42 | 4 | 5 | 41 | $6,228.14 | 4 | 0 | |
| 7/10/2022 | 41 | 4 | 3 | 42 | $6,500 | 3 | 1 | |
| 7/17/2022 | 42 | 13 | 8 | 47 | $15,067.98 | 10 | 3 | |
| 7/24/2022 | 47 | 11 | 9 | 49 | $12,649.45 | 8 | 2 | 1 CFPB |
| 7/31/2022 | 49 | 2 | 14 | 37 | $25,027.69 | 1 | 1 | |
| 8/7/2022 | 37 | 8 | 8 | 37 | $13,461.44 | 6 | 2 | |
| 8/14/2022 | 37 | 2 | 5 | 34 | $12,579.73 | 2 | 0 | |
| 8/21/2022 | 34 | 3 | 4 | 33 | $23,858.94 | 2 | 1 | |
| 8/28/2022 | 33 | 7 | 7 | 33 | $35,649.12 | 6 | 1 | |
| 9/4/2022 | 33 | 5 | 4 | 34 | $10,744.99 | 4 | 1 | |
| 9/11/2022 | 34 | 8 | 1 | 41 | $3,250 | 8 | 0 | |
| 9/18/2022 | 41 | 8 | 13 | 36 | $10,310.73 | 7 | 1 | Resolutions : 7 marked closed as unresponsive, 1 CFPB that is a previously resolved BBB |
| 9/25/2022 | 36 | 4 | 7 | 33 | $20,985.36 | 3 | 1 | |
| 10/2/2022 | 33 | 9 | 3 | 39 | $10,703.84 | 6 | 3 | |
| 10/9/2022 | 39 | 6 | 7 | 38 | $15,260.18 | 6 | 0 | |
| 10/16/2022 | 38 | 7 | 3 | 42 | $7,014.95 | 6 | 1 | |
| 10/23/2022 | 42 | 5 | 10 | 37 | $39,388.53 | 4 | 1 | |
| 10/30/2022 | 37 | 2 | 2 | 37 | $3,000 | 1 | 1 | |
| 11/6/2022 | 37 | 10 | 3 | 44 | $9,698.27 | 9 | 1 | |
| 11/13/2022 | 44 | 3 | 6 | 41 | $23,199.44 | 3 | 0 | |
| 11/20/2022 | 41 | 13 | 6 | 48 | $19,109.91 | 12 | 1 | |
| 11/27/2022 | 48 | 2 | 6 | 44 | $15,524.24 | 2 | 0 | |

**2022**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG | |
|---|---|---|---|---|---|---|---|---|
| 12/4/2022 | 44 | 8 | 13 | 39 | $11,235.80 | 7 | 1 | 6 marked unresponsive |
| 12/11/2022 | 39 | 9 | 6 | 42 | $12,353.16 | 7 | 1 | |
| 12/18/2022 | 42 | 9 | 3 | 48 | $4,261 | 9 | 0 | |
| 12/25/2022 | 48 | 7 | 8 | 47 | $16,029.27 | 7 | 0 | |

