# EXHIBIT 21

**From:** ML Clark
**To:** Sarah Jane Lipnica
**Subject:** FW: Enrollment Projections
**Date:** Wednesday, January 10, 2024 10:43:00 AM

FYI – this is what I told Jason we need this year

---

**From:** ML Clark <mclark@stratfs.com>
**Sent:** Wednesday, January 10, 2024 8:59 AM
**To:** Jason Blust <jblust@blustfirm.com>
**Cc:** ML Clark <mclark@stratfs.com>
**Subject:** RE: Enrollment Projections

Morning Jason –

Based on the enrollments projected for this year we will need 2 new law firms:

1. Replace Brandon Ellis February/March - 3047
2. Replace Meadowbrook Oct - 3008

When you have time I would like to talk about a few thing on the new law firm set up process that could benefit the firms.

Thanks

**ML Clark**
President
**O:** (212) 810-4525 // ext 7000 // **E:** mclark@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.