# EXHIBIT 22

**From:** Salvatore Tirabassi[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E9CC5A5C9743427AB641264C6EAAD6FB-STIRABASSI_]
**Sent:** Thur 11/10/2022 5:53:56 PM (UTC-05:00)
**To:** Ryan Sasson[rsasson@stratfs.com]
**Subject:** Re: Fee Change Project

I will hold off until we need to.

**Salvatore Tirabassi**
Chief Financial Officer
**O:** (212) 810-4537 //ext 7035 //**E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Date:** Thursday, November 10, 2022 at 5:53 PM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** Re: Fee Change Project

Unless we think there's value in understanding their methodology and mind

Best,

Ryan Sasson
CEO
Strategic Financial Solutions

---

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Thursday, November 10, 2022 5:37:43 PM
**To:** Ryan Sasson <rsasson@stratfs.com>
**Subject:** Re: Fee Change Project

I should hold off on this right?

Get Outlook for iOS
**Salvatore Tirabassi**

Chief Financial Officer

**O:** (212) 810-4537 //ext 7035 //**E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Wednesday, November 9, 2022 7:20:58 PM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** Fwd: Fee Change Project

Best,

Ryan Sasson
CEO
Strategic Financial Solutions

---

**From:** Jason Blust <jblust@blustfirm.com>
**Sent:** Wednesday, November 9, 2022 7:18:31 PM
**To:** Ryan Sasson <rsasson@stratfs.com>
**Subject:** Fee Change Project

Ryan,

Per the conversation last evening, please find attached the projections we discussed for you and Sal to review.

When putting together these projections we had Chris take into account the following:

1) a 10% increase in debt loads;
2) a $75 increase in retainer; and
3) a $5 per month increase to the law firm from the MMF.

Chris ran the numbers for the past 2 mos (Sept and Oct) to provide us projections based on the most recent data and he used an average debt load of $35,469 - see spreadsheet.

We also had Chris look into:

1) the percentage and number of cases the debt load increase moves those cases from one (lower) program to another (higher) program;
2) the time value of money and it's impact, if any, on collecting the fees; and
3) under this new fee structure, the client's ability to save to settle.

The results indicate:

NY will gross an additional $820 per case or $603 net.

The law firm will gross an additional $370 per case or $271 net.

Based on the above fee increases this gets us closer to the 80/20 "bedrock principal," which, post these fee changes, will be 82.3% to NY and 17.7% to the Law Firm.

After you have had a chance to digest this I am happy to hop on a call to review. You can also have Sal reach out to Chris as needed to understand better how Chris got to where he got.

