EXHIBIT 23



Restricted Creditor List