# EXHIBIT 24

**From:** Sarah Taylor
**To:** Riva White; Stacy Morrison
**Subject:** RE: Please review and give feedback
**Date:** Thursday, February 23, 2023 9:56:40 AM
**Attachments:** FUSION ACC Script 12.19.22 - Final v4 with FDCPA edits.pdf

---

Sorry and this one too

**Sarah Taylor**
Client Product Strategist
**O:** (716) 770-2586 // ext 5017 // **E:** sataylor@stratfs.com

**From:** Sarah Taylor
**Sent:** Thursday, February 23, 2023 9:55 AM
**To:** Riva White <rwhite@stratfs.com>; Stacy Morrison <SMorrison@stratfs.com>
**Subject:** Please review and give feedback

Hi
This is the latest FAQs list that the attorneys are using on their welcome calls
Can you please take a look and see if there's anything else we need to align on?

Thanks
Sarah

Complete review of all of client's executed retainer documents.
**[Upon completion of documents review, please check Box A in "Initial Case Review" Panel before continuing]**
Complete Conflicts Check.
**[If any conflict exists, please change the status in the system to ATTY- CONFLICT OF INTEREST and notate the specific type of conflict and whether personal or imputed to the entire firm. The file will then be reviewed for reassignment. TAKE NO FURTHER ACTION AT THIS TIME]**
**[If no conflict exists, please check Box B in "Initial Case Review" Panel before continuing]**
**Proceed with Call:**

Hello, good morning / afternoon / evening, is this ______________________________________________ .

I am a partner at ________________________ and have been assigned to supervise your debt resolution program. I wanted to touch base today so we can review your file together, so I can answer any questions you may have and make sure you understand exactly how our program works and finally, once I have qualified you, to then welcome you as a client of the law firm.

Before I continue, I want to let you know that this call may be recorded for quality and training purposes. Anything we discuss on this call is confidential and covered under attorney client privilege.

Again, the goal today is to confirm you are a good candidate for our Debt Resolution Program. Once I do that, we will have established an attorney-client relationship and you then become a client of my law firm. To accomplish this, we can switch to a live video chat, you can make an appointment to meet at my office or should you prefer, we can simply continue over the phone as we are now. What is your preference?

[If client requests a live video chat call, arrange for video link to be forwarded to client.]

If client requests an appointment, make arrangements to schedule the appointment.]

[If client declines video or an appointment or wants to put off video, please state] I understand. Please confirm for me that would like to move forward and complete our initial attorney consultation on this call.

Great, let's continue.

I want to let you know that you are in good hands. My partners and I have helped many clients in similar situations reduce their debt.

Before we review your case together, I want to make sure that everything went well when you had your in-person meeting and signed the enrollment paperwork with our representative?

- Answer good (move on)
- Answer badly (please probe as to why and apologize to the client, let the client know you will circle back to talk with the representative).

***If a client says their signed documents were not left behind at their in person meeting please make the client aware that a copy of their executed agreement will be emailed to them with their Welcome Package and is also available in the client portal. Ask them to follow up with the Client Services Team if they need assistance to obtain a copy of their signed agreement.***

Now, let's take a minute to review the information on the agreement you signed at your in-person meeting. I see that you are enrolling $______________ in debt, is that correct?
I see you have a monthly payment of $_______________, which consists of the retainer fee, legal administration fees, non – legal services fee and your personal FDIC insured savings account fees, which is outlined in your retainer agreements payment schedule, this also includes the funds that will be used to settle your enrolled debts. Your monthly payment will take place on the________ of each month and it's our goal to have you out of debt within a ___ to _6_ month term range.

First, if you haven't done so already, please stop making monthly payments to all of your enrolled creditors. This is important so that you will have the funds needed to make your program payment and continue to be able to pay your core life expenses. As outlined, settlement funds will accrue as you make your monthly payments and as you do that we will begin negotiating with your creditors to resolve each of your accounts individually. It is important to understand that creditors will not agree to settle your debts if you continue to make payments to them.

Next, do you have the same bank as any of the debts that you enrolled?

