# EXHIBIT 25

Hello, good morning / afternoon / evening, is this ______________________?

Hi __________________, my name is ______________________, how are you today?

I am your local attorney that has been assigned to supervise your debt resolution program with ______________ Group. I wanted to touch base to welcome you to the program, review your file and make sure you understand what our representation entails.

Before I continue, I want to let you know that this call may be recorded for quality & assurance purposes and anything we discuss on this call is confidential and covered under attorney client privilege.

You are welcome to make an appointment to see me in person at my office, or for your convenience you can choose to establish our attorney-client relationship through this (phone call/live video call) instead.

**(If Client declines video or wants to put off video please state)** I understand. Please confirm for me that you do not want a live video chat and would like to continue this call by telephone only.

Great, let's continue.

Do you understand that all legal advice we provide is based on the information you have given to us and that any incorrect information, such as payment history or debt balances can materially affect the advice or course of action we recommend?

(Yes, if not discuss).

First, I would like to make sure that everything went well when you had your in- person meeting and signed the enrollment paperwork with our paralegal.
- Answer good (move on)

- Answer badly (please probe as to why and apologize to the client, let the client know you will circle back to talk with the paralegal).

Prior to our call today I had the opportunity to review your file that includes your creditor list, budget worksheet, hardship, proposed payment plan and retainer agreement. It appears we have all the documents needed to move forward.

I would like to verify with you that we have everything set up properly on our end. I see you have a monthly payment of $___________ recurring on ___________ and it's our goal to have you out of debt within a __________ month term.

Does that sound accurate?
- Yes (move on).

- No (please write down any discrepancies and let our team know).

Note that your monthly payments will show up on your bank statement as a draft from ACH-GCS which is short for Global Client Solutions. As you have been made aware, GCS is the payment processor which assists in establishing your FDIC insured bank account that is dedicated for this program.

OK, at this time I would like to congratulate you. After reviewing your file, it is clear that you are a good fit for this program. I am going to provide some additional information to make sure you're fully informed so that we make sure we are successful in graduating you successfully from this program.

Generally speaking, as settlement funds accrue from your monthly payments, we will begin negotiating with your creditors to resolve each of your accounts individually. If at any time you can add extra funds to the program it will help expedite the negotiations with your creditors and shorten your program. Any additional money that is added goes right into your account and does not accelerate fees.

Our firm will contact your creditors by sending Letters of Representation to each of them unless determined that it's strategically not in your best interest to notify them this early that you are in a debt resolution program.

Now, there are 2 important early-stage strategy calls, 1 comes right after you make the first payment and the other after your 3rd payment. The 3-month call strategy call will cover our early stage negotiation plan and give you an indication of who we think your first settlement will be with. Please make sure that you program our number in your phone so that we are able to easily reach you for these calls.

Once negotiations begin, we typically see clients achieve their first settlement between months 7 to 9; this depends on your creditor mix as well as your consistency on making your monthly payments on-time. All settlement activities will be supervised by me or one of the other local attorneys with _________________ Group. Also, all settlements will be reviewed by me or another local attorney and, if appropriate, approved before they are presented to you for your approval.

Throughout your program, either I or another attorney with ________________ Group, will conduct periodic reviews of your file to ensure it is progressing in accordance with the goals of your plan.

**[Check Box A in "Initial Case Review" Panel before continuing]**
Your file states that before you decided to engage my law firm to settle your debts, you were made aware of alternative solutions to overwhelming debt, including filing for Bankruptcy protection, and you have decided to enroll in our debt resolution plan, correct?
- If yes (move on)
- if no, engage in discussion as needed.

**[Please check Box B in "Initial Case Review" Panel before continuing]**
__________________, Have any of the debts you plan to enroll in the program gone unpaid for more than __________(state specific) years?

*- If, yes, please note response in the file; Information on Statute of Limitations is on the Creditor Worksheet Panel.*

**[Please check Box C in "Initial Case Review" Panel before continuing]**

If your collectors continue to contact you, simply tell them "I have fallen into financial hardship, I'm reviewing my payment options based on my budget. Please contact me in writing only from now on." You can also ignore or block the creditors' phone numbers. Please make sure you send us all creditor correspondence to review. Also, if collectors engage in improper behavior you should let us know. We may be able to bring a claim against them for you under the Fair Debt Collection Practices Act.

**[Please check Box D in "Initial Case Review" Panel before continuing]**
Have you been made aware that it's important that you should immediately send us anything that looks like a legal or official document relating to your enrolled debts? If answer no, discuss.

Have you been made aware that litigation defense from ______________ Group is included in case one of your creditors file a law suit?

- If yes (move on)
- if no, engage in discussion as needed.

**[Please check Box E in "Initial Case Review" Panel before continuing]**
Just a couple more… I would just like to confirm one more time you have reviewed your payment schedule, and you are comfortable with the amounts and timing of the payments as they are listed?
- If Yes (Move on)
- If No (Inquire as to what is wrong with the schedule as listed, have the client call customer support, and mark file for further review as necessary)

**[Please check Box F in "Initial Case Review" before continuing]**
Great, one last thing, it is very important that you are available when myself or my law firm's client support team is looking to get a hold of you. Potential settlements are often time- sensitive, and we will need to contact you to discuss potential agreements. Will you make yourself available as necessary?
- If Yes (move on), if not discuss

**[Please check Box G in "Initial Case Review" before continuing]**
**[Please check Box H in "Initial Case Review" before continuing]**
I wanted to know if you have any other questions for me today?
- If so, please discuss.

Having reviewed and approved your file, and now having discussed with you the details of my law firm's representation, I have determined you are a proper candidate for law firm representation. Further, unless you object, we agree that a proper attorney-client relationship has been established. At this time, my firm will begin the process of notifying your creditors of our relationship and begin the process of getting you out of debt.

That concludes our call for today. Please check your emails over the next few days for our program review guide, instructions on how to log into our client portal, and a copy of your contract. If you have any other questions related to the program feel free to call us at __________________ or email us ____________________.

You can also reach me directly regarding any legal questions you may have at ____________ (direct dial). Have a great remainder of your day / evening.