# EXHIBIT 26

From: Brad Wagner <bwagner@stratfs.com>
To: Darleen Karaszewski <DKaraszewski@stratfs.com>
CC: Felicia Drozdowski <fdrozdowski@stratfs.com>
Bryan Dilgard <bdilgard@stratfs.com>
Daniel Homiszczak <DHomiszczak@stratfs.com>
Date: 28/12/2023 11:42:51 am
Subject: 2024 PAAS Bonus Plans
Attachments: PAAS Bonus Plan Final 12-28-23.docx
DNL Negotiations Bonus Plan Final 12-28-23.docx

---

Hi Darleen,

Please find attached the proposed bonus structures for our PAAS and PAAS DNL negotiators in 2024. The key change in the bonus structure is the introduction of a tiered base bonus plan, which aims to reduce the cost of rewarding underperforming negotiators. This new plan will help to improve negotiator results and enhance the client experience. Our business intelligence analysts, HR and ML, have approved this new bonus plan. Please review it with the law firms and let me know if they approve. If you have any questions, do not hesitate to ask.

Regards,

**Brad Wagner**
VP of Law Firm Negotiations and Litigation Op
**O:** (646) 493-4154 // ext 5080 // **E:** bwagner@stratfs.com

Produced by the free evaluation copy of OutlookViewer

## MONTHLY BONUS PLAN AND PERFORMANCE EXPECTATIONS SUMMARY

### OBJECTIVE

Law Firm Negotiators employed by **Law Offices of the Sands Law Group d.b.a. Whitestone Legal Group**, referred to herein as The Law Firm, are eligible to receive monthly bonus pay. Bonus plans are designed to incentivize exceptional performance levels for our clients in a manner consistent with our *Core Values of Integrity, Results, Empathy, Opportunity, Innovation, and Teamwork.*

### ENCLOSED

- Bonus Plan Principles
- Bonus Objectives
- Bonus Plan Stipulations
- Negotiations Production Performance Expectations

### PLAN PRINCIPLES

- Drive world-class client experience for The Law Firm
- Identify performance objectives that drive optimal settlements for clients
- Link compensation to performance in areas that negotiators can influence
- Bonus point values and payout per point are identified to ensure performance expectations are achievable, drive positive client experience, and drive ongoing performance
- The payment of any bonus is at the discretion of The Law Firm

### PERFORMANCE OBJECTIVES

- Every debt will be classified as 1 of 3 potential categories: Non-litigated, Litigated or Last Debt/Grad
- Each debt category has a point value based assigned on importance to the client's program and the effort required to negotiate
- If a settlement falls into multiple categories (e.g., settlement is the Last Debt/Grad and in Litigation), the higher of the point values will apply last settlement, in this example)
- A negotiator must achieve a **minimum threshold of 12 points per day worked in the month** before they're eligible for any bonus payout
- Negotiator bonus is calculated per point based on point tiers above the minimum base requirement. Payout per point is based on the final total point total.

| Point Tiers | Payout |
|---|---|
| 400 | $2.00 |
| 500 | $3.00 |
| 600 | $4.00 |

**DEFINITIONS**

- **Settlement:** Any debt that successfully enters an accepted proposal status during the calendar month.
- **Base:** The base is the minimum number of points before a negotiator begins to bonus once the minimum threshold is achieved.
- **Minimum Threshold:** The minimum threshold is the number of points before a negotiator is eligible to earn a bonus.
- **New Hire:** An employee is considered a new hire during their first three full months of tenure with the Law Firm.
- **Transferred Employee:** An employee that transfers into the Negotiations department from another department is considered a transferred employee for bonus purposes. Negotiators who transition between portfolios are not considered transfers.
- **Point Tiers:** The Point Tiers determine the dollars paid per point.

**LEAD TYPE POINT VALUES**



**BONUS PAYOUT EXAMPLES**

**110 Settlements with 27 Grads and 10 Others and 3 non-DNL ETCP settlements, Tier 2**

| | Settlements | Points |
|---|---|---|
| Non-Lit | 75 | 225 |
| Lit | 5 | 25 |
| Last Debt/Grads | 27 | 162 |
| Non-DNL | 3 | 21 |
| Total Settlements | 110 | 433 |
| Other | 10 | 20 |

Settlement Points + Other Points 433+20 = 453
Total Points minus 50, 453-50 = 403
Total Payout 403*3 = $1,209

**Real Distribution Example Tier 2**

| | Settlements | Points |
|---|---|---|
| Non-Lit | 89 | 267 |
| Lit | 2 | 10 |
| Last Debt/Grads | 41 | 246 |
| Non-DNL | 1 | 21 |
| Total Settlements | 133 | 544 |
| Other | 14 | 28 |

