# EXHIBIT 27

**From:** Jeffrey Lanham
**To:** Andrew Fields; Andrew Pluff; Kelly Lewis; Marissa Buettner; Matthew Montalvo; Raul Sanchez; Reda Janah; Ryan Mohr; Samuel Sarpeh
**Subject:** 1/11 Daily Report
**Date:** Friday, January 12, 2024 6:02:14 AM
**Attachments:** image863248.jpg
image272841.png
image690528.png
image390358.png

## Cases Needing Updates

| Case Number | Client | Account Name | Debt | Notes | Opened Date | Law Firm | Case Owner | Portfolio | Sent on | Last Update | Follow up on |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8700049 | C-1292073 | Aracelia Vera | Debt-08168795 | CTC Needed 1/3 | 12/8/2023 | Moss Law Firm | Andrew Fields | Derek Williams | 12/13/2023 | 1/3/2024 | 1/15/2024 |
| 8542057 | C-1156797 | Juliana Mcbee | Debt-07226316 | POA 2 12/11 VM 3 1/3 | 11/17/2023 | Generations FCU | Andrew Fields | Slate | 11/21/2023 | 1/3/2024 | 1/15/2024 |
| 8537346 | C-1283663 | Hendrik Christoffel Roux | Debt-08112995 | CTC Needed x2 1/3 | 11/16/2023 | Selip & Stylianou | Andrew Fields | Derek Williams | 11/20/2023 | 1/3/2024 | 1/15/2024 |
| 8619934 | C-1106978 | Laura Miller | Debt-07263888 | CTC Needed 1/4 | 11/29/2023 | Pressler, Felt & Warshaw | Andrew Pluff | Slate | 12/5/2023 | 1/4/2024 | 1/15/2024 |
| 8597083 | C-1289887 | Annetta Ravegum | Debt-08155395 | POA Sent 12/6 EM x2 1/3 | 11/26/2023 | Ras LaVrar LLC | Matthew Montalvo | Derek Williams | 11/28/2023 | 1/3/2024 | 1/15/2024 |
| 8765036 | C-1288393 | Roberta Terrasas | Debt-08145567 | POA Sent x2 1/4 | 12/16/2023 | Suttell Hammer & White | Reda Janah | Derek Williams | 12/20/2023 | 1/4/2024 | 1/15/2024 |
| 8637734 | C-1277287 | Leo Loza | Debt-08066955 | CTC Sent 1/2 | 11/30/2023 | Javitch, Block & Rathbone | Ryan Mohr | Derek Williams | 12/4/2023 | 1/2/2024 | 1/12/2024 |
| 8720662 | C-1282292 | Victor Ivantsov | Debt-08103314 | POA Sent x2 12/29 Left VM 1/5 | 12/11/2023 | Ras LaVrar LLC | Ryan Mohr | Derek Williams | 12/18/2023 | 1/5/2024 | 1/15/2024 |

## Pipeline

| Negotiator | Total Settlements | NAR | Auths | Letters | Both | Donut | Proposals in Flight | Rejection Rate |
|---|---|---|---|---|---|---|---|---|
| Andrew Fields | 29 | 1 | 0 | 15 | 14 | 1 | 31 | 3.3% |
| Andrew Pluff | 21 | 6 | 0 | 18 | 17 | 0 | 41 | 0.0% |
| Kellymarie Lewis | 18 | 1 | 0 | 3 | 19 | 1 | 24 | 15.0% |
| Marissa Buettner | 34 | 0 | 0 | 10 | 33 | 3 | 46 | 5.6% |
| Matthew Montalvo | 10 | 2 | 0 | 14 | 20 | 1 | 37 | 0.0% |
| Raul Sanchez | 22 | 0 | 1 | 11 | 23 | 0 | 35 | 0.0% |
| Reda Janah | 15 | 0 | 2 | 11 | 45 | 3 | 61 | 0.0% |
| Ryan Mohr | 20 | 0 | 8 | 14 | 31 | 1 | 54 | 4.8% |
| Samuel Sarpeh | 11 | 1 | 0 | 19 | 47 | 1 | 68 | 15.4% |
| Team Avg | 20 | 1 | 1 | 13 | 28 | 1 | 44 | 4.8% |

## Bonus

| Negotiator | Points | Points per Worked Day | Potential Bonus | Days off | Points Target | Points to Clinch |
|---|---|---|---|---|---|---|
| Andrew Fields | 159 | 19.9 | $ 436.00 | 0 | 264 | 105 |
| Andrew Pluff | 122 | 15.3 | $ 288.00 | 0 | 264 | 142 |
| Kellymarie Lewis | 91 | 18.2 | $ 284.00 | 3 | 228 | 137 |
| Marissa Buettner | 203 | 25.4 | $ 612.00 | 0 | 264 | 61 |
| Matthew Montalvo | 44 | 7.3 | $ 56.00 | 2 | 240 | 196 |
| Raul Sanchez | 109 | 36.3 | $ 436.00 | 5 | 204 | 95 |
| Reda Janah | 76 | 10.9 | $ 144.00 | 1 | 252 | 176 |
| Ryan Mohr | 101 | 12.6 | $ 204.00 | 0 | 264 | 163 |
| Samuel Sarpeh | 62 | 7.8 | $ 48.00 | 0 | 264 | 202 |
| Team Avg | 107 | 17.1 | $ 278.67 | 1 | 249 | 142 |

