# EXHIBIT 28

**From:** Quality Score - StratFS
**To:** Ryan Mohr - David Williams
**Cc:** Sarah Bishop; Jeffrey Lanham; Brad Wagner
**Subject:** Ryan Mohr 1 graded call from 1113
**Date:** Thursday, November 16, 2023 10:57:39 AM

https://my.allego.com/openCall.do?callId=11852911

## Negotiations Creditor Call Sheet

| | |
|---|---|
| Agent \| Date \| Client ID: | Ryan Mohr \| 11/16/2023 \| C-1288833 |
| Date of Call: | 11/13/2023 |
| Score: | 0.00% |

**Coach's Comments/Areas of Improvement**

Outbound call to Synchrony
account is delinquent 33 days-not eligible yet
other account is current
Inputting Notes into Salesforce -- No notes logged for this call

| Greeting/Account Security | Assessment - (Yes, No & Partial) | This Section is 7.5% overall score | Points Earned |
|---|---|---|---|
| Introduce Yourself - Uses proper opening greeting | Yes | Yes 7.5/No 0/Partial 3.75 | 7.50% |
| Account Security Verification - Verify clients full name and last 4 of social - Auto Fail if not completed properly | Yes | Yes 0/No Auto Fail | N/A |
| Read Compliance script: "This call may be recorded for training or monitoring purposes - Auto Fail if not done properly | NA | Yes 0/No Auto Fail | N/A |

**Core Values**

| Opportunity | Assessment - (Yes, No & Partial) | This Section is 37.0% overall score | Points Earned |
|---|---|---|---|
| Was an appropriate offer made/accepted? | NA | Yes 10/No 0/Partial 5 | 10.00% |
| Counter-offer made (if applicable) | NA | Yes 8.5/No 0/Partial 4.25 | 8.50% |
| Rapport/Relationship building applied | Yes | Yes 10/No 0/Partial 5 | 10.00% |
| Speak Clearly enunciation and pronunciation / using professional language | Yes | Yes 8.5/No 0/Partial 4.25 | 8.50% |

| Results | Assessment - (Yes, No & Partial) | This Section is 8.5% overall score | Points Earned |
|---|---|---|---|
| Did the client's debt reach a settlement/resolution? | NA | Yes 8.5/No 0/Partial 4.25 | 8.50% |
| **Innovation** | **Assessment - (Yes, No & Partial)** | **This Section is % overall score** | **Points Earned** |
| Reserved for future use<br>Did we get creative with terms and offers (extra funds, longer pays, etc). | | | |
| **Teamwork** | **Assessment - (Yes, No & Partial)** | **This Section is 11.5% overall score** | **Points Earned** |
| Log notes entered on account | No | Yes 0/No Auto Fail* | Auto Fail* |
| Enters clear and concise log notes entering any information that could affect the clients program | NA | Yes 11.5/No 0/Partial 5.75 | 11.50% |
| **Empathy** | **Assessment - (Yes, No & Partial** | **This Section is 7.5% overall score** | **Points Earned** |
| Fluctuation of tone & Demonstrates sincere empathy when appropriate | Yes | Yes 7.5/No 0/Partial 3.75 | 7.50% |
| **Integrity** | **Assessment - (Yes, No & Partial)** | **This Section is 23% overall score** | **Points Earned** |
| Actively Listening and not interrupting or speaking over caller | Yes | Yes 10.5/No 0/Partial 5.25 | 10.50% |
| Reviews account logs to determine if there is anything related to the current call and giving accurate information | Yes | Yes 12.5/No 0/Partial 6.25 | 12.50% |
| **Call Closing** | **Assessment - (Yes, No & Partial)** | **This Section is 5% overall score** | **Points Earned** |
| Thank client for calling and brand the call | Yes | Yes 5/No 0/Partial 2.5 | 5.00% |