UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, and <br><br> DANIEL BLUMKIN, et al., <br><br> Relief Defendants. | CASE NO. 1:24cv00040 EAW-MJR <br><br><br> PLAINTIFFS' AMENDED EXHIBIT LIST |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

# EXHIBIT LIST

Case No.:    24-cv-00040                            ( X ) Plaintiffs
Date:        February 1-2, 2024                     (  ) Defendants

| Exhibit No. | | Description | Marked for Identification | In Evidence |
|---|---|---|---|---|
| 1 | | Global Client Solutions, LLC Documents Relating to Corporate Defendants | | |
| 2 | | Documents Obtained by NYAG including Deposition Transcript of Lauren Montanille (portions) | | |
| 3 | | Declaration of Amy Wagar | | |
| 4 | | RAM Payment, LLC (formerly, Reliant Account Management, LLC) Records | | |
| 5 | | Documents Obtained from Minnesota Attorney General's Office pursuant to CIDs issued to Sunshine Signing Connection, Inc. and National Paralegal and Notary | | |
| 6 | | Transcript of October 20, 2022 Investigational Interview of Steven Pavlow | | |
| 7 | | In-Person Presentation for Debt Negotiation Program for Great Lakes Law Firm | | |
| 8 | | Affidavit of Compliance for Great Lakes Law Firm | | |
| 9 | | Declaration of Christopher Elkins | | |
| 10 | | Declaration of Patricia Griffiths | | |
| 11 | | Declaration of Elizabeth Salva | | |
| 12 | | Additional Declarations (Sabil Edgar, Doris Sheehan and Attachments, Ronald Davis, Elisabeth Nickles, Julianne Kovein, Matthew Sundlov, Stephanie Rodriguez, Cindy Brannan, Edna Kuraica, Mariros Cojuangco Boliche, and Edie Hulbert) | | |
| 13 | | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Jeff Stone (NotaryGO) (portions) | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 14 |  | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Mike Song (NotaryGO) (portions) |  |  |
| 15 |  | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Danielle Strengberg Winkelman (NotaryGO) (portions) |  |  |
| 16 |  | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Heather Spitz (NotaryGO) (portion) |  |  |
| 17 |  | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Lisa Marie Munyon (Velsa Holdings d/b/a National Paralegal and Notary) (portions) |  |  |
| 18 |  | Transcript of Deposition of Rule 30(b)(6) Corporate Representative Crystal Willis (Sunshine Signing) (portions) |  |  |
| 19 |  | Transcript of Deposition of Ryan Sasson (portions) |  |  |
| 20 |  | Transcript of Deposition of Mary Lynn Clark (portions) |  |  |
| 21 |  | August 24, 2016 Contract between Express Notary Service, Inc. and Harbor Legal Group |  |  |
| 22 |  | Transcript of Phone Call between Andrew Terrell (SFS) and Scott Graves (consumer) (ADP000013966) |  |  |
| 23 |  | Transcript of Phone Call between Brian and Alicia (Sunshine Signing) (ADP000025025) |  |  |
| 24 |  | Transcript of Phone Call between Andrew Terrell (SFS) and Mr. Nobles (consumer) (ADP000045743) |  |  |
| 25 |  | Transcript of Phone Call between Benjamin Cummings (SFS) and Gail (Sunshine) (ADP000129919) |  |  |
| 26 |  | Transcript of Phone Call between Ryan and Chrissy (ADP000162096) |  |  |
| 27 |  | Transcript of Phone Call between Dan (SFS) and Alicia (Sunshine) (ADP000186370) |  |  |
| 28 |  | Transcript of Phone Call between female SFS employee and Vincent Ovegua (ADP000229140) |  |  |
| 29 |  | Transcript of Phone Call between Andrew Terrell (SFS) and Barbara Jordan (consumer) (ADP000254592) |  |  |

| 30 | | Transcript of Phone Call Between Bob Duggan and Brian (ADP000899823) | | |
|---|---|---|---|---|
| 31 | | Transcript of Phone Call (ADP00002702) | | |
| 32 | | Transcript of Phone Call Between Nora (Strategic Financial Solutions Representative) and Ian (Consumer) (ADP000394543) | | |
| 33 | | Transcript of Phone Call (ADP000394552) | | |
| 34 | | Transcript of Phone Call between Benjamin Cummings (SFS) and Gail (Sunshine Signing) (ADP000101599) | | |
| 35 | | Transcript of Phone Call between Andrew Terrell (SFS) and Bonnie Brewster (consumer) ADP000285796 | | |
| 36 | | Transcript of Phone Call between Daniel (SFS) and Alicia (Sunshine) (ADP000306212) | | |
| 37 | | Transcript of Phone Call between Andrew Chiarello (SFS) and Gerald Smith (consumer) (ADP000349415) | | |
| 38 | | Transcript of Phone Call between Aura Aguilera (SFS) and Edwin Felton (consumer) ADP000456683 | | |
| 39 | | Transcript of Phone Call between Aura Aguilera (SFS) and Montonya Macbeth (consumer) ADP000478218 | | |
| 40 | | Transcript of Phone Call with Aure Aguilera (SFS) and Kim Beazer (consumer) ADP000605071 | | |
| 41 | | Transcript of Phone Call between Martina (SFS) and unidentified person and Chad at Notary Go (ADP000781117) | | |
| 42 | | Transcript of Phone Call between Andrew Chiarello (SFS) and Mr. Isen (customer) (ADP000868443) | | |
| 43 | | Transcript of Phone Call between Andrew Chiarello (SFS) and Beth Hart (consumer) (ADP001031639) | | |
| 44 | | Transcript of Phone Call between Aura Aguilera and Tammy (consumer) ADP001075737G | | |
| 45 | | Deposition Transcript of David Tsui (portions) | | |
| 46 | | Deposition Transcript of Willard Lee Shirkey (portions) | | |

