# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al. | |
| Plaintiffs, | Case No. 24-cv-00040-JLS-MJR |
| vs. | |
| STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al. | |
| Defendants. | |

## ORDER AUTHORIZING THE TEMPORARY RECEIVER TO
## PAY FEBRUARY 2024 EMPLOYEE BENEFIT INSURANCE PREMIUMS
## FOR ALL EMPLOYEES OF THE CORPORATE DEFENDANTS

**WHEREAS**, this Court granted an *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief in the above captioned action on January 11, 2024 (the "Receivership Order");

**WHEREAS**, pursuant to the Receivership Order, Thomas W. McNamara, Esq. ("Receiver"), was appointed as Receiver for the business activities of the Receivership Defendants (as defined in the Receivership Order);

**WHEREAS**, pursuant to the terms of the Receivership Order, the Receiver, with the assistance of his counsel, took custody and control of the two locations that the Receivership Defendants operated their debt relief businesses upon;

**WHEREAS**, the Receiver filed a Supplement to Preliminary Report of Temporary Receiver and Request for an Order to Pay February Employee Benefit Insurance Premiums for all Employees of the Corporate Defendants;

**WHEREAS**, health insurance premiums are due at the end of February and will lapse retroactive to February 1, 2024;

**WHEREAS**, dental and vision premiums must be paid by February 15, 2024, or they will terminate coverage as of December 31, 2023;

**WHEREAS**, voluntary life and short-term disability must be paid before February 9, 2024, or they will terminate retroactively to December 1, 2023;

**WHEREAS**, premium costs for the above-referenced employee benefit plans will be approximately $320,000.00 for the month of February 2024.

**NOW, THEREFORE**, upon the Motion of the Receiver, it is hereby

**ORDERED**, that the Receiver be, and hereby is, authorized, but not directed, to pay the following insurance premiums for the month of February 2024 with respect to the following employee benefit plans of the Corporate Defendants:

- Health insurance premiums;

- Dental and vision premiums; and

- Voluntary life and short-term disability premiums.

**ORDERED**, that financial institutions at which the Receivership Defendants maintain deposit accounts shall honor the requests of the Receiver in connection with facilitating the payments authorized herein.

**IT IS SO ORDERED**, this _5th_ day of February 2024.

Hon. Michael J. Roemer, Magistrate Judge

17143169v2