

1700 G Street NW, Washington, D.C. 20552

February 12, 2024

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Re:     *CFPB et al. v. StratFS LLC et al.*, No. 24-cv-40

Dear Chief Judge Wolford:

Plaintiff Consumer Financial Protection Bureau respectfully requests that undersigned counsel, Vanessa Buchko, Joseph Sanders, Monika Moore, and Shirley Chiu, be permitted to appear telephonically for the status conference scheduled on February 13, 2024 at 10:30 a.m. Due to work and family obligations that counsel have been unable to reschedule, undersigned counsel cannot appear in person. We appreciate the Court's consideration of this request given the compressed timeframe in which the Court must hold this hearing.


Respectfully,
/s/
Vanessa Buchko
Joseph Sanders
Monika Moore
Shirley Chiu
Consumer Financial Protection Bureau