

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

---

**Josh Kaul**
**Attorney General**

**17 W. Main Street**
**P.O. Box 7857**
**Madison, WI 53707-7857**
**www.doj.state.wi.us**

**Lewis W. Beilin**
**Assistant Attorney General**
**beilinlw@doj.state.wi.us**
**608/266-3076**
**FAX 608/294-2907**

February 12, 2024

<u>**Via ECF**</u>

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

        Re:   *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, Case No. 24-CV-00040-EAW-MJR

Dear Judge Wolford:

    I am counsel for Plaintiff State of Wisconsin in this matter. Pursuant to the Court's February 5, 2024, text order (Doc. 145), I respectfully request leave to appear by telephone at the status conference currently scheduled for February 13, 2024, at 10:30 a.m.

    Thank you for your consideration.

                Sincerely,

                <u>/s/Lewis W. Beilin</u>

                Lewis W. Beilin
                Assistant Attorney General