AO 85A  (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Consumer Financial Protection Bureau, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  24-CV-40 |
| StratFS, LLC, et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

Motions: Motion for a Preliminary Injunction, Docket No. 5

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Consumer Financial Protection Bureau, Vanessa Buchko | /s/ Vanessa Buchko | 02/13/2024 |
| People of the State of New York, Christopher Boyd | /s/ Christopher Boyd | 02/13/2024 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in  accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Consumer Financial Protection Bureau, et al., ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 24-CV-40 |
| StratFS, LLC, et al. ) | |
| _Defendant_ ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

Motions: Motion for a Preliminary Injunction, Docket No. 5

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| State of Colorado, Kevin Burns | /s/ Kevin Burns | 02/13/2024 |
| State of Delaware, Marion Quirk | /s/ Marion Quirk | 02/13/2024 |
| State of North Carolina, M. Lynne Weaver | /s/ M. Lynne Weaver | 02/13/2024 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Consumer Financial Protection Bureau, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-CV-40 |
| StratFS, LLC, et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

Motions: Motion for a Preliminary Injunction, Docket No. 5

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| State of Wisconsin, Lewis Beilin | /s/ Lewis Beilin | 02/13/2024 |
| State of Minnesota, Evan Romanoff | /s/ Evan Romanoff | 02/13/2024 |
| State of Illinois, Amanda Bacoyanis | /s/ Amanda Bacoyanis | 02/13/2024 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A  (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Consumer Financial Protection Bureau, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-cv-00040-EAW-MJR |
| StratFS, et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

Motions: Plaintiffs' Motion for Preliminary Injunction [Dkt. 5]

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Ryan Sasson<br>Albert Ian Behar | /s/ Rodney Perry | 02/09/2024 |
| Daniel Blumkin<br>Duke Enterprises, LLC | /s/ Rodney Perry | 02/09/2024 |
| Blaise Investments, LLC<br>Twist Financial, LLC | /s/ Rodney Perry | 02/09/2024 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____        _____
                                                              *District Judge's signature*

                                                              _____
                                                              *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▾

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et a )<br>*Plaintiff* )<br>v. )<br>S, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LL )<br>*Defendant* ) | Civil Action No. 24-CV-40-EAW-MJR |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

**Motions:** Dkt. 5 - Plaintiffs' Motion for a Preliminary Injuction

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Jason Blust; Jaclyn Blust | /s/ Rodney O. Personius, Esq. | 02/09/2024 |
| Lit Def Strategies, LLC<br>Relialit, LLC. | /s/ Rodney O. Personius, Esq. | 02/09/2024 |
| The Blust Family Irrevocable Trust<br>Through Donald Holmgren | /s/ Rodney O. Personius, Esq. | 02/09/2024 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date:

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A  (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| CFPB et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24-CV-40-EAW-MJR |
| STRATFS, LLC et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

Motions:  [5] MOTION for Preliminary Injunction .

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

HON. ELIZABETH A. WOLFORD, CHIEF JUDGE
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Bedrock Client Services, LLC | *signature* | 02/13/2024 |
| Boulder Client Services, LLC | *signature* | 02/13/2024 |
| Canyon Client Services, LLC | *signature* | 02/13/2024 |
| Carolina Client Services, LLC | *signature* | 02/13/2024 |
| Great Lakes Client Services, LLC | *signature* | 02/13/2024 |
| Guidestone Client Services, LLC | *signature* | 02/13/2024 |
| Harbor Client Services, LLC | *signature* | 02/13/2024 |
| Heartland Client Services, LLC | *signature* | 02/13/2024 |
| Monarch Client Services, LLC | *signature* | 02/13/2024 |
| Newport Client Services, LLC | *signature* | 02/13/2024 |
| Northstar Client Services, LLC | *signature* | 02/13/2024 |
| Option 1 Client Services, LLC | *signature* | 02/13/2024 |
| Pioneer Client Services, LLC | *signature* | 02/13/2024 |
| Rockwell Client Services, LLC | *signature* | 02/13/2024 |
| Royal Client Services, LLC | *signature* | 02/13/2024 |
| Stonepoint Client Services, LLC | *signature* | 02/13/2024 |
| Strategic CS, LLC | *signature* | 02/13/2024 |
| Strategic Client Support, LLC | *signature* | 02/13/2024 |
| Strategic Consulting, LLC | *signature* | 02/13/2024 |
| Strategic FS Buffalo, LLC | *signature* | 02/13/2024 |
| Strategic Family, Inc. | *signature* | 02/13/2024 |
| Strategic NYC, LLC | *signature* | 02/13/2024 |
| StratFS, LLC | *signature* | 02/13/2024 |

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Summit Client Services, LLC | /s/ | 02/13/2024 |
| T Fin, LLC | /s/ | 02/13/2024 |
| Versara Lending, LLC | /s/ | 02/13/2024 |
| Whitestone Client Services, LLC | /s/ | 02/13/2024 |
| BCF Capital, LLC | /s/ | 02/13/2024 |
| Anchor Client Services, LLC | /s/ | 02/13/2024 |

AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Consumer Financial Protection Bureau, et al.<br>*Plaintiff*<br>v.<br>StratFS, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:24-cv-00040-EAW-MJR<br>)<br>) |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

Motions: Plaintiffs' Motion for Preliminary Injunction [Dkt. 5]

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | Dates |
|---|---|---|
| Terrence M. Connors | /s/ Terrm Connors | 02/13/2024 |
| Intervenor Law Firms | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.