AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| WESTERN | District of | NEW YORK |

CONSUMER FINANCIAL PROTECTION, et al.
　　　　　　　　　　　Plaintiff(s),
V.
STRATFS, LLC, et al.
　　　　　　　　　　　Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-00040

Notice is hereby given that, subject to approval by the court, *The Blust Family 2019 Irrevocable Trust substitutes (Party(s) Name)

P. Gregory Schwed (Name of New Attorney) . State Bar No. 1641497 as counsel of record in

place of Rodney O. Personius
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　Loeb & Loeb LLP
　Address:　　　345 Park Avenue, New York, NY 10154
　Telephone:　　(212) 407-4000　　　Facsimile　(646) 304-3448
　E-Mail (Optional):　gschwed@loeb.com; nydocket@loeb.com; nweingarten@loeb.com

I consent to the above substitution.
Date:　　2/16/2024
　　　　　　　　　　　　　　　　　　*Paul Hull, Trustee of the Blust Family 2019 Irrevocable Trust
　　　　　　　　　　　　　　　　　　(Signature of Party(s))

I consent to being substituted.
Date:　　2/16/2024
　　　　　　　　　　　　　　　　　　/s/ Rodney O. Personius
　　　　　　　　　　　　　　　　　　(Signature of Former Attorney(s))

I consent to the above substitution.
Date:　　2/16/2024
　　　　　　　　　　　　　　　　　　/s/ P. Gregory Schwed
　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*Incorrectly sued as The Blust Family Irrevocable Trust Through Donald J. Holmgren