AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __NEW YORK__

CONSUMER FINANCIAL PROTECTION, et al.
                       Plaintiff(s),
         V.
STRATFS, LLC, et al.
                       Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-00040

Notice is hereby given that, subject to approval by the court, *The Blust Family 2019 Irrevocable Trust substitutes (Party(s) Name)

Noah Weingarten (Name of New Attorney), State Bar No. 5675574 as counsel of record in place of Rodney O. Personius (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

   Firm Name:    Loeb & Loeb LLP
   Address:    345 Park Avenue, New York, NY 10154
   Telephone:    (212) 407-4000    Facsimile    (646) 304-3448
   E-Mail (Optional):    nweingarten@loeb.com; nydocket@loeb.com

I consent to the above substitution.
Date: 2/16/2024

*Paul Hull, Trustee of the Blust Family 2019 Irrevocable Trust
(Signature of Party(s))

I consent to being substituted.
Date: 2/21/2024

/s/ Rodney O. Personius
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/21/2024

/s/ Noah Weingarten
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*Incorrectly sued as The Blust Family Irrevocable Trust Through Donald J. Holmgren