UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>STRAFTS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>        Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>        Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

**NOTICE OF RECEIVER'S EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE WHY RECEIVERSHIP DEFENDANT LIT DEF STRATEGIES, LLC AND INDIVIDUAL DEFENDANT JASON BLUST SHOULD NOT BE HELD IN CIVIL CONTEMPT**

| | |
|---|---|
| Moving Party: | Receiver, Thomas W. McNamara |
| Nature of Action: | Consumer Fraud |
| Directed To: | Receivership Defendants and Plaintiffs |
| Date and Time: | As soon as practicable. |
| Place: | Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum of Law; Declaration of Alexander D. Wall with attached exhibits. |
| Answering Papers: | To be filed on schedule as determined by the Court. The Receiver intends to file a reply. |
| Relief Requested: | An Order Holding Lit Def Strategies, LLC and Jason Blust in Civil Contempt, ordering their immediate compliance with the TRO, imposing a joint $1,000 fine per day until the contempt is purged, holding Lit Def Strategies, LLC and Jason |

1

|  |  |
|---|---|
|  | Blust liable to the Receivership Estate for actual damages including, but not limited to, the Receiver's attorneys' fees and expenses in bringing the emergency motion. |
| Grounds for Relief: | This Court's TRO, including Sections XIII.B. |
| Oral Argument: | Because civil contempt requires that the alleged contemor receive an opportunity to respond and to be heard at an in-person hearing prior to any finding of contempt, a briefing and hearing schedule should be set to allow Lit Def Strategies, LLC and Jason Blust a full and fair opportunity to be heard. |

Dated: February 26, 2024

**HODGSON RUSS LLP**

　　　*/s/ James C. Thoman*
James C. Thoman, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349
Email:  jthoman@hodgsonruss.com

**MCNAMARA SMITH LLP**

By: 　　*/s/ Alexander D. Wall*
Alexander D. Wall (*Pro Hac Vice*)
Logan D. Smith  (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: awall@mcnamarallp.com; lsmith@mcnamarallp.com

*Attorneys for Court-appointed Receiver, Thomas W. McNamara*