EXHIBIT 1

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FIDELIS LEGAL SUPPORT SERVICES, LLC

**Entity Number:**

E11868892021-2

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

01/25/2021

**NV Business ID:**

NV20211998163

**Termination Date:**

**Annual Report Due Date:**

1/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**   ☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

STONE LAW OFFICES, LTD.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121469034

**Office or Position:**

Manager

**Jurisdiction:**

NEVADA

**Street Address:**

8970 W. CHEYENNE AVENUE, SUITE 110, Las Vegas, NV, 89129, USA

**Mailing Address:**

**Individual with Authority to Act:**

STEPHEN CRAIG STONE III

**Fictitious Website or Domain Name:**

OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | CAMERON CHRISTO | 225 N. Columbus Drive, Unit 6608, Chicago, IL, 60601, USA | 01/10/2023 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Case 1:24-cv-00040-EAW-MJR   Document 179-3   Filed 02/26/24   Page 4 of 4

Return to Search        Return to Results