# EXHIBIT 2

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com) ☎ 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**



# We are ready to help.



## E-Discovery and Data Assessment (https://www.fidelissupport.com/data-assessment)

Litigation readiness is essential for every firm. In today's world the amount of data to distill into valuable case applications is immense but

manage it.



## Managed Review and Legal Staffing (https://www.fidelissupport.com/legal-staffing)

Whatever your legal need we have the resources, experience, and network to find the ideal legal expert or team who can assist your firm o

long as you need.

staffing/)



### Appearance Coverage (https://www.fidelissupport.com/appearance-coverage/)
(https://www.fidelissupport.com/appearance-

Simple, fast, and hassle-free access to competent attorneys on demand wherever your case is being heard. Our appearance coverage se

your clients.



### Document Discovery and Production (https://www.fidelissupport.com/document-produ
(https://www.fidelissupport.com/document-

We know that not all legal matters are documented strictly within the confines of electronic data. Our hardcopy services ensure your paper

and on budget.

production/)

---

**CONTACT INFO**

⊕ 400 S. 4th Street Suite 500 Las Vegas, NV 89101

☎ 800-930-1015

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)

© 2021 All Rights Reserved                    Home   /   Privacy Policy   /   Terms & Conditions   /   Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    📞 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**

# About Us

🏠 **Home (https://www.fidelissupport.com/)** / **About Us**



# Providing top quality litigation support services

Fidelis Support is committed to providing top quality litigation support services to assist lawyers preparing for complicated cases. We understand the many details and specific process that must be followed for compliance with the rules of the court and other legal proceedings. Our efficient, skilled, and cost-effective team of legal experts use the latest technologies and will be able to fit in seamlessly with your current staff.

Ours services umbrella covers a wide range of litigation support including:

## Ours services umbrella covers a wide range of litigation support in



### Legal Staffing & Managed Legal Review (https://www.fidelissupport.com/legal-staffing (https://www.fidelissupport.com/legal-

We consider each of our clients individual needs to ensure the optimum combination of staff, processes and technology for any legal staff

Our staff will ensure whatever legal work you need assistance with is on time and of the highest quality.

staffing/)



### Appearance Coverage on Demand (https://www.fidelissupport.com/appearance-cover (https://www.fidelissupport.com/appearance-

Whatever legal matter you need representation for, our mission is to ensure the process of coverage by our legal team in the attending o

provided to you effortlessly, allowing you to maximize your time spent on the most pressing matters. We understand every appearance

confident that you and your client will benefit from our assistance.

coverage/)



### Document Discovery and Production (https://www.fidelissupport.com/document-produ

(https://www.fidelissupport.com/document-

Our team has extensive experience with document services of all types. Whether hard copy, electronic or a mixture of both we can assis

processing, analyzing, and reviews using the latest technologies and in support of projects of any size or complexi

production/)



© 2021 All Rights Reserved

Home  /  Privacy Policy  /  Terms & Conditions  /  Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    📞 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**

# Document Production

⌂ **Home (https://www.fidelissupport.com/)**  /  Document Production



# Fidelis Support Document Production Assistance

The volume and variety of electronically stored material continues to grow exponentially for law firms, but traditional hard copy still accounts for a significant portion of document discovery and review. Today's leading legal departments have important matters to attend to and can struggle to find cost effective ways to gather, review and manage the extensive paperwork associated with every case.

We take a technology agnostic approach and leverage industry standard tools combined with our staff's legal expertise to provide end-to-end management of the offline discovery and document review processes you require.

**Documents Discovery and Production Services Overview**

Starting from the initial data collection through to processing and document review and finishing with the production of organized, search deliver integrated litigation documentation support. Our assistance will improve the service levels and efficiency of your firm while reducing lawyers to focus on higher value work.

Our end-to-end legal matter management systems scans, and imports and indexes hardcopy format paperwork into secure database syst intelligent automation and rules-based legal processing overseen by highly trained and experienced staff to provide you with easily acces you can review at your convenience as your build your case.

