EXHIBIT 3

 (https://www.litdefstrategies.com/)

# We support you with:

## Services



### E-Discovery and Data Assessment

The digital universe is extraordinary in size, projected to reach 44 zettabytes in 2020. Sifting through all these bytes of data can take hundreds or thousands of hours and keep …

Read More (https://www.litdefstrategies.com/data-assessment/)



### Managed Review and Legal Staffing

Outsourcing some staffing needs is essential in today's highly competitive market. At Lit Def Strategies, we can help you find a seasoned legal expert who can help with all aspects of …

Read More (https://www.litdefstrategies.com/legal-staffing/)



### Appearance Coverage

Are you in a time crunch with a hearing on the docket? We can help you find appearance coverage attorneys that have your back. They can offer you the support you need for hearings so that you …

Read More (https://www.litdefstrategies.com/appearance-coverage/)



## Paper Discovery and Production

Although the use of e-data is growing, there continues to be a need for physical documents. We have the latest technologies and top staff to manage the kind of of paperwork …

Read More (https://www.litdefstrategies.com/paper-production/)

## About Us

211 W. Wacker Ave. Ste. 311 Chicago, IL 60606

inquiries@litdefstrategies.com (mailto:inquiries@litdefstrategies.com)

800-385-3077

## Menu

- Home (https://www.litdefstrategies.com/)
- Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
- Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
- Contact Us (https://www.litdefstrategies.com/contact-us/)

 (https://www.litdefstrategies.com/)

☰

About Us

# Lit Def Strategies – About US

At Lit Def Strategies, we offer a wide range of litigation support services. We use cost-effective solutions, highly trained legal experts and the latest technology. We offer support in a wide range of legal areas, including staffing and appearance coverage.



## Managed Review and Legal Staffing

Outsourcing some staffing needs is essential in today's highly competitive market. At lit def strategies, we can help with your litigation staffing needs.

## Appearance Coverage on Demand

Are you in a time crunch with a hearing on the docket? We can help you arrange appearance counsel in all areas of the law from bankruptcy and litigation to immigration and criminal matters.

## Paper Discovery and Production

Although the use of e-data is growing, there continues to be a need for physical documents. We have the latest technologies and top staff to manage the kind of paperwork that often comes with litigation.

At Lit Def Strategies, we are committed to helping you process data, reduce your workload and trim your processing costs. Our suite of services is designed to streamline your processes and simplify your life. Contact Lit Def Strategies today to learn more or to schedule a free case evaluation.

## About Us

211 W. Wacker Ave. Ste. 311 Chicago, IL 60606

(mailto:inquiries@litdefstrategies.com)

800-385-3077

## Menu

> Home (https://www.litdefstrategies.com/)
> Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
> Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
> Contact Us (https://www.litdefstrategies.com/contact-us/)

 (https://www.litdefstrategies.com/)



Paper Production

# Lit Def Strategies – Paper Production

Although we are spending time online than before, e-data has not yet taken the place of traditional document review and discovery. In fact, during litigation, legal teams can still go through reams of paper during a single case. That is a lot of paper, and producing it can take a lot of time away from other essential jobs. At Lit Def Strategies, we discover and produce critical documents for you. We will ensure that you get the high-quality litigation documents you need when you need them.



# Paper Discovery and Production

During the paper discovery process, the experts at Lit Def Strategies will help you identify all necessary documents and convert them into easily searched and efficiently managed files. We understand the complexity of litigation and the sensitivity of the average case. We will take all necessary precautions to protect your documents and client privacy while providing you with easy-to-use and understandable data.

We use advanced scanning, coding and indexing services to gather and control your documents. You will have access to highly searchable files in a secure database that will save you time and money as you build your case.

Our teams can manage even the largest paper discovery and production needs, including:

- Scanning, including remote location and database scanning
- Copying and on-site copying
- Printing, including high-volume print runs and color documents
- Collating
- Image numbering and document labeling
- Binder preparation
- Trial demonstrations

Your documents will be accessible for your review at your convenience.

Paper discovery and production can be a complex time- and labor-intensive process. At Lit Def Strategies, we deal with the paper so that you can focus on other aspects of your cases. We have access to technologies and skills that enable us to quickly convert hundreds of different types of digital files to standardized image files. We can easily extract searchable text from processed files and assign electronic control numbers to better organize your data. We are detail-oriented and have proven strategies that can minimize your costs while maximizing our efficiency, accuracy and data security.

