EXHIBIT 4

**Fwd:**

| Delete | Reply All | Reply | Forward |

**Message**   Details

From: **Michelle Hinds**                                    6:30 PM | Feb 17, 2022
To: cxcase@stratfs.com (mailto:cxcase@stratfs.com) ▼

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000PNUT4,

(0) (/lightning/r/EmailMessage/02s6g00000PNUT4,

**Other Related People (0)**                              ⓘ

**Related To (1)**

04736733 (/lightning/r/5006g00000ZfYVzAAN/
Case

🗒 Notes    🕐 History    ⅀ To Do List

See below. Can someone reach out to this client?

---------- Forwarded message ----------
From: **Katherine Rosenberg** <krosenberg@fidelissupport.com>
Date: Tue, Feb 15, 2022 at 10 15 AM
Subject: Re
To: Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
Cc: Michelle Hinds <mhinds@fidelissupport.com>, Jennifer Moy <jmoy@fidelissupport.com>

I saw that ticket but wasn't sure if this needed to be forwarded to Omar. I'm going to submit the settlement since payment is due on 2/25 and reference your ticket on there.

On Tue, Feb 15, 2022 at 10 13 AM Peggy (Margaret) Slivka <pslivka@fidelissupport.com> wrote:
> Good morning -
>
> Just an FYI - I sent a Client Complaint HF ticket on 2/10.
>
> Thank you,
>
> Peggy Slivka
> Fidelis Support
>
>
> On Tue, Feb 15, 2022 at 10 01 AM Katherine Rosenberg <krosenberg@fidelissupport.com> wrote:
>> Michelle
>>
>> See below. Can you follow up with the servicer regarding the client's concerns regarding the program?
>>
>> --
>> Thank you,
>>
>> Katherine Rosenberg
>> *Support Specialist*
>>
>> **Fidelis Support**


I spoke wit ▓▓▓▓▓▓ very upset it wasn't settled when it was filed back in 7-29-21. Citibank already sent
out the request for default judgment before I could email them my offer.
▓▓▓▓▓▓ counter offer ▓▓▓▓▓▓ months. So ▓▓▓▓▓▓ would be short 670 in Apr
May and June.
Can Slate reach out to her and at least help her cover those costs? She feels she has been paying for 2 years
and nothing got settled.

Thank you,
Jeremy Kimmelman, Esq.

---

**From:** pslivka@fidelissupport.com <pslivka@fidelissupport.com>
**Sent:** Monday, February 7, 2022 12:35 PM
**To:** jkimmelman@hotmail.com <jkimmelman@hotmail.com>
**Subject:** Response Date: 3/2/22 - New Slate Urgent - Default File: F-0032712206 - ▓▓▓▓▓▓

Hello Jeremy,
This litigation file has been assigned for your review.

# Response date 3/2/22

<u>Click here to view file in LeadTrac and access documents.</u>
<u>Client's additional lit files (if any) are listed here: N/A</u>
Client's <u>contact information is below:</u>

r
P
E
<u>The client is being sued in the following court for $5,955.22:</u>
SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO
<u>Creditor and Opposing Counsel information is below:</u>
Citibank / Hunt & Henriques (Payable to Citibank)
,
Phone Number: 8006802426
Fax Number:

**Fwd: Escalated Matter - F-0032712554 '** ▓▓▓▓▓▓▓

| Delete | Reply All | Reply | Forward |

**Message**     Details

From: **Michelle Hinds**                                          4:36 PM | Mar 8, 2022
To: cxcase@stratfs.com (mailto:cxcase@stratfs.com) ▾

**Related**



(0) (/lightning/r/EmailMessage/02s6g00000Py1HD/

(0) (/lightning/r/EmailMessage/02s6g00000Py1HD/

**Other Related People (0)**                              ⓘ

**Related To (1)**

04840004 (/lightning/r/5006g00000a50pZAAQ/...
Case

▤ Notes     ⏱ History     ☷ To Do List

See below. Can someone reach out and find out if this client hired a different attorney?

---------- Forwarded message ---------
From: **DeVaughn Louis Robinson, Esq.** <devaughnlaw@gmail.com>
Date: Mon, Mar 7, 2022 at 9:32 AM
Subject: Re: Escalated Matter - F-0032712554
To: Jennifer Moy <jmoy@fidelissupport.com>
Cc: Michelle Hinds <mhinds@fidelissupport.com>

Hello Jennifer,

I have reviewed this case. In my review I see that a defense attorney named Max Houston filed an Entry of Appearance on February 15, 2022. My office would not be able to file an Entry of Appearance or Answer until the current defense attorney filed a Motion to Withdraw as current counsel.

