EXHIBIT 5

| | |
|---|---|
| **From:** | Ryan Sasson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=824E7A85CEF24215B00885FC503FFC3C-RSASSON_STR] |
| **Sent:** | Wed 10/27/2021 4:27:39 PM (UTC-04:00) |
| **To:** | Salvatore Tirabassi[stirabassi@stratfs.com]; Marc Lemberg[MLemberg@stratfs.com] |
| **Subject:** | Re: Technology |

200 this year and 550 2022

Best,

Ryan Sasson
CEO
Strategic Financial Solutions

---

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Wednesday, October 27, 2021 12:44:05 PM
**To:** Marc Lemberg <MLemberg@stratfs.com>; Ryan Sasson <rsasson@stratfs.com>
**Subject:** Re: Technology

You got it right. That's the one.

**Salvatore Tirabassi**
Chief Financial Officer
ext 7035 //**E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Marc Lemberg <MLemberg@stratfs.com>
**Date:** Wednesday, October 27, 2021 at 11:56 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>, Ryan Sasson <rsasson@stratfs.com>
**Subject:** RE: Technology

On my list to document asap.

@Salvatore Tirabassi, do we have a preferred legal entity?  Client Support, LLC is typically where service tech and people shared resources sit.

**Marc Lemberg**

General Counsel

O: (212) 810-4522 //ext 7061 //E: MLemberg@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Wednesday, October 27, 2021 8:48 AM
**To:** Ryan Sasson <rsasson@stratfs.com>; Marc Lemberg <MLemberg@stratfs.com>
**Subject:** FW: Technology

Do we have a contract for this? The auditors are going to need to see it.

**Salvatore Tirabassi**

Chief Financial Officer

ext 7035 //**E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Cameron Ball <cball@stratfs.com>
**Date:** Wednesday, October 27, 2021 at 8:37 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** FW: Technology

Good morning,

Chris Kesterson said that the amount owed to the law firms for technology is $750,000. He also mentioned that you or Ryan may have a copy of the agreement. I would need this to see how much would need to be accrued in 2021 and how much would need to be accrued on an ongoing basis as well as the payment schedule.

Thank you,

Cameron


**Cameron Ball**

Controller

O: (646) 844-4242 **/ ext 703**  / E: cball@stratfs.com
         / 9       /

**From:** CK <c@k2fnm.com>
**Sent:** Tuesday, October 26, 2021 5:52 PM
**To:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Technology

None, that I am aware of but I have not been in the loop.  Ryan or Sal may have something.

Chris

Chris Kesterson
Managing Partner
K2 Financial Management, LLC
Accounting | Audit | Consulting |Project Management

Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Cameron Ball <cball@stratfs.com>
**Date:** Tuesday, October 26, 2021 at 3:08 PM
**To:** Chris Kesterson <c@k2fnm.com>
**Subject:** RE: Technology

Okay, thank you.  Do we have an agreement that I can support our accruals and see when payments should be made?

Cameron


**Cameron Ball**

Controller

O: (646) 844-4242    //E: cball@stratfs.com



Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

**From:** CK <c@k2fnm.com>
**Sent:** Tuesday, October 26, 2021 1:45 PM
**To:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Technology

Cameron,

I just got some feedback on it. The amount is $750,000.

It is to be paid to Fidelis - $100k for 7 mos, $50k for 1 month.

Fidelis Legal Support Services, LLC
2605 S. Indiana Ave Unit 1201
Chicago, IL 60616

This is all I know so far, nothing on a start date. Sal may know that.

Regards,
Chris



Chris Kesterson
Managing Partner
K2 Financial Management, LLC
Accounting | Audit | Consulting | Project Management


Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


**From:** Cameron Ball <cball@stratfs.com>
**Date:** Tuesday, October 26, 2021 at 10:23 AM
**To:** Chris Kesterson <c@k2fnm.com>
**Subject:** RE: Technology

Okay, great. We are starting our annual audit processes and will need an agreement to support the accruals we have in place.

Thank you,

Cameron

**Cameron Ball**

Controller

**O:** (646) 844-4242   //**E:** cball@stratfs.com



Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

**From:** CK <c@k2fnm.com>
**Sent:** Tuesday, October 26, 2021 9:38 AM
**To:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Technology

I don't either.  Let me find out.
Chris


Chris Kesterson
Managing Partner
K2 Financial Management, LLC
Accounting | Audit | Consulting | Project Management


Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


**From:** Cameron Ball <cball@stratfs.com>
**Date:** Tuesday, October 26, 2021 at 8:07 AM

**To:** Chris Kesterson <c@k2fnm.com>
**Subject:** Technology

Good morning Chris,

Sal was explaining a situation to me where the law firms will be billing us for technology spend. Do you have the statement of work and costs on that? I would like to put an accrual on the books but don't have a start date or cost.

Thank you,

Cameron

**Cameron Ball**

Controller

**O:** (646) 844-4242   //**E:** cball@stratfs.com



PROUDLY EMPLOYEE OWNED

Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

CAUTION This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.