# EXHIBIT 6

| | |
|---|---|
| **From:** | Salvatore Tirabassi[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E9CC5A5C9743427AB641264C6EAAD6FB-STIRABASSI_] |
| **Sent:** | Fri 10/29/2021 9:07:23 AM (UTC-04:00) |
| **To:** | Cameron Ball[cball@stratfs.com] |
| **Subject:** | Re: Fidelis Invoice |

Yes. Put them through concur. Finance path is fine. If you put them through tech it will just confuse people.

**From:** Cameron Ball <cball@stratfs.com>
**Date:** Friday, October 29, 2021 at 8:47 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** FW: Fidelis Invoice

Good morning,

Attached is the first invoice for technology. Who would like to approve these invoices in Concur? We can put them through Finance or technology, either way Ryan will be the final approver.

Thank you,

Cameron


**Cameron Ball**

Controller

**O:** (646) 844-4242 //ext 7039 //**E:** cball@stratfs.com

**From:** CAMERON CHRISTO <cchristo@fidelissupport.com>
**Sent:** Thursday, October 28, 2021 5:34 PM
**To:** AP - StratFS <ap@stratfs.com>; Cameron Ball <cball@stratfs.com>
**Cc:** Ryan Sasson <rsasson@stratfs.com>
**Subject:** Fidelis Invoice

Please find the latest invoice attached.
Best,
Cameron

CAUTION This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.