# EXHIBIT 7

| | |
|---|---|
| **From:** | Cameron Ball[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41369E39E51D44C1A2028A634148E2C0-CAMERON BAL] |
| **Sent:** | Tue 11/30/2021 3:08:59 PM (UTC-05:00) |
| **To:** | Ryan Sasson[rsasson@stratfs.com] |
| **Subject:** | RE: Fidelis Invoice |

Okay, we will send it through Concur and you can approve it when you think is best.

Cameron

**Cameron Ball**
Controller
**O:** (646) 844-4242 //ext 7039 //**E:** cball@stratfs.com
**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Tuesday, November 30, 2021 2:31 PM
**To:** Cameron Ball <cball@stratfs.com>
**Subject:** Fwd: Fidelis Invoice

They are in no rush for payment

Best,

Ryan Sasson
CEO
Strategic Financial Solutions

**From:** CAMERON CHRISTO <cchristo@fidelissupport.com>
**Sent:** Tuesday, November 30, 2021 1:24:44 PM
**To:** AP - StratFS <ap@stratfs.com>; Cameron Ball <cball@stratfs.com>
**Cc:** Ryan Sasson <rsasson@stratfs.com>
**Subject:** Fwd: Fidelis Invoice

AP Team,
Please find the latest invoice (1050) for November. I have also included the open invoice for October 2021 (1043).
Please let me know if you have our banking information for ACH.
Thanks!
Cameron

---------- Forwarded message ---------
**From: CAMERON CHRISTO** <cchristo@fidelissupport.com>
Date: Thu, Oct 28, 2021 at 4:34 PM
Subject: Fidelis Invoice
To: <ap@stratfs.com>, <cball@stratfs.com>
Cc: <rsasson@stratfs.com>

Please find the latest invoice attached.
Best,
Cameron

CAUTION This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.