EXHIBIT 9

### Fwd: Fw: CamScanner 03-01-2021 21.32

| Delete | Reply All | Reply | Forward |

**Message** | **Details**

**Related**

#### Information

| | | | |
|---|---|---|---|
| Related To | 02569121 (/lightning/r/5006g00000MwnfcAAB/view) | Status | Replied |
| Message Date | 4/15/2021, 12:25 PM | Last Modified By | Data Loader User (/lightning/r/0056g000006JODXAA0/view), 4/4/2022, 3:48 PM |
| Created By | System (/lightning/r/0056g000005sx9IAAA/view), 4/15/2021, 12:25 PM | | |
| Reply on Closed Case | No Communication Missed | | |

(0) (/lightning/r/EmailMessage/02s6g00000uAvjA,

(0) (/lightning/r/EmailMessage/02s6g00000uAvjA,

Other Related People (0)

**Related To (1)**

02569121 (/lightning/r/5006g00000MwnfcAAB...
Case

#### Address Information

| | |
|---|---|
| From Address | elizabeth.ayodele@gmail.com (mailto:elizabeth.ayodele@gmail.com) |
| From Name | Elizabeth Ayodele |
| To Address | cs@heartlandlegalgroup.com; jennenbach@mylitigationdefense.com; ssaavedra@litdefstrategies.com; jmoy@litdefstrategies.com |
| CC Address | |
| BCC Address | |

#### Message Content

**Subject:** Fwd: Fw: CamScanner 03-01-2021 21.32

**HTML Body**

Good Afternoon,

Can you please look into this litigation file with ▇▇▇▇? This cilent keeps contacting me and the case has been set for a pre-trial conference now. She has been calling heartland legal as well but never gets through she says. Please attend to this client and case.

Elizabeth.

---------- Forwarded
From: ▇▇▇▇▇▇ hotmail.com>
Date: Mon, Mar 1, 2021, 23:34
Subject: Fw: CamScanner 03-01-2021 21.32
To: Elizabeth.ayodele@gmail.com <Elizabeth.ayodele@gmail.com>

Good evening,
Attached are the papers. I was not sure under what last name to sign since my last n ▇▇▇▇▇

From:
Sent: Monday, March 1, 2021 9:33 PM
To: ▇▇▇▇▇▇▇▇▇▇▇
Subj

Scanned with CamScanner
https://cc.co/16YRyq

🗒 Notes   ⏱ History   ≔ To Do List

**Please sign and mail to**     **attached Agreed Order and Settlem...** 🔗    [Delete] [Reply All] [Reply] [Forward]

| Message | **Details** | | | Related |
|---|---|---|---|---|

### ∨ Information

| | | | | |
|---|---|---|---|---|
| Related To | 04368774 (/lightning/r/5006g00000WfiLsAAJ/view) | Status | Replied | |
| Message Date | 12/14/2021, 6:26 AM | Last Modified By | System (/lightning/r/0056g000005sx9IAAA/view), 12/14/2021, 6:26 AM | |
| Created By | System (/lightning/r/0056g000005sx9IAAA/view), 12/14/2021, 6:26 AM | | | |
| Reply on Closed Case | No Communication Missed | | | |

**(3)** (/lightning/r/EmailMessage/02s6g000000O9Lz4A

- Outlook-fo4xhjkb.gif — May 15, 2022 · Attachment
- C2101183_CJ.pdf — May 12, 2022 · Attachment
- C2101183.pdf — May 12, 2022 · Attachment

View All
(/lightning/r/EmailMessage/02s6g000000O9Lz4AAF/related/Combine

**(0)** (/lightning/r/EmailMessage/02s6g000000O9Lz4A

**Other Related People (0)**

**Related To (1)**

04368774 (/lightning/r/5006g00000WfiLsAAJ/vi...
Case

### ∨ Address Information

| | |
|---|---|
| From Address | halbrowder@hotmail.com (mailto:halbrowder@hotmail.com) |
| From Name | hal browder |
| To Address | [redacted]gmail.com |
| CC Address | cs@heartlandlegalgroup.com |
| BCC Address | |

### ∨ Message Content

| | |
|---|---|
| Subject | Please sign and mail to [redacted] ttached Agreed Order and Settlement Letter re [redacted] Heartland File F 0031431762 Dkt 318348 set Dec 17, 2021 in Murfreesboro, TN their file C2101183 |

Notes    History    To Do List

HTML Body

From: hal browder <halbrowder@hotmail.com>
Sent: Tuesday, December 7, 2021 4:59 AM
To: Katherine Rosenberg <krosenberg@litdefstrategies.com>;
Pslivka@litdefstrategies.com <Pslivka@litdefstrategies.com>
Cc: g.gutierrez.iniguez@gmail.com <g.gutierrez.iniguez@gmail.com>
Subject: Attached Agreed Order and Settlement Letter re ▓▓▓▓▓ Vs ▓▓▓▓▓: Heartland File F 0031431762 Dkt 318348 set Dec 17, 2021 in Murfreesboro, TN their file C2101183

LAW         OFFICE          OF
HAL                 BROWDER

Dec 7, 2021

Re: Citibank N.A.
Fka Home Depot
Vs ▓
File F 0031431762
Dkt 318348
Their file C2101183
Acct ending 7197

Dear Katherine, Peggy, Hector and Heartland:

