# EXHIBIT 10

## Re: File 115818567: ▓▓▓▓▓ ---Lit docs for One Main

| Delete | Reply All | Reply | Forward |

**Message**   Details

From: **James Gollnick**
To: pslivka@litdefstrategies.com (mailto:pslivka@litdefstrategies.com)
Cc: cls-dmayer@danielmayerlaw.com (mailto:cls-dmayer@danielmayerlaw.com), michelle.hinds@clientfirstbankruptcy.com (mailto:michelle.hinds@clientfirstbankruptcy.com), cs@greatlakeslf.com (mailto:cs@greatlakeslf.com)

9:48 AM | Nov 4, 2022

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000UJgDA/

(0) (/lightning/r/EmailMessage/02s6g00000UJgDA/

Other Related People (0)

**Related To (1)**

06126797 (/lightning/r/5006g00000jvncvAAA/v...
Case

Good Morning,

I still haven't been assigned the file or received a copy of the suit, and the initial hearing is on Monday. If this won't be available today can someone please provide me with the client's phone number so I can reach out to discuss the case?

Thank you,

**Attorney James W. Gollnick**
**Great Lakes Law Firm LLC**
PO Box 26154
Wauwatosa, WI 53226
(414)465-8233

On Wed, Nov 2, 2022 at 4:39 PM P Slivka <pslivka@litdefstrategies.com> wrote:

> Good afternoon –
>
> I have requested a new litigation file and requested that Great Lakes reach out to the client if the documents have not been received.
>
> Thank you,
>
> Peggy Slivka
>
> Litigation Defense
>
> **From:** Daniel Mayer <cls-dmayer@danielmayerlaw.com>
> **Sent:** Wednesday, November 2, 2022 1:43 PM
> **To:** James Gollnick <gollnicklaw@gmail.com>
> **Cc:** Michelle Hinds <michelle.hinds@clientfirstbankruptcy.com>; P Slivka <pslivka@litdefstrategies.com>; Great Lakes Law Firm <cs@greatlakeslf.com>
> **Subject:** Re: File 115818567         ocs for One Main
>
> she received it in mail and sent it in via CS email, per Robin. I can have her resend if needed?
>
> Dan
>
> ---
>
> INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.
>
> This message may be an attorney-client communication and, as such, is privileged, confidential, or otherwise prohibited from disclosure. If you receive this message in error, please notify me by email and delete this email. Use or disclosure of this email is not permitted if you are not the intended recipient. We appreciate your cooperation.
>
> On Wed, Nov 2, 2022 at 12:42 PM James Gollnick <gollnicklaw@gmail.com> wrote:
>
>> I do not, I haven't had any contact with this client yet. It looks like the Plaintiff had the court mail served a copy on 10/12/22, so I presume the client received this in the mail. I can request a copy from Plaintiff's attorney if I can get a copy of the auth letter.
>>
>> Thank you,
>>
>> **Attorney James W. Gollnick Great Lakes Law Firm LLC**
>> PO Box 26154 Wauwatosa, WI 53226
>> (414)465-8233

(414)405-8233

On Wed, Nov 2, 2022 at 11:31 AM Michelle Hinds <michelle.hinds@clientfirstbankruptcy.com> wrote:

> James,
>
> Do you happen to have access to the summons/complaint for this client?
>
> Thanks,
>
> Michelle Hinds
>
> Senior Attorney
>
> 
>
> 211 W. Wacker Dr., Ste. 300
>
> Chicago, IL 60606
>
> (312) 273-5001 (p)
>
> (312) 273-5022 (f)
>
> NOTICE
> This message along with any documents, files or attachments is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message, documents, files or attachments to the intended recipient, you are hereby notified that any dissemination, distribution, copying or storing of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and delete the contents of the communication without reviewing or disclosing the contents to anyone, using them for any purpose, or storing or copying the communication on any medium. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Client First Bankruptcy, LLC for any loss or damage arising in any way from its use.
>
> **Are debt collectors harassing you? If so, you may be entitled to MONEY if collection agencies are violating the law! Please call our toll free number at (800)383-8180.**
>
> On Wed, Nov 2, 2022 at 10:06 AM P Slivka <pslivka@litdefstrategies.com> wrote:
>
>> Good morning –
>>
>> I will request a new litigation file. Is it possible to obtain a copy of the summons and complaint to expedite?
>>
>> Thank you,
>>
>> Peggy Slivka
>>
>> Litigation Defense
>>
>> **From:** Michelle Hinds <michelle.hinds@clientfirstbankruptcy.com>
>> **Sent:** Wednesday, November 2, 2022 9:58 AM

