EXHIBIT 11

## Re: 116081901 ▬▬▬▬▬ evel One_1st_Franklin_Financial_Complaint

**Message** | **Details**

### Information

| | | | |
|---|---|---|---|
| Related To | 09031497 | Status | Read |
| Message Date | 1/31/2024, 11:00 AM | Last Modified By | Robbie Gorney, 2/16/2024, 10:55 AM |
| Created By | System, 1/31/2024, 11:00 AM | | |
| Reply on Closed Case | No Communication Missed | | |

### Address Information

| | |
|---|---|
| From Address | mhinds@fidelissupport.com |
| From Name | Michelle Hinds |
| To Address | deven@qualitycontrolexperts.com |
| CC Address | taylorrobinsonesq@gmail.com; cs@levelonelaw.com |
| BCC Address | |

### Message Content

| | |
|---|---|
| Subject | Re: 116081901 ▬▬▬▬ evel One_1st_Franklin_Financial_Complaint |
| HTML Body | Thank you, Taylor. We will assign this to a litigation attorney. |

On Wed, Jan 31, 2024 at 7:49 AM Deven K <deven@qualitycontrolexperts.com> wrote:

> Good Morning Taylor,
>
> Thank you for sending.

### Re: 116081901▓▓▓▓▓▓▓▓▓▓_Level One_1st_Franklin_Financial_Complaint

**Message** Details

From: **Michelle Hinds**
To: deven@qualitycontrolexperts.com  Cc: taylorrobinsonesq@gmail.com, cs@levelonelaw.com

11:00 AM | Jan 31

Thank you, Taylor. We will assign this to a litigation attorney.

On Wed, Jan 31, 2024 at 7:49 AM Deven K <deven@qualitycontrolexperts.com> wrote:

> Good Morning Taylor,
>
> Thank you for sending.
>
> Thank you,
>
> Deven Kampel
>
> Quality control
>
> (312) 210-0356

This message along with any documents, files or attachments is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message, documents, files or attachments to the intended recipient, you are hereby notified that any dissemination, distribution, copying or storing of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and delete the contents of the communication without reviewing or disclosing the contents to anyone, using them for any purpose, or storing or copying the communication on any medium.