EXHIBIT 12

| | |
|---|---|
| **From:** | Michelle Hinds <mhinds@fidelissupport.com> |
| **Sent:** | Wednesday, January 31, 2024 10:02 AM |
| **To:** | Melissa Riley |
| **Subject:** | Fwd: File #116026404 - |

**CAUTION** This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.

Melissa,

Are you able to get these lit docs and send them to me so I can get an attorney on it immediately?

---------- Forwarded message ---------
From: **Jean Duncombe** <duncombelawoffice@yahoo.com>
Date: Wed, Jan 31, 2024 at 11:21 AM
Subject: Re: File #116026404 -
To: Michelle Hinds <mhinds@fidelissupport.com>

Hi Michelle.

Just spoke with the client. He advised that he went in to the Portal this morning and confirmed that the documents have been uploaded to his file. He also saw a note that the file is in litigation and a settlement is being worked out. He did not attend the zoom meeting since he assumed the matter was being handled. I asked client to email me the documents but he does not know how to send emails. He
said that he had faxed documents to us back when he received them and it cost him $30.

Duncombe Law Office
3030 N. Rocky Point Drive
Suite 150
Tampa, Florida 33607
Tel. (813) 810-7092
Fax (813) 350-7801

On Wednesday, January 31, 2024, 11:50:19 AM EST, Michelle Hinds <mhinds@fidelissupport.com> wrote:

Jean,

We don't have lit docs here. Can you send them to us so we can get a lit attorney on this?

On Wed, Jan 31, 2024 at 10:28 AM Jean Duncombe <duncombelawoffice@yahoo.com> wrote:
> Good morning.
>
> Client has a Zoom hearing scheduled for 10:00am today  (Not sure what time zone). He has not been contacted by anyone from the litigation department and he is a nervous wreck. He indicates that the Portal reflects that the account is in litigation but he has no idea what to do. I told him to request a continuous if no one from the Firm appears.
>
> Thank you,

1

Jean

Duncombe Law Office
3030 N. Rocky Point Drive
Suite 150
Tampa, Florida 33607
Tel. (813) 810-7092
Fax (813) 350-7801

--
Michelle Hinds
Fidelis Support

--
Michelle Hinds
Fidelis Support