# EXHIBIT 13

| | |
|---|---|
| **From:** | Brian Reiss |
| **To:** | Melissa Riley; Andrew Ceranski; Sarah Taylor; 8:teamsvisitor:fa53765f70fe498cbdfb9c03595c7ca1; 8:teamsvisitor:066dc7da13994cc29d4f4b3eba0d4ea5; Gati Vashi; Bill Miller |
| **Date:** | Monday, January 22, 2024 12:41:28 PM |

https://www.fidelissupport.com/