UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>STRAFTS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>                Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>                Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

**[PROPOSED] ORDER HOLDING LIT DEF STRATEGIES, LLC
AND JASON BLUST IN CIVIL CONTEMPT AND OTHER RELIEF**

      WHEREAS, having considered the Receiver's Emergency Motion for an Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt, the Declaration of Alexander D. Wall, Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust's opposition, the Receiver's reply, and having held an evidentiary hearing, the Court finds good cause, and so

      IT IS HEREBY ORDERED that Lit Def Strategies, LLC is held in civil contempt until it complies with the Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief (Dkt. No. 12, "TRO");

      IT IS HEREBY ORDERED that Jason Blust is held in civil contempt until he complies with the TRO;

      IT IS FURTHER ORDERED that Lit Def Strategies, LLC and Jason Blust shall jointly be charged a fine in the amount of $1,000 a day until the civil contempt is purged; and

2

IT IS FURTHER ORDERED that the Receiver shall be permitted to submit a petition for his fees and costs in connection with the proceedings related to this Order, which the Court will consider at a later date.

IT IS SO ORDERED, this ____ day of _____, 2024.

                                                                _____
                                                                HONORABLE MICHAEL J. ROEMER
                                                                UNITED STATES MAGISTRATE JUDGE