# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, and <br><br> DANIEL BLUMKIN, et al. <br><br> Relief Defendants. | CASE NO. 24-CV-40-EAW-MJR |

## NOTICE OF EMERGENCY MOTION TO MODIFY THE ASSET FREEZE

| | |
|---|---|
| MOTION BY: | Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar. |
| RELIEF SOUGHT | A modification of the preliminary injunction, entered March 4, 2024 (ECF 184), prohibiting Plaintiffs from freezing assets of unrelated businesses. |
| WHEN RETURNABLE | As directed by the Court |
| WHERE RETURNABLE | Hon. Magistrate Judge Michael J. Roemer <br> United States Courthouse <br> 2 Niagara Square Buffalo, New York 14202 |
| IN SUPPORT | Memorandum of Law in Support of Motion, dated March 12, 2024 |

|  |  |
|---|---|
| | **Respectfully submitted,** |
| Dated: March 12, 2024 | */s/ Ronald S. Safer* |

Ronald S. Safer (*pro hac vice*)
Rodney Perry (*pro hac vice*)
Matthew Kennison (*pro hac vice*)
Maegan McAdam
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Tel: (312) 471-8700
rsafer@rshc-law.com
rperry@rshc-law.com
mkennison@rshc-law.com
mmcadam@rshc-law.com

*Attorneys for Defendant Ryan Sasson and Relief Defendants Daniel Blumkin, Albert Ian Behar, Blaise Investments LLC, Twist Financial LLC, and Duke Enterprises LLC*

## **CERTIFICATE OF SERVICE**

I, Ronald S. Safer, an attorney, hereby certify that on March 12, 2024, I caused a copy of the foregoing to be served via CM/ECF upon all counsel of record.

*/s/ Ronald S. Safer*
