UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.,<br><br>　　　　　Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>　　　　　Relief Defendants. | **Declaration of Terrence M. Connors, Esq.**<br><br>Case No. 24-CV-40-EAW-MJR |

| | |
|---|---|
| MOTION ON BEHALF OF: | Intervenors Clear Creek Legal, LLC; Credit Advocates Law Firm, LLC; Greenstone Legal Group; Bradon Ellis Law Firm LLC;  Hailstone Legal Group; Hallock and Associates; Harbor Legal Group; Anchor Law Firm, PLLC; Bedrock Legal Group; Boulder Legal Group; Canyon Legal Group, LLC; Great Lakes Law Firm; Heartland Legal Group; Level One Law; Meadowbrook Legal Group; Monarch Legal Group; Newport Legal Group, LLC; Northstar Legal Group; Option 1 Legal; Pioneer Law Firm P.C.; Rockwell Legal Group; Spring Legal Group; Royal Legal Group; Slate Legal Group; Stonepoint Legal Group; The Law Firm of Derek Williams, LLC; Whitstone Legal Group; Wyolaw, LLC,; Chinn Legal Group, LLC; Leigh Legal Group, PLLC; Hallock & Associates LLC; Gustafson Consumer Law Group, LLC; Michel Law, LLC; |

|  |  |
|---|---|
|  | The Law Office of Melissa Michel LLC; and Moore Legal Group, LLC (collectively, "Law Firms"), by and through their attorneys Connors LLP |
| <u>DATE, TIME, AND PLACE OF MOTION</u>: | To be determined by this Court before the Hon. Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is requested. |
| <u>RELIEF REQUESTED</u>: | An Order of this Court (1) directing the Receiver to instruct Global Client Solutions to resume fee payments to Hailstone and Royal; and (2) directing the Receiver to increase staffing levels and provide the Law Firms with access to certain services, personnel, systems, and information as described in the accompanying memorandum of law. |
| <u>GROUNDS FOR RELIEF REQUESTED</u>: | This Court's March 4, 2024 Preliminary Injunction Order (Dkt. 184). |
| <u>SUPPORTING PAPERS</u>: | Declaration of Terrence M. Connors, Esq., dated March 20, 2024, with exhibits and the accompanying Memorandum of Law.<br><br>The Law Firms intend to submit reply papers. |

DATED: Buffalo, New York
March 20, 2024

                <u>/s/ Terrence M. Connors</u>
                Terrence M. Connors, Esq.
                Andrew M. Debbins, Esq.
                CONNORS LLP
                Attorneys for the Law Firms
                1000 Liberty Building
                Buffalo, New York 14202
                (716) 852-5533
                tmc@connorsllp.com
                amd@connorsllp.com

TO: James C. Thoman, Esq.
    HODGSON RUSS LLP
    Attorneys for the Receiver
    The Guaranty Building
    140 Pearl Street
    Suite 100
    Buffalo, New York 14202