# EXHIBIT B

## Terrence M. Connors

| | |
|---|---|
| **From:** | Thoman, James C. <JThoman@hodgsonruss.com> |
| **Sent:** | Wednesday, March 13, 2024 6:21 PM |
| **To:** | Terrence M. Connors |
| **Cc:** | Nicole M. Uhlendorff |
| **Subject:** | RE: CFPB v SFS |

Hello Terry, I will review your letter with the Receiver and respond. However, I will not be able to respond today. We will try and get back to you by the end of this week.

Thanks

Jim

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Monday, March 11, 2024 4:11 PM
**To:** Thoman, James C. <JThoman@hodgsonruss.com>
**Cc:** Nicole M. Uhlendorff <nmu@connorsllp.com>
**Subject:** FW: CFPB v SFS

## External Email - Use Caution

Jim:
  Please review.
    Thanks,  Terry



**Terrence M. Connors** | **Partner**
tmc@connorsllp.com

**Connors LLP**
1000 Liberty Building
Buffalo NY 14202
T. 716-852-5533
F. 716-852-5649
www.connorsllp.com

Note: This e-mail may contain privileged or confidential information.

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Monday, March 11, 2024 4:10 PM
**To:** Terrence M. Connors <tmc@connorsllp.com>
**Subject:** CFPB v SFS

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient,*