# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.,<br><br>　　　　Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>　　　　Relief Defendants. | **Declaration of Terrence M. Connors, Esq.**<br><br>Case No. 24-CV-40-EAW-MJR |

MOTION ON BEHALF OF:   Intervenors Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Brandon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitestone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel

|  |  |
|---|---|
|  | Law, LLC, The Law Office of Melissa Michel LLC, and Moore Legal Group, LLC. (collectively, the "Law Firms"), by and through their attorneys Connors LLP |
| <u>DATE, TIME, AND PLACE OF MOTION</u>: | To be determined by this Court before the Hon. Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
|  | Oral argument is requested. |
| <u>RELIEF REQUESTED</u>: | An Order modifying the Preliminary Injunction (Dkt. 184) to allow the processing and timely payment of a claim submitted by the Law Firms against a captive insurance policy at Cell Gramercy 2 of Contego Insurance, Inc., and to allow the processing and payment of future claims up to the policy's limit. |
| <u>GROUNDS FOR RELIEF REQUESTED</u>: | This Court's March 4, 2024 Preliminary Injunction Order (Dkt. 184); Utah Code 31A-37-104; and this Court's inherent authority. |
| <u>SUPPORTING PAPERS</u>: | Declaration of Terrence M. Connors, Esq., dated March 22, 2024, with exhibits, and the accompanying Memorandum of Law. |
|  | The Law Firms intend to submit reply papers. |

DATED:   Buffalo, New York
         March 22, 2024

                                        */s/ Terrence M. Connors*
                                        Terrence M. Connors, Esq.
                                        Andrew M. Debbins, Esq.
                                        CONNORS LLP
                                        Attorneys for the Law Firms
                                        1000 Liberty Building
                                        Buffalo, New York 14202
                                        (716) 852-5533
                                        tmc@connorsllp.com
                                        amd@connorsllp.com

TO:   James C. Thoman, Esq.
      HODGSON RUSS LLP
      Attorneys for the Receiver
      The Guaranty Building
      140 Pearl Street
      Suite 100
      Buffalo, New York 14202