

**James C. Thoman**
Partner
Direct Dial: 716.848.1361
JThoman@hodgsonruss.com

March 25, 2024

**Via CM/ECF and Electronic Mail**

Honorable Michael J. Roemer
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Roemer:

      Re:   *Consumer Financial Protection Bureau, et al. v StratFS, LLC, et al.*
              WDNY Case No. 24-CV-40-JLS-MJR

      This firm is local counsel to the Court Appointed Receiver, Thomas W. McNamara, Esq. (the "Receiver").  The Receiver hereby withdraws his Emergency Motion to Enforce Stay Provisions of Preliminary Injunction and for the Release of Funds to Pay Receivership Payroll and Operational Expenses (the "Motion") (Dkt. No. 236), based on an agreement reached with CIBC Bank and Valley Bank to release funds to be used for the Receivership Expenses as outlined in the Motion.

      Please have your Clerk contact me should you have any questions.  Thank you in advance for your courtesies and attention to this matter.

                                 Respectfully submitted,

                                 James C. Thoman

Cc:    All counsel of record  (Via CM/ECF)