IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, <br><br> and DANIEL BLUMKIN, et al. <br><br> Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

## NOTICE OF MOTION FOR AN ORDER GRANTING EMILY A. SHUPE'S PRO HAC VICE ADMISSION

PLEASE TAKE NOTICE, that counsel for Intervenor Law Firms, Terrence M. Connors, moves this Court for an Order pursuant to Local Civil Rule 83.1 of the United States District Court for the Western District of New York, granting pro hac vice admission to attorney, Emily A. Shupe, for the purposes of participating in and arguing the above-captioned case on their behalf.

Dated:  Buffalo, New York
        April 9, 2024

Respectfully Submitted,

*/s/ Terrence M. Connors*

Terrence M. Connors
**CONNORS LLP**
1000 Liberty Building
Buffalo, New York 14202
T: (716) 852-5533
F: (716) 852-5649
tmc@connorsllp.com