UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Emily A. Shupe
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF Erie )

Terrence M. Connors, being duly sworn deposes and says:

1. I reside at:
150 New Amsterdam Avenue, Buffalo, New York 14216
and maintain an office for the practice of law at: Connors LLP, 1000 Liberty Building
424 Main Street, Buffalo, NY 14202

2. I am an attorney at law, admitted to practice in the State of New York, Supreme Court of the United States of America, I was admitted to practice in the United States District Court for the Western District of New York on the 14 day of February, 1974.

3. I have known the petitioner since January, 2024 and under the following circumstances:
Ms. Shupe has served as co-counsel in the Consumer Financial Protection Bureau, et a. v. STRATFS, LLC, et al. litigation.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:
Ms. Shupe has displayed exemplary character and high ethical standards necessary for admission to practice in this Court

_T̲e̲r̲r̲M̲.̲ ̲C̲o̲n̲n̲o̲r̲s̲_
Signature of Sponsoring Attorney

Sworn to before me this 9th day of April, 2024
_____
Notary Public

ANDREW M. DEBBINS
No. 02DE6401181
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 12/02/2027