# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF Illinois )
) SS:
DuPage COUNTY )

I, Emily A. Shupe of Chicago, Illinois
                                     City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

*Signature of Attorney*

Subscribed and sworn to before me this 8th day of April, 2024.

*Notary Public*

OFFICIAL SEAL
LINDSEY BULLIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/10/24

Rev. 2/2000