

April 10, 2024

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
            Case No. 24-cv-40

Dear Judge Roemer,

    The Strategic Defendants recently filed a motion for an order to show cause why the Receiver should not be compelled to provide support services to the Intervening Law Firms. Dkt. # 276 (the "Motion"). The Conversion Plan must be implemented in short order so that the approximatley 65,000 clients can be serviced promptly, and the Strategic Defendants can return to profitability. Due to the urgent need of the Conversion Plan, the Strategic Defendants respectfully request a conference concerning the Motion as soon as the Court is able to accommodate.

    We appreciate the Court's thoughtful consideration in this urgent matter.

Respectfully,

    /s/ Dennis C. Vacco
    Dennis C. Vacco, Esq.
    Scott S. Allen, Jr., Esq.
    LIPPES MATHIAS LLP
    50 Fountain Plaza, Suite 1700
    Buffalo, New York 14202
    (716) 853-5100
    dvacco@lippes.com
    sallen@lippes.com

    *Attorneys for Strategic Defendants*

**Dennis C. Vacco**  |  Partner  |  dvacco@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**



cc: Christopher.boyd@ny.ag.gov
vanessa.buchko@cfpb.gov
monika.moore@cfpb.gov
joseph.sanders@cfpb.gov
kevin.burns@coag.gov
marion.quirk@delaware.gov
kevin.kevitsky@delaware.gov
greg.grzeskiewicz@ilag.gov
Daniel.edelstein@ilag.gov
Amanda.bacoyanis@ilag.gov
Mattew.davies@ilag.gov
Evan.romanoff@ag.state.mn.us
lweaver@ncdoj.gov
beilinlw@doj.state.wi.us