# Confidential Statement

# (Filed Under Seal Pursuant to No. 6 of Pro Hac Vice Application)