UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF Illinois       )
                        ) SS:
DuPage         COUNTY   )

I, Timothy D. Elliott of Glen Ellyn, Illinois
                              City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 11th day of April, 2024.

_____
Notary Public

OFFICIAL SEAL
LINDSEY BULLIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/10/24

Rev. 2/2000