UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>                Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>                Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>                Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

## NOTICE OF RECEIVER'S REPORT RE: PROTECTION OF CONSUMERS AND EMERGENCY REQUEST FOR INSTRUCTION

| | |
|---|---|
| Moving Party: | Receiver, Thomas W. McNamara |
| Directed To: | All parties in interest. |
| Date and Time: | As soon as practicable. |
| Place: | Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Emergency Request for Instruction and supporting exhibits. |
| Answering Papers: | To be filed on schedule as determined by the Court. The Receiver intends to file a reply. |
| Relief Requested: | An Order granting Receiver's Emergency Request for Instruction. |

1

| | |
|---|---|
| Oral Argument: | Waived, unless requested by any party opposing the Emergency Request for Instruction. |

Dated: April 15, 2024

**MCNAMARA SMITH LLP**

By: ___/s/ *Alexander D. Wall*___
Alexander D. Wall (*Pro Hac Vice*)
Logan D. Smith  (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: awall@mcnamarallp.com;
lsmith@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*

2