# EXHIBIT 2

| | |
|---|---|
| **From:** | R G <rickg@gustafsonlc.com> |
| **Sent:** | Tuesday, April 2, 2024 7:20 AM |
| **To:** | Thomas McNamara; James C. Thoman |
| **Cc:** | Terrence M. Connors |
| **Subject:** | Communication re: Client Transition |
| **Attachments:** | Conversion - Toll Free Numbers.pdf |

**EXTERNAL**

Dear Mr. Receiver,

On behalf of the Intervenor Law Firms, I want to apprise you of a development in our client representation. Effective today, the Law Firms are transitioning to a contingent fee model that is designed to comply with the proportionality requirements in the TSR.  The Law Firms have been in contact with their clients to apprise them of this development and to obtain client consent to this change in fee structure. To avoid burdening SFS with a high volume of communications (which we strongly suspect SFS lacks the financial and manpower resources to handle), the Law Firms have advised their clients to communicate directly with the Firms if they have questions or need additional information about this change. We are advising you of this development for two main reasons.

First, there is a possibility that, notwithstanding the instructions provided, some Law Firm clients may contact SFS with questions about this transition. To the extent that happens, we expect you to instruct the SFS personnel to direct the Law Firm clients to the corresponding law firm 800 number on the attached document.  To be clear, the Law Firms do not want SFS employees responding to substantive client questions regarding this change in fee structure. Instead, we want SFS to direct the clients to the Law Firms for answers to such questions.

Second, we want to apprise you that, once the Law Firm clients begin transitioning, we expect SFS to provide appropriate support for those clients, including support relating to debt negotiations, the payment and processing of fees, and appropriate instructions to Global and RAM. We know that Mr. Vacco has provided your office with a proposed transition plan to allow SFS to properly service Law Firm clients on a contingent fee basis. We urge you to work with him and the appropriate SFS personnel to ensure this will happen in a timely manner.

Sincerely,
Richard K. Gustafson, II, Esq.
Managing Principal
Gustafson Legal, P.C.
2906 Central Street, Ste. 184
Evanston, IL  60201
Cell:  312-342-6200

NOTICE:  This message along with any documents, files or attachments is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message, documents, files or attachments to the intended recipient, you are hereby notified that any dissemination, distribution, copying or storing of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and delete the contents of the communication without reviewing or disclosing the contents to anyone, using them for any purpose, or storing or copying the communication on any medium.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Gustafson Legal, P.C. for any loss or damage arising in any way from its use.