# EXHIBIT 4

| | |
|---|---|
| **From:** | Melissa Riley <mriley@stratfs.com> |
| **Sent:** | Thursday, April 4, 2024 11:34 AM |
| **To:** | Thomas McNamara; Brian Reiss; Logan Smith; Joseph O'Donnell |
| **Cc:** | James C. Thoman |
| **Subject:** | RE: Your Documents are ready for you to sign - Clear Creek - Letter to Clients and Amendment |

**EXTERNAL**

Here is an example of the reminder.

---------- Forwarded message ---------
From: <cmcp@hallockassociates.com>
Date: Thu, Apr 4, 2024 at 3:37 AM
Subject: Janel ▇▇▇ Urgent Matter Reminder
To: <▇▇▇▇▇▇▇@gmail.com>

Hi Janel,

This is Hallock & Associates LLC again, we have sent you an email recently about some important changes and see that you have yet to review your new program agreement, there are some great updates happening with your current debt relief program.

Please take the time NOW to look for the email you should have received from digisign@leadtrac.net, they are our email service provider.

Thank you,

Melissa Riley
VP of Client Services
O: (716) 431-4103   //   E: mriley@stratfs.com

