# EXHIBIT 6

| | |
|---|---|
| **From:** | Shea ▮ |
| **To:** | Thomas McNamara; info@regulatoryresolutions.com |
| **Subject:** | FW: IMPORTANT INFORMATION FROM YOUR LAW FIRM |
| **Date:** | Saturday, April 13, 2024 10:06:22 AM |

**EXTERNAL**

Mr. McNamara – I received this email from Slate Legal Group. It references an email sent by you regarding a suit filed in New York. Did you send this email and if so, can you please send it to me? I did not get a copy or my junk filter caught it.

I am a "client" of Slate Legal Group and have been subject to all the issues and problems outlined in the Complaint against the other companies in case 1:24-cv-00040-JLS-MJR. Are you planning on doing a consumer class or just the states' case? Any info would be greatly appreciated.

Thank you.

Shea ▮
▮

---

**From:** cmcp@slatelegalgroup.net <cmcp@slatelegalgroup.net>
**Date:** Friday, April 12, 2024 at 8:37 PM
**To:** ▮@hotmail.com ▮@hotmail.com>
**Subject:** IMPORTANT INFORMATION FROM YOUR LAW FIRM

Dear Client:

Within the past day, you may have gotten an email from Thomas McNamara regarding a lawsuit in New York. We would like to make two points in response to his email.

1. That email was not authorized by our law firm and Mr. McNamara should not have sent that email. Mr. McNamara is not associated with our law firm. He got your email address because he works with one of the law firm's vendors. We have advised him to refrain from further communications with you.
2. Mr. McNamara's email was misleading and false. Our law firm will continue to negotiate and settle your debts, and our law firm will continue to represent you in lawsuits. And our law firm is NOT being sued in New York. Rather, in that lawsuit, the government is suing the vendor that Mr. McNamara is associated with. To repeat: the government has not brought any claims against our law firm.

Mr. McNamara mentioned the law firm's fee structure. The law firm is already taking steps to address that issue. As you know, we have recently contacted you about an amendment to your agreement with the law firm. The purpose of that amendment is to change the law firm's fee structure that will allow the firm to collect fees only when it settles your debts. We urge you to review that amendment. If you have questions, please contact (888) 878-2161.

Slate Legal Group