EXHIBIT 7

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Saturday, April 13, 2024 2:48 PM
**To:** Thoman, James C. <JThoman@hodgsonruss.com>
**Cc:** Nicole M. Uhlendorff <nmu@connorsllp.com>
**Subject:** CFPB v. SFS et al

**External Email - Use Caution**

Dear Jim:

Yesterday, I called you to ask whether Strategic employees have been advising Law Firm clients not to sign the amendments to their agreements. You graciously said you would look into that issue and get back to me.

In the meantime, we have become aware that the Receiver has sent an email to all Law Firm clients that falsely represents that the Law Firms will not settle any debts, and promises that another email is forthcoming. That email was not authorized by the Law Firms. On the contrary, the Law Firms have specifically instructed the Receiver not to interfere with the transition process. It is the position of the Law Firms that the Receiver has no right to send such emails, and no right to misrepresent the Law Firms' ability to settle debts or serve clients. We demand that the Receiver and Strategic cease and desist from sending any mass emails to our clients, unless they are specifically authorized by the Law Firms in writing.

The Strategic entities are vendors to the Law Firms. They act at the direction of the Law Firms. Neither the Receiver nor Strategic are entitled to provide their own legal advice to Law Firm clients. The Law Firms gave specific instructions to the Receiver to refrain from engaging with Law Firm clients about the transition process except as necessary to refer them to the appropriate Law Firm representatives. The Receiver appears to be instructing Strategic to act in a manner contrary to the Law Firms' instruction. That tortiously interferes with the relationship between the Law Firms and their clients. In addition, as an attorney, the Receiver must be aware of his obligation to refrain from communicating with (much less providing legal advice to) represented parties. Such conduct will lead to legal action if the Receiver again seeks to interfere with its client (or vendor) relationships.

As always, I am available to discuss if you have any questions on this matter. As I am sure you understand, this is a very high priority for the Law Firms and we would appreciate a prompt response.

Best, Terry



**Terrence M. Connors | Partner**
tmc@connorsllp.com

**Connors LLP**
1000 Liberty Building
Buffalo NY 14202
T. 716-852-5533
F. 716-852-5649
www.connorsllp.com

Note: This e-mail may contain privileged or confidential information.