EXHIBIT 8

| | |
|---|---|
| **From:** | Thoman, James C. |
| **To:** | Terrence M. Connors |
| **Cc:** | Nicole M. Uhlendorff; Thomas McNamara; Michelle A. Heftka |
| **Subject:** | RE: CFPB v. SFS et al |
| **Date:** | Monday, April 15, 2024 8:28:24 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | FW Communication from Court-Appointed Receiver.msg |

Terry, after you and I spoke on Friday regarding your concerns about alleged communications from Strategic employees to law firm clients I spoke with the Receiver.  He reached out to Melissa Riley regarding your inquiry to see if there was any basis for these allegations.  Melissa indicated that when consumers called in about the law firms' request for amendments that customer service representatives were instructed to indicate that the customer service team won't be able to provide further clarification as to the amendments.

Based on what he learned from Melissa Riley, the Receiver disputes your claim that Strategic employees advised law firm clients as to the amendments to the engagement agreements.  Nevertheless, following my call to the Receiver, he reminded Strategic personnel through Melissa Riley that no advice, legal or otherwise, should be provide to consumers regarding the communications or amended engagement agreements with the law firms. Ms. Riley will remind the customer service representatives today.

Receiver's Notice to Consumers:

As you know, the Court issued a Preliminary Injunction Decision and Order which specifically requires the Receiver "to protect consumers who are currently enrolled in the debt-relief program operated by defendants and intervenor law firms."  (Dkt 183 at 56).  The Receiver sent a notice, dated April 10, 2024, to consumers ("Consumer Notice"). I have attached a copy for your reference.  The Consumer Notice is a factual recitation of the status of the lawsuit and the consumers' rights to their money in the dedicated accounts and settlement payments.   The Consumer Notice makes clear that the law firms are not defendants in the lawsuit.  And, contrary to the assertion, the Consumer Notice did not indicate that the law firms would not settle debts.  The Consumer Notice

indicated that the "defendants" would not settle debts.

Your clients' instructions that "the Receiver refrain from engaging with Law Firm clients " is odds with his duties under the Preliminary Injunction, and particularly his obligation "to protect consumers who are currently enrolled in the debt-relief program operated by defendants and intervenor law firms," and the Receiver intends to abide by the Court's Order.  We do not believe doing so tortiously interferes with the law firms' relation with the consumers.   To be clear, the Receiver and StratFS staff are not providing legal advice to represented parties.

In conjunction with Consumer Notice, Strategic provided scripted responses for customer service representative should they receive inquiries regarding the Consumer Notice.  The scripts provide the following:

E-mail:

*Thank you for reaching out to us, we understand that you may have many questions and will provide another update as soon as we have further guidance from the court.*

Phone:

*We understand that you may have many questions and will provide another update as soon as we have further guidance from the count.  All the updates and information we have available have been included in the e-mail that you received.*

Terry, I hope this answers your questions, but I am happy to discuss if it would be useful or you would like further information.

Jim

**James C. Thoman**
Partner
Hodgson Russ LLP

Tel:   716.848.1361

Fax:   716.819.4614

Hodgson Russ LLP

Twitter | LinkedIn | website | Bio | e-mail | vCard

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

---

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Saturday, April 13, 2024 2:48 PM
**To:** Thoman, James C. <JThoman@hodgsonruss.com>
**Cc:** Nicole M. Uhlendorff <nmu@connorsllp.com>
**Subject:** CFPB v. SFS et al

**External Email - Use Caution**

Dear Jim:

  Yesterday, I called you to ask whether Strategic employees have been advising Law Firm clients not to sign the amendments to their agreements. You graciously said you would look into that issue and get back to me.

  In the meantime, we have become aware that the Receiver has sent an email to all Law Firm clients that falsely represents that the Law Firms will <u>not</u> settle any debts, and promises that another email is forthcoming. That email was not authorized by the Law Firms. On the contrary, the Law Firms have specifically instructed the Receiver <u>not</u> to interfere with the transition process. It is the position of the Law Firms that the Receiver has no right to send such emails, and no right to misrepresent the Law Firms' ability to settle debts or serve clients. We demand that the Receiver and Strategic cease and desist from sending any mass emails to our clients, unless they are specifically

authorized by the Law Firms in writing.

The Strategic entities are vendors to the Law Firms. They act at the direction of the Law Firms. Neither the Receiver nor Strategic are entitled to provide their own legal advice to Law Firm clients. The Law Firms gave specific instructions to the Receiver to refrain from engaging with Law Firm clients about the transition process except as necessary to refer them to the appropriate Law Firm representatives. The Receiver appears to be instructing Strategic to act in a manner contrary to the Law Firms' instruction. That tortiously interferes with the relationship between the Law Firms and their clients. In addition, as an attorney, the Receiver must be aware of his obligation to refrain from communicating with (much less providing legal advice to) represented parties.  Such conduct will lead to legal action if the Receiver again seeks to interfere with its client (or vendor) relationships.

As always, I am available to discuss if you have any questions on this matter. As I am sure you understand, this is a very high priority for the Law Firms and we would appreciate a prompt response.

Best,  Terry



**Terrence M. Connors | Partner**
tmc@connorsllp.com
**Connors LLP**
1000 Liberty Building
Buffalo NY 14202
T. 716-852-5533
F. 716-852-5649
www.connorsllp.com

Note: This e-mail may contain privileged or confidential information.