# EXHIBIT A

| Regulatory Resolutions Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| 1/12/2024 | Delivery services/messengers: FedEx complaint and supporting documents to Receiver in New York (combine 2) | $ 237.96 |
| 1/12/2024 | Other: Locksmith (Buffalo) | $ 135.94 |
| 1/15/2024 | Delivery services/messengers: FedEx letter to Timberline Financial, LLC re: receivership defendant | $ 40.14 |
| 1/15/2024 | Delivery services/messengers: FedEx letter to Atlas Debt Relief, LLC re: receivership defendant | $ 34.56 |
| 1/26/2024 | Other: Figma | $ 587.93 |
| 1/26/2024 | Other: GoDaddy (domain renewal) | $ 35.16 |
| 1/26/2024 | Other: OpsGenie | $ 900.40 |
| 1/26/2024 | Other: Atlassian | $ 108.50 |
| 1/28/2024 | Other: GoDaddy (domain renewal) | $ 199.98 |
| 1/30/2024 | Other: Twilio | $ 190.01 |
| 2/1/2024 | Delivery services/messengers: FedEx to Registered Agent, Vcorp Services, LLC re: 9 Entities status as Receivership Defendants | $ 88.36 |
| 2/2/2024 | Other: Amazon Web Services | $ 1,115.69 |
| 2/9/2024 | Postage: WARN Letters | $ 3,716.16 |
| 2/9/2024 | Other: Twilio | $ 190.00 |
| 2/14/2024 | Other: Version (Phone line for fire department) | $ 264.07 |
| 2/15/2024 | Other: National Fuel (Buffalo) | $ 229.80 |
| 2/15/2024 | Delivery services/messengers: FedEx employee personal item to New York | $ 47.78 |
| 2/22/2024 | Other: OpsGenie | $ 200.33 |
| 2/23/2024 | Other: Twilio | $ 190.01 |
| 2/23/2024 | Postage: WARN Letters | $ 146.16 |
| 2/26/2024 | Other: Atlassian | $ 108.50 |
| 2/27/2024 | Other: Knox Services (WARN certified letters; $3,381.84 postage) | $ 5,321.34 |
| 2/28/2024 | Delivery services/messengers: FedEx from M. Lin re: property forms | $ 66.92 |
| 2/29/2024 | Other: Replacement headset for working employee J. Clark | $ 44.72 |
| 2/29/2024 | Postage | $ 65.52 |

$ 14,265.94

| McNamara Smith LLP Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| 1/12/2024 | Delivery services/messengers: FedEx Temporary Restraining Order and Asset Freeze to Coinbase | $ 40.00 |
| 1/12/2024 | Delivery services/messengers: FedEx TRO and asset freeze to Coinbase, Inc. | $ 40.14 |
| 1/18/2024 | Delivery services/messengers: FedEx to Clerk USDC (E.D.N.Y.) re: filing Notice of Receivership per 28 USC 754 | $ 40.14 |
| 1/18/2024 | Delivery services/messengers: FedEx to Clerk USDC (D. NJ) re: filing Notice of Receivership per 28 USC 754 | $ 40.14 |
| 1/18/2024 | Delivery services/messengers: FedEx to Clerk USDC (N.D. Ill.) re: filing Notice of Receivership per 28 USC 754 | $ 38.38 |
| 1/18/2024 | Delivery services/messengers: FedEx to Clerk USDC (S.D. Fla) re: filing Notice of Receivership per 28 USC 754 | $ 40.14 |
| 1/18/2024 | Court fees: Filing fee re: 28 USC 754 Notice in District of New Jersey | $ 52.00 |
| 1/18/2024 | Court fees: Filing fee re: 28 USC 754 Notice in Eastern District of New York | $ 52.00 |
| 1/18/2024 | Court fees: Filing fee re: 28 USC 754 Notice in Northern District of Illinois | $ 52.00 |
| 1/18/2024 | Court fees: Filing fee re: 28 USC 754 Notice in Southern District of Florida | $ 52.00 |
| 1/31/2024 | Postage | $ 3.48 |
| 1/31/2024 | Online research: Westlaw | $ 34.99 |
| | | $ 485.41 |