UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, and <br><br> STRATEGIC ESOP, et al., <br><br> Relief Defendants. | CASE NO. 1:24cv00040 EAW-MJR <br><br><br> NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO CIBC BANK USA AND VALLEY NATIONAL BANK'S MOTION TO INTERVENE |

| | |
|---|---|
| MOTION BY: | The Consumer Financial Protection Bureau; the People of the State of New York, Letitia James, Attorney General of New York |
| RELIEF SOUGHT | An Order granting Plaintiffs' Motion for Leave to File a Sur-reply in Opposition to CIBC Bank USA and Valley National Bank's Motion to Intervene |
| DATE AND TIME | As soon as practicable |
| PLACE | Hon. Magistrate Judge Michael J. Roemer <br> United States Courthouse <br> 2 Niagara Square Buffalo, New York 14202 |
| SUPPORT | Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Sur-Reply |

| | |
|---|---|
| ANSWERING PAPERS | To be filed on schedule as determined by the Court. |
| GROUNDS FOR RELIEF | Local Rule of Civil Procedure 7 (a) (6) |
| Dated April 16, 2024 | Respectfully submitted, |

Attorneys for Plaintiff
Consumer Financial Protection Bureau

ERIC HALPERIN
Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Litigation Deputy

*/s/ Joseph Sanders*
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-435-9593
Shirley Chiu
E-mail: shirley.chiu@cfpb.gov
Phone: 202-435-7592
Monika Moore
E-mail: monika.moore@cfpb.gov
Phone: 202-360-5905
1700 G Street, NW
Washington, DC 20552
Facsimile: (202) 435-7722

And

LETITIA JAMES
Attorney General of the State of New York

*/s/ Christopher L. Boyd*
Christopher L. Boyd
Phone: (716) 853-8457

Email: Christopher.Boyd@ag.ny.gov
Genevieve Rados
Phone: (716) 853-8485
Email: Genevieve.Rados@ag.ny.gov
Assistant Attorneys General
350 Main Street, Suite 300A
Buffalo, NY 14202

Attorneys for State of New York