# EXHIBIT 1

to Plaintiffs' Proposed Sur-Reply Opposing CIBC's
Motion to Intervene

## (FILED UNDER SEAL)