# EXHIBIT 2

to Plaintiffs' Proposed Sur-Reply Opposing CIBC's Motion to Intervene

## (FILED UNDER SEAL)