# EXHIBIT 3

to Plaintiffs' Proposed Sur-Reply Opposing CIBC's Motion to Intervene

(FILED UNDER SEAL)