UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

        Plaintiffs,

    v.

STRATFS, LLC (f/k/a STRATEGIC FINANCIAL
SOLUTIONS, LLC), et al.,

        Defendants.

Case No. 24-CV-40-EAW-MJR

---

## SECURED LENDERS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY IN OPPOSITION TO SECURED LENDERS' MOTION TO INTERVENE

CIBC Bank USA ("CIBC") and Valley National Bank, d/b/a Valley Bank (successor by merger with Bank Leumi USA, "Valley Bank"; collectively with CIBC, the "Secured Lenders"), by their attorneys, Dykema Gossett PLLC, respectfully submit this Motion for Leave to File a Response ("Secured Lenders' Motion for Leave") to Plaintiffs' Sur-Reply in Opposition to Secured Lenders' Motion to Intervene ("Sur-Reply") (Dkt. 298). Having learned that their principal arguments, based on perfection of the Secured Lenders' interests and the Federal Priority Statute, 31 U.S.C. § 3713, are incorrect, Plaintiffs seek to support a fallback constructive trust argument by claiming misstatements by Secured Lenders where none actually exist and by mischaracterizing the Compliance Assessments and Reviews ("Compliance Reviews"). Accordingly, Secured Lenders seek leave to file this response to address Plaintiff's belated Sur-Reply arguments.

DATED:    Chicago, Illinois
          April 18, 2024

                                                          Respectfully submitted,

                                                         Dykema Gossett PLLC
                                                         Jonathan S. Feld (Pro hac vice)
                                                         Andrew W. Berube (Pro hac vice)
                                                         10 S. Wacker Drive, Suite 2300
                                                         Chicago, Illinois 60606
                                                         Telephone:  (312) 876-1700
                                                         Fax:  (312) 876-1155
                                                         JFeld@dykema.com
                                                         ABerube@dykema.com


                                                           /s/ Ryan A. Lema
                                                         Ryan A. Lema
                                                         Jacob S. Sonner
                                                         Phillips Lytle LLP
                                                         One Canalside
                                                         125 Main Street
                                                         Buffalo, NY  14203-2887
                                                         Telephone: (716) 504-5790
                                                         Fax: (716) 852-6100
                                                         rlema@phillipslytle.com
                                                         jsonner@phillipslytle.com