EXHIBIT 1

| | |
|---|---|
| **From:** | Thomas McNamara |
| **To:** | mary lynn clark |
| **Cc:** | James C. Thoman |
| **Subject:** | RE: Call |
| **Date:** | Thursday, February 22, 2024 3:05:00 PM |

Calling now

Thomas W. McNamara

McNamara Smith LLP

655 W. Broadway

Suite 900

San Diego, CA 92101

General Line: 619-269-0400

Direct: 619-269-0499

tmcnamara@mcnamarallp.com

https://mcnamarallp.com

**From:** mary lynn clark <██████████@gmail.com>
**Sent:** Thursday, February 22, 2024 9:02 AM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>
**Subject:** Re: Call

**EXTERNAL**

I'm free from 4:00 - 5:00 or after 5:30 ET

Thanks

On Thu, Feb 22, 2024 at 11:42 AM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

> Okay, it will be late afternoon ET.  Thanks.
>
> Thomas W. McNamara
>
> McNamara Smith LLP
>
> 655 W. Broadway
>
> Suite 900
>
> San Diego, CA 92101
>
> General Line: 619-269-0400
>
> Direct: 619-269-0499
>
> tmcnamara@mcnamarallp.com
>
> https://mcnamarallp.com

**From:** mary lynn clark <​███████@gmail.com>
**Sent:** Thursday, February 22, 2024 7:58 AM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>
**Subject:** Re: Call

**EXTERNAL**

Hey Thomas -

Dennis told me I am allowed to speak with you.  Feel free to call my cell ███████

thanks

On Wed, Feb 21, 2024 at 6:03 PM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:
> ML,
>
> Do you have time for a call?  If so, please contact Dennis Vacco and make sure he is okay with us speaking.   Thanks.
>
> Tom
>
> Thomas W. McNamara
> McNamara Smith LLP
> 655 West Broadway, Suite 900
> San Diego, CA 92101
> Direct:  619-269-0499
> Main:   619-269-0400
> Fax:     619-269-0401
> tmcnamara@mcnamarallp.com
> http://mcnamarallp.com

--
**Mary Lynn Clark**
███████
███████@gmail.com
███████

--