UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------
CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

               Plaintiffs,

  v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC) et al.

               Defendants, and

DANIEL BLUMKIN, et al.,

               Relief Defendants.
---------------------------------------------------------

**NOTICE OF MOTION**

Civil Action No. 24-CV-40-EAW-MJR

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Intervenor Defendants, ANCHOR LAW FIRM, PLLC, BEDROCK LEGAL GROUP, BOULDER LEGAL GROUP, BRANDON ELLIS LAW FIRM LLC, CANYON LEGAL GROUP LLC, CHINN LEGAL GROUP, LLC, CLEAR CREEK LEGAL, LLC, CREDIT ADVOCATES LAW FIRM LLC, GREAT LAKES LAW FIRM LLC, GREENSTONE LEGAL GROUP, GUSTAFSON CONSUMER LAW GROUP, LLC, HAILSTONE LEGAL GROUP, HALLOCK AND ASSOCIATES, HALLOCK & ASSOCIATES, HARBOR LEGAL GROUP, HEATLAND LEGAL GROUP, LEIGH LEGAL GROUP, PLLC, LEVEL ONE LAW, MEADOWBROOK LEGAL GROUP, MICHEL LAW LLC, MONARCH LEGAL GROUP, MOORE LEGAL GROUP, LLC, NEWPORT LEGAL GROUP LLC, NORTHSTAR LEGAL GROUP LLC, OPTION 1 LEGAL, PIONEER LAW FIRM PC, ROCKWLL LEGAL GROUP, ROYAL |

1

                                        LEGAL GROUP, SLATE LEGAL GROUP, SPRING LEGAL GROUP, STONEPOINT LEGAL GROUP, THE LAW FIRM OF DEREK WILLIAMS LLC, THE LAW OFFICE OF MELISSA MICHEL LLC, WHITESTONE LEGAL GROUP, AND WYOLAW LLC by and through their attorneys, CONNORS LLP.

**DATE, TIME, AND PLACE**
**OF MOTION:**                          To be determined by this Court, before the Hon. Michael J. Roemer, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.

                                        Oral Argument is not requested.

**RELIEF REQUESTED:**            An Order of this Court granting the Motion to File Pro Hac Vice supplemental confidential statements under seal.

**GROUNDS FOR**
**RELIEF REQUESTED:**            Loc.R.Civ.P. 5.3(c); Western District of New York Admission Petition, Paragraph No. 6.

| | |
|---|---|
| **SUPPORTING PAPERS:** | Declaration of Terrence M. Connors, Esq.; and Memorandum of Law. |
| | If this motion is opposed, Intervenor Defendants intend to submit reply papers. |
| DATED:   Buffalo, New York<br>         April 22, 2024 | |

*/s/ Terrence M. Connors*
Terrence M. Connors
CONNORS LLP
*Attorneys for Intervenor Defendants*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
tmc@connorsllp.com

TO:   All Parties of Record (via CM/ECF)