# PHV SUPPLEMENT EMILY A. SHUPE (FILED UNDER SEAL)