UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>                       Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>                       Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>                       Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

**NOTICE OF RECEIVER'S EMERGENCY MOTION FOR
AN ORDER TO SHOW CAUSE WHY INTERVENOR LAW FIRMS
SHOULD NOT BE HELD IN CIVIL CONTEMPT**

| | |
|---|---|
| Moving Party: | Receiver, Thomas W. McNamara |
| Nature of Action: | Consumer Fraud |
| Directed To: | Plaintiffs, Defendants, Relief Defendants, and Intervenor Law Firms |
| Date and Time: | As soon as practicable. |
| Place: | Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum of Law; Declaration of Joseph O'Donnell with attached exhibit(s). |
| Answering Papers: | To be filed on schedule as determined by the Court. The Receiver intends to file a reply. |
| Relief Requested: | An Order Holding Intervenor Law Firms in Civil Contempt, ordering their immediate compliance with the Court's order at the April 22nd hearing regarding communications with consumers, to pay an appropriate sanction of $1,000 per day, per Law |

1

|  |  |
|---|---|
|  | Firm, until the contempt is purged, and be liable to the Receivership Estate for the attorneys' fees necessary to bring this motion. |
| Grounds for Relief: | This Court's Preliminary Injunction and the Court's oral instructions at the April 22nd hearing regarding communications with consumers. |
| Oral Argument: | Because civil contempt requires that the alleged contemnor receive an opportunity to respond and to be heard at an in-person hearing prior to any finding of contempt, a briefing and hearing schedule should be set to allow the Intervenor Law Firms a full and fair opportunity to be heard. |

Dated: May 6, 2024

**MCNAMARA SMITH LLP**

By:  /s/ Logan D. Smith
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: lsmith@mcnamarallp.com;
awall@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*