EXHIBIT 1





