# EXHIBIT 2

| Date | User | Category | Entry |
|---|---|---|---|
| 5/3/2024 10:34 AM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: Urgent Matter Reminder |
| 5/1/2024 2:16 PM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: Hazel XXXXX Urgent Matter Reminder |
| 4/29/2024 9:05 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/27/2024 5:59 PM | SYSTEM | General | Email sent to XXXXXXX@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/26/2024 12:48 AM | SYSTEM | General | Email sent to xxxxxx @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/23/2024 12:37 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/21/2024 9:30 AM | SYSTEM | General | Email sent to xxxxx @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/19/2024 1:13 PM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/17/2024 8:02 PM | SYSTEM | General | Email sent to xxxxxx@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/15/2024 7:51 AM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/13/2024 11:44 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/12/2024 11:13 PM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: IMPORTANT INFORMATION FROM YOUR LAW FIRM |
| 4/12/2024 10:29 PM | middleware_admin | Status | Bulk E-Sign changed to Important Info Email |
| 4/11/2024 11:34 AM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/9/2024 6:49 PM | SYSTEM | General | Email sent to XXXXX @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/9/2024 6:49 PM | ccu1 | Status | Answering Machine -Luis |
| 4/9/2024 6:49 PM | ccu1 | Status | Contingency Sign Up changed to Call Center attempt 1 |
| 4/9/2024 6:49 PM | ccu1 | Status | Action: Call Center attempt 1 |
| 4/6/2024 6:29 PM | SYSTEM | General | Email sent to XXXX @hotmail.com - Subject: Hazel XXXX Urgent Matter Reminder |
| 4/6/2024 2:07 AM | quality.control | Status | Contingency Sign Up changed to To Contingency Call center |
| 4/6/2024 2:07 AM | quality.control | Status | Middleware Contingency changed to QC Pushed to Call Center |

| Date | User | Category | Entry |
|---|---|---|---|
| 5/1/2024 7:33 PM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/29/2024 7:22 AM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/27/2024 11:16 PM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXX Urgent Matter Reminder |
| 4/25/2024 11:05 AM | SYSTEM | General | Email sent to XXXXXX @gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/23/2024 5:54 PM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/21/2024 2:47 PM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/19/2024 9:36 PM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/17/2024 9:25 AM | SYSTEM | FlexNote | The stored procedure 'action_complete' doesn't exist. |
| 4/17/2024 9:25 AM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXX Urgent Matter Reminder |
| 4/15/2024 9:25 AM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXX Urgent Matter Reminder |
| 4/13/2024 6:19 AM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXX Urgent Matter Reminder |
| 4/12/2024 11:33 PM | SYSTEM | General | Email sent to XXXXXXXX@gmail.com - Subject: IMPORTANT INFORMATION FROM YOUR LAW FIRM |
| 4/12/2024 10:30 PM | middleware_admin | Status | Bulk E-Sign changed to Important Info Email |
| 4/11/2024 1:08 PM | SYSTEM | General | Email sent to XXXXXXX @gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/9/2024 6:55 PM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/9/2024 6:55 PM | ccu1 | Status | voicemail -jem chan |
| 4/9/2024 6:55 PM | ccu1 | Status | Contingency Sign Up changed to Call Center attempt 1 |
| 4/9/2024 6:55 PM | ccu1 | Status | Action: Call Center attempt 1 |
| 4/6/2024 10:52 PM | SYSTEM | General | Email sent to XXXXXXX@gmail.com - Subject: Ciera XXXXXXXX Urgent Matter Reminder |
| 4/6/2024 2:07 AM | quality.control | Status | Contingency Sign Up changed to To Contingency Call center |
| 4/6/2024 2:07 AM | quality.control | Status | Middleware Contingency changed to QC Pushed to Call Center |

| Date | User | Category | Entry |
|---|---|---|---|
| 5/2/2024 12:12 AM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/29/2024 12:01 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/27/2024 8:55 AM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/25/2024 3:44 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/23/2024 3:44 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/21/2024 12:37 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/19/2024 7:26 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/17/2024 7:15 AM | SYSTEM | FlexNote | The stored procedure 'action_complete' doesn't exist. |
| 4/17/2024 7:15 AM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/16/2024 1:23 PM | j_brathwaite | Status | Test workflow changed to New RESET |
| 4/16/2024 1:23 PM | j_brathwaite | Status | QC DO NOT TOUCH changed to NEW RESET |
| 4/16/2024 1:23 PM | j_brathwaite | Status | Review is completed. Client is making timely payments. There is one settlement. Client should make a timely graduation. |
| 4/16/2024 1:23 PM | j_brathwaite | Status | In-State Partner Workflows changed to ATTY Quarterly Review - 3rd Completed |
| 4/16/2024 1:23 PM | j_brathwaite | Status | Action: ATTY- Quarterly Review - 3rd Completed |
| 4/16/2024 1:22 PM | j_brathwaite | System | Quarterly / Semi Annual Review v2 has been updated. |
| 4/15/2024 11:09 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/13/2024 10:58 AM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/12/2024 11:33 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: IMPORTANT INFORMATION FROM YOUR LAW FIRM |
| 4/12/2024 10:30 PM | middleware_admin | Status | Bulk E-Sign changed to Important Info Email |
| 4/11/2024 5:47 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |
| 4/9/2024 6:20 PM | SYSTEM | General | Email sent to XXXXXX@hotmail.com - Subject: Kimberly XXXX Urgent Matter Reminder |