UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>     Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>     Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>     Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

### [PROPOSED] ORDER HOLDING INTERVENOR LAW FIRMS IN CIVIL CONTEMPT AND OTHER RELIEF

WHEREAS, having considered the Receiver's Emergency Motion for an Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt, the Declaration of Joseph O'Donnell, the Intervenor Law Firms' opposition, the Receiver's reply, and having held an evidentiary hearing, the Court finds good cause, and so

IT IS HEREBY ORDERED that the Intervenor Law Firms are held in civil contempt until they comply with the Court's oral instructions at the April 22, 2024 hearing regarding communications with consumers;

IT IS FURTHER ORDERED that each of the Intervenor Law Firms listed on the docket in the above-captioned case shall pay to the Receivership Estate a sanction of $1,000 per day until the contempt is purged; and

2

IT IS FURTHER ORDERED that the Receiver shall be permitted to submit a petition for his fees and costs in connection with the proceedings related to this Order, which the Court will consider at a later date.

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE