UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>      Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**[PROPOSED] ORDER GRANTING
RECEIVER'S REQUEST FOR FURTHER INSTRUCTION**

On May 20, 2024, Thomas W. McNamara, as Court-appointed receiver ("Receiver"), filed a report concerning the operations of Receivership Entities, consumer protection efforts, and a request for further instruction and authorization from the Court regarding the proposed course of action (the "Report and Request for Further Instruction"). The Court having reviewed all papers and pleadings on file, and having heard arguments of counsel in connection with the Report and Request for Further Instruction, and good cause appearing, the Court orders that the Receiver is permitted and instructed by the Court to send notices to consumers and take other steps related to the wind down of certain Strategic operations, as more fully described in the Receiver's Report and Request for Further Instruction.

IT IS SO ORDERED, this \_\_\_\_ day of _____, 2024.

_____
HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE