

1700 G Street NW, Washington, D.C. 20552

May 24, 2024

Hon. Michael J. Roemer
U.S. Magistrate Judge
2 Niagara Square, 5th Floor
Buffalo, NY 14202

RE:    *CFPB et al. v. StratFS, LLC et al.*, No. 24-cv-40-EAW-MJR (W.D.N.Y.)
<u>Letter Request for Enlargement of Time to File Response to Jaclyn Blust's Motion to Dismiss (Dkt 345)</u>

Dear Magistrate Judge Roemer,

The Consumer Financial Protection Bureau (CPFB) and the Office of the Attorney General of the State of New York (NY AG) respectfully request the Court approve the extension of the deadline for Plaintiffs to file their response to Jaclyn Blust's Motion to Dismiss (Dkt. 345) from the current deadline of May 28, 2024 to **June 4, 2024**, contingent on Plaintiffs' filing of a Second Amended Complaint by May 28, 2024.

The extension of the deadline would allow Ms. Blust, after the filing of the Second Amended Complaint, to review the new pleading and decide if it impacts her viewpoint on the merits of her current motion. She could then decide whether to stand by the motion she filed (Dkt. 345) and await Plaintiffs' response by June 4, 2024, or withdraw that motion with the opportunity to timely file a new motion or file an Answer to the Second Amended Complaint. The CFPB and NY AG conferred with counsel for Jaclyn Blust, Rod Personious, and Mr. Personious agreed to the above request for extension of Plaintiffs' deadline to respond to Jaclyn Blust's motion to dismiss.

Respectfully,

  */s/ Shirley Chiu*
Shirley Chiu
Vanessa Buchko
Joseph Sanders
Consumer Financial Protection Bureau

consumerfinance.gov

*/s/ Christopher Boyd*
Christopher Boyd
Genevieve Rados
Attorney General of the State of New York