UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.

    Plaintiffs,

v.

STRATFS, LLC, ET AL.

    Defendants.

Case No.: 24-cv-00040

## NOTICE OF MOTION TO MODIFY THE PRELIMINARY INJUNCTION

Defendants, Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC and Whitestone Client Services, LLC (collectively "Strategic") hereby move to modify the Preliminary Injunction (Dkt. 184) to remove Atlas Debt Relief LLC and Timberline Financial LLC from the definition of "Receivership Defendants" (*see* Dkt. 184 §9(N)) and Versara Lending LLC from the list of "Corporate Defendants" (*see* Dkt. 184 §9(D)) under the Receiver's control.  In support of this motion, Strategic submits an accompanying memorandum of law.  Strategic intends to file a reply to any opposition filed.

Dated: Buffalo, New York
       June 7, 2024

                                                  Respectfully submitted,

/s/ *Dennis C. Vacco*
Dennis C. Vacco, Esq.
LIPPES MATHIAS LLP
*Attorneys for Defendants*
50 Fountain Plaza
Buffalo, New York 14202
(T) 716.853.5100
(E) dvacco@lippes.com