UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | CASE NO.  24-cv-40-EAW-MJR <br><br><br> **PLAINTIFFS' NON-OBJECTION TO RICHARD BERNARD'S, RICHARD PEARL'S, and ANDREW JOSEPH'S MOTION TO WITHDRAW AS COUNSEL FOR THE STRATEGIC ESOP AND STRATEGIC ESOT** |

Plaintiffs Consumer Financial Protection Bureau and the People of the State of New York, by Letitia James, Attorney General of the State of New York, do not object to Richard Bernard's, Richard Pearl's, and Andrew Joseph's Motion to Withdraw as Counsel for the Strategic ESOP and Strategic ESOT (Dkt. 385).

                         Respectfully submitted,

                         Attorneys for Plaintiff
                         Consumer Financial Protection Bureau

                         ERIC HALPERIN
                         Enforcement Director

                         RICHA SHYAM DASGUPTA
                         Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Litigation Deputy

/s/ Vanessa Buchko
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-435-9593
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
Shirley Chiu
E-mail: shirley.chiu@cfpb.gov
Phone: 202-435-7592
1700 G Street, NW
Washington, DC 20552
Facsimile: (202) 435-7722

And

LETITIA JAMES
Attorney General of the State of New York

/s/ Christopher L. Boyd
Christopher L. Boyd
Genevieve S. Rados
Assistant Attorneys General
350 Main Street, Suite 300A
Buffalo, NY 14202
Phone: (716) 853-8457
Email: Christopher.Boyd@ag.ny.gov