UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

                      Plaintiffs,

v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.,

                      Defendants

and

STRATEGIC ESOP, et al.,

                      Relief Defendants.

---

**STIPULATION**

Civ. No. 24-CV-40-EAW-MJR

WHEREAS property located at 1919 S. Michigan Avenue 206, Chicago, IL 60616 is subject to the terms of a Preliminary Injunction (Doc. 184) issued in the above-captioned action; and

WHEREAS, pursuant to the terms of the Preliminary Injunction, this property constitutes a frozen asset; and

WHEREAS, the record owner of this property, Jason Blust, a Defendant herein, and his wife, Jaclyn Blust, a Relief Defendant herein, desire to enter into a lease of this property covering the period October 1, 2024 through September 30, 2025 at a monthly rent of $1,850.00; and

WHEREAS, the tenant occupying the property pursuant to this lease is Sarah Elizabeth Rice; and

WHEREAS, the proceeds from the rental of this property will be applied to payment of the monthly mortgage on this property and monthly homeowner's association fee; and

1

WHEREAS, the remaining proceeds of each monthly rental payment, if any, shall be deposited into a bank account which is frozen pursuant to the Preliminary Injunction identified above, it is hereby

**STIPULATED AND AGREED** as follows:

1.  Defendant Jason Blust and Relief Defendant Jaclyn Blust are authorized to sign the written lease on the property identified as 1919 S. Michigan Avenue 206, Chicago, IL 60616, covering the term October 1, 2024 to September 30, 2025.

2.  The monthly rental proceeds of $1850.00 shall first be applied to the payment of the monthly mortgage on the property held by NEWREZ, loan #0685017568, in the sum of $1,491.41 and then to the $506.17 monthly HOA fee on the property, payable through Loftworks On Michigan Condominium, account #LMC57500.

3.  All remaining monthly rental proceeds, if any, shall be deposited to the Barrington Bank account in the name of Jason Blust, bearing an account number ending 2335, which is frozen pursuant to the Preliminary Injunction identified above.

Dated: August 30, 2024.

/s/ **Joseph Michael Sanders**
Joseph Michael Sanders
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Ph: (202) 435-7000
Email: Joseph.sanders@cfpb.gov
*Attorney for Consumer Financial Protection Bureau*

/s/ **Rodney O. Personius**
Rodney O. Personius
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
Ph: (716) 855-1050
Email: rop@personiusmelber.com
*Attorney for Defendant*
JASON BLUST
*and Relief Defendant*
JACLYN BLUST

So Ordered:
Hon. Michael J. Roemer
U.S. Magistrate Judge, WDNY

2