UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>                      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC, et al.<br><br>                      Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>                      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**NOTICE OF RECEIVER'S SECOND INTERIM APPLICATION
FOR ORDER APPROVING FEES AND EXPENSES OF
THE RECEIVER AND PROFESSIONALS**

| | |
|---|---|
| Moving Party: | Receiver, Thomas W. McNamara |
| Directed To: | All parties in interest. |
| Date and Time: | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Receiver's Second Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals; Declaration of Thomas W. McNamara with attached exhibits. |
| Answering Papers: | To be filed on a schedule determined by the Court. The Receiver intends to file a reply. |
| Relief Requested: | An Order approving payment of the fees and expenses of the Receiver and professionals. |

1

Grounds for Relief:    This Court's Preliminary Injunction (Dkt. No. 184), including Sections IX.I., and XV.

Oral Argument:    Waived, unless requested by any party opposing application.

Dated: September 4, 2024

**MCNAMARA SMITH LLP**

By:    /s/ *Logan D. Smith*
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: lsmith@mcnamarallp.com;
awall@mcnamarallp.com

*Attorneys for Court-appointed Receiver,*
*Thomas W. McNamara*

2