

September 26, 2024

**Attorneys At Law**

Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach†
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Nicholas A. Romano
Bryan P. Kroetsch
Andrew M. Debbins
Christina M. Eaton
Samantha B. Gier
Michael C. Arena

**Paralegals**

John P. Kromer
Julie M. Scott, L.P.N.
Suzanne M. Pieszak, R.N.
Kathleen V. Kubicki, R.N.
Irene A. McNeill, R.N.
Rachel M. Valkwitch
Kathryn E. Marentette, R.N.
Candace L. D'Orazio
Sandy E. Stumpf, R.N.

*Also admitted in District of Columbia

†Also admitted in Pennsylvania

**Via ECF**
Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> Re: CFPB et al. v. StratFS, LLC et al.
> Civil Action No. 24-CV-40-EAW-MJR

Dear Judge Roemer:

     We are currently scheduled to return for a Motion Hearing on Thursday, October 24, 2024 at 11 a.m. regarding (Dkt. 353) Emergency Motion for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt and (Dkt. 359) Motion Request for Further Instruction and Receivers Report Re: Operations of Receivership Entities and Consumer Protection Efforts.

     I respectfully request an adjournment of our appearance. I will be appearing before the New York State Commission on Judicial Conduct in New York City on October 24, 2024.

     I am working with the other parties to find a new date in November.

     Thank you for your courtesy and cooperation.

     Very respectfully,

     Terrence M. Connors

cc: Counsel of Record (via ECF)