UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

            Plaintiffs,

  v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC) et al.

           Defendants, and

DANIEL BLUMKIN, et al.,

           Relief Defendants.
-----------------------------------------------------------

**NOTICE OF MOTION TO DISMISS FED.R.CIV.P. 12(b)(6)**

Civil Action No. 24-CV-40-EAW-MJR

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendant Richard K. Gustafson II by and through his attorneys, CONNORS LLP. |
| **DATE, TIME, AND PLACE OF MOTION:** | To be determined by this Court, before the Hon. Michael J. Roemer, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is requested. |
| **RELIEF REQUESTED:** | An Order of this Court dismissing the Second Amended Complaint against Defendant Richard K. Gustafson II, together with such other and further relief as this Court deems just and proper. |

**GROUNDS FOR**
**RELIEF REQUESTED:**          Fed.R.Civ.P. 12(b)(6)

**SUPPORTING PAPERS:**          Memorandum of law in Support, together with all prior pleadings and proceedings

Movant intends to submit reply papers.

DATED:   Buffalo, New York
         October 14, 2024

                            */s/ Terrence M. Connors*
                            Terrence M. Connors, Esq.
                            Andrew M. Debbins, Esq.
                            CONNORS LLP
                            *Attorneys for Defendant,*
                              *Richard K. Gustafson II*
                            1000 Liberty Building
                            Buffalo, New York 14202
                            (716) 852-5533
                            tmc@connorsllp.com
                            amd@connorsllp.com

                            Timothy D. Elliot, Esq.
                            Emily Shupe, Esq.
                            Rathje Woodword LLC
                            300 E. Roosevelt Road
                            Suite 220
                            Wheaton, Illinois 60187
                            (630) 510-4910
                            telliott@rathjelaw.com
                            eshupe@rathjelaw.com

TO:   All Parties of Record (via CM/ECF)