UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et. al.,<br><br>                  Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>                  Relief Defendants. | **STIPULATION AND ORDER**<br><br>**CASE NO. 24-CV-40-EAW-MJR** |

      **IT IS HEREBY STIPULATED**, by and between the undersigned counsel for Plaintiffs, Consumer Financial Protection Bureau, et al., and Defendants, Timothy F. Burnette and Michelle Gallagher, that the time for Defendants Timothy F. Burnette and Michelle Gallagher to answer, move or otherwise respond to the Complaint shall be and is extended to October 22, 2024.

Dated: Buffalo, New York
        October 15, 2024

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU | NIXON PEABODY LLP |
| By: *s/Joseph M. Sanders*<br>    Joseph M. Sanders<br>1700 G Street  NW<br>Washington, DC  20552<br>Tel: (202) 377-9846<br>Email: Joseph.Sanders@cfpb.gov<br>*Attorney for Plaintiff* | By:   *s/ Mark A. Molloy*<br>    Mark A. Molloy, Esq.<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York 14202<br>Tel: (716) 853-8100<br>Email: mmolloy@nixonpeabody.com<br>*Attorneys for Defendants*<br> *Michelle Gallagher and Timothy Burnette* |

**SO ORDERED:** _____
                Hon. Michael J. Roemer
                U.S. Magistrate Judge, WDNY