UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

        Plaintiffs,

  v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC) et al.

        Defendants, and

DANIEL BLUMKIN, et al.,

        Relief Defendants.
-----------------------------------------------------------

**NOTICE OF MOTION TO MODIFY PRELIMINARY INJUNCTION AND PROVIDE INSTRUCTION TO RECEIVER**

Civil Action No. 24-CV-40-EAW-MJR

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Royal Legal Group, LLC, and Hailstone Legal Group, LLC, by and through their attorneys, CONNORS LLP. |
| **DATE, TIME, AND PLACE OF MOTION:** | To be determined by this Court, before the Hon. Michael J. Roemer, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is requested. |
| **RELIEF REQUESTED:** | An Order of this Court modifying the preliminary injunction to expressly exclude Royal Legal Group LLC and Hailstone Legal Group LLC, and instructing the Receiver to provide each with full access to tehri client data and cooperate to transition support services, |

together with such other and further relief as this Court deems just and proper.

|  |  |
|---|---|
| **GROUNDS FOR** <br> **RELIEF REQUESTED**: | Fed.R.Civ.P. 65; Dkt. 184. |
| **SUPPORTING PAPERS**: | Declaration of Terrence M. Connors, dated October 17, 2024; Declaration of Rick Gustafson II, dated October 16, 2024; Memorandum of law in Support, together with all prior pleadings and proceedings. |

Movants intend to submit reply papers.

DATED:   Buffalo, New York
         October 17, 2024

　　　　　　　　　　　　　　　　　　*/s/ Terrence M. Connors*
　　　　　　　　　　　　　　　　　　Terrence M. Connors, Esq.
　　　　　　　　　　　　　　　　　　Andrew M. Debbins, Esq.
　　　　　　　　　　　　　　　　　　CONNORS LLP
　　　　　　　　　　　　　　　　　　*Attorneys for Intervenors,*
　　　　　　　　　　　　　　　　　　　*Royal Legal Group, LLC, and*
　　　　　　　　　　　　　　　　　　　*Hailstone Legal Group, LLC*
　　　　　　　　　　　　　　　　　　1000 Liberty Building
　　　　　　　　　　　　　　　　　　Buffalo, New York 14202
　　　　　　　　　　　　　　　　　　(716) 852-5533
　　　　　　　　　　　　　　　　　　tmc@connorsllp.com
　　　　　　　　　　　　　　　　　　amd@connorsllp.com

　　　　　　　　　　　　　　　　　　Timothy D. Elliot, Esq.
　　　　　　　　　　　　　　　　　　Emily Shupe, Esq.
　　　　　　　　　　　　　　　　　　Rathje Woodword LLC
　　　　　　　　　　　　　　　　　　300 E. Roosevelt Road
　　　　　　　　　　　　　　　　　　Suite 220
　　　　　　　　　　　　　　　　　　Wheaton, Illinois 60187
　　　　　　　　　　　　　　　　　　(630) 510-4910
　　　　　　　　　　　　　　　　　　telliott@rathjelaw.com
　　　　　　　　　　　　　　　　　　eshupe@rathjelaw.com

TO:   All Parties of Record (via CM/ECF)