

1700 G Street NW, Washington, D.C. 20552

October 24, 2024

Hon. Michael J. Roemer
U.S. Magistrate Judge
2 Niagara Square, 5th Floor
Buffalo, NY 14202

RE:    *CFPB et al. v. StratFS, LLC et al.*, No. 24-cv-40-EAW-MJR (W.D.N.Y.)

Dear Magistrate Judge Roemer,

The Consumer Financial Protection Bureau (CPFB) and the New York Attorney General's Office ("Plaintiffs") respectfully request a page limit increase for the memorandum in support of their anticipated preliminary injunction motion. Local Rule 7(a)(2)(C) provides for a 25 page limit. Plaintiffs request a 10 page increase, for a total of 35 pages. Plaintiffs make this request due in part to the number of defendants, the volume of evidence and the scope of relief that will be requested.

Plaintiffs' motion will seek to apply the existing preliminary injunction to the defendants and relief defendants added to the second amended complaint. Plaintiffs contacted counsel for those defendants, Fidelis Legal Support Services, LLC, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC; and Relief Defendants Cameron Christo and the Bush Lake Trust, with regard to the page limit increase and counsel indicated they do not object. Plaintiffs do not object to a corresponding 10 page increase for the Defendants' responses.

Respectfully,

  _/s/ Joe Sanders_
Joseph Sanders
Vanessa Buchko
Shirley Chiu
Consumer Financial Protection Bureau

**consumerfinance.gov**

_/s/ Christopher Boyd_

Christopher Boyd
Genevieve Rados
Attorney General of the State of New York