UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*,<br><br>Defendants, and<br><br>STRATEGIC ESOP, *et al.*,<br><br>Relief Defendants. | **CASE NO. 24-cv-40 EAW-MJR** |

**DECLARATION OF JOSEPH SANDERS IN OPPOSITION TO INTERNENORS' MOTION TO AMEND THE PRELIMINARY INJUNCTION**

I, Joseph Sanders, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney licensed in the state of Illinois and the State of New York. I am counsel for Plaintiff Consumer Financial Protection Bureau in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to the facts stated herein.

2. On October 3, 2024, I sent Terry Connors, counsel for Intervenors in this matter, the email attached as Exhibit A.

Executed this 29th day of October, 2024 in Chicago, Illinois.

_____/s/ Joseph Sanders_____
Joseph Sanders