# Exhibit A

**Sanders, Joseph (CFPB)**

| | |
|---|---|
| **From:** | Sanders, Joseph (CFPB) |
| **Sent:** | Thursday, October 3, 2024 9:42 PM |
| **To:** | Terrence M. Connors; Thomas McNamara; Thoman, James (JThoman@hodgsonruss.com) |
| **Cc:** | Buchko, Vanessa (CFPB); Chiu, Shirley (CFPB); Boyd, Christopher; Rados, Genevieve |
| **Subject:** | RE: Royal & Hailstone |

Terry,

As indicated below, you've already moved for this relief and been denied. Shortly after that ruling, the Receiver discovered that your clients were aggressively soliciting consumers to "convert" them to a contingent fee model. When the Judge ordered them to stop, they refused, leading to the Receiver's pending contempt motion.

Given the pending façade firm contempt motion and the underlying facts, we can't agree to let SFS provide Royal and Hailstone with consumer data. As indicated in our initial opposition to your motion for this relief (Dkt. 254), the Confidentiality provision of the PI (Section XIX) precludes your clients from accessing Consumer data. Our concerns about your clients misusing that data have only increased following the contempt motion.

Best,
Joe

---

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Wednesday, October 2, 2024 10:41 AM
**To:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Thomas McNamara <tmcnamara@mcnamarallp.com>; Thoman, James (JThoman@hodgsonruss.com) <jthoman@hodgsonruss.com>
**Cc:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>
**Subject:** RE: Royal & Hailstone

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Thanks, Joe but my point is that Magistrate Roemer has effectively lifted the stay and is scheduling answers and hearings so I'd like to put the Royal/Hailstone issue back on the agenda. I was hoping we could work something out instead of more motion practice.
                    Best,  Terry
Added Tom and Jim.

1



**Terrence M. Connors | Partner**
tmc@connorsllp.com

**Connors LLP**
1000 Liberty Building
Buffalo NY 14202
T. 716-852-5533
F. 716-852-5649
www.connorsllp.com

Note: This e-mail may contain privileged or confidential information.

---

**From:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Sent:** Wednesday, October 2, 2024 11:36 AM
**To:** Terrence M. Connors <tmc@connorsllp.com>
**Cc:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>
**Subject:** FW: Royal & Hailstone

---

**From:** Sanders, Joseph (CFPB)
**Sent:** Thursday, August 15, 2024 11:12 AM
**To:** Terrence M. Connors <tmc@connorsllp.com>
**Cc:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Thoman, James (JThoman@hodgsonruss.com) <jthoman@hodgsonruss.com>; Nicole M. Uhlendorff <nmu@connorsllp.com>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>
**Subject:** RE: Royal & Hailstone

Hi Terry,

It looks like you already asked the Court for this relief (Dkt. 225) and that motion was denied (Dkt. 281). Molly also reiterated yesterday that all activity in the case is being held in abeyance so that the parties can focus on settlement negotiations, so it does not seem like the right time to move for reconsideration. If I am missing something that you'd like us to consider, please let me know.

I'm cc'ing Chris, Genevieve, Vanessa and Shirley. If could copy all of us on emails, we'd appreciate it. Doing so will help with prompt responses.

Best,
Joe

---

**From:** Terrence M. Connors <tmc@connorsllp.com>
**Sent:** Thursday, August 15, 2024 9:13 AM
**To:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Cc:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Thoman, James (JThoman@hodgsonruss.com) <jthoman@hodgsonruss.com>; Nicole M. Uhlendorff <nmu@connorsllp.com>
**Subject:** Royal & Hailstone

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Joe:

   As you requested during a previous settlement conference, I am writing regarding two of the intervenor law firms: (1) Royal; and (2) Hailstone. As you know, both firms practice exclusively in Kansas and both firms employ a contingent fee model that complies with the TSR. Despite their TSR-compliant model, they appear to have wrongly swept into the same category as the other "advance fee" law firms at the outset of this case. As a result, those firms' ability to represent their clients has been hampered.

   Both of those firms should be permitted to operate and to represent their litigation and debt settlement clients. The sole basis for the TRO and preliminary injunction, *i.e.*, the collection of advance fees without a proper "face-to-face" meeting, does not apply to Royal and Hailstone.

   Tom McNamara mentioned that he has already advised Global that the Receiver does not object to the processing of fees for Royal and Hailstone. However, Royal and Hailstone do not have access to client data (most notably, SalesForce data) currently maintained by StratFS and its affiliates. My understanding is that you have some concerns about such information being provided to Royal and Hailstone.

   Our request is simply the following: (1) provide written consent to the Receiver to give Royal and Hailstone access to their client information (on the same terms as was provided before January 10, 2024); and (2) provide written notice to Global that Plaintiffs do not object to Global processing fees for Royal and Hailstone (on the same terms as existed before January 10, 2024).

   Please let us know as soon as practicable so we can avoid troubling the Court (Molly 😊 ).

        Thanks, Terry



**Terrence M. Connors** | **Partner**
tmc@connorsllp.com

**Connors LLP**
1000 Liberty Building
Buffalo NY 14202
T. 716-852-5533
F. 716-852-5649
www.connorsllp.com

Note: This e-mail may contain privileged or confidential information.

4