

488 Madison Avenue
New York, NY 10022

212 478 7200 main
212 478 7400 fax
thompsoncoburn.com

**Zachary G. Newman**
212 478 7435  direct
znewman@thompsoncoburn.com

October 31, 2024

**VIA ECF AND FIRST CLASS MAIL**

Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY  14614

Re:     *Consumer Financial Protection Bureau, et al. v. StratFS, LLC et al.*, Case No. 24-CV-40

Your Honor:

On Non-Party JPMorgan Chase Bank's behalf, we respectfully write regarding our Motion [Motion for Court Order Approving Contractual Asset Return to FDIC, as Receiver to First Republic Bank/Docket No. 456] filed on October 16, 2024 (the "Motion").  The deadline for responses to our motion has now passed, and no objections have been filed.  Given the volume of recent filings on the docket, we wanted to respectfully bring to the Court's attention that our motion stands unopposed.  If the Court is comfortable doing so, we would appreciate the Court's consideration of the proposed order previously submitted with our Motion [Docket No. 456-2] filed on October 16, 2024.

We apologize for troubling the Court with this request but given the docket's robust activity over the past two weeks (with filings unrelated to the Motion), we thought it might be helpful to highlight the status of our pending motion.

Thank you for your time and consideration.

Respectfully submitted,

Zachary G. Newman