IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CASE NO. 24-CV-40-EAW-MJR<br>) |
| v. | )<br>) |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, | )<br>)<br>) |
| Defendants, and | )<br>) |
| STRATEGIC ESOP, *et al.*, | )<br>) |
| Relief Defendants. | )<br>) |

**ORDER**

This cause coming to be heard on non-party JPMorgan Chase Bank, N.A.'s Motion for Court Order Approving Contractual Asset Return to FDIC, as Receiver to First Republic Bank (the "Motion"), with due notice having been given, the Court being fully advised, and the parties being given an opportunity to be heard;

**IT IS HEREBY ORDERED THAT:**

1. JPMorgan Chase Bank, N.A.'s exercise of its contractual right to transfer, and return, to the Federal Deposit Insurance Corporation, in its capacity as Receiver for First Republic Bank ("FDIC-R"), certain loans and deposit and other accounts of and related to prior owners of StratFS, LLC f/k/a Strategic Financial Solutions, LLC, (collectively, "Subject Assets"), including Defendants Messrs. Ryan Sasson, Albert Ian Behar, and Daniel Blumkin, is not prohibited by any Order of this Court, including the P.I.

2. JPMorgan Chase Bank, N.A.'s exercise of its contractual right to transfer any such balances, accounts and documents to the FDIC-R, or any third party financial institutions at the

direction of the FDIC-R, of all or certain of the Subject Assets is not prohibited by any Order of this Court, including the P.I.

3. Nothing in this Order, or the granting of the Motion, shall be deemed a waiver of, or be construed to otherwise affect or alter, any other right, claim, cause of action, or defense of JPMorgan Chase Bank, N.A., the FDIC, or the FDIC, as Receiver of First Republic Bank.

**E N T E R:**

*/s/ Michael J. Roemer*
MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2024
Buffalo, New York