# EXHIBIT 1

to Declaration of Nicole Kelly

# SF2.0 Payment Types and Impact to Ledger

## Source / Target Definitions

| | |
|---|---|
| Client bank account | Client's personal bank account |
| PSA | Client's Debt settlement program savings account |
| Portfolio Account | Payment processor accounts setup for each Law Firm, Contingency Firm, and Servicing Entity at GCS, RAM, and CFT |
| Processor | Payment processor's own accounts |
| Versara | Versara Lending |

## Payment Type Definitions

| Payment Type | Definition | Source | Target | Impact to PSA |
|---|---|---|---|---|
| Account Verification Deposit | Micro deposit by processor to confirm ACH setup | Processor | PSA | Positive |
| Draft Payment | Scheduled draft payments | Client bank account | PSA | Positive |
| Ad Hoc | One-time draft payment | Client bank account | PSA | Positive |
| Credit PSA | Credit to Client's PSA account | Portfolio account | PSA | Positive |
| Deferred Fee | Extra funds allocated to client by deferring fees owed | Portfolio account | PSA | Positive |
| Creditor Reversal | Refund from a Creditor Reversal of Settlement Payment (For RAM Processor) | Processor | PSA | Positive |
| Versara Loan | Loaned funds to complete settlements | Versara | PSA | Positive |
| Miscellaneous In | Unidentified payment type | Processor | PSA | Positive |
| | | | | |
| Admin Fee | Recurring monthly program fee | PSA | Portfolio account | Negative |
| Retainer Fee | Monthly fees to retain attorney for attorney portfolios | PSA | Portfolio account | Negative |
| Service Fee | Monthly fees for SFS services for attorney portfolios | PSA | Portfolio account | Negative |
| ALLG Fee | Monthly subscription fee for contingency model | PSA | Portfolio account | Negative |

| Payment Type | Definition | Source | Target | Impact to PSA |
|---|---|---|---|---|
| Settlement Payment | Payment to the creditor | PSA | Creditor account | Negative |
| Settlement Fee | Charged on the settlement for PASS and DTC model (cost to send payment) | PSA | Portfolio account | Negative |
| Transaction Fee | Processor's Fee to send a payment | PSA | Processor | Negative |
| Processor Fee | Monthly fee charged by processor | PSA | Processor | Negative |
| Ancillary Fee | Fees charged by SFS for one-time services | PSA | Portfolio account | Negative |
| Credit Recoup | To recoup credit to Client's PSA account | PSA | Portfolio account | Negative |
| Deferred Fee Reversal | To recoup money allocated through Deferred Fee | PSA | Portfolio account | Negative |
| Refund | Repayment back to client – ie refund accidental charges to clients | PSA | Client bank account | Negative |
| Versara Loan Refund | Refund of loan amount not needed to complete settlements | PSA | Versara | Negative |
| Withdrawal | Client removes funds from PSA | PSA | Client bank account | Negative |
| Miscellaneous Out | Unidentified payment type | PSA | Processor | Negative |
| | | | | |
| Law Firm Refund | Law Firm refunding the funds directly from outside account | Law Firm bank account | Client bank account | No impact |