UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

                Plaintiffs,

v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.

                Defendants, and

DANIEL BLUMKIN, et al.,

                Relief Defendants.
_____

CASE NO. 24-cv-40 EAW-MJR

### NOTICE OF MOTION

| | |
|---|---|
| **MOTION ON BEHALF OF**: | Non-party, Clover Management, Inc. ("Clover"), by and through its attorneys, Woods Oviatt Gilman LLP |
| **DATE, TIME & PLACE**: | At a date and time to be set by the Court before the Hon. Michael J. Roemer, United States Magistrate Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square Buffalo, New York 14202 |
| | Oral argument is requested. |
| **SUPPORTING PAPERS**: | Declaration of Teia M. Bui, dated November 19, 2024, with annexed exhibits; Declaration of Brian D. Gwitt, dated November 21, 2024, with annexed exhibits; and all prior pleadings and proceedings had herein. |
| **RELIEF REQUESTED**: | An Order lifting the Stay Order so that Fund V and Fund VI can make capital calls to dilute Blaise, Fusion, and Axel's membership interests. |

{9719627: }

      Pursuant to Local Rule 7(a)(1), Clover intends to file and serve reply papers and, as a result, any papers in opposition to this motion are required to be filed and served at least fourteen (14) business days prior to the return date of this motion.

Dated: November 21, 2024
       Buffalo, New York

                                      WOODS OVIATT GILMAN LLP

                          By:     /s/ Brian D. Gwitt
                                      Brian D. Gwitt
                                      Rachel R. Pawlak
                                      1900 Main Place Tower
                                      350 Main Street
                                      Buffalo, New York 14202
                                      Telephone: (716) 248-3200
                                      Email: bgwitt@woodsoviatt.com
                                      Email: rpawlak@woodsoviatt.com
                                      *Attorneys for Clover Management, Inc.*

{9719627: }