# EXHIBIT D

**CLOVER COMMUNITIES FUND VI LLC**
c/o Clover Communities Manager, LLC
348 Harris Hill Road
Williamsville, New York 14224

April 16, 2024

**VIA EMAIL**
Regulatory Resolutions
655 West Broadway, Suite 900
San Diego, Callifornia 92101
Attn: Thomas McNamara
Email: tmcnamara@regulatoryresolutions.com

**VIA EMAIL**
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20552
Attn: Vanessa Buchko, Senior Litigation Counsel
Email: vanessa.buchko@cfpb.gov

**VIA EMAIL**
State of New York
350 Main Street, Suite 300A
Buffalo, New York 14202
Attn: Christopher Boyd. Assistant Attorney General
Email: Christopher.Boyd@ag.ny.gov

**VIA EMAIL**
State of Colorado
1300 Broadway, 6th Floor
Denver, Colorado 80203
Attn: Kevin Burns, Senior Assistant Attorney General
Email: Kevin.Burns@coag.gov

**VIA EMAIL**
State of Delaware
820 N. French St., 5th Floor
Wilmington, Delaware 19801
Attn: Marion Quirk, Deputy Attorney General
Email: Marion.Quirk@delaware.gov

**VIA EMAIL**
State of Illinois

Page **2** of **4**
Clover Communities Fund VI LLC

---

115 S. LaSalle St., 26th Floor
Chicago, Illinios 60603
Attn: Daniel Edelstein, Amanda Bacoyanis, and Matthew Davies, Assistant Attorneys General
Email: Daniel.edelstein@ilag.gov; amanda.bacoyanis@ilag.gov; Matthew.Davies@ilag.gov

**VIA EMAIL**
State of Minnesota
445 Minnestota Street, Suite 1200
St. Paul, Minnesota 55101-2130
Attn: Evan Romanoff, Assistant Attorney Genearl
Email: evan.romanoff@ag.state.mn.us

**VIA EMAIL**
State of North Carolina
114 W. Edenton Street
Raleigh, North Carolina 27602
Attn: M. Lynne Weaver, Special District Attorney General
Email: lweaver@ncdoj.gov

**VIA EMAIL**
State of Wisconsin
17 West Main Street
Madison, Wisconsin 53703
Attn: Lewis W. Beilin, Assistant Attorney General
Email: beilinlw@doj.state.wi.us

**VIA EMAIL**
Axel Development Sag Harbor, LLC
404 Washington Ave., Suite 650
Miami Beach, Florida 33139
Attn: Ryan Sasson
Email: rsasson@stratfs.com


Re:   Preliminary Injunction ("**Preliminary Injunction**") ordered on March 4, 2024 by Judge Michael J. Roemer, U.S. Magistrate Judge of the U.S. District Court for the W.D.N.Y in CFPB, et al. v. Stratfs, LLC, et al.

   Case No. 1:24-cv-00040-AW-MJR (W.D.N.Y.)

Dear Receiver, Plaintiffs, Mr. Behar, and Mr. Sasson:

Page 3 of 4
**Clover Communities Fund VI LLC**

---

This letter is in response to correspondence from Vanessa Buchko of the Consumer Financial Protection Bureau ("**CFPB**") dated April 11, 2024 delivered to Teia Bui, Esq. General Counsel of Clover Management, Inc. via email on April 11, 2024. All capitalized terms not otherwise defined herein shall have the meaning ascribed in the Preliminary Injunction.

In compliance with the Preliminary Injunction, Clover Communities Manager, LLC, the Manager of Clover Communities Fund VI, LLC ("**Fund VI**"), by its signature below, certifies the following numbered paragraphs are true and correct to the best of its knowledge:

1. Fund VI records indicate that as of April 15, 2024 Axel Development Sag Harbor, LLC ("**Axel**"), which is understood to be owned and controlled by Ryan Sasson, owns an approximate 3.389% Membership Interest in Fund VI.

2. Fund VI does not maintain records nor hold any Asset controlled by or for the benefit of the Asset-Freeze Defendants other than those listed in numbered paragraph 1.

3. Membership interests in Fund VI entitle Axel to distributions of profits and losses, including distributions of cash flow, if any. Currently, Fund VI does not generate cash flow.

4. Commencing April 16, 2024, should any distributions eventually become due to Axel, such distributions will be deposited to banking accounts in the control of Fund VI and held until further instruction pursuant to the Preliminary Injunction.

5. Attached hereto are the following Documents:
    a. Subscription Agreement for Axel.
    b. Limited Liability Company Agreement of Fund VI (redacted in part for privacy of other investors).

    Note, Fund VI has not issued a Schedule K-1 to date.

6. To date, the capital contributed by Axel is $120,000 of $400,000 in commitments.

Please be advised that Axel must make timely contributions of its remaining capital commitments in order to prevent dilution of its Fund VI membership interests. Within the next 30 days, we estimate the remaining capital commitments in the amount of $280,000 will be called. We ask that Axel, and/or the Receiver in control of such matters, confirm in writing, within 5 business days of the date of this letter, whether Axel will continue to satisfy its capital commitment obligations to Fund VI.

Thank you for your attention to this matter.

Very truly yours,

Page **4** of **4**<br>**Clover Communities Fund VI LLC**

---

Clover Communities Manager, LLC

By: _____
Michael L. Joseph, Manager

Enclosures

CC:

**VIA U.S. MAIL**
Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**VIA EMAIL**
Dennis C. Vacco, Esq.
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Email: dvacco@lippes.com

**VIA EMAIL**
Gregory P. Photiadis, Esq.
Duke Holzman Photiadis & Gresens LLP
701 Seneca Street, Suite 750
Buffalo, New York 14210
Email: gpp@dhpglaw.com

**VIA EMAIL**
James C. Thoman, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, New York 14202
Email: jthoman@hodgsonruss.com