# EXHIBIT E

| | |
|---|---|
| From: | Thoman, James C. |
| To: | Teia Bui |
| Cc: | Thomas McNamara; Heftka, Michelle A. |
| Subject: | RE: Compliance with Prelim Injunction: CFPB Case No. 1:24-cv-00040-AW-MJR (W.D.N.Y.) |
| Date: | Tuesday, April 23, 2024 3:07:47 PM |

Teia, at this time, Axel Development Sag Harbor, LLC is not a Receivership Defendant so the Receiver is not in a position to respond for Axel. The Receiver reserves all rights and remedies as to this entity pursuant to the Preliminary Injunction.
Thank you.

Jim

**From:** Teia Bui <tbui@clovergroupinc.com>
**Sent:** Tuesday, April 23, 2024 3:02 PM
**To:** Thoman, James C. <JThoman@hodgsonruss.com>
**Cc:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Heftka, Michelle A. <MHeftka@hodgsonruss.com>
**Subject:** RE: Compliance with Prelim Injunction: CFPB Case No. 1:24-cv-00040-AW-MJR (W.D.N.Y.)

**External Email - Use Caution**

Thanks Jim,

Will you also be providing a response as it relates to Clover Communities Fund VI, LLC?

Teia

Teia Marie Bui, Esq.
*General Counsel*
**Clover Management, Inc.**
T: 716.688.4503 ext. 303
C: 716.465.7511

Notice of Privacy and Confidentiality: The information contained within this electronic mail is intended to be received and read only by the intended recipient named above and is confidential information and work product. No addressee should forward, print, copy or otherwise reproduce this message in any manner that would allow it to be viewed by an individual not originally listed as a recipient without the consent of the author. If you have received this email in error, please notify me by replying and then delete both my message and your reply and destroy any paper copies. Thank you.

Required Circular 230 Disclosure: In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Thoman, James C. <JThoman@hodgsonruss.com>
**Sent:** Tuesday, April 23, 2024 2:56 PM
**To:** Teia Bui <tbui@clovergroupinc.com>
**Cc:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Heftka, Michelle A. <MHeftka@hodgsonruss.com>

**Subject:** RE: Compliance with Prelim Injunction: CFPB Case No. 1:24-cv-00040-AW-MJR (W.D.N.Y.)

Ms. Bui, I represent Thomas McNamara, the Court appointed receiver, in this matter. I write to inform you that the Receiver will not be making a capital contribution to Clover Communities Fund V, LLC on behalf of Blaise Investments, LLC.

Please call should you have any questions.

Thank you.

Jim


**James C. Thoman**
Partner
Hodgson Russ LLP
Tel:  716.848.1361
Fax:  716.819.4614

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*