# EXHIBIT A

## Harvey, Karen J.

**From:** Gwitt, Brian D.
**Sent:** Wednesday, September 4, 2024 9:49 AM
**To:** Thoman, James C.
**Subject:** Clover Communities Funds

Jim:

We represent Clover Communities Fund VI, LLC ("Fund VI") and Clover Communities Fund V, LLC ("Fund V"). I write to follow-up on your communications with Teia Bui, Esq. The communications indicated that if Axel did not make timely contributions of its remaining capital commitments to Fund VI, its membership interests will be diluted. Similarly, if Blaise and Fusion did not make timely contributions of their remaining capital commitments to Fund V, their membership interests will be diluted.

You previously indicated in your April 23, 2024 email that the Receiver will not be making capital contributions to Fund V on behalf of Blaise. The Receiver has not responded on behalf of Fusion as it relates to Fund V. You also stated that the Receiver would not be responding as it relates to Fund VI because Axel is not a named Receivership Defendant.

If timely contributions of remaining capital commitments are not made, Axel, Blaise and Fusion's membership interests will be diluted. We request that Receiver confirm in writing whether he objects to the dilution of membership interests if capital contributions are not made. In addition, Clover requests that Receiver advise if he will object to a motion by Clover seeking relief from the stay imposed by the Court in order to dilute membership interests.

Please respond by September 12, 2024. Thank you.

Brian D. Gwitt, Esq.
Partner
Direct Dial: 716-248-3213
Direct Fax: 716-248-3313
Mobile: 716-861-2881
BGwitt@woodsoviatt.com

Firm Phone: 716-248-3200
Firm Fax: 716-854-5100
woodsoviatt.com



– ATTORNEYS –
The art of representing people*

*1900 Main Place Tower 350 Main Street  Buffalo, New York 14202*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.