# EXHIBIT B

| | |
|---|---|
| From: | Thoman, James C. <JThoman@hodgsonruss.com> |
| Sent: | Thursday, September 5, 2024 1:12 PM |
| To: | Gwitt, Brian D. |
| Cc: | Thomas McNamara; Heftka, Michelle A. |
| Subject: | RE: Clover Communities Funds |

**EXTERNAL EMAIL**

Hello Brian, the Receiver will not be making additional capital contributions to Fund V on behalf of Blaise Investments LLC based upon his review of the receivership assets available to Blaise investments LLC and his business judgment. Fusion Capital, LLC is not presently a receivership defendant and therefore the Receiver does not take a position as to that entity's capital contributions to Fund V. Axel Development Sag Harbor, LLC is also not presently a receivership defendant and the receiver takes no position as to Fund VI's capital call.

Subject to reviewing the motion papers, the receiver does not presently contemplate objecting to a motion to lift stay to effect dilution.

Thanks
Jim

**James C. Thoman**
Partner
Hodgson Russ LLP

Tel: 716.848.1361
Fax: 716.819.4614



Twitter | LinkedIn | website | Bio | e-mail | vCard

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map