**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. <br><br> Defendants, and <br><br> STRATEGIC ESOP, et al., <br><br> Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**NOTICE OF APPEARANCE**

**TO:**   The Clerk of Court and all Parties of Record

Please take notice that Casey D. Laffey of the law firm Reed Smith LLP, who is duly admitted and authorized to practice in the Western District of New York, hereby appears as lead counsel and counsel of record in this action for defendants Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, and Blaise Investments, LLC, and demands that copies of all court notices and correspondence in this action be electronically served upon the undersigned.

Dated: December 4, 2024         **REED SMITH LLP**

By: /s/ Casey D. Laffey
Casey D. Laffey
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel. (212) 549-0389
claffey@reedsmith.com
*Counsel for Defendants*