Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CONSUMER FINANCIAL          )
PROTECTION BUREAU, et       )
al.,                        )
                            )
             Plaintiffs,    )
                            )
        -vs-                ) No. 24-CV-40-JLS-MJR
                            )
STRATFS, LLC, (f/k/a        )
STRATEGIC FINANCIAL         )
SOLUTIONS, LLC) et al.,     )
                            )
             Defendants.    )


     The deposition of JASON BLUST,

called by the Plaintiffs for examination, taken

pursuant to the Federal Rules of Civil Procedure

of the United States District Courts pertaining

to the taking of depositions before MAUREEN A.

WOODMAN, a notary public within and for the

County of Cook and State of Illinois, at Suite

1590, 230 South Dearborn Street, Chicago,

Illinois, on the 29th day of January, 2024, at

the hour of 9:40 a.m.

```
 1   APPEARANCES:

 2        CONSUMER FINANCIAL PROTECTION BUREAU
          BY:  MR. JOSEPH SANDERS
 3             1700 G Street, NW
               Washington, DC  20552
 4             Email: Joseph.sanders@cfpb.gov
               Telephone: 202.377.9846
 5
                    On behalf of the Plaintiff Consumer
 6                  Financial Protection Bureau;

 7        OFFICE OF THE ILLINOIS ATTORNEY GENERAL
          BY:  MS. AMANDA E. BACOYANIS
 8             115 South LaSalle Street
               Chicago, Illinois  60603
 9             Telephone: 312.814.3000
               Email: Amanda.bacoyanis@ilag.gov,
10
                    On behalf of the Plaintiff the
11                  People of the State of Illinois;

12         MINNESOTA ATTORNEY GENERAL'S OFFICE
          BY:  MR. EVAN ROMANOFF (Via Videoconference)
13             445 Minnesota Street
               Suite 1200
14             St Paul, Minnesota  55101
               Telephone: 651.296.3353,
15
                    On behalf of Plaintiff the State
16                  of Minnesota;

17         PERSONIUS MELBER, LLP.
          BY:  MR. RODNEY O. PERSONIUS
18             (Via Videoconference)
               2100 Main Place Tower
19             350 Main Street
               Buffalo, New York  14202
20             Telephone: 716.855.1050
               Email: Rop@Personiusmelber.com,
21
                    On behalf of the Defendant Jason
22                  Blust and Relief Defendants Jaclyn
                    Blust, The Blust Family Irrevocable
23                  Trust, Lit Def Strategies, LLC, and
                    Relialit, LLC;
24
```

```
 1    APPEARANCES: (Continued)

 2        CONNORS LLP
          BY:  MR. TERRENCE M. CONNORS
 3             (Via Videoconference)
               1000 Liberty Building
 4             Buffalo, New York  14202
               Telephone: 716.852.5533,
 5
                    On behalf of Defendants Clear Creek
 6                  Legal, LLC; Credit Advocates Law
                    firm, LLC; Greenstone Legal Group;
 7                  Brandon Ellis Law Firm, LLC;
                    Hailstone Legal Group; Hallock and
 8                  Associates; Harbor Legal Group;
                    Anchor Law Firm, PLLC; Bedrock Legal
 9                  Group; Boulder Legal Group; Canyon
                    Legal Group, LLC, Great Lakes Law
10                  Firm; Heartland Legal Group; Level
                    One Law; Meadowbrook Legal Group;
11                  Monarch Legal Group; Newport Legal
                    Group, LLC; Northstar Legal Group;
12                  Option 1 Legal; Pioneer Law Firm,
                    P.C.; Rockwell Legal Group; Spring
13                  Legal Group; Royal Legal Group;
                    Slate Legal Group; Stonepoint Legal
14                  Group; The law Firm of Derek
                    Williams, LLC; Whitestone Legal
15                  Group; Wyolaw, LLC; Chinn Legal
                    Group, LLC; Leigh Legal Group, PLLC;
16                  Hallock & Associates, LLC; Gustafson
                    Consumer Law Group, LLC; Michel Law,
17                  LLC; The Law Office of Melissa
                    Michel, LLC; Moore Legal Group, LLC;
18
          LIPPES MATHIAS, LLP.
19        BY:  MR. SCOTT S. ALLEN, JR.
               (Via Videoconference)
20             50 Fountain Plaza
               Suite 1700
21             Buffalo, New York  14202
               Phone: 716.853.5199
22             Email: Sallen@lippes.com,

23                  On behalf of Defendants StratFS, LLC
                    (f/k/a Strategic Financial
24                  Solutions, LLC) Strategic Client
```

