# EXHIBIT 1

| | |
|---|---|
| **From:** | M Hinds <mhinds@litdefstrategies.com> |
| **Sent:** | Tuesday, December 13, 2022 6:27 AM |
| **To:** | Jason Blust |
| **Subject:** | Re: Bonus |

Done.


Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606

---

**From:** Jason Blust <jblust@blustfirm.com>
**Sent:** Monday, December 12, 2022 3:42 PM
**To:** M Hinds <mhinds@litdefstrategies.com>
**Subject:** Bonus

Please communicate to the following as discussed

Castro - $5,000
Hayfa - $2,000 , please have her paid from Fidelis - reach out to Lisette and have it handled.

Confirm done on these

1