# EXHIBIT 2

**From:** M Hinds <mhinds@litdefstrategies.com>
**Sent:** Monday, April 3, 2023 9:22 AM
**To:** Jason Blust

Fidelis:

1. Hayfa
2. Kristen
3. Ana
4. Jenni
5. Peggy

LDS:

1. Edgar
2. Victor

Both:

1. Jean
2. Shirley
3. Katherine

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606