EXHIBIT 3

| | |
|---|---|
| **From:** | M Hinds <mhinds@litdefstrategies.com> |
| **Sent:** | Tuesday, October 31, 2023 2:56 PM |
| **To:** | Jason Blust |
| **Subject:** | Jenni Moy Raise Request |

Jason,

Jenni approached me for a raise. Her last raise was in July 2022, and she currently makes $47,500 (a little over $22/hour). Jenni does the following for me:

1. She trains all new attorneys on lead trac. I constantly get compliments regarding her training and how thorough it is. She also gives them her cell for questions and is the go-to for lead trac questions for all lit attorneys.
2. She's who I have spot initial file issues for Strategic files. Essentially she looks out for anything out of the ordinary (duplicate files, not getting very many files, etc). She's the first line of sight on this.
3. She handles everything related to Newport, Stonepoint, Canyon, & Clear Creek (attorney assignment, initial file review & verification of documents, attorney correspondence, happy fox ticket correspondence)
4. She handles assignment of all initiative files as well

She told me she would ideally be at $65,000 and is willing to take on more work to get there. I obviously told her this was a huge ask and not likely, but with new firms coming on board I can have her do more work. Another thought would be if Hayfa needs help with any of her tasks she does for you or Turnbull, I can have her help with those things too.

She's one of my best ones in terms of attitude and general performance, so I think we should give her some sort of increase. Let me know your thoughts.

Best,
Michelle Hinds
Lit Def Strategies, LLC
211 W. Wacker Drive
Suite 900B
Chicago, IL 60606