# EXHIBIT 6

| | |
|---|---|
| **From:** | Dobson, Matthew <Matthew.Dobson@freedmaxick.com> |
| **Sent:** | Tuesday, March 22, 2022 7:36 AM |
| **To:** | Ryan Sasson |
| **Cc:** | Soluri Jr, Ron |
| **Subject:** | RE: Audit - Carolina settlement |

Hi Ryan – are you still able to join the call now?

Thanks,
Matt

**MATT DOBSON, CPA, ACA**
SENIOR MANAGER



424 MAIN ST, SUITE 800   |   BUFFALO, NY 14202
Direct: 716.332.2697   |   Reception: 716.847.2651   |   Fax: 716.847.0069   |   **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.



RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Monday, March 21, 2022 15:28
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Cc:** Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** Re: Audit - Carolina settlement

I can do 8:30 or 10:30 tomorrow morning.


Best,

Ryan Sasson

CEO
Strategic Financial Solutions

---

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Sent:** Saturday, March 19, 2022 9:26:43 AM
**To:** Ryan Sasson <rsasson@stratfs.com>
**Cc:** Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** Re: Audit - Carolina settlement

Thanks Ryan. I can't make a call at 11.30 on Monday -  do you have any availability on Tuesday morning before 11, or Wednesday.

Thanks

MATT DOBSON
SENIOR MANAGER
FREED MAXICK CPAS P.C.
716-332-2697

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Friday, March 18, 2022 8:33:32 PM
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Cc:** Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** Re: Audit - Carolina settlement

I am not available at 8 on Monday but can make 11:30 work.

I think you are mis-informed or have the information wrong. The law firms paid ALL of that settlement and Strategic is not reimbursing them.


Best,

Ryan Sasson
CEO
Strategic Financial Solutions

---

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Sent:** Friday, March 18, 2022 1:17:13 PM
**To:** Ryan Sasson <rsasson@stratfs.com>
**Cc:** Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** Audit - Carolina settlement

Ryan -Are you available at 8am on Monday morning to have a call about the legal settlement with Carolina law firm? We want to understand the nature of the settlement and who was responsible for paying the settlement - Sal said to reach out to you. We understand Jason Blust may have paid all or part of the settlement but that Strategic may be reimbursing him a portion?

Any additional information including additional agreements between you and Jason Blust would be appreciated.

I'll send an invite for that time unless you can provide an update by email.

Thanks
Matt

MATT DOBSON
SENIOR MANAGER
FREED MAXICK CPAS P.C.
716-332-2697

---

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Thursday, March 17, 2022 10:55:34 AM
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>; Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Cc:** Cameron Ball <cball@stratfs.com>; Ryan Sasson <rsasson@stratfs.com>
**Subject:** Re: Success fee (phantom shares)

Ron and Matt

Cameron told me that you got conflicting information about the Carolina settlement. It's not the right information. The law firm's back-end technology connections to our systems is not related to the settlement.

Ryan took the lead on negotiating the settlement so you should talk to him about how that worked and why we did not pay anything.

When do you want to have a call?

ST

**Salvatore Tirabassi**
Chief Financial Officer
**E:** stirabassi@stratfs.com

 

Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Date:** Thursday, March 17, 2022 at 6:31 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Cc:** Cameron Ball <cball@stratfs.com>, Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** RE: Success fee (phantom shares)

Ok, thanks for the update – copying in Ron too so he's aware.

We will have to have waivers from both CIBC and Credit Suisse in order to close out the audit. Typically we would just send a letter to the bank asking for waivers of the breached covenants - we've done initial calculations of the covenants

but will wait to update those once all audit work is completed and tied out including the valuation/ESOP pieces even though most of that is added back, just so we only have to ask for waivers once.

What do you see as the timeframe for getting the amendments resolved – our audit will be open anyway until the valuation firm has completed their work, and then Principal have to deal with the ESOP admin on their end which in previous years has been 4-5 weeks after we submit the drafts? If amendments are likely to be done in that time frame or shortly afterwards, we can wait to issue and try to have waivers included in the amendment.

