EXHIBIT 7

| | |
|---|---|
| **From:** | Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com> |
| **Sent:** | Wednesday, March 23, 2022 12:17 PM |
| **To:** | Ryan Sasson |
| **Subject:** | RE: Carolina Settlement 1.5M |

Thx Ryan – appreciate you following up on this for us.

Thx, Ron

**Ron Soluri Jr., CPA,CVA**
**Director**



424 Main Street, Suite 800  |   Buffalo, New York  14202
Direct: 716.332.2721   |   Cell: 716.628.7277
Main: 716.847.2651   |   Fax: 716.847.0069   |   **FREEDMAXICK.COM**

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Any advice or information in the body of this email is subject to, and limited by, the terms in the applicable engagement letter or statement of work, including provisions regarding tax advice.  Freed Maxick and its affiliates are not responsible for, and no person should rely upon, any advice or information in the body of an email or information related to services contemplated by an engagement letter or statement of work in effect between such person and Freed Maxick or its affiliates.

 

RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ logo is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Wednesday, March 23, 2022 10:44 AM
**To:** Soluri Jr, Ron <Ron.Soluri.Jr@freedmaxick.com>
**Subject:** FW: Carolina Settlement 1.5M

Below is a screenshot from the accountant of Carolina and Blust showing the settlement payment.

Ryan Sasson
CEO





This e-mail contains information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Wednesday, March 23, 2022 7:05 AM
**To:** Ryan Sasson <rsasson@stratfs.com>
**Subject:** FW: Carolina Settlement 1.5M


**Salvatore Tirabassi**
Chief Financial Officer
ext 7035 // **E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** CK <c@k2fnm.com>
**Date:** Thursday, March 17, 2022 at 10:24 AM
**To:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** Carolina Settlement 1.5M

Sal,
The Carolina Settlement was paid by Lit Def Strategies. Below is proof of the wire to the law firm.

| Date | Type | Amount | | Description | | |
|---|---|---|---|---|---|---|
| 9/17/2021 | DEBIT | (47.35) | | 0 MISCELLANEOUS FEES | ANALYSIS ACTIVITY | FOR 08/21 |
| 9/14/2021 | DEBIT | (1,500,000.00) | 9.96E+14 | WIRE TRANSFER OUT | WIRE TRANSFER OUT ACCT#1676239073 | WEAVER, BENNETT & BLAND CLIENT |

Regards,
Chris

2

Chris Kesterson
Managing Partner
K2 Financial Management, LLC
Accounting | Audit | Consulting |Project Management

Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**CAUTION** This email originated from outside the organization. Do not click on links or open attachments unless you recognize the sender's **email** address and know that the content is safe.