# EXHIBIT 8

| | |
|---|---|
| **From:** | Marc Lemberg |
| **Sent:** | Monday, December 27, 2021 11:28 AM |
| **To:** | Salvatore Tirabassi; Ryan Sasson |
| **Subject:** | RE: 2021 Law Firm Bills |

I was for 2020.

- Brad and I produced all the detail on all of the 3rd party law firm invoices billed to the firms.
- I had included in that calc what we should have billed back (at that time approx. $11.5K for Michael Ross, but not the other $25K yet), but not sure if it was ultimately invoiced back by Brad et al.

Cameron stopped getting invoices the firms paid Rathje etc. from Kesterson after we changed to a net Admin Fee formula.

So that left a gap from March-November 2021.

So, early last week, I asked JB + Kesterson to provide me all 2021 3rd party legal fee invoices billed to firms (Rathje + local/regulatory counsel) so we can check against what your team has for 2021 true up costs for period March-November 2021.

I pinged Kesterson again Christmas eve and he told me I should be receiving early this week.

**Marc Lemberg**
General Counsel
**O:** (212) 810-4522 // ext 7061 // **E:** MLemberg@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Salvatore Tirabassi <stirabassi@stratfs.com>
**Sent:** Monday, December 27, 2021 2:15 PM
**To:** Ryan Sasson <rsasson@stratfs.com>; Marc Lemberg <MLemberg@stratfs.com>
**Subject:** Re: 2021 Law Firm Bills

You can ask Cameron and Ian Toro to set up an invoice for them. @Marc, are you reconciling every month?

**Salvatore Tirabassi**
Chief Financial Officer
ext 7035 // **E:** stirabassi@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

**From:** Ryan Sasson <rsasson@stratfs.com>
**Date:** Monday, December 27, 2021 at 2:08 PM

**To:** Marc Lemberg <MLemberg@stratfs.com>, Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** Re: 2021 Law Firm Bills

That's a tough one because they took 50% of the settlement

Best,

Ryan Sasson
CEO
Strategic Financial Solutions

---

**From:** Marc Lemberg <MLemberg@stratfs.com>
**Sent:** Monday, December 27, 2021 2:02:22 PM
**To:** Ryan Sasson <rsasson@stratfs.com>; Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** RE: 2021 Law Firm Bills

There is approx. $36.5K that would match this.  In both cases I approved and asked Cameron to make sure we bill it back (approx. $7K?).

1.  Approx $25K Ice-related I put through -- two invoices:
    a.  Kroll Investigations
    b.  a former NYC prosecutor, Laurin Grollman.

    Both are from back when we (and only we) were trying to dig up anything we could find on the Ices.  As it turns out, we didn't find much of value.  We later learned when we hired them, they turned out to be squeaky clean.

2.  Other is approx $11.5K from the Law Offices of Michael Ross related to assisting Lauren Montanile defending her NY bar complaint.

@Salvatore Tirabassi, we should look to ensure we invoiced (or factored into any true-up) firms' responsibility for a portion of this approx. $36.5K. (approx. $7K total?)

@Ryan Sasson, I assume the Troutman Pepper share re Carolina is already baked elsewhere.

**Marc Lemberg**
General Counsel
**O:** (212) 810-4522 // ext 7061 // **E:** MLemberg@stratfs.com

This e-mail may contain information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments.

---

**From:** Ryan Sasson <rsasson@stratfs.com>
**Sent:** Monday, December 27, 2021 11:23 AM
**To:** Marc Lemberg <MLemberg@stratfs.com>; Salvatore Tirabassi <stirabassi@stratfs.com>
**Subject:** 2021 Law Firm Bills

Please fully confirm that we billed and received payment for 20% of ALL the Legal fees that Strat paid for anything having to do with the law firms in 2020.

Ryan Sasson
CEO





This e-mail contains information that is confidential and/or privileged. If you are not the intended recipient of this e-mail, you must not disseminate, copy or take any action with respect to any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy it and its attachments