UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>                 Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>                 Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>                 Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

### DECLARATION OF BRIAN REISS IN SUPPORT OF RECEIVER'S HEARING BRIEF

I, Brian Reiss, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the former Senior VP of Technology and Data Security for StratFS. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would competently testify to the facts stated herein.

2. I submit this Declaration in connection with the Receiver's Hearing Brief.

3. I worked for StratFS between 2019 and 2024.

4. During my time there, I always worked in Information Technology. Among my responsibilities, I managed and oversaw the operations of StratFS's Information Technology Systems and had intimate knowledge and familiarity with StratFS's technology vendors.

5. I have no personal recollection of Cameron Christo or a company known as Fidelis Support Legal Services ("Fidelis").

1

6. I have no recollection of StratFS, including Strategic Client Support, LLC, having a contract with Fidelis or Christo.

7. I have no knowledge of StratFS, including Strategic Client Support, LLC, ever hiring Fidelis or Christo to perform for any work for StratFS.

8. I do not recall StratFS, including Strategic Client Support, LLC, hiring any technology vendor in or around the fall of 2021 to vet a new software platform or to determine whether software would integrate with existing systems.

Executed this 16th day of January, 2025, in San Diego, California.

*Brian Reiss*
_____
Brian Reiss