UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>       Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>       Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>       Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**RECEIVER'S EXHIBIT LIST**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

Case No.:  1:24-cv-00040-EAW-MJR    (  )  Plaintiffs
Date:      January 23-24, 2025         (  )  Defendants
                                        (X)  Receiver

The Receiver submits the following list of exhibits in advance of the evidentiary hearing scheduled for January 23 and 24, 2025. The Receiver reserves the right to timely amend this list as necessary.

Exhibits REC001 to REC089 below have previously been filed with the Court by the parties or the Receiver in the pleadings related to the Order to Show Cause re Contempt or Fidelis's Motion Challenging Receivership Defendant Determination. Exhibits REC090 to REC102 below have not previously been filed with the Court.

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC001 | Wall Declaration in Support of Receiver's Emergency Motion for an Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not Be Held in Civil Contempt | 179-02 | | | |
| REC002 | Wall Dec., Ex. 1: Nevada Secretary of State's Business Information Page for Fidelis | 179-03 | | | |
| REC003 | Wall Dec., Ex. 2: Printout of Fidelis's website | 179-04 | | | |
| REC004 | Wall Dec., Ex. 3: Printout of Lit Def's website | 179-05 | | | |
| REC005 | Wall Dec., Ex. 4: Sample of Fidelis emails that were located in the StratFS SalesForce environment | 179-06 | | | |
| REC006 | Wall Dec., Ex. 5: October 26-27, 2021 email string regarding Fidelis | 179-07 | | | |

1

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC007 | Wall Dec., Ex. 6: October 28-29, 2021 email string concerning Fidelis invoicing | 179-08 | | | |
| REC008 | Wall Dec., Ex. 7: October 28-November 30, 2021 email string regarding Fidelis invoicing | 179-09 | | | |
| REC009 | Wall Dec., Ex. 8: March 8-24, 2022 email string concerning Fidelis invoicing along with a related contract | 179-10 | | | |
| REC010 | Wall Dec., Ex. 9: Sample of pre-February 2022 Lit Def emails that were located in the StratFS SalesForce environment | 179-11 | | | |
| REC011 | Wall Dec., Ex. 10: Sample of post-February 2022 Lit Def emails that were located in the StratFS SalesForce environment | 179-12 | | | |
| REC012 | Wall Dec., Ex. 11: January 31, 2024 email string located in the StratFS SalesForce environment | 179-13 | | | |
| REC013 | Wall Dec., Ex. 12: January 31, 2024 email string from StratFS's servers having a subject line including the description "File #116026404" | 179-14 | | | |
| REC014 | Wall Dec., Ex. 13: January 22, 2024 email from StratFS's servers sent by a Senior Vice President of StratFS | 179-15 | | | |
| REC015 | Christo Declaration in support of Non-Party Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis is a Receivership Defendant | 190-04 | | | |
| REC016 | Christo Dec., Ex. A: Fidelis Operating Agreement | 190-05 | | | |
| REC017 | Christo Dec., Ex. B: Ownership Transfer to the Bush Lake Trust | 190-06 | | | |
| REC018 | Christo Dec., Ex. C: Bush Lake Trust Agreement | 190-07 | | | |
| REC019 | Christo Dec., Ex. D: Example of Fidelis Invoice | 190-08 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC020 | Christo Dec., Ex. E: Letter from Receiver re: Status of Fidelis as Receivership Defendant (February 25, 2024) | 190-09 | | | |
| REC021 | Christo Dec., Ex. F: Exemplar Reminders to Fidelis Customer Support Staff | 190-10 | | | |
| REC022 | Declaration of Jason Blust | 211-00 | | | |
| REC023 | Rosenberg Declaration in Support of Receiver's Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis is a Receivership Defendant | 212-01 | | | |
| REC024 | Rosenberg Dec., Ex. A: True and correct copy of a chat conversation including those instructions from Shirley Saavedra | 212-02 | | | |
| REC025 | Wall Declaration in Support of Receiver's Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis is a Receivership Defendant | 212-03 | | | |
| REC026 | Wall Dec., Ex. 1: Printout of the front page of Client First Bankruptcy website | 212-04 | | | |
| REC027 | Wall Dec., Ex. 2: November 2, 2023 email from Jason Blust with the subject line "Fw: Monarch discovery punch list" | 212-05 | | | |
| REC028 | Wall Dec., Ex. 3: Consent Order of Discipline in the matter of The North Carolina State Bar v. Daniel S. Rufty, North Carolina State Bar No. 20 DHC 17 (Apr. 8, 2021). | 212-06 | | | |
| REC029 | Wall Dec., Ex. 4: Invoices for "Fidelis Legal Support LLC" from October 2021 through June 2022, which were located on StratFS's servers. | 212-07 | | | |

