UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>　　　　　　　　　　Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>　　　　　　　　　　Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**RECEIVER'S WITNESS LIST**

Thomas W. McNamara, as the Court-appointed receiver ("Receiver"), submits the following list of witnesses that may be called at the evidentiary hearing scheduled for January 23-24, 2025.

1.　Javier Avila

2.　Jason Blust

3.　Cameron Christo

4.　Michelle Hinds

5.　Katherine Rosenberg

2

Dated: January 16, 2025

                                    **MCNAMARA SMITH LLP**

                                    By:  /s/ Logan D. Smith
                                    Logan D. Smith  (*Pro Hac Vice*)
                                    Alexander D. Wall (*Pro Hac Vice*)
                                    McNamara Smith LLP
                                    655 West Broadway, Suite 900
                                    San Diego, California 92101
                                    Telephone:  (619) 269-0400
                                    Facsimile:  (619) 269-0401
                                    Email:  lsmith@mcnamarallp.com;
                                    awall@mcnamarallp.com

                                    *Attorneys for Court-appointed Receiver,*
                                    *Thomas W. McNamara*