EXHIBIT 1

| | |
|---|---|
| **From:** | Thomas McNamara |
| **To:** | Jill Jacobs; Mark Molloy |
| **Cc:** | Logan Smith; James C. Thoman |
| **Subject:** | RE: OSC hearing Jan 23-24 |
| **Date:** | Saturday, January 18, 2025 9:53:00 AM |

Mark,

You have not responded after receiving the transcript. Please confirm your client will be present on Jan 23-24 as required by the Court.

If this needs to be raised to Judge Roemer, I would like to do so first thing Tuesday morning.

Tom

Thomas W. McNamara

McNamara Smith LLP

655 W. Broadway

Suite 900

San Diego, CA 92101

General Line: 619-269-0400

Direct: 619-269-0499

tmcnamara@mcnamarallp.com

https://mcnamarallp.com

**From:** Jill Jacobs <jjacobs@mcnamarallp.com>
**Sent:** Monday, January 13, 2025 9:07 AM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Mark Molloy <MMolloy@nixonpeabody.com>
**Cc:** Logan Smith <lsmith@mcnamarallp.com>; James C. Thoman <jthoman@hodgsonruss.com>
**Subject:** RE: OSC hearing Jan 23-24

Attached is a copy of the May 23, 2024 hearing transcript.

Jill Jacobs
Legal Assistant
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Direct:   619-269-0491
Main:    619-269-0400
Fax:       619-269-0401
jjacobs@mcnamarallp.com
http://mcnamarallp.com/

**From:** Thomas McNamara <tmcnamara@mcnamarallp.com>

**Sent:** Sunday, January 12, 2025 10:57 AM
**To:** Mark Molloy <MMolloy@nixonpeabody.com>
**Cc:** Logan Smith <lsmith@mcnamarallp.com>; James C. Thoman <jthoman@hodgsonruss.com>; Jill Jacobs <jjacobs@mcnamarallp.com>
**Subject:** Re: OSC hearing Jan 23-24

Mark,
I raised the issue in a telephone conversation when you were retained. I will have the transcript forwarded tomorrow.
I expect Ms Hinds will present in court on 1/23-24 as I believe she is on plaintiffs' witness list in connection with the PI hearing set on those days. In any event,  please confirm Ms Hinds will be present so that she can be examined at the OSC hearing.
Thanks.
Tom
Thomas W. McNamara
McNamara Smith LLP
655 W Broadway, Suite 900
San Diego, CA 92101
619-269-0499
tmcnamara@mcnamarallp.com


> On Jan 12, 2025, at 8:02 AM, Molloy, Mark <MMolloy@nixonpeabody.com> wrote:
>
> **EXTERNAL**
>
> Tom:
> I did not represent Ms. Hinds in May and was not at the Hearing.  You did not attach a transcript so I am not sure what you are referencing.
>
> ---
>
> **From:** Thomas McNamara <tmcnamara@mcnamarallp.com>
> **Sent:** Friday, January 10, 2025 2:41 PM
> **To:** Molloy, Mark <MMolloy@nixonpeabody.com>
> **Cc:** Logan Smith <lsmith@mcnamarallp.com>; James C. Thoman <jthoman@hodgsonruss.com>; Jill Jacobs <jjacobs@mcnamarallp.com>
> **Subject:** OSC hearing Jan 23-24
>
> **[EXTERNAL E-MAIL]**
> Be Aware of Links and Attachments
>
> Mark,
>
> In the May 23, 2024 hearing, Magistrate Judge Roemer ordered that testimony be taken.  He specifically identified witnesses, including Mr. Blust, Ms. Hinds, Mr. Christo, Ms. Rosenberg and Mr. Avila.  (See discussion starting around

page 80 of the transcript).

Please confirm that Ms. Hinds will be present at the OSC hearing.  We will be taking testimony from her.

We are happy to discuss hearing logistics.  Thanks.

Tom

Thomas W. McNamara
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Direct: 619-269-0499
Main:   619-269-0400
Fax:      619-269-0401
tmcnamara@mcnamarallp.com
http://mcnamarallp.com