

**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
*thoover@hooverdurland.com*
*www.hooverdurland.com*

January 22, 2025

**Via CM/ECF**

Hon. Michael J. Roemer
United States Magistrate Judge
United States District Court
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    *CFPB et al. v. StratFS, LLC, et al.*, No. 24-CV-40-EAW-MJR (W.D.N.Y.) – *Plaintiffs' attempt to introduce the testimony of Cameron Christo at the forthcoming preliminary-injunction hearing*

Dear Judge Roemer:

      My firm represents defendant Fidelis Legal Support Services, LLC and relief defendants Cameron Christo and The Bush Lake Trust. We respectfully ask the Court to allow us to respond to the Plaintiffs/Receiver letters (Dkts. 583, 584) filed late last night, by 5 p.m. Eastern today, to allow us to fully address and respond in opposition to the various arguments made. (This date/time was the original due date and time for the Plaintiffs/Receiver's letters. (Dkt. 580.)) Thank you for the Court's consideration.

                       Respectfully submitted,

                       Timothy W. Hoover

TWH/
cc:     All counsel (via CM/ECF)