# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | **CASE NO. 1:24cv00040 EAW-MJR** |
| Plaintiffs, | |
| v. | |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al., | **PLAINTIFFS' SUPPLEMENTARY EXHIBIT LIST** |
| Defendants, and | |
| STRATEGIC ESOP, et al., | |
| Relief Defendants. | |

## SUPPLEMENTARY EXHIBIT LIST

**Case No.:**   **24-cv-00040**                           **( X ) Plaintiffs**
**Date:**          **January 22, 2025**                     **(    ) Defendants**

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| PX-198 | 12/28/23 email between SFS employees regarding bonus plan | | |
| PX-199 | LinkedIn page of Omar Graves | | |
| PX-200 | LinkedIn page of Joelle Hill | | |
| PX-201 | Jason Blust Deposition Transcript, January 29, 2024 | | |

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| PX-202 | 1/18/2022 email between Michelle Gallaher and Cameron Christo | | |
| PX-203 | 3/1/2022 email between Michelle Gallagher and Cameron Christo | | |
| PX-204 | 3/24/22 email from Michelle Gallagher to Cameron Christo | | |
| PX-204a | February 2022 billing spreadsheet | | |
| PX-205 | 9/1/2022 email between Michelle Gallager and Cameron Christo | | |
| PX-206 | 12/1/2022 email between Michelle Gallagher and Cameron Christo | | |
| PX-206a | November 2022 billing excel file | | |
| PX-207 | 2/1/23 email from Michelle Gallagher to Cameron Christo, cc'ing Hayfa Zayed | | |
| PX-207a | January 2023 billing spreadsheet | | |
| PX-208 | 2/1/2023 email exchange between Michelle Gallagher and Cameron Christo | | |
| PX-209 | 5/1/23 email from Michelle Gallagher to Cameron Christo | | |
| PX-209a | April 2023 billing excel file | | |
| PX-209b | Second April 2023 billing excel file | | |
| PX-210 | 5/1/23 email from Michelle Gallagher to Cameron Christo | | |
| PX-211 | 10/2/23 email from Michelle Gallagher to Cameron Christo | | |
| PX-211a | September 2023 billing excel file | | |
| PX-211b | Second September 2023 billing excel file | | |

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| PX-212 | 10/7/2023 email between Michelle Gallager and Cameron Christo | | |
| PX-213 | October 2023 email from Michelle Gallagher (nee Hinds) to Jason Blust | | |
| PX-214 | 4/1/2024 email between Michelle Gallagher and Cameron Christo | | |
| PX-215 | 4/2/2024 email between Michelle Gallagher and Cameron Christo | | |
| PX-216 | April 2, 2024 email from Cameron Christo to Michelle Gallagher | | |
| PX-216a | March 2023 billing spreadsheet | | |

Plaintiffs reserve the right to amend this exhibit list as necessary, whether in response to Defendants' prehearing filings, in response to any Defendants' supplemental exhibit list, or based on further development of evidence in advance of the hearing or at the hearing. Plaintiffs also reserve the right to amend this exhibit list to include any exhibits from the preliminary injunction hearing in this litigation that was held on February 1-2, 2024.

Dated: January 22, 2025            Respectfully submitted,

                                   Attorneys for Plaintiff
                                   Consumer Financial Protection Bureau

                                   ERIC HALPERIN
                                   Enforcement Director

                                   RICHA SHYAM DASGUPTA
                                   Deputy Enforcement Director

                                   TIMOTHY M. BELSAN
                                   Assistant Litigation Deputy

  /s/ Joseph Sanders
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-435-9593
Akash Desai
E-mail: akash.desai@cfpb.gov
Phone: (681) 507-1800 1700 G Street,
NW
Washington, DC 20552
Facsimile: (202) 435-7722