UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*,<br><br>Defendants, and<br><br>STRATEGIC ESOP, *et al.*,<br><br>Relief Defendants. | CASE NO. 24-cv-40 EAW-MJR<br><br>NOTICE OF MOTION FOR TEMPORARY STAY OF PLAINTIFF CFPB'S DEADLINES |

NOTICE OF MOTION FOR TEMPORARY STAY
OF PLAINTIFF CFPB'S DEADLINES

MOTION BY        The Consumer Financial Protection Bureau.

RELIEF SOUGHT    An order from the Court temporarily staying the following deadlines for the CFPB:

1. today's deadline to respond to the Joint Objections to the Report and Recommendation on the Motion to Dismiss filed by Defendant Fidelis Legal Support Services, LLC, and Relief Defendants Cameron Christo and the Bush Lake Trust *(see* Dkt 556*),* and

2. the February 10, 2025 deadline for post-hearing briefing in connection with the evidentiary hearing on January 23-24, 2025 *(see* Dkt. 590).

| | |
|---|---|
| DATE AND TIME | As soon as practicable. |
| PLACE | Hon. Elizabeth A. Wolford, Chief Judge<br>Hon. Michael J. Roemer, Magistrate Judge<br>Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORT | Motion for Temporary Stay of Plaintiff CFPB's Deadlines. |
| ANSWERING PAPERS | To be filed on schedule as determined by the Court. Plaintiff intends to file a reply. |
| GROUNDS FOR RELIEF | Local Rule 7. |
| DATED: February 4, 2025 | Respectfully submitted,<br><br>Attorneys for Plaintiff<br>Consumer Financial Protection Bureau<br><br>ERIC HALPERIN<br>Enforcement Director<br><br>RICHA SHYAM DASGUPTA<br>Deputy Enforcement Director<br><br>TIMOTHY M. BELSAN<br>Assistant Litigation Deputy<br><br>/s/ Vanessa Buchko<br>Vanessa Buchko<br>E-mail: vanessa.buchko@cfpb.gov<br>Phone: (202) 435-9593<br>Joseph Sanders<br>E-mail: joseph.sanders@cfpb.gov<br>Phone: (202) 377-9846<br>Akash Desai<br>E-mail: akash.desai@cfpb.gov<br>Phone: (681) 507-1800<br>Nicole Cabanez<br>E-mail: nicole.cabanez@cfpb.gov<br>Phone: (202) 445-5479<br>1700 G Street, NW<br>Washington, DC 20552<br>Facsimile: (202) 435-7722 |