UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*,<br><br>Defendants, and<br><br>STRATEGIC ESOP, *et al.*,<br><br>Relief Defendants. | CASE NO. 24-cv-40 EAW-MJR<br><br>MOTION FOR TEMPORARY STAY OF PLAINTIFF CFPB'S DEADLINES |

Plaintiff the Consumer Financial Protection Bureau (CFPB) respectfully submits this motion requesting a temporary stay to inform the Court of developments relevant to this litigation. On January 31, 2025, President Trump designated Secretary of the Treasury Scott Bessent as Acting Director of the CFPB.

To promote consistency with the goals of the new Administration, Acting Director Bessent directed Bureau counsel on February 3, 2025, not to making any filings or appearances in litigation except to seek a pause in proceedings. Accordingly, the CFPB requests a temporary stay of the following deadlines requiring action by the CFPB:

- today's deadline to respond to the Joint Objections to Report and Recommendation on Motion to Dismiss filed by Defendant Fidelis Legal Support Services, LLC, and Relief Defendants Cameron Christo and the Bush Lake Trust (*see* Dkt. 556); and

- the February 10, 2025 deadline for post-hearing briefing in connection with the evidentiary hearing held by Magistrate Judge Roemer on January 23-24, 2025 (*see* Dkt. 590).

Due to these extraordinary circumstances, and to avoid prejudice to the CFPB, there is good cause to stay the CFPB's upcoming deadlines in this matter. The CFPB's counsel will provide a further update to the Court and counsel for the parties as soon as practicable.

DATED: February 4, 2025							Respectfully submitted,

									Attorneys for Plaintiff
									Consumer Financial Protection Bureau

									ERIC HALPERIN
									Enforcement Director

									RICHA SHYAM DASGUPTA
									Deputy Enforcement Director

									TIMOTHY M. BELSAN
									Assistant Litigation Deputy

									/s/ Vanessa Buchko
									Vanessa Buchko
									E-mail: vanessa.buchko@cfpb.gov
									Phone: (202) 435-9593
									Joseph Sanders
									E-mail: joseph.sanders@cfpb.gov
									Phone: (202) 377-9846
									Akash Desai
									E-mail: akash.desai@cfpb.gov
									Phone: (681) 507-1800
									Nicole Cabanez
									E-mail: nicole.cabanez@cfpb.gov
									Phone: (202) 445-5479
									1700 G Street, NW
									Washington, DC 20552
									Facsimile: (202) 435-7722