# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | **CASE NO. 24-cv-40 EAW-MJR** <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY STAY OF PLAINTIFF CFPB'S DEADLINES** |

Plaintiff Consumer Financial Protection Bureau (CFPB) has filed a motion for the Court to temporarily stay (1) the February 4, 2025 deadline to respond to the Joint Objections to Report and Recommendation on Motions to Dismiss filed by Defendant Fidelis Legal Support Services, LLC, and Relief Defendants Cameron Christo and the Bush Lake Trust (*see* ECF No. 556); and (2) the February 10, 2025 deadline for post-hearing briefing in connection with the evidentiary hearing held by Magistrate Judge Roemer on January 23-24, 2025 (*see* ECF No. 590). After considering the pleadings and being otherwise informed, and for good cause shown, the Court hereby orders and adjudges that the Bureau's application is GRANTED.

IT IS SO ORDERED, this ___ day of February, 2025.

                                                                                   _____  
                                                                                        Honorable Elizabeth A. Wolford  
                                                              Chief Judge, United States District Court, WDNY

                                                                                          Honorable Michael J. Roemer  
                                    Magistrate Judge, United States District Court, WDNY