# EXHIBIT 1



iMessage
3/3/2021 2:34:43 PM

Hey Cameron, you free first thing tomorrow morning? Say 8:30am? I have stuff starting at 9.

Perfect. Let's talk at 830.

Sounds good.

3/4/2021 11:46:55 AM

Hola. What's your personal email address?

Hola. It's hindslaw4@gmail.com.

Email login sent. Let me know when you are able to get in

My email is cchristo@fidelissupport.com

Ok thanks. On some calls now but I'll check it out in a little bit

Sg. Chat later

Liked "Sg. Chat later "

3/4/2021 1:29:45 PM

I'm in!

Ya!!!

3/4/2021 4:36:06 PM

Sorry but dialed you lol

No worries

3/11/2021 10:56:48 AM

Hola! Can we do a 30 min call tomorrow to catch up?

Can do 9,10 and 2

Yup. I have calls at all those times though. Any way you can make 11 work?

Every other Friday is kind of a mess because of strategic calls

I get it. Can do a call this afternoon of that works. Say 330 or 4?

I can do 4. If my 3:30 runs a tiny bit late is it ok if I call you right after?

It'll be probably a few min after 4

You bet. We can set up chat and calendaring with Google. You can download the Google apps on your phone and I'll show you how to use

Can you give me Heifa's details too if she is a go for us?

For this one can we do a phone? I might be driving at that time.

What info do u need from Hayfa? She's good to go

You bet

REC091

Address and SSN and payhour We can get paperwork set up for first payroll

Do we know when the first payroll is yet? She'll probably ask me.

We need to determine when her start date will be. Once we get some files and she starts then we can start the clock :) we can discuss tomorrow

Liked "We need to determine when her start date will be. Once we get some files and she starts then we can start the clock :) we can discuss tomorrow"

3/12/2021 4:33:02 PM

Hola. Can you send me Hayfa's personal email? I'm setting her up for Fidelis

Hola. hzayed22@gmail.com.

4/13/2021 11:32:28 AM

Hola. How many files have we received to date?

Also approving payroll. Do we have Kristen at 15/hour from the 5th?

Yes on Kristen

Checking on files. Reporting is gonna be weird until the systems stuff is fixed. Have another call with Charles tomorrow morning

Cool. Can you include me on call will attend if I can. Thx!

4/13/2021 2:36:37 PM

Hey! The dial-in number is 877-229-9899. It's at 9am tomorrow.

FYI, Charles doesn't know about fidelis because JB doesn't want him to.

Essentially the messaging is that we want to create 2 separate paralegal teams.

4/14/2021 9:55:21 AM

Ok. I will not attend then and let you handle

Everything else going ok?

Yup, everything is good! Kristen is learning and making progress.

Excellent. Any new applicants worth noting?

Yup. About to cc you on an email on one I'll be interviewing

Coolio

Also are we able to determine amount of files received to date?

Or will this meeting provide clarity on ability to achieve that?

So once the system change is done it'll be easy because we'll get all new files

I can give you an estimate right now if that works

That works

CONFIDENTIAL Fidelis 001262



Thanks!

Kelly has to look at it and he'll get me a number later today

It's kinda complicated because they're still training so Robert is doing some stuff and they're doing some stuff

Got it

4/26/2021 10:14:35 AM

Good morning. What is the start date for Zainab?

Morning. 5/3?

Excellent. And rate is 15/ hour?

Yup

Ty. How r you doing?

Doing good. Busy Monday so far. U?

Same. Let's catch up for 5 at eod. Cool?

Yup except for today mid-day works way better. U happen to be free around 1ish?

Can do 1230 or 230. Either work for you?

12:30 works!

Liked "12:30 works!"

4/26/2021 1:30:39 PM

Should I call you? I don't have a google meeting invite

Sure

Wait hold on

5/4/2021 12:24:13 PM

Can you do 2:30 today? I can't do the 1:00 time, and apparently Kristen can't do 12:30.

Let's do 230 then. I'll update the invite

Appreciate it'

5/7/2021 5:08:02 PM

On a call with strategic in New York dealing with an escalated mess right now

Something urgent?

