EXHIBIT 2

**Message**

| | |
|---|---|
| **From**: | Michelle Hinds [mhinds@fidelissupport.com] |
| **Sent**: | 1/3/2022 11:27:12 PM |
| **To**: | CAMERON CHRISTO [cchristo@fidelissupport.com] |
| **Subject**: | Re: New companies |

Cam,

I honestly have no idea without running this down with JB. Let me talk to him and get back to you.

FYI, I'll be out of the office weds-Fri of this week.

On Mon, Jan 3, 2022 at 2:41 PM CAMERON CHRISTO <cchristo@fidelissupport.com> wrote:
> Michelle,
> We will be moving the following companies over to start billing Feb 1, 2022
>
> Canyon (109/mo)
> Slate (278/mo)
> Option 1 (114/mo)
> Great Lakes (41/mo)
> Greenstone (Just Started)
> Hallock (4/mo - Just Started)
> Heartland (407/mo)
> Newport (251/mo)
> Regency (Just Started)
> Spring (248/mo)
> StonePoint (107/mo)
> Whitestone (121/mo
> Turnbull (751/mo)
>
> Please let me know how many people (and their names) to cover the work from above. We will move them over to start payroll and billing for February 1, 2021.
>
> Let me know when you have time later today or tomorrow to review.
>
> Thanks!
> Cam

REC092

CONFIDENTIAL Fidelis 001032