EXHIBIT 3

**Message**

| | |
|---|---|
| **From**: | Michelle Hinds [mhinds@fidelissupport.com] |
| **Sent**: | 12/14/2022 4:15:30 PM |
| **To**: | Cameron Christo [cameron.christo@gmail.com] |
| **CC**: | Lisette Alvarez [lalvarez@gohrtoday.com] |
| **Subject**: | Re: Bonus |

Thanks, Lisette! All bonuses were communicated to the paralegals.

On Tue, Dec 13, 2022 at 4:50 PM Cameron Christo <cameron.christo@gmail.com> wrote:
> All good. Approved on website.
> Cam

On Tue, Dec 13, 2022 at 4:43 PM Lisette Alvarez <lalvarez@gohrtoday.com> wrote:
> Cameron,
>
>   I just submitted these bonuses plus $2k for Hayfa. Please approve.
>
> FYI - Edgar and Victor were paid through LDS.
>
> Thank You
>
> -------- Original Message --------
> Subject: Bonus
> Date: Mon Dec 12 2022 15:30:48 GMT-0600 (Central Standard Time)
> From: "Jason Blust" <jblust@blustfirm.com>
> To: "M Hinds" <mhinds@litdefstrategies.com>
> CC: "Lisette Alvarez" <lalvarez@gohrtoday.com>
>
> | Shirley Saavedra | Paralegal - $1250 |
> |---|---|
> | | |
> | Jean Komis | Paralegal - 500 |
> | Jennifer Moy | Paralegal - $750 |
> | Victor Anaya | Paralegal - $500 |
> | Edgar Garcia | Paralegal - $250 |
> | Margaret Slivka | Paralegal - $500 |
> | Katherine Rosentberg | Paralegal - $750 |
>
> Michelle see bonus amounts above. Please communicate to them. Should be paid via Fidelis as everyone on Fidelis, correct? If not please indicate who is not.
>
> Lisette, can you handle paying from payroll?

--
Michelle Hinds
Fidelis Support

REC093