UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*,<br><br>Defendants, and<br><br>STRATEGIC ESOP, *et al.*,<br><br>Relief Defendants. | CASE NO. 24-cv-40 EAW-MJR<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CROSS-MOTION REQUESTING AN ORDER DIRECTING PLAINTIFFS AND THE RECEIVER TO TAKE CERTAIN ACTIONS** |

| | |
|---|---|
| MOTION BY | The Consumer Financial Protection Bureau (CFPB). |
| RELIEF SOUGHT | An order extending the deadline for the CFPB to respond to the Opposition to the Motion to Set Aside the Preliminary Injunction and Cross-Motion filed on December 19, 2024 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, and Blaise Investments, LLC. Dkt. 533. Plaintiffs' response is currently due on February 14, 2025, and Plaintiff CFPB respectfully requests an extension until February 28, 2025. |
| DATE AND TIME | As soon as practicable. |
| PLACE | Hon. Michael J. Roemer, Magistrate Judge<br>United States Courthouse<br>2 Niagara Square |

|  |  |
|---|---|
|  | Buffalo, New York 14202 |
| SUPPORT | Motion for Extension of Time to Respond to Defendants' Cross-Motion Requesting an Order Directing Plaintiffs and the Receiver to Take Certain Actions. |
| ANSWERING PAPERS | To be filed on schedule as determined by the Court. Plaintiff intends to file a reply. |
| GROUNDS FOR RELIEF | Local Rule 7. |

DATED: February 12, 2025          Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

CARA PETERSEN
Principal Deputy Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Litigation Deputy

/s/ Vanessa Buchko
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-435-9593
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
1700 G Street, NW
Washington, DC 20552
Facsimile: (202) 435-7722