UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | CASE NO. 24-cv-40 EAW-MJR <br><br> MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CROSS-MOTION REQUESTING AN ORDER DIRECTING PLAINTIFFS AND THE RECEIVER TO TAKE CERTAIN ACTIONS |

Plaintiff the Consumer Financial Protection Bureau (CFPB) respectfully submits this motion requesting an extension of time to respond to the Opposition to the Motion to Set Aside the Preliminary Injunction and Cross-Motion filed on December 19, 2024 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, and Blaise Investments, LLC (Cross-Motion Defendants). Dkt. 533. Plaintiffs' response is currently due on February 14, 2025, and Plaintiff CFPB respectfully requests an extension until February 28, 2025. On February 6, 2025 Plaintiff CFPB requested Cross-Motion Defendants' position on an extension but has not received a response.

DATED: February 12, 2025     Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

CARA PETERSEN
Principal Deputy Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Litigation Deputy

<u>/s/ Vanessa Buchko</u>
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: (202) 435-9593
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: (202) 377-9846
1700 G Street, NW
Washington, DC 20552
Facsimile: (202) 435-7722