UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>       Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>       Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>       Relief Defendants. | Case No. 24-cv-00040-EAW-MJR |

## NOTICE OF RECEIVER'S CROSS-MOTION TO
## ADD NEW RECEIVERSHIP DEFENDANTS

Moving Party:        Receiver, Thomas W. McNamara

Directed To:         All parties in interest.

Date and Time:        As soon as practicable.

Place:           Robert H. Jackson United States Courthouse,
             2 Niagara Square, Buffalo, New York 14202

Supporting Papers:      Receiver's Response to Cross-Motion Requesting an Order Directing the CFPB and Receiver to Sell Property, Make Capital Calls, and Release Funds (Dkt. No. 533) and Receiver's Cross-Motion to Add New Receivership Defendants; supporting Declaration of Stacy Elledge Chiang.

Relief Requested:       An Order adding the following entities as Receivership Defendants: (1) Fusion Capital, LLC; (2) Axel Development Sag Harbor LLC; (3) MyG Investments, LLC; (4) T.C.I.G., LLC; and (5) Timberline Capital, LLC.  **A Proposed Order is filed herewith.**

1

| | |
|---|---|
| Grounds for Relief: | Preliminary Injunction (Dkt. No. 184) and Court's Equitable Authority. |
| Oral Argument: | Waived by the Receiver. |

Dated: February 18, 2025

**MCNAMARA SMITH LLP**

By:   /s/ Logan D. Smith
Logan D. Smith  (*Pro Hac Vice*)
Alexander D. Wall (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: lsmith@mcnamarallp.com ;
awall@mcnamarallp.com;
*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*