UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>      Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**[PROPOSED] ORDER RE: RECEIVER'S CROSS-MOTION TO
ADD NEW RECEIVERSHIP DEFENDANTS**

WHEREAS, having considered the Receiver's Response to Cross-Motion Requesting an Order Directing the CFPB and Receiver to Sell Property, Make Capital Calls, and Release Funds (Dkt. No. 533) and Receiver's Cross-Motion to Add New Receivership Defendants (the "Receiver's Cross-Motion"), the Declaration of Stacy Elledge Chiang in support of the Receiver's Cross-Motion, all oppositions to the Receiver's Cross-Motion submitted by Defendants and Relief Defendants, and the Receiver's reply, and having considered the pertinent evidence before the Court, the Court finds good cause, and so,

IT IS HEREBY ORDERED that the receivership is expanded to add the following entities as Receivership Defendants: (1) Fusion Capital, LLC; (2) Axel Development Sag Harbor LLC; (3) MyG Investments, LLC; (4) T.C.I.G., LLC; and (5) Timberline Capital, LLC.

IT IS SO ORDERED, this ____ day of _____, 2025.

_____
HON. MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE