# EXHIBIT A

**Rodney O. Personius**

**From:** Rodney O. Personius
**Sent:** Monday, June 10, 2024 8:00 PM
**To:** Thomas McNamara
**Cc:** James C. Thoman; Michelle A. Heftka; Logan Smith
**Subject:** RE: Blust - without prejudice - FRE 408 protected

Appreciate this, Tom.

I will share with Jason and let you know if he has any follow up questions or concerns.

Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an "electronic signature" absent a specific, affirmative statement to that effect.

This electronic mail transmission is intended solely for the use of the individual or entity to whom it is addressed, and may contain confidential information belonging to the sender or recipient that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or initiation of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

**From:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Sent:** Monday, June 10, 2024 7:30 PM
**To:** Rodney O. Personius <rop@personiusmelber.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>; Michelle A. Heftka <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** RE: Blust - without prejudice - FRE 408 protected

Rod,

Here are some key words which come to mind:

**General Terms (over all Blust email and text messages)**
BDC
Veteris
Ventus
Capitosus
"technology spend"

**Blust/Hayfa emails and texts**

Fidelis
FDLS
Cameron
Camron
"Cam"
Christo
Cristo
"Filed Submission Report"
LDS
"Lit Def"
Relialit
Turnbull
Michelle
Hinds
Macey
Lisette

**Blust/Gallagher (nee Hinds)emails and texts**
Fidelis
FDLS
Cameron
Camron
"Cam"
Christo
Cristo
"Filed Submission Report"
Hayfa
Zahed
Macey

**Blust/K2fnm.com emails and texts**
Fidelis
Christo
Cameron
"technology spend"
BDC
Veteris
Ventus
Capitosus

Let me know if you have any questions. Thanks.

Tom

Thomas W. McNamara
McNamara Smith LLP
655 W. Broadway
Suite 900
San Diego, CA 92101
General Line: 619-269-0400
Direct: 619-269-0499

tmcnamara@mcnamarallp.com
https://mcnamarallp.com

**From:** Rodney O. Personius <rop@personiusmelber.com>
**Sent:** Monday, June 10, 2024 9:23 AM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>; Michelle A. Heftka <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** RE: Blust - without prejudice - FRE 408 protected

**EXTERNAL**

Tom and Jim: Jason Blust indicates a keyword search is also needed to narrow down what comes up on searches for Hayfa Zayed.

Thank you, Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an “electronic signature” absent a specific, affirmative statement to that effect.

This electronic mail transmission is intended solely for the use of the individual or entity to whom it is addressed, and may contain confidential information belonging to the sender or recipient that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or initiation of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

**From:** Rodney O. Personius
**Sent:** Thursday, June 6, 2024 5:44 PM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>; Michelle A. Heftka <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** RE: Blust - without prejudice - FRE 408 protected

Tom and Jim: With respect to you request for communications between Jason Blust and Michelle Hinds, can you please supply a set of keywords to be searched? The reason is because the total number of communications between them is very voluminous. Thank you, Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an "electronic signature" absent a specific, affirmative statement to that effect.

This electronic mail transmission is intended solely for the use of the individual or entity to whom it is addressed, and may contain confidential information belonging to the sender or recipient that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or initiation of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

**From:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Sent:** Friday, May 31, 2024 2:46 PM
**To:** Rodney O. Personius <rop@personiusmelber.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>; Michelle A. Heftka <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** RE: Blust - without prejudice - FRE 408 protected

Rod,

Thanks for the call. I neglected to mention one area of document requests when we spoke.

We would like any documents related to payments to/from/among Blust and Cristo from Jan 1, 2021. This includes any payments to/from/among Blust and/or any relatives or entities (including trusts) in which he has an interest, and Cristo and any relatives or entities (including trusts) in which he has an interest. This includes any entities from a foreign country, including the UK.

Thanks.

