UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | CASE NO. 1:24cv00040 |
| Plaintiffs, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. | |
| Defendants, and | |
| STRATEGIC ESOP, et al., | |
| Relief Defendants. | |

I, Joseph Michael Sanders, pursuant to Local Rule 83.2(c)(3), provide notice to this Court of the following:

1. Shirley T. Chiu, Kristin L. Bateman and Nicole Cabañez have served as counsel in the above-captioned matter for the plaintiff, Consumer Financial Protection Bureau (Bureau).

2. Shirley T. Chiu has been reassigned to another unit within the Bureau, and as she will no longer be representing the Bureau in this case as of the date of this filing, should be removed from the docket as counsel of record.

3. Kristin L. Bateman is leaving the Bureau, and as she will no longer be representing the Bureau in this case as of the date of this filing, should be removed from the docket as counsel of record.

1

4. Nicole Cabañez has left the Bureau, and as she will no longer be representing the Bureau in this case as of the date of this filing, should be removed from the docket as counsel of record.

5. I, Joseph Michael Sanders, along with Vanessa Anne Buchko and Akash R. Desai, will remain lead counsel for the plaintiff.

Dated: March 4, 2025

Respectfully submitted,

Consumer Financial Protection Bureau

MARC PAOLETTA
Chief Legal Officer

DANIEL SHAPIRO
Deputy Chief Legal Officer

CARA PETERSEN
Principal Deputy Enforcement Director

RICHA S. DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Deputy Enforcement Director

*/s/ Joseph Michael Sanders*
Joseph Michael Sanders
*Counsel for Plaintiff*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-377-9846
Joseph.Sanders@cfpb.gov