

ALEXANDER D. WALL
DIRECT      619-269-0490
OFFICE     619-269-0400
FAX         619-269-0401
awall@mcnamarallp.com
www.mcnamarallp.com

March 7, 2025

*Via CM/ECF*

Honorable Michael J. Roemer
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re:     <u>*CFPB, et al. v. StratFS, LLC, et al.*</u>, No. 1:24-cv-00040-EAW-MJR (W.D.N.Y.)

Dear Judge Roemer:

This firm is counsel to the Court-appointed receiver, Thomas W. McNamara (the "Receiver"). In light of the Court's entry of the Stipulation and Order re: Receiver's Emergency Motion for an Order to Show Cause Why Intervenor Law Firms Should Not Be Held in Civil Contempt (Dkt. No. 611), the Receiver hereby withdraws his Emergency Motion for an Order to Show Cause Why Intervenor Law Firms Should Not Be Held in Civil Contempt (Dkt. No. 353) on the merits and with prejudice.

Please have your Clerk contact me should you have any questions. Thank you in advance for your courtesies and attention to this matter.

Respectfully submitted,

Alexander D. Wall

ADW:jej