## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | **CASE NO. 24-cv-40 EAW-MJR** |

## DECLARATION OF LEWIS W. BEILIN

As provided by 28 U.S.C. § 1746, I, Lewis W. Beilin, hereby declare as follows:

1. I am an adult resident of the State of Wisconsin, employed as an Assistant Attorney General in the Wisconsin Department of Justice. I represent Plaintiff State of Wisconsin in this case.

2. On February 5, 2025, at 2:23 pm CT, I received an email from Attorney Joseph Sanders (CFPB). In addition to other CFPB attorneys and supervisors, the email was addressed to the following counsel at Reed Smith LLP representing Defendants Ryan Sasson, Daniel Blumkin, Albert Ian Behar, and their wholly-owned companies, Twist Financial, LLC, Duke Enterprises, LLC, and Blaise Investments, LLC, in this case: Lara T. Gatz, James C. McCarroll, Gregory D. Speier, A. Scott Bolden, Kim M. Watterson, and Patrick M. Yingling.

2

3. A true and correct copy of that email—including the earlier email from Attorney Gatz to CFPB staff to which it responded—is attached hereto as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2025.

 */s/ Lewis W. Beilin*
 LEWIS W. BEILIN

Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-1221
beilinlw@doj.state.wi.us