# Exhibit A

| From: | Sanders, Joseph (CFPB) |
|---|---|
| To: | Gatz, Lara T.; Buchko, Vanessa (CFPB); Desai, Akash (CFPB); Cabanez, Nicole (CFPB); Ridder, Theresa (CFPB); Belsan, Timothy (CFPB) |
| Cc: | McCarroll, James C.; Speier, Gregory D.; Bolden, A. Scott; Watterson, Kim M.; Yingling, M. Patrick; Beilin, Lewis W. |
| Subject: | RE: Urgent Expense Approvals in CFPB v. Stratfs LLC, et al 24-cv-00040 |
| Date: | Wednesday, February 5, 2025 2:23:04 PM |

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lara,

Plaintiffs are able to unfreeze funds pursuant to the court-issued asset freeze in this case. If your clients have an emergent need to unfreeze funds, please send them to the team included on this email with any appropriate substantiation for that request, and a clear explanation of the time-sensitive nature of the request and we will evaluate.

In addition, Section II of the PI order clearly specifies that any Plaintiff may act to unfreeze funds. Dkt. 184, pg. 11. Thus, in addition to the Bureau counsel, please include Lewis Beilin from the WI AG's Office (cc'd here) on your requests and correspondence.

Best,
Joe

---

**From:** Gatz, Lara T. <LGatz@reedsmith.com>
**Sent:** Tuesday, February 4, 2025 5:45 PM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Desai, Akash (CFPB) <Akash.Desai@cfpb.gov>; Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>; Ridder, Theresa (CFPB) <Theresa.Ridder@cfpb.gov>; Rife, Daniel (CFPB) <Daniel.Rife@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Cc:** McCarroll, James C. <JMcCarroll@ReedSmith.com>; Speier, Gregory D. <GSpeier@reedsmith.com>; Bolden, A. Scott <ABolden@ReedSmith.com>; Watterson, Kim M. <KWatterson@ReedSmith.com>; Yingling, M. Patrick <MPYingling@ReedSmith.com>
**Subject:** Urgent Expense Approvals in CFPB v. Stratfs LLC, et al 24-cv-00040
**Importance:** High

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All:

As you know, our clients have numerous time-sensitive expense payment approvals, both personal and business, pending with your organization. Additionally, over the past three days, several new urgent expense items have

arisen for which they will need to seek and obtain approval over the next few days.

We understand from yesterday's statement by the Secretary of the Treasury, and your motion today to stay Court deadlines, that the CFPB is disempowered from taking any action at all pending further direction from, or action by, the Secretary of the Treasury, with no assurance of any specific timeframe in which such further direction or action may be forthcoming.

Please let us know by 12:00 p.m. EST on Thursday, February 6, 2025, if we have misunderstood anything about the foregoing, or if the CFPB is otherwise able to act to approve releases of funds presently held subject to the preliminary injunction entered on March 4, 2024. (24-cv-00040-EAW-MJR [DE 184]).

Best,
Lara.

**Lara Treinis Gatz**
**Partner**
**Global Regulatory Enforcement**

lgatz@reedsmith.com
M: +1 305.619.3738
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021