UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

          Plaintiffs,

v.

STRATFS, LLC (F/K/A STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.

          Defendants, and

STRATEGIC ESOP, et al.,

          Relief Defendants.

CASE NO. 24-cv-40 EAW-MJR

## ORDER GRANTING MOTION TO LIFT STAY

CLOVER MANAGEMENT, INC. ("Clover"), has moved this Court for an order lifting the Stay Order so that Clover Communities Fund V LLC ("Fund V") and Clover Communities Fund VI LLC ("Fund VI") can make capital calls and, if the calls are not answered, dilute Receivership Defendants' membership interests in Fund V and Fund VI.

In support of its motion, Clover submitted the Notice of Motion dated November 21, 2024; the Declaration of Teia M. Bui, dated November 19, 2024, with annexed exhibits; Declaration of Brian D. Gwitt, dated November 21, 2024, with annexed exhibits; and the Reply Memorandum of Law in Further Support of Motion to Lift Stay.

In opposition to the motion, Receivership Defendants filed the Declaration of Gregory D. Speier in Support of Defendants' Opposition and Cross-Motion, dated December 19, 2024, with annexed exhibits; and Defendants' Opposition to Non-Party Clover Management's Motion to Lift the Stay Order.

Upon due consideration, it is hereby

**ORDERED**, that Clover's motion for an order lifting the Stay Order is granted; and it is hereby further

**ORDERED**, that Fund V and Fund VI are permitted to issue capital calls to Receivership Defendants; and it is hereby further

**ORDERED**, that to the extent capital calls are not answered, Fund V and Fund VI are permitted to engage in the process and procedure described in the respective partnership and limited liability company agreements of Fund V and Fund VI to dilute membership interests.

**SO ORDERED:**

Dated: March 12, 2025

_____
Hon. Michael J. Roemer
United States Magistrate Judge