# EXHIBIT A

| | |
|---|---|
| **From:** | Boyd, Christopher |
| **To:** | Speier, Gregory D. |
| **Cc:** | Gatz, Lara T.; Rados, Genevieve |
| **Subject:** | RE: CFPB et al v. StratFS et al - pending Cross-Motion to Stay Preliminary Injunction |
| **Date:** | Wednesday, March 19, 2025 3:20:00 PM |

**External E-Mail - FROM Boyd, Christopher <christopher.boyd@ag.ny.gov>**



Greg,

We agree that a having a hearing on your motion to stay the preliminary injunction on April 8, 2025, does not make sense in light of the Second Circuit argument scheduled for April 9, 2025.

We propose that you withdraw the motion (without prejudice) and re-file to the extent necessary after we receive a ruling from the Second Circuit.

Regards,

Chris

**From:** Speier, Gregory D. <GSpeier@reedsmith.com>
**Sent:** Wednesday, March 19, 2025 10:38 AM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>
**Cc:** Gatz, Lara T. <LGatz@reedsmith.com>
**Subject:** CFPB et al v. StratFS et al - pending Cross-Motion to Stay Preliminary Injunction

**[EXTERNAL]**

Counsel,

Pending before the Court is my clients' cross-motion to stay the preliminary injunction pending appeal (ECF 613).  This cross-motion is set to be heard on April 8, 2025 (ECF 617).

As you are aware, on April 9, 2025, oral argument on the pending appellate issues will be taking place before the Second Circuit.  The decision from the Second Circuit may – or may not – moot my clients' cross-motion.

Accordingly, we will be asking the district court to kick the cross-motion (hold it in abeyance) until after the Second Circuit issues its ruling.  We will agree, within 10 days of the Second Circuit's decision, to either (i) withdraw the pending cross-motion; or (ii) file a reply in further support of the cross-motion.

Please let us know if you consent to this request.

Thank you,
Greg

**Gregory D. Speier**
Partner

gspeier@reedsmith.com
Tel. (973) 879-8156

**Reed Smith LLP**
599 Lexington Avenue
New York, NY 10022

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.