UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | |
| Plaintiffs, | |
| v. | 24-CV-40 (EAW) (MJR) |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, | |
| Defendants, and | |
| DANIEL BLUMKIN, *et al.*, | |
| Relief Defendants. | |

## NOTICE OF DEFENDANT FIDELIS LEGAL SUPPORT SERVICES LLC'S MOTION FOR A STAY

| | |
|---|---|
| Nature of Action: | Enforcement of the Telemarketing and Consumer Fraud and Abuse Prevention Act and the Telemarketing Sales Rule. |
| Movant: | Defendant Fidelis Legal Support Services, LLC. |
| Date and Time: | To be set by the Court. Expedited consideration is requested by separate notice of motion filed today. |
| Place: | Before Hon. Elizabeth A. Wolford, Chief United States District Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, or at the Kenneth B. Keating Federal Building, 100 State Street, Buffalo, New York 14614. |
| Supporting Papers: | Memorandum of law dated March 26, 2025. |
| Answering Papers: | Answering papers shall be filed by April 9, 2025, unless the Court orders otherwise. *See* W.D.N.Y. Local R. Civ. P. 7(b). |
| Reply Papers: | Reply papers shall be filed seven days after answering papers are filed, unless the Court orders otherwise. *See* W.D.N.Y. Local R. Civ. P. 7(b). Fidelis intends to reply. |
| Relief Requested: | An order (i)(a) declaring that Magistrate Judge Michael J. Roemer's ruling entered on March 26, 2025 (and styled as a decision designating Fidelis as a Receivership Defendant within the meaning of the Preliminary Injunction) is a report and recommendation, that does not take effect until reviewed and decided by the District Court following |

                        objections, or (b) staying Judge Roemer's ruling pending decision by the Chief District Judge on Fidelis's objections to the ruling; and (ii) awarding any other or additional relief that the Court deems appropriate.

| | |
|---|---|
| Grounds for Relief: | The Court's inherent authority. |
| Oral Argument: | Requested. |
| Dated: | Buffalo, New York<br>March 26, 2025 |

                        **HOOVER & DURLAND LLP**
*Attorneys for Defendant Fidelis Legal Support Services, LLC*

By: s/Timothy W. Hoover
     Timothy W. Hoover
     Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*thoover@hooverdurland.com*
*sdurland@hooverdurland.com*

- ii -