UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,

        Plaintiffs,

  v.

STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*,

        Defendants, and

DANIEL BLUMKIN, *et al.*,

        Relief Defendants.

24-CV-40 (EAW) (MJR)

---

# NOTICE OF THE BUSH LAKE TRUST'S MOTION CHALLENGING THE RECEIVER'S DETERMINATION THAT BUSH LAKE IS A RECEIVERSHIP DEFENDANT

| | |
|---|---|
| Nature of Action: | Enforcement of the Telemarketing and Consumer Fraud and Abuse Prevention Act and the Telemarketing Sales Rule. |
| Movant: | Relief Defendant The Bush Lake Trust ("Bush Lake"). |
| Date and Time: | To be set by the Court. |
| Place: | Before Hon. Michael J. Roemer, United States Magistrate Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Memorandum of law, dated April 8, 2025, with attached Exhibits A and B. |
| Answering Papers: | To be set by the Court. If the Court does not set a deadline, answering papers are due by April 22, 2025. |
| Reply Papers: | Bush Lake intends to reply. If the Court does not set a deadline, reply papers are due seven days after answering papers are filed. |
| Relief Requested: | An order (i) declaring that the Receiver has no authority over Bush Lake, either because Bush Lake is not a Receivership Defendant, because the receivership defendant mechanism is fatally defective and the designation is void ab initio, and/or because the receivership defendant designation does not apply to parties; and (ii) awarding any other or additional relief that the Court deems appropriate. |

| | |
|---|---|
| Grounds for Relief: | Federal Rule of Civil Procedure 65, the equitable principles it codifies, and applicable case law; the Preliminary Injunction entered on March 4, 2024; and the Court's inherent authority. |
| Oral Argument: | Requested. |
| Dated: | Buffalo, New York<br>April 8, 2025 |

                                        **HOOVER & DURLAND LLP**
*Attorneys for Relief Defendant The Bush Lake Trust*

By: s/Timothy W. Hoover
      Timothy W. Hoover
      Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*thoover@hooverdurland.com*
*sdurland@hooverdurland.com*

- ii -