

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.

        Plaintiffs,

vs.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.

        Defendants, and

STRATEGIC ESOP, et al.,

        Relief Defendants.

Case No. 1:24-cv-00040-EAW-MJR

## ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION FOR A WRIT OF POSSESSION AGAINST NON-PARTY AZG ACCOUNTANCY CORP.

Having considered the Receiver's *Ex Parte* Affidavit of Non-Compliance Regarding Non-Party AZG Accountancy Corp., and good cause having been found,

IT IS HEREBY ORDERED that the *Ex Parte* Application for a Writ of Possession for Assets[1], Documents, and Electronically Stored Information maintained by AZG Accountancy Corp. for The Bush Lake Trust, BDC Group LLC, Two Square Enterprises Inc., and Veteris Capital LLC is GRANTED.  The U.S. Marshal or any sheriff or deputy sheriff is authorized and directed to seize these Assets, Documents and Electronically Stored Evidence and deliver them it to the Receiver.

IT IS SO ORDERED, this 8th day of April, 2025

                                                   HONORABLE MICHAEL J. ROEMER
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Court's March 4, 2024 Preliminary Injunction [Dkt No. 184].