# EXHIBIT 1

# Optimize Business Checking<sup>SM</sup>

Account number: ██████████ ■ January 1, 2024 - January 31, 2024 ■ Page 1 of 4


WELLS FARGO

FIDELIS LEGAL SUPPORT SERVICES, LLC
████████████████

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
P.O. Box 6995
Portland, OR 97228-6995

---

## Account summary

### *Optimize Business Checking* <sup>SM</sup>

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ | ██████ |

### Interest summary

Total interest and bonuses earned in 2023        ██████

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | ██ | ██ | ███████████ |
| ██ | | ██ | ████████████ |
| ██ | | ██ | ████████████ |
| ██ | | ██ | ███████████ |
| ██ | | ███ | ████████████ |
| ██ | | ███ | ████████████ |
| ██ | | ███ | ████████████ |
| ██ | | ███ | █████████████ |
| ██ | | ███ | █████████████ |
| ██ | | ███ | █████████████ |
| ██ | | ███ | █████████ |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████  ■ January 1, 2024 - January 31, 2024  ■ Page 2 of 4





*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/22 | 5,000,000.00 | WF Advisors Credit ██████████ Fidelis Legal Support |
| | 01/24 | 2,700,000.00 | WF Advisors Credit ██████████ Fidelis Legal Support |
| | 01/30 | 2,000,000.00 | Transfer From Another WF Account █ |
| | 01/30 | 1,000,000.00 | Online Transfer From Bdc Group LLC Business Checking ██████ |
| | | ██████ | Total electronic deposits/bank credits |
| | | ██████ | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████████ ■ January 1, 2024 - January 31, 2024 ■ Page 3 of 4


WELLS FARGO

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/09 | 100,000.00 | Online Transfer to Bdc Group LLC ███████ Business Checking Management Fee |
| | 01/17 | 100,000.00 | Online Transfer to Bush Lake Trust ████████ Business Checking Xfer |
| | 01/22 | 1,000,000.00 | Online Transfer to Bdc Group LLC ████████ Business Checking Mgmt Fee |
| | 01/22 | 1,000,000.00 | WT Seq189025 Bush Lake Trust /Bnf=Bush Lake Trust ██████ |
| | 01/23 | 1,000,000.00 | Online Transfer to Two Square Enterprises Inc ██████ Business Checking Tech Contract |
| | 01/23 | 4,000,000.00 | Transfer to Another WF Account |
| | 01/25 | 1,000,000.00 | Online Transfer to Bdc Group LLC Business Checking ██████ Ref 01/25/24 |
| | 01/25 | 2,000,000.00 | Transfer to Another WF Account |
| | 01/25 | | |
| | 01/31 | 3,000,000.00 | WT Seq#81176 Bush Lake Trust /Bnf=Bush Lake Trust ██████ 2 |



| | | Total electronic debits/bank debits |
| | | Total debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████  ■ January 1, 2024 - January 31, 2024  ■ Page 4 of 4



**Daily ledger balance summary** *(continued)*



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.