EXHIBIT 2

# Optimize Business Checking℠

Account number: ▮▮▮▮▮▮▮ ■ February 1, 2024 - February 29, 2024 ■ Page 1 of 2



FIDELIS LEGAL SUPPORT SERVICES, LLC

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
 1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
 P.O. Box 6995
 Portland, OR  97228-6995

## Account summary

*Optimize Business Checking* ℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

### Interest summary

| | | |
|---|---|---|
| Total interest and bonuses earned in 2023 | ▮▮▮ | |

## Credits
### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/12 | 8,000,000.00 | Transfer From Another WF ▮▮▮▮ |
| | | $8,000,000.00 | Total electronic deposits/bank credits |
| | | $8,000,000.00 | Total credits |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ▮▮▮▮▮▮  ■ February 1, 2024 - February 29, 2024  ■ Page 2 of 2



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/12 | 8,000,000.00 | WT Seq138795 Bush Lake Trust /Bnf=Bush Lake Trust ▮▮▮ |
| | | | ▮▮▮ |
| | 02/15 | 50,000.00 | Online Transfer to Bdc Group LLC ▮▮▮ Business Checking Consulting |
| | | $8,124,852.35 | Total electronic debits/bank debits |
| | | $8,124,852.35 | Total debits |

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.*

Daily ledger balance summary



Average daily ledger balance

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.