# EXHIBIT 3

2:08 PM
04/17/25
Accrual Basis

# Fidelis Legal Support Services LLC
# Balance Sheet
## All Transactions

|  | Mar 31, 25 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       WF Advisors Bkg - 2438 | 2,445.01 |
|       WF Chk - 1243 | 1,294.78 |
|       WF Chk - 9094 | 98.80 |
|     **Total Checking/Savings** | 3,838.59 |
|     **Other Current Assets** | |
|       Bush Lake Trust | 13,505,681.06 |
|       Veteris | 12,909,000.00 |
|     **Total Other Current Assets** | 26,414,681.06 |
|   **Total Current Assets** | 26,418,519.65 |
| **TOTAL ASSETS** | **26,418,519.65** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Credit Cards** | |
|         WF LOC - 3878 | 10,565.78 |
|       **Total Credit Cards** | 10,565.78 |
|       **Other Current Liabilities** | |
|         BDC Group LLC | 3,815,848.26 |
|         Payable - Twosquare | 8,067.45 |
|         Payroll Liabilities | 47,196.45 |
|         WF LOC - 7908 | 0.54 |
|       **Total Other Current Liabilities** | 3,871,112.70 |
|     **Total Current Liabilities** | 3,881,678.48 |
|   **Total Liabilities** | 3,881,678.48 |
|   **Equity** | |
|     Capital Stock | 1,000.00 |
|     Retained Earnings | -9,664,441.98 |
|     Shareholder Distributions | 15,032.30 |
|     Net Income | 32,185,250.85 |
|   **Total Equity** | 22,536,841.17 |
| **TOTAL LIABILITIES & EQUITY** | **26,418,519.65** |