# EXHIBIT 3

**StratFS Receivership**
**Summary of Invoices**
**3rd Interim Fee Application**

|  | Invoice # | P/E | Fees | Expenses |
|---|---|---|---|---|
| Hodgson Russ LLP | 1261349 | 8/31/2024 | 13,078.00 | - |
| Hodgson Russ LLP | 1265867 | 9/30/2024 | 10,121.00 | - |
| Hodgson Russ LLP | 1270142 | 10/31/2024 | 14,568.00 | 424.68 |
| Hodgson Russ LLP | 1274556 | 11/30/2024 | 8,730.50 | - |
| Hodgson Russ LLP | 1277779 | 12/31/2024 | 9,865.50 | 553.28 |
| Hodgson Russ LLP | 1281225 | 1/31/2025 | 10,806.50 | 394.76 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | September 23, 2024 |
| Invoice Number: | 1261349 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 13,078.00 |
| **Total Current Invoice** | **$** | **13,078.00** |

*Payable in U.S. Funds*

*Thank you for your business.*

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | September 23, 2024 |
| Invoice Number: | 1261349 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/24 | JCT | Conference with client on status of pending motions. | 0.80 | 340.00 |
| 08/01/24 | JCT | Attended status conference with client. | 2.50 | 1,062.50 |
| 08/01/24 | JCT | Conference with client on status conference and outstanding discovery issues and pending motions. | 0.50 | 212.50 |
| 08/02/24 | JCT | Reviewed DTC model from CIBC for call and prep for call with bank. | 0.30 | 127.50 |
| 08/02/24 | JCT | Telephone call with CIBC counsel regarding fee request and settlement and follow-up call with client following. | 0.80 | 340.00 |
| 08/02/24 | CSN | Conferred with lead counsel regarding questions on transcript for recent status conference. | 0.10 | 22.00 |
| 08/02/24 | CSN | Received and reviewed notice from 2nd Circuit Court of Appeals of filing rejection and conferred with JCT regarding same, multiple attempts to refile Notice of Appearance. | 0.30 | 66.00 |
| 08/05/24 | JCT | Emails with FDIC and client on put back of JPMC loans; emails regarding CIBC payment approvals and Salesforce negotiation. | 0.30 | 127.50 |
| 08/05/24 | CSN | Emails with lead counsel regarding transcript from recent status conference. | 0.10 | 22.00 |
| 08/05/24 | CSN | Attempted to refile Notice of Appearance in Appeal and calls to Clerk regarding same. | 0.20 | 44.00 |
| 08/06/24 | JCT | Telephone call with lender on request for Vacco attorney fees. | 0.80 | 340.00 |
| 08/09/24 | JCT | Reviewed correspondence with NYC landlord for call; telephone call with landlord's counsel regarding status of eviction | 0.40 | 170.00 |
| 08/09/24 | JCT | Reviewed/replied to vendor inquiries on payment status. | 0.20 | 85.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



September 23, 2024

Invoice Number:                     1261349
Matter Number:          103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/09/24 | JCT | Reviewed request from AAA on status of stay. | 0.10 | 42.50 |
| 08/09/24 | JCT | Telephone call with client on CIBC settlement and potential settlement with NYC landlord. | 0.80 | 340.00 |
| 08/12/24 | JCT | Reviewed/replied to email from counsel for Allego regarding termination of service and claim form. | 0.40 | 170.00 |
| 08/12/24 | JCT | Reviewed creditor emails and emails to SFS team regarding same; telephone call to NYC landlord regarding settlement. | 0.40 | 170.00 |
| 08/12/24 | JCT | Telephone call with client on updating revenue forecast for CIBC. | 0.50 | 212.50 |
| 08/12/24 | JCT | Telephone call with client, B. Reiss and J. O'Donnell on software license costs and revenue budget. | 1.00 | 425.00 |
| 08/12/24 | JCT | Reviewed correspondence with Avalon and call with creditor regarding same. | 0.40 | 170.00 |
| 08/13/24 | JCT | Telephone call with client and call with FDIC regarding JP Morgan put back of loans and deposit accounts. | 0.50 | 212.50 |
| 08/13/24 | JCT | Telephone call with counsel for CIBC regarding request for fees and status of draft operating budget. | 0.20 | 85.00 |
| 08/14/24 | JCT | Reviewed email from CIBC regarding updated forecast and email to J. O'Donnell regarding same; reviewed updated forecast and drafted email to client regarding same. | 0.80 | 340.00 |
| 08/14/24 | JCT | Reviewed updated Salesforce cost projections. | 0.10 | 42.50 |
| 08/14/24 | JCT | Reviewed marketing materials from potential brokers on sale of loan portfolio. | 0.20 | 85.00 |
| 08/15/24 | JCT | Telephone call with counsel for Versara note holder. | 0.20 | 85.00 |
| 08/15/24 | JCT | Telephone call with client and SFS Team on updated forecast for CIBC. | 1.10 | 467.50 |
| 08/15/24 | JCT | Telephone call with L. Smith regarding background to potential claims against third parties. | 0.40 | 170.00 |
| 08/16/24 | JCT | Telephone call with client on MMI proposal. | 0.50 | 212.50 |
| 08/16/24 | JCT | Drafted email to CIBC regarding revenue projections. | 0.60 | 255.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



September 23, 2024

| | | | Invoice Number: | 1261349 |
|---|---|---|---|---|
| | | | Matter Number: | 103123.00000 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/24 | JCT | Telephone call with client and MMI on transfer of consumers to their platform. | 1.40 | 595.00 |
| 08/19/24 | JCT | Telephone call with law firm counsel on MMI proposal. | 0.40 | 170.00 |
| 08/19/24 | JCT | Reviewed/replied to emails regarding creditor activity from vendors. | 0.40 | 170.00 |
| 08/20/24 | JCT | Telephone call with NYC landlord counsel regarding global settlement and drafted email to client regarding same. | 0.60 | 255.00 |
| 08/21/24 | JCT | Email to NYC landlord counsel regarding removal of furniture and settlement. | 0.20 | 85.00 |
| 08/21/24 | JCT | Reviewed/revised letters to creditors regarding stay provisions of PI. | 0.60 | 255.00 |
| 08/21/24 | JCT | Reviewed fortress legal proposal from MMI. | 0.80 | 340.00 |
| 08/22/24 | JCT | Reviewed emails from creditors regarding accounts payable and drafted email to client on portfolio sale. | 0.30 | 127.50 |
| 08/22/24 | JCT | Telephone call with client on MMI proposal. | 0.20 | 85.00 |
| 08/23/24 | JCT | Reviewed 2nd Circuit mediation order; telephone call with CSN regarding status of all 2nd circuit appeals. | 0.40 | 170.00 |
| 08/23/24 | JCT | Reviewed 2nd Circuit order in Cedeno litigation and email to client regarding same. | 0.20 | 85.00 |
| 08/23/24 | CSN | Further review of docket for additional pleadings. | 0.10 | 22.00 |
| 08/23/24 | CSN | Call with JCT regarding cancellation of mediation and discussed same. | 0.20 | 44.00 |
| 08/23/24 | CSN | Review of docket for second appeal regarding status of same. | 0.20 | 44.00 |
| 08/23/24 | CSN | Emails with lead counsel and JCT regarding entry of judgment and recently filed stay letter and discussed same. | 0.20 | 44.00 |
| 08/26/24 | JCT | Reviewed CIBC revisions to settlement agreement. | 0.90 | 382.50 |
| 08/26/24 | JCT | Attended settlement conference with receiver. | 5.50 | 2,337.50 |
| 08/27/24 | JCT | Telephone call to Alianza counsel regarding stay letter and terminating service. | 0.20 | 85.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



