EXHIBIT 4

**StratFS Receivership**
**Summary of Invoices**
**3rd Interim Fee Application**

|                   | Invoice #    | P/E        | Fees      | Expenses |
|-------------------|--------------|------------|-----------|----------|
| Ballard Spahr LLP | 20240903085  | 8/31/2024  | 903.15    | 27.60    |
| Ballard Spahr LLP | 20241003880  | 9/30/2024  | 903.15    | -        |
| Ballard Spahr LLP | 20241101590  | 10/31/2024 | 1,180.80  | -        |
| Ballard Spahr LLP | 20241202194  | 11/30/2024 | 17,342.55 | -        |
| Ballard Spahr LLP | 20250102664  | 12/31/2024 | 1,204.20  | -        |
| Ballard Spahr LLP | 20250200730  | 1/31/2025  | 1,926.00  | -        |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

September 16, 2024
Invoice No. 20240903085

Client:   McNamara, Thomas W., Receiver (070042.00)
Matter:   WDNY Receiver (00417465)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2024

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $1,003.50 |
| Less 10.0% Discount | ($100.35) |
| Net Fees | $903.15 |
| Disbursements | $27.60 |
| **Total Invoice Amount** | **$930.75** |

| | |
|---|---|
| 070042.00 - 00417465 | September 16, 2024 |
| Henry E. Hockeimer Jr. | Invoice No. 20240903085 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/24 | Pinheiro,B.M. | Emails re ESOP trustee proposals | 0.10 | 111.50 |
| 08/21/24 | Pinheiro,B.M. | Emails re termination of ESOP | 0.10 | 111.50 |
| 08/22/24 | Pinheiro,B.M. | Telephone conversation with Tom McNamara and Applied Economics; follow up on ESOP termination issues | 0.70 | 780.50 |
| **Total Fees** | | | **0.90** | **$1,003.50** |
| Less 10.0% Discount | | | | ($100.35) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 0.90 | 1,115.00 | 1,003.50 |
| **Total Fees** | **0.90** | | **$1,003.50** |
| Less 10.0% Discount | | | ($100.35) |

070042.00 -  00417465                                                                   September 16, 2024
Henry E. Hockeimer Jr.                                                              Invoice No. 20240903085

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 07/17/24 | Westlaw Research Westlaw Research | 13.80 |
| 07/17/24 | Westlaw Research Westlaw Research | 13.80 |

**Total Disbursements** **$27.60**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

October 14, 2024
Invoice No. 20241003880

Client:   McNamara, Thomas W., Receiver (070042.00)
Matter:   WDNY Receiver (00417465)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2024

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $1,003.50 |
| Less 10.0% Discount | ($100.35) |
| Net Fees | $903.15 |
| **Total Invoice Amount** | **$903.15** |

| | |
|---|---|
| 070042.00 - 00417465 | October 14, 2024 |
| Henry E. Hockeimer Jr. | Invoice No. 20241003880 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 09/18/24 | Pinheiro,B.M. | Review emails re finalization of valuation report | 0.10 | 111.50 |
| 09/24/24 | Pinheiro,B.M. | Review and comment on appraiser engagement letter; Telephone conversation with Tom McNamara and David Burdette (appraiser) | 0.80 | 892.00 |
| **Total Fees** | | | **0.90** | **$1,003.50** |
| Less 10.0% Discount | | | | ($100.35) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 0.90 | 1,115.00 | 1,003.50 |
| **Total Fees** | **0.90** | | **$1,003.50** |
| Less 10.0% Discount | | | ($100.35) |

**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

November 6, 2024
Invoice No. 20241101590

| | |
|---|---|
| Client: | McNamara, Thomas W., Receiver (070042.00) |
| Matter: | WDNY Receiver (00417465) |

