EXHIBIT 5

## StratFS Receivership
## Summary of Invoices
## 3rd Interim Fee Application

|  | Invoice # | P/E | Fees | Expenses |
|---|---|---|---|---|
| Hilgers Graben LLP | 34782 | 8/31/2024 | 165.00 | - |
| Hilgers Graben LLP | 35253 | 10/31/2024 | 497.50 | - |
| Hilgers Graben LLP | 35528 | 11/30/2024 | 2,392.50 | - |
| Hilgers Graben LLP | 36123 | 1/31/2025 | 2,475.00 | - |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

### Invoice 34782

| | |
|---|---|
| **Date** | Sep 01, 2024 |
| **Terms** | Net 30 |
| **Service Thru** | Aug 31, 2024 |

**In Reference To: StratFS Illinois Federal Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/09/2024 | JME | Review email and draft joint status report from plaintiff's counsel. | 0.30 | $ 550.00/hr | $ 165.00 |

| | |
|---|---|
| **Total Hours** | 0.30 hrs |
| **Total Service** | $ 165.00 |
| **Total Invoice Amount** | $ 165.00 |
| **Balance (Amount Due)** | **$ 55,951.94** |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

**Invoice 35253**

| Date | Nov 01, 2024 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Oct 31, 2024 |

**In Reference To: StratFS Cook County Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/25/2024 | JTM | Research disposition of multiple motions to dismiss; communicate with Ms. Jill Jacobs | 0.50 | $ 225.00/hr | $ 112.50 |
| | | | **Total Hours** | | 0.50 hrs |
| | | | **Total Service** | | $ 112.50 |
| | | | **Total Amount** | | $ 112.50 |

**In Reference To: StratFS Illinois Federal Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/29/2024 | JME | Call from plaintiff's counsel re client folders and how to access them based on recent documents posted on Buffalo case docket | 0.50 | $ 550.00/hr | $ 275.00 |
| 10/30/2024 | JME | Forward correspondence and inquiry from from plaintiff's counsel re client folders and how to access them based on recent documents posted on Buffalo case docket | 0.20 | $ 550.00/hr | $ 110.00 |
| | | | **Total Hours** | | 0.70 hrs |
| | | | **Total Service** | | $ 385.00 |
| | | | **Total Amount** | | $ 385.00 |

| | | |
|---|---|---|
| **Total Hours** | | 1.20 hrs |
| **Total Service** | | $ 497.50 |
| **Total Invoice Amount** | | $ 497.50 |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

**Invoice 35528**

| Date | Dec 01, 2024 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Nov 30, 2024 |

**In Reference To: StratFS Cook County Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 11/21/2024 | JME | Review and respond to correspondence from City of Chicago counsel re discovery and other extrinsic matters | 0.50 | $ 550.00/hr | $ 275.00 |
| 11/22/2024 | JME | Respond to call and email from City Counsel, C. Metcalf re discovery stay, Buffalo case questions, and BBB show cause and upcoming status hearing | 0.75 | $ 550.00/hr | $ 412.50 |
| 11/27/2024 | JME | Review joint status report re discovery stay | 0.50 | $ 550.00/hr | $ 275.00 |
| | | | **Total Hours** | | 1.75 hrs |
| | | | **Total Service** | | $ 962.50 |
| | | | **Total Amount** | | $ 962.50 |

**In Reference To: StratFS Illinois Federal Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 11/04/2024 | JME | Review correspondence from T. McNamara regarding client folders, emails and call from Brigg's counsel regarding same. | 1.10 | $ 550.00/hr | $ 605.00 |
| 11/13/2024 | JME | Review and respond to correspondence from plaintiff's counsel regarding client files request, and related correspondence with T. McNamara; brief legal research and review of Receivership order w/r/t the same | 1.50 | $ 550.00/hr | $ 825.00 |
| | | | **Total Hours** | | 2.60 hrs |
| | | | **Total Service** | | $ 1,430.00 |
| | | | **Total Amount** | | $ 1,430.00 |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

**Invoice 35528**

| Date | Dec 01, 2024 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Nov 30, 2024 |

| | |
|---|---|
| **Total Hours** | 4.35 hrs |
| **Total Service** | $ 2,392.50 |
| **Total Invoice Amount** | $ 2,392.50 |
| **Balance (Amount Due)** | **$ 58,841.94** |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

**Invoice 36123**

| Date | Feb 01, 2025 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 31, 2025 |

**In Reference To: StratFS Cook County Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/15/2025 | JME | Attend call with city counsel regarding joint status report and request for stay re SFS. | 1.00 | $ 550.00/hr | $ 550.00 |
| 01/16/2025 | JME | Followup correspondence w Chicago counsel re joint status report and stay; brief email update to client re same. | 0.80 | $ 550.00/hr | $ 440.00 |
| | | **Total Hours** | | | 1.80 hrs |
| | | **Total Service** | | | $ 990.00 |
| | | **Total Amount** | | | $ 990.00 |

**In Reference To: StratFS Illinois Federal Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/24/2025 | JME | Correspondence with T. McNamara regarding plaintiffs request for consent to proceed before the assigned magistrate judge. | 0.50 | $ 550.00/hr | $ 275.00 |
| 01/27/2025 | JME | Review and respond to various emails from plaintiff's counsel regarding magistrate consent, case status, and Versara Lending; email conversation with T. McNamara regarding same | 0.50 | $ 550.00/hr | $ 275.00 |
| 01/28/2025 | JME | Provide amended appearance instructions re Versara Lending, review and check docket for status of Rathje Woodard's motion to withdraw | 0.50 | $ 550.00/hr | $ 275.00 |
| 01/30/2025 | JME | Attend status meeting with plaintiff's counsel regarding magistrate, discovery, and amended parties, etc; prepare and send email summary to T. McNamara regarding same and next steps | 1.20 | $ 550.00/hr | $ 660.00 |

**Hilgers Graben**
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508



**Thomas McNamara, Receiver**
Thomas McNamara
655 West Broadway, Suite 900
San Diego, CA 92101

### Invoice 36123

| Date | Feb 01, 2025 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 31, 2025 |

| | |
|---:|---:|
| **Total Hours** | 2.70 hrs |
| **Total Service** | $ 1,485.00 |
| **Total Amount** | $ 1,485.00 |
| **Total Hours** | 4.50 hrs |
| **Total Service** | $ 2,475.00 |
| **Total Invoice Amount** | $ 2,475.00 |
| **Balance (Amount Due)** | **$ 5,530.00** |

**Notes:**
For ACH/Wire Transfer:
Routing #: 104910795
Acct #: 603061772
Invoice #:

Union Bank & Trust
4732 Calvert Street
Lincoln, NE 68506

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---:|
| 12/10/2024 | Payment - Check | Check payment on multiple invoices | ($55,786.94) |