# EXHIBIT 6

**StratFS Receivership**
**Summary of Invoices**
**3rd Interim Fee Application**

| | Invoice # | P/E | Fees | Expenses |
|---|---|---|---|---|
| Mercadien | 222508 | 8/31/2024 | 2,255.00 | - |
| Mercadien | 222907 | 9/30/2024 | 17,345.00 | - |
| Mercadien | 223577 | 10/31/2024 | 43,154.50 | - |
| Mercadien | 223912 | 11/30/2024 | 16,739.50 | - |
| Mercadien | 224390 | 12/31/2024 | 15,510.00 | - |
| Mercadien | 224775 | 1/31/2025 | 8,166.50 | - |



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 8/31/2024 |
| **Invoice No.** | 222508 |
| **Client No.** | 18821.0 |

---

FOR PROFESSIONAL SERVICES RENDERED:

**Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al., (Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered for the above referenced matter from August 1 through August 31, 2024, per the detailed schedule attached.

| | |
|---:|---:|
| Current Total: | $ 2,255.00 |
| Prior Balance: | 73,785.25 |
| Total Amount Due: | $76,040.25 |

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| LaCorte | Manager | 2.00 | 610.00 |
| Pina | Principal | 3.50 | 1,645.00 |
| **Total** | | **5.50** | **$ 2,255.00** |

*Blended Hourly Rate = $ 410.00*

### Accounts Receivable Summary

| 0-30 days | 31-60 days | 61-90 days | 91-120 days | over 120 days | **Balance** |
|---|---|---|---|---|---|
| $2,255.00 | $6,094.50 | $27,133.25 | $0.00 | $40,557.50 | **$76,040.25** |

*Please include the invoice number on your remittance check.*

P.O. Box 7648 | Princeton, NJ 08543-7648 | 609.689.9700 | Fax 609.689.9720
1515 Market Street, Suite 1200 | Philadelphia, PA 19102 | 215.854.4059
Leading By Example | Mercadien.com

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services from August 1 through August 31, 2024**
**Invoice #222508**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| LaCorte | 8/1/2024 | Responded to L. Jones' email re: Federal return rejected. Made PDF of the email and added the rejection to Box. | 305.00 | 0.40 | 122.00 |
| Pina | 8/1/2024 | Attention to questions from L. Jones about e-file rejection notice from the IRS regarding the extension of the Strategic Family tax return and related issues; coordinated responses with E. LaCorte. | 470.00 | 0.10 | 47.00 |
| Pina | 8/20/2024 | Read email from L. Jones regarding additional investigative tasks to perform; revisited prior investigative analyses and coordinated expansion of scope with E. LaCorte in furtherance of requests made by L. Jones. | 470.00 | 0.60 | 282.00 |
| LaCorte | 8/21/2024 | Responded to L. Jones' email re: payments to purchase assets. | 305.00 | 0.10 | 30.50 |
| LaCorte | 8/23/2024 | With L. Jones and F. Pina to go over case status relating to additional 3rd party subpoenas, additional findings, etc. | 305.00 | 0.60 | 183.00 |
| LaCorte | 8/23/2024 | Preparations for status meeting with L. Jones and F. Pina to discuss search for additional vendors to which funds were disbursed that may not have been for legitimate business expenses and related tasks. | 305.00 | 0.40 | 122.00 |
| Pina | 8/23/2024 | Participated in project update meeting with L. Jones and E. LaCorte via Teams to discuss status of open items and anticipated next steps.  Developed list of additional analyses to be completed including inspection of register compiled by C. Ball detailing payments to vendors and review of other financial records in an effort to identify disbursements potentially used to purchase assets, make bonuses to executives, board members, etc. | 470.00 | 1.40 | 658.00 |
| Pina | 8/28/2024 | Attention to email from Receiver regarding discussion to assess status of open items and additional tasks required. | 470.00 | 0.10 | 47.00 |
| LaCorte | 8/29/2024 | With F. Pina to debrief on his call with the Receiver regarding analyses to continue and status of case. | 305.00 | 0.20 | 61.00 |
| Pina | 8/29/2024 | Telephone call with Receiver to discuss status of case, preparations for upcoming settlement conference, recent discussions with Freed Maxick and additional analysis of potential third-party claims. | 470.00 | 0.40 | 188.00 |
| Pina | 8/29/2024 | Worked with E. LaCorte to develop investigative tasks / analyses to advance additional procedures requested by Receiver. | 470.00 | 0.90 | 423.00 |
| LaCorte | 8/29/2024 | Communications with L. Jones on status of the vendor payment data the SFS Controller was to provide earlier this week and related tasks. | 305.00 | 0.30 | 91.50 |

**Total Hours and Fees**    5.50    $    **2,255.00**



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 9/30/2024 |
| **Invoice No.** | 222907 |
| **Client No.** | 18821.0 |

FOR PROFESSIONAL SERVICES RENDERED:

**In Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al., (Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered for the above referenced matter through September 30, 2024, per the detailed schedule attached.

| | |
|---|---|
| Current Total: | $17,345.00 |
| Prior Balance: | $76,040.25 |
| Total Amount Due: | $93,385.25 |

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| Baresciano | Director | 2.60 | 884.00 |
| Expense | - | - | 27.50 |
| Fox | Sr. Associate | 10.40 | 2,548.00 |
| LaCorte | Manager | 20.10 | 6,130.50 |
| Pina | Principal | 16.50 | 7,755.00 |
| **Total** | | **49.60** | **$ 17,345.00** |

*Blended Hourly Rate = $ 349.14*

**Accounts Receivable Summary**

| 0-30 days | 31-60 days | 61-90 days | 91-120 days | over 120 days | **Balance** |
|---|---|---|---|---|---|
| $17,345.00 | $2,255.00 | $6,094.50 | $27,133.25 | $40,557.50 | **$93,385.25** |

