EXHIBIT 7

**StratFS Receivership**
**Summary of Invoices**
**3rd Interim Fee Application**

|  | **Invoice #** | **P/E** | **Fees** | **Expenses** |
|---|---|---|---|---|
| Scithe Consulting Group | 001 | 12/31/2024 | 3,200.00 | - |
| Scithe Consulting Group | 002 | 1/31/2025 | 5,150.00 | - |

**Stacy Elledge Chiang, CPA/CFF, CIRA**
**dba Scithe Consulting Group**

10755 Scripps Poway Parkway, PMB 567
San Diego, CA 92131
Phone: (619) 787-8324
Email: stacy.e.chiang@gmail.com

# INVOICE

INVOICE #001
DATE: 3/17/25

**TO:**
Thomas W. McNamara, Receiver
StratFS Receivership Estate
c/o McNamara Smith LLP
Email:  tmcnamara@mcnamarallp.com
        lsmith@mcnamarallp.com

**FOR:**
*In the matter of CFPB, et al. v. StratFS, LLC, et al.*

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| <u>Fees</u>:<br>Consulting services rendered from December 2, 2024 through December 31, 2024, including telephone calls and video meetings with the Receiver's team and counsel to review and discuss case matters, document discovery, etc. (see attached details). | 12.80 | $250.00 | $3,200.00 |
| <u>Costs</u>:<br>*None* | | | - |
| | | | $3,200.00 |

Total due in 30 days, or as allowed by the Court.

**Thank you!**

**StratFS Receivership Estate**
**Billing Detail through December 31, 2024**

| Date | Biller | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/24 | SEC | Initial call with the Receiver's counsel, Mr. Smith, regarding asset tracing needs. Review initial documents from counsel. | N/C | | |
| 12/03/24 | SEC | Meet with L Jones and K Galvin re document review and information gathered to date. Follow up email correspondence to L Jones re 401(k) administration and reporting matters. | 1.50 | $ 250.00 | $ 375.00 |
| 12/05/24 | SEC | Review memo from Mercadien. Begin document review. Email correspondence with team. | 1.00 | $ 250.00 | $ 250.00 |
| 12/06/24 | SEC | Review incoming/additional financial records. Communicate with Receiver's team. | 0.60 | $ 250.00 | $ 150.00 |
| 12/11/24 | SEC | Review tax documents and identify additional information needed for cash flow and asset tracing. | 1.00 | $ 250.00 | $ 250.00 |
| 12/16/24 | SEC | Meet with Receiver's team regarding ongoing data collection, additional needs. Review loan information and continue document review. Review case history/website for additional parties and collate with ongoing document analysis. | 2.70 | $ 250.00 | $ 675.00 |
| 12/17/24 | SEC | Review and attend to correspondence from K Galvin along with tracing support. | 0.30 | $ 250.00 | $ 75.00 |
| 12/18/24 | SEC | Continue to review tax records and other financial documents for tracing. Review Mercadien supplement. Correspondence with K Galvin. Work on tracing analysis. | 1.20 | $ 250.00 | $ 300.00 |
| 12/19/24 | SEC | Review incoming general ledger data for multiple entities. Review Fusion and TCIG information. Meet with K Galvin regarding financial and tax records with focus on asset recovery and cash flow tracing. | 2.10 | $ 250.00 | $ 525.00 |
| 12/20/24 | SEC | Review correspondence from L Jones with intercompany transfer data and further correspondence regarding cross reference to QB/general ledger data. Continue to research payments. Review tax records for inquiries by team. | 1.60 | $ 250.00 | $ 400.00 |
| 12/23/24 | SEC | Continue to review documents and evaluate entity structures/relationships. | 0.80 | $ 250.00 | $ 200.00 |
| | | | 12.80 | | $ 3,200.00 |

**Stacy Elledge Chiang, CPA/CFF, CIRA**
**dba Scithe Consulting Group**

# INVOICE

10755 Scripps Poway Parkway, PMB 567
San Diego, CA 92131
Phone: (619) 787-8324
Email: stacy.e.chiang@gmail.com

INVOICE #002
DATE: 3/17/25

**TO:**
Thomas W. McNamara, Receiver
StratFS Receivership Estate
c/o McNamara Smith LLP
Email:  tmcnamara@mcnamarallp.com
         lsmith@mcnamarallp.com

**FOR:**
*In the matter of CFPB, et al. v. StratFS, LLC, et al.*

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Fees:<br>Consulting services rendered from January 1, 2025 through January 31, 2025, including telephone calls and video meetings with the Receiver's team. Review and research accounting, tax and financial records. Develop asset tracing analysis (see attached details).<br><br>Costs:<br>*None* | 20.60 | $250.00 | $5,150.00<br><br><br><br><br><br>- |
|  |  |  | $5,150.00 |

Total due in 30 days, or as allowed by the Court.

**Thank you!**

**StratFS Receivership Estate**
**Billing Detail through January 31, 2025**

| Date | Biller | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/25 | SEC | Review documents. Correspond with team. | 0.70 | $ 250.00 | $ 175.00 |
| 01/06/25 | SEC | Email correspondence with L Jones and review incoming information on Duke, Blaise and Twist. Continue tax document review for pertinent information. Follow up with K Galvin. | 1.20 | $ 250.00 | $ 300.00 |
| 01/07/25 | SEC | Meet with team regarding tracing analysis, asset identification. Continue to review and analyze documents. Correspond with Receiver's team. | 1.90 | $ 250.00 | $ 475.00 |
| 01/09/25 | SEC | Review and respond to email correspondence from K Galvin. Review new documents. | 0.90 | $ 250.00 | $ 225.00 |
| 01/10/25 | SEC | Email correspondence with K Galvin and L Jones. Continue review and analysis. Review bank analysis from L Jones and incorporate into tracing analysis. | 1.90 | $ 250.00 | $ 475.00 |
| 01/13/25 | SEC | Email correspondence with team. Continue document review. | 0.60 | $ 250.00 | $ 150.00 |
| 01/16/25 | SEC | Futher review and analysis. Email correspondence with team. Work on potential charts for pleadings. | 2.60 | $ 250.00 | $ 650.00 |
| 01/17/25 | SEC | Meet with team. Continue document review and analysis. | 2.00 | $ 250.00 | $ 500.00 |
| 01/21/25 | SEC | Meet with K Galvin and continue review and analysis of documents onsite at Receiver's office. | 2.00 | $ 250.00 | $ 500.00 |
| 01/24/25 | SEC | Review correspondence. Review updated bank account data. | 1.00 | $ 250.00 | $ 250.00 |
| 01/28/25 | SEC | Continue review of banking records and compare to general ledger and tax data. Continue tracing transactions for cash flow and asset recovery. | 3.60 | $ 250.00 | $ 900.00 |
| 01/30/25 | SEC | Meet with team and work through tracing and transaction issues. Request information. Work on declaration outline. | 2.20 | $ 250.00 | $ 550.00 |
| | | | 20.60 | | $ 5,150.00 |