# EXHIBIT 8

**StratFS Receivership**
**Summary of Invoices**
**3rd Interim Fee Application**

| | Invoice # | P/E | Fees | Expenses |
|---|---|---|---|---|
| Bright Labs [Ankura] | CI-123712 | 8/31/2024 | 2,453.00 | 9,866.52 |
| Bright Labs [Ankura] | CI-125418 | 9/30/2024 | 2,094.50 | 7,684.97 |
| Bright Labs [Ankura] | CI-128582 | 10/31/2024 | 328.00 | 442.49 |
| Bright Labs [Ankura] | CI-129666 | 11/30/2024 | - | 300.00 |
| Bright Labs [Ankura] | CI-132249 | 12/31/2024 | - | 300.00 |
| Bright Labs [Ankura] | CI-135954 | 1/31/2025 | - | 300.00 |



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 09/23/2024 | CI-123712 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 10/23/2024 |

|  |  |
|--|--|

| Bill To: |
|----------|
| Thomas McNamara |
| Thomas W. McNamara, in his role as court appointed receiver |
| in CFPB v. StratFS |
| 655 West Broadway |
| Suite 900 |
| San Diego, CA 92101 |
| United States of America |

| Project Information: |
|----------------------|
| Project Name:        P-012215 CFPB Enforcement Action / eDiscovery |
| Project Number:      P-012215 |
| PO Number: |

|  |
|--|
| Professional Services rendered, see attached. |

| | | |
|---|---|---|
| **Net Amount:** | | 12,319.52 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 12,319.52 |

|  |  |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **9/23/2024** |
| **Invoice Number:** | **CI-123712** |
| **Professional Services Through:** | **8/31/2024** |
| **Currency:** | **USD** |

### *Invoice Summary*

|  |  |
|---|---|
| **Professional Services** | **2,453.00** |
| **Miscellaneous Expenses** | **9,866.52** |
| **Current Invoice Total:** | **12,319.52** |
|  | **-** |
| **Net Current Invoice Total** | **12,319.52** |
|  |  |
| **Outstanding Invoices** | **77,199.01** |
| **Total Amount Due** | **89,518.53** |

ankura.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Project #:** | | | **P-012215** |
| | | | **Invoice Date:** | | | **9/23/2024** |
| | | | **Invoice Number:** | | | **CI-123712** |
| | | | **Professional Services Through:** | | | **8/31/2024** |
| | | | **Currency:** | | | **USD** |

*Professional Services - Summary by Phase, Task, and Person*

| Phase | Task | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Billable | Consulting - B | David Cross | Managing Director | 400.00 | 0.6 | 240.00 |
| | | Hilary Quatinetz | Senior Director | 350.00 | 0.7 | 245.00 |
| | **Consulting - B Total** | | | | **1.3** | **485.00** |
| | Project Management | Anthony Sottile | Senior Director | 205.00 | 1.0 | 205.00 |
| | | Debbie Higa | Senior Director | 205.00 | 1.1 | 225.50 |
| | | Eric Rosner | Director | 205.00 | 1.3 | 266.50 |
| | | Tomeka McCants | Senior Associate | 205.00 | 0.9 | 184.50 |
| | | Xavier Johnson | Analyst | 205.00 | 5.3 | 1,086.50 |
| | **Project Management Total** | | | | **9.6** | **1,968.00** |
| **Billable Total** | | | | | **10.9** | **2,453.00** |
| **Grand Total** | | | | | **10.9** | **2,453.00** |

ankura.com

|  | | | | | |
|---|---|---|---|---|---|
| | | | | **Project #:** | **P-012215** |
| | | | | **Invoice Date:** | **9/23/2024** |
| | | | | **Invoice Number:** | **CI-123712** |
| | | | | **Professional Services Through:** | **8/31/2024** |
| | | | | **Currency:** | **USD** |

