UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>      Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**ORDER GRANTING RECEIVER'S THIRD INTERIM APPLICATION
FOR FEES AND EXPENSES OF THE RECEIVER AND PROFESSIONALS**

Thomas W. McNamara, as Court-appointed receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and professionals for the receivership for the six-month period August 1, 2024 through January 31, 2025. The Receiver was initially appointed Temporary Receiver of the Receivership Defendants by the Temporary Restraining Order ("TRO," Dkt. 12), which appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered March 4, 2024 (Dkt. 184).

The PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order [.]"  PI, Section IX.I, page 20.

The PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable

1

compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by or in the possession or control of, or which may be received by the Receivership Defendants." PI, Section XV, pages 30-31.

WHEREAS, having considered the Receiver's Third Interim Application for Fees and Expenses of the Receiver and Professionals ("Fee Application"), the Declaration of Thomas W. McNamara, any oppositions, the Court finds good cause, and so

IT IS HEREBY ORDERED that the Fee Application is approved, and the Receiver is authorized and directed to pay the following requested amounts for fees and expenses for the six-month period August 1, 2024 through January 31, 2025:

|  | P/E | Fees | Expenses |
|---|---|---|---|
| Regulatory Resolutions | 8/31/2024 | $90,847.50 | $1,695.33 |
| Regulatory Resolutions | 9/30/2024 | $60,321.00 | $2,109.91 |
| Regulatory Resolutions | 10/31/2024 | $78,370.00 | $3,414.74 |
| Regulatory Resolutions | 11/30/2024 | $61,200.00 | $1,688.80 |
| Regulatory Resolutions | 12/31/2024 | $82,373.50 | $192.00 |
| Regulatory Resolutions | 1/31/2025 | $91,550.00 | $2,273.57 |
|  |  |  |  |
| McNamara Smith LLP | 8/31/2024 | $65,635.00 | $39.95 |
| McNamara Smith LLP | 9/30/2024 | $53,043.00 | $58.11 |
| McNamara Smith LLP | 10/31/2024 | $73,305.50 | $674.85 |
| McNamara Smith LLP | 11/30/2024 | $61,276.00 | $41.40 |
| McNamara Smith LLP | 12/31/2024 | $85,532.50 | $351.64 |
| McNamara Smith LLP | 1/31/2025 | $113,797.00 | $1,802.69 |
|  |  |  |  |
| Hodgson Russ LLP | 8/31/2024 | $13,078.00 | $0.00 |
| Hodgson Russ LLP | 9/30/2024 | $10,121.00 | $0.00 |
| Hodgson Russ LLP | 10/31/2024 | $14,568.00 | $424.68 |
| Hodgson Russ LLP | 11/30/2024 | $8,730.50 | $0.00 |
| Hodgson Russ LLP | 12/31/2024 | $9,865.50 | $553.28 |
| Hodgson Russ LLP | 1/31/2025 | $10,806.50 | $394.76 |

|  | P/E | Fees | Expenses |
|---|---|---|---|
| Ballard Spahr LLP | 8/31/2024 | $903.15 | $27.60 |
| Ballard Spahr LLP | 9/30/2024 | $903.15 | $0.00 |
| Ballard Spahr LLP | 10/31/2024 | $1,180.80 | $0.00 |
| Ballard Spahr LLP | 11/30/2024 | $17,342.55 | $0.00 |
| Ballard Spahr LLP | 12/31/2024 | $1,204.20 | $0.00 |
| Ballard Spahr LLP | 1/31/2025 | $1,926.00 | $0.00 |
| Hilgers Graben LLP | 8/31/2024 | $165.00 | $0.00 |
| Hilgers Graben LLP | 10/31/2024 | $497.50 | $0.00 |
| Hilgers Graben LLP | 11/30/2024 | $2,392.50 | $0.00 |
| Hilgers Graben LLP | 1/31/2025 | $2,475.00 | $0.00 |
| Mercadien | 8/31/2024 | $2,255.00 | $0.00 |
| Mercadien | 9/30/2024 | $17,345.00 | $0.00 |
| Mercadien | 10/31/2024 | $43,154.50 | $0.00 |
| Mercadien | 11/30/2024 | $16,739.50 | $0.00 |
| Mercadien | 12/31/2024 | $15,510.00 | $0.00 |
| Mercadien | 1/31/2025 | $8,166.50 | $0.00 |
| Scithe Consulting Group | 12/31/2024 | $3,200.00 | $0.00 |
| Scithe Consulting Group | 1/31/2025 | $5,150.00 | $0.00 |
| Bright Labs [Ankura] | 8/31/2024 | $2,453.00 | $9,866.52 |
| Bright Labs [Ankura] | 9/30/2024 | $2,094.50 | $7,684.97 |
| Bright Labs [Ankura] | 10/31/2024 | $328.00 | $442.49 |
| Bright Labs [Ankura] | 11/30/2024 | $0.00 | $300.00 |
| Bright Labs [Ankura] | 12/31/2024 | $0.00 | $300.00 |
| Bright Labs [Ankura] | 1/31/2025 | $0.00 | $300.00 |

IT IS SO ORDERED, this ____ day of _____, 2025.

_____
HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE