# Hagerty & Brady

Attorneys and Counsellors at Law

MICHAEL A. BRADY

DANIEL J. BRADY

EDWIN P. HUNTER
of counsel

THOMAS V. HAGERTY
Retired

April 24, 2025

Magistrate Judge Michael J. Roemer
United States District Court
Western District of New York
2 Niagara Square, 6th Floor
Buffalo, NY 14202

**VIA NYSCEF**

Re: Consumer Financial Protection Bureau, et al v. Stratfs, LLC, et al
24-CV-40
Our file: 2025-2281

Dear Judge Roemer:

    Our firm represents Veteris Capital LLC, BDC Group, LLC and Two Square Enterprises in this Receivership matter. My son Dan is primarily handling it. We had a response due today. Late yesterday afternoon his six-year-old was hospitalized suddenly overnight for observation. As a result, I contacted the Receiver last night and requested his consent to allow us to extend the date to Monday. He graciously agreed. I spoke this morning with your Clerk Molly Miranda, who suggested I inform the Court by letter.

Very truly yours,

MICHAEL A. BRADY
mbrady@hagerty-brady.com

MAB:kak