# EXHIBIT A

# ARTICLES OF INCORPORATION

| Form **BCA-2.10** | ARTICLES OF INCORPORATION | |
|---|---|---|
| (Rev. Jan. 1999)<br>Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>http://www.sos.state.il.us | This space for use by Secretary of State<br>**FILED**<br>OCT 3 – 2001<br>JESSE WHITE<br>SECRETARY OF STATE | **SUBMIT IN DUPLICATE!**<br>This space for use by Secretary of State<br>Date 10-3-01<br>Franchise Tax $ 25.<br>Filing Fee $ 75.<br>Approved: 100.— |
| Payment must be made by certified check, cashier's check, Illinois attorney's check, Illinois C.P.A's check or money order, payable to "Secretary of State." | | |

1. CORPORATE NAME. Two Square Enterprises, Inc.

   (The corporate name must contain the word "corporation", "company," "incorporated," "limited" or an abbreviation thereof.)

2. Initial Registered Agent:

   | First Name | Middle Initial | Last name |
   |---|---|---|
   | | Brian L. Shaw | |

   Initial Registered Office:

   | Number | Street | Suite # |
   |---|---|---|
   | | 1144 W. Fulton St., #200 | |
   | City | County | Zip Code |
   | Chicago | IL  Cook | 60607 |

3. Purpose or purposes for which the corporation is organized:
   (If not sufficient space to cover this point, add one or more sheets of this size.)
   The transaction of any or all lawful business for which corporations can be incorporated under the Illinois Business Corporation Act.

4. Paragraph 1: Authorized Shares, Issued Shares and Consideration Received:

   | Class | Par Value per Share | Number of Shares Authorized | Number of Shares Proposed to be Issued | Consideration to be Received Therefor |
   |---|---|---|---|---|
   | COMMON | $ | 1,000,000.0000 | 1,000.0000 | $ 1,000.00 |
   | | | | TOTAL = $ | 1,000.00 |

   Paragraph 2: The preferences, qualifications, limitations, restrictions and special or relative rights in respect of the shares of each class are:
   (If not sufficient space to cover this point, add one or more sheets of this size.)
   NONE

(over)

5. OPTIONAL:   (a) Number of directors constituting the initial board of directors of the corporation: _____.
              (b) Names and addresses of the persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualify:

| Name | Residential Address | City, State, ZIP |
|---|---|---|
| | | |
| | | |
| | | |

6. OPTIONAL:   (a) It is estimated that the value of all property to be owned by the corporation for the following year wherever located will be:   $ _____
             (b) It is estimated that the value of the property to be located within the State of Illinois during the following year will be:   $ _____
             (c) It is estimated that the gross amount of business that will be transacted by the corporation during the following year will be:   $ _____
            (d) It is estimated that the gross amount of business that will be transacted from places of business in the State of Illinois during the following year will be:   $ _____

7. OPTIONAL:   OTHER PROVISIONS
Attach a separate sheet of this size for any other provision to be included in the Articles of Incorporation, e.g., authorizing preemptive rights, denying cumulative voting, regulating internal affairs, voting majority requirements, fixing a duration other than perpetual, etc.

8.                       **NAME(S) & ADDRESS(ES) OF INCORPORATOR(S)**

The undersigned incorporator(s) hereby declare(s), under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

Dated _____ September 28 , 2001
                   (Month & Day)     Year

| | Signature and Name | | Address |
|---|---|---|---|
| 1. | [signature] | 1. | 1144 W. Fulton St., #200 |
| | Signature | | Street |
| | Brian L. Shaw | | Chicago, IL 60607 |
| | (Type or Print Name) | | City/Town    State    ZIP Code |
| 2. | _____ | 2. | _____ |
| | Signature | | Street |
| | _____ | | _____ |
| | (Type or Print Name) | | City/Town    State    ZIP Code |
| 3. | _____ | 3. | _____ |
| | Signature | | Street |
| | _____ | | _____ |
| | (Type or Print Name) | | City/Town    State    ZIP Code |

(Signatures must be in **BLACK INK** on original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.)
NOTE: If a corporation acts as incorporator, the name of the corporation and the state of incorporation shall be shown and the execution shall be by its president or vice president and verified by him, and attested by its secretary or assistant secretary.

