UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | |
| Plaintiff, | Case No. 1:24-cv-00040-EAW-MJR |
| vs. | |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. | |
| Defendants, and | |
| DANIEL BLUMKIN, et al., | |
| Relief Defendants. | |

**NOTICE OF THIRD-PARTY MOTION TO INTERVENE FOR PURPOSES OF FILING AN OBJECTION TO RECEIVER'S REPORT AND A MOTION TO APPOINT SPECIAL RECEIVER AND FOR OTHER PURPOSES**

**ORAL ARGUMENT REQUESTED
NOTICE OF INTENT TO FILE REPLY**

| | |
|---|---|
| Moving Parties: | Ice Legal, P.A., Thomas Ice and Ariane Ice ("Ice Legal") |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Third-Party Motion to Intervene for Purposes of Filing an Objection to Receiver's Report and a Motion to Appoint Special Receiver and for Other Purposes |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |

| | |
|---|---|
| Relief Requested: | An order granting Ice Legal the right to intervene in this matter under Rule 24(a)(2), or alternatively by permission under Rule 24 (b)(2) |
| Grounds For Relief: | Rules 24(a)(2) and (b)(2) Fed. R. Civ. P. |
| Oral Argument: | The Proposed Intervenors request oral argument. |

Dated: May 7, 2025

**Lundergan Legal, LLC**

*/s/ Amanda L. Lundergan*
Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email: amanda@lunderganlegal.com

*Attorneys for Proposed Intervenors, Ice Legal, P.A., Thomas Ice and Ariane Ice*