

May 13, 2025

**Via CM/ECF**

Honorable Michael J. Roemer
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

**Re:   *Consumer Financial Protection Bureau, et al. v StratFS, LLC, et al.*
         WDNY Case No. 24-CV-40-JLS-MJR**

Dear Judge Roemer:

The undersigned hereby withdraws Lippes Mathias LLP's motion to unfreeze assets and compel payment of legal fees (Dkt. No. 433) based upon an agreement reached with the Receiver.

Sincerely,

Dennis C. Vacco

Dennis C. Vacco | Partner | dvacco@lippes.com
50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com
New York: Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse // Florida: Jacksonville, West Palm Beach
Illinois: Chicago // Ohio: Cleveland // Oklahoma: Oklahoma City // Ontario: Greater Toronto Area // Texas: San Antonio // Washington, D.C.