UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>                    Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>                    Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>                  Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

## NOTICE OF LIS PENDENS

TO THE ABOVE-NAMED DEFENDANTS AND RELIEF DEFENDANTS, AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED that the Plaintiffs filed the Complaint (Dkt. No. 1) and as their most recent pleading, filed the Second Amended Complaint (Dkt. No. 366) in this action. The Court previously issued the Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief (the "TRO") (Dkt. No. 12), and thereafter the Preliminary Injunction (the "PI") (Dkt. No. 184), which continues the terms of the TRO and asset freeze and confirms Thomas W. McNamara's appointment as Receiver. Pursuant to the TRO and PI, the Receiver must take possession, custody, and control of all property and assets of the

Receivership Defendants, whatsoever and wheresoever located, which includes the real property described on the attached Exhibit A. Copies of the TRO and PI are attached as Exhibit B.

Dated: May 19, 2025

                                  **HODGSON RUSS LLP**

                                  By:   */s/ James C. Thoman*
                                  James C. Thoman, Esq.
                                  140 Pearl Street, Suite 100
                                  Buffalo, New York 14202
                                  Telephone:  (716) 856-4000
                                  Facsimile:  (716) 849-0349
                                  Email:  jthoman@hodgsonruss.com

                                  **MCNAMARA SMITH LLP**

                                  By:   */s/ Logan D. Smith*
                                  Logan D. Smith  (*Pro Hac Vice*)
                                  Alexander D. Wall (*Pro Hac Vice*)
                                  McNamara Smith LLP
                                  655 West Broadway, Suite 900
                                  San Diego, California 92101
                                  Telephone:  (619) 269-0400
                                  Facsimile:  (619) 269-0401
                                  Email:  lsmith@mcnamarallp.com;
                                  awall@mcnamarallp.com

                                  *Attorneys for Court-appointed Receiver,*
                                  *Thomas W. McNamara*