# EXHIBIT A

**Property Address: 2400 E Maya Palm Dr, Boca Raton, FL 33432**

**Folio No.: 06-43-47-29-10-013-0201**

**Legal Description:**

A PORTION OF LOT 20, TOGETHER WITH THE SOUTH ONE HALF OF LOT 21, ALL IN BLOCK 13, ROYAL PALM YACHT AND COUNTRY CLUB SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 26, PAGES 57 THROUGH 62, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID LOT 20; THENCE N14°00'00"E, ALONG THE EAST RIGHT-OF-WAY LINE OF EAST MAYA PALM DRIVE, A DISTANCE OF 20.17 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE N14°00'00"E ALONG SAID EAST RIGHT-OF-WAY LINE, 44.39 FEET TO A POINT OF A TANGENT CURVE CONCAVE TO THE WEST, HAVING A RADIUS OF 1100.62 FEET; THENCE NORTHERLY 85.44 FEET ALONG SAID CURVE AND SAID EAST RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 04°26'52" TO A POINT WHICH BEARS A RADIAL LINE OF S80°26'52"E; THENCE S80°23'07"E, 127.47 FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF THE INTRACOASTAL WATERWAY; THENCE S06°24'40"W, 140.72 FEET; THENCE N76°00'00"W, 142.36 FEET TO THE POINT OF BEGINNING.

SAID LANDS SITUATE IN PALM BEACH COUNTY, FLORIDA.