UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

        Plaintiffs,

STRATFS, LLC, (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), *et al.*,

        Defendants, and

STRATEGIC ESOP, *et al.*,
        Relief Defendants.

**NOTICE OF APPEAL**

**Case No.: 24-CV-40 (EAW) (MJR)**

---

    **NOTICE IS HEREBY GIVEN** that Two Square Enterprises, Inc., BDC Group, LLC, and Veteris Capital, LLC, designated receivership defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this action on May 22, 2025, at Docket No. 692.

Dated:    Buffalo, New York
           May 29, 2025

                          HAGERTY & BRADY

                          */s/Daniel J. Brady*
                          Daniel J. Brady, Esq.
                          69 Delaware Ave. Suite 1010
                          Buffalo, NY 14202-3875
                          (716) 856-9443 office
                          (716) 856-0511 fax
                          dbrady@hagerty-brady.com
                          Attorneys for Two Square Enterprises, Inc., BDC Group, LLC, and Veteris Capital, LLC