UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

          Plaintiffs,

STRATFS, LLC, (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), *et al.*,

          Defendants, and

STRATEGIC ESOP, *et al.*,
          Relief Defendants.

**Case No.: 24-CV-40 (EAW) (MJR)**

---

## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2025, I electronically filed the foregoing Notice of Appeal on behalf of Two Square Enterprises, Inc., BDC Group, LLC, and Veteris Capital, LLC, designated receivership defendants in the above-named case, using the CM/ECF system, such that electronic or other notification of such filing would be sent to all counsel of record in this case.

                                       s/Daniel J. Brady
                                       DANIEL J. BRADY