UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC<br>FINANCIAL SOLUTIONS, LLC), et al.<br><br>Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**PROPOSED INTERVENORS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) Fed. R. Civ. P. and Local Rule 7.1, Proposed Intervenors, Ice Legal, P.A., Thomas Ice and Ariane Ice state:

**I.      Rule 7.1(a)(1)**

*Identify any parent corporation and any publicly held corporation owning 10% or more of its stock:*

The Defendants state there is no such corporation.

**II.     Rule 7.1(a)(2)**

*In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party:*

Not applicable because jurisdiction in this case is currently based upon federal question jurisdiction.

**III.    Local Rule 7.1**

*In all cases, business organization parties (including corporations, LLCs, and partnerships) must identify any person (including but not limited to members, shareholders, partners, or individuals with direct decision making authority/in leadership positions) whose identities the party has reason to believe may bear on the Court's decision whether to recuse, on motion or sua sponte, including by reason of financial interest in the outcome of the litigation or involvement in the events that form the basis for any claim. Such identification must be made within the timeframe for corporate disclosure statements set forth in Federal Rule of Civil Procedure 7.1(b):*

Ice Legal, P.A. has no reason to believe that the identity of anyone fitting the above description would bear on a recusal decision.

Dated: May 29, 2025

        **Lundergan Legal, LLC**

        */s/ Amanda L. Lundergan*
        Amanda L. Lundergan, Esq.
        Post Office Box 211474
        Royal Palm Beach, FL 33421
        Direct: (561) 779-4126
        Assistant: (561) 629-2643
        Email:  amanda@lunderganlegal.com

        *Attorneys for Proposed Intervenors,*
        *Ice Legal, P.A., Thomas Ice and*
        *Ariane Ice*