UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | 24-CV-40 (EAW) (MJR) |

# NOTICE OF FIDELIS LEGAL SUPPORT SERVICES, LLC, THE BUSH LAKE TRUST, TWO SQUARE ENTERPRISES, INC., BDC GROUP, LLC, AND VETERIS CAPITAL, LLC'S MOTION FOR A STAY PENDING APPEAL

| | |
|---|---|
| Nature of Action: | Enforcement of the Telemarketing and Consumer Fraud and Abuse Prevention Act and the Telemarketing Sales Rule. |
| Movant: | Fidelis Legal Support Services, LLC, The Bush Lake Trust, Two Square Enterprises, Inc., BDC Group, LLC, and Veteris Capital, LLC. |
| Date and Time: | Movants respectfully request a ruling from the Court by June 20, 2025. |
| Place: | Before The Hon. Elizabeth A. Wolford, Chief United States District Judge, United States District Court, Western District of New York, Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614, and/or, The Hon. Michael J. Roemer, United States Magistrate Judge, United States District Court, Western District of New York, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum of Law, dated June 3, 2025. |
| Answering Papers: | Answering papers shall be filed by June 17, 2025, unless the Court orders otherwise. *See* W.D.N.Y. LOCAL R. CIV. P. 7(b)(2)(B). |

| | |
|---|---|
| Reply Papers: | Reply papers shall be filed by June 19, 2025, unless the Court orders otherwise. *See* W.D.N.Y. LOCAL R. CIV. P. 7(b)(2)(B). Movants intend to file a reply by June 18, 2025. |
| Relief Requested: | An order granting a stay pending appeal, or, in the alternative, granting a stay that will expire upon the Second Circuit's consideration and resolution of the Movants' forthcoming motion for a stay pending appeal. |
| Grounds for Relief: | The Movants will suffer irreparable harm absent a stay. |
| Oral Argument: | Not requested. |
| Dated: | Buffalo, New York<br>June 3, 2025 |

By: s/Timothy W. Hoover
    Timothy W. Hoover
    Spencer L. Durland
HOOVER & DURLAND LLP
561 Franklin St.
Buffalo, NY 14202
(716) 800-2600
*thoover@hooverdurland.com*
*sdurland@hooverdurland.com*

Stephen E. Frank (*pro hac vice* pending)
Alex H. Loomis (*pro hac vice* pending)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave., Suite 520
Boston, MA 02199
(617) 712-7100
*stephenfrank@quinnemanuel.com*
*alexloomis@quinnemanuel.com*

Alec A. Levy (*pro hac vice* pending)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538-8000
*aleclevy@quinnemanuel.com*

Michael J. Brady
Daniel J. Brady
HAGERTY & BRADY
69 Delaware Ave., Suite 1010
Buffalo, NY 14202
(716) 856-9443
*mbrady@hagerty-brady.com*
*dbrady@hagerty-brady.com*

*Counsel for Movants*