**2023**

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG | | YTD YoY New Complaints | YTD YoY Refunds |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2023 | 47 | 3 | 1 | 49 | $2,874.51 | 2 | 1 | | Down 62.5% | Down 86.56% |
| 1/8/2023 | 49 | 6 | 12 | 43 | $19,920.69 | 6 | 0 | | Down 25% | Down 32.06% |
| 1/15/2023 | 43 | 10 | 13 | 40 | $40,997.90 | 10 | 0 | | Down 9.53% | Down 12.85% |
| 1/22/2023 | 40 | 5 | 8 | 37 | $20,056.71 | 5 | 0 | | Down 20% | Down 2.16% |
| 1/29/2023 | 37 | 5 | 9 | 34 | $14,415.46 | 5 | 0 | | Down 34.1 | Down 20.97% |
| 2/5/2023 | 34 | 6 | 6 | 34 | $18,537.97 | 5 | 1 | | Down 30% | Down 20.08% |
| 2/12/2023 | 34 | 7 | 7 | 34 | $15,059.35 | 7 | 0 | | Down 26.32% | Down 24.71% |
| 2/19/2023 | 34 | 7 | 7 | 34 | $18,846.13 | 7 | 0 | | Down 26.87% | Down 37.64% |
| 2/26/2023 | 34 | 10 | 9 | 35 | $9,053.86 | 9 | 1 | | Down 24.36% | Down 45.33% |
| 3/5/2023 | 35 | 8 | 3 | 40 | $3,135.12 | 7 | 1 | | Down 33.67% | Down 51.96% |
| 3/12/2023 | 40 | 7 | 11 | 36 | $24,821.96 | 6 | 1 | | Down 32.12% | Down 48.72% |
| 3/19/2023 | 36 | 4 | 12 | 28 | $38,785.94 | 1 | 3 | | Down 36.07% | Down 43.76% |
| 3/26/2023 | 28 | 9 | 7 | 30 | $11,902.67 | 7 | 2 | | Down 31.5% | Down 44.72% |
| 4/2/2023 | 30 | 2 | 6 | 26 | $25,390.36 | 2 | 0 | | Down 33.09% | Down 43.32% |
| 4/9/2023 | 26 | 7 | 10 | 23 | $30,791.71 | 5 | 2 | | Down 32.4% | Down 38.44% |
| 4/16/2023 | 23 | 7 | 2 | 28 | $3,067 | 5 | 1 | 1 CFPB | Down 33.1% | Down 39.7% |
| 4/23/2023 | 28 | 10 | 4 | 34 | $9,020.45 | 9 | 1 | | Down 31.52% | Down 32.3% |
| 4/30/2023 | 34 | 3 | 12 | 25 | $13,076.22 | 3 | 0 | | Down 32.7% | Down 46.41% |
| 5/7/2023 | 25 | 5 | 5 | 25 | $7,950 | 5 | 0 | | Down 33.88% | Down 46.89% |
| 5/14/2023 | 25 | 7 | 8 | 24 | $14,566.42 | 7 | 0 | | Down 33.34% | Down 48.78% |
| 5/21/2023 | 24 | 5 | 9 | 20 | $30,155 | 3 | 1 | 1 CFPB | Down 33.84% | Down 47.86% |
| 5/28/2023 | 20 | 4 | 4 | 20 | $29,850 | 3 | 1 | | Down 35.38% | Down 45.3% |
| 6/4/2023 | 20 | 5 | 8 | 17 | $21,950 | 4 | 1 | | Down 34.87% | Down 43.8% |
| 6/11/2023 | 17 | 12 | 10 | 19 | $22,259.19 | 10 | 0 | 2 CFPB | Down 30.32% | Down 43.42% |
| 6/18/2023 | 19 | 2 | 6 | 15 | $25,113.52 | 2 | 0 | | Down 31.88% | Down 41.06% |
| 6/25/2023 | 15 | 8 | 6 | 17 | $13,250 | 8 | 0 | | Down 30.22% | Down 41.98% |
| 7/2/2023 | 17 | 11 | 6 | 22 | $12,356.40 | 8 | 3 | | Down 26.78% | Down 40.94% |
| 7/9/2023 | 22 | 5 | 7 | 20 | $15,574.74 | 5 | 0 | | Down 25.93% | Down 39.56% |
| 7/16/2023 | 20 | 5 | 8 | 17 | $37,581.97 | 5 | 0 | | Down 27.74% | Down 36.26% |
| 7/23/2023 | 17 | 8 | 8 | 17 | $27,708 | 7 | 0 | 1 CFPB | Down 27.72% | Down 34.02% |
| 7/30/2023 | 17 | 8 | 4 | 21 | $7,736.61 | 7 | 1 | | Down 25.28% | Down 34.99% |
| 8/6/2023 | 21 | 11 | 11 | 21 | $34,782.82 | 9 | 2 | | Down 23.47% | Down 32.15% |
| 8/13/2023 | 21 | 6 | 10 | 17 | $19,050.49 | 5 | 0 | 1 CFPB | Down 21.87% | Down 31.01% |
| 8/20/2023 | 17 | 16 | 4 | 29 | $11,056 | 15 | 0 | 1 CFPB | Down 17.03% | Down 31.58% |
| 8/27/2023 | 29 | 3 | 8 | 24 | $11,938.33 | 3 | 0 | | Down 18% | Down 32.84% |
| 9/3/2023 | 24 | 5 | 11 | 18 | $31,823 | 5 | 0 | | Down 17.69% | Down 30.38% |
| 9/10/2023 | 18 | 1 | 2 | 17 | $10,455.66 | 1 | 0 | | Down 19.54% | Down 29.56% |
| 9/17/2023 | 17 | 7 | 5 | 19 | $9,009.37 | 4 | 3 | | Down 19.36% | Down 29.39% |
| 9/24/2023 | 19 | 5 | 6 | 18 | $28,226.31 | 4 | 0 | 1 CFPB | Down 18.79% | Down 28.09% |
| 10/1/2023 | 18 | 7 | 5 | 20 | $16,875.49 | 6 | 1 | | Down 18.89% | Down 27.21% |
| 10/8/2023 | 20 | 3 | 7 | 16 | $10,355.37 | 3 | 0 | | Down 19.46% | Down 27.28% |
| 10/15/2023 | 16 | 4 | 2 | 18 | $3,850 | 3 | 1 | | Down 19.95% | Down 27.39% |

2023

| Week ending | Active/Open | New | Resolved | Balance | Cost | BBB | AG | | YTD YoY New Complaints | YTD YoY Refunds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2023 | 18 | 8 | 7 | 19 | $8,296.41 | 5 | 3 | | Down 18.77% | Down 29.23% |
| 10/29/2023 | 19 | 4 | 3 | 20 | $1,500 | 3 | 1 | | Down 18.08% | Down 29.29% |
| 11/5/2023 | 20 | 12 | 7 | 25 | $12,722.71 | 9 | 3 | | Down 17% | Down 28.76% |
| 11/12/2023 | 25 | 11 | 15 | 21 | $33,902.38 | 11 | 0 | | Down 14.61% | Down 27.24% |
| 11/19/2023 | 21 | 19 | 11 | 29 | $30,464.80 | 17 | 2 | | Down 12.47% | Down 25.81% |
| 11/26/2023 | 29 | 4 | 5 | 28 | $18,652 | 3 | 1 | | Down 11.86% | Down 25.21% |
| 12/3/2023 | 28 | 6 | 8 | 26 | $22,999.11 | 1 | 4 | 1 CFPB | Down 12.14% | Down 23.97% |
| 12/10/2023 | 26 | 4 | 4 | 26 | $5,679.84 | 4 | 0 | | Down 13.15% | Down 24.28% |
| 12/17/2023 | 26 | 6 | 5 | 27 | $3,000 | 6 | 0 | | Down 13.61% | Down 24.3% |
| 12/24/2023 | 27 | 2 | 9 | 20 | $22,734.58 | 2 | 0 | | Down 14.61% | Down 23.43% |
| 12/31/2023 | 20 | 5 | 5 | 20 | $4,500 | 3 | 1 | 1 CFPB | Down 13.37% | Down 23.06% |