Thanks

**CAUTION** This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NY Stats Sep 2022 - Oct 2022** | | | | | | | | | |
| **10% Debt Inc, $75 Retainer, and $5 MMF** | **Debt < 15K** | **Debt1 15K >= < 30K** | **Debt 30K >= <= 35K** | **Debt >= 35K < 50K** | **Debt >= 50K** | | | | |
| | **Plan F** | **Plan A** | **Plan B** | **Plan D** | **Plan E** | **Average Proposed** | **Current** | **Difference** | |
| **Total Fees** | **$4,530.65** | **$7,865.26** | **$11,639.82** | **$13,521.91** | **$22,105.40** | **$12,314.89** | **$11,098.66** | **$1,216.23** | |
| **Collection Rate Retainer Fee** | 90.50% | 90.50% | 90.50% | 90.50% | 90.50% | | | | |
| **Collection Rate Admin Fee** | 68.50% | 68.50% | 68.00% | 68.00% | 67.50% | | | | |
| **Collection Rate Service Fee** | 74.25% | 74.25% | 74.25% | 74.25% | 74.25% | | | | |
| **Total Churn Adj Fees** | **$3,373** | **$5,852** | **$8,540** | **$9,932** | **$16,215** | **$9,072.66** | **$8,181.19** | **$891.47** | |
| **Plan %** | **10.7%** | **38.1%** | **9.1%** | **17.9%** | **24.2%** | **100.0%** | | | |
| **#Deals** | 314 | 1,117 | 267 | 525 | 711 | **2,934** | | | |
| **Average Plan Length** | 35.0 | 44.0 | 47.0 | 48.0 | 53.0 | **46.2** | **45.4** | **0.8** | |
| **Average # Debts** | 5.3 | 6.4 | 7.4 | 7.6 | 9.0 | **7.2** | **7.2** | | |
| **Average Debt** | $12,771 | $22,107 | $32,378 | $41,789 | $77,617 | **$39,016.17** | **$35,469.40** | **$3,546.77** | |
| **Avg Retainer** | **$725** | **$1,070** | **$1,070** | **$1,070** | **$1,070** | **$1,033.08** | **$943.61** | **$89.46** | |
| **Avg Admin Fee** | **$54** | **$64** | **$94** | **$94** | **$104** | **$80.72** | **$73.24** | **$7.48** | |
| **Avg Service Fee %** | **15.0%** | **18.0%** | **19.0%** | **19.0%** | **20.0%** | **18.43%** | **18.22%** | **0.22%** | |
| | | | | | | **Average Proposed** | **Current** | **Difference** | |
| **Total Contracted Processor Fees** | **$2,158** | **$4,488** | **$7,892** | **$9,716** | **$17,529** | **$8,644.02** | **$7,823.36** | **$820.67** | 10.49% |
| **Average Processor Fees w/ Attrition** | **$1,588** | **$3,303** | **$5,751** | **$7,103** | **$12,880** | **$6,343.00** | **$5,739.80** | **$603.20** | 10.51% |
| | | | | | | | **Current** | **Difference** | |
| **Total Avg Contracted Fee Law Firm** | **$1,243** | **$1,957** | **$2,231** | **$2,257** | **$2,866** | **$2,179.32** | **$1,808.88** | **$370.45** | 20.48% |
| **Average Law Firm Fees w/ Attrition** | **$1,011** | **$1,576** | **$1,758** | **$1,775** | **$2,180** | **$1,714.17** | **$1,442.34** | **$271.83** | 18.85% |
| **Total Contracted OH Fees** **$32.28** | **$1,130** | **$1,420** | **$1,517** | **$1,549** | **$1,711** | **$1,491.55** | **$1,466.43** | **$25.12** | 1.71% |
| **Total Avg OH Fees w/ Attrtion** | **$774** | **$973** | **$1,032** | **$1,054** | **$1,155** | **$1,015.49** | **$999.05** | **$16.44** | 1.65% |
| | | | | | | **Average Proposed** | **Current** | | |
| **Processor Fee %** | 47.6% | 57.1% | 67.8% | 71.9% | 79.3% | 70.2% | 70.5% | -0.3% | **Processor Fee %** |
| **Firm Fee %** | 27.4% | 24.9% | 19.2% | 16.7% | 13.0% | 17.7% | 16.3% | 1.4% | **Firm Fee %** |
| **OH Fee %** | 24.9% | 18.1% | 13.0% | 11.5% | 7.7% | 12.1% | 13.2% | -1.1% | **OH Fee %** |
| **Processor Fee % w/ attrition** | 47.1% | 56.4% | 67.3% | 71.5% | 79.4% | 69.9% | 70.2% | -0.2% | **Processor Fee % w/ attrition** |
| **Firm Fee % w/ Attrition** | 30.0% | 26.9% | 20.6% | 17.9% | 13.4% | 18.9% | 17.6% | 1.3% | **Firm Fee % w/ Attrition** |
| **OH Fee % w/ Attrition** | 22.9% | 16.6% | 12.1% | 10.6% | 7.1% | 11.2% | 12.2% | -1.0% | **OH Fee % w/ Attrition** |