- If no, move on
- If yes, we strongly advise you either switch banks or take the money out of the bank and open an account with another bank to use until the program is complete. We emphasize that if you have a relationship with a bank that holds any of your current debts, they may be able to sweep your account for funds to repay the debt before we can negotiate with them. So, best to either change banks or keep as little in that bank account as possible.

And the creditors will report that you are not making payments on your debts to the credit bureaus, which will likely cause your credit score to be negatively affected. However, continuing to make timely payments on debts that are NOT in the program may help offset some of the negative impact.

OK, and as you have already heard multiple times, you may receive calls and letters from your creditors when you stop making payments to them. You have a couple options on how to deal with the calls. One, you can just ignore their calls. Two, if you happen to pick up and speak with them you can tell them you have fallen on hard times and are evaluating your options. There is a script in your welcome guide that can help you with such calls. Ask the creditor to only contact you in writing, not via telephone, moving forward. After they call, you may also choose to block their number in your phone.

It's important that you understand that your creditors are not going to be happy that you're no longer making your monthly payment to them. They are going to begin sending you letters and calling you on the phone, trying to get you to make your payments. They will report that you are not making payments to the credit bureaus, which will likely cause your credit to be negatively affected. They may threaten that they will sue you and in some cases they may even file a lawsuit against you to try to collect your debt.

We expect this behavior and want you to be prepared for it. It is important to understand that creditors will not agree to settle your debts if you continue to make regular payments. Only once they are convinced that your debt must be written off will they consider negotiating with us. So, these collection actions by creditors are actually part of the process and tell us that you are getting closer to reaching a settlement with them.

Please send us any letters that you receive from your creditors. It is very important that you immediately send us any legal papers or summons from any of your creditors. Remember, we are your attorneys and we are here to protect and defend you. As part of your program, the cost of litigation defense is included. The sooner you can make us aware of any litigation the more we can do to get you the best possible settlement with that creditor. In addition, if you fail to notify us promptly after you have been sued, a default judgment could be entered against you.

Now, if at any time you can add extra funds to the program, it could expedite the negotiations with your creditors and shorten your program. Any additional money that you send in gets put right into your program savings account for settlements and does not go towards program fees.

Please make sure you log into and check the client portal. Log in credentials should come to you in an email. If you have any issues logging in, please contact our customer service team to help you. Checking your portal frequently will keep you up to date with what's going on with your program.

It is very important that you make yourself available to our attorneys and our support team. Be on the lookout, there are 2 important early-stage calls: 1 comes either right before or shortly after you make the first payment and the other comes around the time you have made 3 payments. You are always welcome to call into the firm with any questions that you may

It also details in the agreement that you can terminate our agreement at any time and that you will receive the full amount of any funds in your Global Holdings savings account that have not been used for settlements or our fees. The agreement also has an arbitration provision by which you agree that if we ever have any dispute, rather than going to court it will be resolved by an arbitrator and that you will not bring or participate in a class action against us. Do you have any questions about these or any other of the terms in the Client Agreement?

**Completed review of all client's executed retainer documents- If yes (move on)**
**- if no, engage in discussion as needed.**
**[If confirmed, please check Box C in "Initial Case Review" before continuing]**

OK, and you understand our legal advice is based on the information you have given. If your information is not correct, such as your payment history or debt balances, that could affect the advice we give and impact the outcome of your program. If you discover the information you gave us is not correct, please contact us to provide the updated information, ok?

OK, you are doing great! At this time I would like to review your monthly budget (total income and total expenses) and confirm that the information is accurate.
[Confirm that Client's total monthly income exceeds their total monthly expenses, including the monthly program payment.]
**[If confirmed, please check Box D in "Initial Case Review" Panel before continuing]**

- If Yes (move on)
- If No (please write down any discrepancies and let our team know)

Your monthly payments will show up on your bank statement as a draft from Global Holdings. Global Holdings is the payment processor which assists in establishing your FDIC insured bank account that is dedicated for this program.
**[If confirmed, please check Box E in "Initial Case Review" before continuing]**

And now, let's confirm that all of the debts that are listed on the creditor worksheet will be enrolled in the program. These are all to be enrolled, correct?
**[Please check Box F in "Initial Case Review" Panel before continuing]**

Have any lawsuits been filed against you to collect any of the debts you are enrolling in the program?
[If yes, need to explain that the debt must be removed and dealt with separately from the program.]
**[If no, please check Box G in "Initial Case Review" Panel before continuing]**

And have any of the debts you plan to enroll in the program gone unpaid for more than _________ (state specific) years?