Settlement Points + Other Points 544+28 = 572
Total Points minus 50, 572-50 = 522
Total Payout 522*3 = $1,566

**NEW HIRE MINIMUM THRESHOLD**

- An employee is considered a new hire during their first three full months of tenure with the Law Firm
- New Hires are graduated to tenured status starting in the 4th full month of employment
- New Hires have a reduced minimum threshold. Bonus for tenured negotiators is calculated at $4 per point above the minimum threshold of 12 points per day worked in the month. Bonus for New Hires is calculated at $4 per point above the following thresholds, based on the number of months since their hire date:

| Month | Minimum Threshold |
|---|---|
| 0 - 1 | 5 points |
| 2 | 8 points |
| 3 | 10 points |

**TRANSFER MINIMUM THRESHOLD**

- A transferred employee is graduated to tenured status starting in the 2nd full month of employment
- Transferred employees have a reduced minimum threshold. Bonus for tenured negotiators is calculated at $4 per point above the minimum threshold of 12 points per day worked in the month. Bonus for transferred employee is calculated at $4 per point above the following threshold, based on the number of months since their hire date.

| Month | Minimum Threshold |
|---|---|

| | |
|---|---|
| **0 - 1** | **10 points** |

**TRANSFER MINIMUM BASE**

- An employee is considered a new hire during their first full month of tenure with the Law Firm
- A transferred employee is graduated to tenured status starting in the 2nd full month of employment
- New Hires have a reduced minimum base. Bonus for tenured negotiators is calculated at $4 per point above the minimum base of 50 points. Bonus for New Hires is calculated at $4 per point above the following minimum bases, based on the number of months since their hire date:

| Month | Minimum Base |
|---|---|
| **0 - 1** | **40** |

**BONUS PLAN STIPULATIONS**

- **Transfers:** An employee that transfers into the Negotiations department from another department will enter as a "Month 1" employee for bonus purposes on the 1st day of their first full month in the department. Negotiators who transition between portfolios are not considered transfers. Bonus payments will derive from the primary law firm affiliation, and cumulative of all portfolios.
- **Reduced Base for scheduled vacation:** Management must approve all vacation time in advance per departmental guidelines. An employee's base and Tier payout will be reduced by 10 points for every scheduled day off. The maximum number of points to be reduced is 50 points (5 days).
    - **REMINDER:** Requests for one day of PTO/unpaid must be made at least three (3) days in advance, and requests for more than one day must be made at least one (1) week in advance.
- **Reduced minimum threshold for leave:** An employee on an HR-approved leave is expected to meet 10 points per day worked in the month, with no cap on the maximum number of points to be reduced. A negotiator on leave must achieve a minimum threshold of 12 points per day worked in the month before they're eligible for any bonus payout. Bonus is calculated at $4 per point above the minimum base (i.e., $4 per point, beginning at 51 points).
- **Bonus Pay:** Bonuses are paid through payroll in the paycheck on the 15th day of the following month.
- **Employment:** If an employee has earned a bonus payment for points above the minimum threshold for the month, they will be entitled to a payment in the following bonus payment schedule, even if their employment was voluntarily or involuntarily terminated. If by termination date, an employee doesn't meet the minimum point threshold to be eligible for bonus, they will not receive a bonus payment, and all points within or below the minimum threshold will be forfeited.
- **Plan Term:** This bonus plan and associated payment is subject to change at the discretion of the Law Firm. This bonus plan replaces and supersedes any prior plan that the Law Firm may have issued in verbal or written form.

**PERFORMANCE EXPECTATIONS**

To be successful at the Law Firm, all employees must live up to the Law Firm's Core Values, adhere to Law Firm Policies and Procedures, and meet the Performance Expectations of their role. Assessments of performance are the determining factor in meeting and exceeding positive client results. Success at the Law Firm aligns with its continued and sustained performance in all areas identified below.

**Each negotiator is expected to meet the below minimum expectations:**

- 10 points per day worked in the month *(i.e., 21 days in the month * 10 points per day = 210 points)*
- Meet Work Schedules and Timekeeping Expectations per departmental guidelines. Clocking into ADP and not proceeding to work can be considered "stealing time" and is subject to DA up to and including termination.