## Hourly Activity

| Negotiator | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Fields | 99 | 44 | 29 | 14 | 7 | 20 | | 25 | 14 | | 252 |
| Andrew Pluff | 6 | 4 | 6 | 2 | 16 | 59 | | 16 | | | 109 |
| KellyMarie Lewis | 25 | 12 | 39 | 21 | 27 | 9 | 4 | 7 | 32 | | 176 |
| Marissa Buettner | | 116 | 12 | 56 | 30 | 16 | 2 | 42 | 19 | | 293 |
| Matthew Montalvo | 17 | 9 | 1 | 12 | 11 | 22 | 16 | 12 | 21 | 12 | 133 |
| Raul Sanchez | 10 | 15 | 32 | 17 | 28 | 31 | 18 | 9 | 10 | | 170 |
| Reda Janah | | | 48 | 52 | 82 | 41 | 14 | 48 | 91 | | 376 |
| Samuel Sarpeh | 5 | 15 | 17 | 26 | 40 | 27 | 16 | 18 | 4 | | 168 |
| **Average** | **27** | **31** | **23** | **25** | **30** | **28** | **12** | **22** | **27** | **12** | **210** |

## Daily Production

| Rep | Proposals | POA's Sent | Letters Uploaded | Total Outbound | Talk Time | Avg Talk Time |
|---|---|---|---|---|---|---|
| Andrew Fields | 7 | 11 | 3 | 14 | 2:39:57 | 0:08:25 |
| Andrew Pluff | 1 | 2 | 8 | 8 | 0:41:33 | 0:05:11 |
| KellyMarie Lewis | 4 | 11 | 1 | 10 | 0:54:14 | 0:05:25 |
| Marissa Buettner | 9 | 15 | 0 | 5 | 0:36:55 | 0:06:09 |
| Matthew Montalvo | 7 | 1 | 4 | 24 | 2:00:06 | 0:04:26 |
| Raul Sanchez | 6 | 0 | 0 | 23 | 3:36:48 | 0:09:02 |
| Reda Janah | 14 | 4 | 5 | 28 | 2:14:25 | 0:04:28 |
| Ryan Mohr | 7 | 9 | 1 | 11 | 1:28:28 | 0:08:02 |
| Samuel Sarpeh | 10 | 0 | 0 | 9 | 2:47:08 | 0:16:42 |
| **Average** | **7** | **6** | **2** | **15** | **1:53:17** | **0:07:32** |

## MTD Points

| Rank | Negotiator | Points | ETCP | Extra Funds | First Debt | High Lit | Last Debt | Lit | Non-Lit |
|---|---|---|---|---|---|---|---|---|---|
| **6** | **Marissa Buettner** | **203** | 6 | **36** | 12 | 36 | 12 | 45 | **56** |
| 15 | Andrew Fields | 159 | 0 | 6 | 30 | 18 | 18 | 27 | 60 |
| 24 | Andrew Pluff | 122 | 0 | 6 | 36 | 0 | 12 | 36 | 32 |
| 29 | Raul Sanchez | 109 | 0 | 6 | 6 | 0 | 36 | 9 | 52 |
| 34 | Ryan Mohr | 101 | 0 | 24 | 12 | 0 | 12 | 9 | 44 |
| 39 | KellyMarie Lewis | 91 | 0 | 36 | 12 | 0 | 6 | 9 | 28 |
| 40 | Reda Janah | 76 | 0 | 18 | 30 | 0 | 0 | 0 | 28 |
| 46 | Samuel Sarpeh | 62 | 0 | 0 | 6 | 0 | 18 | 18 | 20 |
| 48 | Matthew Montalvo | 44 | 0 | 6 | 0 | 0 | 6 | 0 | 32 |
| **48** | **Average** | **107** | **1** | **15** | **16** | **6** | **13** | **17** | **39** |

## Top 10

| Rank | Negotiator | Points | ETCP | Extra Funds | First Debt | High Lit | Last Debt | Lit | Non-Lit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Leah Sattelberg | 283 | 0 | 30 | 42 | 9 | 78 | 36 | 88 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Matthew Hardy | 278 | 0 | 36 | 156 | 0 | 6 | 36 | 44 |
| 3 | Katie Tanner | 262 | 0 | 36 | 126 | 0 | 6 | 18 | 76 |
| 4 | Alicia Lawless | 238 | 0 | 18 | 186 | 0 | 6 | 0 | 28 |
| 5 | Darin Bocharski | 209 | 0 | 0 | 162 | 0 | 6 | 9 | 32 |
| **6** | **Marissa Buettner** | **203** | **6** | **36** | **12** | **36** | **12** | **45** | **56** |
| 7 | Teresa Farruggio | 194 | 0 | 12 | 126 | 0 | 0 | 0 | 56 |
| 8 | Tyler Voellinger | 186 | 0 | 12 | 108 | 0 | 0 | 18 | 48 |
| 9 | Lillet Nibbs | 185 | 0 | 24 | 0 | 9 | 48 | 36 | 68 |
| 10 | Denaysha Smith | 179 | 6 | 12 | 84 | 9 | 0 | 0 | 68 |
| **48** | **Average** | **222** | **1** | **22** | **100** | **6** | **16** | **20** | **56** |

**Jeffrey Lanham**
Senior Manager of Negotiations
**Office:** (716) 919-2050
**Email:** jelanham@rockwelllegalgroup.com

*"I have been so happy with the Rockwell Legal Group. All of the associates are bright, courteous and really extend themselves to be helpful."*

**-Frances B.** / Medford, OR