| | | | | |
|---|---|---|---|---|
| 47 | | Deposition Transcript of John Accardo (portions) | | |
| 48 | | Deposition Transcript of Lorie Soule (portions) | | |
| 49 | | Deposition Transcript of Melissa Riley (portions) | | |
| 50 | | Deposition Transcript of Eric Howell (portions) | | |
| 51 | | Deposition Transcript of Olga Vrzhezhevski (portions) | | |
| 52 | | Deposition Transcript of Mark Roberts (portions) | | |
| 53 | | Declaration of Michael Duhn | | |
| 54 | | Deposition Transcript of James Agosto (portions) | | |
| 55 | | Deposition Transcript of Craig Horvath (portions) | | |
| 56 | | Deposition Transcript of Jason Blust (portions) | | |
| 57 | | Lists of Notaries and Paralegals - Bedrock | | |
| 58 | | Lists of Notaries and Paralegals - Harbor | | |
| 59 | | Lists of Notaries and Paralegals - Whitestone | | |
| 60 | | Lists of Notaries and Paralegals - Rockwell | | |
| 61 | | NPN Debt Settlement Training | | |
| 62 | | Sunshine Signing Notary Instructions (SUNSHINE-CID-000056) | | |
| 63 | | NPN Signing Terms | | |
| 64 | | Contract between NPN and Guidestone | | |
| 65 | | Presentation, Accardo Deposition Exhibit 4 | | |
| 66 | | Affidavit of Compliance, Accardo Deposition Exhibit 5 | | |
| 67 | | Jewel Hewett Documents | | |
| 68 | | Transcript of Deposition of Kimberly Brown (portions) | | |
| 69 | | North Carolina State Bar v. Daniel S. Rufty, Consent Order of Discipline | | |
| 70 | | Transcript of Deposition of Peter Fountain (portions) | | |
| 71 | | In re Thomas George Macey and In re Jeffrey John Aleman - Report and Recommendation of the Hearing Board - Illinois Attorney Registration And Disciplinary Commission | | |

| 72 | | Global Client Solutions Emails RE Great Lakes Law Firm, LLC (Global_WI_000186 & Global_WI_000187) | | |
| 73 | | Declaration of Joanna Cohen | | |
| 74 | | FTC FACTS for Business Debt Relief Services & the Telemarketing Sales Rule: What People Are Asking | | |
| 75 | | Options for Consumers in Crisis: An Updated Economic Analysis of The Debt Settlement Industry, 2015 by Greg J. Regan | | |
| 76 | | Preliminary Report of the Temporary Receiver (January 31, 2024) (Dkt. 115-1) | | |
| 77 | | CV and Expert Opinion of Nicole Hallett | | |

Dated: February 2, 2024

Respectfully submitted,
Attorneys for Plaintiff
Consumer Financial Protection Bureau

ERIC HALPERIN
Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Litigation Deputy

  /s/ Vanessa Buchko
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-435-9593
Monika Moore

E-mail: monika.moore@cfpb.gov
Phone: 202-360-5905
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
1700 G Street, NW
Washington, DC 20552
Facsimile: (202) 435-7722

And


LETITIA JAMES
Attorney General of the State of New York

 /s/ Christopher L. Boyd
Christopher L. Boyd
Assistant Attorney General
350 Main Street, Suite 300A
Buffalo, NY 14202
Phone: (716) 853-8457
Email: Christopher.Boyd@ag.ny.gov

*Attorney for State of New York*

PHILIP J. WEISER
Attorney General
State of Colorado

 /s/ Kevin J. Burns
Kevin J. Burns, CO Reg. No. 44527
*Pro hac vice*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6110
Kevin.Burns@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

KATHLEEN JENNINGS
Attorney General State of Delaware

/s/ Marion M. Quirk
Marion M. Quirk (*pro hac vice*)
Director of Consumer Protection
Kevin D. Levitsky (*pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8810
Marion.Quirk@delaware.gov
Kevin.Levitsky@delaware.gov
*Attorneys for State of Delaware*

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Greg Grzeskiewicz
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau
*Pro hac vice*
Daniel Edelstein, Supervising Attorney, Consumer Fraud Bureau
*Pro hac vice*
Amanda E. Bacoyanis, Assistant Attorney General, Consumer Fraud Bureau
*Pro hac vice*
Matthew Davies, Assistant Attorney General,
Consumer Fraud Bureau
*Pro hac vice*
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
312-814-2218
Greg.Grzeskiewicz@ilag.gov
Daniel.Edelstein@ilag.gov
Amanda.Bacoyanis@ilag.gov
Matthew.Davies@ilag.gov

*Attorneys for the People of the State of Illinois*


KEITH ELLISON

Attorney General of Minnesota

*/s/ Evan Romanoff*
Evan Romanoff
Assistant Attorney General
*Pro hac vice*
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
Telephone: (651) 728-4126
evan.romanoff@ag.state.mn.us

*Attorney for the State of Minnesota
By Its Attorney General, Keith Ellison*


JOSHUA H. STEIN
Attorney General of North Carolina

 */s/  M. Lynne Weaver*
M. Lynne Weaver (*pro hac vice*)
Special Deputy Attorney General
N.C. State Bar No. 19397
114 W. Edenton Street
Raleigh, NC 27602
Telephone: (919) 716-6039
lweaver@ncdoj.gov

*Attorney for the State of North Carolina*


JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Lewis W. Beilin*
Assistant Attorney General (*pro hac vice*)
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-3076
beilinlw@doj.state.wi.us

*Attorney for State of Wisconsin*

9