Management of any volume of document discovery and production by our team can include assistance with:

- Printing runs from one black and white page to high volume color documentation
- Copying and Collating
- High resolution scanning of documents including directly to a database or remote location
- Image numbering and labeling
- Binder Preparation and Trial Demonstrations

We handle every document review project with a focus of keeping your costs controlled and providing robust quality assurances. We will wo customize the project and requirements with varying levels of scope, management, and operational considerations.

Document discovery and production is a complex, time and labor-intensive process. Our detail-oriented staff will use a range of modern te hundreds of various document formats and through proven strategies provide you with standardized documentation efficiently, accurately

**About Fidelis Support**

At Fidelis Support our business is built on great relationships and our talented team. We are skilled at delivering document discovery and p

firms using people, processes, and technology efficiently on their behalf, streamlining and increasing the effectiveness of their operations.

to learn more or to schedule a free case evaluation.



© 2021 All Rights Reserved

Home  /  Privacy Policy  /  Terms & Conditions  /  Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    ☎ 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**

# Appearance Coverage

⌂ Home (https://www.fidelissupport.com/) / Appearance Coverage



# Fidelis Support Appearance Coverage

Law firms of all sizes use our appearance coverage service because they realize that they can accomplish more via focusing their efforts on the most important matters of the day while partnering with our legal counsel appearance service to handle routine hearings. Our on-call lawyers provide attorney on demand services and represent your clients cost-effectively through appearing at court hearings on behalf of your firm and the attorney on record.

We always ensure that the highest standards of commitment and quality of service are maintained and provided as expected by you and your clients.

**Appearance Support in all Areas of Law by Competent Lawyers**

Fidelis Support is able to assist you in finding appearance coverage for any legal matter and court location. Whether a week, a day or even r hearing our network will be able to find a qualified and knowledgeable lawyer that will attend the hearing on your behalf when and where yc

Litigation experience examples include:

- Bankruptcy Law
- Business Law
- Civil Law
- Criminal Law
- Family Law
- Immigration Law
- Personal Injury Law

When you need it, you can rest assured that highly qualified attorneys with in-depth knowledge of the local court, staff and procedures will

**How Appearance Coverage Can Benefit You**

By employing our service, we will help to streamline your firm's business operations. Your company will maximize efficiencies instead of spe having an associate attend a hearing or locating an attorney. Our on-call attorneys can provide you with a complete legal appearance solut manage virtually any type of hearing with examples including:

- Administrative Hearings
- Civil Court Hearings
- Criminal Court Hearings
- Depositions
- Federal Court Appearances

**About Fidelis Support**

Our full-service process will make finding court coverage easier for you law firm. We offer convenience and full compliance with all requirem
standards as well as detailed results of all representation so you can keep on top of your case moving forward.  Whatever your unexpected
committed to providing support you can rely upon. Contact Fidelis Support now, with our no-obligation evaluation, to learn more.

© 2021 All Rights Reserved                              Home   /   Privacy Policy   /   Terms & Conditions   /   Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    📞 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**

# Data Assessment

🏠 Home (https://www.fidelissupport.com/) / Data Assessment



# Fidelis Support – Data Assessment

In today's legal landscape, there is a strong move towards electronic data with many documents now initially and sometimes only being available in an electronic format. Unlocking the invaluable information contained in these files could make or break your case and greatly assist you in building a strong position.

Fidelis Support can rapidly and cost-effectively capture and analyze your electronic data from any of your case sources such as audits, investigations, and litigation.

### E-Discovery Services

Fidelis Support provides electronic discovery services through a client-focused approach that facilitates collaboration and case managem efficiencies and reduce costs. Our team has extensive industry experience, and they will delivery high quality results while freeing up your important case tasks.

Your data may be in a wide range of formats and we are able to collect, process, identify and store information for discovery purposes from

- Audio and Video recordings
- Digital Documents
- Databases
- Emails
- Social Media
- Websites
- Voicemails

Additionally, electronic data often contains forensic information and metadata that can provide further context such as author and recipie timestamps. We ensure these details are preserved and captured during collection so they can be used for analysis and ultimately converte redaction and submission.