# About Lit Def Strategies

Our team at Lit Def Strategies can help with any type of project from duplicating small files for small practices to large-scale litigation for corporate firms. We understand your tight deadlines and your need for aggressive turnaround times. Our team applies the most exacting quality control standards to capture precise digital images of original documents to ensure precision and accuracy. Contact our team today to learn more or to schedule a free case evaluation.

## About Us

- 211 W. Wacker Ave. Ste. 311 Chicago, IL 60606
- (mailto:inquiries@litdefstrategies.com)
- 800-385-3077

## Menu

- Home (https://www.litdefstrategies.com/)
- Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
- Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
- Contact Us (https://www.litdefstrategies.com/contact-us/)

 (https://www.litdefstrategies.com/) 

Appearance Coverage

# Lit Def Strategies – Appearance Coverage

Big cases are a lot of work even for larger law practices. You may be facing in-depth research, evidence collection and large volumes of paperwork. You need all your staff on hand, and your budget and facilities may be stretched to their absolute limits. An extra attorney or two can be worth their weight in gold. We can help you arrange coverage counsel that can represent your client at hearings at a fraction of the cost of a full-time attorney and without sacrificing any of the commitment to your clients or quality of service.



# Qualified Appearance Support in all Areas of Law

Lit Def Strategies can help you find appearance coverage attorneys in a variety of legal areas and court locations. We can help you find the attorney you need to appear even minutes before a hearing, and the attorneys will arrive where and when you need them to ensure you have the coverage you need for any case.

Our seasoned attorneys are extensively experienced in any type of litigation, including:

- Bankruptcy
- Civil law
- Criminal law
- Family law
- Immigration

We will ensure you have the support you need for hearings and other legal situations when you need it.

# The Benefits of Appearance Coverage

When we help you find appearance counsel, you and your staff can do more. We can handle the routine work while you tackle more substantial tasks that take up more time. You can build on your billable hours for more important jobs and save on billable hours for the work we handle. Our on-call appearance coverage network can manage virtually any hearings, including:

- Civil hearings
- Criminal hearings
- Administrative hearings
- Depositions
- Conferences
- Federal court appearances

Your job is to represent your client, and our job is to simplify your job. The appearance counsel we arrange for you will develop a relationship with your client and communicate clearly with the judge and others involved in the litigation. They will develop a report detailing all the events that transpired during the hearing and submit the data to you as soon as possible. These legal experts will ensure that you have access to all the information you need to make any necessary decisions and move forward with your case.

# About Lit Def Strategies

The appearance coverage counsel arranged by Lit Def Strategies can respond to paperwork, attend emergency hearings or help you deal with unexpected legal issues. They are committed to providing each case and client with the same level of service that you would. Contact Lit Def Strategies today to learn more or schedule your no-obligation case evaluation.

## About Us

📍 211 W. Wacker Ave. Ste. 311 Chicago, IL 60606

✉️ [(mailto:inquiries@litdefstrategies.com)](mailto:inquiries@litdefstrategies.com)

📞 800-385-3077

# Menu

> Home (https://www.litdefstrategies.com/)

> Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)

> Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)

> Contact Us (https://www.litdefstrategies.com/contact-us/)

 (https://www.litdefstrategies.com/)



Data Assessment

# Lit Def Strategies – Data Assessment

Electronic data is often a major part of any litigation today. E-discovery and early data assessment can help you build a strong defense. At Lit Def Strategies, we can help you capture and analyze the e-data in your audits, investigations and litigation.



# E-Discovery

Collecting, analyzing and preserving e-data is a critical aspect of e-data discovery and assessment. E-discovery is the process of electronically identifying, collecting and producing electronically stored information. In litigation or investigations, you may be required to produce electronic information from a variety of sources, including:

- Emails
- Databases
- Audio and video files
- Voicemail
- Social media
- Websites
- Documents

Unlike hard copies, electronic documents are dynamic and tend to contain metadata, such as timestamps and author or recipient information. Once the relevant data is collected and identified, it must be extracted, indexed and filed in a secure database where it cannot be altered or destroyed. The data may need to be converted to PDF or other static formats for easier redaction, coding and analyzing.

# Early Data Assessment

The right data will show you exactly where your case stands. It will give you a strong edge when planning your case strategy. It will help you predict likely outcomes and develop the most strategic approaches. With the help of Lit Def Strategies, you will have access to all the information you need through early data assessments to reduce your workload, lower your costs and prepare for any eventuality.