Respectfully Yours,

DeVaughn L. Robinson, Esq.
The Robinson Law Firm, PLLC          Mailing Address
11240 N. 19th Avenue, Suite 23          PO Box 83902
Phoenix, Arizona 85029                      Phoenix, Arizona 85071
Tel: (602) 284-4318
Fax: (800) 878-8054
www.devaughnlaw@gmail.com

This e-mail, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent. If you are not the intended recipient, you are hereby notified that any dissemination, copying, distribution, retention, re-transmission, printing or any other use of this e-mail and/or attachments contained herein is strictly prohibited. If you have received this e-mail in error, please immediately send an e-mail reply to notify the sender and immediately and permanently delete this e-mail from your computer system.

On Fri, Mar 4, 2022 at 10:18 AM Jennifer Moy <jmoy@fidelissupport.com> wrote:
    Hi, DeVaughn

    I received notice that this client is anxious about their new litigation file and is requesting to speak to an attorney regarding the case. Can you please contact the client ASAP to provide reassurance regarding this case and go over their options?

    I saw that the address listed in the file is in TX but the lawsuit documents uploaded are in NM. I'm not sure if the client recently moved and the software just hasn't been updated with the new information. Would you be able to confirm all the necessary information to make sure the lawsuit was served properly?

    I want to see if you can help this client get a settlement finalized quickly to avoid the possibility of the client having opened lawsuits in multiple jurisdictions. OR find a way to get the case dismissed for improper venue so it can be re-filed in the correct state.

    --
    Thank you,
    Jennifer Moy

    Fidelis Support

--
Respectfully Yours,

DeVaughn L. Robinson, Esq.
The Robinson Law Firm, PLLC          Mailing Address
11240 N. 19th Avenue, Suite 23          PO Box 83902
Phoenix, Arizona 85029                      Phoenix, Arizona 85071
Tel: (602) 284-4318
Fax: (800) 878-8054
www.devaughnlaw@gmail.com

This e-mail, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent. If you are not the intended recipient, you

**Re: Fwd: Escalated Matter - F-0032712554** ████████

| Delete | Reply All | Reply | Forward |

**Message**     Details

**Related**

From: **Client Experience Cases**
To: mhinds@fidelissupport.com (mailto:mhinds@fidelissupport.com) ▾

12:35 PM | Apr 12, 2022

(0) (/lightning/r/EmailMessage/02s6g00000ej9PA

(0) (/lightning/r/EmailMessage/02s6g00000ej9PA

**Other Related People (0)**

**Related To (1)**

04840004 (/lightning/r/5006g00000a50pZAAQ/...
Case

Yes she has been in communication with us on the file and updating with any details she receives on the lawsuit for resolution but wanted to explain he just assisted at the moment.

-------------- Original Message --------------
From: Michelle Hinds [mhinds@fidelissupport.com]
Sent: 3/17/2022, 10:35 AM
To: cxcase@stratfs.com
Subject: Re: Fwd: Escalated Matter - F-0032712554

Thanks. I assume the client still wants our local to represent them then?

On Tue, Mar 15, 2022 at 2:19 PM Client Experience Cases <cxcase@stratfs.com> wrote:

> Good Afternoon Michelle,
> We have spoken with the client and been informed that Max Houston was an
> attorney friend who helped file the response. He has passed away since then
> and was only helping for that moment. Whitney has been informed of proper
> information for future communication with the CS dept and not the FC
>
>
> -------------- Original Message --------------
> From: Michelle Hinds [mhinds@fidelissupport.com]
> Sent: 3/8/2022, 4:36 PM
> To: cxcase@stratfs.com
> Subject: Fwd: Escalated Matter - F-0032712554
>
> See below. Can someone reach out and find out it this client hired a
> different attorney?
>
> ---------- Forwarded message ---------
> From: DeVaughn Louis Robinson, Esq. <devaughnlaw@gmail.com>
> Date: Mon, Mar 7, 2022 at 9:52 AM
> Subject: Re: Escalated Matter - F-0032712554
> To: Jennifer Moy <jmoy@fidelissupport.com>
> Cc: Michelle Hinds <mhinds@fidelissupport.com>
>
>
> Hello Jennifer,
>
> I have reviewed this case. In my review I see that a defense attorney named
> Max Houston filed an Entry of Appearance on February 15, 2022. My office
> would not be able to file an Entry of Appearance or Answer until the
> current defense attorney filed a Motion to Withdraw as current counsel.
>
> Respectfully Yours,
>
> DeVaughn L. Robinson, Esq.
> The Robinson Law Firm, PLLC Mailing Address:
> 11240 N. 19th Avenue, Suite 23 PO Box 83902
> Phoenix, Arizona 85029 Phoenix, Arizona 85071
> Tel: (602) 284-4318
> Fax: (800) 878-8054
> www.devaughnlaw@gmail.com
>
> This e-mail, including any attachments, may contain information that is
> PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is
> intended solely for the exclusive use of the recipient or the recipient's
> authorized agent. If you are not the intended recipient, you are hereby
> notified that any dissemination, copying, distribution, retention,
> re-transmission, printing or any other use of this e-mail and/or
> attachments contained herein is strictly prohibited. If you have received
> this e-mail in error, please immediately send an e-mail reply to notify the
> sender and immediately and permanently delete this e-mail from your
> computer system.
>
> On Fri, Mar 4, 2022 at 10:18 AM Jennifer Moy <jmoy@fidelissupport.com>
> wrote:
>
> > Hi, DeVaughn
> >
> > I received notice that this client is anxious about their new litigation
> > file and is requesting to speak to an attorney regarding the case. Can
> you
> > please contact the client ASAP to provide reassurance regarding this case
> > and go over their options?
> >
> > I saw that the address listed in the file is in TX but the lawsuit
> > documents uploaded are in NM. I'm not sure if the client recently moved
> and

> > the software just hasn't been updated with the new information. Would you
> > be able to confirm all the necessary information to make sure the lawsuit
> > was served properly?
> >
> > I want to see if you can help this client get a settlement finalized
> > quickly to avoid the possibility of the client having opened lawsuits in
> > multiple jurisdictions, OR find a way to get the case dismissed for
> > improper venue so it can be re-filed in the correct state
> >
> > --
> > Thank you,
> > Jennifer Moy
> >
> > Fidelis Support
> >
> >
> >
> >
> > --
> Respectfully Yours,
>
> DeVaughn L. Robinson, Esq.
> The Robinson Law Firm, PLLC Mailing Address:
> 11240 N. 19th Avenue, Suite 23 PO Box 83902
> Phoenix, Arizona 85029 Phoenix, Arizona 85071
> Tel  (602) 284-4318
> Fax  (800) 878-8054
> www.devaughnlaw @ gmail.com
>
> This e-mail, including any attachments, may contain information that is
> PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is
> intended solely for the exclusive use of the recipient or the recipient's
> authorized agent. If you are not the intended recipient, you are hereby
> notified that any dissemination, copying, distribution, retention,
> re-transmission, printing or any other use of this e-mail and/or
> attachments contained herein is strictly prohibited. If you have received
> this e-mail in error, please immediately send an e-mail reply to notify the
> sender and immediately and permanently delete this e-mail from your
> computer system
>
>
> --
> Michelle Hinds
> Fidelis Support
>


--
Michelle Hinds
Fidelis Support

Re: Fwd: Fw: Response Date: 1/26/2022- New White Oak File: F-0032776177 - ...   | Delete | Reply All | Reply | Forward |

**Message**   Details

From: **Michelle Hinds**                                                                      5:36 PM | May 16, 2022
To: cxcase@stratfs.com (mailto:cxcase@stratfs.com)  ▾

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000RTN4C/

(0) (/lightning/r/EmailMessage/02s6g00000RTN4C/

Other Related People (0)                                                       ❶

Related To (1)

05202047 (/lightning/r/5006g00000chycPAAQ/
Case

📝 Notes     🕐 History     ☰ To Do List

Can the client add funds now so Sharonda can handle this?

On Mon, May 16, 2022 at 3 25 PM Client Experience Cases <excase@stratfs.com> wrote
Client has been given contact to discuss resolution of the lawsuit ▓▓▓▓▓▓ 
he is able to add funds and understands the request but required an amount. I have already 
requested the file to be worked in-house and all details have been provided to ensure a 
settlement offer

-------------- Original Message --------------
From: Michelle Hinds [mhinds@fidelissupport.com]
Sent: 5/11/2022, 1.44 PM
To: excase@stratfs.com
Subject: Fwd. Fw. Response Date: 1/26/2022- New White Oak File  F-0032776177 -
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                        the client wants to proceed?
They can't add funds and there's a garnishment.