    Without waiving privilege or confidentiality attached are both the Agreed Order and Settlement Letter emailed by Elizabeth Cash Esq and Correspondence (866) 282 3853 with Couch Lambert Office to me yesterday Dec 6, 2021 whereby Heartland will amortize the ▓▓▓▓▓ plus $▓▓▓▓▓ claim with thirty-one $ 100.00 monthly payments due starting on or before Dec 30, 2021 and the 30th of the months thereafter with a final thirty-second $ 89.31 monthly payment due on or before July 30, 2024 til this $ ▓▓▓▓▓ claim is paid in full.
    Payments will be payable to ▓▓▓▓▓ and sent to ▓▓▓▓▓, ▓▓▓▓▓ in the alternative, paid online at ▓▓▓▓▓. Put their file number ▓▓▓▓▓ the payments.
    Mr ▓ is being cc'd this Agreement that the debt management company Heartland will deduct the monthly payments for; he needs to download the attached Agreement for his records. He needs to download, sign and forward the Consent Judgment Order to opposing counsel Couch Lambert Office, attn: Ben Lambert Esq or Elizabeth Cash Esq at their 3501 North Causeway Blvd, Suite 800, Metairie, LA 70002 national office. In the alternative, I can mail him the Agreed Order to sign and then forward to Couch Lambert Office, Ben Lambert Esq or Elizabeth Cash Esq at their 3501 North Causeway Blvd, Suite 800, Metairie, LA 70002 national office. They want him to sign the attached Agreed Order. The case was reset for Dec 17, 2021 in Rutherford County Murfreesboro, TN. We do not have to appear for court.
    Thanking you for your cooperation,

With best regards,

/s/HalBrowder Esq
3308 Lebanon Pike # 30
Hermitage, TN 37076
615 495 8352
Bopr 013177

---

From: Brad Chauvin <Brad.Chauvin@gulfsouthlegal.com> on behalf of Correspondence <correspondence@gulfsouthlegal.com>
Sent: Monday, December 6, 2021 1:43 PM
To: halbrowder@hotmail.com <halbrowder@hotmail.com>
Cc: Elizabeth Cash <Elizabeth.Cash@gulfsouthlegal.com>; Correspondence <correspondence@gulfsouthlegal.com>
Subject: FW: C2101183 Acceptance of your Dec 1, 2021 Payment Plan Counter-Offer, hereinbelow, re Citibank N.A. Vs ▓▓▓▓▓ File F 0031431762 Dkt 318348 set Dec 17, 2021 in Rutherford County Murfreesboro, TN C2101183

Hi Hal,
Our office is in receipt of your inquiry regarding your client's The Home Depot Consumer Credit Card account.

**Fwd: 115078652 MA SUMMIT/WYO ... lo WAGE GARNISHMENT -...**   Delete | Reply All | Reply | Forward

**Message**   Details

**From: M Hinds**
To: cxcase@stratfs.com (mailto:cxcase@stratfs.com)
5:35 PM | Jan 28, 2022

**Related**

(0) (/lightning/r/EmailMessage/02s6g000000PKajHA

(0) (/lightning/r/EmailMessage/02s6g000000PKajHA

Other Related People (0)

Related To (1)

04621117 (/lightning/r/5006g00000YeNaFAAV/...
Case

See below. Can someone please reach out to this client ?

Get Outlook for iOS

From: stephen teel <sst_vandy_2000@yahoo.com>
Sent: Friday, January 28, 2022 3:14:32 PM
To: M Hinds <mhinds@litdefstrategies.com>
Subject: Re: 115078652 MA SUMMIT/WYO    WAGE GARNISHMENT -- NEW LAWSUIT

Hello Michelle,

I have been working on this wage garnishment file that has not been created yet. I finished a call with the client earlier. The client is very upset, angry, and crying. She told me that wage garnishment cannot happen to her and it would be unacceptable if it did. The client told me the wage garnishment would be embarrassing and would negatively affect her professionally at her small organization. She is upset and angry that payments were not made by Summit/Wyo on the original payment arrangement that I negotiated and that she finds herself in this position. The payment arrangement was for ▮▮▮▮▮/th. Now, she is having to come up with ▮▮▮▮▮ before the hearing on February 24th. She told me that she does not have the money.

The client told me that she has paid ▮▮▮▮▮ the program. The client told me that this problem is on Summit/Wyo for messing up the original payment and that they should fix it. She asked me to contact mgmt about this problem. I am trying to work toward a solution, but ▮▮▮▮▮ taking a hard position due to the default on the prior arrangement and since two years have gone by without payment.

Best Regards,
Stephen Teel, Esq.

On Tuesday, January 18, 2022, 02:52:55 PM EST, M Hinds <mhinds@litdefstrategies.com> wrote:

@P Slivka - please request a lit file if you haven't done so already.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

From: stephen teel <sst_vandy_2000@yahoo.com>
Sent: Monday, January 17, 2022 5:57 PM
To: Katherine Rosenberg <krosenberg@litdefstrategies.com>
Cc: P Slivka <pslivka@litdefstrategies.com>; J Moy <jmoy@litdefstrategies.com>; S Saavedra <ssaavedra@litdefstrategies.com>; J Komis <jkomis@litdefstrategies.com>; E Garcia <egarcia@litdefstrategies.com>; M Hinds <mhinds@litdefstrategies.com>; Barbara Zoller <bzoller@litdefstrategies.com>
Subject: 115078652 MA SUMMIT, ▮▮▮▮▮ GARNISHMENT -- NEW LAWSUIT

Hello,

I have attached the summons and complaint. The client is about to have her wages garnished. This goes back to 2019. I arranged a monthly payment plan back in 2019 on this ▮▮▮▮▮ debt. Summit/Wyo did not make any payments. Fast forward to 2022 and ▮▮▮▮▮ going for a wage garnishment because they did not receive payments from Wyo/Summit.

The client is upset and does not want to be embarrassed at work by having the garnishment of her wages.

Notes    History    To Do List