Sent: Wednesday, November 2, 2022 9:38 AM
To: James Gollnick <gollnicklaw@gmail.com>; P Slivka <pslivka@litdefstrategies.com>
Cc: Daniel Mayer <cls-dmayer@danielmayerlaw.com>; Great Lakes Law Firm <cs@greatlakeslf.com>
Subject: Re: File 115818567 ▓▓▓▓ s---Lit docs for One Main

Dan - I assume this debt is enrolled in the program?

Peggy - can you request a file ?

> On Wed, Nov 2, 2022 at 9:24 AM James Gollnick <gollnicklaw@gmail.com> wrote:
>
> Good Morning,
>
> I believe I have found this case, link is provided below. Looks like there is a hearing scheduled for this Monday. I haven't been assigned this case, but if this is one I am to work I can try to get the ball rolling. If so I'll have Peggy pull the auth letter for me and I can reach out to the attorney, then with the client once the case is assigned.
>
> 2022SC000546 Case Details in Grant County (wicourts.gov)
>
> Thank you,
>
> Attorney James W. Gollnick Great Lakes Law Firm LLC
> PO Box 26154 Wauwatosa, WI 53226
> (414)465-8233
>
>> On Wed, Nov 2, 2022 at 9:04 AM Daniel Mayer <cls-dmayer@danielmayerlaw.com> wrote:
>>
>> Michelle/Client Services:
>>
>> This client, Robin, called me last night. She apparently sent in lit docs for the One Main Financial debt last week. She wanted to follow up with us, because she had not heard anything. There was also a client servicing issue, which exacerbated things, but I'll address that in a separate email. I just wanted to make sure this was on our radar and we have the docs?
>>
>> Thanks
>>
>> Dan
>>
>> _____
>> INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.
>>
>> This message may be an attorney-client communication and, as such, is privileged, confidential, or otherwise prohibited from disclosure. If you receive this message in error, please notify me by email and delete this email. Use or disclosure of this email is not permitted if you are not the intended recipient. We appreciate your cooperation.
>>
>> --
>> Michelle Hinds
>> Senior Attorney

RE: ▇▇▇ File # 115712127: Garnishment?

| | | | | Delete | Reply All | Reply | Forward |

**Message** | **Details**                                                              **Related**

### Information

| | |
|---|---|
| Related To | 06177315 (/lightning/r/5006g00000jyFISAA2/view) |
| Status | Read |
| Message Date | 11/14/2022, 4:26 PM |
| Last Modified By | Kami Griffen (/lightning/r/0056g000005qABFAA2/view), 11/15/2022, 2:54 PM |
| Created By | System (/lightning/r/0056g000005sx9IAAA/view), 11/14/2022, 4:26 PM |
| Reply on Closed Case | Client Replied on closed Case |

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000W6m4)

(0) (/lightning/r/EmailMessage/02s6g00000W6m4)

Other Related People (0)

Related To (1)

06177315 (/lightning/r/5006g00000jyFISAA2/vi...
Case

### Address Information

| | |
|---|---|
| From Address | krosenberg@litdefstrategies.com (mailto:krosenberg@litdefstrategies.com) |
| From Name | Katherine Rosenberg |
| To Address | michelle.hinds@clientfirstbankruptcy.com; cls-dmayer@danielmayerlaw.com |
| CC Address | deven@clearoneqc.com; dkaraszewski@stratfs.com; gollnicklaw@gmail.com; cs@greatlakeslf.com |
| BCC Address | |

### Message Content

| | |
|---|---|
| Subject | RE: ▇▇▇ 2127: Garnishment? |

HTML Body     I followed up with the servicer for payment status on F-0031429998 and F-0030475661.