Support, LLC (f/k/a Pioneer Client

```
 1    APPEARANCES: (Continued)

 2              Services, LLC) SrategicCS, LLC;
                Strategic FS Buffalo, LLC; Strategic
 3              NYC, LLC; BCF Capital, LLC; T Fin,
                LLC; Strategic Consulting, LLC;
 4              Versara Lending, LLC; Strategic
                Family, Inc; Anchor Client Services,
 5              LLC (n/k/a CS 1 PAAS Services, LLC;
                Bedrock Client Services, LLC;
 6              Boulder Client Services, LLC; Canyon
                Client Services, LLC; Carolina
 7              Client Services, LLC; Great Lakes
                Client Services, LLC; Guidestone
 8              Client Services, LLC; Harbor Client
                Services, LLC; Heartland Client
 9              Services, LLC; Monarch Client
                Services, LLC (n/k/a CS 2 PAAS
10              Services, LLC; Newport Client
                Services, LLC; Northstar Client
11              Services, LLC; Option 1 Client
                Services, LLC; Pioneer Client
12              Servicing, LLC, Rockwell Client
                Services, LLC; Royal Client
13              Services, LLC; Stonepoint Client
                Services, LLC; Summit Client
14              Services, LLC (n/k/a CS 3 PAAS
                Services, LLC), and Whitestone
15              Client Services, LLC;

16         RILEY SAFER HOLMES & CANCILA, LLP.
           BY:  MS. MAEGAN McADAM (Via Videoconference)
17              136 Madison Avenue
                Suite 600
18              New York, New York  10016
                Phone: 212.660.1025
19              Email: Mmadam@rshc-law.com,

20              On behalf of Defendants Ryan Sasson,
                Daniel Blumkin and Albert Ian Behar;
21

22

23

24
```

```
 1   APPEARANCES: (Continued)

 2       SALVATOR PRESCOTT PORTER & PORTER
         BY:  MR. ANDREW PORTER
 3            MS. KATHLEEN HILL (Via Videoconference)
              1010 Davis Street
 4            Evanston, Illinois  60201
              Phone: 312.283.5711
 5            Email: Aporter@sppplaw.com,

 6                On behalf of Defendant Jason Blust.

 7   ALSO PRESENT:
         Ms. Cheryl Goodwin, (Via Videoconference)
 8           Paralegal;

 9       Mr. Daniel Blumkin, (Via Videoconference.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1      MR. PORTER:  Objection to form.

2      THE WITNESS:  I forget the legal term of it.

3  I set it up for my family's benefit.

4  BY MR. SANDERS:

5      Q.   Would you read the dates employed there

6  in item seven?

7      A.   It says, "June of 2020 to the present."

8      Q.   Did Lit Def Strategies exist prior to

9  June 2020?

10     A.   I don't know.

11     Q.   When was the trust formed?

12     A.   2019.

13     Q.   Did you have dealings with Lit Def

14  Strategies prior to June of 2020?

15     A.   I don't recall.

16     Q.   Was Lit Def Strategies created at the

17  same time as the trust?

18     A.   I don't recall.

19     Q.   Would you read the income received by

20  Lit Def Strategies in 2020?

21     A.   $10,629,503.76.

22     Q.   And would you read the income received

23  by Lit Def Strategies in 2023?

24     A.   $340,000.08.

1    Q.   Do you know why the income has decreased

2    so much?

3    A.   I do.

4    Q.   Why is that?

5    A.   Part of the arrangement that I had with

6    the law firms is that the payments to Lit Def

7    Strategies would be front-loaded.  I know the

8    nature of the industry and the -- you know, the

9    profitability of a firm is at the outset, so we

10   front-loaded the payments for the work that would

11   continue on down the road.

12   Q.   Why was the profitability of the firm at

13   the outset of the firm?

14   A.   Well, the time that the firm makes the

15   most money clients are paying retainers.

16   Q.   Are the client retainer payments

17   front-loaded?

18   A.   No.  Well, they're paid at the outset,

19   but they're not -- you know, they're paid at the

20   beginning over time.

21   Q.   Wouldn't firms continue to take in funds

22   over time as they brought in new clients?

23   A.   Potentially, but we had discussed the

24   arrangement that I laid out for you.

Page 143

1                   IN THE UNITED STATES DISTRICT COURT
2               FOR THE EASTERN DISTRICT OF NEW YORK

3    CONSUMER FINANCIAL          )
     PROTECTION BUREAU, et       )
4    al.,                        )
                                 )
5                   Plaintiffs,  )
                                 )
6            -vs-                ) No. 24-cv-40
                                 )
7    STRATFS, LLC, (f/k/a        )
     STRATEGIC FINANCIAL         )
8    SOLUTIONS, LLC) et al.,     )
                                 )
9                   Defendants.  )

10

11       I hereby certify that I have read the
     foregoing transcript of my deposition given at
12   the time and place aforesaid, and I do again
     subscribe and make oath that the same is a true,
13   correct and complete transcript of my deposition
     given as aforesaid, with corrections, if any,
14   appearing on the attached correction sheet(s).

15                   Please check one:
                     _____ I made no corrections
16                              Number of Correction
                     sheets attached

17

18                   JASON BLUST

19   SUBSCRIBED AND SWORN TO
     before me this      day
20   of                         A.D., 2024

21

22   Notary Public

23

24