Thanks,

**MATT DOBSON, CPA, ACA**
SENIOR MANAGER



424 MAIN ST, SUITE 800  |  BUFFALO, NY 14202
Direct: 716.332.2697  |  Reception: 716.847.2651  |  Fax: 716.847.0069  |  **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.

 

RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Thursday, March 17, 2022 06:18
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Success fee (phantom shares)

Matt

I have not gotten the bank amendment documents from the bank yet.

We have had 3 bad enrollment months and we are reforecasting again. The bank knows this and we will  have to have another negotiation with them.

How do you want to handle this regarding closing the audit?

ST

**Salvatore Tirabassi**
Chief Financial Officer
**E:** stirabassi@stratfs.com

 

PROUDLY EMPLOYEE OWNED

Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Date:** Thursday, March 17, 2022 at 6:15 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** RE: Success fee (phantom shares)

Yes, thank you.

**MATT DOBSON, CPA, ACA**
SENIOR MANAGER



424 MAIN ST, SUITE 800  |  BUFFALO, NY 14202
Direct: 716.332.2697   |   Reception: 716.847.2651   |   Fax: 716.847.0069   |   **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.

 

RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Wednesday, March 16, 2022 16:02
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>

**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Success fee (phantom shares)

Matt

The value should get added back to their notes. That is the intent of the language. It's because they should claw back value that they gave up.

Make sense?

ST

Get Outlook for iOS
**Salvatore Tirabassi**
Chief Financial Officer
**E:** stirabassi@stratfs.com

 

Awarded as one of *"The Best Companies to Work for in New York"* four times!

   

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

---

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Sent:** Monday, March 14, 2022 4:34:18 PM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** RE: Success fee (phantom shares)

Sorry, actually both pieces are wording I referred to below are within the employment agreements – it first states that payments will be made in line with payments on the Seller debt (which is inherently over a period greater than 5 years), but later states no payments after 5 years.

But in the ESOP sale agreement, it states in section 2.1 h) that for any forfeiture,  due to failure to vest or no payments within the 5 years, the forfeiture will be reallocated to both **sellers and non-seller executives**. That seems to contradict itself as it implies there'll be a forfeiture, but then it'll get reallocated including to the non-seller executives?

**MATT DOBSON, CPA, ACA**
SENIOR MANAGER



424 MAIN ST, SUITE 800  |  BUFFALO, NY 14202
Direct: 716.332.2697  |  Reception: 716.847.2651  |  Fax: 716.847.0069  |  **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.



RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Monday, March 14, 2022 16:02
**To:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** Re: Success fee (phantom shares)

Matt

Can you send the language in the ESOP document?

ST

**Salvatore Tirabassi**
Chief Financial Officer
**E:**  stirabassi@stratfs.com



Awarded as one of *"The Best Companies to Work for in New York"* four times!



This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Dobson, Matthew <Matthew.Dobson@freedmaxick.com>
**Date:** Monday, March 14, 2022 at 4:00 PM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Cc:** Cameron Ball <cball@stratfs.com>
**Subject:** Success fee (phantom shares)

Hi Sal,

For the success fee that you and Cindy Sperling have related to the sale to the ESOP, the terms state no payment after December 2022, but then the ESOP documents state payment terms will follow those of the main seller debt.

Should this be shown as current or non-current liabilities for the 2021 financial statements? Cameron mentioned this to us briefly and I believe said you may be working on some amendments? Cameron, please correct me if I've misspoken here.

Thanks,
Matt

**MATT DOBSON, CPA, ACA**
SENIOR MANAGER



424 MAIN ST, SUITE 800  |  BUFFALO, NY 14202
Direct: 716.332.2697  |  Reception: 716.847.2651  |  Fax: 716.847.0069  |  **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.



RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**CAUTION** This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.