3

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC030 | Wall Dec., Ex. 5: March 16-24, 2022 email thread concerning Fidelis invoices | 212-08 | | | |
| REC031 | Wall Dec., Ex. 6: November 30, 2021 email thread concerning Fidelis invoices | 212-09 | | | |
| REC032 | Wall Dec., Ex. 7: October 26-27, 2021 email thread with the subject line "Re: Technology" | 212-10 | | | |
| REC033 | Wall Dec., Ex. 8: Illinois Secretary of State's Business Entity Information page for Turnbull Law Group, LLC | 212-11 | | | |
| REC034 | Wall Dec., Ex. 9: Illinois Secretary of State's Business Entity Information page for the Law Office of Jason Blust, LLC | 212-12 | | | |
| REC035 | Wall Dec., Ex. 10: New Jersey Secretary of State's Business Entity Information page for Turnbull Law Group NJ, LLC | 212-13 | | | |
| REC036 | Wall Dec., Ex. 11: January 3, 2023 email thread concerning Turnbull Law | 212-14 | | | |
| REC037 | Wall Dec., Ex. 12: March 16, 2022 email thread concerning invoices for legal services | 212-15 | | | |
| REC038 | Wall Dec., Ex. 13: Expense ledger attached to March 16, 2022 email | 212-16 | | | |
| REC039 | Wall Dec., Ex. 14: Lobbying Services Agreement dated December 2018, which was located on StratFS's servers | 212-17 | | | |
| REC040 | Wall Dec., Ex. 15: Alaska Secretary of State's Certificate of Registration for Chabner Legal Group LLC. | 212-18 | | | |
| REC041 | Wall Dec., Ex. 16: October 28-29, 2021 email thread concerning invoices from Arc Strategies, LLC | 212-19 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC042 | Wall Dec., Ex. 17: May 25-26, 2021 email thread | 212-20 | | | |
| REC043 | Christo Declaration in Support of Combined Reply Memorandum in Further Support of Nonparty Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis is a Receivership Defendant | 233-01 | | | |
| REC044 | Christo Dec., Ex. G: Sampling of emails from 2021 to 2024 reflecting Christo's day-to-day work operatiion of Fidelis | 233-02 | | | |
| REC045 | Christo Dec., Ex. H: Emails showing employees switching from their Lit Def email account to their Fidelis email account to match the servicer of the file in question | 233-03 | | | |
| REC046 | Christo Dec., Ex. I: Email from Christo to Hinds re: delay in payroll processing | 233-04 | | | |
| REC047 | Hinds Declaration in Support of Combined Reply Memorandum in Further Support of Nonparty Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis is a Receivership Defendant | 233-05 | | | |
| REC048 | Hinds Dec., Ex. A: Email thread re: separate Fidelis and Lit Def email accounts (February 2-11, 2022) | 233-06 | | | |
| REC049 | Hinds Dec., Ex. B: Selected emails re: Christo's involvement in management and other meetings | 233-07 | | | |
| REC050 | Hinds Dec., Ex. C: Selected emails re: Christo's involvement in operations and procedures | 233-08 | | | |
| REC051 | Hinds Dec., Ex. D: Selected emails re: Christo's involvement in hiring and human resources | 233-09 | | | |
| REC052 | Hinds Dec., Ex. E: Selected emails re: Christo's involvement in billing | 233-10 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC053 | Hinds Dec., Ex. F: Email from Hinds to Rosenberg (February 7, 2024) | 233-11 | | | |
| REC054 | Hinds Dec., Ex. G: Email from Rosenberg to Hinds re: administrative leave (February 8, 2024) | 233-12 | | | |
| REC055 | Hinds Dec., Ex. H: Email from Hinds to Fidelis personnel re: Rosenberg's administrative leave (February 8, 2024) | 233-13 | | | |