No. Just texted you guys

5/8/2021 3:30:43 PM

Hola. Do we want office on all our surfaces?

Yes please

CONFIDENTIAL Fidelis 001263

Messages - Michelle Hinds



Liked "Yes please"

Does that include you or are you good

I have it on my current one, so I'm good

Perfect. Thanks!

Welcome!

5/11/2021 3:27:20 PM

Hola. Quick chat?

Sure. I'm free now if you want to give me a call.

5/28/2021 11:04:14 AM

On a zoom. Call u in a few

Kk

6/15/2021 12:16:36 PM

Hi. May have an issue w our payroll. Did you get a check today?

No I didn't

I assumed it'd be tomorrow because a lot of times it's a day late

6/16/2021 4:02:39 PM

Yeah. Hola. Catch up tomorrow for a call? How does 11 work?

Hola, any way you can do noon?

6/17/2021 1:18:12 PM

Just got off my call.

6/30/2021 3:20:51 PM

Shall we close Fidelis Monday given no firms open?

Yeah I think that's a good idea. Lit def is closed and our bankruptcy firms be closed

*are closed not be closed lol

Lol

Kk let's do that

Sounds great!

6/30/2021 5:40:52 PM

We ready to bill Turnbull from Fidelis?

Also any new company cases coming through yet?

After 6pm because they're still working

None yet

Coolio

CONFIDENTIAL Fidelis 001264

Messages - Michelle Hinds



7/1/2021 11:30:57 AM

Have quick question regarding billing. Do you have 5 now?

7/14/2021 2:16:08 PM

Hola. How's the search going?

Any movement w Charles on software?

No movement with Charles.

Let me get an update from Hayfa on resumes

She's waiting on a couple call backs, but nothing really yet

Thanks!

7/30/2021 4:12:17 PM

FYI waiting for JB's approval on these screenshots. Not sure if we can email them.

Literally got the approval 20 seconds later so I'll send them once I'm off calls if that's ok

Perfect. Thanks!!

No problem!

Liked "No problem!"

We should prolly do team call Tuesday?

Ok that works

Coolio

Can we do around 1 ?

How about 330?

Or Monday at 2?

I can't do 3:30 Tuesday

Can we do like 2:15 Monday?

Or weds at 1?

215 works Monday. Can you set up or shall I?

I'll let u 😊

Liked "I'll let u 😊"

Cam, so sorry. Any way we can do weds at 12 or 1? I have a local trying to schedule something for Monday

Actually hold on that for a second. Trying to move this.

8/5/2021 10:18:15 AM

Hola. Can we do team meeting tomorrow?

CONFIDENTIAL Fidelis 001265

Hola. Sure. What time u thinking? Morning is bad for me.

How about 12?

Can we do 1? I have a 12 already.

No. How about this afternoon? Want to include Chris Turnbull as well to call

Do you have his contact info ?

That's real bad. Sorry I'm JAMMED today.

Yeah I have Chris's info

Send me Chris's info

What time tomorrow after 2 works

Want to do 2?

8/5/2021 2:32:23 PM

Ok. I'll be in cst but let's set up. Can you put the 30 min meeting invite out to everyone?

8/6/2021 11:38:32 AM

Jason wants Kelly on the fidelis call

Can u send him the invite pls?

ksibert@turnbulllawgroup.com

Added

Thanks! Chris will be on too. Hayfa sent him the invite

Kk

Intros and such. What would you like on the agenda?

That's perfect. I have nothing else. Maybe just note that we're still working on hiring

Coolio

8/6/2021 5:31:49 PM

Attachment not found: voicemail-562.m4a (Audio)

Candidate

Will send to Hayfa

Thanks!!

8/26/2021 4:49:39 PM

Catch up tomorrow?

Sure. I'm jammed tomorrow. What do you have in the afternoon?

Have some tome after 4. Just ping me

8/26/2021 7:39:25 PM

Liked "Have some tome after 4. Just ping me"

8/27/2021 5:36:16 PM

U cool chatting Monday?

I know it's late now. We only have 2 files from the new firms so nothing urgent.

Sure let's catch up Monday. Have a great day!