Tom

Thomas W. McNamara
McNamara Smith LLP
655 W. Broadway
Suite 900
San Diego, CA 92101
General Line: 619-269-0400
Direct: 619-269-0499
tmcnamara@mcnamarallp.com
https://mcnamarallp.com

**From:** Thomas McNamara
**Sent:** Friday, May 31, 2024 8:05 AM
**To:** Rodney O. Personius <rop@personiusmelber.com>
**Cc:** James C. Thoman <jthoman@hodgsonruss.com>; Michelle A. Heftka <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** Re: Blust - without prejudice - FRE 408 protected

I am available after 2 ET today and relatively flexible on Monday afternoon. Thanks.
Thomas W. McNamara

McNamara Smith LLP
655 W Broadway, Suite 900
San Diego, CA 92101
619-269-0499
tmcnamara@mcnamarallp.com

On May 31, 2024, at 6:38 AM, Rodney O. Personius <rop@personiusmelber.com> wrote:

**EXTERNAL**

Jim: Thank you for the follow up. I am open this afternoon and also Monday afternoon. (Hard to believe we are already into June – our short summer is upon us.) Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an "electronic signature" absent a specific, affirmative statement to that effect.

This electronic mail transmission is intended solely for the use of the individual or entity to whom it is addressed, and may contain confidential information belonging to the sender or recipient that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or initiation of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

**From:** Thoman, James C. <JThoman@hodgsonruss.com>
**Sent:** Friday, May 31, 2024 8:40 AM
**To:** Rodney O. Personius <rop@personiusmelber.com>; tmcnamara@mcnamarallp.com
**Cc:** Heftka, Michelle A. <MHeftka@hodgsonruss.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** RE: Blust - without prejudice - FRE 408 protected

Hello Rod, we think a call makes sense. Are there times this afternoon or Monday afternoon that work for you? Tom?
Thanks
Jim

**From:** Rodney O. Personius <rop@personiusmelber.com>
**Sent:** Thursday, May 23, 2024 4:49 PM
**To:** tmcnamara@mcnamarallp.com; Thoman, James C. <JThoman@hodgsonruss.com>
**Subject:** Blust - without prejudice - FRE 408 protected

**External Email - Use Caution**

---

Tom and Jim: In light of today's proceedings, specifically our acknowledgement Mr Blust violated the TRO and yours that the remaining concern is reimbursement of your counsel fees for having to prepare and file your motion, does it make sense to talk about a stipulated resolution in lieu of moving forward with a hearing as to Jason? Our obvious interest is in putting aside the need to have to test the veracity of the Blust Declaration. Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an "electronic signature" absent a specific, affirmative statement to that effect.

This electronic mail transmission is intended solely for the use of the individual or entity to whom it is addressed, and may contain confidential information belonging to the sender or recipient that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or initiation of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

# EXHIBIT B

**Rodney O. Personius**

**From:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Sent:** Wednesday, February 19, 2025 1:48 PM
**To:** Rodney O. Personius; Logan Smith
**Subject:** RE: Blust contempt

Rod,
Thanks for the outreach.
Given that Fidelis has not been turned over, and we believe your client controls it, we cannot discuss a settlement.
If Hoover and you want to discuss a resolution, which involves a transparent turn over of Fidelis, we would be open to that discussion. But in the meantime, we are preparing our post-hearing briefing.
Tom

Thomas W. McNamara
McNamara Smith LLP
655 W. Broadway
Suite 900
San Diego, CA 92101
General Line: 619-269-0400
Direct: 619-269-0499
tmcnamara@mcnamarallp.com
https://mcnamarallp.com

**From:** Rodney O. Personius <rop@personiusmelber.com>
**Sent:** Monday, February 10, 2025 3:37 PM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>; Logan Smith <lsmith@mcnamarallp.com>
**Subject:** Blust contempt

**EXTERNAL**

Tom and Logan: I have broached the subject of exploring a settlement of the two Blust contempt issues in the past, including after the May '24 oral argument and following the hearing last month. I also see a reference to this topic in an email from, I believe, last June. Notwithstanding, I don't recall we have ever had a substantive discussion of the subject. Is this worth exploring, particularly due to what has taken place with the Bureau?

Rod

Rodney O. Personius, Esq.
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050 x101
www.personiusmelber.com

Nothing in this email is intended to nor shall it constitute an "electronic signature" absent a specific, affirmative statement to that effect.