September 23, 2024

| | | | Invoice Number: | 1261349 |
| | | | Matter Number: | 103123.00000 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/29/24 | RKC | Telephone conference with client regarding insurance needs | 0.30 | 139.50 |
| 08/29/24 | JCT | Telephone call with Array on amounts due and claim form. | 0.20 | 85.00 |
| 08/29/24 | JCT | Reviewed/revised settlement agreement with CIBC. | 0.50 | 212.50 |
| 08/29/24 | JCT | Telephone calls with potential brokers for loan portfolio sale. | 1.00 | 425.00 |
| 08/29/24 | JCT | Reviewed/replied to email from L. Jones and review of TX bond for Atlas. | 0.20 | 85.00 |
| 08/30/24 | RKC | Communicated with J. Thoman regarding necessary insurances for current employees; communicated with client regarding same | 0.20 | 93.00 |
| 08/30/24 | JCT | Telephone call with Atlas bond broker and follow up email regarding renewal of bond issued for operation in Texas. | 0.40 | 170.00 |
| 08/30/24 | JCT | Telephone call with client on interviews with brokers for loan portfolio. | 0.30 | 127.50 |

|  | Professional Services | $ | 13,078.00 |
|--|-----------------------|---|-----------|
|  | **Total Current Invoice** | **$** | **13,078.00** |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

Invoice Date: October 22, 2024
Invoice Number: 1265867
Matter Number: 103123.00000
Billing Attorney: JCT

*Please return this copy with your payment.*

CURRENT INVOICE:

Professional Services    $    10,121.00

| | | |
|---|---|---|
| **Total Current Invoice** | **$** | **10,121.00** |

*Payable in U.S. Funds*

*Thank you for your business.*

Albany, NY    Buffalo, NY    Greensboro, NC    Hackensack, NJ    New York, NY

Palm Beach, FL    Rochester, NY    Saratoga Springs, NY    Toronto, ON, CANADA

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | October 22, 2024 |
| Invoice Number: | 1265867 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/24 | JCT | Telephone call with client on capital call and status of law firms representing clients. | 0.20 | 85.00 |
| 09/04/24 | JCT | Reviewed/revised 2nd Fee application and declaration in support of same. | 1.10 | 467.50 |
| 09/05/24 | JCT | Reviewed/replied to email regarding capital contributions to Clover Funds and replied to same. | 0.80 | 340.00 |
| 09/05/24 | JCT | Reviewed/revised CIBC settlement agreement. | 1.20 | 510.00 |
| 09/05/24 | JCT | Reviewed invoice from NYC landlord and email to landlord counsel on status of settlement. | 0.40 | 170.00 |
| 09/05/24 | CSN | Drafted correspondence to the Court with courtesy copy of Second Interim Fee Application of Receiver and Professionals. | 0.20 | 44.00 |
| 09/06/24 | JCT | Reviewed/replied to emails on creditor activity and state registration for Versara. | 0.40 | 170.00 |
| 09/09/24 | JCT | Telephone call with L. Jones regarding maintaining Versara authorization to do business. | 0.30 | 127.50 |
| 09/09/24 | JCT | Telephone call with Receiver regarding CIBC settlement agreement. | 1.30 | 552.50 |
| 09/09/24 | JCT | Telephone call with receivership business team on potential customer refunds on Versara loans. | 1.40 | 595.00 |
| 09/10/24 | JCT | Telephone call with client regarding call with UBS regarding portfolio sale. | 0.20 | 85.00 |
| 09/10/24 | JCT | Reviewed/revised CIBC settlement agreement. | 0.60 | 255.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



October 22, 2024

Invoice Number:    1265867
Matter Number:    103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/10/24 | JCT | Emails with creditors and client on ESOP vendor and loan portfolio sale. | 0.40 | 170.00 |
| 09/11/24 | JCT | Telephone call with UBS counsel on potential sale of Versara portfolio. | 0.40 | 170.00 |
| 09/11/24 | JCT | Reviewed/replied to emails from receiver team on creditor collection activity. | 0.30 | 127.50 |
| 09/11/24 | JCT | Drafted stay violation letter to Principal insurance. | 0.80 | 340.00 |
| 09/11/24 | JCT | Reviewed/revised CIBC settlement agreement and emails with client regarding same. | 1.50 | 637.50 |
| 09/12/24 | JCT | Emailed client and CIBC counsel on settlement. | 0.20 | 85.00 |
| 09/12/24 | JCT | Reviewed Blust Trust appellate brief. | 0.80 | 340.00 |
| 09/16/24 | JCT | Call with client on upcoming status conference and call with CIBC. | 1.00 | 425.00 |
| 09/16/24 | JCT | Reviewed Lippes fee application. | 0.30 | 127.50 |
| 09/16/24 | JCT | Prepared for and call with CIBC regarding settlement agreement. | 1.20 | 510.00 |
| 09/16/24 | JCT | Reviewed/replied to email from client on response to Blust Trust appellate briefing. | 0.40 | 170.00 |
| 09/17/24 | JCT | Reviewed/replied to client emails on creditor/vendor activity and stay. | 0.40 | 170.00 |
| 09/17/24 | JCT | Reviewed memo re: Versara/UBS facility and Versara DST Trust Agreement. | 1.80 | 765.00 |
| 09/18/24 | JCT | Reviewed of accounting analysis of intercompany transfers. | 0.30 | 127.50 |
| 09/18/24 | JCT | Reviewed Versara client refund calculations. | 0.40 | 170.00 |
| 09/18/24 | JCT | Reviewed/replied to creditor inquiry on stay provision of PI. | 0.20 | 85.00 |
| 09/19/24 | JCT | Call with UBS counsel on broker opinion of value and NDAs. | 0.20 | 85.00 |
| 09/19/24 | JCT | Calls with UBS and client on potential sale of Versara portfolio. | 0.80 | 340.00 |
| 09/20/24 | JCT | Reviewed/replied to plaintiff's appellate team on call to discuss responses. | 0.10 | 42.50 |
| 09/20/24 | JCT | Attended settlement conference with Receiver. | 2.10 | 892.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