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2024

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $1,312.00 |
| Less 10.0% Discount | ($131.20) |
| Net Fees | $1,180.80 |
| **Total Invoice Amount** | **$1,180.80** |

| | |
|---|---|
| 070042.00 - 00417465 | November 6, 2024 |
| Henry E. Hockeimer Jr. | Invoice No. 20241101590 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/24 | Pinheiro,B.M. | Review and comment on email from DOL re ESOP | 0.10 | 111.50 |
| 10/18/24 | Pinheiro,B.M. | Telephone conversation with Tom McNamara re ESOP termination process and 401(k) response to DOL; follow up on potential 401(k) plan correction | 0.40 | 446.00 |
| 10/21/24 | Pinheiro,B.M. | Review DOL correspondence re 401(k) and ESOP | 0.20 | 223.00 |
| 10/22/24 | Ronnei,T. | Review 401(k) plan documents re: suspension of contributions and summarize same | 1.00 | 420.00 |
| 10/31/24 | Pinheiro,B.M. | Follow up on response to DOL | 0.10 | 111.50 |
| **Total Fees** | | | **1.80** | **$1,312.00** |
| Less 10.0% Discount | | | | ($131.20) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 0.80 | 1,115.00 | 892.00 |
| Ronnei,T. | 1.00 | 420.00 | 420.00 |
| **Total Fees** | **1.80** | | **$1,312.00** |
| Less 10.0% Discount | | | ($131.20) |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

December 5, 2024
Invoice No. 20241202194

Client:  McNamara, Thomas W., Receiver (070042.00)
Matter:  WDNY Receiver (00417465)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2024

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $19,269.50 |
| Less 10.0% Discount | ($1,926.95) |
| Net Fees | $17,342.55 |
| **Total Invoice Amount** | **$17,342.55** |

| | |
|---|---|
| 070042.00 - 00417465 | December 5, 2024 |
| Henry E. Hockeimer Jr. | Invoice No. 20241202194 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | Pinheiro,B.M. | Telephone conversation with Tom McNamara re response to DOL; review DOL requests | 1.50 | 1,672.50 |
| 11/01/24 | Loscheider,R.A. | Review file re: DOL additional requests, timing, and strategy forward | 1.20 | 822.00 |
| 11/02/24 | Pinheiro,B.M. | Review and comment on draft valuation | 0.20 | 223.00 |
| 11/04/24 | Pinheiro,B.M. | Review and comment on materials for response to DOL | 0.10 | 111.50 |
| 11/05/24 | Loscheider,R.A. | Draft EBSA response letter; review plan documents, valuations, participant account information, and related information | 2.40 | 1,644.00 |
| 11/06/24 | Pinheiro,B.M. | Review and comment on materials for response to DOL | 0.10 | 111.50 |
| 11/06/24 | Loscheider,R.A. | Draft EBSA response letter; review plan documents, valuations, participant account information, and related information; draft recommendations for the same | 5.20 | 3,562.00 |
| 11/07/24 | Pinheiro,B.M. | Review and comment on draft response to DOL | 0.10 | 111.50 |
| 11/07/24 | Loscheider,R.A. | Draft EBSA response letter; review plan documents, valuations, participant account information, and related information; analyze issues re: the same | 4.60 | 3,151.00 |
| 11/08/24 | Pinheiro,B.M. | Review and revise draft response to DOL; send draft response and resolutions to Tom McNamara | 1.40 | 1,561.00 |
| 11/08/24 | Loscheider,R.A. | Draft resolutions to terminate ESOP and 401(k) plans; analyze outstanding issues re: response letter to DOL; prepare exhibits to response letter to DOL; finalize response letter to DOL; correspondence with M. Hernandez encl the same | 6.90 | 4,726.50 |
| 11/11/24 | Pinheiro,B.M. | Prepare and send resolutions re ESOP and 401(k) Plan to Tom McNamara | 0.30 | 334.50 |
| 11/14/24 | Pinheiro,B.M. | Respond to Lisa Jones re correction for 401(k) Plan | 0.10 | 111.50 |
| 11/14/24 | Loscheider,R.A. | Revise sample memo for 401(k) corrective contributions | 0.40 | 274.00 |
| 11/14/24 | Ronnei,T. | Draft notice to 401(k) plan participants re: resumption of deferrals and corrective contributions | 1.50 | 630.00 |