*Please include the invoice number on your remittance check.*

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through September 30, 2024**
**Invoice #222907**

| Staff | Date | Services | Rate | Hours | Total |
|---|---|---|---|---|---|
| Expense | 9/1/2024 | PACER charges required to access case and docket information. | - | - | 27.50 |
| Pina | 9/3/2024 | Began to read and analyze vendor list prepared by J. Stockett (StratFS's Director of Digital Revenue and Business Operations), earnings reports from ADP showing employee bonuses and other datasets in an effort to identify questionable transfers to third parties and related party transfers; attention to related emails from L. Jones, L. Smith and E. LaCorte to advance procedures. | 470.00 | 2.10 | 987.00 |
| LaCorte | 9/3/2024 | Read and evaluated information from L. Jones. | 305.00 | 0.20 | 61.00 |
| LaCorte | 9/4/2024 | Inspected files in the 07 finance/accounting folders for any invoices related to construction services, then for the companies associated with Dae Sung and downloaded relevant files identified. | 305.00 | 1.30 | 396.50 |
| Pina | 9/4/2024 | Asked questions of C. Ball (SFS Controller) regarding how best to extract certain information from the Nav system as well as to understand the criteria used when generating certain reports recently provided; scheduled follow-up Teams meeting with C. Ball and E. LaCorte for Friday, 9/6/2024 at 1:30pm ET. | 470.00 | 0.60 | 282.00 |
| Pina | 9/4/2024 | Read SFS Board of Directors schedule listing the names of the company officers, the Board of Directors, and the Advisory Board members as part of broader analysis being performed by E. LaCorte; attention to related emails with L. Jones. | 470.00 | 0.50 | 235.00 |
| Fox | 9/5/2024 | Developed template and began to populate invoice analysis requested by E. LaCorte/Receiver in preparation for upcoming conference. | 245.00 | 3.90 | 955.50 |
| LaCorte | 9/5/2024 | Identified and downloaded additional documents from SFS 07 accounting folders for review.  Coordinated analysis needed on the Mandaree Enterprise invoices and related tasks. | 305.00 | 1.40 | 427.00 |
| LaCorte | 9/5/2024 | Set-up ADP access and responded to email from L. Jones on same. | 305.00 | 0.20 | 61.00 |
| Pina | 9/5/2024 | Attention to email from J. Jacobs regarding fee application / filing status. | 470.00 | 0.10 | 47.00 |
| Pina | 9/6/2024 | Preparations for and participation in Teams meeting with C. Ball (StratFS Controller) and E. LaCorte to discuss procedures for extracting certain transaction details from NAV, criteria used to generate vendor reports, etc. Preliminary review of emails and files provided by C. Ball in follow-up to earlier discussion; coordinated additional procedures / analyses with internal team to fulfill Receiver's requests. | 470.00 | 2.70 | 1,269.00 |
| Baresciano | 9/6/2024 | Reviewed new DTC model.  Participated on a call with J. O'Donnell of SFS and CAS representatives regarding new DTC model. | 340.00 | 1.60 | 544.00 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through September 30, 2024**
**Invoice #222907**

| Staff | Date | Services | Rate | Hours | Total |
|---|---|---|---|---|---|
| Fox | 9/6/2024 | Worked on invoice analysis requested by Receiver and provided update. | 245.00 | 1.70 | 416.50 |
| LaCorte | 9/6/2024 | Teams meeting with SFS Controller to go over the Vendors listing he provided and to gain further insight as to the disbursements and sources noted thereon - with F. Pina. | 305.00 | 1.00 | 305.00 |
| LaCorte | 9/6/2024 | Prepared for today's meeting with SFS Controller. Analyzed the Vendor listing received and determined what vendors appear to be missing from the list. | 305.00 | 0.80 | 244.00 |
| Pina | 9/9/2024 | Memorialized notes from September 6th meeting with C. Ball (SFS Controller) and shared with L. Jones for review and comment; continued to read and analyze data extracted from NAV and other sources to advance procedures with respect to identifying additional payments out of SFS to potentially related parties; shared preliminary observations and anticipated next steps with L. Jones and E. LaCorte for follow-up. | 470.00 | 1.70 | 799.00 |
| Fox | 9/9/2024 | Continued to perform invoice analysis requested. | 245.00 | 2.10 | 514.50 |
| LaCorte | 9/9/2024 | Addressed J. Fox's questions in connection with Mandaree invoice analysis. | 305.00 | 0.10 | 30.50 |
| Baresciano | 9/10/2024 | Attention to emails from J. O'Donnell and CAS regarding updates to DTC model. | 340.00 | 0.40 | 136.00 |
| Fox | 9/12/2024 | Researched related parties as part of the invoice analysis requested; communicated findings and status. | 245.00 | 2.40 | 588.00 |
| Pina | 9/13/2024 | Preliminary analysis of latest DTC model from SFS forecasted to 8/31/2024 as provided by J. O'Donnell on September 13, 2024; made notes for follow-up. | 470.00 | 0.70 | 329.00 |
| Baresciano | 9/13/2024 | Reviewed new DTC model from J. O'Donnell and summarized for further discussion. | 340.00 | 0.60 | 204.00 |
| LaCorte | 9/16/2024 | Reviewed and updated Mandaree related analyses. Searched ND Secretary of State (SOS) records for VCorp and other parties of interest. Searched NY SOS records for VCorp. Performed public record/Google searches for parties of interest and added findings to research folder. | 305.00 | 2.70 | 823.50 |
| Pina | 9/17/2024 | Continued analysis focused on the identification of potential related third parties and questionable fund transfers involving certain vendors/companies, individuals and trusts.  Follow-up meeting with E. LaCorte to discuss procedures and findings to-date; attention to related email from L. Jones. | 470.00 | 2.30 | 1,081.00 |
| LaCorte | 9/17/2024 | Searched 07 Accounting folder for files on certain related parties. Downloaded Ellison, VCorp, and Levy subfolders and inspected documents contained within. | 305.00 | 2.20 | 671.00 |
| LaCorte | 9/17/2024 | With F. Pina to go over current findings related to Mandaree, Ellison, VCorp and other parties. Developed status update email to be sent to Receiver and Counsel for review and comment. | 305.00 | 1.00 | 305.00 |
| Fox | 9/17/2024 | Updated data analysis requested. | 245.00 | 0.30 | 73.50 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through September 30, 2024**
**Invoice #222907**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| LaCorte | 9/18/2024 | Continued Finance files research. Analyzed the Seller's Note and traced money usage. Evaluated ESOP records to determine if any correlation. | 305.00 | 2.50 | 762.50 |
| LaCorte | 9/18/2024 | Drafted memo of findings and provided additional highlights resulting from analyses to the Receiver and Counsel. | 305.00 | 1.80 | 549.00 |
| Pina | 9/18/2024 | Drafted procedures and noteworthy observations to be included in status update summary being developed by E. LaCorte in response to data analyses and related requests made by Receiver and L. Jones. | 470.00 | 0.80 | 376.00 |
| Pina | 9/25/2024 | Obtained and read lead provider agreement dated January 1, 2017 between MEC Distribution LLC and Versara Lending, LLC; noted "right to audit" provisions in agreement and searched document production in an effort to identify whether the Company ever exercised its right to audit the books and records as provided for in paragraph 2 (c) of the agreement; related discussions with C. Ball then provided updates and suggested next steps to L. Jones for further discussion with the Receiver. | 470.00 | 2.10 | 987.00 |
| Pina | 9/26/2024 | Emails with L. Jones regarding status of 9/20/2024 settlement conference and whether any dates have been set for discovery if no settlement was reached.  Follow-up discussion with L. Jones regarding F. Driscoll (COO of Midi Enterprises), who appears to have signed the agreement between Mandaree and Versara and his relationship to and business dealings with SFS and affiliated entities and parties. | 470.00 | 0.60 | 282.00 |
| Pina | 9/30/2024 | Preparations for and participation in case status meeting via Teams with L. Jones and E. LaCorte to discuss outcome of 9/20/2024 settlement conference and observations noted to-date associated with analyses of SFS vendors/payees of interest including Mandaree Enterprises (Dae Sung)/Midi Enterprises, LLC, Lucky Marketing, VCorp, etc.  Suggested next steps for consideration by L. Jones and Receiver based on information analyzed to-date. | 470.00 | 2.30 | 1,081.00 |
| LaCorte | 9/30/2024 | Continued Mandaree and Seller's Note analyses prior to today's status meeting.  Added documents received from Cameron Ball to Box folder for future reference. | 305.00 | 3.30 | 1,006.50 |
| LaCorte | 9/30/2024 | Teams meeting with L. Jones to go over case status and additional analyses to perform relating to associated vendors - with F. Pina. | 305.00 | 1.60 | 488.00 |
| | | **Total Hours, Fees and Expenses** | | **49.60** | **$  17,345.00** |