*Time Detail by Task and Person*

| Task | Name | Date | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| Consulting - B | David Cross | 8/22/2024 | Collation of requested Salesforce contact information for production to the CFPB. | 0.4 | 160.00 |
| | | 8/27/2024 | Transfer of requested Salesforce data to CFPB sFTP server. | 0.2 | 80.00 |
| | **David Cross Total** | | | **0.6** | **240.00** |
| | Hilary Quatinetz | 8/27/2024 | Advise Ankura team to delete requested mailboxes from Relativity per K. Galvin; Discuss with Ankura team to transfer data to CFPB. | 0.7 | 245.00 |
| | **Hilary Quatinetz Total** | | | **0.7** | **245.00** |
| **Consulting - B Total** | | | | **1.3** | **485.00** |
| Project Management | Anthony Sottile | 8/27/2024 | Disucssions with Ankura team on deletion of large email collection; Provide reporting and transition to team. | 1.0 | 205.00 |
| | **Anthony Sottile Total** | | | **1.0** | **205.00** |
| | Debbie Higa | 8/13/2024 | Create evidence collection report; Analysis of data set processed and loaded to Relativity; Communication with counsel delivering same. | 0.7 | 143.50 |
| | | 8/22/2024 | Discussion with Ankura team re project status; Prepare collection request for inventory data. | 0.4 | 82.00 |
| | **Debbie Higa Total** | | | **1.1** | **225.50** |
| | Eric Rosner | 8/27/2024 | Identify document set for deletion request. | 1.3 | 266.50 |
| | **Eric Rosner Total** | | | **1.3** | **266.50** |
| | Tomeka McCants | 8/27/2024 | Monitor deletion of mailboxes. | 0.5 | 102.50 |
| | | 8/27/2024 | Monitor deletion of records from the workspace. | 0.4 | 82.00 |
| | **Tomeka McCants Total** | | | **0.9** | **184.50** |
| | Xavier Johnson | 8/27/2024 | Delete requested documents from Relativity workspace. | 1.8 | 369.00 |
| | | 8/28/2024 | Delete requested documents from Relativity workspace. | 1.6 | 328.00 |
| | | 8/29/2024 | Delete requested documents from Relativity workspace. | 1.9 | 389.50 |
| | **Xavier Johnson Total** | | | **5.3** | **1,086.50** |
| **Project Management Total** | | | | **9.6** | **1,968.00** |
| **Grand Total** | | | | **10.9** | **2,453.00** |

| | |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **9/23/2024** |
| **Invoice Number:** | **CI-123712** |
| **Professional Services Through:** | **8/31/2024** |
| **Currency:** | **USD** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| Relativity Hosting Fees | 1,186.44 | GB | 8.00 | 9,491.52 |
| Relativity User Fees | 1.00 | Users | 75.00 | 75.00 |
| **Total** | | | | **9,866.52** |

ankura.com



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 10/14/2024 | CI-125418 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 11/13/2024 |

|  |  |
|--|--|

| Bill To: |
|----------|
| Thomas McNamara
Thomas W. McNamara, in his role as court appointed receiver
in CFPB v. StratFS
655 West Broadway
Suite 900
San Diego, CA 92101
United States of America |

| Project Information: | |
|----------------------|--|
| Project Name: | P-012215 CFPB Enforcement Action / eDiscovery |
| Project Number: | P-012215 |
| PO Number: | |

|  |
|--|
| Professional Services rendered, see attached. |

|  |  |
|--|--|
| *Net Amount:* | **9,779.47** |
| *Tax:* | |
| ***Total Invoice Amount:*** | **USD**    **9,779.47** |

| | |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **10/14/2024** |
| **Invoice Number:** | **CI-125418** |
| **Professional Services Through:** | **9/30/2024** |
| **Currency:** | **USD** |

## *Invoice Summary*

| | |
|---|---|
| **Professional Services** | **2,094.50** |
| **Technology and Data Related Expenses:** | **7,684.97** |
| **Current Invoice Total:** | **9,779.47** |
| | |
| **Net Current Invoice Total** | **9,779.47** |
| | |
| **Outstanding Invoices** | **89,518.53** |
| **Total Amount Due** | **99,298.00** |

ankura.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Project #:** | | **P-012215** | |
| | | | **Invoice Date:** | | **10/14/2024** | |
| | | | **Invoice Number:** | | **CI-125418** | |
| | | | **Professional Services Through:** | | **9/30/2024** | |
| | | | **Currency:** | | **USD** | |