## FEE SCHEDULE

- The initial franchise tax is assessed at the rate of 15/100 of 1 percent ($1.50 per $1,000) on the paid-in capital represented in this state, with a minimum of $25.
- The filing fee is $75.
- The **minimum total due** (franchise tax + filing fee) is **$100**.
(Applies when the Consideration to be Received as set forth in Item 4 does not exceed $16,667)
- The Department of Business Services in Springfield will provide assistance in calculating the total fees if necessary.

Illinois Secretary of State        Springfield, IL 62756
Department of Business Services   Telephone (217) 782-9522 or 782-9523

                                                                                                  C-162.20

```
DEPARTMENT OF THE TREASURY                    DATE OF THIS NOTICE: 10-12-2001
INTERNAL REVENUE SERVICE                      NUMBER OF THIS NOTICE: CP 575 A
KANSAS CITY  MO   64999                       EMPLOYER IDENTIFICATION NUMBER: 36-4471608
                                              FORM:  SS-4
                                              0950504287  B
```

FOR ASSISTANCE CALL US AT:
1-800-829-1040

TWO SQUARE INC
% CAMERON CHRISTO
600 S DEARBORN ST 309
CHICAGO  IL   60605

OR WRITE TO THE ADDRESS
SHOWN AT THE TOP LEFT.

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number (EIN). We assigned you EIN 36-4471608. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments and related correspondence. If you use any variation in your name or EIN, it may cause a delay in processing and incorrect information in your account. It also could cause you to be assigned more than one EIN.

Based on the information shown on your Form SS-4, you must file the following forms(s) by the date we show.

        Form 1120                          03/15/2002

Your assigned tax classification is based on information obtained from your Form SS-4. It is not a legal determination of your tax classification and is not binding on the IRS. If you want a determination on your tax classification, you may seek a private letter ruling from the IRS under the procedures set forth in Rev. Proc. 98-01, 1998-1 I.R.B. 7 (or the superceding revenue procedure for the year at issue).

If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office.

If you have questions about the forms shown or the date they are due, you may call us at 1-800-829-1040 or write to us at the address shown above.

If you're required to deposit for employment taxes (Forms 941, 943, 940, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), we will send an initial supply of Federal Tax Deposit (FTD) coupon books within six weeks. You can use the enclosed coupons if you need to make a deposit before you receive your supply.

Start your business off right - pay your taxes the easy way. Pay through the Electronic Federal Tax Payment System (EFTPS). For information, call 1-800-829-3676 and request Publication 966, EFTPS Answers to the Most Commonly Asked Questions.

Please use the label IRS provided when filing tax documents. Use FTD coupons when making FTD payments. If that isn't possible, use your EIN and complete name and address as shown below to identify your account and to avoid delays in processing.

```
TWO SQUARE INC
% CAMERON CHRISTO
600 S DEARBORN ST 309
CHICAGO  IL   60605
```

If this information isn't correct, please correct it using the bottom part of this notice. Return it to the address shown so we can correct your account.

Note: If you change your corporation to a S corporation, you must file Form 2553, Election by a Small Business Corporation.

Note: If you change your business to a corporation, you may need to file Form 8832, Entity Classification Election. See the form's instructions to determine if you're required to file.

Keep this part for your records.                        CP 575 A (Rev. 1-2001)

---

Return this part with any correspondence
so we may identify your account. Please                              CP 575 A
correct any errors in your name or address.
                                                                  0950504287

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 10-12-2001
(    )      -                               EMPLOYER IDENTIFICATION NUMBER: 36-4471608
                                            FORM: SS-4

INTERNAL REVENUE SERVICE
KANSAS CITY  MO    64999
                                                       TWO SQUARE INC
                                                       % CAMERON CHRISTO
                                                       600 S DEARBORN ST 309
                                                       CHICAGO  IL   60605