NY Stats Sep 2022 - Oct 2022
Current

| | Debt < 15K | Debt1 15K >= < 30K | Debt 30K >= <= 35K | Debt >= 35K < 50K | Debt >= 50K | |
|---|---|---|---|---|---|---|
| | Plan F | Plan A | Plan B | Plan D | Plan E | Average |
| Total Fees | $4,218.70 | $7,539.66 | $11,345.02 | $13,192.28 | $21,122.80 | $11,098.66 |
| | | | | | | |
| Collection Rate Retainer Fee | 90.50% | 90.50% | 90.50% | 90.50% | 90.50% | |
| Collection Rate Admin Fee | 68.50% | 68.50% | 68.00% | 68.00% | 67.50% | |
| Collection Rate Service Fee | 74.25% | 74.25% | 74.25% | 74.25% | 74.25% | |
| Total Churn Adj Fees | $3,139 | $5,611 | $8,324 | $9,690 | $15,491 | $8,181.19 |
| | | | | | | |
| Plan % | 14.9% | 39.6% | 8.9% | 16.0% | 20.7% | 100.0% |
| #Deals | 437 | 1,161 | 260 | 468 | 608 | 2,934 |
| Average Plan Length | 35.0 | 44.0 | 47.0 | 48.0 | 53.0 | 45.4 |
| | | | | | | |
| Average # Debts | 5.3 | 6.6 | 7 | 7.8 | 9.2 | 7.2 |
| Average Debt | $12,358 | $21,937 | $32,458 | $41,712 | $74,404 | $35,469.40 |
| Avg Retainer | $650 | $995 | $995 | $995 | $995 | $943.61 |
| Avg Admin Fee | $49 | $59 | $89 | $89 | $99 | $73.24 |
| Avg Service Fee % | 15.0% | 18.0% | 19.0% | 19.0% | 20.0% | 18.22% |
| | | | | | | |
| Total Contracted Processor Fees | $2,096 | $4,457 | $7,907 | $9,701 | $16,886 | $7,823.36 |
| Average Processor Fees w/ Attrition | $1,542 | $3,280 | $5,762 | $7,092 | $12,403 | $5,739.80 |
| | | | | | | |
| Total Avg Contracted Fee Law Firm | $993 | $1,662 | $1,921 | $1,942 | $2,526 | $1,808.88 |
| Average Law Firm Fees w/ Attrition | $823 | $1,357 | $1,530 | $1,544 | $1,934 | $1,442.34 |
| | | | | | | |
| Total Contracted OH Fees $32.28 | $1,130 | $1,420 | $1,517 | $1,549 | $1,711 | $1,466.43 |
| Total Avg OH Fees w/ Attrtion | $774 | $973 | $1,032 | $1,054 | $1,155 | $999.05 |
| | | | | | | |
| Processor Fee % | 49.7% | 59.1% | 69.7% | 73.5% | 79.9% | 70.5% |
| Firm Fee % | 23.5% | 22.0% | 16.9% | 14.7% | 12.0% | 16.3% |
| OH Fee % | 26.8% | 18.8% | 13.4% | 11.7% | 8.1% | 13.2% |
| | | | | | | |
| Processor Fee % w/ attrition | 49.1% | 58.5% | 69.2% | 73.2% | 80.1% | 70.2% |
| Firm Fee % w/ Attrition | 26.2% | 24.2% | 18.4% | 15.9% | 12.5% | 17.6% |
| OH Fee % w/ Attrition | 24.7% | 17.3% | 12.4% | 10.9% | 7.5% | 12.2% |

**September & October 2022 Client Enrollments**

| Debt Plans | # Clients | % of Plans | Avg. Debt |
|---|---|---|---|
| **Plan F (< 15K)** | **437** | 14.9% | $12,358 |
| **Plan A (>=15K to <30** | **1161** | 39.6% | $21,937 |
| **Plan B (>=30K to <35** | **260** | 8.9% | $32,458 |
| **Plan D(>=35K to <50I** | **468** | 16.0% | $41,712 |
| **Plan E(>= 50K)** | **608** | 20.7% | $74,404 |
| **Average Debt** | **2934** | **100.0%** | **$35,469** |