**[Please check Box H in "Initial Case Review" Panel before continuing]**

I also want to confirm that you understand the law firm contracts with third party service providers that work under the law firm's supervision. The service providers perform non-legal services related to implementation, management, and maintenance of your debt resolution plan. Examples of their support are customer service; coordination of payment processing and program changes; reviewing and uploading all documents received; and other administrative tasks. The service provider representatives cannot provide any legal advice. Legal advice will only be given to you by myself or one of my law firm partners. Does that make sense?

OK, great news! After reviewing your file, you appear to be a good fit for our program!

Now, please give me a few more minutes to go through some additional information to make sure you remember some key terms of the program.

have. Please make sure that you program our number in your phone so that you know it is us when we call. Potential settlements are often time- sensitive, so make sure you call us right back if you miss a call from us.

We typically see clients achieve their first settlement after clients have made 7 to 9 full payments into the program. All settlement activities will be supervised by myself or one of the other local attorneys with our firm. Throughout your program, either I or another attorney will conduct periodic reviews of your file to ensure it is progressing in accordance with the goals of your plan.

**[Please check Box I, J and K in "Initial Case Review" before continuing]**

Thank you for choosing our firm and allowing me to assist you with resolution of your debts. I believe it's the right program for you. But as an attorney, it is important that I confirm that you understand that there are various alternatives available for resolving your debt.

First, credit counseling is a free service that helps educate you about how to avoid financial problems in the future with debt management classes or seminars. Instead of negotiating the resolution of your debt, they work with you to budget money so you can pay the debt over a period of time. They may be able to arrange for reductions in collection fees, penalties and interest rates on your debt and avoid collections or lawsuits by your creditors if you stick to the negotiated plan. They are paid by the creditors based on the amount of debt you pay to those creditors. Usually, you must pay your entire debt balance over the life of the plan, which can take many years to achieve.

Bankruptcy is also an option. Bankruptcy can discharge your unsecured debt and creditors are not permitted to contact you after you have filed with the court. There are two kinds of consumer bankruptcy: Chapter 13 where you can generally keep secured property, such as your house or car, and requires you to restructure and repay your debts within three to five years. Chapter 7 requires you to give up non-exempt property and assets that you own in exchange for a discharge of most of your debts. Bankruptcy may be appropriate if you have pending foreclosures, collection litigation or wage garnishments; however, the bankruptcy will generally remain on your credit report for up to ten years.

Debt Negotiation is a process where the law firm works to negotiate the resolution of
your debts with your creditors for a lower balance with forgiveness of the remaining debt. For debt negotiation to work, you need to have sufficient cash flow to meet your living expenses each month and also deposit funds towards resolution of your debt.

**[Please check Box L in "Initial Case Review" before continuing]**
I wanted to know if you have any other questions for me today?
- If so, please discuss.
**[Please check Box M in "Initial Case Review" before continuing]**

It was wonderful getting to spend time with you today. I believe you are a great fit for the program, and I am satisfied that we have now established our attorney-client relationship.

My firm will send a Power of Attorney you previously signed to your creditors, unless we determine that it's strategically not in your best interest to notify them that you are in a debt resolution program. This type of document is typically sent after you have been in the program for about 3 months.

Please check your emails over the next few days for our program review guide, instructions on how to log into our client portal, and a copy of your contract. If you have any other questions related to the program our Client Service Team can assist you, feel free to call them at ______________________________ or email us ______________________________________.
You can also reach me directly regarding any legal questions you may have at _______________ (direct dial). Have a great remainder of your day / evening.

**[If Client does not meet the qualifications for the program, please select the appropriate status in the system and notate. TAKE NO FURTHER ACTION AT THIS TIME]**
**[If Client meets qualifications for the program, please check Box N in "Initial Case Review" Panel before continuing]**