Failure to meet minimum performance expectations or fail performance assessments that identify negative client impact will result in Corrective Action (CA), up to and including termination:

| | |
|---|---|
| Verbal Warning | Failure to meet minimum expectations and positive client results in the expected timeframe |
| Written Warning | The continued failure of not meeting minimum expectations within 90 days of Verbal Warning |
| Final Warning | The continued failure of not meeting minimum expectations within 90 days of Written Warning |
| Termination of Employment | One additional failure of not meeting minimum expectations within 90 days of the Final Warning<br><br>Any egregious behavior may lead to immediate termination of employment. (e.g., Impersonating a client or falsifying documentation) |

**New hires may receive coaching in their first 30 days rather than corrective action*

The Law Firm reserves the right to escalate corrective action for instances of demonstrated patterns of violations, including but not limited to violations of our expectations and/or policy. Disciplinary action will be in effect for a 90-day rolling period from the date issued.

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge that I have received this Monthly Bonus Plan and Performance Expectations Summary. I agree that I have read it thoroughly and will seek clarification from my manager or HR for any provisions that I do not understand.

__________________________________________ ___________________

Employee's Signature Date

__________________________________________

Employee's Name (Print)

# MONTHLY BONUS PLAN AND PERFORMANCE EXPECTATIONS SUMMARY

## OBJECTIVE

Law Firm Negotiators employed by **Law Offices of the Sands Law Group d.b.a. Whitestone Legal Group**, referred to herein as The Law Firm, are eligible to receive monthly bonus pay. Bonus plans are designed to incentivize exceptional performance levels for our clients in a manner consistent with our *Core Values of Integrity, Results, Empathy, Opportunity, Innovation, and Teamwork.*

## ENCLOSED

- Bonus Plan Principles
- Bonus Objectives
- Bonus Plan Stipulations
- Negotiations Production Performance Expectations

## PLAN PRINCIPLES

- Drive world-class client experience for The Law Firm
- Identify performance objectives that drive optimal settlements for clients
- Link compensation to performance in areas that negotiators can influence
- Bonus point values and payout per point are identified to ensure performance expectations are achievable, drive positive client experience, and drive ongoing performance
- The payment of any bonus is at the discretion of The Law Firm

## PERFORMANCE OBJECTIVES

- Every debt will be classified as 1 of 7 potential categories: Non-litigated, ETCP, Extra Funds, First Debt, Last Debt, Litigated, or High Litigation Chance
- Each debt category has a point value assigned based on its importance to the client's program and the effort required to negotiate
- If a settlement falls into multiple categories (e.g., debt is the last settlement and in litigation), the higher of the point values will apply (litigation, in this example)
- A negotiator must achieve a **minimum threshold of 12 points per day worked in the month** before they're eligible for any bonus payout
- Negotiator bonus is calculated per point based on point tiers above the minimum **base** requirement. Payout per point is based on the final total point total.

| Point Tiers | Payout |
|---|---|
| 0 | $2.00 |
| 300 | $3.00 |
| 400 | $4.00 |

**DEFINITIONS**

- **Settlement:** Any debt successfully entering an accepted proposal status during the calendar month.
- **Base:** The base is the minimum number of points before a negotiator begins to bonus once the minimum threshold is achieved.
- **Minimum Threshold:** The minimum threshold is the number of points before a negotiator is eligible to earn a bonus.
- **New Hire:** An employee is considered a new hire during their first three full months of tenure with the Law Firm.
- **Transferred Employee:** An employee that transfers into the Negotiations department from another department is considered a transferred employee for bonus purposes. Negotiators who transition between portfolios are not considered transfers.
- **Point Tiers:** The Point Tiers determine the dollars paid per point.

**LEAD TYPE POINT VALUES**



**BONUS PAYOUT EXAMPLES**

**Example 1**

| | Settlements | Points |
|---|---|---|
| Litigation | 10 | 90 |
| High Lit Chance | 6 | 60 |
| First Debt | 45 | 225 |
| Last Debt | 1 | 7 |
| Non-Lit | 23 | 92 |
| ETCP | 2 | 12 |
| Extra Funds | 2 | 12 |
| Total | 89 | 498 |

Top Tier example (over 400 points)
Points over 50 = 498-50 = 448
Total Payout = 448 points x $4 = $1792

**Example 2**

| | Settlements | Points |
|---|---|---|
| Litigation | 3 | 27 |
| High Lit Chance | 0 | 0 |
| First Debt | 7 | 42 |
| Last Debt | 10 | 70 |
| Non-Lit | 25 | 100 |
| ETCP | 3 | 21 |
| Extra Funds | 12 | 72 |
| Total | 60 | 332 |

Mid Tier (over 300 but under 400 points)
Points over 50 = 332-50 = 282
Total Payout = $846