### Benefits of Early Data Assessment

Early Data Assessment (EDA) or Early Case Assessment (ECA) as it is also called facilitates the processing and analysis of all the data collec discovery services. An experience data assessment expert will be able to review and distill insights from the data to show you exactly what your case, giving you an edge when planning your strategy.

Fidelis Support will be able to ensure you have access to all the information you need, thus reducing your workload and lowering your costs prepared for any situation. EDA will always be based on your individual needs and includes tasks such as:

- Creating easy to use data sets through the efficient processing of the data.
- Ensuring the safe storage of your data in a secure environment
- Ensuring key players have the information flow necessary through customized reports that represent important data and trends allc quantify issues.

**About Fidelis Support**

We provided solutions for supporting the legal community via our team's real-world experience in litigation and document management su ensure you will exceed your e-data needs by providing you with the expertise and advanced techniques so contact us today to schedule a evaluation.



© 2021 All Rights Reserved                    Home   /   Privacy Policy   /   Terms & Conditions   /   Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    ☎ 800-930-1015 (tel:+800-930-1015)

⊠ 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 **(https://www.fidelissupport.com/)**

# Legal Staffing

⌂ Home (https://www.fidelissupport.com/) / Legal Staffing



# Fidelis Support – Legal Staffing

Fidelis Support understands the challenges law firms face to keep their competitive edge when handling caseloads that can vary from week to week. Optimal resourcing and staffing cannot be maintained cost-effectively with only in house staff, so firms work with us for access to skilled legal professionals in a flexible and scalable manner.

With Fidelis Support's legal staffing service you always have a team of top-quality lawyers ready to assist with any project for as long as you need them.

### Legal Staff Outsourcing

At Fidelis Support our legal staffing professionals use their expertise at matching the most appropriate resources with your needs through assessment of all aspects of your case and firm. We will consider your preferences, process and technology then select from our pool of ski to go no matter your need and the role to be filled on your team.

As legal costs increase rapidly across many industries, innovative legal departments and law firms understand that through outsourcing so needs their in-house staff and key partners can focus their efforts on the highest priority and value tasks.

Legal professional available include:

- Lawyers
- Paralegals
- Legal Secretaries
- Litigation Support
- Project Managers and Managing Clerks
- Compliance professionals
- Translators
- Scanners

As our client you can access these services on an as needed ensuring your firms ability to handle any type of specialized case or cover any situation that you are facing. Our resources are available to you as individuals or teams, and they can work on-site or remotely. Regardless and our firm are committed to your satisfaction.

### Experts on Demand

At Fidelis Support we also provide our clients the ability to provide specialized services to their clients without the need to hire additional e firms do not have in house experts for every situation that they are faced with in complex cases and niche areas of law. Our network of exp lawyers can be called upon to assist you whatever the issue.

**About Fidelis Support**

Our legal staffing service has formed a reputation as a leader in outstanding outsourced law solutions.  At Fidelis Support, we are focused o
efficient, cost-effective services that match your unique working requirements and culture. Whether you need our assistance on a short- o
ready to help so contact us today to learn more about our services and take advantage of our no-obligation case evaluation.



© 2021 All Rights Reserved                                      Home   /   Privacy Policy   /   Terms & Conditions   /   Contact Us

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)    📞 800-930-1015 (tel:+800-930-1015)

📍 400 S. 4th Street Suite 500 Las Vegas, NV 89101

 (https://www.fidelissupport.com/)

# Contact Us

🏠 Home (https://www.fidelissupport.com/)  /  Contact Us

# Contact Info



### Call Us
800-930-1015 (tel:+800-930-1015)



### Mail Us
mail@fidelissupport.com (mailto:mail@fidelissupport.com)



### Fax
999-999-9999



### Address
400 S. 4th Street
Suite 500
Las Vegas, NV 89101

# Find Us



# Get In Touch



Your Message Here

Submit Now

**CONTACT INFO**

⊕ 400 S. 4th Street Suite 500 Las Vegas, NV 89101

☎ 800-930-1015

✉ mail@fidelissupport.com (mailto:mail@fidelissupport.com)

© 2021 All Rights Reserved                    Home  /  Privacy Policy  /  Terms & Conditions  /  Contact Us