We will perform an Early Data Assessment based on your individual needs, including:

- Creating customized reports with data, trends, key players and information flow
- Developing, processing and collaborating efficient, easy-to-use critical data sets
- Estimating monetary values for identified issues
- Storing your data in a secure environment

Our team will provide you with the information you need to make better decisions about discovery and the litigation process. You will save valuable time as you decide on the direction you want to take your case and proceed with your litigation.

# About Lit Def Strategies

Lit Def Strategies offers the support you need in e-discovery and data assessment. We use advanced techniques and tools to capture and analyze electronically stored data and metadata and extract and index it. We preserve and store electronic and hard copies of all the necessary information so that your team can access and use it whenever necessary. Contact us today to learn more or to schedule a no-obligation case evaluation.

# About Us

📍 211 W. Wacker Ave. Ste. 311 Chicago, IL 60606

✉ (mailto:inquiries@litdefstrategies.com)

📞 800-385-3077

# Menu

- Home (https://www.litdefstrategies.com/)
- Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
- Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
- Contact Us (https://www.litdefstrategies.com/contact-us/)

 (https://www.litdefstrategies.com/)



Legal Staffing

# Lit Def Strategies – Legal Staffing

Maintaining a competitive edge in today's economy often means developing strategies to optimize resourcing and staffing. This means that many firms are facing tight deadlines with an enhanced need for highly talented resources and creative staffing solutions. Lit Def Strategies can support your critical legal staffing needs with a team of flexible, scalable resources at a competitive price.



## Outsourcing Legal Staffing Needs

At Lit Def Strategies, we begin with a comprehensive assessment to determine your needs, technologies, processes and preferences. We will recommend the most appropriate legal staffing plan to meet your needs while maintaining top quality, cutting costs and meeting your goals. Whether you have a large case with an aggressive deadline or something smaller and

simpler, we can help you stay on track and see the job to its end.

By outsourcing some of your legal staffing needs, you can keep the efforts of key personnel focused on where they need to be. Our network includes seasoned, high-quality legal professionals, including:

- Attorneys
- Paralegals
- Legal secretaries
- Managing clerks
- Project managers
- Compliance professional
- Litigation support
- Translators
- Scanners

Whether you need help with detailed compliance and regulatory work or more routine litigation support, we can provide you with candidates who are just the right fit. We have individuals and entire teams who can work on-site or off, and regardless of the size of the project or job, we pride ourselves on our attention to detail and commitment to your complete satisfaction.

# Specialized Staffing Solutions

While some of our clients need our help to meet aggressive deadlines or to manage heavy workflow, others need more specialized solutions for advanced work situations. If you need an effective, time-sensitive solution but are unable to hire your staff, we can help. We have a network of seasoned attorneys, paralegals and more who can fit seamlessly into your team, hit the ground running and provide you with the support you need even in high-pressure situations.

# About Lit Def Strategies

We have helped a variety of clients and firms with their legal needs. We can help you, too. We create a personalized approach based on your needs, your cases and your clients so that we can provide you with the most appropriate staffing support you need whether on a short- or long-term basis. Contact Lit Def Strategies today to learn more or for your free no-obligation case evaluation.

## About Us

 211 W. Wacker Ave. Ste. 311 Chicago, IL 60606

 (mailto:inquiries@litdefstrategies.com)

 800-385-3077

## Menu

- Home (https://www.litdefstrategies.com/)
- Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
- Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
- Contact Us (https://www.litdefstrategies.com/contact-us/)

(https://www.litdefstrategies.com/) 

# Contact Us



## Please use the form below to get in touch with us.

Name

[ Email address ]

[ Subject ]

[ Phone Number ]

[ Message ]

By clicking the "I AGREE" button below, you authorize Lit Def Strategies to contact you (including using autodialers, automated text and pre-recorded messages) via your telephone, cellphone, mobile device (including SMS and MMS) and email, even if your telephone number is currently listed on any state, federal or company's Do Not Call list. Standard phone and data charges will apply. Your consent to the above terms is not required as a condition of purchasing or receiving our services. You also consent to the recording and monitoring of all calls to and from us and you acknowledge and agree to the terms of our Privacy Policy (/privacy-policy/) and our Terms of Use (/terms-and-conditions/).

I AGREE →

## About Us

- 211 W. Wacker Ave. Ste. 311 Chicago, IL 60606
- ✉ (mailto:inquiries@litdefstrategies.com)
- ☎ 800-385-3077

## Menu

> Home (https://www.litdefstrategies.com/)
> Privacy Policy (https://www.litdefstrategies.com/privacy-policy/)
> Terms and Conditions (https://www.litdefstrategies.com/terms-and-conditions/)
> Contact Us (https://www.litdefstrategies.com/contact-us/)