---------- Forwarded message ----------
From: Sharonda Roberson <Office@robersonlawyer.com>
Date: Tue, May 10, 2022 at 3 52 PM
Subject: Re. Fw. Response Date: 1/26/2022- New White Oak File  F-0032776177 -

To: Michelle Hinds <mhinds@fidelissupport.com>
Cc: Shirley Saavedra <ssaavedra@fidelissupport.com>, Omar Graves < 
ograves@stratfs.com>

This client is not able to add additional funds

*Sharonda Roberson*
*Litigation Defense*
69 E. Downers Pl., Ste. 202
Aurora, IL 60505
(630) 635-8544
*The information transmitted by this email is intended only for the person 
or entity to which it is addressed. This email may contain proprietary, 
business-confidential and/or privileged material. If you are not the 
intended recipient of this message, be aware that any use, review, 
retransmission, distribution, reproduction or any action taken in reliance 
upon this message is strictly prohibited. If you received this in error, 
please contact the sender and delete the material from all computers *

--------------------------------
*From:* Michelle Hinds <mhinds@fidelissupport.com>
*Sent:* Tuesday, May 10, 2022 3:51 PM
*To:* Sharonda Roberson <Office@Robersonlawyer.com>
*Cc:* Shirley Saavedra <ssaavedra@fidelissupport.com>, Omar Graves < 
ograves@stratfs.com>
*Subject:* Re. Fw. Response Date: 1/26/2022- New White Oak File:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sharonda,

Is the client able to add funds or no?

On Tue, May 10, 2022 at 3 44 PM Sharonda Roberson <Office@robersonlawyer.com> 
wrote.

Good afternoon,

I am just following up on this file. I do not mind keeping the file, but 
there is a pending wage garnishment and client does not have enough in RAM 
account to make lump sum payment. This client will not have enough to cover 
the judgment until November of 2024

Sincerely,
Sharonda Roberson
*Sharonda Roberson*
*Litigation Defense*
69 E. Downers Pl., Ste. 202
Aurora, IL 60505
(630) 635-8544
*The information transmitted by this email is intended only for the person 
or entity to which it is addressed. This email may contain proprietary, 
business-confidential and/or privileged material. If you are not the 
intended recipient of this message, be aware that any use, review, 
retransmission, distribution, reproduction or any action taken in reliance 
upon this message is strictly prohibited. If you received this in error, 
please contact the sender and delete the material from all computers *

------------------------------
*From:* Shirley Saavedra <ssaavedra@fidelissupport.com>
*Sent:* Thursday, March 31, 2022 12:31 PM
*To:* Michelle Hinds <mhinds@fidelissupport.com>
*Cc:* Sharonda Roberson <Office@Robersonlawyer.com>; Omar Graves <ograves@stratfs.com>
*Subject:* Re: Fw: Response Date: 1/26/2022- New White Oak File
F-00327761 ▓▓▓▓▓

Sharonda,

I replied to you on 03/22/2022 advising if you need additional assistance
and you advised you wanted to return the file. Did you want to keep the
file?

On Wed, Mar 30, 2022 at 4:47 PM Michelle Hinds <mhinds@fidelissupport.com>
wrote:

@Omar Graves <ograves@stratfs.com> - can you assist here?

On Wed, Mar 30, 2022 at 12:40 PM Sharonda Roberson <
Office@robersonlawyer.com> wrote:

Good afternoon,

I did not include you on the original email. I wanted to follow up on this
file there is a pending wage garnishment. Please see below.

Sincerely,
Sharonda Roberson
*Sharonda Roberson*
*Litigation Defense*
69 E. Downers Pl., Ste. 202
Aurora, IL 60505
(630) 635-8544
*The information transmitted by this email is intended only for the person
or entity to which it is addressed. This email may contain proprietary,
business-confidential and/or privileged material. If you are not the
intended recipient of this message, be aware that any use, review,
retransmission, distribution, reproduction or any action taken in reliance
upon this message is strictly prohibited. If you received this in error,
please contact the sender and delete the material from all computers.*

------------------------------
*From:* Sharonda Roberson <Office@Robersonlawyer.com>
*Sent:* Tuesday, March 22, 2022 10:34 AM
*To:* ssaavedra@fidelfstrategies.com <ssaavedra@fidelfstrategies.com>
*Cc:* amullen@monarchlg.com <amullen@monarchlg.com>
*Subject:* Re: Response Date: 1/26/2022- New White Oak File: F-0032776177 -
▓▓▓▓▓

Good morning,

I wanted to obtain more information about this file. Did the client fail to
send the court documents in time, or was there a delay in assigning this
file?