Thank you,

Katherine Rosenberg
*Litigation Defense*
*55 E. Monroe St., Suite 380*
*Chicago, IL 60603*

**From:** Michelle Hinds <michelle.hinds@clientfirstbankruptcy.com>
**Sent:** Friday, November 11, 2022 5:36 PM
**To:** Daniel Mayer <cls-dmayer@danielmayerlaw.com>; Katherine Rosenberg <krosenberg@litdefstrategies.com>
**Cc:** James Gollnick <gollnicklaw@gmail.com>; Darleen Karaszewski <DKaraszewski@stratfs.com>; Great Lakes Law Firm <cs@greatlakeslf.com>; qualitycontrol010@gmail.com, <deven@clearoneqc.com>
**Subject:** Re:  # 115712127: Garnishment?

I'm showing ▇▇▇▇▇▇ Am Ex that Crystal settled.

@Katherine Rosenberg - can you see if the settlement payments were made on both?

Thanks,
Michelle Hinds
Senior Attorney

**Client First Bankruptcy**

211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
(312) 273-5001 (p)
(312) 273-5022 (f)

NOTICE
This message along with any documents, files or attachments is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message, documents, files or attachments to the intended recipient, you are hereby notified that any dissemination, distribution, copying or storing of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and delete the contents of the communication without reviewing or disclosing the contents to anyone, using them for any purpose, or storing or copying the communication on any medium. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Client First Bankruptcy, LLC for any loss or damage arising in any way from its use.

**Are debt collectors harassing you? If so, you may be entitled to MONEY if collection agencies are violating the law! Please call our toll free number at (800)383-8180.**

On Fri, Nov 11, 2022 at 10:19 AM Daniel Mayer <cls-dmayer@danielmayerlaw.com> wrote:

> Yup. Like I said, I had never heard of anything related to this whatsoever, prior to now...?
>
> ---
>
> INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.
>
> This message may be an attorney-client communication and, as such, is privileged, confidential, or otherwise prohibited from disclosure. If you receive this message in error, please notify me by email and delete this email. Use or disclosure of this email is not permitted if you are not the intended recipient. We appreciate your cooperation.
>
> On Fri, Nov 11, 2022 at 11:13 AM James Gollnick <gollnicklaw@gmail.com> wrote:
>
>> Good Morning,
>>
>> I don't see I have any cases assigned for this client, but I can try to reach out to Plaintiff's attorney to check on options to get the garn released if this is assigned to me.
>>
>> Thank you,

Attorney James W. Gollnick Great Lakes Law Firm LLC
PO Box 26154 Wauwatosa, WI 53226
(414)465-8233

On Thu, Nov 10, 2022 at 3:45 PM Daniel Mayer <cls-dmayer@danielmayerlaw.com> wrote:

All,

Please see attached. I re-reviewed this file and see no mention of any litigation mentioned on this ▊▊▊▊. We had a settlement with Rausch for the larger of the two ▊▊▊▊ not this one. I have never seen evidence or received notice from client of any pending lit on the smaller of the two ▊▊▊▊ not sure what's going on? But we are repping him on this debt. He has $2700 in his account right now?

Kind Regards,

Dan

**Re: 116029441 Level One Legal /**     **Discover Complaint**     [Delete] [Reply All] [Reply] [Forward]

**Message**    Details                 **Related**

From: **Peggy Slivka**                                          3:49 PM | Aug 24, 2023
To: mhinds@litdefstrategies.com    Cc: taylorrobinsonesq@gmail.com
(mailto:mhinds@litdefstrategies.com) (mailto:taylorrobinsonesq@gmail.com),
deven@qualitycontrolexperts.com
(mailto:deven@qualitycontrolexperts.com),
cs@levelonelaw.com (mailto:cs@levelonelaw.com),
amacey@fidelissupport.com
(mailto:amacey@fidelissupport.com)

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000dPRVw...

(0) (/lightning/r/EmailMessage/02s6g00000dPRVw...

Other Related People (0)

Related To (1)

07898883 (/lightning/r/5006g00000wFhfPAAS/...
Case

Good afternoon -

The file has been created and assigned.