| REC056 | Hinds Dec., Ex. I: Email from Rosenberg to Hinds re: quitting job (March 8, 2024) | 233-14 | | | |
| REC057 | Hinds Dec., Ex. J: Email from Hinds to Rosenberg re: termination (March 12, 2024) | 233-15 | | | |
| REC058 | Hinds Dec., Ex. K: Email from Hinds to Fidelis personnel re: Rosenberg's departure (March 12, 2024) | 233-16 | | | |
| REC059 | Hinds Dec., Ex. L: Email from Rosenberg to Hinds re: final paycheck and other departure-related issues (March 18, 2024) | 233-17 | | | |
| REC060 | Wall Dec., Ex. A: January 11, 2022 email having the subject line "Follow Up", which was located in Michelle Hinds's Lit Def email account | 237-03 | | | |
| REC061 | Wall Dec., Ex. B: January 11-12, 2022, email thread having the subject line "Re: Follow Up" | 237-04 | | | |
| REC062 | Wall Dec., Ex. C: Exemplar emails transmitting "File Submission Reports" from December 2022, December 2023, and January 2024 to Jason Blust | 237-05 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC063 | Wall Dec., Ex. D: Email thread dated April 18-19, 2022 having the subject line "Re: File Submission Report" | 237-06 | | | |
| REC064 | Wall Dec., Ex. E: Email thread dated May16-20, 2022 having the subject line "Re: File Submission Report" | 237-07 | | | |
| REC065 | Wall Dec., Ex. F: January 18, 2022, email thread having the subject line "Re: Katherine Rosenberg Comp" | 237-08 | | | |
| REC066 | Wall Dec., Ex. G: August 5, 2022 email having the subject line "Comp Question" | 237-09 | | | |
| REC067 | Wall Dec., Ex. H: December 12-13, 2022 email thread having the subject line "Re: Bonus" | 237-10 | | | |
| REC068 | Wall Dec., Ex. I: Katherine Rosenberg's December 16, 2022 pay stub from Fidelis | 237-11 | | | |
| REC069 | Wall Dec., Ex. J: December 14, 2022 email having the subject line "Fidelis/LDS and Amanda White Oak" | 237-12 | | | |
| REC070 | Wall Dec., Ex. K: February 22, 2023 email thread having the subject line "Fw: LDS and Fidelis Updates" | 237-13 | | | |
| REC071 | Wall Dec., Ex. L: December 8, 2023 email having the subject line "Bonus" | 237-14 | | | |
| REC072 | Wall Dec., Ex. M: November 28, 2023 email having the subject line "Re: EOY" | 237-15 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC073 | Wall Dec., Ex. N: Katherine Rosenberg's December 20, 2023 pay stub from Fidelis, which Ms. Rosenberg provided to the Receiver | 237-16 | | | |
| REC074 | Wall Dec., Ex. O: Exemplar Fidelis invoices to Chabner Legal, Guidestone Law Group, Hallock & Associates, and Spring Legal | 237-17 | | | |
| REC075 | Wal Dec., Ex. P: January 14, 2024 having the subject line "Ny" | 237-18 | | | |
| REC076 | Wall Declaration in Support of Receiver's Further Filing in Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination That Fidelis Is a Receivership Defendant | 270-01 | | | |
| REC077 | Wall Dec., Ex. Q: April 2, 2021 email thread having the subject line "CHARLES" | 270-02 | | | |
| REC078 | Wall Dec., Ex. R: February 9-15, 2022, email thread having the subject line "RE: 12/25 – 2/8" | 270-03 | | | |
| REC079 | Wall Dec., Ex. S: email thread having the subject line "Re: New Project: Settlement Entry and File Close in Lit Defense System" from January 11-21, 2022 | 270-04 | | | |
| REC080 | Wall Dec., Ex. T: email thread dated March 14, 2022, having the subject line "Re: File Submission Report" | 270-05 | | | |
| REC081 | Wall Dec., Ex. U: Email thread dated December 21, 2022, having the subject line "Re: Tasks" | 270-06 | | | |