U too!

9/1/2021 9:32:50 AM

Good morning. Chat?

Want to know if any cases recorded fwere Not for Turnbull. If so, we need to call these out

Assuming none as file # has TB prefix

9/7/2021 2:20:46 PM

Hey how much is Hayfa getting paid by Fidelis?

About 5k year I believe. Why?

JB was asking

Can you double check?

Yes it shows part time at 14.99 hour. That will net to about 5500 over the year

Thanks

9/23/2021 4:46:04 PM

Hey there. Can we do a team call at 11 or 1 tomorrow?

I have calls at both those times. Every other Friday is extra nasty for me because of calls with strategic in NY.

What about early next week? Or the following Friday?

10/1/2021 11:30:43 AM

On phone doing a performance review

Coolio. Let's catch up this afternoon for 5

Prolly should get a call in the books w Chris

Hope all is well

11/19/2021 12:10:19 PM

Hi. The cases you have on the strategic spreadsheet don't have states. Could you fill in?

I'll bill only those 4.

Guidestone is GA and Hallock is OH.

CONFIDENTIAL Fidelis 001267

That info work?

Ok

Just 4 for Oct and no sept cases?

4 Hallock sept cases

Correct on October

Not what I show



I can update it in a second

It's fully updated

Thanks!

11/30/2021 8:59:51 AM

Hey Cam, Hayfa is off today so we should probably reschedule our call

Sound good. Tomorrow work?

Can u do 1 tomorrow?

I can make that work for 30

11/30/2021 4:26:03 PM

Want to set up a company Christmas lunch. Say downtown again in west loop?

Sure! I have one with Jason 12/16 so can we avoid that date?

We can

12/14/2021 1:03:33 PM

I'm here and there's no way I can wait till 1 for the lunch

I have a strategic call at 1:30 and another one at 2

1/20/2022 11:29:14 AM

Hola. Do these people currently have titles?

Lisette would know the current titles

Haha she's asking me saying you'd know. Ok. I'll call her

CONFIDENTIAL Fidelis 001268



I don't know what their titles in the system are

Like if she has titles in her HR system

If she doesn't then I can give you titles. But if she has actual HR titles for them I don't wanna mess that up

I chose 'support specialist'

Perfect

What do you think. Snazzy huh?

lol totally

We can have t shirts made with the supergirl polo on it

Laughed at "We can have t shirts made with the supergirl polo on it "

We are your super support team!

Are you available tomorrow morning for an intro call with them?

Laughed at "We are your super support team!"

Hahahaha EPIC!

Too ok Morrow is cra. Monday work?

Yep.

Perfect. 3 or 330

Wanna do 3:00 ?

I'll give them a heads up after our call this afternoon, and then let u know it's ok to generate the emails and send the meeting invite out

230 is our demo

What kind of eta can I give them for getting their email addresses?

So 330 might be better

Have it up Monday

We can discuss aliases too

How about Tuesday?

Maybe 2ish?

2 is perfect. Have 30 min slot

Perfect

Should I tell them they'll get their emails around Monday and we'll do a call Tuesday?

1/20/2022 3:27:16 PM

Can we do our intro call on thurs of next week instead? 2:00?

1/20/2022 4:38:12 PM

Any way u can do 1?

Ok. Let me move some things around

Ok. I'll let my team know if that works.

Liked "Ok. I'll let my team know if that works."

1/25/2022 4:06:28 PM

I've been on this call and I don't see u guys

Does someone have to let me in?

I used the link in the invite so I have no idea what's going on

It's not yet

It's in 15 min

10 min

Oh ok. I can hop on for 30 min

I believe I already got this system demo

Nice. You can drop after 5-10 then.

Liked "Nice. You can drop after 5-10 then."

2/1/2022 2:32:54 PM

Ready to bill?

Not quite for guidestone and Hallock

Liked "Not quite for guidestone and Hallock "

Ok lmk when ready

2/1/2022 3:58:57 PM

Just sent to u

Liked "Just sent to u"

2/14/2022 3:32:21 PM

How's the staff working out?

Any operational issues?

Also how many cases on TB to date?