October 22, 2024

Invoice Number: 1265867
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/20/24 | JCT | Reviewed/revised NDA with broker on loan portfolio. | 0.50 | 212.50 |
| 09/23/24 | JCT | Reviewed Blust trust opposition to fee application. | 0.10 | 42.50 |
| 09/23/24 | JCT | Reviewed/replied to emails on NDA to value loan portfolio. | 0.20 | 85.00 |
| 09/23/24 | JCT | Telephone call with appellate counsel on Blust Trust appeal. | 0.30 | 127.50 |
| 09/23/24 | JCT | Drafted email to client on status of briefing Blust Trust appeal of fee application. | 0.10 | 42.50 |
| 09/23/24 | CSN | Began reviewing Rule 33.12 Notice for drafting. | 0.10 | 22.00 |
| 09/23/24 | CSN | Emails with JCT regarding Rule 33.12 Notice and conferred regarding same. | 0.10 | 22.00 |
| 09/24/24 | CSN | Drafted Rule 31.2 Scheduling Request in Second Circuit Appeal. | 0.30 | 66.00 |
| 09/24/24 | CSN | Drafted email to JCT with draft of Rule 31.2 Scheduling Request in Second Circuit Appeal and discussed same. | 0.10 | 22.00 |
| 09/25/24 | JCT | Reviewed/replied to email from client on authority over DST Trust. | 0.50 | 212.50 |
| 09/25/24 | JCT | Reviewed scheduling request for Blust Trust appeal of fee application. | 0.10 | 42.50 |
| 09/26/24 | JCT | Reviewed/responded to request for status update from AAA proceeding. | 0.10 | 42.50 |

Professional Services $ 10,121.00

**Total Current Invoice** **$** **10,121.00**

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | November 25, 2024 |
| Invoice Number: | 1270142 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 14,568.00 |
| Disbursements | $ | 424.68 |
| **Total Current Invoice** | **$** | **14,992.68** |

*Payable in U.S. Funds*

*Thank you for your business.*

| | | | | |
|---|---|---|---|---|
| Albany, NY | Buffalo, NY | Greensboro, NC | Hackensack, NJ | New York, NY |
| Palm Beach, FL | Rochester, NY | Saratoga Springs, NY | Toronto, ON, CANADA | |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



**Hodgson Russ** LLP
ATTORNEYS

MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | November 25, 2024 |
| Invoice Number: | 1270142 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/24 | JCT | Reviewed summary of Versara customer refund issues and replied to email regarding same. | 0.20 | 85.00 |
| 10/04/24 | JCT | Reviewed email regarding complaint to collect receivable; email to receiver regarding same. | 0.20 | 85.00 |
| 10/07/24 | RKC | Reviewed and revised Monevo complaint | 0.20 | 93.00 |
| 10/07/24 | JCT | Reviewed Fidelis letter regarding dispute over discovery requests. | 0.10 | 42.50 |
| 10/08/24 | JCT | Reviewed emails regarding CIBC settlement. | 0.10 | 42.50 |
| 10/08/24 | JCT | Drafted email to A. Wall regarding Monevo complaint. | 0.10 | 42.50 |
| 10/08/24 | JCT | Reviewed emails from client and letter briefing regarding Fidelis Discovery. | 0.30 | 127.50 |
| 10/09/24 | JCT | Reviewed/replied to email from counsel for individuals in Cedeno litigation regarding substitution of counsel. | 0.30 | 127.50 |
| 10/09/24 | JCT | Reviewed pleadings on Fidelis as receivership defendant and discovery dispute in preparation for hearing. | 1.40 | 595.00 |
| 10/09/24 | JCT | Attended hearing on discovery dispute with Fidelis. | 0.80 | 340.00 |
| 10/09/24 | JCT | Telephone call with client on motion to compel production. | 0.20 | 85.00 |
| 10/09/24 | JCT | Drafted email to client on outcome of hearing and drafted email to landlord's counsel regarding lease termination and removal of FF&E. | 0.20 | 85.00 |
| 10/10/24 | JCT | Reviewed status of settlement agreement and call with CIBC counsel regarding same. | 0.70 | 297.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



November 25, 2024

Invoice Number:         1270142
Matter Number:      103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/10/24 | JCT | Telephone call with counsel for individuals in ERISA litigation regarding Petition for Cert and substitution of counsel; drafted email to client regarding same. | 0.70 | 297.50 |
| 10/11/24 | JCT | Telephone call with client on status of CIBC settlement; potential settlement with law firms. | 0.80 | 340.00 |
| 10/11/24 | JCT | Reviewed email regarding Atlas licensing and drafted reply. | 0.30 | 127.50 |
| 10/11/24 | CSN | Drafted Motions to Appear Pro Hac Vice for L. Smith and A. Wall and supporting pleadings. | 1.10 | 242.00 |
| 10/11/24 | CSN | Emails with lead counsel regarding new case filing in WDNY and need for pro hac vice motions for L. Smith and A. Wall. | 0.20 | 44.00 |
| 10/14/24 | JCT | Reviewed reply to CIBC regarding Lippes fee request. | 0.30 | 127.50 |
| 10/14/24 | JCT | Reviewed email from creditor and drafted email to client group regarding same. | 0.10 | 42.50 |
| 10/14/24 | JCT | Reviewed pro hac vice applications for related litigation against Menovo. | 0.30 | 127.50 |
| 10/16/24 | JCT | Telephone call with client and defense counsel for individuals in Cedeno litigation; follow up call with client regarding same. | 0.80 | 340.00 |
| 10/16/24 | CSN | Conferred with lead counsel and JCT regarding assignment of judge in related WDNY case and pro hac vice motions. | 0.30 | 66.00 |
| 10/16/24 | CSN | Revised and finalized pro hac vice papers for A. Wall and L. Smith and drafted notice of appearance for JCT. | 1.40 | 308.00 |
| 10/17/24 | RKC | Conference with client regarding potential D&O claims; analyzed insurance policy to evaluate same | 0.90 | 418.50 |
| 10/17/24 | JCT | Telephone call with client and RKC regarding potential claims with insurance coverage. | 0.50 | 212.50 |
| 10/17/24 | JCT | Reviewed JPMC motion to transfer loans back to FDIC Receiver. | 0.30 | 127.50 |
| 10/17/24 | JCT | Reviewed email from DOL regarding benefit plans and draft response to client. | 0.20 | 85.00 |
| 10/17/24 | JCT | Reviewed request for instruction; correspondence with law firms on withdrawal from representation and call with law firms regarding same. | 1.10 | 467.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