| | | | | |
|---|---|---|---|---|
| 070042.00 - 00417465 | | | | December 5, 2024 |
| Henry E. Hockeimer Jr. | | | | Invoice No. 20241202194 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/24 | Pinheiro,B.M. | Revise and send letter to Lisa Jones re 401(k) contribution correction | 0.20 | 223.00 |
| **Total Fees** | | | **26.20** | **$19,269.50** |
| Less 10.0% Discount | | | | ($1,926.95) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 4.00 | 1,115.00 | 4,460.00 |
| Loscheider,R.A. | 20.70 | 685.00 | 14,179.50 |
| Ronnei,T. | 1.50 | 420.00 | 630.00 |
| **Total Fees** | **26.20** | | **$19,269.50** |
| Less 10.0% Discount | | | ($1,926.95) |

**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

January 17, 2025
Invoice No. 20250102664

Client:   McNamara, Thomas W., Receiver (070042.00)
Matter:   WDNY Receiver (00417465)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2024

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $1,338.00 |
| Less 10.0% Discount | ($133.80) |
| Net Fees | $1,204.20 |
| **Total Invoice Amount** | **$1,204.20** |

| | |
|---|---|
| 070042.00 - 00417465 | January 17, 2025 |
| Henry E. Hockeimer Jr. | Invoice No. 20250102664 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/24 | Pinheiro,B.M. | Respond to Lisa Jones re information for Principal security document re Strategic ESOP | 0.20 | 223.00 |
| 12/15/24 | Pinheiro,B.M. | Respond to Tom McNamara re termination of ESOP | 0.20 | 223.00 |
| 12/16/24 | Pinheiro,B.M. | Telephone conversation with Tom McNamara re termination of ESOP and correction of 401(k) Plan | 0.50 | 557.50 |
| 12/28/24 | Pinheiro,B.M. | Review and comment on draft appraisal letter for 2024 | 0.20 | 223.00 |
| 12/31/24 | Pinheiro,B.M. | Review emails re ESOP termination | 0.10 | 111.50 |
| **Total Fees** | | | **1.20** | **$1,338.00** |
| Less 10.0% Discount | | | | ($133.80) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 1.20 | 1,115.00 | 1,338.00 |
| **Total Fees** | **1.20** | | **$1,338.00** |
| Less 10.0% Discount | | | ($133.80) |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101

February 7, 2025
Invoice No. 20250200730

| | |
|---|---|
| Client: | McNamara, Thomas W., Receiver (070042.00) |
| Matter: | WDNY Receiver (00417465) |

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2025

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $2,140.00 |
| Less 10.0% Discount | ($214.00) |
| Net Fees | $1,926.00 |
| **Total Invoice Amount** | **$1,926.00** |

| | |
|---|---|
| 070042.00 - 00417465 | February 7, 2025 |
| Henry E. Hockeimer Jr. | Invoice No. 20250200730 |

## Professional Services

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/25 | Pinheiro,B.M. | Respond to Lisa Jones re termination of plans | 0.10 | 118.50 |
| 01/10/25 | Pinheiro,B.M. | Telephone conversation with Lisa Jones re termination of 401(k) Plan | 0.60 | 711.00 |
| 01/24/25 | Loscheider,R.A. | Review Order Appointing Receiver re: protection for filing Forms 5500 from prior years and analyze the same | 1.60 | 1,192.00 |
| 01/29/25 | Pinheiro,B.M. | Review and comment on ESOP Form 5500 filing questions | 0.10 | 118.50 |
| **Total Fees** | | | **2.40** | **$2,140.00** |
| Less 10.0% Discount | | | | ($214.00) |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Pinheiro,B.M. | 0.80 | 1,185.00 | 948.00 |
| Loscheider,R.A. | 1.60 | 745.00 | 1,192.00 |
| **Total Fees** | **2.40** | | **$2,140.00** |
| Less 10.0% Discount | | | ($214.00) |