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 10/31/2024 |
| **Invoice No.** | 223577 |
| **Client No.** | 18821.0 |

FOR PROFESSIONAL SERVICES RENDERED:

**In Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al.,(Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered on the above referenced matter through October 31, 2024, per the detailed schedule attached.

| | |
|---|---|
| Current Total: | $43,154.50 |
| Prior Balance: | $93,385.25 |
| Total Amount Due: | $136,539.75 |

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| Fox | Sr. Associate | 42.2 | $ 10,339.00 |
| Hicks | Sr. Associate | 7.2 | 1,764.00 |
| LaCorte | Manager | 51.9 | 15,829.50 |
| Pina | Principal | 13.1 | 6,157.00 |
| Thomas | Sr. Associate | 37 | 9,065.00 |
| **Total** | | **151.4** | **$ 43,154.50** |

*Blended Hourly Rate =* $ 285.04

### Accounts Receivable Summary

| 0-30 days | 31-60 days | 61-90 days | 91-120 days | over 120 days | **Balance** |
|---|---|---|---|---|---|
| $43,154.50 | $17,345.00 | $2,255.00 | $6,094.50 | $67,690.75 | **$136,539.75** |

*Please include the invoice number on your remittance check.*

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through October 31, 2024**
**Invoice #223577**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| Fox | 10/2/2024 | Prepared advisory board member expense reimbursement schedule and began Divvy transactions analyses. | 245.00 | 2.00 | 490.00 |
| LaCorte | 10/2/2024 | Identified and exported files related to the advisory board members and Divvy transactions. | 305.00 | 0.60 | 183.00 |
| Pina | 10/3/2024 | Facilitated scoping meeting with E. LaCorte and J. Thomas to identify ways to use Mercadien's ChatGPT platform and/or other AI tools to organize and analyze voluminous and disparate datasets and perform comparative analyses between bank statements and vendor records across several years; related preparations and follow-up tasks to advance procedures. | 470.00 | 1.20 | 564.00 |
| Thomas | 10/3/2024 | ChatGPT automation of statements. | 245.00 | 2.50 | 612.50 |
| LaCorte | 10/3/2024 | With F. Pina and J. Thomas to go over the data mining project and what we need to extract. | 305.00 | 0.50 | 152.50 |
| Fox | 10/3/2024 | Completed requested Divvy analysis; call with E. LaCorte to discuss completed advisory board member and Divvy analyses and the data gaps in each. | 245.00 | 0.60 | 147.00 |
| LaCorte | 10/3/2024 | Prepared for meeting on using AI tools to search bank statements then provided J. Thomas with test documents and responded to various questions. | 305.00 | 0.30 | 91.50 |
| Thomas | 10/3/2024 | Discussion regarding use of ChatGPT to mine bank statements, etc., call with F. Pina and E. LaCorte. | 245.00 | 0.50 | 122.50 |
| LaCorte | 10/3/2024 | Debrief with J. Fox on her findings in the Advisory Board and Divvy analyses. | 305.00 | 0.20 | 61.00 |
| LaCorte | 10/8/2024 | With J. Thomas and M. Hicks to go over the results for the August 2022 bank statement extraction and fine tuned parameters/criteria. | 305.00 | 2.00 | 610.00 |
| Hicks | 10/8/2024 | Prepared for meeting with E. LaCorte regarding automation tools. Tested different tools on sample information with J. Thomas. | 245.00 | 2.50 | 612.50 |
| Hicks | 10/8/2024 | Meeting with E. LaCorte to discuss tools and budgets for automated solutions. | 245.00 | 2.00 | 490.00 |
| Thomas | 10/8/2024 | Meeting with M. Hicks for TMA/fuzzy logic opinion and testing of outputs. | 245.00 | 2.50 | 612.50 |
| Thomas | 10/8/2024 | Meeting with E. LaCorte to show results. | 245.00 | 2.00 | 490.00 |
| Pina | 10/9/2024 | Review of draft output resulting from utilizing ChatGPT, Excel fuzzy lookup and TMA word search functions to automate certain bank statement / vendor analyses requested by Receiver; related internal discussions and resource planning tasks. | 470.00 | 2.60 | 1,222.00 |
| LaCorte | 10/9/2024 | With F. Pina on the results of using the AI tools to search for unknowns on the bank statements. Discussed timing of other tasks. | 305.00 | 1.20 | 366.00 |
| LaCorte | 10/10/2024 | Reviewed the Advisory Board and Divvy analyses prepared by J. Fox and made updates. | 305.00 | 1.30 | 396.50 |
| Pina | 10/10/2024 | Attention to email from L. Jones requesting the preparation of a memo describing procedures performed and completed to-date in search of potential assets, related observations and suggested next steps; planning meeting with E. LaCorte to coordinate memo preparations; follow-up discussion with M. Hicks (internal data team) to fine-tune use of AI tools to expedite additional analytical procedures; scheduled status update meeting with L. Jones for October 11, 2024 at 2:00 pm ET. | 470.00 | 0.80 | 376.00 |
| LaCorte | 10/10/2024 | With F. Pina on L. Jones' request for a memo outlining the research and analyses we've done to discover assets. Read emails. | 305.00 | 0.30 | 91.50 |
| Fox | 10/10/2024 | Call with F. Pina regarding Receiver's ask for a memo on tasks performed and findings to-date. | 245.00 | 0.20 | 49.00 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through October 31, 2024**
**Invoice #223577**