*Professional Services - Summary by Phase, Task, and Person*

| Phase | Task | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Billable | Collections-B | Corey Salm | Senior Director | 295.00 | 3.0 | 885.00 |
| | **Collections-B Total** | | | | **3.0** | **885.00** |
| | Processing - B | Bryan Heng | Analyst Manager | 205.00 | 0.9 | 184.50 |
| | **Processing - B Total** | | | | **0.9** | **184.50** |
| | Project Management | David Church | Senior Director | 205.00 | 0.3 | 61.50 |
| | | Debbie Higa | Senior Director | 205.00 | 2.5 | 512.50 |
| | | Hilary Quatinetz | Senior Director | 205.00 | 0.6 | 123.00 |
| | | Colin Swank | Director | 205.00 | 1.6 | 328.00 |
| | **Project Management Total** | | | | **5.0** | **1,025.00** |
| **Billable Total** | | | | | **8.9** | **2,094.50** |
| **Grand Total** | | | | | **8.9** | **2,094.50** |

ankura.com

| | | | | | Project #: | **P-012215** |
| | | | | | Invoice Date: | **10/14/2024** |
| | | | | | Invoice Number: | **CI-125418** |
| | | | | | Professional Services Through: | **9/30/2024** |
| | | | | | Currency: | **USD** |

*Time Detail by Task and Person*

| Task | Name | Date | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| Collections-B | Corey Salm | 9/24/2024 | Initialize Storage media, encrypt drive, create evidence tracking entry and COC, replicate and organize requested Acquisition IDs and verify file/folder and size. Create label for storage media. | 1.7 | 501.50 |
| | | 9/25/2024 | Finalize drive, Create Drive Label requested, create FedEx Label, input tracking information into evidence system, export COC to include in package. Ship storage media. Provide Tracking information to D.Higa. | 1.3 | 383.50 |
| | **Corey Salm Total** | | | **3.0** | **885.00** |
| **Collections-B Total** | | | | **3.0** | **885.00** |
| Processing - B | Bryan Heng | 9/25/2024 | Package hard drive for delivery to client. | 0.9 | 184.50 |
| | **Bryan Heng Total** | | | **0.9** | **184.50** |
| **Processing - B Total** | | | | **0.9** | **184.50** |
| Project Management | David Church | 9/24/2024 | Coordinate drive copying and communications regarding status and updates. | 0.3 | 61.50 |
| | **David Church Total** | | | **0.3** | **61.50** |
| | Debbie Higa | 9/23/2024 | Conference all with counsel re production details and options; Create collection reporting for potential production scope. | 0.7 | 143.50 |
| | | 9/24/2024 | Prepare native production for shipping; Prepare cost estimate for Relativity archive; Discussion with Ankura team re same. | 0.6 | 123.00 |
| | | 9/25/2024 | Communications with counsel re native production hard drive and shipping of same. | 0.8 | 164.00 |
| | | 9/27/2024 | Prepare and monitor Relativity archive in preparation of project shut down; Discussion with Ankura team re same. | 0.4 | 82.00 |
| | **Debbie Higa Total** | | | **2.5** | **512.50** |
| | Hilary Quatinetz | 9/26/2024 | Correspondence with K. Galvin re hosting options. | 0.6 | 123.00 |
| | **Hilary Quatinetz Total** | | | **0.6** | **123.00** |
| | Colin Swank | 9/23/2024 | Review counsel team correspondence regarding upcoming email archive media load and shipment for K. Galvin. | 0.5 | 102.50 |
| | | 9/24/2024 | Review forensic archive location of email container files to determine content for load to physical media and production for K. Galvin; Update instructions to forensic team regarding directory load to media drive for K. Galvin. | 1.1 | 225.50 |
| | **Colin Swank Total** | | | **1.6** | **328.00** |
| **Project Management Total** | | | | **5.0** | **1,025.00** |
| **Grand Total** | | | | **8.9** | **2,094.50** |

|                                      |            |
|--------------------------------------|-----------:|
| **Project #:**                       | **P-012215** |
| **Invoice Date:**                    | **10/14/2024** |
| **Invoice Number:**                  | **CI-125418** |
| **Professional Services Through:**   | **9/30/2024** |
| **Currency:**                        | **USD** |

*Technology and Data Related Expenses:*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---------|--------------:|-----------|--------------:|---------:|
| Hard Drive | 1.00 | HD | 93.09 | 93.09 |
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| Relativity Hosting Fees | 902.11 | GB | 8.00 | 7,216.88 |
| Relativity User Fees | 1.00 | Users | 75.00 | 75.00 |
| **Total** | | | | **7,684.97** |

ankura.com



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|---|---|
| 11/19/2024 | CI-128582 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 12/19/2024 |

|  |  |
|---|---|

| Bill To: |
|---|
| Thomas McNamara
Thomas W. McNamara, in his role as court appointed receiver
in CFPB v. StratFS
655 West Broadway
Suite 900
San Diego, CA 92101
United States of America |

| Project Information: |
|---|
| Project Name:        P-012215 CFPB Enforcement Action / eDiscovery
Project Number:      P-012215
PO Number: |

|  |
|---|
| Professional Services rendered, see attached. |

|  |  |
|---|---|
| *Net Amount:* | **770.49** |
| *Tax:* | |
| ***Total Invoice Amount:*** | **USD**        **770.49** |

|                              |            |
|------------------------------|------------|
| **Project #:**               | **P-012215** |
| **Invoice Date:**            | **11/19/2024** |
| **Invoice Number:**          | **CI-128582** |
| **Professional Services Through:** | **10/31/2024** |
| **Currency:**                | **USD**    |