**NEW HIRE MINIMUM THRESHOLD**

- An employee is considered a new hire during their first three full months of tenure with the Law Firm
- New Hires are graduated to tenured status starting in the 4th whole month of employment
- New Hires have a reduced minimum threshold. Bonus for tenured negotiators is calculated at $4 per point above the minimum threshold of 12 points per day worked in the month. Bonus for New Hires is calculated at $4 per point above the following thresholds, based on the number of months since their hire date:

| Month | Minimum Threshold |
|---|---|
| 0 - 1 | 5 points |
| 2 | 8 points |
| 3 | 10 points |

**NEW HIRE MINIMUM BASE**

- An employee is considered a new hire during their first three full months of tenure with the Law Firm
- New Hires are graduated to tenured status starting in the 4th full month of employment

- New Hires have a reduced minimum base. Bonus for tenured negotiators is calculated at $4 per point above the minimum base of 50 points. Bonus for New Hires is calculated at $4 per point above the following minimum bases, based on the number of months since their hire date:

| Month | Minimum Base |
|---|---|
| 0 - 1 | 20 |
| 2 | 30 |
| 3 | 40 |

**BONUS PLAN STIPULATIONS**

- **Transfers:** An employee who transfers into the Negotiations department from another department will enter as a "Month 1" employee for bonus purposes on the 1st day of their first month in the department. Negotiators who transition between portfolios are not considered transfers. Bonus payments will derive from the primary law firm affiliation and the cumulative balance of all portfolios.
- **Reduced Base for scheduled vacation:** Management must approve all vacation time in advance per departmental guidelines. An employee's base and Tier payout will be reduced by 10 points for every scheduled day off. The maximum number of points to be reduced is 50 points (5 days).
    - REMINDER: Requests for one day of PTO/unpaid must be made at least three (3) days in advance, requests for more than one day must be made at least one (1) week in advance.
- **Reduced minimum threshold for leave:** An employee on an HR-approved leave is expected to meet 10 points per day worked in the month, with no cap on the maximum number of points to be reduced. A negotiator on leave must achieve a minimum threshold of 12 points per day worked in the month before they're eligible for any bonus payout. Bonus is calculated per point above the minimum base.
- **Bonus Pay:** Bonuses are paid through payroll in the paycheck on the 15th day of the following month.
- **Employment:** If an employee has earned a bonus payment for points above the minimum threshold for the month, they will be entitled to a payment on the following bonus payment schedule, even if their employment was voluntarily or involuntarily terminated. If by the termination date, an employee doesn't meet the minimum point threshold to be eligible for a bonus, they will not receive a bonus payment, and all points within or below the minimum threshold will be forfeited.
- **Plan Term:** This bonus plan and associated payment are subject to change at the discretion of The Law Firm. This bonus plan replaces and supersedes any prior plan that the Law Firm may have issued in verbal or written form.

**PERFORMANCE EXPECTATIONS**

To be successful at The Law Firm, all employees must live up to the Law Firm's Core Values, adhere to Law Firm Policies and Procedures, and meet the Performance Expectations of their role. Performance assessments determine the determining factor in meeting and exceeding positive client results. Success at the Law Firm aligns with its continued and sustained performance in all areas identified below.

**Each negotiator is expected to meet the below minimum expectations:**

- 10 points per day worked in the month *(i.e., 21 days in the month * 10 points per day = 210 points)*
- Meet Work Schedules and Timekeeping Expectations per departmental guidelines. Clocking into ADP and not proceeding to work can be considered "stealing time" and is subject to DA up to and including termination.

Failure to meet minimum performance expectations or fail performance assessments that identify negative client impact will result in Corrective Action (CA), up to and including termination:

| | |
|---|---|
| Verbal Warning | Failure to meet minimum expectations and positive client results in the expected timeframe |
| Written Warning | The continued failure of not meeting minimum expectations within 90 days of a Verbal Warning |
| Final Warning | The continued failure of not meeting minimum expectations within 90 days of a Written Warning |
| Termination of Employment | One additional failure of not meeting minimum expectations within 90 days of the Final Warning<br>Any egregious behavior may lead to immediate termination of employment. (e.g., Impersonating a client or falsifying documentation) |

**New hires may receive coaching in their first 30 days rather than corrective action*

The Law Firm reserves the right to escalate corrective action for instances of demonstrated patterns of violations, including but not limited to violations of our expectations and/or policy. Disciplinary action will be in effect for a 90-day rolling period from the date issued.

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge that I have received this Monthly Bonus Plan and Performance Expectations Summary. I agree that I have read it thoroughly and will seek clarification from my manager or HR for any provisions that I do not understand.

________________________________________ __________________
Employee's Signature Date

________________________________________
Employee's Name (Print)