I spoke with the Creditor and a default judgment was entered against the
Client on 6/9/2021. The client's employer was served 11/01/2021. Most
recently the employer defaulted, and a conditional judgment was entered
01/26/2022.

Sincerely,
Sharonda Roberson


*Sharonda Roberson*
*Litigation Defense*
69 E. Downers Pl., Ste. 202
Aurora, IL 60505
(630) 635-8544
*The information transmitted by this email is intended only for the person
or entity to which it is addressed. This email may contain proprietary,
business-confidential and/or privileged material. If you are not the
intended recipient of this message, be aware that any use, review,
retransmission, distribution, reproduction or any action taken in reliance
upon this message is strictly prohibited. If you received this in error,
please contact the sender and delete the material from all computers.*

please contact the sender and delete the material from all computers

--------------------------
* From * ssaavedra@ltdefstrateges.com <ssaavedra@ltdefstrateges.com>
* Sent * Tuesday, February 22, 2022 12:19 PM
* To * Sharonda Roberson <Office@Robersonlawyer.com>
* Cc * amullen@monarchlg.com <amullen@monarchlg.com>
* Subject * Response Date  1/26/2022- New White Oak File  F-0032776177 -
▓▓▓▓▓▓▓▓▓▓▓▓▓

Hello Sharonda,

This litigation file has been assigned for your review.

Per management, Monarch cases must be assigned as-is. Please, review the
"Files" tab and if additional paperwork is required, contact the assigned
paralegal with an outlined request.

* Click here to view file in LeadTrac and access documents *
<https://secure.leadtrac.net/2_17/LeadManager/EditLead.aspx?lead=F-0032776177>

* Client's additional lit files (if any) are listed here  Please refer to
the 'Other Files In Litigation' tab next to the 'Primary Workflow' tab *

* Client's contact information is below *

▓ ▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓
Phone Number(s) : ▓▓▓▓▓▓▓▓▓▓▓
E-mail Address  ▓▓▓▓▓▓▓▓▓▓▓▓▓

* The client is being sued in the following court for $ ▓▓▓▓▓▓▓▓

IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT WILL COUNTY,
ILLINOIS

* Creditor and Opposing Counsel information is below *

▓▓▓▓▓▓▓▓▓▓▓  Weltman, Weinberg & Reis, Co., L.P.A. (DNU)
Phone Number  3127829676

* Program Financials from are listed below *

Escrow Link
http://strategicfs.force.com/apex/ClientPaymentsExport?
ltn_app_id=06m6g000000iX53AAE&sfdcIFrameHost=web&id=a0l6g00000inasaAAA&isdt

Please see the Available Balance section of the escrow link for the most
up-to-date available lump sum  The escrow links update in real-time, so
please check back often for the most up-to-date figures  If you experience
an issue, please contact the assigned paralegal and a ticket will be
submitted upon request

* Please log into LeadTrac here
<https://secure.leadtrac.net/2_18/LeadManager/EditLead.aspx?lead=F-0032776177>
to
view the corresponding litigation documents *

Thank you,

Litigation Defense Team

--
Michelle Hinds
Fidelis Support

--
Shirley Saavedra
Fidelis Support



Fwd:

| Delete | Reply All | Reply | Forward |

**Message**    Details

**Related**

From: **Michelle Hinds**                                                    12:22 PM | Jun 10, 2022
To: cxcase@stratfs.com (mailto:cxcase@stratfs.com)

**(0)** (/lightning/r/EmailMessage/02s6g0000004IVKA

**(0)** (/lightning/r/EmailMessage/02s6g0000004IVKA

**Other Related People (0)**

**Related To (1)**

05362619 (/lightning/r/5006g00000do9SUAAQ
Case

Notes    History    To Do List

See below. Can someone call him and explain what fees he would get back if he cancels the
program and files bankruptcy?