Thank you,

Peggy Slivka
Fidelis Support

On Wed, Aug 23, 2023 at 10:28 AM Peggy (Margaret) Slivka <pslivka@fidelissupport.com> wrote:
> Good morning -
>
> I have requested a new litigation file for this matter.
>
> Thank you,
>
> Peggy Slivka
> Fidelis Support
>
> On Wed, Aug 23, 2023 at 10:13 AM M Hinds <mhinds@litdefstrategies.com> wrote:
>> Thanks.
>>
>> @Peggy (Margaret) Slivka - please request a lit file.
>>
>> Best,
>> Michelle Hinds
>> Lit Def Strategies, LLC
>> 211 W. Wacker Drive
>> Suite 900B
>> Chicago, IL 60606
>>
>> From: Taylor Robinson <taylorrobinsonesq@gmail.com>
>> Sent: Wednesday, August 23, 2023 10:00 AM
>> To: Deven K <deven@qualitycontrolexperts.com>; M Hinds <mhinds@litdefstrategies.com>
>> Cc: cs@levelonelaw.com <cs@levelonelaw.com>
>> Subject: 116029441 Level One Legal / ▇▇▇▇▇▇▇ over Complaint
>>
>> Deven and Michele,
>>
>> Good morning. Hope ya'll are well. Attached please find a summons and complaint sent in by the above-referenced client. Please pass along to and engage litigation services.
>>
>> All the best,
>>
>> --
>> Taylor Robinson
>> Attorney at Law
>> (205) 266-4466
>>
>> CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine and contain confidential and privileged information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at (205) 266-4466 or e-mail

Notes    History    To Do List

**Re: Please forward to litigation**

Delete | Reply All | Reply | Forward

Message   Details



From: **M Hinds**
To: pslivka@fidelissupport.com (mailto:pslivka@fidelissupport.com), vanaya@litdefstrategies.com (mailto:vanaya@litdefstrategies.com)
Cc: mgustafson422@gmail.com (mailto:mgustafson422@gmail.com), cs@northstarlegalgroup.com (mailto:cs@northstarlegalgroup.com)

4:41 PM | Sep 26, 2023

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000e5bFBA

(0) (/lightning/r/EmailMessage/02s6g00000e5bFBA

**Other Related People (0)**

**Related To (1)**

08140273 (/lightning/r/5006g00000squWIAAY/...
Case

Notes    History    To Do List

Thanks, Peggy.

@V Anaya - please request a lit file.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

---

**From:** Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
**Sent:** Tuesday, September 26, 2023 3:40 PM
**To:** M Hinds <mhinds@litdefstrategies.com>; V Anaya <vanaya@litdefstrategies.com>
**Cc:** Mercedes Gustafson <mgustafson422@gmail.com>; cs@northstarlegalgroup.com <cs@northstarlegalgroup.com>
**Subject:** Fwd: Please forward to litigation

Good afternoon -

I have cc'd Victor as this is a Northstar client.

Thank you,

Peggy Slivka
Fidelis Support

---------- Forwarded message ---------
From: **M Hinds** <mhinds@litdefstrategies.com>
Date: Tue, Sep 26, 2023 at 3:23 PM
Subject: Re: Please forward to litigation
To: Mercedes Gustafson <mgustafson422@gmail.com>, cs@no <cs@northstarlegalgroup.com>, Peggy (Margaret) Slivka <pslivka@fidelissupport.com>
rthstarlegalgroup.com

@Peggy (Margaret) Slivka - please request a lit file.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

---

**From:** Mercedes Gustafson <mgustafson422@gmail.com>
**Sent:** Tuesday, September 26, 2023 3:15 PM
**To:** cs@northstarlegalgroup.com <cs@northstarlegalgroup.com>
**Cc:** M Hinds <mhinds@litdefstrategies.com>
**Subject:** Please forward to litigation

Lit file needs to be opened and assigned please. Client texted me pics.

MG



**Last week I requested an itemization/breakdown from Canyon Legal re Dis...**   🔗   Delete  |  Reply All  |  Reply  |  Forward

| Message | **Details** | | | Related |

## Information

| Related To | 08433924 (/lightning/r/5006g00000zHl8qAAC/view) | Status | Read |
| Message Date | 11/6/2023, 7:07 AM | Last Modified By | System (/lightning/r/0056g000005sx9IAAA/view), 11/6/2023, 7:08 AM |
| Created By | System (/lightning/r/0056g000005sx9IAAA/view), 11/6/2023, 7:08 AM | | |
| Reply on Closed Case | Client Replied on closed Case | | |