8

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC082 | Wall Dec., Ex. V: December 13, 2022, email thread having the subject line "Hayfa Bonus" | 270-07 | | | |
| REC083 | Wall Dec., Ex. W: February 10, 2023 email having the subject line "Shirley" | 270-08 | | | |
| REC084 | Wall Dec., Ex. X: April 5, 2023 email thread having the subject line "RE: 2023 Holiday Calendar" | 270-09 | | | |
| REC085 | Christo Declaration in Support of Non-Party Fidelis Legal Support Services, LLC's Combined Response to the Receiver's Sur-Reply and Supplemental Memoranda | 320-01 | | | |
| REC086 | Christo Dec., Ex. J: Exemplar email from Christo to Javier Avila re: Fidelis monthly invoices (July 12, 2023) | 320-02 | | | |
| REC087 | Hinds Declaration in Support of Non-Party Fidelis Legal Support Services, LLC's Combined Response to the Receiver's Sur-Reply and Supplemental Memoranda | 320-03 | | | |
| REC088 | Supplemental Declaration of Counsel for Jason Blust and Lit Def Strategies, LLC | 323-00 | | | |

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC089 | Personius Dec., Ex. A: Annotated calendar for January 2024; Ex. B: Email exchange between Receiver's counsel and Personius (January 24-25, 2024); Ex. C: Letter to the Court (February 9, 2024, Dkt. No. 149); Ex. D: Letter from Receiver's counsel to Personius re: request for information (March 15, 2024); Ex. E: Email exchanges between Receiver's counsel and Personius (March 18-25, 2024); Ex. F: Three emails in response to Receiver's request for information (March 20, 2024); Ex. G: Email thread re: production of additional information (March 25-26, 2024); Ex. H: Email thread re: issues with respect to produced data (March 27 and 29, 2024) | 323-01 | | | |
| REC090 | Jason Blust Deposition Transcript (January 29, 2024) | | | | |
| REC091 | Text messages between Christo and Hinds (Fidelis 01261-01284) | | | | |
| REC092 | Fidelis email thread, January 3, 2022 (Fidelis 001032) | | | | |
| REC093 | Fidelis email thread, December 12-14, 2022 (Fidelis 001232) | | | | |
| REC094 | Wall Dec., Ex. 1: December 12-13, 2022 email thread having the subject line "Re: Bonus" | | | | |
| REC095 | Wall Dec., Ex. 2: April 3, 2023 email | | | | |
| REC096 | Wall Dec., Ex. 3: October 31, 2023 email having the subject line "Jenni Moy Raise Request" | | | | |
| REC097 | Wall Dec., Ex. 4: December 4, 2023 email thread having the subject line "Re: Employees" | | | | |
| REC098 | Wall Dec., Ex. 5: Confidential Settlement Agreement and Mutual Release, August 31, 2021 | | | | |

10

| Ex. No. | Description | ECF No. | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| REC099 | Wall Dec., Ex. 6: March 14-22, 2022 email thread having the subject line "RE: Audit – Carolina settlement" | | | | |
| REC100 | Wall Dec., Ex. 7: March 17-23, 2022 email thread having the subject line "RE: Carolina Settlement 1.5M" | | | | |
| REC101 | Wall Dec., Ex. 8: December 27, 2021 email thread having the subject line "RE: 2021 Law Firm Bills" | | | | |
| REC102 | Support of Receiver's Hearing Brief | | | | |

Dated: January 16, 2025                    Respectfully submitted,

**MCNAMARA SMITH LLP**

By:      /s/ Logan D. Smith
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email:  lsmith@mcnamarallp.com;
awall@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*

11