Good and good

No issues right now

When did we start taking on Turnbull? I'd need a date to run a report

I was just looking from 2-1-2022

How's Shirley? :)

Messages - Michelle Hinds

Alright for now 😊

Lol

Any operational concerns?

None at all

248 Turnbull cases from 2/1-present

Light or no?

Yeah a little light

Lit typically picks up in March or April

Got it

Staffing ok for now?

Do we need to hire?

We're making do but also working on hiring

Any leads?

We need to hire 1-2 - Hayfa is going through resumes

None right now

Yeah tough at that price point

Yeah real tough

I'll check about pricing

Ok thank u

Liked "Ok thank u "

3/1/2022 2:14:48 PM

When can we go over billing together?

Does tomorrow work? I have a bunch of calls this afternoon.

Yes. Let's do 9am?

I can do 10:30. Does that work?

If u wanna call me now I have a break till 2. If that works

Call you in 5

Liked "Call you in 5"

3/15/2022 2:35:30 PM

On a zoom with strategic. I'll call you back as soon as it's done.

Liked "On a zoom with strategic. I'll call you back as soon as it's done."

3/15/2022 4:01:11 PM

Can you handle z's w2 for me?

CONFIDENTIAL Fidelis 001271

Messages - Michelle Hinds

Also can you shoot me numbers for this month to date?

I actually have no idea how to do that

Do you think Lisette can help? She's done them

Ok I'll ask

It's done out of our accounting I would imagine. Let me ask Bob

Ok. I literally have no idea how to do it

For numbers for March YTD:

1. Turnbull - 242
2. Strategic - 595

Replying to Michelle Hinds, 2022-03-15 16:06:25: « Ok. I literally have no idea how to do it »

OK. I'll handle

5/9/2023 6:33:18 PM

Hey cam, I'm doing a global entry application. What address and phone number can I put for fidelis?

Hi! sent to email.

Read 5/9/2023

Thanks!

1/15/2024 11:05:12 AM

Call me back

Ready to do this

Okay call u in a second

Wrapping up phone call

1/23/2024 3:01:47 PM

Can you call me?

2/7/2024 11:13:52 AM

Call u in 15

Liked "Call u in 15"

We need to call an attorney in about 10 min regarding Katherine

I just want to update you real quick beforehand

All this played out last night and this morning

Call u in 2

Liked "Call u in 2"

Lost u

Calling u

CONFIDENTIAL Fidelis 001272

Messages - Michelle Hinds



2/7/2024 12:37:03 PM

Gimme 5

Liked "Gimme 5"

2/7/2024 1:40:00 PM

▉▉▉▉▉▉▉▉▉▉ .

■

2/7/2024 3:14:06 PM

Let me know when okay to call you to discuss the letter

2/8/2024 4:04:43 PM

Hey cam, did you get a chance to check on the messaging to the employees?

Yes looks good. Do you like it?

Yep. Can u just approve it via email so I can send it?

Done.

Loved "Done. "

2/13/2024 2:33:13 PM

Hey cam, do you have time for a quick call?

2/13/2024 5:16:20 PM

Hey. Tried you.  Let me know when is good time to chat

Now is good!

2/26/2024 3:49:01 PM

Call you in a few

Liked "Call you in a few "

Just tried calling you back

We are on

Are you joining?

Can you ask for a dial in?

Sorry I just got off a flight and the app isn't working right on my phone

Gimme a second. Sending conference number

I should be in the waiting room now

Got conference line

Conference line now

Liked "Conference line now"

I'm calling you. Bridge me in

CONFIDENTIAL Fidelis 001273



2/26/2024 6:44:50 PM

2/27/2024 9:33:45 AM

Hey cam, I think we need to do a meeting with the staff today. Are you free around 11:30?

Can you bridge me in please?

2/27/2024 3:58:10 PM

Hi cam, can you please give me a call?

I'd like to get messaging to staff before they leave

2/28/2024 2:35:19 PM

U have a second for a call before the attorney call?

Yes

Are you free now?

Yes

Can you call me again?

3/2/2024 12:43:24 PM

3/3/2024 3:31:06 PM

Hey cam, sorry to bug u on a Sunday but I have a quick question. Can I call u?