---

November 25, 2024

Invoice Number: 1270142
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/17/24 | JCT | Reviewed JPMC motion and drafted email to client regarding same. | 0.40 | 170.00 |
| 10/17/24 | JCT | Reviewed Royal/Hailstone motion to modify PI. | 0.60 | 255.00 |
| 10/17/24 | CSN | Drafted email to lead counsel with file stamped copies of pro hac vice motions of A. Wall and L. Smith. | 0.20 | 44.00 |
| 10/17/24 | CSN | Finalized and arranged for filing of pro hac vice motions of A. Wall and L. Smith. | 0.50 | 110.00 |
| 10/18/24 | JCT | Telephone call with Receiver and law firm counsel on potential withdrawal of representation/settlement of OTSC. | 0.40 | 170.00 |
| 10/18/24 | CSN | Revised and finalized attorney database form for lead counsel for filing to the docket. | 0.20 | 44.00 |
| 10/18/24 | CSN | Emails with lead counsel regarding need to file attorney database form and discussed same. | 0.10 | 22.00 |
| 10/18/24 | CSN | Received and reviewed Court notification regarding recent filing of Motions for Admission Pro Hac Vice for lead counsel and need to file attorney database form. | 0.10 | 22.00 |
| 10/19/24 | JCT | Reviewed CIBC markup of settlement agreement. | 0.30 | 127.50 |
| 10/21/24 | JCT | Reviewed bank revisions to settlement agreement and drafted email to client regarding same. | 1.10 | 467.50 |
| 10/22/24 | JCT | Telephone call with client on CIBC settlement terms. | 0.90 | 382.50 |
| 10/22/24 | JCT | Email to client regarding position on JPMC motion. | 0.10 | 42.50 |
| 10/22/24 | JCT | Emails regarding substitution of counsel for Strategic in Cedeno litigation. | 0.10 | 42.50 |
| 10/22/24 | JCT | Review of Blust Trust motion to extend deadlines on 2nd Cir. appeal. | 0.10 | 42.50 |
| 10/23/24 | JCT | Reviewed law firm motion to withdraw and draft letter to clients and client emails regarding same. | 0.60 | 255.00 |
| 10/23/24 | JCT | Drafted follow up letter to Principal regarding violation of stay. | 0.50 | 212.50 |
| 10/23/24 | JCT | Emails with counsel for Versara subordinated note holders. | 0.10 | 42.50 |
| 10/23/24 | JCT | Review of Versara intercreditor agreement and subordinate notes. | 1.40 | 595.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



November 25, 2024

Invoice Number: 1270142
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/24/24 | JCT | Reviewed status of CIBC settlement agreement and call with bank counsel regarding same. | 1.50 | 637.50 |
| 10/24/24 | JCT | Reviewed letter from Principal regarding ESOP administration and email to its counsel regarding call to discuss. | 0.20 | 85.00 |
| 10/24/24 | JCT | Telephone call with counsel for note holders and drafted email to client regarding same. | 0.80 | 340.00 |
| 10/24/24 | JCT | Reviewed emails from client group on law firm transition plans and communications to clients; email to client on stay letter. | 0.30 | 127.50 |
| 10/24/24 | JCT | Telephone call with counsel for law firm involved in AAA arbitration which has named Strategic regarding application of stay. | 0.20 | 85.00 |
| 10/25/24 | JCT | Reviewed law firm motion to withdraw and letter to court regarding same. | 0.40 | 170.00 |
| 10/25/24 | JCT | Emails with SFS and Salesforce on contract negotiation. | 0.20 | 85.00 |
| 10/25/24 | JCT | Reviewed/revised stay letter to JAMS arbitrator in Soltani matter. | 0.40 | 170.00 |
| 10/25/24 | JCT | Reviewed emails on status of law firm withdrawal motion and contempt motion. | 0.10 | 42.50 |
| 10/28/24 | JCT | Emails with client on status of hearing on OTSC law firm contempt. | 0.10 | 42.50 |
| 10/28/24 | JCT | Telephone call with salesforce counsel and B. Reiss on contract re-negotiation and review of emails regarding same. | 0.60 | 255.00 |
| 10/28/24 | JCT | Reviewed emails from JAMS and plaintiffs counsel regarding Soltani litigation. | 0.20 | 85.00 |
| 10/28/24 | JCT | Telephone calls with counsel for note holders and client on Versara Lending obligations. | 0.30 | 127.50 |
| 10/29/24 | JCT | Reviewed Blust Trust appellate briefing in response to plaintiff's motion to dismiss appeal. | 0.80 | 340.00 |
| 10/29/24 | JCT | Drafted email to client on status of CIBC settlement discussions. | 0.30 | 127.50 |
| 10/29/24 | JCT | Telephone call with client on Strategic position on motion for instruction. | 0.20 | 85.00 |
| 10/29/24 | JCT | Reviewed receiver's request for instruction and opposition to same; telephone call to D. Vacco regarding settlement. | 0.50 | 212.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



November 25, 2024

Invoice Number:                1270142

Matter Number:        103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/29/24 | JCT | Telephone call with counsel for Strategic on status of opposition to motion for instruction. | 0.40 | 170.00 |
| 10/29/24 | JCT | Reviewed plaintiff response to motion to extract Royal and Hailstone from receivership. | 0.20 | 85.00 |
| 10/29/24 | JCT | Reviewed valuation of Versara DST portfolio. | 0.30 | 127.50 |
| 10/30/24 | JCT | Drafted email to client on call to review Versara portfolio valuation. | 0.10 | 42.50 |
| 10/30/24 | JCT | Reviewed Strategic motion to modify PI and procedure for naming additional receivership entities. | 0.70 | 297.50 |
| 10/30/24 | JCT | Attended status conference with client and meeting with plaintiffs counsel regarding wind down plan. | 2.80 | 1,190.00 |
| 10/31/24 | JCT | Reviewed stipulations substituting counsel for 2nd Circuit appeals and email to individual defendant's counsel regarding same. | 0.60 | 255.00 |
| 10/31/24 | JCT | Telephone calls with ESOP administration provider and client on plan termination. | 1.00 | 425.00 |
| 10/31/24 | JCT | Telephone call with Garnett regarding valuation of portfolio and call with client regarding same. | 1.10 | 467.50 |
| 10/31/24 | CSN | Emails with lead counsel regarding transcript for recent motion hearing. | 0.10 | 22.00 |