| Staff | Date | Services | Rate | Hours | Total |
|---|---|---|---|---|---|
| Hicks | 10/10/2024 | Computer Assisted Auditing Technique (CAAT): Responded to F. Pina's questions regarding making the Excel fuzzy logic more precise. | 245.00 | 0.20 | 49.00 |
| Pina | 10/11/2024 | Preparations for and participation in case status update meeting with L. Jones and E. LaCorte to discuss certain forensic accounting and investigative procedures performed to-date, gaps in information, scope limitations encountered, observations noted and recommended next steps; attention to follow-up requests and related emails. | 470.00 | 2.20 | 1,034.00 |
| LaCorte | 10/11/2024 | Prepared for today's meeting with L. Jones re: bank statement, advisory board and payroll analyses.  Exported GL details and other information from NAV system.  Prepared AI bank statement project presentation. | 305.00 | 2.90 | 884.50 |
| Fox | 10/11/2024 | Prepared additional analysis on certain expenses identified. | 245.00 | 2.30 | 563.50 |
| LaCorte | 10/11/2024 | Meeting with L. Jones to go over the findings associated with the Advisory Board and Divvy transactions then presented the AI bank statement search process in progress - with F. Pina. | 305.00 | 1.30 | 396.50 |
| LaCorte | 10/11/2024 | With J. Fox on the General Ledger detail exports added to our files so she can continue her analyses on Mandaree and the board fees. | 305.00 | 0.20 | 61.00 |
| LaCorte | 10/11/2024 | Post meeting discussion with F. Pina regarding memo requested by L. Jones for the Receiver in connection with detailed search for assets including process and findings. | 305.00 | 0.20 | 61.00 |
| Fox | 10/11/2024 | Call with E. LaCorte to discuss additional analysis needed on payments to Dae Sung and board fees. | 245.00 | 0.20 | 49.00 |
| LaCorte | 10/14/2024 | Downloaded additional information from SFS remote servers. Reviewed the Citibank analyses for Birds, Behar and Sasson. | 305.00 | 4.20 | 1,281.00 |
| Fox | 10/14/2024 | Worked on requested analysis related to select invoices. Meeting with E. LaCorte regarding same. Began additional cash flow analysis for Blumkin. | 245.00 | 3.80 | 931.00 |
| Pina | 10/14/2024 | Reviewed data analysis prepared by C. Ball in connection with compensation paid to advisory board members; developed findings memo template to be updated by E. LaCorte. | 470.00 | 1.40 | 658.00 |
| LaCorte | 10/14/2024 | With J. Fox on updates needed to our analyses: Advisory Board and Mandaree transactions. | 305.00 | 0.40 | 122.00 |
| Pina | 10/15/2024 | Continued to develop memo narratives and supporting schedules; coordinated updates with E. LaCorte based on additional procedures and new observations noted. | 470.00 | 0.80 | 376.00 |
| LaCorte | 10/15/2024 | Email with L. Jones re: moving forward with use of AI tools for bank statement project. Email to J. Thomas on the data mining project details.  Added the 2022 and 2023 bank statements to the project Box Folder for use in data analysis. | 305.00 | 0.90 | 274.50 |
| LaCorte | 10/15/2024 | Call with F. Pina to go over the Behar/Birds Citibank analyses, other open analyses and memo status. Provided link to analyses. | 305.00 | 0.90 | 274.50 |
| LaCorte | 10/15/2024 | Began working on the asset search memo. | 305.00 | 0.40 | 122.00 |
| Fox | 10/15/2024 | Completed invoice tracing analysis and communicated certain inconsistencies noted to E. LaCorte. | 245.00 | 0.40 | 98.00 |
| LaCorte | 10/16/2024 | Drafted ESOP memo section. Accessed NAV for additional GL details for final analyses. Started to develop memo exhibits. | 305.00 | 3.70 | 1,128.50 |
| Fox | 10/16/2024 | Worked on cash flow analysis of Blumkin and advisory board fees analysis. | 245.00 | 2.60 | 637.00 |
| LaCorte | 10/17/2024 | Continued to draft memo to Receiver. | 305.00 | 4.30 | 1,311.50 |
| Thomas | 10/17/2024 | ChatGPT- January, March and April runs. | 245.00 | 4.00 | 980.00 |
| Fox | 10/18/2024 | Completed cash flow analysis on Blumkin. | 245.00 | 4.60 | 1,127.00 |
| Thomas | 10/18/2024 | Addressed April, May, June and July extracts. | 245.00 | 5.00 | 1,225.00 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through October 31, 2024**
**Invoice #223577**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| Pina | 10/18/2024 | Developed narratives to be included in the case status update memo requested by L. Jones, focused on the investigation, identification and quantification of certain Receivership estate assets and potentially improper fund transfers; Teams meeting with E. LaCorte to discuss preliminary observations and to close-out open procedures required to finalize the memo for review by L. Jones and Receiver McNamara. | 470.00 | 1.60 | 752.00 |
| LaCorte | 10/18/2024 | Continued drafting memo to Receiver re: money flow and potential assets. | 305.00 | 1.30 | 396.50 |
| LaCorte | 10/18/2024 | With F. Pina go over general comments on the draft memo. Emailed L. Jones with updated timing for the draft memo. | 305.00 | 0.50 | 152.50 |
| Hicks | 10/18/2024 | Set up second PC with shared screen for J. Thomas to allow her to run ChatGPT for data extraction on multiple computers. Discussed progress tracking with J. Thomas. | 245.00 | 0.50 | 122.50 |
| Fox | 10/18/2024 | Call with E. LaCorte regarding additional cash flow analysis needed and discussion on a specific Blumkin account before proceeding. | 245.00 | 0.20 | 49.00 |