### _Invoice Summary_

| | |
|---|---|
| **Professional Services** | **328.00** |
| **Technology and Data Related Expenses:** | **442.49** |
| **Current Invoice Total:** | **770.49** |
| | |
| **Net Current Invoice Total** | **770.49** |
| | |
| **Outstanding Invoices** | **99,298.00** |
| **Total Amount Due** | **100,068.49** |

ankura.com

|  | | | | | | | Project #: | **P-012215** |
|---|---|---|---|---|---|---|---|---|
|  | | | | | | | Invoice Date: | **11/19/2024** |
|  | | | | | | | Invoice Number: | **CI-128582** |
|  | | | | | | | Professional Services Through: | **10/31/2024** |
|  | | | | | | | Currency: | **USD** |

*Professional Services - Summary by Phase, Task, and Person*

| Phase | Task | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Billable | Project Management | Debbie Higa | Senior Director | 205.00 | 1.6 | 328.00 |
|  | **Project Management Total** | | | | **1.6** | **328.00** |
| **Billable Total** | | | | | **1.6** | **328.00** |
| **Grand Total** | | | | | **1.6** | **328.00** |

ankura.com

|  | | | | | |
|---|---|---|---|---|---|
| | | **Project #:** | | **P-012215** | |
| | | **Invoice Date:** | | **11/19/2024** | |
| | | **Invoice Number:** | | **CI-128582** | |
| | | **Professional Services Through:** | | **10/31/2024** | |
| | | **Currency:** | | **USD** | |

*Time Detail by Task and Person*

| Task | Name | Date | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| Project Management | Debbie Higa | 10/1/2024 | Discussion with Ankura team re status of export of ARM. | 0.2 | 41.00 |
| | | 10/3/2024 | Discussion with Ankura team re status of ARM export and hard drive copying; Correspondence with counsel re status of ARM. | 0.3 | 61.50 |
| | | 10/4/2024 | Discussion with Ankura team re status of ARM export and copying to media. | 0.2 | 41.00 |
| | | 10/6/2024 | Correspondence with counsel re status of Relativity archive. | 0.2 | 41.00 |
| | | 10/15/2024 | Monitor status of database archive copying to media; Correspondence with counsel re estimated time to ship. | 0.2 | 41.00 |
| | | 10/18/2024 | Discussion with Ankura team re status of copying of database archive to media. | 0.2 | 41.00 |
| | | 10/21/2024 | Correspondence with counsel re shipping of Relativity archive. | 0.3 | 61.50 |
| | **Debbie Higa Total** | | | **1.6** | **328.00** |
| **Project Management Total** | | | | **1.6** | **328.00** |
| **Grand Total** | | | | **1.6** | **328.00** |

ankura.com

|  | | |
|---|---|---|
| **Project #:** | | **P-012215** |
| **Invoice Date:** | | **11/19/2024** |
| **Invoice Number:** | | **CI-128582** |
| **Professional Services Through:** | | **10/31/2024** |
| **Currency:** | | **USD** |

*Technology and Data Related Expenses:*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Hard Drive | 1.00 | HD | 142.49 | 142.49 |
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| **Total** | | | | **442.49** |

ankura.com



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|---|---|
| 12/04/2024 | CI-129666 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 01/03/2025 |

| | |
|---|---|
| | |

| Bill To: |
|---|
| Thomas McNamara<br>Thomas W. McNamara, in his role as court appointed receiver<br>in CFPB v. StratFS<br>655 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>United States of America |

| Project Information: |
|---|
| Project Name:     P-012215 CFPB Enforcement<br>                  Action / eDiscovery<br><br>Project Number:   P-012215<br>PO Number: |

| |
|---|
| Professional Services rendered, see attached. |

| | | |
|---|---|---|
| *Net Amount:* | | 300.00 |
| *Tax:* | | |
| ***Total Invoice Amount:*** | **USD** | **300.00** |

|  |  |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **12/4/2024** |
| **Invoice Number:** | **CI-129666** |
| **Professional Services Through:** | **11/30/2024** |
| **Currency:** | **USD** |