---------- Forwarded message ---------
From: James Gollnick <gollnicklaw@gmail.com>
Date: Thu, Ju          11:47 AM
Subject: Re           ▓▓▓▓
To: Michelle Hinds <mhinds@fidelissupport.com>

Hi Michelle,

If      ▓▓▓▓  oes go the route of bk with an outside firm, would he then close out his account
wi        ve funds returned?  He asked if that would be the case, such that he could apply
those available funds toward the bk fees.  That is my understanding of how this would work,
but with the Great lakes fee structure I'm not sure how much would be returned.  I currently
don't see any open payment plans for this client via the escrow screen, although on the Debts
tab I see one active payment plan.

Thank you,

**Attorney James W. Gollnick**
**Great Lakes Law Firm LLC**
PO Box 26154
Wauwatosa, WI 53226
(414)465-8233

On Thu, Jun 9, 2022 at 8:04 AM Michelle Hinds <mhinds@fidelissupport.com> wrote:
    Hey James,

    Please instruct the client to contact a local bankruptcy attorney. Let me know what the client
    decides

On Wed, Jun 8, 2022 at 2:59 PM Michelle Hinds <mhinds@fidelissupport.com> wrote:
    James,

    I'm checking on this for you. I'll get back to you as soon as I have an answer.

    On Wed, Jun 8, 2022 at 2:14 PM James Gollnick <gollnicklaw@gmail.com> wrote:
        Good Afternoon Michelle,

        I had a mediation with               for one of his ▓▓▓▓▓▓ unts, during
        which the attorney for  . .       ased on his financial into that they wouldn't
        reduce the ▓▓▓▓▓ lance at all and wanted it paid over 10 months.  He has another
        similarly situated account wit   he same firm, as well as several larger accounts
        which total between ▓▓▓▓▓ combined.  After the hearing I we discussed bankruptcy a
        bit and I thought that may be a beneficial option for him, or a WI Ch. 128 which is a
        statutory amortization of debt that acts similar to a bk filing.  He just reached out again
        and stated that when he signed up that Great Lakes offered to assist with this process if
        necessary.  I'm familiar with bk a bit, but I wouldn't feel comfortable with preparing and
        filing.  Is there anyone that I can direct him to within Great Lakes or any outside attorney
        as a recommendation?

        As an aside, I generally wouldn't steer one of our clients toward a bk filing unless I
        thought it was really in their best interest to do so, and in this case I think it makes sense
        as he has a large amount of debt, and he owns his home and vehicles such that the credit
        hit wouldn't prevent any life moves for the foreseeable future.

        Thank you,

        **Attorney James W. Gollnick**
        **Great Lakes Law Firm LLC**
        PO Box 26154
        Wauwatosa, WI 53226

**Re: 116029441 Level One Legal /**                    **Discover Complaint**    | Delete | Reply All | Reply | Forward |

**Message**    Details

**Related**

From: **Peggy Slivka**                                              3:49 PM | Aug 24, 2023
To: mhinds@litdefstrategies.com     Cc: taylorrobinsonesq@gmail.com
(mailto:mhinds@litdefstrategies.com)    (mailto:taylorrobinsonesq@gmail.com)
                                        deven@qualitycontrolexperts.com
                                        (mailto:deven@qualitycontrolexperts.com)
                                        cs@levelonelaw.com (mailto:cs@levelonelaw.com)
                                        amacey@fidelissupport.com
                                        (mailto:amacey@fidelissupport.com)

(0) (/lightning/r/EmailMessage/02s6g000000dPRVw...

(0) (/lightning/r/EmailMessage/02s6g000000dPRVw...

Other Related People (0)

Related To (1)

07898883 (/lightning/r/5006g00000wFhfPAAS/...
Case

Good afternoon -

The file has been created and assigned.

Thank you,

Peggy Slivka
Fidelis Support

On Wed, Aug 23, 2023 at 10:28 AM Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
wrote
    Good morning -

    I have requested a new litigation file for this matter

    Thank you,

    Peggy Slivka
    Fidelis Support

    On Wed, Aug 23, 2023 at 10:13 AM M Hinds <mhinds@litdefstrategies.com> wrote
    Thanks.

    @Peggy (Margaret) Slivka - please request a lit file.

    Best,
    Michelle Hinds
    Lit Def Strategies, LLC
    211 W. Wacker Drive
    Suite 900B
    Chicago, IL 60606

    From: Taylor Robinson <taylorrobinsonesq@gmail.com>
    Sent: Wednesday, August 23, 2023 10:00 AM
    To: Deven K <deven@qualitycontrolexperts.com>; M Hinds <mhinds@litdefstrategies.com>
    Cc: cs@levelonelaw.com <cs@levelonelaw.com>
    Subject: 116029441 Level One Legal / Discover Complaint

    Deven and Michele,

    Good morning. Hope ya'll are well. Attached please find a summons and complaint sent in
    by the above-referenced client. Please pass along to and engage litigation services.