### Related

(3+) (/lightning/r/EmailMessage/02s6g00000ev6Aa

image188421
Nov 6, 2023 • 1KB • png
(/lightning/r/ContentDocument/0696g00000ZSZahAAH/view)

image003
Nov 6, 2023 • 2KB • jpg
(/lightning/r/ContentDocument/0696g00000ZSZaiAAH/view)

image002
Nov 6, 2023 • 2KB • jpg
(/lightning/r/ContentDocument/0696g00000ZSZajAAH/view)

View All
(/lightning/r/EmailMessage/02s6g00000ev6AaAAI/related/Combined

(0) (/lightning/r/EmailMessage/02s6g00000ev6AaA

**Other Related People (0)**

**Related To (1)**

08433924 (/lightning/r/5006g00000zHl8qAAC/...
Case

## Address Information

| From Address | ▓▓▓▓hotmail.com (mailto:▓▓▓▓l.com) |
| From Name | ▓▓▓▓ |
| To Address | ▓▓▓▓ |
| CC Address | cs@canyonlegalgroup.com |
| BCC Address | |

## Message Content

| Subject | Last week I requested an item▓▓▓▓vn from Canyon Legal re Discover c/o Zwicker Office. RE: Discover Vs ▓▓▓▓ et for Sept 26, 2019 Dkt CV 2019 CV 209 our Canyon file F 0023058060 ZA FILE NO. 5397297 |

HTML Body

LAW. OFFICE. OF. HAL. BROWDER

Nov 6, 2023

Re: ▮
Vs C: ▮
Our File F 0023058000
Dkt CV 2019 CV 209

Dear Mr & ▮

Last week I requested an itemization/breakdown from Canyon Legal re ▮ Office.
to date there's been no reply.
I also recently forwarded ▮ Nov 3, 2023 reply, hereinbelow, re $ ▮ paid and several missed payments to Canyon Legal.
At least we did get good news from Barry Gammons Esq's Letter to us and the Hardin County clerk that ▮ in is paid in full and satisfied. Thanking you for your cooperation.

With best regards

3308 Lebanon Pike # 30
Hermitage, TN 37076
615 495 8352
Bopr 013177

From: Timmy Keen <invkeen@yahoo.com>
Sent: Friday, November 3, 2023 12:20 PM
To: ▮ browder@hotmail.com>; ▮ ▮m>
<l. ▮ ,m>
Cc: ▮@▮ ▮roup.com <Cs@canyonlegalgroup.com>
Subject: Re: ▮ pposing atty's response today Nov 3, 2023 RE: Discover Vs ▮ · 26, 2019 Dkt CV 2019 CV 209 our Canyon file F 00230580▮ ZA FILE NO. 5397297

Somebody isnt telling the truth because the global site does not show any payments we're missed and the same amount of money has been put in the account since then when I started this so I've made all my payments to colonial and the checks show on global during time they said as being wrote to them I am not pleased

[Sent from Yahoo Mail for iPhone]Sent from Yahoo Mail for iPhone

On Friday, November 3, 2023, 11:34 AM, hal browder <halbrowder@hotmail.com> wrote:

> From: Michelle Moghadom, Esq.
> <mmoghadom@zwickerpc.com>
> Sent: Friday, November 3, 2023 10:17 AM
> To: 'hal browder' <halbrowder@hotmail.com>
> Cc: Jeffrey Rossman · ▮ @▮ickerpc com>
> Subject: Discover Vs ▮ t 26, 2019 Dkt CV 2019 CV 209 our Can ▮ FILE NO. 5397297
>
> Hal:
>
> Your client paid a total of $4,480.01, several payments were missed.
>
> Sincerely,
> Michelle S. Moghadom



Michelle Moghadom, Esq.
Managing Attorney
mmoghadom@zwickerpc.com
1.615.376.2780 ext. 70401

Zwicker & Associates, P.C.
Attorneys at Law
5409 Maryland Way, Suite 310
Brentwood, TN 37027
1.615.376.2781 fax
A Law Firm Engaged in Debt Collection

**From:** hal browder <halbrowder@hotmail.com>
**Sent:** Tuesday, October 31, 2023 8:51 AM
**To:** Michelle Moghadom, Esq. <mmoghadom@zwickerpc.com>
**Cc:** Jeffrey Rossman <jrossman@zwickerpc.com>
**Subject:** Please itemize payments on Agreed ～～～～～ ment.
Attached Oct 2019 Agreed Order for Discove ～～～ set for
Sept 26, 2019 Dkt CV 2019 CV 209 our Canyo ～～～ ~~3038060