2 mins tops!

Sure. Gimme 2

Messages - Michelle Hinds



Called u

Sorry, free now!

3/4/2024 11:16:18 AM

Do you have a few min?

Yes. Call me.

On with Rick. Will call u when done.

Kk

Gimme 10

Liked "Gimme 10"

3/4/2024 12:43:21 PM

3/12/2024 4:31:22 PM

3/12/2024 5:51:53 PM

3/13/2024 6:24:04 PM

3/13/2024 8:19:59 PM

3/15/2024 8:41:15 AM

Should I conference u in at 8?

CONFIDENTIAL Fidelis 001275



3/15/2024 2:25:17 PM

Can you let me know when u have a quick minute?

3/18/2024 10:47:32 AM

3/18/2024 12:34:16 PM

3/18/2024 2:34:34 PM

3/18/2024 8:19:08 PM

Sorry missed your call. U free now?

Gimme 2

Liked "Gimme 2"

3/20/2024 10:39:51 AM

Can you please give me a quick call?

Messages - Michelle Hinds

3/20/2024 3:40:33 PM

█████████████████████

███████

3/21/2024 10:10:46 PM

███████████████

█████████

██████████████████████████

█████████████.

3/22/2024 1:42:06 PM

Hey can you call me when you have a minute?

Give you a shout in about 30

Liked "Give you a shout in about 30"

3/22/2024 5:52:02 PM

I appreciate everything you've done. Thank you 🙏

Thank you for saying that, and you're welcome. Happy to do it.

Liked "Thank you for saying that, and you're welcome. Hap…"

3/25/2024 10:29:25 AM

Give me 10

3/25/2024 1:40:31 PM

Gimme 10

Liked "Gimme 10"

Tried you. Got time now?

3/26/2024 10:55:10 AM

██████████████████████

████████████████████

Hey, on a call with Rick. Call u once I'm done.

Liked "Hey, on a call with Rick. Call u once I'm done."

3/26/2024 12:43:50 PM

█████

█████████

██████████████

██

CONFIDENTIAL Fidelis 001277

Messages - Michelle Hinds

3/27/2024 10:51:29 AM

Don't kill me, but do u have 5 min?

I thought of 2 things that might help and one that might not

4/2/2024 2:27:19 PM

Want to chat about Hayfa's part-time proposal during our Shirley call tomorrow?

Sure



CANYON
LEGAL GROUP

Services of Jae Saludo & Associates, LLC
3865 River Crossing Parkway
Suite 100
Indianapolis, IN 46240

4/3/2024 1:37:22 PM

What do you think?

I think it makes sense. She'll want an increase in pay but I think it's fair.

I need someone who knows what they're doing to process settlements so I'm fine with it

CONFIDENTIAL Fidelis 001278



And I also want her to be our friend right now - regardless of this

We can always run it down and get back to her in a few days

[redacted]

[redacted]

4/3/2024 5:10:38 PM

Hey, can I call Lisette to figure out new comp for Hayfa? Aka half her pay half the hours?

Yes

4/4/2024 2:46:51 PM

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Just calling in case you still need something

We r good

4/5/2024 1:51:54 PM

My thoughts with Shirley are 10k but she has to continue to do all her management stuff she does now

Do we need to write up a new responsibilities doc?

So there's not an existing one, but I think we put it in writing that she still needs to do all things minus new file assignment stuff can be tasked to other paralegals

I think she's going to want more than 10k, so I guess it's tbd on how she responds

I think it's a fair offer

Liked "I think it's a fair offer "

How do you want me to address it? Email with you cc'd? I can send you a draft first

Send me a draft and we will review

Liked "Send me a draft and we will review "

4/9/2024 9:27:25 AM

[redacted]

[redacted]

4/11/2024 10:21:43 AM

Hi Cam, I need to talk to you about something. Can I call you real quick?

On phone, call you in a few min

No worries. Can we push our call back 1 hour?

Sure thing

Ty!

4/12/2024 6:11:03 PM

4/19/2024 11:41:11 AM

Do you have a second for a quick question?