Professional Services                    $        14,568.00

ITEMIZED DISBURSEMENTS:

| 10/17/24 | U. S. DISTRICT COURT CLERK, WESTERN DISTRICT OF NEW YORK - Pro Hac Vice Filing Fee for A. Wall in US District Court for Western District of New York | 200.00 |
|----------|------|--------|
| 10/17/24 | U. S. DISTRICT COURT CLERK, WESTERN DISTRICT OF NEW YORK - Pro Hac Vice Fee For Logan Smith in District Court for the Western District of New York. | 200.00 |
| 10/31/24 | Federal Express | 24.68 |

Disbursements                    $            424.68

**Total Current Invoice        $        14,992.68**

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | December 23, 2024 |
| Invoice Number: | 1274556 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | | |
|---|---|---|---|
| Professional Services | $ | 8,730.50 |
| **Total Current Invoice** | **$** | **8,730.50** |

*Payable in U.S. Funds*

*Thank you for your business.*

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | December 23, 2024 |
| Invoice Number: | 1274556 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | JCT | Reviewed email from ESOP vendor on information needed for compliance and contacts. | 0.20 | 85.00 |
| 11/01/24 | JCT | Telephone call with client and ESOP counsel on plan termination. | 0.90 | 382.50 |
| 11/01/24 | JCT | Reviewed plaintiffs motion for PI on Fidelis et al. | 1.30 | 552.50 |
| 11/04/24 | JCT | Drafted email to client on denial of petition for Cert in ESOP litigation. | 0.10 | 42.50 |
| 11/05/24 | JCT | Telephone call with UBS counsel on preliminary valuation of Versara portfolio. | 0.20 | 85.00 |
| 11/05/24 | JCT | Reviewed CIBC credit agreement and schedules to determine whether bank has liens on Cell Gramercy 2 entity. | 1.80 | 765.00 |
| 11/06/24 | JCT | Telephone call with counsel to Versara subordinate lenders and email to client regarding same. | 0.10 | 42.50 |
| 11/06/24 | JCT | Reviewed emails on status of law firm withdrawal motion. | 0.20 | 85.00 |
| 11/07/24 | JCT | Reviewed proposed order on law firm motion to withdraw. | 0.10 | 42.50 |
| 11/08/24 | JCT | Reviewed ESOP and 401k termination resolutions and email to client regarding same. | 0.20 | 85.00 |
| 11/08/24 | JCT | Reviewed/replied to AAA on status of stay. | 0.10 | 42.50 |
| 11/08/24 | JCT | Reviewed/replied to emails from UBS, client and Garnet on sharing valuation. | 0.30 | 127.50 |
| 11/08/24 | JCT | Reviewed/replied to email from plaintiff in arbitration on application of stay. | 0.10 | 42.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



December 23, 2024

Invoice Number:                    1274556
Matter Number:         103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/08/24 | JCT | Reviewed proposed letter to law firm clients and FAQs and plaintiff's comments to same. | 0.20 | 85.00 |
| 11/11/24 | JCT | Reviewed resolutions authorizing Receiver to terminate ESOP and 401k and drafted email to Principal's counsel regarding same. | 0.40 | 170.00 |
| 11/11/24 | JCT | Reviewed/replied to email from L. Jones regarding on amending 401k plan. | 0.10 | 42.50 |
| 11/11/24 | JCT | Reviewed law firm briefing on Royal and Hailstone. | 0.20 | 85.00 |
| 11/12/24 | JCT | Emails with Garnett regarding ability to share valuation with lenders and call with CIBC regarding potential settlement. | 0.50 | 212.50 |
| 11/12/24 | JCT | Telephone call with counsel for Zeiss regarding Versara portfolio. | 0.20 | 85.00 |
| 11/13/24 | JCT | Reviewed Fidelis motion to dismiss and attended oral argument on motion to dismiss. | 3.00 | 1,275.00 |
| 11/14/24 | JCT | Telephone call with note holder's counsel and email to client regarding Versara financials. | 0.10 | 42.50 |
| 11/14/24 | JCT | Emails with court and Strategic team on consumer complaint. | 0.10 | 42.50 |
| 11/14/24 | CSN | Drafted and finalized correspondence to the Court with Receiver's Opposition. | 0.20 | 44.00 |
| 11/15/24 | JCT | Reviewed Receiver's and plaintiffs' responses to motion to modify PI. | 0.40 | 170.00 |
| 11/15/24 | JCT | Reviewed/replied to counsel for Zeiss regarding Versara portfolio valuation. | 0.10 | 42.50 |
| 11/15/24 | JCT | Reviewed default judgment entered against Versara Lending and drafted stay letter. | 0.20 | 85.00 |
| 11/15/24 | JCT | Telephone call with counsel for Zeiss regarding valuation of portfolio. | 0.20 | 85.00 |
| 11/15/24 | JCT | Telephone call with client on pending hearing on request for instruction and removal of entities from receivership and status of wind down plan for law firm service. | 0.80 | 340.00 |
| 11/18/24 | RKC | Analyzed Strategic Family's D&O policies; meeting with client regarding potential actions against officers and directors | 1.80 | 837.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



December 23, 2024

Invoice Number: 1274556
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/18/24 | JCT | Reviewed emails on Law firm withdrawal and coordination with SFS on client communications. | 0.40 | 170.00 |
| 11/18/24 | JCT | Telephone call with L. Smith and A. Wall regarding potential litigation claims. | 0.80 | 340.00 |
| 11/18/24 | JCT | Telephone call with T. McNamara and L. Jones on payment of professional fees. | 0.40 | 170.00 |
| 11/18/24 | JCT | Reviewed SFS reply to response to motion to remove Atlas from receivership. | 0.10 | 42.50 |
| 11/19/24 | JCT | Reviewed stay letter regarding default judgment. | 0.10 | 42.50 |
| 11/19/24 | JCT | Reviewed motion to lift stay to dilute receivership entities interest in real estate investment and drafted email to client regarding same. | 0.30 | 127.50 |
| 11/20/24 | JCT | Attended hearing on motion to modify PI and remove law firms from receivership. | 2.00 | 850.00 |
| 11/20/24 | JCT | Conference with receiver on status of operations and wind down of law firm service. | 0.80 | 340.00 |
| 11/20/24 | JCT | Reviewed/replied to proposed motion to lift stay to dilute membership interests. | 0.20 | 85.00 |
| 11/20/24 | JCT | Drafted follow up email to counsel for NYC landlord on lease termination agreement. | 0.10 | 42.50 |
| 11/21/24 | CSN | Conferred with lead counsel regarding status of entry of orders granting pro hac vice for A. Wall and L. Smith; calls with Court Clerk regarding status of entry of orders granting pro hac vice for A. Wall and L. Smith; drafted update email to lead counsel regarding Court back-up for entry of orders. | 0.20 | 44.00 |
| 11/22/24 | JCT | Reviewed/replied to email inquiry on payments to notary firms. | 0.10 | 42.50 |
| 11/25/24 | CSN | Emails with JCT regarding appearance in 2 district court cases and discussed same. | 0.20 | 44.00 |
| 11/25/24 | CSN | Reviewed Court dockets regarding representation and status of same to respond to JCT. | 0.20 | 44.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