| LaCorte | 10/21/2024 | Completed draft Memo for Receiver re: asset search, money tracing and related findings. Made updates to the exhibits and per F. Pina's comments from earlier discussion. | 305.00 | 6.80 | 2,074.00 |
| Fox | 10/21/2024 | Worked on cash flow analyses related to Blumkin and Timberline. | 245.00 | 6.40 | 1,568.00 |
| Thomas | 10/21/2024 | Addressed August, September and October extracts. | 245.00 | 7.00 | 1,715.00 |
| Pina | 10/21/2024 | Continued to update status memo and exhibit files; addressed questions raised by E. LaCorte regarding additional information required to close-out open analyses. | 470.00 | 1.00 | 470.00 |
| LaCorte | 10/21/2024 | With F. Pina to discuss his comments on the draft memo and explained some of the results from various analyses. | 305.00 | 0.90 | 274.50 |
| Fox | 10/21/2024 | Call with E. LaCorte to discuss findings noted in cash flow analysis prepared to date. | 245.00 | 0.20 | 49.00 |
| Fox | 10/22/2024 | Completed Timberline cash flow analysis and began analysis of Claudio's transactions. | 245.00 | 3.60 | 882.00 |
| Thomas | 10/22/2024 | Addressed November, December and February extracts. | 245.00 | 4.00 | 980.00 |
| LaCorte | 10/22/2024 | Updated memo per F. Pina's comments then provided to Receiver and L. Jones for review and comment. | 305.00 | 1.20 | 366.00 |
| Pina | 10/22/2024 | Completed updates to estate assets and transfers memo prior to sharing with Receiver and L. Jones for review. | 470.00 | 0.70 | 329.00 |
| LaCorte | 10/22/2024 | Exported 2020 bank statements from 07 Accounting folder and added to Box folder. Status discussion with J. Fox on the Claudio's and Timberline analyses. | 305.00 | 0.70 | 213.50 |
| Fox | 10/22/2024 | Proof-read and finalized memo and exhibits. | 245.00 | 0.70 | 171.50 |
| Fox | 10/23/2024 | Completed Claudio's cash flow analysis and worked on Sunseeker's cash flow analysis. | 245.00 | 5.90 | 1,445.50 |
| Thomas | 10/23/2024 | 2023 final output. | 245.00 | 2.00 | 490.00 |
| LaCorte | 10/23/2024 | With J. Thomas and M. Hicks to go over the output from the 2023 ChatGPT bank statement analysis. | 305.00 | 0.80 | 244.00 |
| Hicks | 10/23/2024 | Met with J. Thomas and E. LaCorte regarding vendor list comparison output. | 245.00 | 0.80 | 196.00 |
| Thomas | 10/23/2024 | Meeting with E. LaCorte and M. Hicks and related preparations. | 245.00 | 1.00 | 245.00 |
| Hicks | 10/23/2024 | Met with J. Thomas to assist her with similarity testing. | 245.00 | 0.50 | 122.50 |
| Fox | 10/25/2024 | Completed Sunseeker's cash flow analysis; updated all entity master flow of funds schedule and communicated status to E. LaCorte. | 245.00 | 2.80 | 686.00 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided through October 31, 2024**
**Invoice #223577**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| Pina | 10/28/2024 | Working session with J. Thomas/M. Hicks and E. LaCorte to review output resulting from comparative analysis between 2023 bank statement data and vendor listing produced by C. Ball (SFS Controller); coordinated next steps including manual review of 2023 data anomalies with E. LaCorte and additional analysis of 2022 bank statement / vendor data with J. Thomas/M. Hicks; made notes. | 470.00 | 0.80 | 376.00 |
| Hicks | 10/28/2024 | Met with F. Pina, E. LaCorte and J. Thomas to discuss CAAT output. | 245.00 | 0.70 | 171.50 |
| Thomas | 10/28/2024 | Worked on 2022 extracts. | 245.00 | 0.50 | 122.50 |
| Thomas | 10/28/2024 | Meeting to discuss output on SFS matter with F. Pina and E. LaCorte. | 245.00 | 0.70 | 171.50 |
| LaCorte | 10/28/2024 | Meeting with F. Pina and data team to review 2023 output from AI program analysis. Reviewed the 0% matches from the bank statement search and filtered for debits only to see the payees listed. | 305.00 | 0.80 | 244.00 |
| Thomas | 10/29/2024 | Began 2022 data analysis with January and February statements. | 245.00 | 3.50 | 857.50 |
| LaCorte | 10/29/2024 | Review of 2023 output produced by data team. | 305.00 | 1.80 | 549.00 |
| LaCorte | 10/30/2024 | Continued to review 2023 output / findings. Updated parties list. Researched Birds Fountains and related Lee County, FL property. Emailed L. Jones with new findings, etc. Read the Barclays Unquoted Investments LT 2023 audited financials to determine connection with SFS besides the payment. | 305.00 | 5.30 | 1,616.50 |
| LaCorte | 10/31/2024 | Updated files and notes: re AI bank statement analyses. Reviewed the Citibank account analyses re: money movement. Accessed Nav System to find what account the payment to Barclays was posted to. | 305.00 | 4.50 | 1,372.50 |
| Fox | 10/31/2024 | Worked on analysis related to the bank statement's vendor list per E LaCorte's request. | 245.00 | 4.60 | 1,127.00 |
| Thomas | 10/31/2024 | March and April extraction | 245.00 | 1.80 | 441.00 |
| LaCorte | 10/31/2024 | With J. Fox on overview of the AI data mining output and the analyses needed to quantify payments to various known and unknown parties. | 305.00 | 1.00 | 305.00 |
| Fox | 10/31/2024 | Call with E. LaCorte to discuss additional analysis needed. | 245.00 | 1.10 | 269.50 |
| LaCorte | 10/31/2024 | Read the applicable Strategic Family 2022 audited financial statement footnotes related to loans with insiders and dates to update time line. Began layout for the Citibank transactions to use as an exhibit to supplemental memo. | 305.00 | 0.50 | 152.50 |