## _Invoice Summary_

|  |  |
|---|---|
| **Professional Services** | **-** |
| **Technology and Data Related Expenses:** | **300.00** |
| **Current Invoice Total:** | **300.00** |
| **Net Current Invoice Total** | **300.00** |
| **Outstanding Invoices** | **100,068.49** |
| **Total Amount Due** | **100,368.49** |

| | |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **12/4/2024** |
| **Invoice Number:** | **CI-129666** |
| **Professional Services Through:** | **11/30/2024** |
| **Currency:** | **USD** |

*Technology and Data Related Expenses:*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| **Total** | | | | **300.00** |

ankura.com



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|---|---|
| 01/21/2025 | CI-132249 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 02/20/2025 |

|  |  |
|---|---|

| Bill To: |
|---|
| Thomas McNamara
Thomas W. McNamara, in his role as court appointed receiver
in CFPB v. StratFS
655 West Broadway
Suite 900
San Diego, CA 92101
United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-012215 CFPB Enforcement Action / eDiscovery |
| Project Number: | P-012215 |
| PO Number: | |

|  |
|---|
| Professional Services rendered, see attached. |

|  |  |  |
|---|---|---|
| *Net Amount:* | | 300.00 |
| *Tax:* | | |
| *Total Invoice Amount:* | **USD** | 300.00 |

|  | Project #: | P-012215 |
|---|---|---|
|  | Invoice Date: | 1/21/2025 |
|  | Invoice Number: | CI-132249 |
|  | Professional Services Through: | 12/31/2024 |
|  | Currency: | USD |

### *Invoice Summary*

| | |
|---|---|
| **Professional Services** | **-** |
| **Technology and Data Related Expenses:** | **300.00** |
| **Current Invoice Total:** | **300.00** |
| | |
| **Net Current Invoice Total** | **300.00** |
| | |
| **Outstanding Invoices** | **23,169.48** |
| **Total Amount Due** | **23,469.48** |

ankura.com

| | | | | |
|---|---|---|---|---|
| | | **Project #:** | **P-012215** |
| | | **Invoice Date:** | **1/21/2025** |
| | | **Invoice Number:** | **CI-132249** |
| | | **Professional Services Through:** | **12/31/2024** |
| | | **Currency:** | **USD** |

*Technology and Data Related Expenses:*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| **Total** | | | | **300.00** |

ankura.com



Bright Labs Services, LLC
P.O. Box 7411164
Chicago, IL 60674-1164
United States of America

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 02/19/2025 | CI-135954 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 03/21/2025 |

|  |  |
|--|--|

| Bill To: |
|----------|
| Thomas McNamara<br>Thomas W. McNamara, in his role as court appointed receiver<br>in CFPB v. StratFS<br>655 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>United States of America |

| Project Information: |  |
|----------------------|--|
| Project Name: | P-012215 CFPB Enforcement Action / eDiscovery |
| Project Number: | P-012215 |
| PO Number: | |

|  |
|--|
| Professional Services rendered, see attached. |

| | |
|--|--|
| **Net Amount:** | **300.00** |
| **Tax:** | |
| **Total Invoice Amount:** | **USD   300.00** |

| | |
|---|---|
| **Project #:** | **P-012215** |
| **Invoice Date:** | **2/19/2025** |
| **Invoice Number:** | **CI-135954** |
| **Professional Services Through:** | **1/31/2025** |
| **Currency:** | **USD** |

_**Invoice Summary**_

| | |
|---|---|
| **Professional Services** | **-** |
| **Technology and Data Related Expenses:** | **300.00** |
| **Current Invoice Total:** | **300.00** |
| **Net Current Invoice Total** | **300.00** |
| **Outstanding Invoices** | **23,469.48** |
| **Total Amount Due** | **23,769.48** |

ankura.com

| | | | |
|---|---|---|---|
| **Project #:** | | | **P-012215** |
| **Invoice Date:** | | | **2/19/2025** |
| **Invoice Number:** | | | **CI-135954** |
| **Professional Services Through:** | | | **1/31/2025** |
| **Currency:** | | | **USD** |

*Technology and Data Related Expenses:*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Media Storage | 6.00 | Device | 50.00 | 300.00 |
| **Total** | | | | **300.00** |

ankura.com