    All the best,

    --
    Taylor Robinson
    Attorney at Law
    (205) 268-4466

    CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.
    §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject
    to the attorney-client privilege and attorney work-product doctrine and contain confidential and privileged
    information intended only for the person(s) to whom this e-mail message is addressed. If  you have received
    this e-mail message in error, please notify the sender immediately by telephone at (205) 266-4466 or e-mail

Notes    History    To Do List

**Re: Please forward to litigation**

| Message | Details |
|---|---|



From: **M Hinds**                                                                  4:41 PM | Sep 26, 2023

To: pslivka@fidelissupport.com
(mailto:pslivka@fidelissupport.com),
vanaya@ltdefstrategies.com
(mailto:vanaya@ltdefstrategies.com)

Cc: rngustafson422@gmail.com
(mailto:rngustafson422@gmail.com),
cs@northstarlegalgroup.com
(mailto:cs@northstarlegalgroup.com)

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000G5bFBA

(0) (/lightning/r/EmailMessage/02s6g00000G5bFBA

**Other Related People (0)**

**Related To (1)**

08140273 (/lightning/r/5006g00000squWIAAY/...
Case

Notes      History      To Do List

Thanks, Peggy.

@V Anaya - please request a lit file.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

**From:** Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
**Sent:** Tuesday, September 26, 2023 3:40 PM
**To:** M Hinds <mhinds@litdefstrategies.com>; V Anaya <vanaya@litdefstrategies.com>
**Cc:** Mercedes Gustafson <mgustafson422@gmail.com>; cs@northstarlegalgroup.com
<cs@northstarlegalgroup.com>
**Subject:** Fwd: Please forward to litigation

Good Afternoon -

I have cc'd Victor as this is a Northstar client

Thank you,

Peggy Slivka
Fidelis Support

---------- Forwarded message ---------
From: M Hinds <mhinds@litdefstrategies.com>
Date: Tue, Sep 26, 2023 at 3:23 PM
Subject: Re: Please forward to litigation
To: Mercedes Gustafson <mgustafson422@gmail.com>, cs@no
<cs@northstarlegalgroup.com>, Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
rthstarlegalgroup.com

@Peggy (Margaret) Slivka - please request a lit file.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

**From:** Mercedes Gustafson <mgustafson422@gmail.com>
**Sent:** Tuesday, September 26, 2023 3:15 PM
**To:** cs@northstarlegalgroup.com <cs@northstarlegalgroup.com>
**Cc:** M Hinds <mhinds@litdefstrategies.com>
**Subject:** Please forward to litigation

Lit file needs to opened and assigned please  Client texted me pics

MG

**Re: 116081901**          **Level One_1st_Franklin_Financial_Complaint**          | Delete | Reply All | Reply | Forward |

Message   **Details**                                                                **Related**

∨ Information

| | | | | (0) (/lightning/r/EmailMessage/02s6g000008BFGO/ |
|---|---|---|---|---|
| Related To | 09031497 (/lightning/r/5006g000012x5D 7AAI/view) | Status | Read | (0) (/lightning/r/EmailMessage/02s6g000008BFGO/ |
| Message Date | 1/31/2024, 11:00 AM | Last Modified By | Robbie Gorney (/lightning/r/0056g000007s vT7AAI/view) , 2/16/2024, 10:55 AM | **Other Related People (0)**  ⓘ |
| Created By | System (/lightning/r/0056g000005s x9IAAA/view) , 1/31/2024, 11:00 AM | | | **Related To (1)** 09031497 (/lightning/r/5006g000012x5D7AAI/ Case |
| Reply on Closed Case | No Communication Missed | | | |

∨ Address Information

| | |
|---|---|
| From Address | mhinds@fidelissupport.com (mailto:mhinds@fidelissupport.com) |
| From Name | Michelle Hinds |
| To Address | deven@qualitycontrolexperts.com |
| CC Address | taylorrobinsonesq@gmail.com; cs@levelonelaw.com |
| BCC Address | |

∨ Message Content

| | |
|---|---|
| Subject | Re: 116081~~9~~     ~~_____~~     1st_Franklin_Financial_Complaint |

⧉ Notes      ⏱ History      ☰ To Do List

HTML Body    Thank you, Taylor. We will assign this to a litigation attorney

On Wed, Jan 31, 2024 at 7 49 AM Deven K
<deven@qualitycontrolexperts.com> wrote

Good Morning Taylor,


Thank you for sending.