> ⚠ **EXTERNAL EMAIL - CAUTION**
>
> DO NOT open attachments or click on links
> from unknown senders or unexpected emails

LAW.    OFFICE.    OF.    HAL.    BROWDER

Oct 31, 2023

Zwicker Law Office
Attn: Ms Moghadom Esq
5409 Maryland Way # 110
Brentwood, TN 37027

~~~
~~~
~~~
Dkt CV 2019 CV 209

Dear Ms Moghadom Esq:

    Yesterday ～～ ～～～ the ～～～ ed me via phone,
unhappy t~ ～～～ d a Garnishment for his wife's debt.
The ～～～ t by ～～～ fice to contact me as
attorney o～～～
    Accordingly, I'd ask for a breakdown or itemization of
payments made and balance due and owing
    The 2019 Agreed Order is attached
    This matter is set for July 11, 2019 in Hardin County TN
General Sessions court
    Please respond. Thanking you for your anticipated
cooperation

With best regards,

/s/HalBrowder
3308 Lebanon Pike # 30
Hermitage, TN 37076
615 495 8352
Bopr 013177

**From:** hal browder <halbrowder@hotmail.com>
**Sent:** Tuesday, December 29, 2020 1:57 PM
**To:** Jennenbach@litdefstrategies.com <Jennenbach@litdefstrategies.com>
jmoy@litdefstrategies.com <jmoy@litdefstrategies.com>
**Cc:** Cs@canyonlegalgroup.com <Cs@canyonlegalgroup.com>
**Subject:** Restarting payments ～～～ ' Oct 2019
Agreed Order for Discover Vs ～～～ Sept 26, 2019
Dkt CV 2019 CV 209 our Can~~~ ～～ ～～～ ～0

LAW          OFFICE
OF           HAL          BROWDER

Dec 29, 2020

RE: [
vs C~
Our C~    ~23058060
Dkt No 2019 CV 209

Dear Jessica or Jennifer:

    On Dec 10, 2020 Brandi Hildebrand with ～～～
Collections 1 800 ~~4 0524 ext 5649 called inquiring about our client
～～～ starting payments again: "Was paying for a
～～～ ived payment on June 2020. Balance was $
～～～ but now $ ~,579.66 with accrued interest..."
    For sake of reference attached is the Agreed
Order/Stip emailed by Alex Dimitt with ～～～ e on Oct 3,
2019 to amortize the $ ～～～ n plus $ ~~~.~~ ~~~rt costs at the

**RE: 116046960 ▓▓▓▓▓ Clear Creek american express summons**

| Delete | Reply All | Reply | Forward |

**Message**   Details


From: **Deven K**  8:51 AM | Feb 13
To: taylorrobinsonesq@gmail.com   Cc: mhinds@litdefstrategies.com
(mailto:taylorrobinsonesq@gmail.com) (mailto:mhinds@litdefstrategies.com), cs@clearcreeklegal.com
(mailto:cs@clearcreeklegal.com)

**Related**

(0) (/lightning/r/EmailMessage/02s6g00000gC8Ap/

(0) (/lightning/r/EmailMessage/02s6g00000gC8Ap/

**Other Related People (0)**

**Related To (1)**

09105114 (/lightning/r/5006g000012xzoQAAQ...
Case

Thanks, Taylor

Thank you,
Deven Kampel
Quality control
(312) 210-0356

This message along with any documents, files or attachments is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message, documents, files or attachments to the intended recipient, you are hereby notified that any dissemination, distribution, copying or storing of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and delete the contents of the communication without reviewing or disclosing the contents to anyone, using them for any purpose, or storing or copying the communication on any medium.

From: Taylor Robinson <taylorrobinsonesq@gmail.com>
Sent: Tuesday, February 13, 2024 7:24 AM
To: Deven K <deven@qualitycontrolexperts.com>
Cc: M Hinds <mhinds@litdefstrategies.com>; cs@clearcreeklegal.com
Subject: 116046960 ▓▓▓▓▓ Clear Creek american express summons

Deven,

Good morning.

Please pass this to litigation.

Thank you,

--
Taylor Robinson
Attorney at Law
(205) 266-4466

CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the

📝 Notes   🕐 History   ≔ To Do List