Gimme 20

Liked "Gimme 20"

4/22/2024 10:24:33 AM

You jumping on or nah?

Finishing a call.

Gimme some

Messages - Michelle Hinds



4/22/2024 4:59:20 PM

Hey cam, let me know when you have a quick min. I want to give Shirley a heads up about my notice because she'll see it on your Dec. I'm happy to call her myself, just want to run it by you real quick.

Call you in 30

Liked "Call you in 30"

4/24/2024 10:50:29 AM

Hola. What times are good for you today to chat?

Hola. Can you do 12:30 or 1?

Let's try for 1230

Sounds good

4/24/2024 1:28:24 PM

Still on call. Can we push 1 hour?

Sure, 1:30 is fine

Liked "Sure, 1:30 is fine"

Text message
4/25/2024 11:55:12 AM

Let me know when I can call you

4/25/2024 1:01:56 PM

Apologies was pulled into meeting. Can we schedule later today

?

Sure. Any chance 3:00 works?

I'll make it work

Awesome, I'll call u then

Liked "Awesome, I'll call u then "

4/25/2024 4:02:59 PM

Ready?

iMessage
4/30/2024 9:20:40 AM

CONFIDENTIAL Fidelis 001281

Messages - Michelle Hinds



4/30/2024 1:18:12 PM

5/1/2024 12:54:52 PM

SUPER RANDOM question. I know when I told you I was running the London marathon for charity you mentioned you were interested

Are you still trying to run London?

Haven't thought about it with everything. When is it?

4/27/2025. Apparently around 840k ppl entered the lottery and last year it was about 500k. Almost no chance at a lottery spot working out

So anyway the charity I ran with is super chill. I think their fundraising was in the 1800-2k range but I didn't even hit it and they didn't care. They have some bibs for this year so if you wanted to do it they'd probably set up a call with you

I'd like that. When is it?

April 27, 2025

Ahh perfecto

If you're interested, email Kineret Kahana at Kineret@stmichaelsfellowship.org.uk. She said they'll know the number of charity bibs in "the next few days" and to email her and she'll set up a call. Tell her Michelle Gallagher (my married name lol) ran with her charity and provided you her info.

It's still my fav world major I've done so far.

I emailed her for one other friend and then remembered u mentioned it too!

5/10/2024 5:02:28 PM

5/16/2024 4:01:19 PM

U jumping on?

5/16/2024 6:54:02 PM

Saw your email. Make a recommendation to me as best path or ask Shirley to make recommendation as best path forward.

So my normal recommendation would be to add the panel, but lead trac will charge us and I didn't know if you wanted that

Let me know if you're open to that and I'll email accordingly

How much will they charge? Ask if you would plz

Can I email Charles and cc you on it?

No idea

Hold until Monday and let's address

CONFIDENTIAL Fidelis 001282



Liked "Hold until Monday and let's address"

5/22/2024 2:12:47 PM

[redacted]

5/22/2024 3:31:10 PM

[redacted]

Safe travels to Buffalo! Can you let me know how it goes after tomorrows hearing? Obviously I'm very invested!

Edited

Of course!

5/23/2024 3:43:24 PM

Can I call you later?

Yea

Liked "Yea "

5/29/2024 1:01:22 PM

Can you please call me?

6/2/2024 3:33:57 AM

Saw email. Chat in the morning?

6/2/2024 11:12:41 AM

Good morning. I'm free now if you want to give me a call.

6/2/2024 12:34:41 PM

Give me an hour-ish. At the store.

Liked "Give me an hour-ish. At the store."

6/3/2024 10:30:50 AM

Hola. Time to chat?

Gimme 5

Not sent

Text message
6/3/2024 10:52:00 AM

Tried calling you back. I have 15 min now

iMessage
6/3/2024 10:53:24 AM

Gimme 5

6/4/2024 9:34:52 AM

Pls call me when you get a chance

6/28/2024 8:47:36 AM

Liked "Nothing yet. Will check in a bit "

Messages - Michelle Hinds

Liked "Okay - sending rest now. Can you confirm when u ge…"

Delivered

Liked "Received "

CONFIDENTIAL Fidelis 001284