December 23, 2024

Invoice Number:                1274556
Matter Number:        103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/25/24 | CSN | Conferred with lead counsel regarding status of entry of pro hac vice orders in sister federal case and reviewed docket, call to Court Clerk regarding status of entry of orders granting pro hac vice. | 0.30 | 66.00 |
| 11/26/24 | CSN | Conferred with JCT regarding two federal court cases where stay letters were filed and further discussed appearances in same and notices being received in same. | 0.20 | 44.00 |
| 11/27/24 | JCT | Reviewed Blust trust objection to order approving 2nd fee application. | 0.40 | 170.00 |
| 11/27/24 | JCT | Reviewed/replied to email from L. Jones on professional fee payments. | 0.10 | 42.50 |

|  | Professional Services | $ | 8,730.50 |
|---|---|---|---|
|  | **Total Current Invoice** | **$** | **8,730.50** |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | January 23, 2025 |
| Invoice Number: | 1277779 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 9,865.50 |
| Disbursements | $ | 553.28 |
| **Total Current Invoice** | **$** | **10,418.78** |

*Payable in U.S. Funds*

*Thank you for your business.*

| | | | | |
|---|---|---|---|---|
| Albany, NY | Buffalo, NY | Greensboro, NC | Hackensack, NJ | New York, NY |
| Palm Beach, FL | Rochester, NY | Saratoga Springs, NY | Toronto, ON, CANADA | |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | January 23, 2025 |
| Invoice Number: | 1277779 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | JCT | Reviewed/revised stay letter and demand letter from Notaries 24-7. | 0.40 | 170.00 |
| 12/02/24 | JCT | Reviewed Vervent pleadings in consumer bankruptcy case which took judgment against Versara lending; email to CIBC regarding loan balances to UBS/Zeiss. | 0.50 | 212.50 |
| 12/02/24 | JCT | Drafted email to RKC regarding deadline to respond to Trust objection to fee application order. | 0.10 | 42.50 |
| 12/03/24 | JCT | Reviewed status of second amended complaint and motion to expand PI for application to spring legal and drafted response to counsel for debtor in litigation with Versara. | 0.50 | 212.50 |
| 12/04/24 | JCT | Prepared for and call with CIBC regarding settlement agreement. | 0.70 | 297.50 |
| 12/04/24 | JCT | Telephone call with client on update on potential sale of portfolio, wind-down plan and CIBC negotiation. | 0.50 | 212.50 |
| 12/05/24 | JCT | Telephone call with client on status of settlement with CIBC and Royal/Hailstone transition. | 0.60 | 255.00 |
| 12/05/24 | JCT | Reviewed consumer complaint from MO and drafted email to client regarding same. | 0.20 | 85.00 |
| 12/06/24 | JCT | Reviewed status update letter in Peerform litigation. | 0.10 | 42.50 |
| 12/06/24 | JCT | Reviewed chapter 13 plan, objection to claim and reviewed/replied to email from client on withdrawal of Versara POC in chapter 13 case. | 0.80 | 340.00 |
| 12/09/24 | JCT | Drafted follow up email to client on MO AG complaint by consumer. | 0.10 | 42.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



January 23, 2025

Invoice Number: 1277779

Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/09/24 | JCT | Reviewed/replied to email on UBS collateral reserve account. | 0.10 | 42.50 |
| 12/09/24 | JCT | Reviewed Atalaya term sheet regarding return of deposit. | 0.60 | 255.00 |
| 12/09/24 | CSN | Reviewed docket and various filings regarding the filing of a brief by Plaintiff's or an extension of time to file same. | 0.20 | 44.00 |
| 12/09/24 | CSN | Emails with JCT and lead counsel regarding status of filing brief in appellate case and discussed brief filed by Plaintiff's. | 0.10 | 22.00 |
| 12/09/24 | CSN | Subsequent emails with JCT and lead counsel regarding upcoming deadline to file brief. | 0.10 | 22.00 |
| 12/10/24 | JCT | Reviewed plaintiff's opposition to due process arguments on additional receivership defendants. | 0.50 | 212.50 |
| 12/10/24 | JCT | Telephone call with client on outcome of hearing today and status of settlement of law firm contempt. | 0.30 | 127.50 |
| 12/10/24 | JCT | Reviewed/revised enclosure letter and proposed order on request for instruction. | 0.70 | 297.50 |
| 12/10/24 | JCT | Settlement discussion with Monevo. | 0.50 | 212.50 |
| 12/10/24 | JCT | Attended hearing on Blust/Gustafson motions to dismiss and status conference on motion for order to remove Royal/Hailstone. | 2.20 | 935.00 |
| 12/11/24 | JCT | Drafted email to CIBC counsel on status of settlement agreement. | 0.10 | 42.50 |
| 12/11/24 | CSN | Conferred with lead counsel regarding transcript for yesterday's appearances and discussed same and conferred with court reporter regarding request for transcript of yesterday's proceedings. | 0.20 | 44.00 |
| 12/11/24 | CSN | Multiple discussions with court reporter regarding requesting transcript and drafted request form pursuant to instructions from court reporter. | 0.30 | 66.00 |
| 12/11/24 | CSN | Drafted correspondence to the Clerk's Office with courtesy copy of Receiver's filing, pursuant to request. | 0.20 | 44.00 |
| 12/12/24 | JCT | Reviewed collection activity and drafted reply emails to SFS staff. | 0.20 | 85.00 |
| 12/12/24 | JCT | Began review of CIBC markup of settlement agreement. | 0.30 | 127.50 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