|  |  | **Total Hours and Fees** |  | 151.40 | $  43,154.50 |



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 12/16/2024 |
| **Invoice No.** | 223912 |
| **Client No.** | 18821.0 |

---

FOR PROFESSIONAL SERVICES RENDERED:

**In Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al.,(Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered on the above referenced matter from November 1 through November 30, 2024, per the detailed schedule attached.

| | |
|---|---|
| Current Total: | $16,739.50 |
| Prior Balance: | 62,754.50 |
| Total Amount Due: | $79,494.00 |

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| Fox | Sr. Associate | 24.10 | 5,904.50 |
| Hicks | Sr. Associate | 1.20 | 294.00 |
| LaCorte | Manager | 12.80 | 3,904.00 |
| Pina | Principal | 3.80 | 1,786.00 |
| Thomas | Sr. Associate | 19.80 | 4,851.00 |
| **Total** | | **61.70** | **$ 16,739.50** |

*Blended Hourly Rate = $    271.30*

*Please include the invoice number on your remittance check.*

P.O. Box 7648 | Princeton, NJ 08543-7648 | 609.689.9700 | Fax 609.689.9720
1515 Market Street, Suite 1200 | Philadelphia, PA 19102 | 215.854.4059
Leading By Example | Mercadien.com

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided from November 1 through November 30, 2024**
**Invoice #223912**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| LaCorte | 11/1/2024 | Update timeline schedule and prepared Citibank money movement presentation. | 305.00 | 4.00 | 1,220.00 |
| Fox | 11/1/2024 | Continued to work on vendor analyses. | 245.00 | 4.70 | 1,151.50 |
| Thomas | 11/1/2024 | Developed / formatted extracts of select bank statements for analysis using AI tools. | 245.00 | 3.00 | 735.00 |
| Thomas | 11/4/2024 | Formatted and loaded additional bank statement extracts for ChatGPT analysis. | 245.00 | 5.50 | 1,347.50 |
| Fox | 11/4/2024 | Worked on bank statement analysis. | 245.00 | 0.80 | 196.00 |
| Thomas | 11/5/2024 | Continued with bank statement extraction tasks. | 245.00 | 5.50 | 1,347.50 |
| Thomas | 11/6/2024 | Processed additional bank statement extracts using AI tools then met with M. Hicks and E. LaCorte to discuss resulting output and anticipated next steps. | 245.00 | 5.80 | 1,421.00 |
| LaCorte | 11/6/2024 | Preliminary inspection of 2022 data mining output then meeting with J. Thomas and M. Hicks to evaluate the 2022 data mining results and additional information needed to finalize analysis. | 305.00 | 0.90 | 274.50 |
| Hicks | 11/6/2024 | Applied Computer Assisted Auditing Techniques (CAAT) then attended CAAT follow-up meeting with E. LaCorte and J. Thomas to review results for 2022 data. | 245.00 | 1.20 | 294.00 |
| LaCorte | 11/7/2024 | Began detailed analysis of 2022 data mining results and noted findings. Quantified the interest earned by Timberline 1042 in the Citibank transactions, etc. Emailed L. Jones to provide a status update. | 305.00 | 1.10 | 335.50 |
| Pina | 11/7/2024 | Project management and oversight tasks including debrief with E. LaCorte to assess status of comparative analysis of 2022 bank statements to vendor listing based on use of ChatGPT / AI tools. | 470.00 | 0.40 | 188.00 |
| LaCorte | 11/7/2024 | Status discussion with F. Pina regarding the 2022 preliminary data mining exercise and the 2023 data analyses assigned to J. Fox. | 305.00 | 0.40 | 122.00 |
| Pina | 11/11/2024 | Initial discussions/emails with A. Wall (Counsel), L. Jones and E. LaCorte in furtherance of Receiver's recent decision to proceed with auditing the MEC/Mandaree books and records under the Lead Agreement(s). Provided comments to the notice to audit letter drafted by Counsel for further evaluation and consideration. | 470.00 | 1.60 | 752.00 |
| Fox | 11/11/2024 | Worked on requested bank statement analysis. | 245.00 | 3.20 | 784.00 |
| Pina | 11/12/2024 | Read relevant documents governing the relationship with MEC and certain Receivership entities and developed sample notice to audit letter language and preliminary document request list for Counsel's consideration in connection with the anticipated audit of MEC's books and records contemplated by the Receiver under the Lead Agreements identified; working session with E. LaCorte required to finalize proposed edits and updates to Counsel's initial drafts. | 470.00 | 1.70 | 799.00 |
| LaCorte | 11/12/2024 | Read emails regarding SFS right to audit Mandaree and letter drafted by Counsel. Looked at our analyses and drafted additional comments for incorporation. Accessed Finance 07 folder for Augusta Partners information to further analyses. Worked with F. Pina to finalize draft letter. | 305.00 | 2.30 | 701.50 |
| Fox | 11/13/2024 | Began 2022 bank transaction analysis after meeting with E. LaCorte to identify learnings from analysis of 2023 results. | 245.00 | 1.30 | 318.50 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided from November 1 through November 30, 2024**
**Invoice #223912**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| LaCorte | 11/13/2024 | With J. Fox on the 2023 data mining results and additional analyses she's preparing as previously discussed. Notified J. Fox that the 2022 data mining results are ready for analysis and set internal deadlines for when all open analyses should be completed. | 305.00 | 0.60 | 183.00 |
| Fox | 11/14/2024 | Continued analysis of 2022 bank statements and additional analysis on 2023 transactions per E LaCorte. | 245.00 | 3.70 | 906.50 |
| Pina | 11/14/2024 | Discussion with Receiver about the status of our last fee application and related matters. | 470.00 | 0.10 | 47.00 |
| Fox | 11/15/2024 | Continued to work on 2022 bank statement analysis. | 245.00 | 1.60 | 392.00 |
| Fox | 11/18/2024 | Made updates to the 2022 and 2023 bank statement analyses based on inspection of additional documents and feedback. | 245.00 | 6.10 | 1,494.50 |
| LaCorte | 11/18/2024 | Began drafting outline for supplemental memo per F. Pina's request. | 305.00 | 0.30 | 91.50 |
| Fox | 11/19/2024 | Completed open tasks associated with 2022 and 2023 bank statement analyses for E. LaCorte. | 245.00 | 1.40 | 343.00 |
| LaCorte | 11/19/2024 | Conveyed additional information to J. Fox related to the Birds Investment / Birds Financial analyses after comparison to the data mining results. | 305.00 | 0.10 | 30.50 |
| Fox | 11/20/2024 | Performed additional analyses using 2022 and 2023 bank statements related to the Birds' entities. | 245.00 | 0.90 | 220.50 |
| LaCorte | 11/20/2024 | Call with J. Fox to go over latest data mining analyses completed and next steps to advance procedures. | 305.00 | 0.40 | 122.00 |
| Fox | 11/20/2024 | Call with E. LaCorte to discuss results of completed analyses and next steps. | 245.00 | 0.40 | 98.00 |
| LaCorte | 11/25/2024 | Began going through the 2022 and 2023 bank statement transactions flagged for further investigation. Drafted notes to include as part of the supplemental memo and developed select exhibits to be attached thereto. | 305.00 | 2.70 | 823.50 |
| | | **Total Hours and Fees** | | 61.70 | $ 16,739.50 |