Thank you,

Deven Kampel

Quality control

(312) 210-0356


This message along with any documents, files or attachments is intended only for the use of
the individual or entity to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this notice is not
the intended recipient or the employee or agent responsible for delivering the message,
documents, files or attachments to the intended recipient, you are hereby notified that any
dissemination, distribution, copying or storing of this communication is strictly prohibited. If
you have received this communication in error. please notify the sender immediately
by telephone and delete the contents of the communication without reviewing or disclosing
the contents to anyone, using them for any purpose. or storing or copying the communication
on any medium.

---

**From:** Taylor Robinson <taylorrobinsonesq@gmail.com>
**Sent:** Tuesday, January 30, 2024 10:39 PM
**To:** Deven K <deven@qualitycontrolexperts.com>
**Cc:** cs@levelonelaw.com  M Hude <mhunds@ltdcfstrategies.com>
**Subject:** 116081901          evel
One_1st_Franklin_Financial_Complaint


Deven,


Good morning,


Please pass the attached complaint to litigation


--

Taylor Robinson

Attorney at Law

(205) 266-4466


CONFIDENTIALITY NOTICE  This e-mail is covered by the Electronic Communications
Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any
files transmitted with it are also subject to the attorney-client privilege and attorney work-
product doctrine and contain confidential and privileged information intended only for the
person(s) to whom this e-mail message is addressed. If you have received this e-mail
message in error. please notify the sender immediately by telephone at (205) 266-4466 or e-

Text Body        Thank you, Taylor. We will assign this to a litigation attorney.

On Wed, Jan 31, 2024 at 7:49 AM Deven K <deven@qualitycontrolexperts.com
(mailto:deven@qualitycontrolexperts.com)>
wrote:

> Good Morning Taylor,
>
>
>
> Thank you for sending.
>
>
>
> Thank you,
>
> Deven Kampel
>
> Quality control
>
> (312) 210-0356
>
>
>
>
>
> This message along with any documents, files or attachments is intended
> only for the use of the individual or entity to which it is addressed and
> may contain information that is privileged, confidential and exempt
> from disclosure under applicable law. If the reader of this notice is not
> the intended recipient or the employee or agent responsible for delivering
> the message, documents, files or attachments to the intended recipient,
> you are hereby notified that any dissemination, distribution, copying or
> storing of this communication is strictly prohibited. If you have received
> this communication in error, please notify the sender immediately
> by telephone and delete the contents of the communication without reviewing
> or disclosing the contents to anyone, using them for any purpose, or
> storing or copying the communication on any medium.
>
>
>
> *From:* Taylor Robinson <taylorrobinsonesq@gmail.com
(mailto:taylorrobinsonesq@gmail.com)>
> *Sent:* Tuesday, January 30, 2024 10:39 PM
> *To:* Deven K <deven@qualitycontrolexperts.com
(mailto:deven@qualitycontrolexperts.com)>
> *Cc:* cs@levelonelaw.com (mailto:cs@levelonelaw.com); M Hinds
<mhinds@litdefstrategies.com (mailto:mhinds@litdefstrategies.com)>
> *Subject:* 11608190 ▓▓▓▓▓▓▓▓
> One_1st_Franklin_Fina
>
>
>
> Deven,
>
>
>
> Good morning,
>
>
>
> Please pass the attached complaint to litigation.
>
>
>
> --
>
> Taylor Robinson
>
> Attorney at Law
>
> (205) 266-4466
>
>
>
>
> CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic

> Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally
> privileged. This e-mail message and any files transmitted with it are also
> subject to the attorney-client privilege and attorney work-product doctrine
> and contain confidential and privileged information intended only for the
> person(s) to whom this e-mail message is addressed. If you have received
> this e-mail message in error, please notify the sender immediately by
> telephone at (205) 266-4466 or e-mail at taylorrobinsonesq@gmail.com
(mailto:taylorrobinsonesq@gmail.com) and
> destroy and delete the original message without saving or making a copy
> thereof. Thank you for your cooperation.
>

--
Michelle Hinds
Fidelis Support