January 23, 2025

Invoice Number: 1277779
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/12/24 | CSN | Conferred with Court Reporter regarding request for transcript and revised transcript request submission and submitted same to Court Reporter. | 0.50 | 110.00 |
| 12/12/24 | CSN | Conferred with lead counsel regarding request for transcript. | 0.10 | 22.00 |
| 12/12/24 | CSN | Began drafting demand letter to Atalaya Capital and review of documents from client. | 1.00 | 220.00 |
| 12/13/24 | JCT | Reviewed CIBC edits to settlement agreement. | 0.90 | 382.50 |
| 12/16/24 | JCT | Reviewed/revised stay letters to creditors. | 0.20 | 85.00 |
| 12/16/24 | JCT | Reviewed/revised motion, declaration and proposed order on motion regarding payment processors. | 1.80 | 765.00 |
| 12/16/24 | CSN | Finalized Demand Letter to Atalaya and drafted email to JCT with draft of same and questions to finalize. | 0.50 | 110.00 |
| 12/16/24 | CSN | Conferred with Court Reporter and receipt of check and transcript request and updated client regarding same. | 0.20 | 44.00 |
| 12/17/24 | JCT | Reviewed Receiver's response to blust trust motion for reconsideration of fee application order. | 0.40 | 170.00 |
| 12/17/24 | JCT | Telephone call with Monevo counsel regarding settlement. | 0.50 | 212.50 |
| 12/17/24 | CSN | Drafted correspondence to the Court with courtesy copy of Receiver's Response to Blust Family Objection to Order on Second Fee Application. | 0.10 | 22.00 |
| 12/18/24 | JCT | Reviewed/revised demand letter to recover Atalaya deposit. | 0.40 | 170.00 |
| 12/18/24 | JCT | Telephone call with L. Jones regarding demand letter and Pier Capital interest in Versara. | 0.30 | 127.50 |
| 12/18/24 | CSN | Emails with JCT regarding draft of Demand Letter to Atalaya. | 0.10 | 22.00 |
| 12/18/24 | CSN | Call with client regarding draft of Demand Letter and questions regarding same. | 0.20 | 44.00 |
| 12/18/24 | CSN | Finalized Demand Letter to Atalaya. | 0.20 | 44.00 |
| 12/18/24 | CSN | Drafted email to client and JCT with draft of Demand Letter to Atalaya and emails with client regarding draft. | 0.10 | 22.00 |
| 12/19/24 | JCT | Reviewed R&R on Fidelis motion to dismiss complaint. | 0.60 | 255.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



**Hodgson Russ** LLP
ATTORNEYS

---

January 23, 2025

Invoice Number: 1277779
Matter Number: 103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/19/24 | JCT | Settlement call with Monevo. | 0.50 | 212.50 |
| 12/19/24 | CSN | Emails with client and JCT regarding demand letter and possible revisions to same. | 0.20 | 44.00 |
| 12/19/24 | CSN | Emails with lead counsel regarding request for extension of time in the Monevo case and reviewed extension request. | 0.10 | 22.00 |
| 12/19/24 | CSN | Reviewed Letter of Intent to respond to questions raised by JCT and responded regarding same. | 0.30 | 66.00 |
| 12/20/24 | JCT | Calls with LJ and TM regarding CIBC settlement and opposition to Clover motion to modify stay and cross motion. | 1.50 | 637.50 |
| 12/20/24 | JCT | Review of defendant's opposition to Clover motion to modify stay and cross motion; draft email to client regarding same. | 0.40 | 170.00 |
| 12/23/24 | JCT | Email with LJ regarding recovery of Atalaya deposit. | 0.10 | 42.50 |
| 12/23/24 | JCT | Call with client and SFS on forecast for CIBC settlement. | 0.80 | 340.00 |
| 12/23/24 | JCT | Review of ability to address deposit placed by Fusion. | 0.20 | 85.00 |
| 12/23/24 | CSN | Emails with client regarding questions if Fusion is a receivership defendant for purposes of demand letter. | 0.10 | 22.00 |
| 12/23/24 | CSN | Followed up with JCT regarding questions raised on Demand Letter to Atalaya and phone call with JCT to discuss same. | 0.10 | 22.00 |
| 12/23/24 | CSN | Emails with lead counsel regarding filing of Motion to Pay Funds to Customers. | 0.10 | 22.00 |
| 12/23/24 | CSN | Followed up with Court Reporter regarding receipt of transcript for today's deadline to receive same. | 0.10 | 22.00 |
| 12/23/24 | CSN | Drafted correspondence to the Court with copy of filed Motion to Pay Funds pursuant to request from lead counsel. | 0.10 | 22.00 |
| 12/24/24 | JCT | Call with plaintiffs and receiver on capital calls and email to chambers regarding objection deadline. | 1.00 | 425.00 |
| 12/24/24 | JCT | Review/revise demand letter to Atalaya. | 0.30 | 127.50 |
| 12/24/24 | CSN | Drafted email to lead counsel with copy of transcript from court reporter. | 0.10 | 22.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



January 23, 2025

| | | Invoice Number: | 1277779 |
|---|---|---|---|
| | | Matter Number: | 103123.00000 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/24/24 | CSN | Emails with court reporter regarding requested transcript and reviewed same. | 0.10 | 22.00 |
| 12/24/24 | CSN | Conferred with JCT regarding client email and revised demand letter accordingly and received JCT's comments on same. | 0.50 | 110.00 |
| 12/24/24 | CSN | Received and reviewed email from client in response to questions on receivership defendants. | 0.10 | 22.00 |
| 12/27/24 | CSN | Drafted email to client with finalized demand letter that was served on Atalaya. | 0.10 | 22.00 |
| 12/27/24 | CSN | Followed up with JCT regarding status of demand letter to Atalaya and conferred regarding same and wire instructions received from client. | 0.10 | 22.00 |
| 12/27/24 | CSN | Drafted email to client with draft of final demand letter for service and arranged for service of same. | 0.10 | 22.00 |
| 12/27/24 | CSN | Finalized demand letter for service. | 0.10 | 22.00 |

|  | Professional Services | $ | 9,865.50 |
|---|---|---|---|

ITEMIZED DISBURSEMENTS:

| 12/12/24 | BONNIE S. WEBER, RPR - Transcript Copy – December 10, 2024 hearing | 526.50 |
|---|---|---|
| 12/31/24 | Federal Express | 26.78 |

|  | Disbursements | $ | 553.28 |
|---|---|---|---|
| | **Total Current Invoice** | **$** | **10,418.78** |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | February 21, 2025 |
| Invoice Number: | 1281225 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 10,806.50 |
| Disbursements | $ | 394.76 |
| **Total Current Invoice** | **$** | **11,201.26** |

*Payable in U.S. Funds*

*Thank you for your business.*

| | | | | |
|---|---|---|---|---|
| Albany, NY | Buffalo, NY | Greensboro, NC | Hackensack, NJ | New York, NY |
| Palm Beach, FL | Rochester, NY | Saratoga Springs, NY | Toronto, ON, CANADA | |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



**Hodgson Russ** LLP
A T T O R N E Y S

MCNAMARA SMITH LLP

| | |
|---|---|
| Invoice Date: | February 21, 2025 |
| Invoice Number: | 1281225 |
| Matter Number: | 103123.00000 |
| Billing Attorney: | JCT |