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 1/13/2025 |
| **Invoice No.** | 224390 |
| **Client No.** | 18821.0 |

FOR PROFESSIONAL SERVICES RENDERED:

**In Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al., (Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered on the above referenced matter from December 1 through December 31, 2024, per the detailed schedule attached.

| | |
|---|---|
| Current Total: | $15,510.00 |
| Prior Balance: | $79,494.00 |
| Total Amount Due: | $95,004.00 |

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| Fox | Sr. Associate | 7.00 | 1,715.00 |
| LaCorte | Manager | 27.20 | 8,296.00 |
| Pina | Principal | 11.70 | 5,499.00 |
| **Total** | | **45.90** | **$ 15,510.00** |

*Blended Hourly Rate = $ 337.91*

*Please include the invoice number on your remittance check.*

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided from December 1 through December 31, 2024**
**Invoice #224390**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| LaCorte | 12/2/2024 | Continued Citibank account tracing analyses and review procedures. | 305.00 | 4.60 | 1,403.00 |
| LaCorte | 12/2/2024 | Worked on drafting narratives for supplemental memo to be shared with Receiver and team. | 305.00 | 3.00 | 915.00 |
| Fox | 12/3/2024 | Prepared requested analyzes as exhibits for supplemental memo. | 245.00 | 4.90 | 1,200.50 |
| LaCorte | 12/3/2024 | Finished Citibank account analyses. | 305.00 | 3.30 | 1,006.50 |
| LaCorte | 12/3/2024 | Continued to update supplemental memo with additional observations noted. | 305.00 | 2.90 | 884.50 |
| LaCorte | 12/3/2024 | With J. Fox to go over the updated analyses and exhibits needed for supplemental memo. | 305.00 | 0.70 | 213.50 |
| Fox | 12/3/2024 | Meeting with E. LaCorte to discuss case status and additional analyses required; related preparations. | 245.00 | 0.80 | 196.00 |
| LaCorte | 12/4/2024 | Completed the draft supplemental memo and exhibits and prrovide to F. Pina for review and comment. | 305.00 | 5.70 | 1,738.50 |
| Pina | 12/4/2024 | Review of various Citibank account statement transaction analyses to identify noteworthy transactions and/or patterns to highlight in supplemental memo; meeting with E. LaCorte to address open questions related to IRC §1042 requirements / 1042 loan transactions noted in Citibank statements and relationship to the SFS ESOP transaction. | 470.00 | 2.60 | 1,222.00 |
| LaCorte | 12/4/2024 | Reviewed exhibits prepared by J. Fox in support of the supplemental memo and provided updates as necessary. | 305.00 | 0.80 | 244.00 |
| LaCorte | 12/4/2024 | Performed research required to confirm certain findings identified in the supplemental memo. Read ESOP related documents / IRC §1042 as requested by F. Pina in response to notation on the Citibank statements. | 305.00 | 1.30 | 396.50 |
| Fox | 12/4/2024 | Updated supplemental memo exhibits to reflect additional data. | 245.00 | 0.50 | 122.50 |
| Pina | 12/5/2024 | Performed review of output resulting from ChatGPT bank statement transaction analyses; updated supplemental narrative to reflect noteworthy observations. | 470.00 | 1.70 | 799.00 |

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided from December 1 through December 31, 2024**
**Invoice #224390**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| Pina | 12/10/2024 | Continued to perform/finalize analyses in connection with transactions associated with Birds Investments, Inc. and Birds Financial, LLC; Dae Sung/Midi Enterprises/Mandaree, and Lucky Marketing; R. Sasson, A. Behar and D. Blumkin Citibank accounts; Augusta Partners, LLC, Apollo Jets, LLC and Barclays Unquoted Investments Limited.  Drafted related narratives to include in Supplemental Memo to be shared with the Receiver and his team for consideration and follow-up. | 470.00 | 4.40 | 2,068.00 |
| Pina | 12/11/2024 | Worked with E. LaCorte to update Supplemental Memo and develop additional exhibits to support memo narratives; requested E. LaCorte format/finalize Supplement Memo package then share with T. McNamara and L. Jones for review and follow-up. | 470.00 | 1.70 | 799.00 |
| LaCorte | 12/11/2024 | Read and incorporated F. Pina's comments in the draft supplemental memo as discussed. | 305.00 | 1.80 | 549.00 |
| LaCorte | 12/12/2024 | Updated and finalized supplemental memo and exhibit files to be formatted and sent to the Receiver for review and comment. | 305.00 | 3.10 | 945.50 |
| Fox | 12/13/2024 | Compiled final supplemental memo and exhibit files into package sent to Receiver and team. | 245.00 | 0.80 | 196.00 |
| Pina | 12/16/2024 | Emails with A. Wall, Esquire regarding status of MEC audit requests including anticipated timing; planning tasks in anticipation of receipt of document production this week. | 470.00 | 0.50 | 235.00 |
| Pina | 12/17/2024 | Resource planning and related tasks in advance of receipt of document production expected in response to Receiver's notice of audit delivered to MEC on November 18, 2024 and follow-up discussions with Counsel. | 470.00 | 0.80 | 376.00 |
| | | **Total Hours and Fees** | | **45.90** | **$   15,510.00** |



Thomas W. McNamara, Esquire - CFPB Receiver
655 W. Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| **Date** | 1/31/2025 |
| **Invoice No.** | 224775 |
| **Client No.** | 18821.0 |

FOR PROFESSIONAL SERVICES RENDERED:

**In Re: Consumer Financial Protection Bureau, et al., (Plaintiffs), v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (Defendants), and Daniel Blumkin, et al., (Relief Defendants). Case No. 24-CV-40-LJV (the "Matter").**

For professional services rendered on the above referenced matter from January 1 through January 31, 2025, per the detailed schedule attached.