RE:    CFPB RECEIVERSHIP - LOCAL COUNSEL

ITEMIZED SERVICES:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/25 | JCT | Reviewed Soltani litigation documents filed against SFS. | 0.20 | 92.00 |
| 01/03/25 | JCT | Reviewed/replied to request for payment of JAMS arbitration fees. | 0.10 | 46.00 |
| 01/03/25 | JCT | Reviewed/replied to email from client's staff on status of NYC landlord billing. | 0.10 | 46.00 |
| 01/06/25 | JCT | Finalized stay letter regarding Soltani arbitration. | 0.10 | 46.00 |
| 01/09/25 | JCT | Reviewed email from client on status of Blust contempt motion. | 0.10 | 46.00 |
| 01/10/25 | JCT | Reviewed/revised CIBS settlement agreement. | 1.20 | 552.00 |
| 01/10/25 | JCT | Telephone calls with receiver on hearing on contempt motion and PI application. | 0.80 | 368.00 |
| 01/13/25 | JCT | Emails to receiver and SFS on providing updated financial information on Versara and SFS operations. | 0.10 | 46.00 |
| 01/14/25 | JCT | Telephone call from Atalaya counsel on demand letter for diligence deposit. | 0.20 | 92.00 |
| 01/14/25 | JCT | Reviewed/replied to email from AAA on status of arbitration. | 0.10 | 46.00 |
| 01/14/25 | JCT | Drafted email to T. McNamara regarding subpoenas for OSC hearing. | 0.10 | 46.00 |
| 01/15/25 | JCT | Finalized draft CIBC settlement turn and drafted email to bank counsel regarding same. | 0.30 | 138.00 |
| 01/17/25 | JCT | Telephone call with chambers on hearing procedure for witnesses and drafted email to receiver and call with receiver regarding same. | 0.70 | 322.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



February 21, 2025

Invoice Number:             1281225
Matter Number:        103123.00000

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/25 | CSN | Drafted correspondence submitting Receiver's Hearing Brief and related pleadings to the Court pursuant to request. | 0.20 | 47.00 |
| 01/17/25 | CSN | Emails with lead counsel and JCT regarding SL Green Invoice and discussed same. | 0.10 | 23.50 |
| 01/17/25 | CSN | Emails with lead counsel regarding post hearing brief and related filings by Receiver. | 0.10 | 23.50 |
| 01/21/25 | JCT | Reviewed proposed order on motion to lift stay. | 0.20 | 92.00 |
| 01/21/25 | JCT | Reviewed correspondence on witnesses not appearing at OSC hearing; reviewed status of Hernandez litigation and application of stay. | 0.60 | 276.00 |
| 01/21/25 | JCT | Telephone call with CIBC regarding settlement stipulation. | 0.60 | 276.00 |
| 01/21/25 | JCT | Telephone call with J. O'Donnell on forecast for CIBC stipulation. | 0.70 | 322.00 |
| 01/21/25 | CSN | Emails with lead counsel regarding upcoming hearing and preparations for same and subsequent emails regarding exhibit list and exhibits. | 0.30 | 70.50 |
| 01/21/25 | CSN | Received and reviewed final documents and exhibits to be used at hearing and began assembling same. | 0.30 | 70.50 |
| 01/22/25 | JCT | Reviewed pre trial briefing for evidentiary hearing on PI | 1.80 | 828.00 |
| 01/22/25 | CSN | Drafted correspondence to the Court with filing pursuant to request from lead counsel. | 0.10 | 23.50 |
| 01/22/25 | CSN | Multiple emails with lead counsel in preparation of this week's hearings. | 0.10 | 23.50 |
| 01/22/25 | CSN | Worked to prepare and assemble documents in preparation of this week's hearings. | 1.00 | 235.00 |
| 01/23/25 | JCT | Attended hearing on Receiver's OSC and plaintiff's motion for PI and conferences with client regarding same. | 5.50 | 2,530.00 |
| 01/23/25 | CSN | Drafted correspondence to the Court with exhibit list and exhibit binder for evidentiary hearing. | 0.20 | 47.00 |
| 01/24/25 | JCT | Reviewed landlord draft settlement stipulation. | 1.00 | 460.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



**Hodgson Russ** LLP
ATTORNEYS

---

February 21, 2025

Invoice Number:                 1281225
Matter Number:            103123.00000

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/27/25 | CSN | Emails with lead counsel regarding requesting transcript of evidentiary hearing (2 days) and provided summary of charges from last request. | 0.20 | 47.00 |
| 01/27/25 | CSN | Subsequent emails with court reporter regarding request and additional questions and confirmed request of same. | 0.20 | 47.00 |
| 01/27/25 | CSN | Subsequent emails with lead counsel regarding cost and timing for transcript request and discussed same. | 0.20 | 47.00 |
| 01/27/25 | CSN | Drafted email to court reporter with request for transcripts and discussed page count and cost per page. | 0.20 | 47.00 |
| 01/28/25 | JCT | Telephone call with client on CIBC forecast for operations and cash collections and discuss terms of settlement agreement. | 1.00 | 460.00 |
| 01/28/25 | JCT | Telephone call with client on cash flow forecast for operations. | 0.80 | 368.00 |
| 01/28/25 | CSN | Conferred with Court Reporter regarding receipt of check for hearing transcript and delivery of same. | 0.20 | 47.00 |
| 01/28/25 | CSN | Drafted correspondence to the Court Reporter with check for payment of requested hearing transcripts. | 0.20 | 47.00 |
| 01/29/25 | JCT | Telephone call with client on addressing clover motion to compel Receiver. | 0.90 | 414.00 |
| 01/29/25 | JCT | Reviewed motion to extend deadlines in 2nd circuit appeal and email to client regarding same. | 0.10 | 46.00 |
| 01/29/25 | JCT | Reviewed/revised settlement agreement with NYC landlord. | 0.90 | 414.00 |
| 01/29/25 | CSN | Received and reviewed hearing transcripts from Court Reporter and conferred regarding same. | 0.20 | 47.00 |
| 01/29/25 | CSN | Drafted email to lead counsel with hearing transcripts from Court Reporter. | 0.10 | 23.50 |
| 01/30/25 | JCT | Reviewed/revised CIBC settlement agreement. | 1.30 | 598.00 |
| 01/30/25 | JCT | Reviewed/revised stipulation with NYC landlord and email to client regarding same. | 1.10 | 506.00 |
| 01/31/25 | JCT | Reviewed stipulation regarding Royal/Hailstone. | 0.20 | 92.00 |
| 01/31/25 | JCT | Reviewed Versara Lending Financials. | 0.70 | 322.00 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



February 21, 2025

Invoice Number:     1281225
Matter Number:      103123.00000

| | | |
|---|---|---|
| Professional Services | $ | 10,806.50 |

ITEMIZED DISBURSEMENTS:

| Date | Description | Amount |
|---|---|---|
| 01/27/25 | BRANDI WILKINS - Hearing Transcript | 369.75 |
| 01/31/25 | Federal Express | 25.01 |

| | | |
|---|---|---|
| Disbursements | $ | 394.76 |
| **Total Current Invoice** | **$** | **11,201.26** |