Current Total: $ 8,166.50
Prior Balance:   95,004.00
Total Amount Due: $103,170.50

| Mercadien Invoice Summary | | | |
|---|---|---|---|
| **Staff** | **Level** | **Hours** | **Total** |
| Fox | Sr. Associate | 15.40 | 3,773.00 |
| LaCorte | Manager | 6.70 | 2,043.50 |
| Pina | Principal | 5.00 | 2,350.00 |
| **Total** | | **27.10** | **$  8,166.50** |

*Blended Hourly Rate = $    301.35*

*Please include the invoice number on your remittance check.*

**Thomas W. McNamara, Esquire - CFPB Receiver Matter**
**Services Provided from January 1 through January 31, 2025**
**Invoice #224775**

| Staff | Date | Services | Rate | Hours | Total |
|-------|------|----------|------|-------|-------|
| Pina | 1/6/2025 | Attention to emails from L. Jones regarding Receiver's questions/intentions as it relates to potentially terminating the ESOP and the 401(k) plan; read and analyzed available financial statements and Forms 5500 in addition to performing technical research and public record searches to address questions raised; preliminary discussion with S. Noon (Mercadien's Employee Benefit Plan Audit Group Leader) to obtain his availability for a follow-up call with L. Jones tomorrow at 1:30 PM (EST). | 470.00 | 2.30 | 1,081.00 |
| Pina | 1/7/2025 | Strategic planning discussion with L. Jones, E. LaCorte and S. Noon regarding current status of outstanding Forms 5500, 401(k) audits and related matters; addressed questions raised by L. Jones on behalf of the Receiver; developed suggested next steps in response. | 470.00 | 1.90 | 893.00 |
| LaCorte | 1/7/2025 | Meeting with F. Pina, S. Noon and L. Jones to go over the issues with the SFS 401k plan and the outstanding prior year issues including audit. | 305.00 | 0.70 | 213.50 |
| Fox | 1/13/2025 | Developed an inventory of produced documents in the Mandaree audit matter. Began analysis of Mandaree/Midi bank statements.  Fielded call from E. LaCorte on additional work needed. | 245.00 | 2.20 | 539.00 |
| LaCorte | 1/13/2025 | With J. Fox to go over the document inventory to prepare and sample testing of known Mandaree invoices to bank statements provided.  Read and responded to L. Jones email and checked if files she added loaded properly. | 305.00 | 0.50 | 152.50 |
| Fox | 1/14/2025 | Completed analysis related to Mandaree production including call with E. LaCorte to review findings. | 245.00 | 2.90 | 710.50 |
| Fox | 1/14/2025 | Prepared sample analysis on Lucky Marketing line items related to the Mandaree production. | 245.00 | 2.40 | 588.00 |
| LaCorte | 1/14/2025 | With J. Fox and her findings on the information provided by Mandaree. Discussed additional sample testing relating to the Lucky Marketing invoices. | 305.00 | 0.70 | 213.50 |
| LaCorte | 1/15/2025 | Reviewed and updated the Mandaree analyses prepared by J. Fox. | 305.00 | 0.90 | 274.50 |
| LaCorte | 1/17/2025 | Drafted additional notes on Mandaree information received regarding cash activity, 2024 and audited financials. Responded to L. Jones email with our preliminary findings. | 305.00 | 0.70 | 213.50 |
| Fox | 1/21/2025 | Prepared additional analysis requested on cash activity in relation to Mandaree production. | 245.00 | 2.60 | 637.00 |
| LaCorte | 1/21/2025 | With J. Fox to address questions on the cash activity files for Mandaree required to start analyses. | 305.00 | 0.10 | 30.50 |
| Fox | 1/23/2025 | Began comparison of transactions from cash activity report to bank statements. | 245.00 | 1.70 | 416.50 |
| Fox | 1/24/2025 | Wrapped up cash activity testing to bank statements to try and identify account owners and any mismatched information. | 245.00 | 3.20 | 784.00 |
| LaCorte | 1/24/2025 | Reviewed J. Fox's analyses of Mandaree transactions and transfers. Read the audited financial statements. Prepared notes on money movement. | 305.00 | 0.70 | 213.50 |
| LaCorte | 1/24/2025 | With J. Fox on her analyses of the money movement from Mandaree's account, etc. | 305.00 | 0.40 | 122.00 |
| Fox | 1/24/2025 | Call with E. LaCorte to discuss analysis of cash activity to bank statements. | 245.00 | 0.40 | 98.00 |
| LaCorte | 1/24/2025 | Emailed L. Jones on the Mandaree production for 2022 and noted cash activity is a duplicate of 2023 information. Attention to response from L. Jones and her follow-up questions. | 305.00 | 0.10 | 30.50 |
| LaCorte | 1/28/2025 | Prepared schedule of cumulative revenue per financials vs. our schedule of known funds paid by SFS. Provided L. Jones with what we currently know about Mandaree's financial status based on the documents produced to date. | 305.00 | 1.80 | 549.00 |
| Pina | 1/30/2025 | Read emails and analyzed attached files from L. Jones in connection with the bank's request for updated financial schedules demonstrating activities of the business since late May 2024, including actual cash receipts and disbursements through December 2024.  Developed approach and coordinated the completion of requested tasks with E. LaCorte. | 470.00 | 0.80 | 376.00 |
| LaCorte | 1/30/2025 | Read email from L. Jones re: Bank's request for updated cash flow and worked with F. Pina to develop next steps. | 305.00 | 0.10 | 30.50 |
| | | **Total Hours and Fees** | | 27.10 | **$    8,166.50** |