**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (*f/k/a* STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | Case No.: 1:24-cv-00040-EAW-MJR |

# <u>DESIGNATION OF RECORD ON APPEAL</u>

On May 23, 2025, defendant The Bush Lake Trust through Timothy Miller, Trustee ("Bush Lake"), filed a notice of appeal (Dkt. 696) addressed to the Decision and Order entered on May 22, 2025 (Dkt. 692), designating Bush Lake as a Receivership Defendant.

Pursuant to Second Circuit Local Rule 11.1(a), Bush Lake hereby submits to the district clerk an index of the docket entries in this matter, and respectfully requests that the district clerk forward the index to the circuit clerk. These docket entries, along with the original papers and exhibits filed in the district court and the transcript of proceedings, constitute the record on appeal. *See* Fed. R. App. P. 10(a).

DATED:      Buffalo, New York
            June 6, 2025

                              Respectfully submitted,

                              By: s/Timothy W. Hoover
                                   Timothy W. Hoover
                                   Spencer L. Durland
                              HOOVER & DURLAND LLP
                              561 Franklin St.
                              Buffalo, NY 14202
                              (716) 800-2600
                              *thoover@hooverdurland.com*
                              *sdurland@hooverdurland.com*

                              Stephen E. Frank (*pro hac vice*)
                              Alex H. Loomis (*pro hac vice*)
                              QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP
                              111 Huntington Ave., Suite 520
                              Boston, MA 02199
                              (617) 712-7100
                              *stephenfrank@quinnemanuel.com*
                              *alexloomis@quinnemanuel.com*

                              Alec A. Levy (*pro hac vice*)
                              QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP
                              1300 I St NW, Suite 900
                              Washington, DC 20005
                              (202) 538-8000
                              *aleclevy@quinnemanuel.com*

                              *Counsel for The Bush Lake Trust through
                              Timothy Miller, Trustee*

APPEAL,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:24-cv-00040-EAW-MJR

| | |
|---|---|
| Consumer Financial Protection Bureau et al v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al<br>Assigned to: Hon. Elizabeth A. Wolford<br>Referred to: Hon. Michael J. Roemer<br>Cause: 15:6102 Telemarketing rules | Date Filed: 01/10/2024<br>Jury Demand: Defendant<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Consumer Financial Protection Bureau**          represented by     **Akash R. Desai**
Consumer Financial Protection Bureau (GA)
401 W. Peachtree Street
Suite 3000
Atlanta, GA 30308
681-507-1800
Email: akash.desai@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Sanders**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-377-9846
Email: joseph.sanders@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa Anne Buchko**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-9593
Email: vanessa.buchko@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin L Bateman**
Democracy Forward Foundation
P.O.Box 34553
Washington, DC 20043
202-935-5245
Email: kbateman@democracyforward.org
*TERMINATED: 03/05/2025*

**Monika L. Moore**
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
202-360-5905
Email: monika.moore@cfpb.gov
*TERMINATED: 06/18/2024*

**Nicole Cabanez**
Salahi PC
505 Montgomery St.
11th Floor
San Francisco, CA 94109
786-303-4718
Email: nicole.cabanez@cfpb.gov
*TERMINATED: 03/05/2025*

**Shirley T. Chiu**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-7592
Email: shirley.chiu@cfpb.gov
*TERMINATED: 03/05/2025*

**Plaintiff**

**The People of the State of New York**
*by Letitia James, Attorney General of the State of New York*

represented by **Christopher L. Boyd**
NYS Attorney General's Office
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716-853-8457
Fax: 716-853-8428
Email: christopher.boyd@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Sumner Rados**
Office of the New York State Attorney General (BUF)
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716-853-8485
Email: genevieve.rados1@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**
*ex rel, Philip J. Weiser, Attorney General*

represented by **Kevin J. Burns**
Colorado Department of Law
Consumer Protection Section

1300 Broadway, 6th Floor
6th Floor
Denver, CO 80203
720-508-6110
Email: kevin.burns@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nikolai N. Frant**
Colorado Department of Law
1300 Broadway
6th Floor
Denver, CO 80203
720-508-6111
Fax: 720-508-6040
Email: nikolai.frant@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of Delaware**<br>*ex rel. Kathleen Jennings, Attorney General,*<br>*State of Delaware,* | represented by | **Kevin D. Levitsky**<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>302-683-8810<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Marion M. Quirk**
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
302-683-8810
Email: marion.quirk@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maryanne T. Donaghy**
Delaware Department of Justice
Consumer Protection Unit
820 N. French Street
5th Floor
Wilmington, DE 19801
302-683-8843
Email: maryanne.donaghy@delaware.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The People of the State of Illinois**
*through Attorney General Kwame Raoul,*

represented by **Amanda E. Bacoyanis**
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Ste 26th Floor
Chicago, IL 60601
773-590-7862
Email: amanda.bacoyanis@ilag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Grzeskiewicz**
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Il 60601
312-814-2218
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Charles Davies**
Illinois Attorney General's Office
115 S. LaSalle St
Consumer Fraud - 26th Floor
Chicago, IL 60603
773-590-7807
Email: matthew.davies@ilag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Edelstein**
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
312-814-2218
*TERMINATED: 06/17/2024*
*PRO HAC VICE*

**Plaintiff**

**The State of Minnesota**
*by its Attorney General Keith Ellison,*

represented by **Evan Romanoff**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1200
St. Paul, MN 55101
651-728-4126
Email: evan.romanoff@ag.state.mn.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of North Carolina**
*ex rel. Joshua H. Stein, Attorney General,*

represented by **M. Lynne Weaver**
North Carolina Department of Justice

114 W. Edenton Street
Raleigh, NC 27603
919-716-6000
Fax: 919-716-6050
Email: lweaver@ncdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Wisconsin**                     represented by **Lewis W. Beilin**
                                              Wisconsin Department of Justice
                                              17 West Main Street
                                              Post Office Box 7857
                                              Madison, WI 53707-7857
                                              608-266-3076
                                              Email: beilinlw@doj.state.wi.us
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Stratfs, LLC**                               represented by **Dennis C. Vacco**
*formerly known as*                            Lippes Mathias LLP
Strategic Financial Solutions, LLC             50 Fountain Plaza
                                              Suite 1700
                                              Buffalo, NY 14202
                                              716-853-5100
                                              Fax: 716-853-5199
                                              Email: dvacco@lippes.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Scott S. Allen , Jr.**
                                              Lippes Mathias LLP
                                              50 Fountain Plaza
                                              Suite 1700
                                              Buffalo, NY 14202
                                              716-853-5100
                                              Fax: 716-853-5199
                                              Email: sallen@lippes.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Carmen Alexander Vacco**
                                              Lippes Mathias LLP
                                              50 Fountain Plaza
                                              Suite 1700
                                              Buffalo, NY 14202
                                              716 853-5100
                                              Fax: 716 853-5199

Email: avacco@lippes.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Client Support, LLC**          represented by   **Dennis C. Vacco**
*formerly known as*                                          (See above for address)
Pioneer Client Services, LLC                                 *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Scott S. Allen , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carmen Alexander Vacco**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic CS, LLC**                     represented by   **Dennis C. Vacco**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott S. Allen , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carmen Alexander Vacco**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic FS Buffalo, LLC**             represented by   **Dennis C. Vacco**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott S. Allen , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Svetlana K. Ivy**
                                                           Lippes Mathias LLP
                                                           350 Linden Oaks, Suite 215
                                                           Rochester, NY 14625
                                                           585-770-7590
                                                           Email: sivy@lippes.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carmen Alexander Vacco**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic NYC, LLC**                    represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BCF Capital, LLC**                    represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**T Fin, LLC**                    represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Consulting, LLC**      represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Versara Lending, LLC**      represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Family, Inc.,**      represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Svetlana K. Ivy
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Carmen Alexander Vacco
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anchor Client Services, LLC**                    represented by    **Dennis C. Vacco**
*Now known as*                                                       (See above for address)
CS 1 PAAS Services, LLC                                              *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Svetlana K. Ivy**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Carmen Alexander Vacco**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Bedrock Client Services, LLC**                   represented by    **Dennis C. Vacco**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Svetlana K. Ivy**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Carmen Alexander Vacco**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Boulder Client Services, LLC**                   represented by    **Dennis C. Vacco**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Canyon Client Services, LLC**                    represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carolina Client Services, LLC**                    represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Great Lakes Client Services, LLC**    represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guidestone Client Services, LLC**    represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harbor Client Services, LLC**    represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heartland Client Services, LLC**                represented by      **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monarch Client Services, LLC**                 represented by      **Dennis C. Vacco**
*Now known as*                                                    (See above for address)
CS 2 PAAS Services, LLC                                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newport Client Services, LLC**                 represented by      **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northstar Client Services, LLC**                 represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Option 1 Client Services, LLC**                 represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Pioneer Client Servicing, LLC**          represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Rockwell Client Services, LLC**          represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Royal Client Services, LLC**          represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stonepoint Client Services, LLC**                represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Summit Client Services, LLC**                represented by    **Dennis C. Vacco**
*Now known as*                                    (See above for address)
CS 3 PAAS Services, LLC                            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whitestone Client Services, LLC**                represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Svetlana K. Ivy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Alexander Vacco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Sasson**                    represented by    **Gregory D. Speier**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
609-524-2084
Email: gspeier@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. McCarroll**
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
212-549-0209
Email: jmccarroll@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Kennedy**
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
212-549-4186
Email: jkennedy@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Siev**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-521-5400
Fax: 212-521-5450
Email: jsiev@reedsmith.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jordon W. Siev**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-205-6085
Fax: 212-521-5450
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara T. Gatz**
Reed Smtih LLp
200 South Biscayne Boulevard
Suite 2600
Miami, FL 33131
786-747-0200
Email: lgatz@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maegan Brianne McAdam**
Riley Safer Holmes & Cancila LLP
136 Madison Avenue
6th Floor
New York, NY 10016
212-660-1025
Email: mmcadam@rshc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney Perry**
Riley Safer Holmes & Cancila LLP
1 South Dearbon Street
Suite 2200
Chicago, IL 60603
312-471-8731
Email: rperry@rshc-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
Riley Safer Holmes & Cancila LLP
1 South Dearbon Street
Suite 2200
Chicago, IL 60603
847-738-1505
Email: rsafer@rshc-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-549-0389
Fax: 212-521-5450
Email: claffey@reedsmith.com
*TERMINATED: 01/10/2025*

**Matthew Patrick Kennison**
Kelley Drye & Warren LLP
333 W. Wacker
Ste 26th Floor
Chicago, IL 60606
312-857-2311
Email: mkennison@kelleydrye.com
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**Jason Blust**                 represented by   **Rodney O. Personius**
Personius Melber LLP
350 Main Place Tower
Suite 2100
Buffalo, NY 14202
(716) 855-1050
Fax: 716-855-1052
Email: rop@personiusmelber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-50**
*Unidentified*

**Defendant**

**Daniel Blumkin**              represented by   **Gregory D. Speier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. McCarroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Kennedy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Siev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordon W. Siev**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua A. Naftalis**
Pallas Partners (US) LLP
75 Rockefeller Plaza
New York, NY 10019
212-970-2303
Email: joshua.naftalis@pallasllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara T. Gatz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maegan Brianne McAdam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney Perry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
(See above for address)
*TERMINATED: 01/10/2025*

**Matthew Patrick Kennison**
(See above for address)
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**Albert Ian Behar**                                    represented by    **Gregory P. Photiadis**
                                                                          Duke Holzman Photiadis & Ritter LLP
                                                                          (BUF)
                                                                          701 Seneca Street
                                                                          Suite 750
                                                                          Buffalo, NY 14210
                                                                          716-855-1111
                                                                          Fax: 716-855-0327
                                                                          Email: gpp@dhpglaw.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Gregory D. Speier**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **James C. McCarroll**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **John P. Kennedy**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Jordan W. Siev**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Jordon W. Siev**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Lara T. Gatz**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Maegan Brianne McAdam**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Nicole Kramer Joerg**

Duke Holzman Photiadis & Ritter LLP (BUF)
701 Seneca Street
Suite 750
Buffalo, NY 14210
716-855-1111
Email: njoerg@dukeholzman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney Perry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
(See above for address)
*TERMINATED: 01/10/2025*

**Charles C. Ritter , Jr.**
Duke Holzman Photiadis & Ritter LLP (BUF)
701 Seneca Street
Suite 750
Buffalo, NY 14210
716-855-1111
Fax: 716-855-0327
Email: critter@dukeholzman.com
*TERMINATED: 01/15/2025*

**Matthew Patrick Kennison**
(See above for address)
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**Strategic ESOP**
*Relief Defendant*

represented by **Strategic ESOP**
PRO SE

**Andrew B. Joseph**
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047
973-549-7264
Email: andrew.joseph@dbr.com
*TERMINATED: 07/09/2024*
*LEAD ATTORNEY*

Richard J. Bernard
Faegre Drinker Biddle & Reath LLP (NY)
1177 Avenue of the Americas
41st Floor
New York, NY 10036
212-248-3263
Fax: 212-248-3141
Email: richard.bernard@faegredrinker.com
*TERMINATED: 07/09/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

Richard J. Pearl
Faegre Drinker Biddle & Reath LLP
320 South Canal Street
Suite 3300
Chicago, IL 60606
312-569-1000
*TERMINATED: 07/09/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

**Strategic ESOT**                          represented by **Strategic ESOT**
*Relief Defendant*                                              PRO SE

**Andrew B. Joseph**
(See above for address)
*TERMINATED: 07/09/2024*
*LEAD ATTORNEY*

**Richard J. Bernard**
(See above for address)
*TERMINATED: 07/09/2024*
*LEAD ATTORNEY*

**Defendant**

**Twist Financial, LLC**                    represented by **Gregory D. Speier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. McCarroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Kennedy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan W. Siev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordon W. Siev**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua A. Naftalis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lara T. Gatz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
(See above for address)
*TERMINATED: 01/10/2025*

**Matthew Patrick Kennison**
(See above for address)
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**Duke Enterprises, LLC**                    represented by **Gregory D. Speier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. McCarroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Kennedy**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Siev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordon W. Siev**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara T. Gatz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
(See above for address)
*TERMINATED: 01/10/2025*

**Matthew Patrick Kennison**
(See above for address)
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**Blaise Investments, LLC**                represented by   **Gregory P. Photiadis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D. Speier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. McCarroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Kennedy**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Siev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordon W. Siev**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara T. Gatz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Kramer Joerg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Devin Laffey**
(See above for address)
*TERMINATED: 01/10/2025*

**Charles C. Ritter , Jr.**
(See above for address)
*TERMINATED: 01/15/2025*

**Matthew Patrick Kennison**
(See above for address)
*TERMINATED: 12/23/2024*
*PRO HAC VICE*

**Defendant**

**The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee**
*Relief Defendant*
*TERMINATED: 06/03/2024*

represented by **Evan K. Farber**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
212-407-4018
Fax: 646-619-4728
Email: efarber@loeb.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Noah Weingarten**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
212-407-4000
Email: nweingarten@loeb.com
*ATTORNEY TO BE NOTICED*

**Rodney O. Personius**
(See above for address)
*TERMINATED: 02/22/2024*

**Defendant**

**Jaclyn Blust**                    represented by    **Rodney O. Personius**
*Relief Defendant*                                   (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Lit Def Strategies, LLC**         represented by    **Rodney O. Personius**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Relialit, LLC**                   represented by    **Rodney O. Personius**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelis Legal Support Services, LLC**    represented by    **Alec A. Levy**
                                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                                            1300 I Street NW
                                                            Suite 900
                                                            Washington, DC 20005
                                                            202-538-8321
                                                            Fax: 202-538-8100
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alex H. Loomis**
                                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                                            111 Huntington Ave.
                                                            Suite 520
                                                            Boston, MA 02199
                                                            202-538-8393
                                                            Fax: 617-712-7200
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Spencer Leeds Durland**
Hoover & Durland LLP
561 Franklin Street
Buffalo, NY 14202
716-800-2605
Fax: 716-885-8569
Email: sdurland@hooverdurland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen E. Frank**
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave.
Suite 520
Boston, MA 02199
617-712-7165
Fax: 617-712-7200
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy W. Hoover**
Hoover & Durland LLP
561 Franklin Street
Buffalo, NY 14202
716-800-2604
Fax: 716-885-8569
Email: thoover@hooverdurland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard K Gustafson II**                represented by    **Emily A. Shupe**
Rathje Woodward LLC
300 East Roosevelt Road
Suite 220
Wheaton, IL 60187
630-668-8500
Email: eshupe@rathjelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
Connors LLP
1000 Liberty Building
Buffalo, NY 14202
716-852-5533
Fax: 716-852-5649
Email: tmc@connorsllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
Rathje Woodward LLC
300 East Roosevelt Road
Suite 220
Wheaton, IL 60187
630-668-8500
Fax: 630-668-9218
Email: telliott@rathjelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy F. Burnette**                    represented by **Mark Andrew Molloy**
Nixon Peabody LLP
40 Fountain Plaza
Suite 500
Buffalo, NY 14202
716-853-8100
Fax: 716-283-1380
Email: mmolloy@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina E. Sciocchetti**
Nixon Peabody LLP (Albany)
677 Broadway
10th Floor
Albany, NY 12207
518-427-2677
Fax: 518-275-1664
Email: tsciocchetti@nixonpeabody.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Clayton Rose**
Nixon Peabody LLP (Albany)
677 Broadway
10th Floor
Albany, NY 12207
518-427-2650
Fax: 866-947-0449
Email: acrose@nixonpeabody.com
*TERMINATED: 09/24/2024*

**Defendant**

**Michelle Gallagher**                    represented by **Mark Andrew Molloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina E. Sciocchetti**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Clayton Rose**
(See above for address)
*TERMINATED: 09/24/2024*

**Defendant**

**Hedgewick Consulting, LLC**                    represented by    **Rodney O. Personius**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Cameron Christo**                              represented by    **Spencer Leeds Durland**
*Relief Defendant*                                                 (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Timothy W. Hoover**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**The Bush Lake Trust through Timothy**          represented by    **Spencer Leeds Durland**
**Miller, Trustee**                                                (See above for address)
*Relief Defendant*                                                 *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Timothy W. Hoover**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**The Blust Family 2019 Irrevocable Trust**      represented by    **Evan K. Farber**
**through Paul Hull, Jr., Trustee**                                (See above for address)
*Relief Defendant*                                                 *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Veteris Capital LLC**                          represented by    **Daniel J. Brady**
                                                                   Hagerty & Brady
                                                                   69 Delaware Avenue
                                                                   Suite 1010
                                                                   Buffalo, NY 14202
                                                                   716-856-9443
                                                                   Fax: 716-856-5510
                                                                   Email: dbrady@hagerty-brady.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Michael A. Brady**
Hagerty & Brady
69 Delaware Avenue
Suite 1010
Buffalo, NY 14202
(716) 856-9443
Fax: 716-856-0511
Email: mbrady@hagerty-brady.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

| **Clear Creek Legal, LLC** | represented by | **Andrew M. Debbins** |

Connors LLP
1000 Liberty Building
Buffalo, NY 14202
716-531-8294
Email: amd@connorsllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

| **Credit Advocates Law Firm, LLC** | represented by | **Andrew M. Debbins** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Greenstone Legal Group**                    represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Bradon Ellis Law Firm LLC**                    represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Hailstone Legal Group**                represented by   **Andrew M. Debbins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Emily A. Shupe**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Terrence M. Connors**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Timothy D. Elliott**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Intervenor**</u>

**Hallock and Associates**               represented by   **Andrew M. Debbins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Emily A. Shupe**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Terrence M. Connors**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Timothy D. Elliott**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Intervenor**</u>

**Harbor Legal Group**                   represented by   **Andrew M. Debbins**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Emily A. Shupe**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Anchor Law Firm, PLLC**                represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Bedrock Legal Group**                represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Boulder Legal Group**                    represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Canyon Legal Group, LLC**                    represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Great Lakes Law Firm**      represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Intervenor</u>**

**Heartland Legal Group**      represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Intervenor</u>**

**Level One Law**      represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Meadowbrook Legal Group**          represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Monarch Legal Group**          represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Newport Legal Group, LLC**                represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Northstar Legal Group**                represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Option 1 Legal**                          represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Pioneer Law Firm P.C.**                   represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Rockwell Legal Group**                    represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Spring Legal Group**                  represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Royal Legal Group**                  represented by   **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Slate Legal Group**                represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Stonepoint Legal Group**          represented by    **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**The Law Firm of Derek Williams, LLC**    represented by    **Andrew M. Debbins**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Whitstone Legal Group**                  represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Wyolaw, LLC**                  represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Intervenor**</u>

**Chinn Legal Group, LLC**      represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Intervenor**</u>

**Leigh Legal Group, PLLC**     represented by  **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Hallock & Associates LLC**                    represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Gustafson Consumer Law Group, LLC**          represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Michel Law, LLC**                            represented by **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**The Law Office of Melissa Michel LLC**          represented by     **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Moore Legal Group, LLC**          represented by     **Andrew M. Debbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily A. Shupe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**CIBC Bank USA**                    represented by **Andrew Wilton Berube**
Dykema Gossett PLLC (IL)
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
312-627-2575
Fax: 866-528-2392
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Feld**
Dykema Gossett PLLC (IL)
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
312-627-5680
Email: jfeld@dykema.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan A. Lema**
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Email: rlema@phillipslytle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob S. Sonner**
Phillips Lytle LLP (Buffalo)
One Canalside
125 Main Street
Buffalo, NY 14203-2887
716-847-8400
Fax: 716-852-6100
Email: jsonner@phillipslytle.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Valley National Bank**

represented by **Ryan A. Lema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob S. Sonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**Ice Legal, P.A.**

represented by **Amanda L Lundergan**
Lundergan Legal, LLC
P.O. Box 211474
Royal Palm Beach, FL 33421
561-779-4126
Email: amanda@lunderganlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**Thomas Ice**

represented by **Amanda L Lundergan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**Ariane Ice**

represented by **Amanda L Lundergan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Movant</u>

**The Uniland Partnership of Delaware L.P.**

represented by **Brian D. Gwitt**
Woods Oviatt Gilman LLP (BUF)
50 Fountain Plaza
Suite 320
Buffalo, NY 14202
716-248-3213
Email: bgwitt@woodsoviatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Rosemary Pawlak**
Woods Oviatt Gilman LLP (BUF)
50 Fountain Plaza
Suite 320
Buffalo, NY 14202
716-248-3214
Email: rpawlak@woodsoviatt.com
*ATTORNEY TO BE NOTICED*

**Movant**

**JPMorgan Chase Bank, N.A.**                    represented by  **Stephen Joseph Grable**
                                                                Thompson Coburn Hahn & Hessen LLP
                                                                488 Madison Avenue
                                                                New York, NY 10022
                                                                212-478-7213
                                                                Email: sgrable@hahnhessen.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Zachary G. Newman**
                                                                Thompson Coburn LLP
                                                                488 Madison Avenue
                                                                14 Floor
                                                                New York, NY 10022
                                                                212-478-7435
                                                                Fax: 212-478-7400
                                                                Email: znewman@thompsoncoburn.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Clover Management, Inc.**                      represented by  **Brian D. Gwitt**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Two Square Enterprises, Inc.**                 represented by  **Daniel J. Brady**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael A. Brady**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**BDC Group LLC**                                represented by  **Daniel J. Brady**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael A. Brady**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2024 | 1 | COMPLAINT against All Defendants, filed by The State of North Carolina, The People of the State of New York, Consumer Financial Protection Bureau, The State of |

| | | |
|---|---|---|
| | | Minnesota, State of Colorado, The State of Wisconsin, State of Delaware, The People of the State of Illinois. (Attachments: # 1 Civil Cover Sheet)(TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 2 | EX PARTE MOTION to Seal Case by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order) (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 3 | MOTION for Leave to File Excess Pages by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 4 | MOTION to Appoint Receiver by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (Attachments: # 1 Attachment A) (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 5 | MOTION for Temporary Restraining Order, MOTION to Appoint Receiver, MOTION for Preliminary Injunction by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Declaration) (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 6 | MOTION for Expedited Hearing re 5 MOTION for Temporary Restraining Order MOTION to Appoint Receiver MOTION for Preliminary Injunction by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (Attachments: # 1 Text of Proposed Order) (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 7 | CONSUMER DECLARATIONS filed by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. Main Document is Declaration of B.B. (Attachments: # 1 Declaration of C.E., # 2 Declaration of C.B., # 3 Declaration of D.K., # 4 Declaration of D.S., # 5 Declaration of E.B., # 6 Declaration of E.N., # 7 Declaration of E.S., # 8 Declaration of K.L., # 9 Declaration of M.B., # 10 Declaration of M.B., # 11 Declaration of P.G., # 12 Declaration of P.K., # 13 Declaration of R.D., # 14 Declaration of S.E. Part 1, # 15 Declaration of S.E. Part 2, # 16 Declaration of S.K., # 17 Declaration of S.M., # 18 Declaration of S.M., # 19 Declaration re E.K., # 20 Declaration re J.K., # 21 Declaration re M.S., # 22 Declaration re S.R.)(TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 8 | OTHER DECLARATIONS filed by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. Main Document is Declaration of Romanoff. (Attachments: # 1 Declaration of Cohen, # 2 Declaration of Davis, # 3 Declaration of Weaver, # 4 Declaration of Callahan, # 5 Declaration of Phifer re E.B., # 6 Declaration of Ridder, # 7 Declaration of Hanson, # 8 Declaration of Phifer) (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | | AUTOMATIC REFERRAL to Mediation: the ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(TMK) (Entered: 01/10/2024) |

| | | |
|---|---|---|
| 01/10/2024 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (TMK) (Entered: 01/10/2024) |
| 01/10/2024 | 9 | CONTINUATION OF EXHIBITS by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. filed by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. Main Document is Exhibit 1. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4 Part 1, # 4 Exhibit 4 Part 2, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 Part 1, # 9 Exhibit 8 Part 2, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19 Part 1, # 21 Exhibit 19 Part 2, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25 Part 1, # 28 Exhibit 25 Part 2, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31) (TMK) (Attachment 1 replaced on 1/12/2024) (TMK). (Attachment 13 replaced on 1/12/2024) (TMK). (Attachment 3 replaced on 1/12/2024) (TMK). (Attachment 4 replaced on 1/12/2024) (TMK). (Entered: 01/11/2024) |
| 01/10/2024 | 10 | Summons Issued as to Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Jaclyn Blust, Jason Blust, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, John Does 1-50, Duke Enterprises, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Lit Def Strategies, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Relialit, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Ryan Sasson, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic ESOP, Strategic ESOT, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Twist Financial, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (TMK) (Entered: 01/11/2024) |
| 01/10/2024 | 15 | MOTION to appear pro hac vice for Lewis W. Beilin by The People of the State of New York. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003593. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | 16 | MOTION to appear pro hac vice for Kevin J. Burns by The People of the State of New York.(TMK) (Entered: 01/12/2024) |
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003591. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | 17 | MOTION to appear pro hac vice for Marion Quirk by The People of the State of New York.(TMK) (Entered: 01/12/2024) |
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003590. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | 19 | MOTION to appear pro hac vice for Evan Romanoff by The People of the State of New York. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003588. (TMK) (Entered: 01/12/2024) |

| 01/10/2024 | 20 | MOTION to appear pro hac vice for Margaret Lynne Weaver by The People of the State of New York. (TMK) (Entered: 01/12/2024) |
|---|---|---|
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003589. (TMK) (Entered: 01/12/2024) |
| 01/10/2024 | 21 | MOTION to appear pro hac vice for Amanda E. Bacoyanis by The People of the State of New York.(TMK) (Entered: 01/12/2024) |
| 01/10/2024 | | Pro Hac Vice fee: $ 200.00, receipt number 100003592. (TMK) (Entered: 01/12/2024) |
| 01/11/2024 | 11 | TEXT ORDER GRANTING 3 MOTION for Leave to File Excess Pages filed by The State of North Carolina, State of Delaware, The People of the State of Illinois, The State of Wisconsin, Consumer Financial Protection Bureau, State of Colorado, The People of the State of New York, The State of Minnesota. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/11/2024. (RFI) (Entered: 01/11/2024) |
| 01/11/2024 | 12 | ORDER granting 4 Motion to Appoint Receiver; granting 5 Motion for TRO; granting 5 Motion to Appoint Receiver; granting 6 Motion for Hearing. SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 1/11/2024. Chambers has emailed a copy of this order to Plaintiffs' counsel. (RFI) (Entered: 01/11/2024) |
| 01/11/2024 | 13 | TEXT ORDER GRANTING 2 MOTION to Seal Case filed by The State of North Carolina, State of Delaware, The People of the State of Illinois, The State of Wisconsin, Consumer Financial Protection Bureau, State of Colorado, The People of the State of New York, The State of Minnesota. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/11/2024. (RFI) (Entered: 01/11/2024) |
| 01/11/2024 | 14 | TEXT REFERRAL ORDER (DISPOSITIVE) - Hon. Michael J. Roemer, United States Magistrate Judge, is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), all pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non-dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall also hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/11/2024. Chambers has emailed a copy of this order to Plaintiffs' counsel. (CMD) (Entered: 01/11/2024) |
| 01/11/2024 | | Remark: the short case title input to CM/ECF was incorrectly entered. The Clerk's Office has corrected the case title to Consumer Financial Protection Bureau et al v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al. (LB) (Entered: 01/11/2024) |
| 01/12/2024 | 18 | E-File Notification: re 9 Continuation of Exhibits - Clerk Replaced Exhibits #2, 4, 12 per NYS AG. (TMK) (Entered: 01/12/2024) |
| 01/12/2024 | 22 | TEXT ORDER granting 20 Motion for Margaret Lynne Weaver to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |

| 01/12/2024 | 23 | TEXT ORDER granting 21 Motion for Amanda E. Bacoyanis to appear Pro Hac Vice for The People of New York State. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |
|---|---|---|
| 01/12/2024 | 24 | TEXT ORDER granting 19 Motion for Evan Romanoff, Esq. to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |
| 01/12/2024 | 25 | TEXT ORDER granting 17 Motion for Marion M. Quirk, Esq. to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |
| 01/12/2024 | 26 | Pursuant to the Temporary Restraining Order issued by Judge Vilardo on January 11, 2024 (ECF No. 12) the court-appointed Receiver is entitled to immediate access to Receivership Defendants' premises, and the Receiver is entitled to secure the premises by "changing the locks and alarm codes." (ECF No. 12 at 21.) Therefore, pursuant to Judge Vilardo's order, any landlord of the Receivership Defendants, including SL Green Realty, must permit the Receiver access to the Receivership Defendants' business premises. Issued by Hon. Michael J. Roemer on January 12, 2024. (MLM) (Entered: 01/12/2024) |
| 01/12/2024 | 27 | TEXT ORDER granting 16 Motion for Kevin J. Burns, Esq. to appear Pro Hac Vice for The State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |
| 01/12/2024 | 28 | TEXT ORDER granting 15 Motion for Lewis W. Bellin, Esq. to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/12/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/12/2024) |
| 01/16/2024 | 29 | TEXT ORDER. The Hon. Lawrence J. Vilardo hereby recuses himself in this matter. The Clerk of Court is hereby requested to assign this case to another United States District Judge. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/16/2024. (CMD)<br><br>Clerk to Follow up (Entered: 01/16/2024) |
| 01/16/2024 | 30 | TEXT ORDER. The Clerk is instructed that the case shall be unsealed but the following documents and all accompanying declarations, attachments and exhibits shall **remain under seal 1, 4, 5, 7, 8, 9, 18.** SO ORDERED. Issued by Hon. Michael J. Roemer on 1/16/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/16/2024) |
| 01/16/2024 | 31 | NOTICE of Appearance by Dennis C. Vacco on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, |

| | | LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC (Vacco, Dennis) (Entered: 01/16/2024) |
|---|---|---|
| 01/16/2024 | 32 | NOTICE of Appearance by Scott S. Allen, Jr on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC (Allen, Scott) (Entered: 01/16/2024) |
| 01/16/2024 | 33 | NOTICE of Appearance by Terrence M. Connors on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitestone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC (Connors, Terrence) (Entered: 01/16/2024) |
| 01/16/2024 | 34 | MOTION Motion to Intervene by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group.(Connors, Terrence) Modified on 1/17/2024 to remove a defendant that the attorney doesn't represent (TMK). (Entered: 01/16/2024) |
| 01/16/2024 | 35 | Corporate Disclosure Statement by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Connors, Terrence) Modified on 1/17/2024 to remove a defendant that the attorney doesn't represent (TMK). (Entered: 01/16/2024) |

| 01/16/2024 | 36 | MOTION Dissolve Ex Parte Temporary Restraining Order re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration, # 4 Declaration)(Vacco, Dennis) (Entered: 01/16/2024) |
|---|---|---|
| 01/17/2024 | 37 | NOTICE of Appearance by Genevieve Sumner Rados on behalf of The People of the State of New York (Rados, Genevieve) (Entered: 01/17/2024) |
| 01/17/2024 | | SCHEDULING NOTICE. Scheduling Conference set for 1/18/2024 01:00 PM in via video conference before Hon. Michael J. Roemer. (RAZ) (Entered: 01/17/2024) |
| 01/17/2024 | | Case Reassigned to Hon. John L. Sinatra, Jr. Hon. Lawrence J. Vilardo no longer assigned to the case. Notification to Chambers of on-line civil case opening. (TMK) (Entered: 01/17/2024) |
| 01/17/2024 | 38 | NOTICE of Appearance by Maegan Brianne McAdam on behalf of Albert Ian Behar, Daniel Blumkin, Ryan Sasson (McAdam, Maegan) (Entered: 01/17/2024) |
| 01/17/2024 | 39 | NOTICE: All parties are expected to comply with Judge Sinatra's individual requirements set forth in the "Judges' Info" section of the Court's website. Corporate and LLC parties should pay particular attention to the tab relating to such parties. (KLH) (Entered: 01/17/2024) |
| 01/17/2024 | | E-Filing Notification: re 34 MOTION Motion to Intervene 35 Corporate Disclosure Statement - Modified text on 1/17/2024 to remove a defendant that the attorney doesn't represent (TMK) (Entered: 01/17/2024) |
| 01/17/2024 | 40 | MOTION to appear pro hac vice of Ronald S. Safer ( Filing fee $ 200 receipt number ANYWDC-5082055.) by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # 1 Admission Petition Form, # 2 Admission Sponsor Affidavit, # 3 Attorneys Oath, # 4 Civility Principles and Guidelines Oath, # 5 Attorney Database and Electronic Case Filing Registration Form)(McAdam, Maegan) (Entered: 01/17/2024) |
| 01/17/2024 | | *DUPLICATE ENTRY* SCHEDULING NOTICE. Scheduling Conference set for 1/18/2024 01:00 PM in via video conference before Hon. Michael J. Roemer. (RAZ) (Entered: 01/17/2024) |
| 01/17/2024 | 41 | MOTION to appear pro hac vice of Rodney Perry ( Filing fee $ 200 receipt number ANYWDC-5082113.) by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # 1 Admission Petition Form, # 2 Admission Sponsor Affidavit, # 3 Attorney's Oath, # 4 Civility Principles and Guidelines Oath, # 5 Attorney Database and Electronic Case Filing Registration Form)(McAdam, Maegan) (Entered: 01/17/2024) |
| 01/17/2024 | 42 | NOTICE of Appearance by James C. Thoman on behalf of Thomas McNamara the receiver (Thoman, James) Modified on 1/18/2024 to edit the text (TMK). (Entered: 01/17/2024) |

| 01/18/2024 | 43 | NOTICE Concerning Waiver of Judicial Disqualification: Judge Sinatra is recused in this case because partners at his former law firm, Hodgson Russ, serve as trustees of a defined benefit plan that will pay Judge Sinatra a pension benefit upon retirement. That future pension benefit does not depend on Hodgson Russ for its viability, and investment decisions are made by an independent professional. This disqualification is subject to remittal by the parties: the judge may participate in this case if, in light of this disclosure, the parties and their lawyers have an opportunity to confer outside the presence of the judge, all agree in writing or on the record that the judge should not be disqualified, and the judge is then willing to participate. Any such remittal agreement should be incorporated in the record of the proceeding.<br><br>ACTION REQUIRED: Parties waiving recusal shall mail a letter (sample attached) to the Clerk of Court, US District Court for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202.<br><br><span style="color:red">Clerk to Follow-Up</span> (TMK) (Entered: 01/18/2024) |
| --- | --- | --- |
| 01/18/2024 | 44 | MOTION to appear pro hac vice *of Matthew P. Kennison* ( Filing fee $ 200 receipt number ANYWDC-5083127.) by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # 1 Admission Petition Form, # 2 Admission Sponsor Affidavit, # 3 Civility Principles and Guidelines Oath, # 4 Attorney's Oath, # 5 Attorney Database and Electronic Case Filing Registration Form)(McAdam, Maegan) (Entered: 01/18/2024) |
| 01/18/2024 | | E-Filing Notification: re 42 NOTICE of Appearance - Modified Docket text to reflect that the receiver is being represented. (TMK) (Entered: 01/18/2024) |
| 01/18/2024 | 45 | NOTICE of Appearance by Rodney O. Personius on behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee (Personius, Rodney) (Entered: 01/18/2024) |
| 01/18/2024 | | E-Filing Notification: 41 MOTION to appear pro hac vice *of Rodney Perry* ACTION REQUIRED: Attorneys not admitted to this court are unable to s/ documents as per Administrative Procedure 2(G)(iii). Refile the Attorney Admission Petition under docketing event: Continuation of Exhibits. (DDS) (Entered: 01/18/2024) |
| 01/18/2024 | 46 | TEXT ORDER granting 44 Motion for Matthew Patrick Kennison, Esq. to appear Pro Hac Vice for Albert Ian Behar, Daniel Blumkin, and Ryan Sasson. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/18/2024. (RAZ)<br><br><span style="color:red">Clerk to Follow up</span> (Entered: 01/18/2024) |
| 01/18/2024 | 47 | CONTINUATION OF EXHIBITS by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. to 40 MOTION to appear pro hac vice *of Ronald S. Safer* ( Filing fee $ 200 receipt number ANYWDC-5082055.) *Attorney Admission Petition* filed by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (McAdam, Maegan) (Entered: 01/18/2024) |
| 01/18/2024 | 48 | CONTINUATION OF EXHIBITS by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. to 41 MOTION to appear pro hac vice *of Rodney Perry* ( Filing fee $ 200 receipt number ANYWDC-5082113.) *Attorney Admission Petition* filed by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (McAdam, Maegan) (Entered: 01/18/2024) |
| 01/18/2024 | 49 | MOTION to appear pro hac vice *for Alexander D. Wall, Esq. of McNamara Smith LLP* ( Filing fee $ 200 receipt number ANYWDC-5083844.) by Thomas McNamara. (Attachments: # 1 Declaration of James Thoman in Support of Motion, # 2 Sponsoring Affidavit, # 3 Petition for Attorney Admission, # 4 Attorney Admission Oath, # 5 Civility Principles Oath, # 6 Attorney Database ECF Registration)(Thoman, James) (Entered: 01/18/2024) |

| 01/18/2024 | 50 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances via ZoomGov: **Joseph M. Sanders, Esq. and Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar, **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **James C. Thoman, Esq.** on behalf of Receiver Thomas McNamara. <br><br> Scheduling Conference held on 1/18/2024. Discussions held regarding the TRO now in place, 34 Motion to Intervene and 36 Motion to Dissolve TRO. <br><br> The Court indicated that the third party law firms have shown basis for intervention and will be participating in the evidentiary hearing. An Evidentiary Hearing was set for 2/1/2024 and 2/2/2024 at 9:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. Parties are to submit their witness list and exhibit list to the Court no later than 1/30/2024. The Court will hold 36 Motion to Dissolve in abeyance. (Court Reporter ZoomGov.) (RAZ) <br><br> NOTE: The Court advised parties and listeners that they are strictly prohibited from recording, reproducing or rebroadcasting any part of this hearing in whole or in part in any fashion. Violation of this Court's Order could be deemed a contempt of Court. (Entered: 01/18/2024) |
| 01/18/2024 | 51 | TEXT ORDER. The Clerk is instructed that the following documents and all accompanying declarations, attachments and exhibits shall be UNSEALED: 1, 4, 5, 7, 8, 9, 18. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/18/2024. (RAZ) <br><br> <span style="color:red">Clerk to Follow up</span> (Entered: 01/18/2024) |
| 01/18/2024 | 52 | CONTINUATION OF EXHIBITS to 36 MOTION Dissolve Ex Parte Temporary Restraining Order re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, . (Attachments: # 1 Exhibit to Dkt. 36-4 Gustafson Declaration, # 2 Exhibit to Dkt. 36-4 |

| | | |
|---|---|---|
| | | Gustafson Declaration, # 3 Exhibit to Dkt. 36-4 Gustafson Declaration, # 4 Exhibit to Dkt. 36-4 Gustafson Declaration, # 5 Exhibit to Dkt. 36-4 Gustafson Declaration)(Allen, Scott) (Entered: 01/18/2024) |
| 01/21/2024 | 53 | TEXT ORDER granting 49 Motion for Alexander D. Wall, Esq. to appear Pro Hac Vice for Thomas McNamara. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/21/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/21/2024) |
| 01/21/2024 | 54 | TEXT ORDER granting 40 Motion for Ronald S. Safer, Esq. to appear Pro Hac Vice for for Albert Ian Behar, Daniel Blumkin and Ryan Sasson. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/21/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/21/2024) |
| 01/21/2024 | 55 | TEXT ORDER granting 41 Motion for Rodney Perry, Esq. to appear Pro Hac Vice for for Albert Ian Behar, Daniel Blumkin and Ryan Sasson. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/21/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/21/2024) |
| 01/22/2024 | 56 | STATUS REPORT *Report of Temporary Receiver on Status of Client Services* by Thomas McNamara. (Thoman, James) (Entered: 01/22/2024) |
| 01/22/2024 | 57 | MOTION to Extend TRO re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, by Consumer Financial Protection Bureau. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Moore, Monika) (Entered: 01/22/2024) |
| 01/22/2024 | 58 | MOTION an order allowing certain non-party witnesses to testify remotely by The People of the State of New York. (Attachments: # 1 Memorandum in Support, # 2 Declaration Declaration of David Fox, # 3 Declaration Declaration of Stephen Pavlow)(Rados, Genevieve) (Entered: 01/22/2024) |
| 01/22/2024 | 59 | NOTICE of Appearance by Andrew B. Joseph on behalf of Strategic ESOP (Joseph, Andrew) (Entered: 01/22/2024) |
| 01/22/2024 | 60 | MOTION to appear pro hac vice *Richard J. Bernard* ( Filing fee $ 200 receipt number ANYWDC-5087097.) by Strategic ESOP. (Attachments: # 1 Certificate of Good Standing, # 2 Admission Petition Form, # 3 Sponsoring Affidavit, # 4 Attorney's Oath, # 5 Civility Principles Oath, # 6 Attorney Database and Electronic Case Filing Registration Form)(Joseph, Andrew) (Entered: 01/22/2024) |
| 01/22/2024 | 61 | MOTION to appear pro hac vice *Richard J. Pearl* ( Filing fee $ 200 receipt number ANYWDC-5087103.) by Strategic ESOP. (Attachments: # 1 Certificate of Good Standing - Illinois, # 2 Certificate of Good Standing - EDNY, # 3 Admission Petition Form, # 4 Sponsoring Affidavit, # 5 Attorney's Oath, # 6 Civility Principles and Guidelines Oath, # 7 Attorney Database and Electronic Case Filing Registration Form)(Joseph, Andrew) (Entered: 01/22/2024) |
| 01/22/2024 | 62 | TEXT ORDER. On or before 1/25/2024, defendants shall file a response to plaintiffs' motion for an order allowing certain non-party witnesses to testify remotely 58 . Defendants' response shall indicate whether they seek to offer any remote testimony by witnesses and the reasons why such defense witnesses cannot be present in-person. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/22/2024. (RAZ) (Entered: 01/22/2024) |

| 01/22/2024 | 63 | TEXT ORDER. Any response by defendants to plaintiffs' motion to extend the TRO 57 shall be filed no later than 1/23/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/22/2024. (RAZ) (Entered: 01/22/2024) |
|---|---|---|
| 01/22/2024 | 64 | CONSENT ORDER Regarding Asset Freeze. Signed by Hon. Michael J. Roemer on 1/22/2024. (RAZ) (Entered: 01/22/2024) |
| 01/23/2024 | 65 | NOTICE by Thomas McNamara re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *Notice of Filing Bond of Receiver* (Attachments: # 1 Exhibit A)(Thoman, James) (Entered: 01/23/2024) |
| 01/23/2024 | 66 | TEXT ORDER. In light of the time-sensitive pending motion to extend the TRO (Dkt. 57), and given the pendency of the ongoing recusal-subject-to-remittal process (Dkt. 43), the case is temporarily assigned to Hon. Elizabeth A. Wolford. The resolution of the ongoing recusal-subject-to-remittal process (Dkt. 43) will determine the district judge permanently assigned to this case. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 1/23/2024. (KEF)<br><br>Clerk to Follow up (Entered: 01/23/2024) |
| 01/23/2024 | | Hon. Elizabeth A. Wolford added. Hon. John L. Sinatra, Jr. no longer assigned to case. (LB) (Entered: 01/23/2024) |
| 01/23/2024 | 67 | NOTICE of Appearance by Andrew B. Joseph on behalf of Strategic ESOT (Joseph, Andrew) (Entered: 01/23/2024) |
| 01/23/2024 | | E-Filing Notification: 60 MOTION to appear pro hac vice *Richard J. Bernard* 61 MOTION to appear pro hac vice *Richard J. Pearl* ACTION REQUIRED: Attorneys, not admitted to this Court, are unable to /s/ documents in lieu of a wet signature. Once admitted, their CM/ECF username and password can be used as a signature as per the Administrative Procedures Guide for Electronic Filing 2(G)(iii). Refile all admission documents using Docketing Event: Continuation of Exhibits. (DDS) (Entered: 01/23/2024) |
| 01/23/2024 | 68 | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, |

| | | Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitstone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 . (Attachments: # 1 Text of Proposed Order)(Vacco, Dennis) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 69 | RESPONSE in Support re 36 MOTION Dissolve Ex Parte Temporary Restraining Order re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *Defendants Strategic Employee Stock Ownership Plan's and Strategic Employee Stock Ownership Trust's Statement in Support of Dissolving the Temporary Restraining Order* filed by Strategic ESOP, Strategic ESOT. (Joseph, Andrew) (Entered: 01/23/2024) |
| 01/23/2024 | 70 | DECLARATION signed by James Urbach re 69 Response in Support of Motion, filed by Strategic ESOP, Strategic ESOT *Declaration of James Urbach in Support of Defendants Strategic Employee Stock Ownership Plan's and Strategic Employee Stock Ownership Trust's Statement in Support of Dissolving the Temporary Restraining Order* filed by Strategic ESOP, Strategic ESOT. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Joseph, Andrew) (Entered: 01/23/2024) |
| 01/23/2024 | 71 | RESPONSE in Opposition re 57 MOTION to Extend TRO re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, filed by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (McAdam, Maegan) (Entered: 01/23/2024) |
| 01/23/2024 | 72 | CONTINUATION OF EXHIBITS by Strategic ESOP, Strategic ESOT. to 70 Declaration, *Declaration of James Urbach in Support of Defendants Strategic Employee Stock Ownership Plan's and Strategic Employee Stock Ownership Trust's Statement in Support of Dissolving the Temporary Restraining Order* filed by Strategic ESOP, Strategic ESOT. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Joseph, Andrew) (Entered: 01/23/2024) |
| 01/24/2024 | 73 | TEXT ORDER re 69 Response in Support of Motion filed by Strategic ESOT, Strategic ESOP. Plaintiffs to file a reply no later than 5:00 p.m. on 1/29/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/24/2024. (RAZ) (Entered: 01/24/2024) |
| 01/24/2024 | 74 | Letter filed by Consumer Financial Protection Bureau as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of |

| | | |
|---|---|---|
| | | Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitstone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 *in Opposition to Docket No. 68*. (Attachments: # 1 Exhibit)(Moore, Monika) (Entered: 01/24/2024) |
| 01/24/2024 | 75 | CONTINUATION OF EXHIBITS to 60 MOTION to appear pro hac vice *Richard J. Bernard* ( Filing fee $ 200 receipt number ANYWDC-5087097.) . (Attachments: # 1 Certificate of Good Standing, # 2 Admission Petition Form, # 3 Sponsoring Affidavit, # 4 Attorney's Oath, # 5 Civility Principles Oath, # 6 Attorney Database and Electronic Case Filing Registration Form)(Joseph, Andrew) (Entered: 01/24/2024) |
| 01/24/2024 | 76 | TEXT ORDER granting 60 Motion for Richard J. Bernard, Esq. to appear Pro Hac Vice for Strategic ESOP. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/24/2024. (RAZ)<br><br>*Clerk to Follow up* (Entered: 01/24/2024) |
| 01/24/2024 | 77 | REPORT AND RECOMMENDATION re 57 MOTION to Extend TRO. Signed by Hon. Michael J. Roemer on 1/24/2024. (RAZ) (Entered: 01/24/2024) |
| 01/24/2024 | 78 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances via ZoomGov: **Joseph M. Sanders, Esq. and Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq., Matthew P. Kennison, Esq., Maegan B. McAdam, Esq., and Rodney Perry, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone |

| | | |
|---|---|---|
| | | Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Receiver Thomas W. McNamara.**<br><br>Discovery Hearing held re 68 Letter on 1/24/2024. Discussions held. Parties to submit to the Court no later than 1/29/2024 a joint protective order regarding confidential documents. If parties are unable to agree, they are to submit separate orders for the Court's consideration.<br><br>The Court granted defendants' discovery requests regarding payment processors and the subpoenaing of notaries. The Court denied defendants' request to modify the existing TRO. All other discovery issues resolved. (Court Reporter ZoomGov.) (RAZ)<br><br>NOTE: The Court advised parties and listeners that they are strictly prohibited from recording, reproducing or rebroadcasting any part of this hearing in whole or in part in any fashion. Violation of this Court's Order could be deemed a contempt of Court. (Entered: 01/24/2024) |
| 01/24/2024 | 79 | MOTION to appear pro hac vice *for Matthew Davies* ( Filing fee $ 200 receipt number ANYWDC-5089670.) by The People of the State of New York. (Attachments: # 1 Admission Petition, # 2 Sponsor Affidavit, # 3 Attorney's Oath, # 4 Civility Principles Oath, # 5 Attorney Database Form)(Rados, Genevieve) (Entered: 01/24/2024) |
| 01/25/2024 | 80 | TEXT ORDER declining to adopt the recommendation in the Report and Recommendation ("R&R") entered on January 24, 2024 (Dkt. 77), that the objection period set forth in Fed. R. Civ. P. 72 be waived but otherwise adopting the remaining portions of the R&R, subject to modification upon consideration of any objections. The parties may file objections within 14 days after entry of the R&R. For the reasons set forth in the R&R and the initial Temporary Restraining Order ("TRO") entered on January 11, 2024 (Dkt. 12), and good cause having been shown, the Court extends the TRO until February 8, 2024, at 3:00 p.m., or until further order of the Court, whichever is earlier. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 01/25/2024. (CDH) (Entered: 01/25/2024) |
| 01/25/2024 | 81 | CONTINUATION OF EXHIBITS to 61 MOTION to appear pro hac vice *Richard J. Pearl* ( Filing fee $ 200 receipt number ANYWDC-5087103.) . (Attachments: # 1 Certificate of Good Standing, # 2 Admission Petition Form, # 3 Sponsoring Affidavit, # 4 Attorney's Oath, # 5 Civility Principles Oath, # 6 Attorney Database and Electronic Case Filing Registration Form)(Joseph, Andrew) (Entered: 01/25/2024) |
| 01/25/2024 | 82 | TEXT ORDER granting 61 Motion for Richard J. Pearl, Esq. to appear Pro Hac Vice for Strategic ESOP. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/25/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/25/2024) |
| 01/25/2024 | 83 | TEXT ORDER granting 79 Motion for Matthew Davies, Esq. to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/25/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 01/25/2024) |
| 01/25/2024 | 84 | REPLY/RESPONSE to re 58 MOTION an order allowing certain non-party witnesses to testify remotely *Statement of Defendants Strategic Employee Stock Ownership Plan and Strategic Employee Stock Ownership Trust Regarding Non-Party Remote Testimony* filed by Strategic ESOP, Strategic ESOT. (Joseph, Andrew) (Entered: 01/25/2024) |

| 01/25/2024 | 85 | Emergency MOTION Emergency Motion for the Release of Funds to Pay Pre-Receivership Payroll Expenses by Thomas McNamara. (Attachments: # 1 Declaration Declaration in Support of Emergency Motion, # 2 Text of Proposed Order Proposed Order)(Thoman, James) (Entered: 01/25/2024) |
|---|---|---|
| 01/26/2024 | 86 | NOTICE of Appearance by Shirley T. Chiu on behalf of Consumer Financial Protection Bureau (Chiu, Shirley) (Entered: 01/26/2024) |
| 01/26/2024 | 87 | ORDER granting 85 Motion for the Release of Funds to Pay Pre-Receivership Payroll Expenses. Signed by Hon. Michael J. Roemer on 1/26/2024. (RAZ) (Entered: 01/26/2024) |
| 01/26/2024 | 88 | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitestone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 . (Vacco, Dennis) (Entered: 01/26/2024) |
| 01/26/2024 | 89 | MOTION to appear pro hac vice for Logan D. Smith, Esq. of McNamara Smith LLP ( Filing fee $ 200 receipt number ANYWDC-5091437.) by Thomas McNamara. (Attachments: # 1 Declaration Declaration of James C. Thoman in Support of Motion to Appear Pro Hac Vice, # 2 Sponsoring Affidavit of James C. Thoman in Support of Motion to Appear Pro Hac Vice, # 3 Petition of Logan D. Smith to Appear Pro Hac Vice, # 4 Attorney Admission Oath of Logan D. Smith, # 5 Civility Principles Oath of Logan D. Smith, # 6 ECF Registration Form)(Thoman, James) (Entered: 01/26/2024) |

| | | |
|---|---|---|
| 01/26/2024 | 90 | TEXT ORDER re 88 Letter filed by Boulder Client Services, LLC, Strategic NYC, LLC, Strategic Family, Inc., Strategic CS, LLC, Stonepoint Client Services, LLC, Rockwell Client Services, LLC, Heartland Client Services, LLC, Option 1 Client Services, LLC, Strategic Client Support, LLC, Royal Client Services, LLC, Anchor Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Harbor Client Services, LLC, Stratfs, LLC, Great Lakes Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Northstar Client Services, LLC, Monarch Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Newport Client Services, LLC, Strategic FS Buffalo, LLC, Carolina Client Services, LLC, Pioneer Client Servicing, LLC, Guidestone Client Services, LLC, Bedrock Client Services, LLC, Canyon Client Services, LLC. <br><br> Plaintiffs' Responses due by **3:00 p.m. (TODAY) 1/26/2024.** SO ORDERED. Issued by Hon. Michael J. Roemer on 1/26/2024. (RAZ) (Entered: 01/26/2024) |
| 01/26/2024 | 91 | NOTICE of Appearance by Carmen Alexander Vacco on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC (Vacco, Carmen) (Entered: 01/26/2024) |
| 01/26/2024 | 92 | REPLY/RESPONSE to re 88 Letter,,,,,,,,,,, filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 01/26/2024) |
| 01/26/2024 | 93 | MOTION An order to present remote testimony of Wendy Muchman by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Harbor Legal Group, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration) (Connors, Terrence) (Entered: 01/26/2024) |
| 01/26/2024 | 94 | TEXT ORDER. If the parties are unable to agree on a protective order for the exchange of unredacted consumer declarations prior to the 1/29/2024 discovery conference, the parties are to submit separate orders for the Court's consideration prior to the conference. <br><br> On or before 9:00 a.m. on 1/29/2024, plaintiffs are instructed to provide case law in support of their position that their communications with notaries and/or other third parties regarding presentations to consumers or other conduct alleged in this lawsuit is subject to work-product protection or is otherwise privileged. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/26/2024. (RAZ) (Entered: 01/26/2024) |
| 01/28/2024 | 95 | MEMORANDUM in Opposition re 93 MOTION An order to present remote testimony of Wendy Muchman filed by Consumer Financial Protection Bureau. (Attachments: # 1 Exhibit)(Moore, Monika) (Entered: 01/28/2024) |

| 01/28/2024 | [96] | REPLY/RESPONSE to re 94 Text Order,, *Letter with case law in support of work product privilege* filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 01/28/2024) |
|---|---|---|
| 01/29/2024 | 97 | TEXT ORDER granting [89] Motion for Logan D. Smith, Esq. to appear Pro Hac Vice for Thomas McNamara. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/29/2024. (RAZ)<br><br><span style="color:red">Clerk to Follow up</span> (Entered: 01/29/2024) |
| 01/29/2024 | 98 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances via ZoomGov: **Joseph M. Sanders, Esq., Monika L. Moore, Esq. and Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.<br><br>Discovery Hearing held on 1/29/2024 re [88] Letter. Discussions held. Protective Order as to consumer declarations shall be submitted to the Court for signature upon conclusion of this hearing. Other discovery requests were denied as they are not relevant to the issues in front of the Court at this time. The Court advised such requests can be addressed at a later proceeding if necessary.<br><br>The Court addressed defendants' [93] Motion for an order to present remote testimony of Wendy Muchman. After consideration, the Court denied such motion. (Court Reporter ZoomGov.) (RAZ)<br><br>NOTE: The Court advised parties and listeners that they are strictly prohibited from recording, reproducing or rebroadcasting any part of this hearing in whole or in part in any fashion. Violation of this Court's Order could be deemed a contempt of Court. (Entered: 01/29/2024) |

| 01/29/2024 | 99 | Corporate Disclosure Statement by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Vacco, Dennis) (Entered: 01/29/2024) |
|---|---|---|
| 01/29/2024 | 100 | STIPULATED PROTECTIVE ORDER. Signed by Hon. Michael J. Roemer on 1/29/2024. (RAZ) (Entered: 01/29/2024) |
| 01/29/2024 | 101 | RESPONSE in Opposition re 36 MOTION Dissolve Ex Parte Temporary Restraining Order re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *Plaintiffs' Opposition to Strategic ESOP and ESOT's Statement in Support of Dissolving the TRO* filed by The State of Wisconsin. (Beilin, Lewis) (Entered: 01/29/2024) |
| 01/29/2024 | 102 | MOTION Motion to Modify Temporary Restraining Order to Remove Strategic ESOP and Strategic ESOT as Receivership Defendants and Relief Defendants by Thomas McNamara. (Attachments: # 1 Declaration of Thomas W. McNamara in Support of Motion, # 2 Exhibit A to Declaration of Thomas W. McNamara in Support of Motion, # 3 Text of Proposed Order Proposed Order)(Thoman, James) (Entered: 01/29/2024) |
| 01/29/2024 | 103 | Letter filed by The People of the State of New York as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitstone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 *regarding Remote Witnesses*. (Rados, Genevieve) (Entered: 01/29/2024) |
| 01/30/2024 | 104 | Letter filed by Strategic ESOP, Strategic ESOT as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client |

| | | |
|---|---|---|
| | | Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitstone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 *Requesting Remote Appearance at February 1-2, 2024 Hearing*. (Joseph, Andrew) (Entered: 01/30/2024) |
| 01/30/2024 | 105 | TEXT ORDER denying 104 Letter request to appear remotely at the February 1-2, 2024 hearing. All parties are to appear in person with the exception of specified witnesses. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/30/2024. (RAZ) (Entered: 01/30/2024) |
| 01/30/2024 | 106 | ORDER Modifying TRO to Remove STRATEGIC ESOP AND STRATEGIC ESOT as Receivership Defendants and Relief Defendants 102 . Signed by Hon. Michael J. Roemer on 1/30/2024. (RAZ) (Entered: 01/30/2024) |
| 01/30/2024 | 107 | Letter filed by Daniel Blumkin, Ryan Sasson, Albert Ian Behar as to Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, Bradon Ellis Law Firm LLC, BCF Capital, LLC, Daniel Blumkin, Stonepoint Legal Group, Guidestone Client Services, LLC, Hallock and Associates, The Law Firm of Derek Williams, LLC, Michel Law, LLC, Meadowbrook Legal Group, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Twist Financial, LLC, Level One Law, Heartland Client Services, LLC, Blaise Investments, LLC, Harbor Legal Group, Spring Legal Group, Ryan Sasson, Strategic NYC, LLC, Jaclyn Blust, Albert Ian Behar, Versara Lending, LLC, Gustafson Consumer Law Group, LLC, Royal Legal Group, Relialit, LLC, Rockwell Legal Group, Hallock & Associates LLC, T Fin, LLC, The Law Office of Melissa Michel LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Northstar Legal Group, Whitestone Client Services, LLC, Heartland Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Strategic FS Buffalo, LLC, Duke Enterprises, LLC, Canyon Client Services, LLC, Option 1 Legal, Great Lakes Law Firm, Lit Def Strategies, LLC, Boulder Legal Group, Leigh Legal Group, PLLC, Jason Blust, Canyon Legal Group, LLC, Bedrock Client Services, LLC, Newport Legal Group, LLC, Strategic ESOP, Boulder Client Services, LLC, Strategic CS, LLC, Hailstone Legal Group, Whitstone Legal Group, Credit Advocates Law Firm, LLC, Royal Client Services, LLC, Greenstone Legal Group, |

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | Stratfs, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Monarch Legal Group, Strategic ESOT, Summit Client Services, LLC, Bedrock Legal Group, Moore Legal Group, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC, John Does 1-50 . (McAdam, Maegan) (Entered: 01/30/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 01/30/2024 | 108   | Witness List by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 01/30/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 01/30/2024 | 109   | Exhibit List by Consumer Financial Protection Bureau.. (Sanders, Joseph) (Entered: 01/30/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 01/30/2024 | 110   | Witness List by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (McAdam, Maegan) (Entered: 01/30/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 01/30/2024 | 111   | Exhibit List by Albert Ian Behar, Daniel Blumkin, Ryan Sasson.. (McAdam, Maegan) (Entered: 01/30/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 01/31/2024 | 112   | MOTION to Seal *Ex Parte Motion to Seal Certain Exhibits to Receiver's Report Under Seal* by Thomas McNamara. (Attachments: # 1 Memorandum in Support Memorandum of Law in Support of Ex Parte Motion to Seal, # 2 Text of Proposed Order Proposed Order on Ex Parte Motion to Seal)(Thoman, James) (Entered: 01/31/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 01/31/2024 | 113   | TEXT ORDER granting 107 Letter request to extend time to 3/4/2024 for defendants and relief defendants to respond to the Complaint. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/31/2024. (RAZ) (Entered: 01/31/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 01/31/2024 | 114   | TEXT ORDER granting 112 Ex Parte Motion to Seal Certain Exhibits to Receiver's Report by Thomas McNamara. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/31/2024. (RAZ) (Entered: 01/31/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 01/31/2024 | 115   | NOTICE by Thomas McNamara *Notice of Preliminary Report of Temporary Receiver* (Attachments: # 1 Exhibit A - Receiver's Preliminary Report, # 2 Appendix to Receiver's Preliminary Report, # 3 Exhibit 1 to Receiver's Preliminary Report, # 4 Exhibit 2 to Receiver's Preliminary Report, # 5 Exhibit 3 to Receiver's Preliminary Report, # 6 Exhibit 4 [SEALED] to Receiver's Preliminary Report, # 7 Exhibit 5 to Receiver's Preliminary Report, # 8 Exhibit 6 [SEALED] to Receiver's Preliminary Report, # 9 Exhibit 7 [SEALED] to Receiver's Preliminary Report, # 10 Exhibit 8 to Receiver's Preliminary Report, # 11 Exhibit 9 [SEALED] to Receiver's Preliminary Report, # 12 Exhibit 10 [SEALED] to Receiver's Preliminary Report, # 13 Exhibit 11 to Receiver's Preliminary Report, # 14 Exhibit 12 to Receiver's Preliminary Report, # 15 Exhibit 13 to Receiver's Preliminary Report, # 16 Exhibit 14 to Receiver's Preliminary Report, # 17 Exhibit 15 to Receiver's Preliminary Report, # 18 Exhibit 16 [SEALED] to Receiver's Preliminary Report, # 19 Exhibit 17 [SEALED] to Receiver's Preliminary Report, # 20 Exhibit 18 to Receiver's Preliminary Report)(Thoman, James) (Entered: 01/31/2024) |
| 01/31/2024 | 116   | CONTINUATION OF EXHIBITS to 115 Notice (Other),,,,, *Notice of Preliminary Report of Temporary Receiver*. (Attachments: # 1 Exhibit 20 to Receiver's Preliminary Report, # 2 Exhibit 21 to Receiver's Preliminary Report, # 3 Exhibit 22 to Receiver's Preliminary Report, # 4 Exhibit 23 to Receiver's Preliminary Report, # 5 Exhibit 24 to Receiver's Preliminary Report, # 6 Exhibit 25 to Receiver's Preliminary Report, # 7 Exhibit 26 to Receiver's Preliminary Report, # 8 Exhibit 27 to Receiver's Preliminary Report, # 9 Exhibit 28 to Receiver's Preliminary Report, # 10 Exhibit 29 [SEALED] to Receiver's Preliminary Report)(Thoman, James) (Entered: 01/31/2024)                                                                                                                                                                                                                                                                                                              |
| 01/31/2024 | 117   | Witness List by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (McAdam, Maegan) (Entered: 01/31/2024)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |

| | | |
|---|---|---|
| 01/31/2024 | 118 | MOTION for Leave to File *Pre-Hearing Brief* by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # 1 Exhibit A - Defendants' Pre-Hearing Brief)(McAdam, Maegan) (Entered: 01/31/2024) |
| 02/01/2024 | 119 | Sealed Document: Exhibit 4,6,7,9,10,16,17 and 29 to 115 Receiver's Report (CGJ) (Entered: 02/01/2024) |
| 02/01/2024 | 120 | CONTINUATION OF EXHIBITS to 115 Notice (Other),,,,,, 116 Continuation of Exhibits,, *Addendum to Exhibit 29 [SEALED] to Receiver's Preliminary Report.* (Thoman, James) (Entered: 02/01/2024) |
| 02/01/2024 | 129 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq., Vanessa A. Buchko, Esq. and Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Lewis W. Beilin, Esq.** on behalf of The State of Wisconsin; **Dennis C. Vacco, Esq. and Scott S. Allen, Jr, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq., Maegan B. McAdam, Esq., Matthew P. Kennison, Esq. and Rodney Perry, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Reliablit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Richard J. Pearl, Esq.** on behalf of Strategic ESOP; **Thomas W. McNamara, Receiver; James C. Thoman, Esq.** representing Receiver Thomas W. McNamara. Evidentiary Hearing held on 2/1/2024. Defense witnesses: Lisa Munyon, Michael Thurman, Heather Lyon, Richard Gustafson, II, Joanna Hughes, Mary Lynn Clark and Greg Regan. The parties stipulated that all plaintiff and defendant exhibits will be entered into evidence. Continued Evidentiary Hearing set for 2/2/2024 at 9:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. The Court addressed the upcoming briefing schedule upon the conclusion of the hearing. Daily transcripts will be ordered. Post-hearing briefs shall be filed no later than 12:00 AM on 2/5/2024. Oral Argument set for 2/6/2024 2:00 PM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter Susan M. Ryckman.) (RAZ) Modified on 2/5/2024 (RAZ). (Entered: 02/05/2024) |

| 02/02/2024 | 121 | Exhibit List , *First Amended* by Consumer Financial Protection Bureau.. (Sanders, Joseph) (Entered: 02/02/2024) |
|---|---|---|
| 02/02/2024 | 122 | TEXT ORDER. The recusal-subject-to-remittal process having concluded without all parties consenting to have the matter heard by Judge Sinatra, this matter shall remain assigned to the undersigned.<br><br>The parties are highly encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case by the assigned magistrate judge. In particular, the parties may consent to have just the pending motion for a preliminary injunction resolved by the assigned magistrate judge (who is presiding over the preliminary injunction hearing). Particularly with a motion seeking expedited relief where the parties have the right to immediately pursue an appeal, *see* 28 U.S.C. § 1292(a)(1) (providing for immediate appeal of "[i]nterlocutory orders of the district courts of the United States... granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions"), efficiency considerations strongly favor consent to magistrate judge jurisdiction for resolution of the preliminary injunction motion under the circumstances of this case, so as to avoid additional delays that will necessarily occur through the objection process applicable to any report and recommendation. Consent forms may be found on the Court's website at https://www.nywd.uscourts.gov/forms-3. No adverse substantive consequences will result should the parties choose not to consent. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/02/2024. (CDH) (Entered: 02/02/2024) |
| 02/02/2024 | 123 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Evidentiary Hearing held on 2/1/2024, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Susan M. Ryckman, 585-343-8612. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 2/23/2024. Redacted Transcript Deadline set for 3/4/2024. Release of Transcript Restriction set for 5/2/2024. (CGJ) (Entered: 02/02/2024) |
| 02/02/2024 | 130 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq., Vanessa A. Buchko, Esq. and Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Lewis W. Beilin, Esq.** on behalf of The State of Wisconsin; **Dennis C. Vacco, Esq. and Scott S. Allen, Jr, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq., Maegan B. McAdam, Esq., Matthew P. Kennison, Esq. and Rodney Perry, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland |

| | | Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Richard J. Bernard, Esq.** on behalf of Strategic ESOP; **Thomas W. McNamara, Receiver.**<br><br>Continued Evidentiary Hearing held on 2/2/2024. Plaintiff witnesses: Ruth Brooks-Ward, John Accardo, Christopher Elkins, Anne Barsch, Carly Richardson, Stephen Loft and Patrick Callahan. Hearing concluded. The Court reminded parties of the briefing schedule put in place at the 2/1/2024 hearing. (Court Reporter Karen J. Clark.) (RAZ) Modified on 2/5/2024 (RAZ). (Entered: 02/05/2024) |
|---|---|---|
| 02/04/2024 | [124](#) | Letter filed by Daniel Blumkin, Ryan Sasson, Albert Ian Behar . (Kennison, Matthew) (Entered: 02/04/2024) |
| 02/05/2024 | [125](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Discovery Hearing held on January 24, 2024, before Judge Michael J. Roemer. Transcriber Diane S. Martens, dimartens55@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/26/2024. Redacted Transcript Deadline set for 3/7/2024. Release of Transcript Restriction set for 5/6/2024. (DSM) (Entered: 02/05/2024) |
| 02/05/2024 | [126](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Discovery Hearing held on January 29, 2024, before Judge Michael J. Roemer. Transcriber Diane S. Martens, dimartens55@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/26/2024. Redacted Transcript Deadline set for 3/7/2024. Release of Transcript Restriction set for 5/6/2024. (DSM) (Entered: 02/05/2024) |
| 02/05/2024 | [127](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (SCHEDULING CONFERENCE) held on 01/18/2024, before MAGISTRATE JUDGE MICHAEL J. ROEMER. Transcriber Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/26/2024. Redacted Transcript Deadline set for 3/7/2024. Release of Transcript Restriction set for 5/6/2024. (KJC) (Entered: 02/05/2024) |
| 02/05/2024 | [128](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (CONTINUATION OF EVIDENTIARY HEARING) held on 02/02/2024, before MAGISTRATE JUDGE MICHAEL J. ROEMER. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/26/2024. Redacted Transcript Deadline set for 3/7/2024. Release of Transcript Restriction set for 5/6/2024. (KJC) (Entered: 02/05/2024) |
| 02/05/2024 | [131](#) | Emergency MOTION Emergency Motion to Pay February Employee Benefit Insurance Premiums for All Employees of the Corporate Defendants and Notice of Supplement to Preliminary Report of Temporary Receiver re [116](#) Continuation of Exhibits,, [115](#) Notice (Other),,,,, [120](#) Continuation of Exhibits by Thomas McNamara. (Attachments: # [1](#) Emergency Motion to Pay February Employee Benefit Insurance Premiums for All |

| | | Employees of the Corporate Defendants and Notice of Supplement to Preliminary Report of Temporary Receiver, # 2 Text of Proposed Order Proposed Order)(Thoman, James) (Entered: 02/05/2024) |
|---|---|---|
| 02/05/2024 | 132 | TEXT ORDER. A revised briefing schedule has been put in place upon agreement of all parties. Post-hearing briefs shall be filed no later than 12:00 AM on 2/6/2024. Oral Argument is scheduled for 2/7/2024 02:00 PM in the **Erie Courtroom, 9th Floor West,** 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. Pursuant to discussions held by the parties and the Court at the conclusion of 2/2/2024 hearing, the TRO in place shall be extended to 2/9/2024 at 3:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/5/2024. (RAZ) (Entered: 02/05/2024) |
| 02/05/2024 | 133 | AMENDED TEXT ORDER. A revised briefing schedule has been put in place upon agreement of all parties. Post-hearing briefs shall be filed no later than **11:59 PM** on 2/6/2024. Oral Argument is scheduled for 2/7/2024 02:00 PM in the **Erie Courtroom, 9th Floor West,** 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. Pursuant to discussions held by the parties and the Court at the conclusion of 2/2/2024 hearing, the TRO in place shall be extended to 2/9/2024 at 3:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/5/2024. (RAZ) (Entered: 02/05/2024) |
| 02/05/2024 | 134 | ORDER Authorizing the Temporary Receiver to Pay February 2024 Employee Benefit Insurance Premiums for All Employees of the Corporate Defendants 131 . Signed by Hon. Michael J. Roemer on 2/5/2024. (RAZ) (Entered: 02/05/2024) |
| 02/06/2024 | 135 | REPLY/RESPONSE to re 124 Letter, 115 Notice (Other),,,,, 131 Emergency MOTION Emergency Motion to Pay February Employee Benefit Insurance Premiums for All Employees of the Corporate Defendants and Notice of Supplement to Preliminary Report of Temporary Receiver re 116 Continuation of Exhibits,, 115 Notic, 120 Continuation of Exhibits, 116 Continuation of Exhibits,, *Receiver's Reply to Defendants' Response to the Preliminary Report* filed by Thomas McNamara. (Attachments: # 1 Exhibit A)(Thoman, James) (Entered: 02/06/2024) |
| 02/06/2024 | 136 | RESPONSE in Opposition re 57 MOTION to Extend TRO re 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *Defendants Strategic Employee Stock Ownership Plan and Strategic Employee Stock Ownership Trust Statement in Opposition to a Continuing Injunction* filed by Strategic ESOP, Strategic ESOT. (Joseph, Andrew) (Entered: 02/06/2024) |
| 02/06/2024 | 137 | Proposed Findings of Fact by Ryan Sasson. (Kennison, Matthew) (Entered: 02/06/2024) |
| 02/06/2024 | 138 | MEMORANDUM/BRIEF *Post-Hearing Brief* by The People of the State of New York. (Attachments: # 1 Declaration Karen Davis, # 2 Declaration Joshua Lewis, # 3 Declaration Jennifer Terranova)(Boyd, Christopher) (Entered: 02/06/2024) |
| 02/06/2024 | 139 | Proposed Findings of Fact by The People of the State of New York. (Attachments: # 1 Text of Proposed Order Proposed Preliminary Injunction)(Boyd, Christopher) (Entered: 02/06/2024) |
| 02/07/2024 | 140 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq. and Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, |

Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq. and Maegan B. McAdam, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; Richard J. Bernard, Esq. on behalf of Strategic ESOP; **Thomas W. McNamara, Receiver**; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Oral Argument held on 2/7/2024 re 5 MOTION for Preliminary Injunction by Consumer Financial Protection Bureau, State of Colorado, State of Delaware, The People of the State of Illinois, The People of the State of New York, The State of Minnesota, The State of North Carolina, The State of Wisconsin. The Court allowed additional briefing to be filed no later than 12:00 PM 2/8/2024 and not to exceed three (3) pages in length. The Court considered the matter submitted for Report and Recommendation. (Court Reporter Bonnie S. Weber.) (RAZ) Modified on 2/8/2024 (RAZ). (Entered: 02/08/2024)

| 02/08/2024 | 141 | Letter filed by Consumer Financial Protection Bureau *Identifying Portions of Defendants' Findings of Fact With Which Plaintiffs Disagree.* (Moore, Monika) (Entered: 02/08/2024) |
| 02/08/2024 | 142 | Letter filed by Daniel Blumkin, Ryan Sasson, Albert Ian Behar *on behalf of all Defendants and Intervenors Responding to Plaintiffs' Findings of Fact.* (Kennison, Matthew) (Entered: 02/08/2024) |
| 02/08/2024 | 143 | Letter filed by Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Slate Legal Group, Pioneer Law Firm P.C., Anchor Law Firm, PLLC, Level One Law, Harbor Legal Group, Spring Legal Group, Gustafson Consumer Law Group, LLC, Royal Legal Group, Hallock & Associates LLC, The Law Office of Melissa Michel LLC, Northstar Legal Group, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Option 1 Legal, Canyon Legal Group, LLC, Newport Legal Group, LLC, Hailstone Legal Group, Whitestone Legal Group, Greenstone Legal Group, Monarch Legal Group, Bedrock Legal Group, Moore Legal Group, LLC *Responding to Proposed Preliminary Injunction.* (Connors, Terrence) (Entered: 02/08/2024) |
| 02/08/2024 | 144 | TEXT ORDER. No party having filed objections to the Report and Recommendation filed on January 24, 2024 (Dkt. 77), recommending that the Temporary Restraining Order ("TRO") be extended until February 8, 2024, at 3:00 p.m., and the 14-day objection period having expired, the Court hereby adopts the Report and Recommendation in its entirety for the reasons set forth therein. Upon the consent of the parties (*see* Dkt. 133), the Court further extends the TRO, as modified on January 30, 2024 (*see* Dkt. 106), to Friday, February 9, 2024, at 3:00 p.m. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/08/2024. (CDH) (Entered: 02/08/2024) |

| | | |
|---|---|---|
| 02/09/2024 | 145 | TEXT ORDER. Following a teleconference with the parties and Chief Judge Elizabeth A. Wolford on 2/9/2024, the parties confirmed that the TRO currently in affect is now extended to 2/14/2024 at 3:00 PM, on consent.<br><br>Chief Judge Wolford scheduled a Status Conference for 2/13/2024 10:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY. Anyone requesting to appear by telephone must do so by 12:00 PM on 2/12/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/9/2024. (RAZ) (Entered: 02/09/2024) |
| 02/09/2024 | 146 | TEXT ORDER. Upon the consent of the parties and for the reasons discussed on the record on February 9, 2024, the as-modified Temporary Restraining Order currently in place in this matter is extended to Wednesday, February 14, 2024, at 3:00 p.m. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/09/2024. (CDH) (Entered: 02/09/2024) |
| 02/09/2024 | 147 | NOTICE by Consumer Financial Protection Bureau (Chiu, Shirley) Modified on 2/9/2024 (TMK). (Entered: 02/09/2024) |
| 02/09/2024 | | E-Filing Notification: re 147 NOTICE - Clerk removed Document filed by attorney in error. (TMK) (Entered: 02/09/2024) |
| 02/09/2024 | 148 | Letter filed by Thomas McNamara *February 9, 2024 letter to Hon. E. Wolford Requesting Telephonic Appearance by Thomas McNamara*. (Thoman, James) (Entered: 02/09/2024) |
| 02/09/2024 | 149 | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC . (Vacco, Dennis) (Entered: 02/09/2024) |
| 02/11/2024 | 150 | REPLY/RESPONSE to re 149 Letter,,, *Receiver's Reply to Defendants' Letter Submission Dated February 9, 2024* filed by Thomas McNamara. (Thoman, James) (Entered: 02/11/2024) |
| 02/12/2024 | 151 | Letter filed by Consumer Financial Protection Bureau *Requesting To Appear By Telephone at 2/13 Hearing*. (Moore, Monika) (Entered: 02/12/2024) |
| 02/12/2024 | 152 | Letter filed by The State of Wisconsin *Letter to Judge Wolford requesting appearance by telephone at status conference*. (Beilin, Lewis) (Entered: 02/12/2024) |
| 02/12/2024 | 153 | Letter filed by Strategic ESOP, Strategic ESOT *Requesting to Appear by Telephone at February 13, 2024 Status Conference*. (Bernard, Richard) (Entered: 02/12/2024) |
| 02/12/2024 | 154 | Letter filed by Daniel Blumkin, Ryan Sasson, Albert Ian Behar *Requesting to Appear by Telephone at February 13, 2024 Status Conference*. (McAdam, Maegan) (Entered: 02/12/2024) |
| 02/12/2024 | 155 | TEXT ORDER. The Court hereby grants the parties' requests (*see* Dkt. 148; Dkt. 151; Dkt. 152; Dkt. 153; Dkt. 154) to appear by telephone at the February 13, 2024 status conference. Based on the letters received by the Court, the following individuals are granted permission to appear by telephone: Thomas W. McNamara, the court-appointed receiver; on behalf of Plaintiff the Consumer Financial Protection Bureau, Vanessa Buchko, Joseph Sanders, Monika Moore, and Shirley Chiu; on behalf of Plaintiff the |

State of Wisconsin, Lewis W. Beilin; on behalf of Relief Defendants Strategic ESOT and Strategic ESOP, Richard J. Bernard; and on behalf of Defendant Ryan Sasson and Relief Defendants Daniel Blumkin and Albert Ian Behar, Maegan McAdam, Ronald Safer, Matthew Kennison, and Rodney Perry.

Only the parties and attorneys referenced herein may appear by telephone, and they shall contact the undersigned's courtroom deputy at dawn_samuel@nywd.uscourts.gov for the call-in information sufficiently in advance of the scheduled appearance. This call-in information is for use by the parties and attorneys referenced herein only, and it may not be distributed to any other individuals. Any other individuals wishing to attend the conference may attend in person at the public proceeding. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/12/2024. (CAL) (Entered: 02/12/2024)

| 02/13/2024 | 156 | MOTION to appear pro hac vice *for Nikolai Frant* ( Filing fee $ 200 receipt number ANYWDC-5106146.) by The People of the State of New York. (Attachments: # 1 Petition, # 2 Sponsor Affidavit, # 3 Civility Principles Oath, # 4 Attorney Oath, # 5 CM/ECF Registration Form)(Rados, Genevieve) (Entered: 02/13/2024) |
|---|---|---|
| 02/13/2024 | 157 | TEXT ORDER. As ordered by the Court at the February 13, 2024 status conference, an in-person appearance is scheduled for Wednesday, February 14, 2024, at 10:00 AM, at the United States Courthouse, 100 State Street, Rochester, New York, 14614, before the Honorable Elizabeth A. Wolford, unless if by 5:00 p.m. today, all interested parties (in other words, all parties except for the Receiver and Relief Defendants Strategic ESOT and Strategic ESOP), have signed and submitted a form Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge, with respect to resolution of the motions pending at Docket 5. These signed consents to limited magistrate judge jurisdiction shall be sent to the undersigned's courtroom deputy at dawn_samuel@nywd.uscourts.gov. Any party that has already submitted a signed consent to limited magistrate jurisdiction is not required to re-submit the form.<br><br>As further noted at the February 13, 2024 appearance, Relief Defendants Strategic ESOT and Strategic ESOP shall be excused from attending the February 14, 2024 in-person appearance in Rochester. All other parties must appear in person through counsel. The failure to comply may result in the imposition of sanctions, including but not limited to dismissal of the claims by a plaintiff who fails to appear for failure to prosecute. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/13/2024. (CAL) (Entered: 02/13/2024) |
| 02/13/2024 | 158 | Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge for 5 Motion for a Preliminary Injunction. (CAL) (Entered: 02/13/2024) |
| 02/13/2024 | 159 | TEXT ORDER re 158 Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge. The Motion for a Preliminary Injunction filed at Docket 5 is hereby referred to the Honorable Michael J. Roemer, United States Magistrate Judge, to conduct all proceedings and enter a final order on the motion, in accordance with 28 U.S.C. Section 636(c).<br><br>The in-person status conference scheduled for Wednesday, February 14, 2024 at 10:00 a.m. in Rochester is hereby cancelled. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/13/2024. (CAL) (Entered: 02/13/2024) |
| 02/13/2024 | 160 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: **Joseph M. Sanders, Esq., Vanessa A. Buchko, Esq. and Shirley T. Chiu, Esq.** (by audio only) on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Lewis W. Beilin, Esq.** (by audio only) on behalf of The State of |

Wisconsin; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Ronald S. Safer, Esq., Maegan B. McAdam, Esq. and Rodney Perry, Esq.** (by audio only) on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar; **Rodney O. Personius, Esq.** behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Richard J. Bernard, Esq.** (by audio only) on behalf of Strategic ESOP; **Thomas W. McNamara, Receiver;** (by audio only) **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Status Conference held on 2/13/2024. Court addresses pending Motion for a Preliminary Injunction, the expiring TRO, and status of Consent to a Magistrate Judge. In-person appearance scheduled for Wednesday, February 14, 2024, at 10:00 AM, at the United States Courthouse, 100 State Street, Rochester, New York, 14614, before the Honorable Elizabeth A. Wolford, <u>unless if by 5:00 p.m. (EST) all interested parties (except for the Receiver and Relief Defendants Strategic ESOT and Strategic ESOP), have signed and submitted a form Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge,</u> with respect to resolution of the motions pending at Docket 5 , as discussed on the record. Further proceedings to be addressed accordingly. (Court Reporter Bonnie S. Weber.) (DPS) Modified on 2/14/2024 (DPS). (Entered: 02/14/2024)

| | | |
|---|---|---|
| 02/14/2024 | | E-Filing Notification re 160 Minute Entry: entry modified to properly reflect appearances. (DPS) (Entered: 02/14/2024) |
| 02/14/2024 | 161 | TEXT ORDER granting 156 Motion for Nikolai N. Frant, Esq. to appear Pro Hac Vice for The People of the State of New York. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/14/2024. (RAZ) <br><br> Clerk to Follow up (Entered: 02/14/2024) |
| 02/14/2024 | 162 | TEXT ORDER. The Court has received, via email, informal notification by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Thursday, 2/15/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Thursday, 2/15/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/14/2024. (RAZ) (Entered: 02/14/2024) |

| 02/15/2024 | 163 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on February 13, 2024, before District Judge, the Honorable Elizabeth A. Wolford. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 3/7/2024. Redacted Transcript Deadline set for 3/18/2024. Release of Transcript Restriction set for 5/15/2024. (BSW) (Entered: 02/15/2024) |
|---|---|---|
| 02/15/2024 | 164 | TEXT ORDER. The Court been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Friday, 2/16/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Friday, 2/16/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/15/2024. (RAZ) (Entered: 02/15/2024) |
| 02/16/2024 | 165 | Letter filed by Consumer Financial Protection Bureau *in response to Intervenors' Letter Regarding Plaintiffs' Proposed Preliminary Injunction*. (Chiu, Shirley) (Entered: 02/16/2024) |
| 02/16/2024 | 166 | Notice of Substitution of Counsel: P. Gregory Schwed is substituted for Rodney O. Personius. CLERK TO FOLLOW UP (Personius, Rodney) (Entered: 02/16/2024) |
| 02/16/2024 | 167 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Tuesday, 2/20/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Tuesday, 2/20/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/16/2024. (RAZ) (Entered: 02/16/2024) |
| 02/16/2024 | 168 | Letter filed by Jaclyn Blust, Relialit, LLC, Lit Def Strategies, LLC, Jason Blust *requesting conference re transfers by Receiver*. (Attachments: # 1 Exhibit A-D) (Personius, Rodney) (Entered: 02/16/2024) |
| 02/20/2024 | | E-filing Notification regarding: 166 Notice of Substitution of Counsel, Clerk did not substitute attorneys because the document does not comply with Local Rule 83.2(c)(1). A stipulation will effectuate a substitution only where counsel certify that a successor attorney has already or will simultaneously file a notice of appearance, no evidentiary hearing or trial date has been scheduled, and the withdrawal/substitution will not require amendment of case management order deadlines. ACTION REQUIRED: Refile this document with the appropriate certification or file a motion in accordance with L.R.Civ.P. 83.2(c)(3). (TMK) (Entered: 02/20/2024) |
| 02/20/2024 | 169 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Wednesday, 2/21/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Wednesday, 2/21/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/20/2024. (RAZ) (Entered: 02/20/2024) |
| 02/20/2024 | 170 | REPLY/RESPONSE to re 168 Letter *Receiver's Reply to Defendants' Letter Submission Dated February 16, 2024* filed by Thomas McNamara. (Thoman, James) (Entered: 02/20/2024) |
| 02/21/2024 | 171 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Friday, 2/23/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Friday, 2/23/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/21/2024. (RAZ) (Entered: 02/21/2024) |

| 02/21/2024 | 172 | Notice of Substitution of Counsel: Noah Weingarten is substituted for Rodney O. Personius. CLERK TO FOLLOW UP. (Weingarten, Noah) (Entered: 02/21/2024) |
|---|---|---|
| 02/21/2024 | 173 | NOTICE of Appearance by Noah Weingarten on behalf of The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee (Weingarten, Noah) (Entered: 02/21/2024) |
| 02/21/2024 | 174 | NOTICE by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee re 172 Notice of Substitution of Counsel / *Certification Pursuant to Local Rule 83.2(C)* (Weingarten, Noah) (Entered: 02/21/2024) |
| 02/23/2024 | 175 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Monday, 2/26/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Monday, 2/26/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/23/2024. (RAZ) (Entered: 02/23/2024) |
| 02/23/2024 | 176 | MOTION to appear pro hac vice - *Evan K. Farber, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5114483.) By The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Attachments: # 1 Admission Petition Form, # 2 Admission Sponsor Affidavit, # 3 Attorney's Oath, # 4 Civility Principles and Guidelines Oath (signature page only), # 5 Attorney Database and Electronic Case Filing Registration Form)(Weingarten, Noah) (Entered: 02/23/2024) |
| 02/26/2024 | 177 | TEXT ORDER granting 176 Motion for Evan K. Farber, Esq. to appear Pro Hac Vice for The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/26/2024. (RAZ) (Entered: 02/26/2024) |
| 02/26/2024 | 178 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Tuesday, 2/27/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Tuesday, 2/27/2024 at 5:00 PM. SO ORDERED. Issuedby Hon. Michael J. Roemer on 2/26/2024. (RAZ) (Entered: 02/26/2024) |
| 02/26/2024 | 179 | Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* by Thomas McNamara. (Attachments: # 1 Memorandum in Support of Receivers Emergency Motion for an Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt, # 2 Declaration of Alexander D. Wall, # 3 Exhibit 1 to Wall Declaration, # 4 Exhibit 2 to Wall Declaration, # 5 Exhibit 3 to Wall Declaration, # 6 Exhibit 4 to Wall Declaration, # 7 Exhibit 5 to Wall Declaration, # 8 Exhibit 6 to Wall Declaration, # 9 Exhibit 7 to Wall Declaration, # 10 Exhibit 8 to Wall Declaration, # 11 Exhibit 9 to Wall Declaration, # 12 Exhibit 10 to Wall Declaration, # 13 Exhibit 11 to Wall Declaration, # 14 Exhibit 12 to Wall Declaration, # 15 Exhibit 13 to Wall Declaration, # 16 Text of Proposed Order)(Wall, Alexander) (Entered: 02/26/2024) |
| 02/27/2024 | 180 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Thursday, 2/29/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Thursday, 2/29/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/27/2024. (RAZ) (Entered: 02/27/2024) |
| 02/29/2024 | 181 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Friday, 3/1/2024. Thus, the as-modified Temporary Restraining Order is hereby |

| | | |
|---|---|---|
| | | extended to Friday, 3/1/2024 at 5:00 PM. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/29/2024. (RAZ) (Entered: 02/29/2024) |
| 03/01/2024 | 182 | TEXT ORDER. The Court has been informed by the parties that they have consented to extend the Temporary Restraining Order 12 currently in place in this matter until 5:00 PM on Monday, 3/4/2024. Thus, the as-modified Temporary Restraining Order is hereby extended to Monday, 3/4/2024 at 5:00 PM. SO ORDERED. Signed by Hon. Michael J. Roemer on 3/1/2024. (RAZ) (Entered: 03/01/2024) |
| 03/04/2024 | 183 | DECISION AND ORDER granting 5 Motion for Preliminary Injunction. Signed by Hon. Michael J. Roemer on 3/4/2024. (RAZ) (Entered: 03/04/2024) |
| 03/04/2024 | 184 | PRELIMINARY INJUNCTION. Signed by Hon. Michael J. Roemer on 3/4/2024. (RAZ) (Entered: 03/04/2024) |
| 03/04/2024 | 185 | Corporate Disclosure Statement by Blaise Investments, LLC, Duke Enterprises, LLC, Twist Financial, LLC. (Safer, Ronald) (Entered: 03/04/2024) |
| 03/04/2024 | 186 | ANSWER to 1 Complaint, *and Affirmative Defenses* by Ryan Sasson.(Safer, Ronald) (Entered: 03/04/2024) |
| 03/04/2024 | 187 | ANSWER to 1 Complaint, *and Affirmative Defenses* by Duke Enterprises, LLC.(Safer, Ronald) (Entered: 03/04/2024) |
| 03/04/2024 | 188 | MOTION to Dismiss by Albert Ian Behar, Blaise Investments, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Albert Ian Behar, # 3 Exhibit A to Behar Declaration, # 4 Exhibit B to Behar Declaration, # 5 Exhibit C to Behar Declaration, # 6 Exhibit D to Behar Declaration, # 7 Exhibit E to Behar Declaration, # 8 Exhibit F to Behar Declaration)(Safer, Ronald) (Entered: 03/04/2024) |
| 03/04/2024 | 189 | MOTION to Dismiss *(Joinder)* by Daniel Blumkin, Twist Financial, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Daniel Blumkin, # 3 Exhibit A to Blumkin Declaration, # 4 Exhibit B to Blumkin Declaration, # 5 Exhibit C to Blumkin Declaration, # 6 Exhibit D to Blumkin Declaration, # 7 Exhibit E to Blumkin Declaration, # 8 Exhibit F to Blumkin Declaration)(Safer, Ronald) (Entered: 03/04/2024) |
| 03/04/2024 | 190 | MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant by Fidelis Legal Support Services, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Timothy W. Hoover, # 3 Exhibit A to Hoover Declaration, # 4 Declaration of Cameron Christo, # 5 Exhibit A to Christo Declaration, # 6 Exhibit B to Christo Declaration, # 7 Exhibit C to Christo Declaration, # 8 Exhibit D to Christo Declaration, # 9 Exhibit E to Christo Declaration, # 10 Exhibit F to Christo Declaration)(Hoover, Timothy) (Entered: 03/04/2024) |
| 03/05/2024 | | AUTOMATIC REFERRAL TO MEDIATION Pursuant to Section 2.1(A) of the Plan for Alternative Dispute Resolution in the United States District Court for the Western District of New York (the ADR Plan), this case is automatically referred to ADR. To access the ADR Plan and for inquiries regarding the Court's ADR Program please review the Court's ADR webpage and/or contact the Court's ADR Administrator at adrprogram@nywd.uscourts.gov.'  Prior to the Local Rule 16 scheduling conference, counsel and unrepresented parties shall review the ADR Plan and confer with each other regarding ADR for this case. Unless the parties agree to a different intervention, it is presumed they will participate in mediation. The parties shall be prepared to report on the outcome of their ADR discussion at the scheduling conference, as the initial Scheduling Order for this case will establish ADR deadlines in accordance with the ADR Plan. (TMK) (Entered: 03/05/2024) |

| 03/05/2024 | 191 | NOTICE of Appearance by Spencer Leeds Durland on behalf of Fidelis Legal Support Services, LLC (Durland, Spencer) (Entered: 03/05/2024) |
|---|---|---|
| 03/05/2024 | 192 | NOTICE OF APPEAL as to 183 Order on Motion for Preliminary Injunction by Ryan Sasson. Filing fee $ 605, receipt number ANYWDC-5122362. (Safer, Ronald) (Entered: 03/05/2024) |
| 03/06/2024 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (TMK) (Entered: 03/06/2024) |
| 03/06/2024 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (TMK) (Entered: 03/06/2024) |
| 03/06/2024 | 193 | AMENDED NOTICE OF APPEAL as to 184 Preliminary Injunction, 183 Order on Motion for Preliminary Injunction by Ryan Sasson. (Safer, Ronald) Modified on 3/6/2024 to edit the text (TMK). (Entered: 03/06/2024) |
| 03/06/2024 | 194 | NOTICE OF APPEAL by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. Filing fee $ 605, receipt number ANYWDC-5122985. (Connors, Terrence) (Entered: 03/06/2024) |
| 03/06/2024 | 195 | TEXT ORDER. Any defendant who has not answered or otherwise responded to the 1 Complaint shall file an answer or response no later than 4/5/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/6/2024. (RAZ) (Entered: 03/06/2024) |
| 03/06/2024 | | E-Filing Notification: re 193 NOTICE OF APPEAL - modified the description of the text. (TMK) (Entered: 03/06/2024) |
| 03/06/2024 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (TMK) (Entered: 03/06/2024) |
| 03/06/2024 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (TMK) (Entered: 03/06/2024) |
| 03/06/2024 | 196 | TEXT ORDER. On or before 3/14/2024, defendants Lit Def Strategies and Jason Blust shall file a response to the receiver's motion for an order to show cause as why they should not be held in civil contempt 179 . The receiver and plaintiffs shall file a reply on defendants' response on or before 3/21/2024.<br><br>On or before 3/14/2024, plaintiffs and the receiver shall file a response to Fidelis Legal Support Services' motion for issuance of an order that Fidelis should not be a receivership defendant 190 . Fidelis shall file a reply on or before 3/21/2024. |

| | | Oral Argument as to <u>179</u> and <u>190</u> set for 3/25/2024 11:00 AM in Buffalo Courtroom, 9th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/6/2024. (RAZ) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | | SCHEDULING NOTICE as to <u>188</u> MOTION to Dismiss and <u>189</u> MOTION to Dismiss (Joinder). Responses due by 3/27/2024. Replies due by 4/10/2024. Motion Hearing set for 4/22/2024 11:00 AM in Erie Courtroom, 9th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 03/06/2024) |
| 03/07/2024 | <u>197</u> | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc,., Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC . (Vacco, Dennis) (Entered: 03/07/2024) |
| 03/08/2024 | <u>198</u> | NOTICE OF APPEAL as to <u>184</u> Preliminary Injunction, <u>183</u> Order on Motion for Preliminary Injunction by Jason Blust. Filing fee $ 605, receipt number ANYWDC-5125389. (Personius, Rodney) (Entered: 03/08/2024) |
| 03/11/2024 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (TMK) (Entered: 03/11/2024) |
| 03/11/2024 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (TMK) (Entered: 03/11/2024) |
| 03/11/2024 | <u>199</u> | MOTION for Extension of Time to File Response/Reply as to 195 Text Order, <u>189</u> MOTION to Dismiss *(Joinder)*, <u>188</u> MOTION to Dismiss *and set briefing schedule* by Consumer Financial Protection Bureau. (Attachments: # <u>1</u> Memorandum in Support Motion to set briefing schedule)(Chiu, Shirley) (Entered: 03/11/2024) |
| 03/12/2024 | <u>200</u> | Emergency MOTION to Modify the Asset Freeze by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Matthew Kennison, # <u>3</u> Exhibit A to Kennison Declaration, # <u>4</u> Declaration of Albert Ian Behar, # <u>5</u> Exhibit A to Behar Declaration, # <u>6</u> Exhibit B to Behar Declaration, # <u>7</u> Exhibit C to Behar Declaration)(Safer, Ronald) (Entered: 03/12/2024) |
| 03/12/2024 | 201 | TEXT ORDER re <u>199</u> MOTION for Extension of Time to File Response/Reply as to <u>189</u> MOTION to Dismiss (Joinder) and <u>188</u> MOTION to Dismiss and set briefing schedule filed by Consumer Financial Protection Bureau. Responses due by 3/14/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/12/2024. (RAZ) (Entered: 03/12/2024) |
| 03/12/2024 | <u>202</u> | RESPONSE to Motion re <u>199</u> MOTION for Extension of Time to File Response/Reply as to 195 Text Order, <u>189</u> MOTION to Dismiss *(Joinder)*, <u>188</u> MOTION to Dismiss *and set briefing schedule* filed by Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Twist Financial, LLC. (Safer, Ronald) (Entered: 03/12/2024) |
| 03/13/2024 | <u>203</u> | NOTICE OF APPEAL as to <u>184</u> Preliminary Injunction, <u>183</u> Order on Motion for Preliminary Injunction by The Blust Family Irrevocable Trust through Donald J. |

| | | |
|---|---|---|
| | | Holmgren, Trustee. Filing fee $ 605, receipt number ANYWDC-5128389. (Farber, Evan) (Entered: 03/13/2024) |
| 03/13/2024 | | SCHEDULING NOTICE as to 200 Emergency MOTION to Modify the Asset Freeze by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. Responses due by 3/18/2024. Replies due by 3/20/2024. (RAZ) (Entered: 03/13/2024) |
| 03/13/2024 | 204 | Emergency MOTION to Stay *Pending Appeal* by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Attachments: # 1 Memorandum in Support)(Safer, Ronald) (Entered: 03/13/2024) |
| 03/13/2024 | 205 | NOTICE of Appearance by Svetlana K. Ivy on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC (Ivy, Svetlana) (Entered: 03/13/2024) |
| 03/13/2024 | | SCHEDULING NOTICE as to 204 Emergency MOTION to Stay Pending Appeal. Responses due by 3/18/2024. Replies due by 3/20/2024. (RAZ) (Entered: 03/13/2024) |
| 03/13/2024 | 206 | NOTICE OF APPEAL as to 184 Preliminary Injunction, 183 Order on Motion for Preliminary Injunction by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. Filing fee $ 605, receipt number ANYWDC-5129175. (Ivy, Svetlana) (Entered: 03/13/2024) |
| 03/13/2024 | 207 | Emergency MOTION to Stay *Pending Appeal* by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Attachments: # 1 Memorandum in Support)(Vacco, Dennis) (Entered: 03/13/2024) |
| 03/14/2024 | 208 | NOTICE of Appearance by Andrew M. Debbins on behalf of Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, |

| | | |
|---|---|---|
| | | Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC (Debbins, Andrew) (Entered: 03/14/2024) |
| 03/14/2024 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (TMK) (Entered: 03/14/2024) |
| 03/14/2024 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (TMK) (Entered: 03/14/2024) |
| 03/14/2024 | 209 | RESPONSE in Opposition re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Consumer Financial Protection Bureau. (Attachments: # 1 Declaration of Timothy Hanson, # 2 Declaration of Theresa Ridder, # 3 Exhibit 1 to Ridder Declaration, # 4 Exhibit 2 to Ridder Declaration, # 5 Exhibit 3 to Ridder Declaration, # 6 Exhibit 4 to Ridder Declaration, # 7 Exhibit 5 to Ridder Declaration, # 8 Exhibit 6 to Ridder Declaration, # 9 Exhibit 7 to Ridder Declaration)(Sanders, Joseph) (Entered: 03/14/2024) |
| 03/14/2024 | | SCHEDULING NOTICE as to 207 Emergency MOTION to Stay Pending Appeal. Responses due by 3/18/2024. Replies due by 3/20/2024. (RAZ) (Entered: 03/14/2024) |
| 03/14/2024 | 210 | DECLARATION signed by Rodney O. Personius re 179 Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* filed by Lit Def Strategies, LLC, Jason Blust filed by Lit Def Strategies, LLC, Jason Blust. (Attachments: # 1 Exhibit A and B)(Personius, Rodney) (Entered: 03/14/2024) |
| 03/14/2024 | 211 | DECLARATION signed by Jason Blust re 179 Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* filed by Lit Def Strategies, LLC, Jason Blust filed by Lit Def Strategies, LLC, Jason Blust. (Personius, Rodney) (Entered: 03/14/2024) |
| 03/14/2024 | 212 | RESPONSE in Opposition re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Thomas McNamara. (Attachments: # 1 Declaration of Katherine Rosenberg, # 2 Exhibit A to Rosenberg Declaration, # 3 Declaration of Alexander D. Wall, # 4 Exhibit 1 to Wall Declaration, # 5 Exhibit 2 to Wall Declaration, # 6 Exhibit 3 to Wall Declaration, # 7 Exhibit 4 to Wall Declaration, # 8 Exhibit 5 to Wall Declaration, # 9 Exhibit 6 to Wall Declaration, # 10 Exhibit 7 to Wall Declaration, # 11 Exhibit 8 to Wall Declaration, # 12 Exhibit 9 to Wall Declaration, # 13 Exhibit 10 to Wall Declaration, # 14 Exhibit 11 to Wall Declaration, # 15 Exhibit 12 to Wall Declaration, # 16 Exhibit 13 to Wall Declaration, # 17 Exhibit 14 to Wall Declaration, # 18 Exhibit 15 to Wall Declaration, # 19 Exhibit 16 to Wall Declaration, # 20 Exhibit 17 to Wall Declaration)(Smith, Logan) (Entered: 03/14/2024) |
| 03/15/2024 | 213 | MOTION to Intervene by CIBC Bank USA, Valley National Bank. (Attachments: # 1 Memorandum in Support, # 2 Declaration of David Gozdecki, # 3 Exhibit A - Credit Agreement, # 4 Exhibit B - Guaranty and Collateral Agreement, # 5 Exhibit C - Deposit |

| | | |
|---|---|---|
| | | Account Control Agreement, # [6](#) Exhibit D - Loan Balances, # [7](#) Exhibit E - CIBC Account Balance, # [8](#) Exhibit F - Default Notice, # [9](#) Declaration of Jennifer Marcus, # [10](#) Text of Proposed Order)(Lema, Ryan) (Entered: 03/15/2024) |
| 03/15/2024 | [214](#) | MOTION to Expedite *Hearing of Motion to Intervene* by CIBC Bank USA, Valley National Bank. (Attachments: # [1](#) Text of Proposed Order)(Lema, Ryan) (Entered: 03/15/2024) |
| 03/15/2024 | [215](#) | MOTION to appear pro hac vice *by Jonathan Feld* ( Filing fee $ 200 receipt number ANYWDC-5131288.) by CIBC Bank USA, Valley National Bank. (Attachments: # [1](#) Affidavit Sponsoring Affidavit)(Lema, Ryan) (Entered: 03/15/2024) |
| 03/15/2024 | [216](#) | MOTION to appear pro hac vice *by Andrew Berube* ( Filing fee $ 200 receipt number ANYWDC-5131303.) by CIBC Bank USA, Valley National Bank. (Attachments: # [1](#) Sponsoring Affidavit)(Lema, Ryan) (Entered: 03/15/2024) |
| 03/15/2024 | [217](#) | Corporate Disclosure Statement by CIBC Bank USA, Valley National Bank identifying Corporate Parent Valley National Bancorp for Valley National Bank; Corporate Parent Canadian Imperial Bank of Commerce, Corporate Parent CIBC Bancorp USA Inc. for CIBC Bank USA.. (Lema, Ryan) (Entered: 03/15/2024) |
| 03/15/2024 | [218](#) | Emergency MOTION to Stay *Pending Appeal* by Jason Blust.(Personius, Rodney) (Entered: 03/15/2024) |
| 03/15/2024 | [219](#) | RESPONSE in Support re [204](#) Emergency MOTION to Stay *Pending Appeal*, [207](#) Emergency MOTION to Stay *Pending Appeal and Joining Motions* filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Connors, Terrence) (Entered: 03/15/2024) |
| 03/18/2024 | | SCHEDULING NOTICE as to [213](#) MOTION to Intervene. Responses due by 3/28/2024. Replies due by 4/5/2024. Motion Hearing set for 4/9/2024 11:00 AM in Alleghany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 03/18/2024) |
| 03/18/2024 | | SCHEDULING NOTICE as to [218](#) Emergency MOTION to Stay Pending Appeal. Responses due by 3/22/2024. Replies due by 3/27/2024. (RAZ) (Entered: 03/18/2024) |
| 03/18/2024 | 220 | TEXT ORDER granting [215](#) Motion for Jonathan S. Feld, Esq. to appear Pro Hac Vice for CIBC Bank USA. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/18/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 03/18/2024) |
| 03/18/2024 | 221 | TEXT ORDER granting [216](#) Motion for Andrew W. Berube, Esq. to appear Pro Hac Vice for CIBC Bank USA. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/18/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 03/18/2024) |

| | | |
|---|---|---|
| 03/18/2024 | 222 | TEXT ORDER. Plaintiffs' motion to set a briefing schedule 199 is granted in part. The briefing schedule as to the pending motions to dismiss 188 and 189 shall remain in place. Plaintiffs shall respond to 188 and 189 by 3/27/2024, either by filing a response in opposition or amending the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Defendants shall reply by 4/10/2024. Oral argument as to 188 and 189 will be held, as scheduled, on 4/22/2024 at 11:00 AM.<br><br>Any defendants who have not answered or moved to dismiss the Complaint shall do so by 4/5/2024. Should any additional motions to dismiss be filed at that time, plaintiffs shall respond by 4/26/2024 by filing a response in opposition or amending the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Defendants shall respond by 5/17/2024 and the Court will hold oral argument on any additional motions to dismiss on 6/17/2024 11:00 AM. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/18/2024. (RAZ) (Entered: 03/18/2024) |
| 03/18/2024 | 223 | RESPONSE in Opposition re 204 Emergency MOTION to Stay *Pending Appeal*, 218 Emergency MOTION to Stay *Pending Appeal*, 207 Emergency MOTION to Stay *Pending Appeal* filed by The People of the State of New York. (Boyd, Christopher) (Entered: 03/18/2024) |
| 03/18/2024 | 224 | MEMORANDUM in Opposition re 200 Emergency MOTION to Modify the Asset Freeze filed by Consumer Financial Protection Bureau. (Attachments: # 1 Declaration Theresa Ridder, # 2 Exhibit A)(Buchko, Vanessa) (Entered: 03/18/2024) |
| 03/20/2024 | | ATTENTION ALL PLAINTIFFS OR INTERVENORS: Pursuant to Fed. R. Civ. P.7.1 and/or General Order No. 157. In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Disclosure Statements are to be filed within seven (7) days of this notice. (KM) (Entered: 03/20/2024) |
| 03/20/2024 | 225 | MOTION to Compel *Receiver to take Action* by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration Declaration of Terrence M. Connors, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Memorandum in Support Memorandum in Support to Compel Receiver to take Actions)(Connors, Terrence) (Entered: 03/20/2024) |
| 03/20/2024 | 226 | REPLY/RESPONSE to re 224 Memorandum in Opposition to Motion *to Modify the Asset Freeze* 200 filed by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Safer, Ronald) (Entered: 03/20/2024) |
| 03/20/2024 | 227 | REPLY/RESPONSE to re 223 Response in Opposition to Motion, *for Stay Pending Appeal* 204 filed by Albert Ian Behar, Daniel Blumkin, Ryan Sasson. (Safer, Ronald) (Entered: 03/20/2024) |
| 03/20/2024 | 228 | DESIGNATION of Record on Appeal by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor |

| | | |
|---|---|---|
| | | Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC re [194] Notice of Appeal,,, CLERK TO FOLLOW UP (Debbins, Andrew) (Entered: 03/20/2024) |
| 03/20/2024 | [229] | DESIGNATION of Record on Appeal by Ryan Sasson re [193] Notice of Appeal CLERK TO FOLLOW UP (McAdam, Maegan) (Entered: 03/20/2024) |
| 03/20/2024 | [230] | AMENDED DOCUMENT by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. Amendment to [228] Designation of Record on Appeal,,, . (Debbins, Andrew) (Entered: 03/20/2024) |
| 03/21/2024 | [231] | Corporate Disclosure Statement by Lit Def Strategies, LLC, Relialit, LLC. (Personius, Rodney) (Entered: 03/21/2024) |
| 03/21/2024 | [232] | REPLY to Response to Motion re [179] Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* filed by Thomas McNamara. (Attachments: # [1] Exhibit A to Receivers Reply)(Smith, Logan) (Entered: 03/21/2024) |
| 03/21/2024 | [233] | REPLY to Response to Motion re [190] MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Fidelis Legal Support Services, LLC. (Attachments: # [1] Declaration (Reply) of Cameron Christo, # [2] Exhibit G to Christo Reply Declaration, # [3] Exhibit H to Christo Reply Declaration, # [4] Exhibit I to Christo Reply Declaration, # [5] Declaration of Michelle Hinds, # [6] Exhibit A to Hinds Declaration, # [7] Exhibit B to Hinds Declaration, # [8] Exhibit C to Hinds Declaration, # [9] Exhibit D to Hinds Declaration, # [10] Exhibit E to Hinds Declaration, # [11] Exhibit F to Hinds Declaration, # [12] Exhibit G to Hinds Declaration, # [13] Exhibit H to Hinds Declaration, # [14] Exhibit I to Hinds Declaration, # [15] Exhibit J to Hinds Declaration, # [16] Exhibit K to Hinds Declaration, # [17] Exhibit L to Hinds Declaration, # [18] Declaration of Kristen Powers, # [19] Declaration of Peggy Slivka, # [20] Declaration of Hayfa Zayed, # [21] Declaration of Christopher Turnbull, # [22] Declaration of Lori Leigh)(Hoover, Timothy) (Entered: 03/21/2024) |
| 03/22/2024 | | SCHEDULING NOTICE as to [225] MOTION to Compel Receiver to take Action. Responses due by 4/1/2024. Replies due by 4/8/2024. (RAZ) (Entered: 03/22/2024) |
| 03/22/2024 | [234] | Emergency MOTION to Modify Preliminary Injunction to Allow Processing and Payment of Insurance Claims for Legal Fees re [184] Preliminary Injunction by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal |

| | | |
|---|---|---|
| | | Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration of Terrence M. Connors, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Memorandum in Support)(Connors, Terrence) (Entered: 03/22/2024) |
| 03/22/2024 | 235 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals re: 228 , 230 DESIGNATION of Record on Appeal. (TMK) (Entered: 03/22/2024) |
| 03/22/2024 | 236 | Emergency MOTION Emergency Motion to Enforce Stay Provisions of Preliminary Injunction and for the Release of Funds to Pay Receivership Payroll and Operational Expenses by Thomas McNamara. (Attachments: # 1 Declaration of Thomas W. McNamara in Support of Motion, # 2 Exhibit A to Declaration of Thomas W. McNamara in Support of Motion, # 3 Exhibit B to Declaration of Thomas W. McNamara in Support of Motion, # 4 Exhibit C to Declaration of Thomas W. McNamara in Support of Motion, # 5 Exhibit D to Declaration of Thomas W. McNamara in Support of Motion, # 6 Text of Proposed Order)(Thoman, James) (Entered: 03/22/2024) |
| 03/25/2024 | 237 | MOTION for Leave to File *to File Sur-Reply in Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination that Fidelis is a Receivership Defendant. and Incorporated Memorandum of Law* by Thomas McNamara. (Attachments: # 1 Receiver's Sur-Reply in Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination that Fidelis is a Receivership Defendant, # 2 Declaration of Alexander Wall in Support of Receiver's Sur-Reply in Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination that Fidelis is a Receivership Defendant, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P)(Thoman, James) (Entered: 03/25/2024) |
| 03/25/2024 | | SCHEDULING NOTICE as to 236 Emergency Motion to Enforce Stay Provisions of Preliminary Injunction and for the Release of Funds to Pay Receivership Payroll and Operational Expenses. Responses by CIBI Bank USA and Valley Bank due by 3/26/2024. (RAZ) (Entered: 03/25/2024) |
| 03/25/2024 | | SCHEDULING NOTICE as to 234 Emergency MOTION to Modify 184 Preliminary Injunction to Allow Processing and Payment of Insurance Claims for Legal Fees. Responses due by 4/3/2024. Replies due by 4/10/2024. (RAZ) (Entered: 03/25/2024) |
| 03/25/2024 | 238 | DESIGNATION of Record on Appeal by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc,,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC re 206 Notice of Appeal,,, CLERK TO FOLLOW UP (Ivy, Svetlana) (Entered: 03/25/2024) |
| 03/25/2024 | 239 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; |

**NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Rodney O. Personius, Esq.** on behalf of Jaclyn Blust, Jason Blust (present in courtroom), Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Thomas W. McNamara, Receiver**; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC.

Motion Hearing not held on 3/25/2024 re [179](#) Emergency MOTION for Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt filed by Thomas McNamara and [190](#) MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Fidelis Legal Support Services, LLC.

The Court addressed the [237](#) MOTION for Leave to File Sur-Reply in Opposition to Fidelis Legal Support Services, LLC's Motion Challenging the Receiver's Determination that Fidelis is a Receivership Defendant and Incorporated Memorandum of Law by Thomas McNamara. After discussions, the Court granted the said motion and the following briefing schedule was put in place:

[179](#) Emergency MOTION for Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt and [190](#) MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant. Sur-reply due 4/8/2024. Responses due by 4/22/2024. Replies due by 4/29/2024. Motion Hearing set for 5/23/2024 11:00 AM in **Cattaraugus Courtroom, 7th West, 2 Niagara Square**, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter FTR Gold.) (RAZ) (Entered: 03/25/2024)

| | | |
|---|---|---|
| 03/26/2024 | [240](#) | Letter filed by Thomas McNamara *Withdrawing Receiver's Emergency Motion to Enforce Stay Provisions of Preliminary Injunction and for the Release of Funds to Pay Receivership Payroll and Operational Expenses (Dkt. No. 236)*. (Thoman, James) (Entered: 03/26/2024) |
| 03/26/2024 | [241](#) | MOTION Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals by Thomas McNamara. (Attachments: # [1](#) Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals, # [2](#) Declaration in Support of Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals, # [3](#) Exhibit A, # [4](#) Exhibit B, # [5](#) Exhibit C, # [6](#) Exhibit D, # [7](#) Exhibit E, # [8](#) Exhibit F, # [9](#) Text of Proposed Order)(Thoman, James) (Entered: 03/26/2024) |

| 03/26/2024 | 242 | TEXT ORDER. 236 Receiver's Emergency Motion to Enforce Stay Provisions of Preliminary Injunction and for the Release of Funds to Pay Receivership Payroll and Operational Expenses IS HEREBY WITHDRAWN per 240 Letter filed by James Thoman. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/26/2024. (RAZ) (Entered: 03/26/2024) |
|---|---|---|
| 03/26/2024 | 243 | DESIGNATION of Record on Appeal by Jason Blust re 198 Notice of Appeal CLERK TO FOLLOW UP (Personius, Rodney) (Entered: 03/26/2024) |
| 03/26/2024 | 244 | NOTICE of Appearance by Charles C. Ritter, Jr on behalf of Albert Ian Behar, Blaise Investments, LLC (Ritter, Charles) (Entered: 03/26/2024) |
| 03/26/2024 | 245 | NOTICE of Appearance by Gregory P. Photiadis on behalf of Albert Ian Behar, Blaise Investments, LLC (Photiadis, Gregory) (Entered: 03/26/2024) |
| 03/26/2024 | 246 | DESIGNATION of Record on Appeal by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee re 203 Notice of Appeal, CLERK TO FOLLOW UP (Farber, Evan) (Entered: 03/26/2024) |
| 03/27/2024 | 247 | CLERKS CERTIFICATE AND INDEX filed and electronically sent to Court of Appeals (Attachments: # 1 Index) (TMK) (Entered: 03/27/2024) |
| 03/27/2024 | 248 | CLERKS CERTIFICATE AND INDEX filed and electronically sent to Court of Appeals (Attachments: # 1 Index) (TMK) (Entered: 03/27/2024) |
| 03/27/2024 | 249 | AMENDED COMPLAINT *First Amended Complaint* against Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Jaclyn Blust, Jason Blust, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, John Does 1-50, Duke Enterprises, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Lit Def Strategies, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Relialit, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Ryan Sasson, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic ESOP, Strategic ESOT, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Straffs, LLC, Summit Client Services, LLC, T Fin, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee, Twist Financial, LLC, Versara Lending, LLC, Whitestone Client Services, LLC, filed by The People of the State of New York.(Rados, Genevieve) (Entered: 03/27/2024) |
| 03/28/2024 | 250 | MOTION for Extension of Time to File Response/Reply as to 213 MOTION to Intervene , 214 MOTION to Expedite *Hearing of Motion to Intervene* by Consumer Financial Protection Bureau. (Attachments: # 1 Motion for Extension of Time)(Buchko, Vanessa) (Entered: 03/28/2024) |
| 03/28/2024 | 251 | Letter filed by Thomas McNamara *March 28,2024 Letter to Hon. Michael J. Roemer regarding Motion to Intervene at Dkt. 213 and Motion For Extension of Time To Respond to CIBC Bank USA and Valley Bank's Motion to Intervene and to Reschedule Motion Hearing at Dkt. 250*. (Thoman, James) (Entered: 03/28/2024) |
| 03/28/2024 | 252 | TEXT ORDER granting 250 Motion for Extension of Time to File Response/Reply as to 213 MOTION to Intervene and 214 MOTION to Expedite Hearing of Motion to Intervene. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/28/2024. (RAZ) (Entered: 03/28/2024) |
| 03/28/2024 | | RESCHEDULING NOTICE as to 213 MOTION to Intervene. Responses due by 4/4/2024. Replies due by 4/11/2024. Motion Hearing set for 4/22/2024 11:00 AM in Erie |

| | | Courtroom, 9th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 03/28/2024) |
|---|---|---|
| 03/29/2024 | 253 | MOTION to Set Aside 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, by The Uniland Partnership of Delaware L.P.. (Attachments: # 1 Declaration Declaration of Joel A. McMahon in Support of Uniland's Motion to Lift the Stay, # 2 Exhibit A - Lease, # 3 Exhibit B - E-mail dated 1/12/24, # 4 Exhibit C - Lease Ledger, # 5 Declaration Declaration of Brian D. Gwitt in Support of Uniland's Motion to Lift the Stay, # 6 Exhibit A - E-mail dated 1/19/24, # 7 Exhibit B - E-mail dated 1/19/24, # 8 Exhibit C - E-mail dated 2/15/24, # 9 Exhibit D - E-mail dated 2/16/24, # 10 Exhibit E - E-mail dated 2/21/24, # 11 Exhibit F - E-mail dated 2/28/24, # 12 Exhibit G - E-mail dated 3/4/24 with attachment, # 13 Memorandum in Support)(Gwitt, Brian) (Entered: 03/29/2024) |
| 04/01/2024 | | SCHEDULING NOTICE as to 253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver, Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion for Hearing. Responses due by 4/9/2024. Replies due by 4/16/2024. (RAZ) (Entered: 04/01/2024) |
| 04/01/2024 | 254 | RESPONSE in Opposition re 225 MOTION to Compel *Receiver to take Action* filed by The People of the State of New York. (Rados, Genevieve) (Entered: 04/01/2024) |
| 04/01/2024 | 255 | Emergency MOTION for Preliminary Injunction */ Notice of Motion To (1) Require Receiver to Comply with Preliminary Injunction; (2) Modify Preliminary Injunction; And (3) Allow the Trust to Pay Legal Fees to Its Chosen Counsel* by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Paul Hull, # 3 Exhibit A - Trust Instrument, # 4 Declaration of Noah Weingarten, # 5 Exhibit A - Amended Complaint, # 6 Exhibit B - Email to Receiver, # 7 Exhibit C - Email with Government, # 8 Text of Proposed Order) (Weingarten, Noah) (Entered: 04/01/2024) |
| 04/01/2024 | 256 | RESPONSE in Opposition re 225 MOTION to Compel *Receiver to take Action* filed by Thomas McNamara. (Smith, Logan) (Entered: 04/01/2024) |
| 04/02/2024 | 257 | NOTICE of Appearance by Nicole Kramer Joerg on behalf of Albert Ian Behar, Blaise Investments, LLC (Joerg, Nicole) (Entered: 04/02/2024) |
| 04/03/2024 | 258 | RESPONSE in Opposition re 234 Emergency MOTION to Modify Preliminary Injunction to Allow Processing and Payment of Insurance Claims for Legal Fees re 184 Preliminary Injunction filed by Consumer Financial Protection Bureau, The People of the State of New York, The State of Wisconsin. (Beilin, Lewis) (Entered: 04/03/2024) |
| 04/03/2024 | 259 | RESPONSE in Opposition re 234 Emergency MOTION to Modify Preliminary Injunction to Allow Processing and Payment of Insurance Claims for Legal Fees re 184 Preliminary Injunction filed by Thomas McNamara. (Smith, Logan) (Entered: 04/03/2024) |
| 04/04/2024 | 260 | CONTINUATION OF EXHIBITS by Ryan Sasson. to 137 Proposed Findings of Fact *(Exhibits 1-30)* filed by Ryan Sasson. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30)(McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | 261 | CONTINUATION OF EXHIBITS to 137 Proposed Findings of Fact *(Exhibits 31-55)*. (Attachments: # 1 Exhibit 31 (Part 2), # 2 Exhibit 32, # 3 Exhibit 33 (Part 1), # 4 Exhibit |

| | | |
|---|---|---|
| | | 33 (Part 2), # [5](#) Exhibit 34, # [6](#) Exhibit 35 (Part 1), # [7](#) Exhibit 35 (Part 2), # [8](#) Exhibit 36, # [9](#) Exhibit 37, # [10](#) Exhibit 38 (Part 1), # [11](#) Exhibit 38 (Part 2), # [12](#) Exhibit 39, # [13](#) Exhibit 40, # [14](#) Exhibit 41, # [15](#) Exhibit 42, # [16](#) Exhibit 43 (Part 1), # [17](#) Exhibit 43 (Part 2), # [18](#) Exhibit 44, # [19](#) Exhibit 45, # [20](#) Exhibit 46, # [21](#) Exhibit 47, # [22](#) Exhibit 48, # [23](#) Exhibit 49, # [24](#) Exhibit 50, # [25](#) Exhibit 51, # [26](#) Exhibit 52, # [27](#) Exhibit 53, # [28](#) Exhibit 54, # [29](#) Exhibit 55)(McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | [262](#) | CONTINUATION OF EXHIBITS to [137](#) Proposed Findings of Fact *(Exhibits 56-86)*. (Attachments: # [1](#) Exhibit 57, # [2](#) Exhibit 58, # [3](#) Exhibit 59, # [4](#) Exhibit 60, # [5](#) Exhibit 61, # [6](#) Exhibit 62, # [7](#) Exhibit 63, # [8](#) Exhibit 64, # [9](#) Exhibit 65, # [10](#) Exhibit 66, # [11](#) Exhibit 67, # [12](#) Exhibit 69, # [13](#) Exhibit 70, # [14](#) Exhibit 71, # [15](#) Exhibit 72, # [16](#) Exhibit 73, # [17](#) Exhibit 74, # [18](#) Exhibit 75, # [19](#) Exhibit 76, # [20](#) Exhibit 77, # [21](#) Exhibit 78, # [22](#) Exhibit 79, # [23](#) Exhibit 80, # [24](#) Exhibit 81, # [25](#) Exhibit 82, # [26](#) Exhibit 83, # [27](#) Exhibit 84, # [28](#) Exhibit 85, # [29](#) Exhibit 86)(McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | [263](#) | CONTINUATION OF EXHIBITS to [137](#) Proposed Findings of Fact *(Exhibits 87-116)*. (Attachments: # [1](#) Exhibit 88, # [2](#) Exhibit 89, # [3](#) Exhibit 90, # [4](#) Exhibit 91, # [5](#) Exhibit 92, # [6](#) Exhibit 93, # [7](#) Exhibit 94, # [8](#) Exhibit 95, # [9](#) Exhibit 96, # [10](#) Exhibit 97, # [11](#) Exhibit 98, # [12](#) Exhibit 99, # [13](#) Exhibit 100, # [14](#) Exhibit 101, # [15](#) Exhibit 102, # [16](#) Exhibit 103, # [17](#) Exhibit 104, # [18](#) Exhibit 105, # [19](#) Exhibit 106, # [20](#) Exhibit 107, # [21](#) Exhibit 108, # [22](#) Exhibit 109, # [23](#) Exhibit 110, # [24](#) Exhibit 111, # [25](#) Exhibit 112, # [26](#) Exhibit 113, # [27](#) Exhibit 114, # [28](#) Exhibit 115, # [29](#) Exhibit 116)(McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | [264](#) | CONTINUATION OF EXHIBITS to [137](#) Proposed Findings of Fact *(Exhibits 117-159)*. (Attachments: # [1](#) Exhibit 118, # [2](#) Exhibit 119, # [3](#) Exhibit 120, # [4](#) Exhibit 121, # [5](#) Exhibit 122, # [6](#) Exhibit 123, # [7](#) Exhibit 124, # [8](#) Exhibit 125, # [9](#) Exhibit 126, # [10](#) Exhibit 127, # [11](#) Exhibit 128, # [12](#) Exhibit 138, # [13](#) Exhibit 139, # [14](#) Exhibit 141, # [15](#) Exhibit 144, # [16](#) Exhibit 145, # [17](#) Exhibit 146, # [18](#) Exhibit 149, # [19](#) Exhibit 150, # [20](#) Exhibit 151, # [21](#) Exhibit 152, # [22](#) Exhibit 156, # [23](#) Exhibit 157, # [24](#) Exhibit 158, # [25](#) Exhibit 159)(McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | | NOTICE of MANUAL FILING by Albert Ian Behar, Daniel Blumkin, Ryan Sasson re [137](#) Proposed Findings of Fact (McAdam, Maegan) (Entered: 04/04/2024) |
| 04/04/2024 | [265](#) | RESPONSE in Opposition re [213](#) MOTION to Intervene *by CIBC Bank USA and Valley National Bank, d/b/a Valley Bank* filed by Consumer Financial Protection Bureau. (Attachments: # [1](#) Declaration of Theresa Ridder)(Sanders, Joseph) (Entered: 04/04/2024) |
| 04/04/2024 | [266](#) | RESPONSE in Opposition re [213](#) MOTION to Intervene *filed by CIBC USA Bank and Valley National Bank* filed by Thomas McNamara. (Attachments: # [1](#) Declaration of Thomas W. McNamara in Opposition to Motion)(Thoman, James) (Entered: 04/04/2024) |
| 04/05/2024 | [267](#) | ANSWER to [249](#) Amended Complaint,,,, *Answer and Affirmative Defenses to First Amended Complaint for Injunctive Relief, Restitution, and Civil Money Penalties* by Strategic ESOP, Strategic ESOT.(Bernard, Richard) (Entered: 04/05/2024) |
| 04/05/2024 | [268](#) | Letter filed by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee *addressed to Judge Roemer, requesting permission to appear telephonically for the hearing scheduled for April 9, 2024 at 11:00 a.m.*. (Weingarten, Noah) (Entered: 04/05/2024) |

| | | |
|---|---|---|
| 04/08/2024 | | SCHEDULING NOTICE as to 255 Emergency MOTION for Preliminary Injunction/ Notice of Motion To (1) Require Receiver to Comply with Preliminary Injunction; (2) Modify Preliminary Injunction; And (3) Allow the Trust to Pay Legal Fees to Its Chosen Counsel. Responses due by 4/15/2024. Replies due by 4/22/2024. (RAZ) (Entered: 04/08/2024) |
| 04/08/2024 | | SCHEDULING NOTICE as to 241 MOTION Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals. Responses due by 4/15/2024. Replies due by 4/22/2024. (RAZ) (Entered: 04/08/2024) |
| 04/08/2024 | 269 | REPLY to Response to Motion re 179 Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* filed by Thomas McNamara. (Smith, Logan) (Entered: 04/08/2024) |
| 04/08/2024 | 270 | RESPONSE in Opposition re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Thomas McNamara. (Attachments: # 1 Declaration of Alexander D. Wall, # 2 Exhibit Q to Wall Declaration, # 3 Exhibit R to Wall Declaration, # 4 Exhibit S to Wall Declaration, # 5 Exhibit T to Wall Declaration, # 6 Exhibit U to Wall Declaration, # 7 Exhibit V to Wall Declaration, # 8 Exhibit W to Wall Declaration, # 9 Exhibit X to Wall Declaration) (Smith, Logan) (Entered: 04/08/2024) |
| 04/08/2024 | 271 | REPLY to Response to Motion re 225 MOTION to Compel *Receiver to take Action* filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Connors, Terrence) (Entered: 04/08/2024) |
| 04/09/2024 | 272 | MOTION to appear pro hac vice *of Emily A. Shupe* ( Filing fee $ 200 receipt number ANYWDC-5150338.) by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Admission Petition Form, # 2 Affidavit Sponsoring Affidavit, # 3 Attorney's Oath, # 4 Civility Principles Oath of Office, # 5 Attorney Database & Electronic Case Registration Form, # 6 Certificate of Admission to the Bar of Illinois)(Connors, Terrence) (Entered: 04/09/2024) |
| 04/09/2024 | 273 | RESPONSE in Opposition re 253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *Motion to Lift Stay by the Uniland Partnership of Delaware* |

| | | |
|---|---|---|
| | | *L.P.* filed by Consumer Financial Protection Bureau, The People of the State of New York. (Chiu, Shirley) (Entered: 04/09/2024) |
| 04/09/2024 | 274 | RESPONSE in Opposition re 253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, filed by Thomas McNamara. (Attachments: # 1 Declaration of Thomas W. McNamara in Opposition to Motion)(Thoman, James) (Entered: 04/09/2024) |
| 04/10/2024 | 275 | TEXT ORDER granting 272 Motion for Emily A. Shupe, Esq. to appear Pro Hac Vice for Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, and for Wyolaw, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/10/2024. (RAZ)<br><br><span style="color:red">Clerk to Follow up</span> (Entered: 04/10/2024) |
| 04/10/2024 | 276 | MOTION for Order to Show Cause by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Attachments: # 1 Declaration of Dennis C. Vacco, # 2 Exhibit A - Fee Transition Plan, # 3 Exhibit B - 2024-2025 Budget, # 4 Exhibit C - Communication re Client Transition Redacted, # 5 Exhibit D - Notice to Terminate 2-29-24, # 6 Memorandum in Support Motion to Compel Transition Plan)(Vacco, Dennis) (Entered: 04/10/2024) |
| 04/10/2024 | 277 | Letter filed by Jaclyn Blust, Relialit, LLC, Lit Def Strategies, LLC, Jason Blust *requesting approval of schedule of filings regarding Amended Complaint.* (Personius, Rodney) (Entered: 04/10/2024) |
| 04/10/2024 | 278 | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC . (Vacco, Dennis) (Entered: 04/10/2024) |

| | | |
|---|---|---|
| 04/10/2024 | 279 | REPLY to Response to Motion re 234 Emergency MOTION to Modify Preliminary Injunction to Allow Processing and Payment of Insurance Claims for Legal Fees re 184 Preliminary Injunction filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Exhibit 1)(Connors, Terrence) (Entered: 04/10/2024) |
| 04/11/2024 | 280 | NOTICE of Appearance by Jacob S. Sonner on behalf of CIBC Bank USA, Valley National Bank (Sonner, Jacob) (Entered: 04/11/2024) |
| 04/11/2024 | 281 | DECISION AND ORDER denying defendants' emergency motions for a stay pending appeal 204 , 207 , 218 , 219 and 225 . Signed by Hon. Michael J. Roemer on 4/11/2024. (RAZ) (Entered: 04/11/2024) |
| 04/11/2024 | 282 | TEXT ORDER. Defendant Ryan Sasson and relief defendants Albert Ian Behar and Daniel Blumkin have moved to modify the preliminary injunction with respect to the asset freeze. 200 Defendants request that assets be unfrozen to pay necessary operational costs such as mortgages, utilities, taxes, vendor payments, and other maintenance expenses, for certain business entities that they own, either in whole or in part, and that, while included in the asset freeze, operate separately from Strategic, the intervenor law firms, and the debt-settlement business. Plaintiffs respond that they have directed the release of funds to make mortgage payments for these entities and that they are willing to continue to release funds to ensure that these businesses are able to operate. 224 Plaintiffs requested additional documentation from defendants regarding the businesses in general and the nature of the specific payments that must be made. Defendants reply that they have provided plaintiffs with the requested information, but that they believe some of plaintiffs' requests are overbroad. 226<br><br>The motion to modify the asset freeze is denied, without prejudice, as moot. It appears that the business entities at issue were purchased by defendants, at least in part, with proceeds from the sale of Strategic stock and are properly within the scope of the asset freeze under the preliminary injunction. Plaintiffs have agreed to release funds necessary to continue to operate these businesses, and have already released some funds for this purpose. The parties are directed to continue to work together to provide plaintiffs with the requested information in order to facilitate the payments of mortgages and other operating costs so that the business entities may continue to function. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/11/2024. (RAZ) (Entered: 04/11/2024) |
| 04/11/2024 | 283 | TEXT ORDER. In light of the filing of the Amended Complaint 249 , the pending motions to dismiss 188 and 189 are denied as moot and without prejudice. The oral argument addressing these motions scheduled for 4/22/2024 is CANCELLED.<br><br>Pursuant to the parties' jointly agreed upon schedule in their 4/10/24 letter to the Court 277 , defendants shall file an answer or other response to the Amended Complaint no later than 4/26/2024 and plaintiffs shall file their response(s) to any motion(s) directed to the Amended Complaint, or to amend the Amended Complaint, no later than 5/28/2024. SO |

| | | ORDERED. Issued by Hon. Michael J. Roemer on 4/11/2024. (RAZ) (Entered: 04/11/2024) |
|---|---|---|
| 04/11/2024 | 284 | TEXT ORDER re 213 MOTION to Intervene filed by Valley National Bank, CIBC Bank USA and 253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver, Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion for Hearing filed by The Uniland Partnership of Delaware L.P. Motion Hearing set for 4/22/2024 11:00 AM in Erie Courtroom, 9th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer.<br><br>Pursuant to defendant Strategic's 4/10/24 letter request 278 , the Court will also conduct a status conference as to defendant's motion for an order to show cause why the receiver should not be compelled to provide support services to intervening law firms 276 on 4/22/2024 11:00 AM in Erie Courtroom, 9th Floor West, 2 Niagara Square, Buffalo, NY. At that time, the Court will set a briefing schedule as to the motion for an order to show cause 276 if necessary. Counsel for all parties should be in attendance. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/11/2024. (RAZ) (Entered: 04/11/2024) |
| 04/11/2024 | 285 | REPLY to Response to Motion re 213 MOTION to Intervene filed by CIBC Bank USA, Valley National Bank. (Feld, Jonathan) (Entered: 04/11/2024) |
| 04/11/2024 | 286 | REPLY to Response to Motion re 213 MOTION to Intervene filed by CIBC Bank USA, Valley National Bank. (Feld, Jonathan) (Entered: 04/11/2024) |
| 04/12/2024 | 287 | NOTICE of Appearance by Emily A. Shupe on behalf of Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC (Shupe, Emily) (Entered: 04/12/2024) |
| 04/15/2024 | 288 | RESPONSE in Opposition re 255 Emergency MOTION for Preliminary Injunction / *Notice of Motion To (1) Require Receiver to Comply with Preliminary Injunction; (2) Modify Preliminary Injunction; And (3) Allow the Trust to Pay Legal Fees to Its Chosen Counsel* filed by The People of the State of New York. (Rados, Genevieve) (Entered: 04/15/2024) |
| 04/15/2024 | 289 | MOTION to appear pro hac vice *of Timothy D. Elliott* ( Filing fee $ 200 receipt number BNYWDC-5155761.) by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Admission Petition Form, # 2 Confidential Statement Filed Under Seal, # 3 Sponsoring Affidavit, # 4 |

| | | |
|---|---|---|
| | | Attorney's Oath, # 5 Appendix to Civility Principles Oath of Office, # 6 Attorney Database & Electronic Case Filing Registration Form, # 7 Certificate of Admission to the Bar of Illinois)(Connors, Terrence) (Entered: 04/15/2024) |
| 04/15/2024 | 290 | MOTION to Seal Document by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration of Terrence M. Connors in Support of Motion to File Pro Hac Vice Application Under Seal, # 2 Memorandum in Support of Motion to File Under Seal Confidential Statement Pursuant to Paragraph 6 of Petition for Admission Pro Hac Vice, # 3 Proposed Order)(Connors, Terrence) (Entered: 04/15/2024) |
| 04/15/2024 | 291 | TEXT ORDER granting 290 Motion to Seal Document. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/15/2024. (RAZ) (Entered: 04/15/2024) |
| 04/15/2024 | 292 | MOTION Emergency Request for Instruction by Thomas McNamara. (Attachments: # 1 Receivers Report re Protection of Consumers and Emergency Request for Instruction, # 2 Exhibit 1 to Receiver's Report, # 3 Exhibit 2 to Receiver's Report, # 4 Exhibit 3 to Receiver's Report, # 5 Exhibit 4 to Receiver's Report, # 6 Exhibit 5 to Receiver's Report, # 7 Exhibit 6 to Receiver's Report, # 8 Exhibit 7 to Receiver's Report, # 9 Exhibit 8 to Receiver's Report, # 10 Text of Proposed Order)(Wall, Alexander) (Entered: 04/15/2024) |
| 04/15/2024 | 293 | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC . (Attachments: # 1 Exhibit A)(Vacco, Dennis) (Entered: 04/15/2024) |
| 04/15/2024 | 294 | RESPONSE in Opposition re 241 MOTION Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Connors, Terrence) (Entered: 04/15/2024) |

| 04/15/2024 | [295](#) | RESPONSE in Opposition re [241](#) MOTION Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals filed by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Farber, Evan) (Entered: 04/15/2024) |
|---|---|---|
| 04/15/2024 | [296](#) | RESPONSE in Opposition re [255](#) Emergency MOTION for Preliminary Injunction / *Notice of Motion To (1) Require Receiver to Comply with Preliminary Injunction; (2) Modify Preliminary Injunction; And (3) Allow the Trust to Pay Legal Fees to Its Chosen Counsel* filed by Thomas McNamara. (Attachments: # [1](#) Declaration of Thomas W. McNamara in Opposition to Motion, # [2](#) Schedule 1 to Declaration of Thomas W. McNamara)(Thoman, James) (Entered: 04/15/2024) |
| 04/16/2024 | [297](#) | MOTION to Seal Document *In Support of Motion for Leave to File a Sur-Reply in Opposition to CIBC Bank USA And Valley National Banks Motion to Intervene* by Consumer Financial Protection Bureau.(Sanders, Joseph) (Entered: 04/16/2024) |
| 04/16/2024 | [298](#) | MOTION for Leave to File *a Sur-Reply in Opposition to CIBC Bank USA and Valley National Banks Motion to Intervene* by Consumer Financial Protection Bureau. (Attachments: # [1](#) Memorandum in Support (redacted pursuant to Motion to Seal), # [2](#) Proposed Sur-reply (redacted pursuant to Motion to Seal), # [3](#) Ex. 1 to Proposed Sur-Reply (redacted pursuant to Motion to Seal), # [4](#) Ex. 2 to Proposed Sur-Reply (redacted pursuant to Motion to Seal), # [5](#) Ex. 3 to Proposed Sur-Reply (redacted pursuant to Motion to Seal))(Sanders, Joseph) (Entered: 04/16/2024) |
| 04/16/2024 | 299 | TEXT ORDER. The intervenor law firms have moved to modify the preliminary injunction to allow the processing and payment of a claim against a captive insurance policy. [234](#) According to the law firms, the policy permits Strategic entities and/or the law firms to make claims for unpaid legal fees owed under the service agreements between them. The law firms seek to make a claim under this policy because, according to them, the Strategic entities have not honored their duties to indemnify and/or contribute to legal expenses incurred by the law firms in defense of this lawsuit and other lawsuits. Plaintiffs and the receiver oppose the request. [258](#) , [259](#) <br><br> The law firms' motion to modify the preliminary injunction for purposes of effectuating the insurance claim is denied. The Court finds that the policy proceeds are an asset under the receivership estate both because Strategic and/or the Strategic entities may have competing rights to draw upon the policy funds and because any funds not paid on valid claims may revert back to Strategic and/or the Strategic entities, who appear to have funded the policy. The Court also finds that the intervenor law firms have not made a sufficient factual or legal showing, at this time, that (1) all of their claims are timely; (2) that each law firm is, in fact, covered under the policy; and/or (3) that they are necessarily entitled to contribution or indemnification pursuant to the policy terms and conditions. The law firms seek coverage for fees and expenses incurred between November 2023 and March 2024, but none of the parties have provided the Court with a copy of the current policy. There is no evidence that the law firms served the Strategic entities with a demand for indemnification under the policy and the firms have not explained what their proportional share of contribution would be, if any. Moreover, the parties' indemnity obligations under the policy do not appear to include a duty to defend. Therefore, even if the firms were entitled to indemnification, it is likely the Strategic entities would not be obligated to pay until the underlying lawsuits are resolved. *See Winshall v. Viacom Intl, Inc.,* 76 A.3d 808, 820 (Del. 2013). Because it is presently unclear whether the intervenor law firms are entitled to insurance proceeds based on either indemnification or contribution, the Court finds that it would be inappropriate and premature to modify the preliminary injunction as requested by the intervenor law firms at this time. SO |

| | | |
|---|---|---|
| | | ORDERED. Issued by Hon. Michael J. Roemer on 4/16/2024. (RAZ) (Entered: 04/16/2024) |
| 04/16/2024 | 300 | TEXT ORDER re 292 MOTION Emergency Request for Instruction filed by Thomas McNamara. The Court will address this motion at the 4/22/2024 scheduled proceedings. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/16/2024. (RAZ) (Entered: 04/16/2024) |
| 04/16/2024 | 301 | REPLY/RESPONSE to re 253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,, Order on Motion for Hearing, *The Uniland Partnership of Delaware, L.P.'s Reply in Further Support of its Motion to Lift Stay* filed by The Uniland Partnership of Delaware L.P.. (Gwitt, Brian) (Entered: 04/16/2024) |
| 04/17/2024 | 302 | TEXT ORDER granting 297 MOTION to Seal Document In Support of 298 Motion for Leave to File a Sur-Reply in Opposition to CIBC Bank USA And Valley National Banks Motion to Intervene. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/17/2024. (RAZ) (Entered: 04/17/2024) |
| 04/17/2024 | 303 | TEXT ORDER granting 298 Motion for Leave to File a Sur-Reply in Opposition to CIBC Bank USA and Valley National Banks Motion to Intervene by Consumer Financial Protection Bureau. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/17/2024. (RAZ) (Entered: 04/17/2024) |
| 04/17/2024 | 304 | MOTION to appear pro hac vice *of Joshua A. Naftalis* ( Filing fee $ 200 receipt number ANYWDC-5158800.) by Daniel Blumkin. (Attachments: # 1 Admission Petition Form, # 2 Admission Sponsor Affidavit, # 3 Attorney's Oath, # 4 Civility Principles and Guidelines Oath, # 5 Attorney Database and Electronic Case Filing Registration Form) (McAdam, Maegan) (Entered: 04/17/2024) |
| 04/18/2024 | 305 | MOTION for Leave to File *Response to Sur-Reply [298-2]* by CIBC Bank USA, Valley National Bank. (Attachments: # 1 Memorandum in Support Proposed Response to Sur-Reply)(Lema, Ryan) (Entered: 04/18/2024) |
| 04/18/2024 | 306 | RESPONSE in Opposition re 276 MOTION for Order to Show Cause filed by Thomas McNamara. (Attachments: # 1 Exhibit 1)(Smith, Logan) (Entered: 04/18/2024) |
| 04/18/2024 | 307 | TEXT ORDER granting 305 Motion for Leave to File Response to Sur-Reply [298-2] by CIBC Bank USA, Valley National Bank. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/18/2024. (RAZ) (Entered: 04/18/2024) |
| 04/19/2024 | 308 | TEXT ORDER granting 289 Motion for Timothy D. Elliott, Esq. to appear Pro Hac Vice for Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group,and for Wyolaw, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/19/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 04/19/2024) |

| 04/19/2024 | [309](#) | NOTICE of Appearance by Rachel Rosemary Pawlak on behalf of The Uniland Partnership of Delaware L.P. (Pawlak, Rachel) (Entered: 04/19/2024) |
|---|---|---|
| 04/19/2024 | [310](#) | Sealed Document. Attachment #2 (Confidential Statement) of [289](#) MOTION to appear pro hac vice of Timothy D. Elliott. (RAZ) (Entered: 04/19/2024) |
| 04/19/2024 | [311](#) | Letter filed by Option 1 Client Services, LLC, Northstar Client Services, LLC, Anchor Client Services, LLC, Great Lakes Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Guidestone Client Services, LLC, Strategic Family, Inc.,, Newport Client Services, LLC, Rockwell Client Services, LLC, Strategic Client Support, LLC, Heartland Client Services, LLC, Strategic NYC, LLC, Versara Lending, LLC, T Fin, LLC, Monarch Client Services, LLC, Carolina Client Services, LLC, Harbor Client Services, LLC, Whitestone Client Services, LLC, Strategic FS Buffalo, LLC, Canyon Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Strategic CS, LLC, Royal Client Services, LLC, Stratfs, LLC, Summit Client Services, LLC, Pioneer Client Servicing, LLC, Stonepoint Client Services, LLC . (Vacco, Dennis) (Entered: 04/19/2024) |
| 04/20/2024 | [312](#) | RESPONSE in Opposition re [292](#) MOTION Emergency Request for Instruction filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # [1](#) Declaration of Roy D. Simon, Jr., # [2](#) CV of Roy D. Simon, Jr., # [3](#) Declaration of Mary T. Robinson, # [4](#) CV of Mary T. Robinson, # [5](#) of Stephanie L. Stewart, # [6](#) CV of Stephanie L. Stewart)(Connors, Terrence) (Entered: 04/20/2024) |
| 04/22/2024 | [313](#) | NOTICE of Appearance by Timothy D. Elliott on behalf of Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC (Elliott, Timothy) (Entered: 04/22/2024) |
| 04/22/2024 | [314](#) | MOTION to Seal Document by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # [1](#) Declaration of |

| | | |
|---|---|---|
| | | Terrence M. Connors in Support of Motion to File Under Seal, # [2] PHV Supplement Filed Under Seal, # [3] Memorandum in Support of Motion to File Under Seal, # [4] Proposed Order)(Connors, Terrence) (Entered: 04/22/2024) |
| 04/22/2024 | [315] | MOTION to Seal Document by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # [1] Declaration of Terrence M. Connors in Support of Motion to File Under Seal, # [2] PHV Supplement Filed Under Seal, # [3] Memorandum in Support of Motion to File Under Seal, # [4] Proposed Order)(Connors, Terrence) (Entered: 04/22/2024) |
| 04/22/2024 | [316] | CONTINUATION OF EXHIBITS to [137] Proposed Findings of Fact *(Exhibits 119-121)*. (Attachments: # [1] Exhibit 120, # [2] Exhibit 121)(McAdam, Maegan) (Entered: 04/22/2024) |
| 04/22/2024 | [317] | REPLY to Response to Motion re [255] Emergency MOTION for Preliminary Injunction */ Notice of Motion To (1) Require Receiver to Comply with Preliminary Injunction; (2) Modify Preliminary Injunction; And (3) Allow the Trust to Pay Legal Fees to Its Chosen Counsel* filed by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Weingarten, Noah) (Entered: 04/22/2024) |
| 04/22/2024 | [319] | REPLY to Response to Motion re [241] MOTION Receiver's First Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals filed by Thomas McNamara. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2)(Smith, Logan) (Entered: 04/22/2024) |
| 04/22/2024 | [320] | MEMORANDUM in Support re [190] MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant *(Response to Docs. 237, 270)* filed by Fidelis Legal Support Services, LLC. (Attachments: # [1] Declaration (Supplemental) of Cameron Christo, # [2] Exhibit J to Christo Supplemental Declaration, # [3] Declaration (Supplemental) of Michelle Hinds, # [4] Declaration (Supplemental) of Timothy W. Hoover, # [5] Exhibit B to Hoover Supplemental Declaration, # [6] Exhibit C to Hoover Supplemental Declaration, # [7] Exhibit D to Hoover Supplemental Declaration, # [8] Exhibit E to Hoover Supplemental Declaration, # [9] Exhibit F to Hoover Supplemental Declaration, # [10] Exhibit G to Hoover Supplemental Declaration, # [11] Exhibit H to Hoover Supplemental Declaration, # [12] Exhibit I to Hoover Supplemental Declaration, # [13] Exhibit J to Hoover Supplemental Declaration, # [14] Exhibit K to Hoover Supplemental Declaration, # [15] Declaration of Alisa Zargaryan) (Hoover, Timothy) (Entered: 04/22/2024) |
| 04/22/2024 | 325 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq. and Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client |

Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Rodney O. Personius, Esq.** on behalf of Jaclyn Blust, Jason Blust (present in courtroom), Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Thomas W. McNamara, Receiver; James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Terrence M. Connors, Esq., Timothy D. Elliott, Esq. and Emily A. Shupe, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Jonathan S. Feld, Esq. and Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Brian D. Gwitt, Esq.** on behalf of The Uniland Partnership of Delaware L.P.

Motion Hearing held on 4/22/2024 re

213 MOTION to Intervene filed by Valley National Bank, CIBC Bank USA. Motion to intervene was granted and motion to modify 184 Preliminary Injunction was denied without prejudice for reasons stated on the record;

253 MOTION to Set Aside 12 Order on Motion to Appoint Receiver, Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion for Hearing filed by The Uniland Partnership of Delaware L.P. Motion to modify 184 Preliminary Injunction was granted in that Uniland may take steps to recover the premises and receiver shall pay Uniland the full amount owed for rent for reasons stated on the record;

276 MOTION for Order to Show Cause filed by Boulder Client Services, LLC, Strategic NYC, LLC, Strategic Family, Inc., Strategic CS, LLC, Stonepoint Client Services, LLC, Rockwell Client Services, LLC, Heartland Client Services, LLC, Option 1 Client Services, LLC, Strategic Client Support, LLC, Royal Client Services, LLC, Anchor Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Harbor Client Services, LLC, Stratfs, LLC, Great Lakes Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Northstar Client Services, LLC, Monarch Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Newport Client Services, LLC, Strategic FS Buffalo, LLC, Carolina Client Services, LLC, Pioneer Client Servicing, LLC, Guidestone Client Services, LLC, Bedrock Client Services, LLC, Canyon Client Services, LLC. Discussions held and the parties agreed to the hiring of an independent consultant and reporting back to the Court at a Status Conference scheduled for 5/29/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY;

292 MOTION Emergency Request for Instruction filed by Thomas McNamara. The Court granted receiver's request to send out notices to consumers. The Court instructed receiver to circulate proposed language to the parties and then submit a proposed order to the Court. (Court Reporter FTR Gold.) (RAZ) (Entered: 04/23/2024)

| 04/23/2024 | 321 | TEXT ORDER granting 314 Motion to Seal Document. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/23/2024. (RAZ) (Entered: 04/23/2024) |
| 04/23/2024 | 322 | TEXT ORDER granting 315 Motion to Seal Document. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/23/2024. (RAZ) (Entered: 04/23/2024) |
| 04/23/2024 | 323 | DECLARATION signed by Rodney O. Personius re 270 Response in Opposition to Motion,, 232 Reply to Response to Motion, 269 Reply to Response to Motion, filed by Jason Blust filed by Jason Blust. (Attachments: # 1 Exhibit A-H)(Personius, Rodney) (Entered: 04/23/2024) |
| 04/23/2024 | 324 | Sealed Document. Unredacted attachments to 298 Motion for Leave to File a Sur-Reply. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Memorandum of Law in Support of Motion to Seal, # 7 Proposed Order)(TMK) (Entered: 04/23/2024) |
| 04/24/2024 | 326 | Sealed Document. Supplemental Response to Question No. 6 to 272 MOTION to appear pro hac vice of Emily A. Shupe. (RAZ) (Entered: 04/24/2024) |
| 04/24/2024 | 327 | Sealed Document. Supplemental Response to Question No. 6 to 289 MOTION to appear pro hac vice of Timothy D. Elliott. (RAZ) (Entered: 04/24/2024) |
| 04/24/2024 | 328 | ORDER granting Uniland's 253 Motion to Lift Stay. Signed by Hon. Michael J. Roemer on 4/24/2024. (RAZ) (Entered: 04/24/2024) |
| 04/26/2024 | 329 | ANSWER to 249 Amended Complaint,,,, by Albert Ian Behar.(Photiadis, Gregory) (Entered: 04/26/2024) |
| 04/26/2024 | 330 | ANSWER to 249 Amended Complaint,,,, by Blaise Investments, LLC.(Photiadis, Gregory) (Entered: 04/26/2024) |
| 04/26/2024 | 331 | TEXT ORDER granting 304 Motion for Joshua A. Naftalis, Esq. to appear Pro Hac Vice for Daniel Blumkin. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/26/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 04/26/2024) |
| 04/26/2024 | 332 | ANSWER to 249 Amended Complaint,,,, by Duke Enterprises, LLC.(Safer, Ronald) (Entered: 04/26/2024) |
| 04/26/2024 | 333 | ANSWER to 249 Amended Complaint,,,, by Ryan Sasson.(Safer, Ronald) (Entered: 04/26/2024) |
| 04/26/2024 | 334 | NOTICE of Appearance by Joshua A. Naftalis on behalf of Daniel Blumkin, Twist Financial, LLC (Naftalis, Joshua) (Entered: 04/26/2024) |
| 04/26/2024 | 335 | ANSWER to 249 Amended Complaint,,,, by Daniel Blumkin.(Naftalis, Joshua) (Entered: 04/26/2024) |
| 04/26/2024 | 336 | ANSWER to 249 Amended Complaint,,,, by Twist Financial, LLC.(Naftalis, Joshua) (Entered: 04/26/2024) |
| 04/26/2024 | 337 | ANSWER to 249 Amended Complaint,,,, by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee.(Farber, Evan) (Entered: 04/26/2024) |
| 04/26/2024 | 338 | ANSWER to 249 Amended Complaint,,,, by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client |

| | | |
|---|---|---|
| | | Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC.(Vacco, Dennis) (Entered: 04/26/2024) |
| 04/26/2024 | 339 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction by Jaclyn Blust.(Personius, Rodney) (Entered: 04/26/2024) |
| 04/26/2024 | 340 | DECLARATION signed by Rodney O. Personius re 339 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by Jaclyn Blust filed by Jaclyn Blust. (Personius, Rodney) (Entered: 04/26/2024) |
| 04/26/2024 | 342 | ANSWER to 249 Amended Complaint,,,, by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC.(Connors, Terrence) (Entered: 04/26/2024) |
| 04/26/2024 | 343 | ANSWER to 249 Amended Complaint,,,, by Lit Def Strategies, LLC, Relialit, LLC. (Personius, Rodney) (Entered: 04/26/2024) |
| 04/26/2024 | 344 | ANSWER to 249 Amended Complaint,,,, by Jason Blust.(Personius, Rodney) (Entered: 04/26/2024) |
| 04/26/2024 | 345 | MEMORANDUM in Support re 339 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction *Corrected* filed by Jaclyn Blust. (Attachments: # 1 Exhibit A-B)(Personius, Rodney) (Entered: 04/26/2024) |
| 04/29/2024 | 346 | RESPONSE in Opposition re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Thomas McNamara. (Smith, Logan) (Entered: 04/29/2024) |
| 04/29/2024 | 347 | REPLY to Response to Motion re 179 Emergency MOTION for Order to Show Cause *Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt* filed by Thomas McNamara. (Smith, Logan) (Entered: 04/29/2024) |
| 04/30/2024 | 348 | Letter filed by Albert Ian Behar *regarding Joint Stipulation and Order regarding Asset Freeze*. (Attachments: # 1 Text of Proposed Order Proposed Stipulation and Order regarding Asset Freeze)(Photiadis, Gregory) (Entered: 04/30/2024) |
| 05/02/2024 | 349 | STIPULATION AND ORDER Regarding the Asset Freeze Related to Defendants Sasson, Behar, and Blumkin and Non-Parties Birds and Timberline 1042. Signed by Hon. Michael J. Roemer on 5/1/2024. (RAZ) (Entered: 05/02/2024) |
| 05/03/2024 | 350 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 25, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript |

| | | |
|---|---|---|
| | | may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 5/24/2024. Redacted Transcript Deadline set for 6/3/2024. Release of Transcript Restriction set for 8/1/2024. (BSW) (Entered: 05/03/2024) |
| 05/03/2024 | 351 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on April 22, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 5/24/2024. Redacted Transcript Deadline set for 6/3/2024. Release of Transcript Restriction set for 8/1/2024. (BSW) (Entered: 05/03/2024) |
| 05/03/2024 | 352 | ORDER granting 292 Receiver's Emergency Request for Instruction. Signed by Hon. Michael J. Roemer on 5/3/2024. (RAZ) (Entered: 05/03/2024) |
| 05/06/2024 | 353 | Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 to Memorandum in Support, # 3 Exhibit 2 to Memorandum in Support, # 4 Declaration of Joseph O'Donnell, # 5 Exhibit 1 to O'Donnell Declaration, # 6 Exhibit 2 to O'Donnell Declaration, # 7 Text of Proposed Order)(Smith, Logan) (Entered: 05/06/2024) |
| 05/07/2024 | | SCHEDULING NOTICE as to 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt. <br><br> Responses by intervenor law firms and plaintiffs due by 5/14/2024. Replies from receiver due by 5/20/2024. Motion Hearing set for 5/23/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 05/07/2024) |
| 05/07/2024 | 354 | DECISION AND ORDER granting the request to require the receiver to comply with the preliminary injunction and denying in all other respects the Blust Family Irrevocable Trust Motion 255 . Signed by Hon. Michael J. Roemer on 5/7/2024. (RAZ) (Entered: 05/07/2024) |
| 05/13/2024 | 355 | MOTION for Extension of Time to File Response/Reply as to 353 Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration of Terrence M. Connors)(Connors, Terrence) (Entered: 05/13/2024) |
| 05/14/2024 | 356 | TEXT ORDER granting 355 Motion for Extension of Time to File Response/Reply as to 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt. SO ORDERED. Issued by Hon. Michael J. Roemer on 5/14/2024. (RAZ) (Entered: 05/14/2024) |

| 05/14/2024 | | RESCHEDULING NOTICE as to 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt. Responses due by 5/24/2024. Replies due by 5/31/2024. Motion Hearing set for 6/17/2024 11:00 AM in Allegany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 05/14/2024) |
|---|---|---|
| 05/20/2024 | 357 | RESPONSE in Opposition re 276 MOTION for Order to Show Cause filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 05/20/2024) |
| 05/22/2024 | 358 | DECISION AND ORDER granting 241 Receiver's First Fee Application in its entirety. Signed by Hon. Michael J. Roemer on 5/22/2024. (RAZ) (Entered: 05/22/2024) |
| 05/22/2024 | 359 | MOTION Request for Further Instruction *and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts* by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 to Memorandum in Support, # 3 Text of Proposed Order)(Smith, Logan) (Entered: 05/22/2024) |
| 05/23/2024 | 360 | TEXT ORDER re 359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts filed by Thomas McNamara. Any party wishing to respond shall do so on or before 5/28/2024, prior to the 5/29/2024 scheduled status conference. SO ORDERED. Issued by Hon. Michael J. Roemer on 5/23/2024. (RAZ) (Entered: 05/23/2024) |
| 05/23/2024 | 361 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Rodney O. Personius, Esq.** on behalf of Jaclyn Blust, Jason Blust (present in courtroom), Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee; **Thomas W. McNamara, Receiver**,; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo (present in courtroom). Motion Hearing held on 5/23/2024 re 179 Emergency MOTION for Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt filed by Thomas McNamara and 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant filed by Fidelis Legal Support Services, LLC. Court determined that an evidentiary hearing is necessary. Evidentiary Hearing set for 7/10/2024 and 7/11/2024 at 10:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter Bonnie S. Weber.) (RAZ) (Entered: 05/23/2024) |
| 05/24/2024 | 362 | Letter filed by Consumer Financial Protection Bureau *Request for Enlargement of Time to File Response to Motion to Dismiss*. (Chiu, Shirley) (Entered: 05/24/2024) |
| 05/24/2024 | 363 | RESPONSE to Motion re 353 Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson |

| | | |
|---|---|---|
| | | Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration of Terrence M. Connors, # 2 Declaration of Steven Crosby) (Connors, Terrence) (Entered: 05/24/2024) |
| 05/24/2024 | 364 | TEXT ORDER re 362 Letter filed by Consumer Financial Protection Bureau Request for Enlargement of Time to File Response to 339 Motion to Dismiss. Such request is granted. SO ORDERED. Issued by Hon. Michael J. Roemer on 5/24/2024. (RAZ) (Entered: 05/24/2024) |
| 05/24/2024 | 365 | RESPONSE in Support re 353 Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 05/24/2024) |
| 05/28/2024 | 366 | AMENDED COMPLAINT *Second Amended Complaint* against All Defendants, filed by Consumer Financial Protection Bureau.(Buchko, Vanessa) (Entered: 05/28/2024) |
| 05/29/2024 | 367 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, held on May 23, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 7/1/2024. Release of Transcript Restriction set for 8/27/2024. (BSW) (Entered: 05/29/2024) |
| 05/29/2024 | 368 | NOTICE OF APPEAL as to 354 Order on Motion for Preliminary Injunction, 358 Order on Motion for Miscellaneous Relief by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. Filing fee $ 605, receipt number ANYWDC-5192634. (Farber, Evan) (Entered: 05/29/2024) |
| 05/29/2024 | 369 | Original Summons Filed. (Attachments: # 1 Supplement Summons for Cameron Christo, # 2 Supplement Summons for Hedgewick Consulting, # 3 Supplement Summons for Michelle Gallagher, # 4 Supplement Summons for Richard Gustafson, # 5 Supplement Summons for Timothy Burnette, # 6 Supplement Summons for Bush Lake Trust)(Buchko, Vanessa) (Entered: 05/29/2024) |
| 05/29/2024 | 370 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Thomas W. McNamara, Receiver; James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Terrence M.** |

**Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Jonathan S. Feld, Esq.** and **Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar, Blaise Investments, LLC.

Status Conference held on 5/29/2024. Discussions held regarding the report created by an independent consultant. Parties requested time to review the report as they had just received it. Further Status Conference set for 7/11/2024 10:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer.

Mr. Vacco and Mr. Connors requested additional to time response to 359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts. The Court granted such request and responses due by 6/7/2024 and Receiver may reply by 6/14/2024. (Court Reporter Bonnie S. Weber.) (RAZ) (Entered: 05/31/2024)

| | | |
|---|---|---|
| 05/31/2024 | 371 | REPLY to Response to Motion re 353 Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* filed by Thomas McNamara. (Smith, Logan) (Entered: 05/31/2024) |
| 06/03/2024 | 372 | Summons Issued as to Timothy F. Burnette, Cameron Christo, Fidelis Legal Support Services, LLC, Michelle Gallagher, Richard K Gustafson II, Hedgewick Consulting, LLC, The Bush Lake Trust through Timothy Miller, Trustee. (TMK) (Entered: 06/03/2024) |
| 06/04/2024 | 373 | RESPONSE in Opposition re 339 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by Consumer Financial Protection Bureau. (Chiu, Shirley) (Entered: 06/04/2024) |
| 06/07/2024 | 374 | MOTION Modification of Preliminary Injunction re 184 Preliminary Injunction *and in Response to Receiver's Request for Instruction [Dkt 359]* by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Attachments: # 1 Memorandum in Support of Motion to Modify the Preliminary Injunction [Dkt 184] and in Response to Receiver's Request for Instruction [Dkt 359])(Vacco, Dennis) (Entered: 06/07/2024) |
| 06/07/2024 | 375 | RESPONSE in Opposition re 359 MOTION Request for Further Instruction *and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts* filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon |

| | | |
|---|---|---|
| | | Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Connors, Terrence) (Entered: 06/07/2024) |
| 06/10/2024 | | SCHEDULING NOTICE as to 339 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction. Replies due by 6/24/2024. Motion Hearing set for 7/11/2024 10:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 06/10/2024) |
| 06/11/2024 | 376 | Letter filed by Jaclyn Blust, Relialit, LLC, Lit Def Strategies, LLC, Jason Blust *requesting approval of schedule of filings regarding Second Amended Complaint*. (Personius, Rodney) (Entered: 06/11/2024) |
| 06/12/2024 | 377 | TEXT ORDER. Pursuant to the joint request of the parties 376 , defendants shall answer or otherwise respond to the Second Amended Complaint 366 on or before 6/25/2024. Plaintiffs shall file responses to any motions directed to the Second Amended Complaint on or before 7/23/2024. |
| | | Based on counsel's request 376 , defendant Jacklyn Blust's motion to dismiss the Amended Complaint 339 is denied as moot based on the filing of the Second Amended Complaint, and without prejudice to defendant's right to move against the Second Amended Complaint. The oral argument scheduled for 7/11/2024 is cancelled. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/12/2024. (RAZ) (Entered: 06/12/2024) |
| 06/12/2024 | 378 | DESIGNATION of Record on Appeal by The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee re 368 Notice of Appeal, CLERK TO FOLLOW UP (Farber, Evan) (Entered: 06/12/2024) |
| 06/14/2024 | 379 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, held on May 29, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024. (BSW) (Entered: 06/14/2024) |
| 06/14/2024 | 380 | REPLY/RESPONSE to re 374 MOTION Modification of Preliminary Injunction re 184 Preliminary Injunction *and in Response to Receiver's Request for Instruction [Dkt 359]*, 375 Response in Opposition to Motion,,,, filed by The People of the State of New York. (Rados, Genevieve) (Entered: 06/14/2024) |
| 06/14/2024 | 381 | NOTICE of Withdrawal of Attorney: Daniel Edelstein no longer appearing for Plaintiff The People of the State of Illinois. |
| | | CLERK TO FOLLOW UP. |
| | | (Bacoyanis, Amanda) (Entered: 06/14/2024) |

| 06/14/2024 | 382 | REPLY to Response to Motion re 359 MOTION Request for Further Instruction *and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts* filed by Thomas McNamara. (Smith, Logan) (Entered: 06/14/2024) |
|---|---|---|
| 06/17/2024 | 383 | Minute Entry for proceedings held before Hon. Michael J. Roemer: Appearances: **Joseph M. Sanders, Esq.** and **Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** via teleconference on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Rodney O. Personius, Esq.** on behalf of Jaclyn Blust, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC, The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee**Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar, Blaise Investments, LLC; **Thomas W. McNamara, Receiver; James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.<br><br>Motion Hearing not held on 6/17/2024 re 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt filed by Thomas McNamara, as parties agreed to hold such motion in abeyance pending settlement discussions. Parties to submit a stipulation and order no later than 6/21/2024 regarding consumer contact. Defendants shall supply the government all financial disclosure documents not later than 6/21/2024. Government to submit settlement demand and justification to defendants no later than 6/28/2024.<br><br>All parties agreed to the converting of the evidentiary hearings scheduled for 7/10/2024 and 7/11/2024 to settlement conferences. Settlement Conferences to discuss a possible global settlement set for 7/10/2024 and 7/11/2024 10:00 AM before Hon. Michael J. Roemer. (Court Reporter Bonnie S. Weber.) (RAZ) (Entered: 06/17/2024) |
| 06/17/2024 | 384 | NOTICE of Withdrawal of Attorney: Monika Moore no longer appearing for Plaintiff Consumer Financial Protection Bureau.<br><br>CLERK TO FOLLOW UP.<br><br>(Chiu, Shirley) (Entered: 06/17/2024) |

| 06/18/2024 | 385 | MOTION to Withdraw as Attorney *Richard Bernard's, Richard Pearl's, and Andrew Joseph's Motion to Withdraw as Counsel for the Strategic ESOP and Strategic ESOT* by Strategic ESOP, Strategic ESOT. (Attachments: # 1 Notice, # 2 Exhibit A, # 3 Proposed Order)(Bernard, Richard) (Entered: 06/18/2024) |
|---|---|---|
| 06/18/2024 | 386 | Consent MOTION for Extension of Time to File */ Extension of Time to provide financial disclosures to plaintiffs* by The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee.(Farber, Evan) (Entered: 06/18/2024) |
| 06/20/2024 | 387 | TEXT ORDER granting The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee 386 Motion for Extension of Time to provide financial disclosures to plaintiffs from June 21, 2024 to June 25, 2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/20/2024. (RAZ) (Entered: 06/20/2024) |
| 06/20/2024 | | SCHEDULING NOTICE as to 385 MOTION to Withdraw as Attorney Richard Bernard's, Richard Pearl's, and Andrew Joseph's Motion to Withdraw as Counsel for the Strategic ESOP and Strategic ESOT.<br><br>Plaintiffs and the Receiver shall file a response on or before 7/8/2024. Any other party wishing to respond may also file a response at that time. Counsel for Strategic ESOP and ESOT may reply on or before 7/18/2024. (RAZ) (Entered: 06/20/2024) |
| 06/21/2024 | 388 | MOTION for Extension of Time to File Answer re 366 Amended Complaint by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration of Terrence M. Connors)(Connors, Terrence) (Entered: 06/21/2024) |
| 06/21/2024 | 389 | MOTION for Joinder *in Ext Mot of Intervenor Law Firm Defts re 2d Amended Complaint* by Jaclyn Blust, Jason Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC.(Personius, Rodney) (Entered: 06/21/2024) |
| 06/21/2024 | 390 | NOTICE of Appearance by Rodney O. Personius on behalf of Hedgewick Consulting, LLC (Personius, Rodney) (Entered: 06/21/2024) |
| 06/24/2024 | 391 | TEXT ORDER granting 389 Motion for Joinder in 388 Ext Mot of Intervenor Law Firm Defts re 2d Amended Complaint by Jaclyn Blust, Jason Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/24/2024. (RAZ) (Entered: 06/24/2024) |
| 06/24/2024 | | SCHEDULING NOTICE as to 388 MOTION for Extension of Time to File Answer re 366 Amended Complaint. Responses due by **6/25/2024.** (RAZ) (Entered: 06/24/2024) |
| 06/24/2024 | 392 | MOTION for Joinder *in Motion for Extension of Time to Answer or Respond to Second Amended Complaint 388* by Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Duke Enterprises, LLC, Ryan Sasson, Twist Financial, LLC. (Attachments: # 1 Declaration of Matthew Kennison)(Kennison, Matthew) (Entered: 06/24/2024) |
| 06/24/2024 | 393 | TEXT ORDER granting 392 Motion for Joinder in Motion for Extension of Time to Answer or Respond to Second Amended Complaint 388 by Albert Ian Behar, Blaise |

| | | |
|---|---|---|
| | | Investments, LLC, Daniel Blumkin, Duke Enterprises, LLC, Ryan Sasson, Twist Financial, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/24/2024. (RAZ) (Entered: 06/24/2024) |
| 06/24/2024 | 394 | MOTION for Joinder *in Motion for Extension of Time to Answer or Respond to Second Amended Complaint 388* by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC.(Vacco, Dennis) (Entered: 06/24/2024) |
| 06/25/2024 | 395 | TEXT ORDER granting 394 Motion for Joinder in Motion for Extension of Time to Answer or Respond to Second Amended Complaint 388 by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/25/2024. (RAZ) (Entered: 06/25/2024) |
| 06/25/2024 | 396 | ANSWER to 366 Amended Complaint by Daniel Blumkin.(Naftalis, Joshua) (Entered: 06/25/2024) |
| 06/25/2024 | 397 | ANSWER to 366 Amended Complaint by Twist Financial, LLC.(Naftalis, Joshua) (Entered: 06/25/2024) |
| 06/25/2024 | 398 | RESPONSE in Opposition re 388 MOTION for Extension of Time to File Answer re 366 Amended Complaint filed by Consumer Financial Protection Bureau. (Chiu, Shirley) (Entered: 06/25/2024) |
| 06/25/2024 | 399 | Letter filed by Albert Ian Behar *re Access to Data*. (Attachments: # 1 Text of Proposed Order Proposed Addendum to Confidentialty Order, # 2 Exhibit Ex A to Proposed Addendum to Confidentiality Order)(Photiadis, Gregory) (Entered: 06/25/2024) |
| 06/25/2024 | 400 | ANSWER to 366 Amended Complaint *(Second)* by The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee.(Farber, Evan) (Entered: 06/25/2024) |
| 06/25/2024 | 401 | ANSWER to 366 Amended Complaint by Duke Enterprises, LLC.(Safer, Ronald) (Entered: 06/25/2024) |
| 06/25/2024 | 402 | ANSWER to 366 Amended Complaint by Ryan Sasson.(Safer, Ronald) (Entered: 06/25/2024) |
| 06/25/2024 | 403 | ANSWER to 366 Amended Complaint by Albert Ian Behar.(Photiadis, Gregory) (Entered: 06/25/2024) |

| 06/25/2024 | 404 | ANSWER to 366 Amended Complaint by Blaise Investments, LLC.(Photiadis, Gregory) (Entered: 06/25/2024) |
|---|---|---|
| 06/26/2024 | 405 | ANSWER to 366 Amended Complaint by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC.(Vacco, Dennis) (Entered: 06/26/2024) |
| 06/26/2024 | 406 | Letter filed by The People of the State of New York *responding to 399 Letter re Access to Data*. (Attachments: # 1 Exhibit Exhibit A)(Rados, Genevieve) (Entered: 06/26/2024) |
| 06/26/2024 | 407 | After considering the submissions of the parties, the Court grants the motion for an extension of time to answer the second amended complaint (388). For all defendants who have not yet responded to the second amended complaint, the time to answer is extended to July 31, 2024. Issued by Hon. Michael J. Roemer on June 26, 2024.(MLM) (Entered: 06/26/2024) |
| 06/26/2024 | 408 | TEXT ORDER: The receiver shall file a response to defendant Behars letter regarding access to data (399) by 6/27/24. Issued by Hon. Michael J. Roemer on June 26, 2024. (MLM) (Entered: 06/26/2024) |
| 06/26/2024 | 409 | MOTION to Amend/Correct 10 Summons Issued,,,, *to the Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee* by Consumer Financial Protection Bureau. (Attachments: # 1 Memorandum in Support of Motion for Leave to Amend Summons, # 2 Declaration of Patrick Callahan)(Chiu, Shirley) (Entered: 06/26/2024) |
| 06/26/2024 | 410 | TEXT ORDER re 399 Letter filed by Albert Ian Behar regarding access to data. Plaintiffs and receiver shall file a response by COB 6/27/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/26/2024. (RAZ) (Entered: 06/26/2024) |
| 06/27/2024 | 411 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals (Attachments: # 1 Designation/Index)(LB) (Entered: 06/27/2024) |
| 06/27/2024 | 412 | Letter filed by Thomas McNamara *the Receiver to Hon. Michael J. Roemer dated June 27, 2024*. (Thoman, James) (Entered: 06/27/2024) |
| 06/27/2024 | | SCHEDULING NOTICE as to 409 MOTION to Amend/Correct 10 Summons Issued as to the Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. Responses due by 7/12/2024. Replies due by 7/19/2024. (RAZ) (Entered: 06/27/2024) |
| 06/28/2024 | 413 | Letter filed by Albert Ian Behar . (Attachments: # 1 Text of Proposed Order Proposed Addendum to Confidentiality Order, # 2 Exhibit Ex A to Proposed Addendum to Confidentiality Order)(Photiadis, Gregory) (Entered: 06/28/2024) |
| 06/28/2024 | 414 | MOTION to appear pro hac vice *Tina E. Sciocchetti* ( Filing fee $ 200 receipt number ANYWDC-5219935.) by Timothy F. Burnette, Michelle Gallagher. (Attachments: # 1 Admission Petition Form, # 2 Attorney's Oath, # 3 Civil Penalties Oath, # 4 Database & Electronic Case Filing, # 5 Andrew Rose Sponsorsing Affidavit, # 6 Certificate of Good Standing)(Rose, Andrew) (Entered: 06/28/2024) |

| 06/28/2024 | 415 | STIPULATION AND ORDER. Addendum to Stipulated Protective Order. Signed by Hon. Michael J. Roemer on 6/28/2024. (Attachments: # 1 Acknowledgement and Agreement to be Bound)(RAZ) (Entered: 06/28/2024) |
|---|---|---|
| 07/01/2024 | 416 | TEXT ORDER. A settlement conference is scheduled to take place with the Court on 7/10/2024 and 7/11/2024. Plaintiffs have made an initial settlement offer, which they indicate is based on defendants' ability to pay and contingent on the receipt of completed and duly attested financial disclosures from defendants.<br><br>Exhibit B to plaintiffs' settlement offer lists defendants' missing or incomplete financial disclosures. Any defendant wishing to participate in the settlement conference shall complete all outstanding financial disclosures with attestations by 7/9/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/1/2024. (RAZ) (Entered: 07/01/2024) |
| 07/02/2024 | 417 | TEXT ORDER granting 414 Motion for Tina E. Sciocchetti, Esq. to appear Pro Hac Vice for Timothy F. Burnette and for Michelle Gallagher. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/2/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 07/02/2024) |
| 07/08/2024 | 418 | RESPONSE to Motion re 385 MOTION to Withdraw as Attorney *Richard Bernard's, Richard Pearl's, and Andrew Joseph's Motion to Withdraw as Counsel for the Strategic ESOP and Strategic ESOT* filed by Consumer Financial Protection Bureau. (Buchko, Vanessa) (Entered: 07/08/2024) |
| 07/08/2024 | 419 | RESPONSE to Motion re 385 MOTION to Withdraw as Attorney *Richard Bernard's, Richard Pearl's, and Andrew Joseph's Motion to Withdraw as Counsel for the Strategic ESOP and Strategic ESOT* filed by Thomas McNamara. (Attachments: # 1 Exhibit 1 ISO Response to Motion, # 2 Exhibit 2 ISO Response to Motion)(Wall, Alexander) (Entered: 07/08/2024) |
| 07/08/2024 | 420 | Letter filed by Consumer Financial Protection Bureau *to request extension of deadlines regarding Plaintiffs' Motion to Amend Summons (Dkt. 409).* (Chiu, Shirley) (Entered: 07/08/2024) |
| 07/09/2024 | 421 | NOTICE of Appearance by Mark Andrew Molloy on behalf of Timothy F. Burnette, Michelle Gallagher (Molloy, Mark) (Entered: 07/09/2024) |
| 07/09/2024 | 422 | TEXT ORDER re 420 Letter filed by Consumer Financial Protection Bureau to request extension of deadlines regarding Plaintiffs' Motion to Amend Summons 409 . The Court grants such request.<br><br>RESCHEDULING NOTICE as to 409 MOTION to Amend/Correct 10 Summons Issued as to the Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. Responses due by 7/17/2024. Replies due by 7/26/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/9/2024. (RAZ) (Entered: 07/09/2024) |
| 07/09/2024 | 423 | TEXT ORDER granting 385 Motion to Withdraw as Attorney. Attorney Richard J. Pearl; Richard J. Bernard and Andrew B. Joseph terminated. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/9/2024. (RAZ) (Entered: 07/09/2024) |
| 07/10/2024 | 424 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances:**Joseph M. Sanders, Esq.** and **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **AAG Evan Romanoff** on behalf of The People of Minnesota; **AAG Amanda E. Bacoyanis** on behalf of The People of Illinois; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, |

|  |  | LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Ronald S. Safer, Esq.** on behalf of Ryan Sasson (present in Courtroom) and Duke Enterprises, LLC; **Joshua A. Naftalis, Esq.** on behalf of Daniel Blumkin (present in the Courtroom) and Twist Financial LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar (present in the Courtroom) and Blaise Investments, LLC; **Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Evan K. Farber, Esq.** on behalf The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee; **Thomas W. McNamara**, Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Jonathan S. Feld, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Timothy W. Hoover, Esq.** on behalf of Fidelis Legal Support Services, LLC; **Mark Andrew Molloy, Esq.** on behalf of Timothy F. Burnette and Michelle Gallagher.<br><br>Settlement Conference held on 7/10/2024. Settlement Conference to continue 7/11/2024 10:00 AM before Hon. Michael J. Roemer. (RAZ) (Entered: 07/12/2024) |
| 07/11/2024 | 425 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; NYSAAG **Christopher L. Boyd** and NYSAAG **Genevieve S. Rados** on behalf of The People of the State of New York; AAG **Evan Romanoff** on behalf of The People of Minnesota; AAG **Amanda E. Bacoyanis** on behalf of The People of Illinois; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, |

| | | Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Ronald S. Safer, Esq.** on behalf of Ryan Sasson (present in Courtroom) and Duke Enterprises, LLC; **Joshua A. Naftalis, Esq.** on behalf of Daniel Blumkin (present in the Courtroom) and Twist Financial LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar (present in the Courtroom) and Blaise Investments, LLC; **Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Thomas W. McNamara**, Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Jonathan S. Feld, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Joe O'Donnell**, Stategic Employee (gave presentation to the parties). Continued Settlement Conference held on 7/11/2024. Parties will continue to discuss a possible resolution in this case. Status Conference set for 8/1/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer to report upon continued settlement discussions. The Court held all deadlines and hearings in abeyance until the scheduled status conference. (RAZ) (Entered: 07/12/2024) |
|---|---|---|
| 07/17/2024 | [426](#) | RESPONSE to Motion re [409](#) MOTION to Amend/Correct [10](#) Summons Issued,,,, *to the Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee* filed by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Farber, Evan) (Entered: 07/17/2024) |
| 07/18/2024 | 427 | TEXT ORDER granting [409](#) Motion to Amend or Correct [10](#) Summons Issued to the Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee by Consumer Financial Protection Bureau. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/18/2024. (RAZ) (Entered: 07/18/2024) |
| 08/01/2024 | 428 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson |

Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar and Blaise Investments, LLC; **Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; **Mark A. Molloy, Esq.** on behalf of Timothy F. Burnette and Michelle Gallagher; **Thomas W. McNamara,** Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara

Status Conference held on 8/1/2024. Parties updated the Court regarding settlement discussions. Parties agreed they will continued down that path.

The Court directed Mr. Molloy and Mr. Durland to furnish the government with their clients' financial disclosures no later than 8/9/2024 if they wish to be part of the settlement discussions. Otherwise, Mr. Durland is to respond to the receiver's discovery demand no later than 8/16/2024.

Further Status Conference was set for 8/26/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer where the Court directed that all counsel appear. (Court Reporter FTR Gold.) (RAZ) (Entered: 08/02/2024)

| 08/26/2024 | 429 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Vanessa A. Buchko, Esq.** and **Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitestone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar and Blaise Investments, LLC; **Rodney O. Personius, Esq.** w/ Jason Blust and on behalf of Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; **Mark A. Molloy, Esq.** on behalf of Timothy F. Burnette and Michelle Gallagher; **Noah Weingarten, Esq.** on behalf of The Blust Family 2019 Irrevocable Trust through Paul |

| | | |
|---|---|---|
| | | Hull, Jr., Trustee; **Thomas W. McNamara,** Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.<br><br>Status Conference held on 8/26/2024. Parties updated the Court regarding settlement discussions. Parties proceeded with settlement discussions with the Court as the mediator. The parties made some progress and will continue to discuss a possible resolution in this matter. Further Status Conference set for 9/20/2024 11:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer to report upon continued settlement discussions. If no further progress has been made, the Court will be inclined to set a case management order. (Court Reporter FTR Gold.) (RAZ) (Entered: 08/28/2024) |
| 08/30/2024 | 430 | STIPULATION re 184 Preliminary Injunction *as to property at 1919 S. Michigan Ave, Chicago, IL* by Jaclyn Blust, Jason Blust. (Personius, Rodney) (Entered: 08/30/2024) |
| 09/04/2024 | 431 | STIPULATION AND ORDER re 184 Preliminary Injunction as to property at 1919 S. Michigan Ave, Chicago, IL by Jaclyn Blust, Jason Blust. Signed by Hon. Michael J. Roemer on 9/4/2024. (RAZ) (Entered: 09/04/2024) |
| 09/04/2024 | 432 | MOTION for Attorney Fees *(Receivers Second Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals)* by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Thomas W. McNamara, # 3 Exhibit A to McNamara Declaration, # 4 Exhibit B to McNamara Declaration, # 5 Exhibit C to McNamara Declaration, # 6 Exhibit D to McNamara Declaration, # 7 Exhibit E to McNamara Declaration, # 8 Exhibit F to McNamara Declaration, # 9 Exhibit G to McNamara Declaration, # 10 Text of Proposed Order)(Smith, Logan) (Entered: 09/04/2024) |
| 09/09/2024 | | SCHEDULING NOTICE as to 432 MOTION for Attorney Fees (Receiver's Second Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals). Responses due by 9/23/2024. (RAZ) (Entered: 09/09/2024) |
| 09/16/2024 | 433 | MOTION for Attorney Fees by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Attachments: # 1 Declaration of Dennis C. Vacco, # 2 Exhibit A - Fully Redacted Invoices, # 3 Memorandum in Support of Motion to Unfreeze Assets and Compel Payment of Legal Fees)(Vacco, Dennis) (Entered: 09/16/2024) |
| 09/17/2024 | | SCHEDULING NOTICE as to 433 MOTION for Attorney Fees. Responses due by 10/1/2024. Replies due by 10/15/2024. (RAZ) (Entered: 09/17/2024) |
| 09/20/2024 | 434 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Scott S. Allen, Jr., Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport |

Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar and Blaise Investments, LLC; **Rodney O. Personius, Esq.** on behalf of Jason Blust and on behalf of Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Ryan A. Lema, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; **Mark A. Molloy, Esq.** on behalf of Timothy F. Burnette and Michelle Gallagher; **Noah Weingarten, Esq.** on behalf of The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee; **Thomas W. McNamara,** Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Status Conference held on 9/20/2024. Parties briefed the Court regarding the continued settlement discussions. The Court advised that it will proceed with addressing the pending motions, whether briefing or oral argument may be necessary. Plaintiffs advised the Court that a motion for preliminary injunction will be filed as to the additional defendants listed in the Second Amended Complaint in the near future. (Court Reporter FTR Gold.) (RAZ) (Entered: 09/20/2024)

| 09/23/2024 | | SCHEDULING NOTICE as to 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt and 359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts. |
| | | Motion Hearing set for 10/24/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 09/23/2024) |
| 09/23/2024 | 435 | TEXT ORDER. Any defendant or relief defendant that has not responded to the 366 Second Amended Complaint shall file a response no later than 10/15/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 9/23/2024. (RAZ) (Entered: 09/23/2024) |
| 09/23/2024 | 436 | RESPONSE in Opposition re 432 MOTION for Attorney Fees *(Receivers Second Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals)* filed by The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee. (Farber, Evan) (Entered: 09/23/2024) |
| 09/23/2024 | 437 | NOTICE of Withdrawal of Attorney: Andrew C. Rose no longer appearing for Defendants Timothy F. Burnette, Michelle Gallagher. |

| | | CLERK TO FOLLOW UP. (Rose, Andrew) (Entered: 09/23/2024) |
|---|---|---|
| 09/26/2024 | 438 | Letter filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC *(Adjournment Request)*. (Connors, Terrence) (Entered: 09/26/2024) |
| 09/30/2024 | 439 | REPLY to Response to Motion re 432 MOTION for Attorney Fees *(Receivers Second Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals)* filed by Thomas McNamara. (Smith, Logan) (Entered: 09/30/2024) |
| 09/30/2024 | 440 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Fidelis Legal Support Services, LLC.(Durland, Spencer) (Entered: 09/30/2024) |
| 09/30/2024 | 441 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by The Bush Lake Trust through Timothy Miller, Trustee.(Durland, Spencer) (Entered: 09/30/2024) |
| 09/30/2024 | 442 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Cameron Christo. (Durland, Spencer) (Entered: 09/30/2024) |
| 09/30/2024 | 443 | MEMORANDUM IN SUPPORT re 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM byCameron Christo, Fidelis Legal Support Services, LLC, The Bush Lake Trust through Timothy Miller, Trustee. (Durland, Spencer) (Entered: 09/30/2024) |
| 10/01/2024 | 444 | MOTION for Discovery *pertaining to discovery dispute* by Consumer Financial Protection Bureau.(Sanders, Joseph) (Entered: 10/01/2024) |
| 10/01/2024 | 445 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 20, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 10/22/2024. Redacted Transcript Deadline set for 11/1/2024. Release of Transcript Restriction set for 12/30/2024. (BSW) (Entered: 10/01/2024) |
| 10/01/2024 | | SCHEDULING NOTICE as to 444 MOTION for Discovery pertaining to discovery dispute. Responses due by 10/18/2024. Replies due by 10/31/2024. Motion Hearing set for 11/13/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 10/01/2024) |
| 10/01/2024 | | RESCHEDULING NOTICE as to 444 MOTION for Discovery pertaining to discovery dispute. Responses due by 10/7/2024. Motion Hearing set for 10/9/2024 03:00 PM in Allegany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 10/01/2024) |

| 10/01/2024 | | SCHEDULING NOTICE as to 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Responses due by 10/18/2024. Replies due by 10/31/2024. Motion Hearing set for 11/13/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 446 | RESPONSE in Opposition re 433 MOTION for Attorney Fees *(Opposition to Motion to Unfreeze Assets and Compel Payment of Legal Fees)* filed by CIBC Bank USA, Valley National Bank. (Sonner, Jacob) (Entered: 10/01/2024) |
| 10/07/2024 | 447 | Letter filed by Fidelis Legal Support Services, LLC *(re informal discovery dispute process, Doc. 444)*. (Hoover, Timothy) (Entered: 10/07/2024) |
| 10/09/2024 | 448 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: Joseph M. Sanders, Esq. on behalf of the Consumer Financial Protection Bureau; NYSAAG Christopher L. Boyd and NYSAAG Genevieve S. Rados on behalf of The People of the State of New York; Timothy W. Hoover, Esq. and Spencer L. Durland, Esq. on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; James C. Thoman, Esq. representing Receiver Thomas W. McNamara. Motion Hearing held on 10/9/2024 re 444 MOTION for Discovery pertaining to discovery dispute filed by Consumer Financial Protection Bureau. The Court directed the receiver to provide plaintiffs with the requested documents. (Court Reporter FTR Gold.) (RAZ) (Entered: 10/09/2024) |
| 10/14/2024 | 449 | REPLY/RESPONSE to re 446 Response in Opposition to Motion, 433 MOTION for Attorney Fees filed by Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc.,, Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC. (Vacco, Dennis) (Entered: 10/14/2024) |
| 10/14/2024 | 450 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Richard K Gustafson II. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1)(Connors, Terrence) (Entered: 10/14/2024) |
| 10/15/2024 | 451 | STIPULATION *and PROPOSED Order extending defendants' time* by Timothy F. Burnette, Michelle Gallagher. (Molloy, Mark) (Entered: 10/15/2024) |
| 10/15/2024 | 452 | MOTION to Dismiss *Second Amended Complaint* by Jason Blust. (Attachments: # 1 Memorandum in Support)(Personius, Rodney) (Entered: 10/15/2024) |
| 10/15/2024 | 453 | MOTION to Dismiss *Second Amended Complaint* by Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC. (Attachments: # 1 Memorandum in Support) (Personius, Rodney) (Entered: 10/15/2024) |
| 10/15/2024 | 454 | MOTION to Dismiss *Second Amended Complaint* by Jaclyn Blust. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Timothy Hanson, # 3 Exhibit B - Declaration of Jaclyn Blust)(Personius, Rodney) (Entered: 10/15/2024) |

| | | |
|---|---|---|
| 10/15/2024 | 455 | ANSWER to 366 Amended Complaint by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hailstone Legal Group, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Royal Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC.(Connors, Terrence) (Entered: 10/15/2024) |
| 10/16/2024 | 456 | MOTION for Court Approval of Contractual Asset Return to FDIC re 184 Preliminary Injunction, 183 Order on Motion for Preliminary Injunction *Non-Party JPMorgan Chase Bank, N.A.'s Motion for Court Order Approving Contractual Asset Return to FDIC, as Receiver to First Republic Bank* by JPMorgan Chase Bank, N.A.. (Attachments: # 1 Motion, # 2 Proposed Order)(Grable, Stephen) (Entered: 10/16/2024) |
| 10/17/2024 | 457 | TEXT ORDER. 451 STIPULATION extending time for defendants Timothy F. Burnette and Michelle Gallagher to answer, move or otherwise respond to the Complaint to 10/22/2024 is hereby SO ORDERED. Issued by Hon. Michael J. Roemer on 10/17/2024. (RAZ) (Entered: 10/17/2024) |
| 10/17/2024 | 458 | MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver by Hailstone Legal Group, Royal Legal Group. (Attachments: # 1 Declaration of Terrence M. Connors, # 2 Declaration of Richard K. Gustafson II, # 3 Memorandum in Support of Royal Legal Group and Hailstone Legal Group's Motion to Modify Preliminary Injunction and Provide Instruction to Receiver)(Connors, Terrence) (Entered: 10/17/2024) |
| 10/17/2024 | | SCHEDULING NOTICE as to 458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver. Responses due by 10/31/2024. Replies due by 11/8/2024. Motion Hearing set for 11/20/2024 11:00 AM in Allegany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 10/17/2024) |
| 10/18/2024 | | SCHEDULING NOTICE as to 456 MOTION for Court Approval of Contractual Asset Return to FDIC re 184 Preliminary Injunction, 183 Order on Motion for Preliminary Injunction/Non-Party JPMorgan Chase Bank, N.A.'s Motion for Court Order Approving Contractual Asset Ret.<br><br>Responses due by 10/28/2024. (RAZ) (Entered: 10/18/2024) |
| 10/18/2024 | 459 | Letter filed by Consumer Financial Protection Bureau *regarding scheduling and page limits for dkt. 450, 452 and 453*. (Sanders, Joseph) (Entered: 10/18/2024) |
| 10/18/2024 | 460 | RESPONSE in Opposition re 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Consumer Financial Protection Bureau. (Buchko, Vanessa) (Entered: 10/18/2024) |
| 10/21/2024 | | RESCHEDULING NOTICE as to 353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt and 359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts.<br><br>Motion Hearing now set for 10/30/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: |

| | | 10/21/2024 |
|---|---|---|
| 10/21/2024 | | SCHEDULING NOTICE as to 450 MOTION to Dismiss for Failure to State a Claim, 452 MOTION to Dismiss Second Amended Complaint and 453 MOTION to Dismiss Second Amended Complaint.<br><br>Pursuant to the parties' 10/18/2024 letter 459 : Responses due by 11/5/2024. Replies due by 11/19/2024. Motion Hearing set for 12/10/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. The parties' request for additional pages is granted. (RAZ) (Entered: 10/21/2024) |
| 10/21/2024 | | SCHEDULING NOTICE as to 454 MOTION to Dismiss Second Amended Complaint.<br><br>Responses due by 11/5/2024. Replies due by 11/19/2024. Motion Hearing set for 12/10/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 10/21/2024) |
| 10/22/2024 | 461 | STIPULATION re 366 Amended Complaint *and Proposed Order extending defendants' time to Answer or otherwise respond (FOR SO ORDER)* by Timothy F. Burnette, Michelle Gallagher. (Molloy, Mark) (Entered: 10/22/2024) |
| 10/23/2024 | 462 | Letter filed by Cameron Christo, Fidelis Legal Support Services, LLC, The Bush Lake Trust through Timothy Miller, Trustee *regarding consent request to extend deadline for reply in support of motions to dismiss (Docs. 440, 441, 442) from 10/31/2024 to 11/07/2024.* (Hoover, Timothy) (Entered: 10/23/2024) |
| 10/24/2024 | 463 | TEXT ORDER. 461 Stipulation extending time to 11/8/2024 for defendants Timothy F. Burnette and Michelle Gallagher to answer, move or otherwise respond to the 366 Amended Complaint is hereby SO ORDERED. Issued by Hon. Michael J. Roemer on 10/24/2024. (RAZ) (Entered: 10/24/2024) |
| 10/24/2024 | 464 | TEXT ORDER re 462 Letter filed by Cameron Christo, Fidelis Legal Support Services, LLC, The Bush Lake Trust through Timothy Miller, Trustee regarding consent request to extend deadline for reply in support of motions to dismiss 440 , 441 and 442 from 10/31/2024 to 11/07/2024.<br><br>The Court GRANTS such request. SO ORDERED. Issued by Hon. Michael J. Roemer on 10/24/2024. (RAZ) (Entered: 10/24/2024) |
| 10/24/2024 | 465 | MOTION to appear pro hac vice *of Zachary G. Newman* ( Filing fee $ 200 receipt number ANYWDC-5314830.) by JPMorgan Chase Bank, N.A.. (Attachments: # 1 Good Standing Certificate, # 2 Attorney Petition, # 3 Sponsor Affidavit, # 4 Attorney Oath, # 5 Civilities Principles Oath, # 6 Registration Form)(Grable, Stephen) (Entered: 10/24/2024) |
| 10/24/2024 | 466 | Letter filed by Consumer Financial Protection Bureau *regarding consent request for a page increase for preliminary injunction motion.* (Sanders, Joseph) (Entered: 10/24/2024) |
| 10/25/2024 | 467 | TEXT ORDER re 466 Letter filed by Consumer Financial Protection Bureau regarding consent request for a page increase for preliminary injunction motion.<br><br>The Court grants such request. Plaintiffs' memorandum in support of their anticipated preliminary injunction may not exceed 35 pages. Defendants may have a page limit increase of 10 pages in their responses. SO ORDERED. Issued by Hon. Michael J. Roemer on 10/25/2024. (RAZ) (Entered: 10/25/2024) |
| 10/25/2024 | 468 | TEXT ORDER granting 465 Motion for Zachary G. Newman, Esq. to appear Pro Hac Vice for JPMorgan Chase Bank, N.A. SO ORDERED. Issued by Hon. Michael J. Roemer on 10/25/2024. (RAZ) |

| | | |
|---|---|---|
| | | <span style="color:red">Clerk to Follow up</span> (Entered: 10/25/2024) |
| 10/25/2024 | 469 | MOTION to Withdraw by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC. (Attachments: # 1 Declaration Of James Agosto, # 2 Declaration of Tim Burnette, # 3 Declaration of Jerome Dubin, # 4 Declaration of Richard K. Gustafson, II, # 5 Declaration of Michelle Hinds Gallagher, # 6 Declaration of Craig Horvath, # 7 Declaration of Lori Leigh, # 8 Declaration of Guillermo Geisse, # 9 Declaration of Thomas Rogus, # 10 Memorandum in Support of Intervenor Law Firms' Motion Seeking Non-Objection to Withdrawal, # 11 Draft Termination Letter)(Connors, Terrence) (Entered: 10/25/2024) |
| 10/25/2024 | 470 | Letter filed by Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Bradon Ellis Law Firm LLC, Canyon Legal Group, LLC, Chinn Legal Group, LLC, Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Great Lakes Law Firm, Greenstone Legal Group, Gustafson Consumer Law Group, LLC, Hallock & Associates LLC, Hallock and Associates, Harbor Legal Group, Heartland Legal Group, Leigh Legal Group, PLLC, Level One Law, Meadowbrook Legal Group, Michel Law, LLC, Monarch Legal Group, Moore Legal Group, LLC, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Slate Legal Group, Spring Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, The Law Office of Melissa Michel LLC, Whitstone Legal Group, Wyolaw, LLC . (Connors, Terrence) (Entered: 10/25/2024) |
| 10/29/2024 | 471 | MEMORANDUM in Opposition re 458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver filed by Consumer Financial Protection Bureau. (Attachments: # 1 Declaration of Joseph Sanders, # 2 Exhibit A to Sanders Declaration) (Sanders, Joseph) (Entered: 10/29/2024) |
| 10/29/2024 | 472 | RENEWED MOTION re 374 Modification of Preliminary Injunction re 184 Preliminary Injunction *and in Response to Receiver's Request for Instruction [Dkt 359]* filed by Strategic CS, LLC, Strategic FS Buffalo, LLC, Strategic NYC, LLC, BCF Capital, LLC, T Fin, LLC, Strategic Consulting, LLC, Versara Lending, LLC, Strategic Family, Inc.,, Anchor Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Stratfs, LLC. (Attachments: # 1 Declaration of Dennis C. Vacco, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Memorandum in Support)(Vacco, Dennis) Modified on 11/15/2024 (RAZ). (Entered: 10/29/2024) |
| 10/30/2024 | 475 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Vanessa A. Buchko, Esq.** and **Shirley T. Chiu, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on |

behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates, LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar and Blaise Investments, LLC; **Rodney O. Personius, Esq.** on behalf of Jason Blust and on behalf of Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Thomas W. McNamara,** Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Motion Hearing held on 10/30/2024. Discussions held re

353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt filed by Thomas McNamara,

359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts filed by Thomas McNamara,

469 MOTION to Withdraw filed by The Law Firm of Derek Williams, LLC, Bradon Ellis Law Firm LLC, Whitstone Legal Group, Monarch Legal Group, Greenstone Legal Group, Harbor Legal Group, Spring Legal Group, Anchor Law Firm, PLLC, Boulder Legal Group, Leigh Legal Group, PLLC, Stonepoint Legal Group, Heartland Legal Group, Clear Creek Legal, LLC, Level One Law, Northstar Legal Group, Slate Legal Group, Great Lakes Law Firm, The Law Office of Melissa Michel LLC, Gustafson Consumer Law Group, LLC, Chinn Legal Group, LLC, Newport Legal Group, LLC, Pioneer Law Firm P.C., Option 1 Legal, Michel Law, LLC, Moore Legal Group, LLC, Rockwell Legal Group, Wyolaw, LLC, Canyon Legal Group, LLC, Bedrock Legal Group, Meadowbrook Legal Group, Hallock & Associates LLC, Hallock and Associates, Credit Advocates Law Firm, LLC and

472 MEMORANDUM in Support re 374 MOTION Modification of Preliminary Injunction re 184 Preliminary Injunction and in Response to Receiver's Request for Instruction 359 filed by Strategic CS, LLC, Strategic FS Buffalo, LLC, Strategic NYC, LLC, BCF Capital, LLC, T Fin, LLC, Strategic Consulting, LLC, Versara Lending, LLC, Strategic Family, Inc.,, Anchor Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Option 1 Client Servicing, LLC,

| | | Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Stratfs, LLC.<br><br>Plaintiffs, the law firms, and the receiver to continue to work out terms for withdrawal of law firms pursuant to 469 . Receiver's motion to hold law firms in contempt 353 held in abeyance while parties discuss potential resolution. Briefing schedule re 472 as follows: responses due by 11/13/2024, replies due by 11/18/2024, and motion hearing set for 11/20/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter FTR Gold.) (RAZ) (Entered: 10/31/2024) |
|---|---|---|
| 10/31/2024 | 473 | Letter filed by JPMorgan Chase Bank, N.A. *Letter to Hon. Elizabeth A. Wolford re JPMorgan Chase Bank's motion for court order approving contractual asset return [ECF 456]*. (Attachments: # 1 Proposed Order)(Newman, Zachary) (Entered: 10/31/2024) |
| 10/31/2024 | 474 | NOTICE of Appearance by Akash R. Desai on behalf of Consumer Financial Protection Bureau (Desai, Akash) (Entered: 10/31/2024) |
| 11/01/2024 | 476 | ORDER granting 456 non-party JPMorgan Chase Bank, N.A.'s Motion for Court Order Approving Contractual Asset Return to FDIC, as Receiver to First Republic Bank. Signed by Hon. Michael J. Roemer on 11/1/2024. (RAZ) (Entered: 11/01/2024) |
| 11/01/2024 | 477 | MOTION for Preliminary Injunction *Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC* by Consumer Financial Protection Bureau. (Attachments: # 1 Memorandum in Support of Plaintiffs' Application For a Preliminary Injunction Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC, # 2 Declaration of Patrick Callahan, # 3 Exhibit 1 to Callahan Declaration, # 4 Exhibit 2 to Callahan Declaration, # 5 Exhibit 3 to Callahan Declaration, # 6 Exhibit 4 to Callahan Declaration, # 7 Exhibit 5 to Callahan Declaration, # 8 Exhibit 6 to Callahan Declaration, # 9 Exhibit 7 to Callahan Declaration, # 10 Exhibit 8 to Callahan Declaration, # 11 Exhibit 9 to Callahan Declaration, # 12 Exhibit 10 to Callahan Declaration, # 13 Exhibit 11 to Callahan Declaration, # 14 Exhibit 12 to Callahan Declaration, # 15 Exhibit 13 to Callahan Declaration, # 16 Exhibit 14 to Callahan Declaration, # 17 Exhibit 15 to Callahan Declaration, # 18 Exhibit 16 to Callahan Declaration, # 19 Exhibit 17 to Callahan Declaration, # 20 Exhibit 18 to Callahan Declaration, # 21 Exhibit 19 to Callahan Declaration, # 22 Exhibit 20 to Callahan Declaration, # 23 Exhibit 21 to Callahan Declaration, # 24 Exhibit 22 to Callahan Declaration, # 25 Exhibit 23 to Callahan Declaration, # 26 Exhibit 24 to Callahan Declaration, # 27 Exhibit 25 to Callahan Declaration, # 28 Exhibit 26 to Callahan Declaration, # 29 Exhibit 27 to Callahan Declaration, # 30 Exhibit 28 to Callahan Declaration, # 31 Exhibit 29 to Callahan Declaration, # 32 Exhibit 30 to Callahan Declaration, # 33 Exhibit 31 to Callahan Declaration, # 34 Exhibit 32 to Callahan Declaration, # 35 Exhibit 33 to Callahan Declaration, # 36 Exhibit 34 to Callahan Declaration, # 37 Exhibit 35 to Callahan Declaration, # 38 Declaration of Timothy Hanson, # 39 Exhibit 1 to Hanson Declaration, # 40 Exhibit 2 to Hanson Declaration, # 41 Exhibit 3 to Hanson Declaration, # 42 Exhibit 4 to Hanson Declaration, # 43 Declaration of Nicole Kelly, # 44 Exhibit 1 to Kelly Declaration, # 45 Declaration of Evan Romanoff, # 46 Exhibit 1 to Romanoff Declaration, # 47 May 23, 2024 Hearing Transcript Excerpt, # 48 Text of Proposed Order, # 49 Plaintiffs' Witness List, # 50 Plaintiffs' Exhibit List)(Sanders, Joseph) (Entered: 11/01/2024) |
| 11/05/2024 | 478 | MEMORANDUM in Opposition re 454 MOTION to Dismiss *Second Amended Complaint* filed by Consumer Financial Protection Bureau. (Chiu, Shirley) (Entered: 11/05/2024) |

| 11/05/2024 | 479 | MEMORANDUM in Opposition re 452 MOTION to Dismiss *Second Amended Complaint*, 453 MOTION to Dismiss *Second Amended Complaint*, 450 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Consumer Financial Protection Bureau. (Buchko, Vanessa) (Entered: 11/05/2024) |
|---|---|---|
| 11/06/2024 | 480 | RESPONSE in Support re 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Durland, Spencer) (Entered: 11/06/2024) |
| 11/06/2024 | 481 | First MOTION to appear pro hac vice *Maryanne Donaghy* ( Filing fee $ 200 receipt number ANYWDC-5325745.) by State of Delaware. (Attachments: # 1 Affidavit M. Quirk Sponsoring Affidavit, # 2 Exhibit Maryanne Donaghy Admissions Petition Form, # 3 Exhibit Maryanne Donaghy Oath of Office, # 4 Exhibit Maryanne Donaghy Attorney Oath, # 5 Exhibit Maryanne Donaghy Database and ECF Registration Form)(Quirk, Marion) (Entered: 11/06/2024) |
| 11/07/2024 | 482 | NOTICE of Appearance by Kristin L Bateman on behalf of Consumer Financial Protection Bureau (Bateman, Kristin) (Entered: 11/07/2024) |
| 11/08/2024 | 483 | STIPULATION *and Proposed Order extending defendants Michelle Gallagher and Timothy F. Burnette's time to respond to complaint (for So Order)* by Timothy F. Burnette, Michelle Gallagher. (Molloy, Mark) (Entered: 11/08/2024) |
| 11/08/2024 | 484 | REPLY to Response to Motion re 458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver filed by Hailstone Legal Group, Royal Legal Group. (Connors, Terrence) (Entered: 11/08/2024) |
| 11/10/2024 | 485 | TEXT ORDER granting 481 Motion for Maryanne T. Donaghy, Esq. to appear Pro Hac Vice for the State of Delaware. SO ORDERED. Issued by Hon. Michael J. Roemer on 11/10/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 11/10/2024) |
| 11/12/2024 | 486 | TEXT ORDER. 483 Stipulation extending time to 11/15/2024 for defendants Timothy F. Burnette and Michelle Gallagher to answer, move or otherwise respond to the 366 Amended Complaint is hereby SO ORDERED. Issued by Hon. Michael J. Roemer on 11/12/2024. (RAZ) (Entered: 11/12/2024) |
| 11/13/2024 | 487 | REPLY/RESPONSE to re 472 Memorandum in Support of Motion,,,, filed by Consumer Financial Protection Bureau. (Attachments: # 1 September 20, 2024 Hearing Transcript Excerpt)(Sanders, Joseph) (Entered: 11/13/2024) |
| 11/13/2024 | 488 | DECISION AND ORDER granting 432 Receiver's Second Fee Application in its entirety. Signed by Hon. Michael J. Roemer on 11/12/2024. (RAZ) (Entered: 11/13/2024) |
| 11/13/2024 | 489 | STIPULATED ORDER granting 469 Motion of Intervening Law Firms to Withdraw. Signed by Hon. Michael J. Roemer on 11/13/2024. (RAZ) (Entered: 11/13/2024) |
| 11/13/2024 | 490 | REPLY/RESPONSE to re 472 Memorandum in Support of Motion,,,, filed by Thomas McNamara. (Smith, Logan) (Entered: 11/13/2024) |
| 11/13/2024 | 492 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Vanessa A. Buchko, Esq., Akash R. Desai, Esq.** and **Kristin L. Bateman, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal |

Support Services, LLC, Chief Executive Cameron Christo; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Motion Hearing held on 11/13/2024 re 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Fidelis Legal Support Services, LLC., 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by The Bush Lake Trust through Timothy Miller, Trustee, and 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Cameron Christo. The Court considered the motions submitted for decision/report and recommendation.

Discussions held regarding 469 Motion of Intervening Law Firms to Withdraw. Mr. Connors advised the Court that parties have agreed to submit a stipulated order regarding the resolution of this motion. The Court advised that such stipulation will be addressed once submitted to the Court. (Court Reporter FTR Gold.) (RAZ) (Entered: 11/15/2024)

| | | |
|---|---|---|
| 11/14/2024 | 491 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 30, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 12/5/2024. Redacted Transcript Deadline set for 12/16/2024. Release of Transcript Restriction set for 2/12/2025. (BSW) (Entered: 11/14/2024) |
| 11/15/2024 | | SCHEDULING NOTICE as to 472 RENEWED MOTION re 374 Modification of Preliminary Injunction re 184 Preliminary Injunction and in Response to Receiver's Request for Instruction 359 . Motion Hearing set for 11/20/2024 11:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 11/15/2024) |
| 11/15/2024 | 493 | Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy F. Burnette, Michelle Gallagher. (Attachments: # 1 Memorandum in Support Defendants Gallagher and Burnette's Joint Memorandum of Law in Support of their Motion to Dismiss)(Molloy, Mark) (Entered: 11/15/2024) |
| 11/18/2024 | | SCHEDULING NOTICE as to 493 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy F. Burnette, Michelle Gallagher. <br><br> Responses due by 12/16/2024. Replies due by 1/6/2025. Motion Hearing set for 1/16/2025 11:00 AM in Allegany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (RAZ) (Entered: 11/18/2024) |
| 11/18/2024 | 494 | MOTION for Extension of Time to File Response/Reply as to 450 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Richard K Gustafson II.(Connors, Terrence) (Entered: 11/18/2024) |

| 11/18/2024 | 495 | REPLY/RESPONSE to re 487 Reply/Response, 472 MOTION filed by Strategic Client Support, LLC, Strategic CS, LLC, Strategic FS Buffalo, LLC, Strategic NYC, LLC, BCF Capital, LLC, T Fin, LLC, Strategic Consulting, LLC, Versara Lending, LLC, Strategic Family, Inc.,, Anchor Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Stratfs, LLC. (Vacco, Dennis) (Entered: 11/18/2024) |
|---|---|---|
| 11/19/2024 | 496 | Letter filed by Hedgewick Consulting, LLC, Jason Blust, Jaclyn Blust, Lit Def Strategies, LLC, Relialit, LLC *Letter to Magistrate Judge Roemer requesting extension of time to file Replies.* (Personius, Rodney) (Entered: 11/19/2024) |
| 11/19/2024 | 497 | TEXT ORDER granting 494 Motion for Extension of Time until 11/29/2024 to File Reply to 450 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Richard K Gustafson II. SO ORDERED. Issued by Hon. Michael J. Roemer on 11/19/2024. (RAZ) (Entered: 11/19/2024) |
| 11/19/2024 | | E-Filing Notification: 496 Letter filed by Hedgewick Consulting, LLC, Jason Blust, Jaclyn Blust, Lit Def Strategies, LLC, Relialit, LLC Letter to Magistrate Judge Roemer requesting extension of time to file Replies. This document contains a request for relief and should be filed as a motion. ACTION REQUIRED: Re-file document using the motion event. (RAZ) (Entered: 11/19/2024) |
| 11/19/2024 | 498 | MOTION for Extension of Time to File Response/Reply as to 452 MOTION to Dismiss *Second Amended Complaint*, 454 MOTION to Dismiss *Second Amended Complaint*, 453 MOTION to Dismiss *Second Amended Complaint* by Hedgewick Consulting, LLC, Jason Blust, Jaclyn Blust, Lit Def Strategies, LLC, Relialit, LLC.(Personius, Rodney) (Entered: 11/19/2024) |
| 11/19/2024 | 499 | TEXT ORDER granting 498 Motion for Extension of Time to 11/29/2024 to File Reply as to 452 MOTION to Dismiss Second Amended Complaint, 454 MOTION to Dismiss Second Amended Complaint, 453 MOTION to Dismiss Second Amended Complaint by Hedgewick Consulting, LLC, Jason Blust, Jaclyn Blust, Lit Def Strategies, LLC, Relialit, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 11/19/2024. (RAZ) (Entered: 11/19/2024) |
| 11/20/2024 | 500 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit |

Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC; **Gregory P. Photiadis, Esq.** on behalf of Albert Ian Behar and Blaise Investments, LLC; **Rodney O. Personius, Esq.** on behalf of Jason Blust and on behalf of Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Jacob S. Sonner, Esq.** on behalf of CIBC Bank USA, Valley National Bank; **Thomas W. McNamara,** Receiver; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.

Motion Hearing held on 11/20/2024 re

458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver filed by Royal Legal Group, Hailstone Legal Group. Parties to report back on 12/10/2024 regarding the progress of a proposed stipulation to resolve this issue.

472 MOTION filed by Boulder Client Services, LLC, Strategic NYC, LLC, Strategic Family, Inc., Strategic CS, LLC, Stonepoint Client Services, LLC, Rockwell Client Services, LLC, Heartland Client Services, LLC, Option 1 Client Services, LLC, Royal Client Services, LLC, Anchor Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Harbor Client Services, LLC, Stratfs, LLC, Great Lakes Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Monarch Client Services, LLC, Strategic Consulting, LLC, BCF Capital, LLC, Newport Client Services, LLC, Strategic FS Buffalo, LLC, Carolina Client Services, LLC, Pioneer Client Servicing, LLC, Bedrock Client Services, LLC, Guidestone Client Services, LLC, Canyon Client Services, LLC. Plaintiffs to file brief to address the due process issue no later than 12/10/2024.

359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts filed by Thomas McNamara. Receiver to reach out to the parties regarding any objection to the proposed instructions and report back 12/10/2024.(Court Reporter FTR Gold.) (RAZ) (Entered: 11/20/2024)

| 11/21/2024 | 501 | MOTION to Set Aside 184 Preliminary Injunction by Clover Management, Inc.. (Attachments: # 1 Declaration Declaration of Teia M. Bui, Esq. in Support of Motion to Lift Stay, # 2 Exhibit A - Letter dated April 11, 2024, # 3 Exhibit B - Letter dated April April 16, 2024, # 4 Exhibit C - Letter dated April 16, 2024, # 5 Exhibit D - Letter dated April 16, 2024, # 6 Exhibit E - April 23, 2024 E-mail, # 7 Declaration Declaration of Brian D. Gwitt in Support of Motion to Lift Stay, # 8 Exhibit A - E-mail dated September 4, 2024, # 9 Exhibit B - E-mail dated September 5, 2024)(Gwitt, Brian) (Entered: 11/21/2024) |
| 11/22/2024 | 502 | TEXT ORDER as to 501 MOTION to Set Aside 184 Preliminary Injunction by Clover Management, Inc. The receiver, plaintiffs or any other party wishing to respond shall file such response by 12/9/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 11/22/2024. (RAZ) (Entered: 11/22/2024) |

| 11/25/2024 | 503 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 9, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 12/16/2024. Redacted Transcript Deadline set for 12/26/2024. Release of Transcript Restriction set for 2/24/2025. (BSW) (Entered: 11/25/2024) |
|---|---|---|
| 11/25/2024 | 504 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 13, 2024, before Magistrate Judge, the Honorable Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 12/16/2024. Redacted Transcript Deadline set for 12/26/2024. Release of Transcript Restriction set for 2/24/2025. (BSW) (Entered: 11/25/2024) |
| 11/27/2024 | 505 | OBJECTIONS to Order on Motion for Attorney Fees 488 *Granting the Receiver's Second Fee Application* filed by Defendant The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee.. (Farber, Evan) (Entered: 11/27/2024) |
| 11/29/2024 | 506 | REPLY/RESPONSE to re 452 MOTION to Dismiss *Second Amended Complaint*, 453 MOTION to Dismiss *Second Amended Complaint*, 450 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Richard K Gustafson II, Hedgewick Consulting, LLC, Jason Blust, Lit Def Strategies, LLC, Relialit, LLC. (Attachments: # 1 Exhibit 1) (Connors, Terrence) (Entered: 11/29/2024) |
| 11/29/2024 | 507 | REPLY to Response to Motion re 454 MOTION to Dismiss *Second Amended Complaint* filed by Jaclyn Blust. (Personius, Rodney) (Entered: 11/29/2024) |
| 12/02/2024 | 508 | TEXT ORDER re 505 Objections to Order on Motion for Attorney Fees Granting the Receiver's Second Fee Application. Responses are due on or before December 16, 2024. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 12/02/2024. (CDH) (Entered: 12/02/2024) |
| 12/04/2024 | 509 | NOTICE of Appearance by Casey Devin Laffey on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC (Laffey, Casey) (Entered: 12/04/2024) |
| 12/04/2024 | 510 | MOTION for Extension of Time to File Response/Reply as to 501 MOTION to Set Aside 184 Preliminary Injunction by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Laffey, Casey) (Entered: 12/04/2024) |
| 12/04/2024 | 511 | NOTICE of Appearance by Timothy D. Elliott on behalf of Richard K Gustafson II (Elliott, Timothy) (Entered: 12/04/2024) |
| 12/04/2024 | 512 | NOTICE of Appearance by Emily A. Shupe on behalf of Richard K Gustafson II (Shupe, Emily) (Entered: 12/04/2024) |
| 12/05/2024 | 513 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held on 11/20/2024, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | PACER. Redaction Request due 12/26/2024. Redacted Transcript Deadline set for 1/6/2025. Release of Transcript Restriction set for 3/5/2025. (JLV) (Entered: 12/05/2024) |
|---|---|---|
| 12/05/2024 | 514 | TEXT ORDER granting 510 MOTION for Extension of Time to File Response as to 501 MOTION to Set Aside 184 Preliminary Injunction by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.<br><br>Response due 12/23/2024. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/5/2024. (RAZ) (Entered: 12/05/2024) |
| 12/06/2024 | 515 | MOTION to appear pro hac vice *of Gregory D. Speier, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5349730.) by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Sponsor Affidavit, # 2 Attorney Oath, # 3 Petition for Attorney Admission PHV, # 4 Civility Principles Oath, # 5 ECF Registration Form)(Laffey, Casey) (Entered: 12/06/2024) |
| 12/06/2024 | 516 | MOTION to appear pro hac vice *of Lara T. Gatz, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5349738.) by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Petition for Attorney Admission Pro Hac Vice, # 2 Attorney's Oath, # 3 Civility Principles Oath, # 4 Sponsoring Affidavit, # 5 ECF Registration Form)(Laffey, Casey) (Entered: 12/06/2024) |
| 12/09/2024 | 517 | MOTION to appear pro hac vice *of James C. McCarroll, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351180.) by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Petition for Attorney Admission Pro Hac Vice, # 2 Attorney's Oath, # 3 ECF Registration Form, # 4 Sponsoring Affidavit)(Laffey, Casey) (Entered: 12/09/2024) |
| 12/09/2024 | 518 | MOTION to appear pro hac vice *of Jordan W. Siev, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351182.) by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Petition for Attorney Admission Pro Hac Vice, # 2 Attorney's Oath, # 3 ECF Registration Form, # 4 Sponsoring Affidavit)(Laffey, Casey) (Entered: 12/09/2024) |
| 12/09/2024 | 519 | MOTION to appear pro hac vice *of John P. Kennedy, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351183.) by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Petition for Attorney Admission Pro Hac Vice, # 2 Attorney's Oath, # 3 ECF Registration Form, # 4 Sponsoring Affidavit)(Laffey, Casey) (Entered: 12/09/2024) |
| 12/10/2024 | 520 | TEXT ORDER granting 515 Motion for Gregory D. Speier, Esq. to appear Pro Hac Vice for Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/10/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 12/10/2024) |
| 12/10/2024 | 521 | REPLY/RESPONSE to re 495 Reply/Response,,, *Addressing Due Process Issue* filed by Consumer Financial Protection Bureau. (Attachments: # 1 11/20/24 Hearing Transcript Excerpt)(Sanders, Joseph) (Entered: 12/10/2024) |
| 12/10/2024 | 522 | TEXT ORDER granting 516 Motion for Lara T. Gatz, Esq. to appear Pro Hac Vice for Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/10/2024. (RAZ) |

| | | Clerk to Follow up (Entered: 12/10/2024) |
|---|---|---|
| 12/10/2024 | | E-Filing Notification: 517 MOTION for James C. McCarroll. Filer should file the Attorney's Oath. 518 MOTION for Jordan W. Siev. Filer should file the Civility Principles Oath. 519 MOTION for John P. Kennedy. Filer should file the Civility Principles Oath. The documents can be filed using the (Continuation of Exhibits) event. (KM) (Entered: 12/10/2024) |
| 12/10/2024 | 523 | CONTINUATION OF EXHIBITS by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. to 517 MOTION to appear pro hac vice *of James C. McCarroll, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351180.), 518 MOTION to appear pro hac vice *of Jordan W. Siev, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351182.), 519 MOTION to appear pro hac vice *of John P. Kennedy, Esq.* ( Filing fee $ 200 receipt number ANYWDC-5351183.) filed by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 John P. Kennedy Civility Principles Oath, # 2 Jordan W. Siev Civility Principles Oath)(Laffey, Casey) (Entered: 12/10/2024) |
| 12/10/2024 | 524 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Vanessa A. Buchko, Esq., Akash R. Desai, Esq.** and **Kristin L. Bateman, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **Wisconsin Department of Justice Attorney Lewis W. Beilin** on behalf of the State of Wisconsin; **Dennis C. Vacco, Esq.** on behalf of Anchor Client Services, LLC, BCF Capital, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Royal Client Services, LLC, Stonepoint Client Services, LLC, Strategic CS, LLC, Strategic Client Support, LLC, Strategic Consulting, LLC, Strategic FS Buffalo, LLC, Strategic Family, Inc., Strategic NYC, LLC, Stratfs, LLC, Summit Client Services, LLC, T Fin, LLC, Versara Lending, LLC, Whitestone Client Services, LLC; **Timothy D. Elliott, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC and Richard K. Gustafson II; **Rodney O. Personius, Esq.** on behalf of Jason Blust and on behalf of Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara.<br><br>Motion Hearing held on 12/10/2024 re 450 MOTION to Dismiss for Failure to State a Claim filed by Richard K. Gustafson II, 452 MOTION to Dismiss Second Amended Complaint filed by Jason Blust, 453 MOTION to Dismiss Second Amended Complaint filed by Relialit, LLC, Lit Def Strategies, LLC, Hedgewick Consulting, LLC and 454 MOTION to Dismiss Second Amended Complaint filed by Jaclyn Blust. The Court considered the motions submitted for decision/report and recommendation. |

Other matters discussed:

353 Emergency MOTION for Order to Show Cause Why Intervenor Law Firms Should Not be Held in Civil Contempt by Thomas McNamara. Parties continue to discuss potential resolution.

359 MOTION Request for Further Instruction and Receivers Report re Operations of Receivership Entities and Consumer Protection Efforts filed by Thomas McNamara. Receiver reached out to the parties and there was no objection to the proposed instructions. A proposed order will be submitted to the Court in short order.

458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver filed by Royal Legal Group, Hailstone Legal Group. Parties to continue to work on the proposed stipulation to resolve this issue.

Mr. Thoman reported that parties are still negotiating a settlement with the banks. (Court Reporter FTR Gold.) (RAZ) (Entered: 12/10/2024)

| 12/10/2024 | 525 | REPLY/RESPONSE to re 500 Motion Hearing,,,,,,,,,,,,,,,, *Regarding Receiver's Request for Further Instruction* filed by Thomas McNamara. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Smith, Logan) (Entered: 12/10/2024) |
| --- | --- | --- |
| 12/13/2024 | 526 | ORDER Regarding Receiver's Request for Further Instruction. Signed by Hon. Michael J. Roemer on 12/13/2024. (RAZ) (Entered: 12/13/2024) |
| 12/16/2024 | 527 | MEMORANDUM in Opposition re 493 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Consumer Financial Protection Bureau. (Buchko, Vanessa) (Entered: 12/16/2024) |
| 12/16/2024 | 528 | REPLY/RESPONSE to re 505 Objections -- non-motion filed by Thomas McNamara. (Smith, Logan) (Entered: 12/16/2024) |
| 12/16/2024 | 529 | REPLY/RESPONSE to re 505 Objections -- non-motion *to Magistrate Judges Decision and Order (Dkt. No. 488)* filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 12/16/2024) |
| 12/17/2024 | 530 | Letter filed by The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee *requesting leave to file Reply re: Objection 505 to Magistrate's Decision and Order 488* . (Farber, Evan) (Entered: 12/17/2024) |
| 12/18/2024 | 531 | TEXT ORDER denying 530 letter request for leave to file reply papers. The Blust Family 2019 Irrevocable Trust has requested permission to file reply papers in further support of 505 their Objections to the Magistrate Judge's Decision and Order. This request is denied. Upon review of the papers, if the Court ultimately determines that further briefing or oral argument is necessary, it will contact the parties to schedule the same. But at least as of now, the Objections are deemed submitted. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 12/18/2024. (CAL) (Entered: 12/18/2024) |
| 12/19/2024 | 532 | REPORT AND RECOMMENDATION re 440 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Fidelis Legal Support Services, LLC, 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by The Bush Lake Trust through Timothy Miller, Trustee and 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Cameron Christo. Objections due fourteen days from receipt. Objections to R&R due by 1/6/2025. Signed by Hon. Michael J. Roemer on 12/19/2024. (RAZ) (Entered: 12/19/2024) |

| | | |
|---|---|---|
| 12/19/2024 | | SCHEDULING NOTICE: Evidentiary Hearing set for 1/23/2025 9:30 AM and 1/24/2025 09:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer.<br><br>The Evidentiary Hearing will address (1) plaintiff's motion for a preliminary injunction against Fidelis Legal Support Services, LLC, Cameron Christo, and the Bush Lake Trust 477 and (2) the receiver's motion for an order to show cause why Lit Def Strategies, LLC and Jason Blust should not be held in civil contempt 179 . On or before 1/16/2025 the parties are to file hearing briefs, witness lists, and exhibit lists. (RAZ) (Entered: 12/19/2024) |
| 12/19/2024 | 533 | RESPONSE in Opposition re 501 MOTION to Set Aside 184 Preliminary Injunction *and CROSS-MOTION* filed by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Declaration in Opposition to Motion and in Support of Cross-Motion, # 2 Exhibit A - BX Investment Default Notice, # 3 Exhibit B - Demand for Arbitration, # 4 Exhibit C - Accounting of fees, penalties, and interest, # 5 Exhibit D - Vacco TSR Written Opinion, # 6 Defendants' Opposition and Cross-Motion to Non-Party Clover Management Motion to Lift Stay)(Speier, Gregory) (Entered: 12/19/2024) |
| 12/20/2024 | 534 | TEXT ORDER granting 517 Motion for James C. McCarroll, Esq. to appear Pro Hac Vice for Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Duke Enterprises, LLC, Ryan Sasson, Twist Financial, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/20/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 12/20/2024) |
| 12/20/2024 | 535 | TEXT ORDER granting 518 Motion for Jordon W. Siev, Esq. to appear Pro Hac Vice for for Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Duke Enterprises, LLC, Ryan Sasson, Twist Financial, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/20/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 12/20/2024) |
| 12/20/2024 | 536 | TEXT ORDER granting 519 Motion for John P. Kennedy, Esq. to appear Pro Hac Vice for Albert Ian Behar, Blaise Investments, LLC, Daniel Blumkin, Duke Enterprises, LLC, Ryan Sasson, Twist Financial, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 12/20/2024. (RAZ)<br><br>Clerk to Follow up (Entered: 12/20/2024) |
| 12/20/2024 | 537 | NOTICE of Withdrawal of Attorney: Matthew P. Kennison no longer appearing for Defendants Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.<br><br>CLERK TO FOLLOW UP.<br><br>(McAdam, Maegan) (Entered: 12/20/2024) |
| 12/20/2024 | 538 | MOTION to Require Payment Processors to Close Accounts and Return Funds to Consumers by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Thomas W. McNamara, # 3 Text of Proposed Order)(Smith, Logan) (Entered: 12/20/2024) |
| 01/02/2025 | 539 | Letter filed by Clover Management, Inc. *to Hon. Michael J. Roemer*. (Gwitt, Brian) (Entered: 01/02/2025) |

| 01/02/2025 | | E-Filing Notification: 539 Letter filed by Clover Management, Inc. *to Hon. Michael J. Roemer*. (Gwitt, Brian)<br><br>ACTION REQUIRED: Letter to be refiled as a motion as relief is being requested. (RAZ) (Entered: 01/02/2025) |
| --- | --- | --- |
| 01/02/2025 | 540 | MOTION for Extension of Time to File Response/Reply as to 501 MOTION to Set Aside 184 Preliminary Injunction by Clover Management, Inc..(Gwitt, Brian) (Entered: 01/02/2025) |
| 01/02/2025 | 541 | TEXT ORDER granting 540 Motion for Extension of Time to File Reply as to 501 MOTION to Set Aside 184 Preliminary Injunction by Clover Management, Inc. Reply due 1/9/2025. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/2/2025. (RAZ) (Entered: 01/02/2025) |
| 01/02/2025 | 542 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC re 532 REPORT AND RECOMMENDATIONS re 442 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Cameron Christo, 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by The Bush Lake Trust through Timothy Miller, Trustee, 440 (Durland, Spencer) (Entered: 01/02/2025) |
| 01/03/2025 | 543 | TEXT ORDER. Plaintiffs and the receiver shall file responses to defendants' cross-motion requesting an order directing plaintiffs and the receiver to take certain actions 533 by 1/29/2025. Defendants shall file a reply to plaintiffs' and the receivers responses by 2/12/2025.<br><br>Oral argument addressing Clover Management's Motion to Set Aside the Preliminary Injunction 501 and defendants' cross-motion requesting an order directing plaintiffs and the receiver to take certain actions 533 will be held 3/6/2025 11:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/3/2025. (RAZ) (Entered: 01/03/2025) |
| 01/03/2025 | 544 | MOTION to Adjourn Evidentiary Hearing by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Attachments: # 1 Declaration of Spencer L. Durland in Support of Partially Unopposed Motion to Adjourn Hearing Date)(Durland, Spencer) (Entered: 01/03/2025) |
| 01/04/2025 | 545 | MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Gatz, Lara) (Entered: 01/04/2025) |
| 01/04/2025 | 546 | MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Speier, Gregory) (Entered: 01/04/2025) |
| 01/06/2025 | 547 | TEXT ORDER denying 544 Motion to Adjourn Evidentiary Hearing. The preliminary injunction hearing will proceed on 1/23/2025 and 1/24/2025 as scheduled. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/6/2025. (RAZ) (Entered: 01/06/2025) |
| 01/06/2025 | 548 | REPLY to Response to Motion re 493 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Timothy F. Burnette, Michelle Gallagher. (Molloy, Mark) (Entered: 01/06/2025) |

| 01/07/2025 | 549 | MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Siev, Jordan) (Entered: 01/07/2025) |
|---|---|---|
| 01/07/2025 | 550 | MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(McCarroll, James) (Entered: 01/07/2025) |
| 01/07/2025 | 551 | TEXT ORDER granting 545 MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC filed by Lara Gatz, Esq. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/7/2025. (RAZ) (Entered: 01/07/2025) |
| 01/07/2025 | 552 | Letter filed by Timothy F. Burnette, Michelle Gallagher *regarding request for adjournment of January 16, 2025 hearing.* (Molloy, Mark) (Entered: 01/07/2025) |
| 01/07/2025 | 553 | TEXT ORDER granting 546 MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC filed by Gregory Speier, Esq. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/7/2025. (RAZ) Modified on 1/7/2025 (RAZ). (Entered: 01/07/2025) |
| 01/07/2025 | 554 | TEXT ORDER granting 549 MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC filed by Jordan Siev, Esq. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/7/2025. (RAZ) (Entered: 01/07/2025) |
| 01/07/2025 | 555 | TEXT ORDER granting 550 MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC filed by James McCarroll, Esq. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/7/2025. (RAZ) (Entered: 01/07/2025) |
| 01/07/2025 | 556 | TEXT ORDER re 542 Objections to 532 Report and Recommendation. Responses are due on or before February 4, 2025. Replies are due on or before February 18, 2025. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 01/07/2025. (CAL) (Entered: 01/07/2025) |
| 01/07/2025 | 557 | ORDER re 538 Motion. Order Requiring the Closure of Certain Dedicated Accounts and Return of Funds to Consumers. Signed by Hon. Michael J. Roemer on 1/7/2025. (RAZ) (Entered: 01/07/2025) |
| 01/08/2025 | | E-Filing Notification: re 552 Letter - This document contains a request for adjournment and should be filed as a motion. ACTION REQUIRED: Re-file document using the motion event. (TMK) (Entered: 01/08/2025) |
| 01/08/2025 | 558 | NOTICE of Withdrawal of Attorney: Casey D. Laffey no longer appearing for Defendants Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. CLERK TO FOLLOW UP. (Laffey, Casey) (Entered: 01/08/2025) |

| 01/08/2025 | 559 | MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Kennedy, John) (Entered: 01/08/2025) |
|---|---|---|
| 01/08/2025 | 560 | MOTION waiver of oral argument of defendants Gallagher and Burnette's Motion to Dismiss (Dkt. No. 493) re 493 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy F. Burnette, Michelle Gallagher.(Molloy, Mark) (Entered: 01/08/2025) |
| 01/09/2025 | 561 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by The Bush Lake Trust through Timothy Miller, Trustee re 547 Order on Motion to Adjourn (Attachments: # 1 Declaration of Timothy W. Hoover, executed on Jan. 9, 2025)(Hoover, Timothy) (Entered: 01/09/2025) |
| 01/09/2025 | 562 | REPLY/RESPONSE to re 501 MOTION to Set Aside 184 Preliminary Injunction *Reply Memorandum of Law in Further Support of Motion to Lift Stay* filed by Clover Management, Inc.. (Gwitt, Brian) (Entered: 01/09/2025) |
| 01/10/2025 | 563 | TEXT ORDER granting 559 MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.2 by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC filed by John P. Kennedy, Esq. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/10/2025. (RAZ) (Entered: 01/10/2025) |
| 01/10/2025 | 564 | TEXT ORDER granting 560 Motion to waive oral argument re 493 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy F. Burnette, Michelle Gallagher.<br><br>Motion Hearing set for 1/16/2025 11:00 AM in Allegany Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer is HEREBY CANCELLED and the Court will consider the matter submitted on the papers. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/10/2025. (RAZ) (Entered: 01/10/2025) |
| 01/10/2025 | 565 | TEXT ORDER denying 561 Appeal of Magistrate Judge Decision. Defendant Fidelis Legal Support Services, LLC, and Relief Defendants Cameron Christo and The Bush Lake Trust (collectively, "Fidelis"), have filed an appeal of Magistrate Judge Roemer's order denying Fidelis's motion to adjourn a preliminary injunction hearing scheduled for January 23 and 24, 2025. (Dkt. 561; *see also* Dkt. 547 (Judge Roemer's Text Order denying motion to adjourn evidentiary hearing)). In support of the appeal, Fidelis recognizes that "busy magistrate judges have broad discretion to schedule motions and evidentiary hearings as they see fit," but further argues that Judge Roemer set the hearing dates without consulting the parties, left counsel inadequate time to prepare, and divided the hearing into two separate proceedings. (Dkt. 561-1 at 1-2).<br><br>As Fidelis recognizes in its own filing, magistrate judges have wide latitude for managing their dockets and courtrooms, including with respect to requests for adjournments and extensions of time. *See, e.g., Hybrid Athletics, LLC v. Hylete, Inc.*, No. 3:17-cv-1767 (VAB), 2019 WL 6317953, at *3 (D. Conn. Nov. 26, 2019) (courts have the inherent authority to manage their dockets and courtrooms "with a view toward the efficient and expedient resolution of cases"); *Rankin v. City of Niagara Falls*, 293 F.R.D. 375, 391 (W.D.N.Y. 2013) (describing the magistrate judge's "sound exercise of his scheduling discretion regarding the motions for extensions of time"), *aff'd*, 569 F. App'x 25 (2d Cir. 2014); *see also Hedgeye Risk Management, LLC v. Dale*, No. 21-CV-3687 (ALC)(RWL), 2023 WL 4235768, at *5 (S.D.N.Y. June 28, 2023) ("where a magistrate judge is afforded broad discretion, courts only find that an order is contrary to law where the magistrate judge exceeds this discretion"). Here, Judge Roemer scheduled the January 23 and 24, 2025 |

| | | |
|---|---|---|
| | | evidentiary hearing on December 19, 2024—more than one month in advance of the hearing dates. Fidelis has stated its opinion that holding multiple hearings would be inefficient and would be a waste of court resources, and its opinion that the preliminary injunction motion is not urgent. However, Judge Roemer has wide discretion to manage the docket as he sees fit, and Fidelis's opinion with respect to these issues does not present a basis for finding that Judge Roemer's denial of the motion was clearly erroneous or contrary to law. Accordingly, Fidelis's appeal of Judge Roemer's order denying its motion to adjourn (Dkt. 561) is denied. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 01/10/2025. (CAL) (Entered: 01/10/2025) |
| 01/14/2025 | 566 | NOTICE of Withdrawal of Attorney: Charles C. Ritter, Jr. no longer appearing for Defendants Albert Ian Behar, Blaise Investments, LLC. CLERK TO FOLLOW UP. (Ritter, Charles) (Entered: 01/14/2025) |
| 01/16/2025 | 567 | Witness List by Jason Blust, Lit Def Strategies, LLC. (Personius, Rodney) (Entered: 01/16/2025) |
| 01/16/2025 | 568 | Exhibit List *for Hearing* by Jason Blust, Lit Def Strategies, LLC.. (Personius, Rodney) (Entered: 01/16/2025) |
| 01/16/2025 | 569 | MEMORANDUM in Opposition re 477 MOTION for Preliminary Injunction *Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC* filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 01/16/2025) |
| 01/16/2025 | 570 | Exhibit List by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC.. (Hoover, Timothy) (Entered: 01/16/2025) |
| 01/16/2025 | 571 | Witness List by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 01/16/2025) |
| 01/16/2025 | 572 | MEMORANDUM/BRIEF *Pre-Hearing Momorandum of Jason Blust and Lit Def Strategies* by Jason Blust. (Personius, Rodney) (Entered: 01/16/2025) |
| 01/16/2025 | 573 | MEMORANDUM/BRIEF re 477 MOTION for Preliminary Injunction *Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC Pre-Hearing Brief* by Consumer Financial Protection Bureau. (Desai, Akash) (Entered: 01/16/2025) |
| 01/16/2025 | 574 | Witness List by Consumer Financial Protection Bureau. (Buchko, Vanessa) (Entered: 01/16/2025) |
| 01/16/2025 | 575 | Exhibit List by Consumer Financial Protection Bureau.. (Sanders, Joseph) (Entered: 01/16/2025) |
| 01/16/2025 | 576 | MEMORANDUM/BRIEF *Receiver's Hearing Brief* by Thomas McNamara. (Attachments: # 1 Exhibit, # 2 Declaration, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Declaration)(Wall, Alexander) (Entered: 01/16/2025) |
| 01/16/2025 | 577 | Exhibit List by Thomas McNamara.. (Wall, Alexander) (Entered: 01/16/2025) |
| 01/17/2025 | 578 | Witness List by Thomas McNamara. (Wall, Alexander) (Entered: 01/17/2025) |

| 01/21/2025 | 579 | Letter filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC . (Hoover, Timothy) (Entered: 01/21/2025) |
|---|---|---|
| 01/21/2025 | 580 | TEXT ORDER re 579 Letter filed by Cameron Christo, Fidelis Legal Support Services, LLC, The Bush Lake Trust through Timothy Miller, Trustee.<br><br>Plaintiffs and the receiver shall file responses on or before 5:00 p.m. on 1/22/2024 to defense counsel's letter regarding Cameron Christo's testimony at the evidentiary hearing scheduled for 1/23/2025 and 1/24/2025. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/21/2025. (RAZ) (Entered: 01/21/2025) |
| 01/21/2025 | 581 | Letter filed by Jason Blust, Lit Def Strategies, LLC . (Personius, Rodney) (Entered: 01/21/2025) |
| 01/21/2025 | 582 | TEXT ORDER re 581 Letter filed by Jason Blust, Lit Def Strategies, LLC.<br><br>Plaintiffs and the receiver shall file responses on or before 5:00 p.m. on 1/22/2024 to defense counsel's letter regarding Jason Blust's testimony at the evidentiary hearing scheduled for 1/23/2025 and 1/24/2025. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/21/2025. (RAZ) (Entered: 01/21/2025) |
| 01/21/2025 | 583 | REPLY/RESPONSE to re 581 Letter, 579 Letter filed by Consumer Financial Protection Bureau. (Sanders, Joseph) (Entered: 01/21/2025) |
| 01/21/2025 | 584 | REPLY/RESPONSE to re 581 Letter, 579 Letter filed by Thomas McNamara. (Attachments: # 1 Exhibit)(Wall, Alexander) (Entered: 01/21/2025) |
| 01/22/2025 | 585 | Letter filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC . (Hoover, Timothy) (Entered: 01/22/2025) |
| 01/22/2025 | 586 | NOTICE of Appearance by Nicole Cabanez on behalf of Consumer Financial Protection Bureau (Cabanez, Nicole) (Entered: 01/22/2025) |
| 01/22/2025 | 587 | TEXT ORDER. An evidentiary hearing is scheduled to proceed in this case on January 23 and 24, 2025. Plaintiffs have served defendants Blust and Gallagher, relief defendant Christo, and third-party witness Avila with subpoenas compelling them to appear and provide testimony at the hearing. On January 21, 2025, counsel for Christo filed a letter objecting to the subpoena and indicating that Christo does not intend to appear at the hearing. 579 Plaintiffs and the receiver responded. Christo's request to file a reply to those responses 585 is denied.<br><br>The Court interprets Christo's letter as a motion to quash the subpoena. Under the facts and circumstances here, the motion is denied as untimely. On May 23, 2024, the Court indicated that it intended to hear testimony from Blust, Christo, Gallagher, and Avila on the topics to be addressed at the upcoming hearing. This hearing was scheduled over a month ago, on December 19, 2024. Christo moved to adjourn the hearing on January 3, 2025, never indicating that he did not ultimately intend to appear and testify nor raising any of the arguments set forth in his recent letter. Indeed, despite plenty of advance notice, Christo waited until the very eve of the hearing date to raise his objections. *See* Fed.R.Civ.P. 45 (indicating that a court may quash or modify a subpoena "[o]n timely motion"); *Graduation Sols., LLC v. Acadima, LLC*, 3:17-CV-01342, 2018 U.S. Dist. LEXIS 103618 (D. Conn. June 21, 2018) (while courts have found motions to quash timely where they are made prior to the return date of the subpoena, "the motion should be filed far enough before the noticed [date] to allow the court to rule on the motion... [o]therwise, the rule would effectively give litigants rather than the court the power to quash subpoenas."). |

To the extent that Christo objects to the subpoena based on either improper service or because it violates Rule 45's geographical limits, the motion to quash is also denied. The Court has already indicated that it intends to hear testimony from Christo, a party to this action, regarding the receiver's contempt motion. This testimony relates to the affidavit Christo himself submitted to the Court in response to that motion, which plaintiffs and the receiver contend is false and misleading based on documentary evidence in their possession. Christo's anticipated testimony is also relevant to plaintiff's pending motion for a preliminary injunction against Christo, his company (Fidelis), and his trust (Bush Lake Trust). Thus, the Court ORDERS Christo to appear and testify at the evidentiary hearing on January 23 and 24, 2025. *See Backdrop Licensing LLC v. Canary Connect, Inc.*, 107 F.4th 1335 (Fed. Cir. 2024) (holding that the requirements of Federal Rule of Civil Procedure 45, including its geographical limitations, do not apply to a court's own order compelling a witness to appear). To the extent that Christo intends to invoke his Fifth Amendment right against self-incrimination, those assertions will be addressed at the time of his testimony.

Defendants Blust and Gallagher, as well as non-party witness Avila, have not moved to quash their subpoenas, and any attempt to do so now would be untimely. Thus, the Court ORDERS that they be present and testify at the hearing. Any Fifth Amendment assertions by Blust or Gallagher will likewise be addressed at the time of their testimony. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/22/2025. (RAZ) (Entered: 01/22/2025)

| 01/22/2025 | 588 | MOTION for Reconsideration re 587 Text Order,,,,,,,,,,,,,,, *and Motion to Quash Subpoena* by Michelle Gallagher.(Molloy, Mark) (Entered: 01/22/2025) |
| 01/23/2025 | 589 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances:**Joseph M. Sanders, Esq., Vanessa A. Buchko, Esq., Akash R. Desai, Esq., Nicole Cabanez, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **AAG Maryanne T. Donaghy** on behalf of The State of Delaware; **AAG Evan Romanoff** on behalf of The State of Minnesota; **Logan D. Smith, Esq.** and **Receiver Thomas W. McNamara, Esq.**; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC (Jason Blust present); **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; **Mark A. Molloy, Esq.** on behalf of Timothy F. Burnette and Michelle Gallagher; (Michelle Gallagher present); **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC. |

Evidentiary Hearing held on 1/23/2025. Plaintiffs' Witnesses: Jason Blust, Jewel Hewett, Michelle Gallagher and Katherine Rosenberg. Parties agreed and stipulated to the entry of Plaintiffs' Exhibits PX-079 through PX-216-A and Defendant Fidelis Legal Support Services, LLC, Cameron Christo and The Bush Lake Trust Exhibits PS-1 through PX-68.

| | | Continued Evidentiary Hearing set for 1/24/2025 09:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter Brandi A. Wilkins.) (RAZ) Modified on 1/24/2025 (RAZ). (Entered: 01/24/2025) |
|---|---|---|
| 01/24/2025 | 590 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq., Vanessa A. Buchko, Esq., Akash R. Desai, Esq., Nicole Cabanez, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **AAG Maryanne T. Donaghy** on behalf of The State of Delaware; **AAG Evan Romanoff** on behalf of The State of Minnesota; **Logan D. Smith, Esq.** and **Receiver Thomas W. McNamara, Esq.; Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Timothy W. Hoover, Esq.** and **Spencer L. Durland, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo (Camerson Christo present); **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC.<br><br>Continued Evidentiary Hearing held on 1/24/2025. Plaintiffs' Witness: Cameron Christo. Parties agreed and stipulated to the entry of Receiver's Exhibits REC001 through REC102.<br><br>AAG Rados moved to enter into evidence Plaintiffs' Exhibits PX-1 through PX78 which were previously entered into evidence at the 2/1/2024 Evidentiary Hearing (Dkt.No.129). Defense counsel Hoover objected. The Court granted such request and Plaintiffs' Exhibits PX-1 through PX-78 shall be entered into evidence as to this hearing.<br><br>Hearing concluded. Briefing schedule put in place. Simultaneous briefs due by 2/10/2025. Responses due by 2/17/2025. Oral Argument set for 2/25/2025 10:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. (Court Reporter Brandi A. Wilkins.) (RAZ) (Entered: 01/24/2025) |
| 01/24/2025 | 591 | TEXT ORDER finding as moot 588 MOTION for Reconsideration re 587 Text Order and Motion to Quash Subpoena filed by Michelle Gallagher. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/24/2025. (RAZ) (Entered: 01/24/2025) |
| 01/24/2025 | 592 | Exhibit List *Plaintiffs' Supplementary Exhibit List* by The People of the State of New York.. (Rados, Genevieve) (Entered: 01/24/2025) |
| 01/24/2025 | 593 | First MOTION for Extension of Time to File Response/Reply as to 543 Text Order,,, Set Hearings,, by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC.(Speier, Gregory) (Entered: 01/24/2025) |
| 01/27/2025 | 594 | TEXT ORDER granting 593 Motion for Extension of Time to File Response/Reply. Plaintiffs and the receiver shall file responses to defendants' cross-motion requesting an order directing plaintiffs and the receiver to take certain actions 533 by 2/14/2025. Defendants shall file a reply to plaintiffs' and the receivers responses by 2/25/2025. |

| | | |
|---|---|---|
| | | As scheduled previously, oral argument addressing Clover Management's Motion to Set Aside the Preliminary Injunction 501 and defendants' cross-motion requesting an order directing plaintiffs and the receiver to take certain actions 533 will be held 3/6/2025 11:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. SO ORDERED. Issued by Hon. Michael J. Roemer on 1/27/2025. (RAZ) (Entered: 01/27/2025) |
| 01/27/2025 | 595 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/23/25, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Brandi Wilkins, scalisba@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/18/2025. Redacted Transcript Deadline set for 2/27/2025. Release of Transcript Restriction set for 4/28/2025. (Wilkins, Brandi) (Entered: 01/27/2025) |
| 01/27/2025 | 596 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/24/25, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Brandi Wilkins, scalisba@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/18/2025. Redacted Transcript Deadline set for 2/27/2025. Release of Transcript Restriction set for 4/28/2025. (Wilkins, Brandi) (Entered: 01/27/2025) |
| 01/28/2025 | 597 | Exhibit List *(First Amended)* by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC.. (Hoover, Timothy) (Entered: 01/28/2025) |
| 02/04/2025 | 598 | MOTION to Stay re 556 Text Order, 590 Evidentiary Hearing,,,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,,, by Consumer Financial Protection Bureau. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Buchko, Vanessa) (Entered: 02/04/2025) |
| 02/04/2025 | 599 | TEXT ORDER re 598 Motion to Stay. Plaintiff the Consumer Financial Protection Bureau ("CFPB") has filed a motion to stay its February 4, 2025 deadline for responding to the joint objections to the Report and Recommendation on the motion to dismiss filed by Defendant Fidelis Legal Support Services, LLC, and Relief Defendants Cameron Christo and the Bush Lake Trust (Dkt. 556), as well as the February 10, 2025 deadline to submit post-hearing briefing following the January 23-24, 2025 evidentiary hearing before Judge Roemer (Dkt. 590). On or before noon on Wednesday, February 5, 2025, Defendants shall file a response to the CFPB's motion to stay the aforementioned deadlines. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/04/2025. (CAL) (Entered: 02/04/2025) |
| 02/04/2025 | 600 | REPLY/RESPONSE to re 542 Appeal of Magistrate Judge Decision to District Court, filed by The People of the State of New York. (Rados, Genevieve) (Entered: 02/04/2025) |
| 02/05/2025 | 601 | RESPONSE to Motion re 598 MOTION to Stay re 556 Text Order, 590 Evidentiary Hearing,,,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,,, filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 02/05/2025) |
| 02/05/2025 | 602 | RESPONSE to Motion re 598 MOTION to Stay re 556 Text Order, 590 Evidentiary Hearing,,,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,,, filed by Jason Blust, Lit Def Strategies, LLC. (Personius, Rodney) (Entered: 02/05/2025) |

| 02/05/2025 | 603 | RESPONSE to Motion re 598 MOTION to Stay re 556 Text Order, 590 Evidentiary Hearing,,,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,, filed by Timothy F. Burnette, Michelle Gallagher. (Molloy, Mark) (Entered: 02/05/2025) |
| --- | --- | --- |
| 02/05/2025 | 604 | TEXT ORDER. After consideration of 598 MOTION to Stay filed by Consumer Financial Protection Bureau and defendants' responses 601 , 602 , 603 , the Court denies the request for a stay but grants an extension of time of the briefing schedule and oral argument addressing the motion for contempt 179 and motion for a preliminary injunction 477 .<br><br>Simultaneous briefs are now due by 2/24/2025. Responses due by 3/4/2025. Oral Argument set for 3/6/2025 10:30 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/5/2025. (RAZ) (Entered: 02/05/2025) |
| 02/05/2025 | 605 | TEXT ORDER denying 598 Motion to Stay. Because it has failed to show good cause for a stay of the deadlines raised in its motion, Plaintiff CFPB's motion to stay is denied. However, as a matter of discretion, the Court hereby adjourns for 10 days the deadlines for responding to the joint objections to the Report and Recommendation on the motion to dismiss (Dkt. 542). Responses are now due on or before February 14, 2025. Replies are due on or before February 28, 2025. These revised deadlines apply only to the objections pending before the undersigned, and Judge Roemer will address CFPB's adjournment request with respect to the post-evidentiary hearing submissions. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/05/2025. (CAL) (Entered: 02/05/2025) |
| 02/05/2025 | 606 | MOTION for Order to Show Cause *Why Receivership Defendant Fidelis Legal Support Services, LLC and Relief Defendant Cameron Christo Should Not Be Held in Civil Contempt* by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Alexander D. Wall, # 3 Exhibit 1 to Wall Declaration, # 4 Exhibit 2 to Wall Declaration, # 5 Exhibit 3 to Wall Declaration, # 6 Exhibit 4 to Wall Declaration, # 7 Text of Proposed Order)(Smith, Logan) (Entered: 02/05/2025) |
| 02/07/2025 | 607 | DECISION AND ORDER denying 276 Motion for Order to Show Cause; denying 374 Motion for Modification of 184 Preliminary Injunction; and denying 472 RENEWED MOTION re 374 Modification of 184 Preliminary Injunction. Signed by Hon. Michael J. Roemer on 2/7/2025. (RAZ) (Entered: 02/10/2025) |
| 02/11/2025 | 608 | STIPULATION re 353 Emergency MOTION for Order to Show Cause *Why Intervenor Law Firms Should Not be Held in Civil Contempt* by Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitestone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC. (Connors, Terrence) (Entered: 02/11/2025) |
| 02/12/2025 | 609 | MOTION for Extension of Time to File Response/Reply as to 533 Response in Opposition to Motion,, *and Cross-Motion* by Consumer Financial Protection Bureau. (Attachments: # 1 Memorandum in Support)(Sanders, Joseph) (Entered: 02/12/2025) |
| 02/12/2025 | 610 | STIPULATION re 458 MOTION to Modify Preliminary Injunction and Provide Instruction to Receiver by Hailstone Legal Group, Royal Legal Group. (Connors, |

| 02/13/2025 | 611 | STIPULATION AND ORDER Re: Receiver's Emergency Motion For An Order To Show Cause Why Intervenor Law Firms Should Not Be Held In Civil Contempt. Signed by Hon. Michael J. Roemer on 2/11/2025. (RAZ) (Entered: 02/13/2025) |
|---|---|---|
| 02/13/2025 | 612 | STIPULATION AND ORDER Regarding Royal and Hailstone's Motion to Modify the Preliminary Injunction and Direct the Receiver. Signed by Hon. Michael J. Roemer on 2/12/2025. (RAZ) (Entered: 02/13/2025) |
| 02/13/2025 | 613 | RESPONSE in Opposition re 609 MOTION for Extension of Time to File Response/Reply as to 533 Response in Opposition to Motion,, *and Cross-Motion* filed by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Speier, Gregory) (Entered: 02/13/2025) |
| 02/14/2025 | 614 | REPLY/RESPONSE to re 533 Response in Opposition to Motion,, filed by The People of the State of New York. (Attachments: # 1 Declaration Peters Declaration, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B)(Rados, Genevieve) (Entered: 02/14/2025) |
| 02/14/2025 | 615 | REPLY/RESPONSE to re 533 Response in Opposition to Motion,, *and Cross-Motion* filed by Thomas McNamara. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Declaration, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit)(Smith, Logan) (Entered: 02/14/2025) |
| 02/18/2025 | 616 | AMENDED DOCUMENT by Thomas McNamara. Amendment to 615 Reply/Response,, *and Cross-Motion to Add New Receivership Defendants*. (Attachments: # 1 Text of Proposed Order)(Smith, Logan) (Entered: 02/18/2025) |
| 02/19/2025 | 617 | TEXT ORDER. The Consumer Financial Protection Bureau's motion for an extension of time to file a response to defendants' cross-motion requesting that plaintiffs and receiver take certain actions is denied 609 . The Court is in receipt of responses by the State of New York 614 and the receiver 615 which it will consider in addressing defendants' cross-motion. Defendants' reply remains due on 2/25/2025 and oral argument will proceed on 3/6/2025 as scheduled.<br><br>With regard to defendants' renewed motion to stay the preliminary injunction pending appeal 613 , receiver and plaintiffs shall file responses by 3/10/2025, defendants shall reply by 3/24/2025 and motion hearing set for 4/8/2025 10:00 AM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. Michael J. Roemer. SO ORDERED. Issued by Hon. Michael J. Roemer on 2/19/2025. (RAZ) (Entered: 02/19/2025) |
| 02/24/2025 | 618 | TEXT ORDER. On or before 3/4/2025, defendants shall respond to the receiver's cross-motion to add new receivership defendants 615 . SO ORDERED. Issued by Hon. Michael J. Roemer on 2/24/2025. (RAZ) (Entered: 02/24/2025) |
| 02/24/2025 | 619 | MEMORANDUM/BRIEF *Post-Hearing* by Jason Blust, Lit Def Strategies, LLC. (Attachments: # 1 Exhibit (s))(Personius, Rodney) (Entered: 02/24/2025) |
| 02/24/2025 | 620 | DECLARATION filed by Jason Blust, Lit Def Strategies, LLC . (Attachments: # 1 Exhibit (s))(Personius, Rodney) (Entered: 02/24/2025) |
| 02/24/2025 | 621 | MEMORANDUM in Opposition re 477 MOTION for Preliminary Injunction *Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC* |

| | | |
|---|---|---|
| | | *(Post-Hearing Memorandum)* filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 02/24/2025) |
| 02/24/2025 | 622 | MEMORANDUM/BRIEF *Post-Hearing* by Thomas McNamara. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Smith, Logan) (Entered: 02/24/2025) |
| 02/24/2025 | 623 | Proposed Findings of Fact by The People of the State of New York. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Attachment A, # 4 Exhibit Attachment B, # 5 Exhibit Attachment C, # 6 Exhibit Attachment D)(Rados, Genevieve) (Entered: 02/24/2025) |
| 02/25/2025 | 624 | DECLARATION signed by GREGORY D. SPEIER re 533 Response in Opposition to Motion,, 615 Reply/Response,, 614 Reply/Response filed by Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC / *Declaration of Gregory D. Speier in Further Support of Individual Defendants' Cross-Motion (ECF 533), and in Response to the Oppositions filed by The State of New York (ECF 614), and the Receiver (ECF 615),* filed by Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Exhibit E (Capital Calls), # 2 Exhibit F (Irving Email of February 20, 2025), # 3 Exhibit G (February 18, 2025 Stipulation), # 4 Exhibit H (Email Chain), # 5 Exhibit I (Email Chain), # 6 Exhibit J (Email Chain), # 7 Exhibit K (CFPB's February 7, 2025 Email), # 8 Exhibit L (Email Chain), # 9 Exhibit M (Email Chain), # 10 Exhibit N (Email Chain), # 11 Exhibit O (Relevant Documents Pertaining to T.C.I.G.'s Investment into a Boat)) (Speier, Gregory) (Entered: 02/25/2025) |
| 02/25/2025 | 625 | REPLY/RESPONSE to re 533 Response in Opposition to Motion,, 614 Reply/Response, 615 Reply/Response,, / *REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF INDIVIDUAL DEFENDANTS' CROSS-MOTION (ECF 533), AND IN RESPONSE TO THE OPPOSITIONS FILED BY THE STATE OF NEW YORK (ECF 614), AND THE RECEIVER (ECF 615),* filed by Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Speier, Gregory) (Entered: 02/25/2025) |
| 02/28/2025 | 626 | REPLY/RESPONSE to re 542 Appeal of Magistrate Judge Decision to District Court, *Reply in Further Support of Objections to R&R Regarding Motions to Dismiss* filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Durland, Spencer) (Entered: 02/28/2025) |
| 02/28/2025 | 627 | Letter filed by Consumer Financial Protection Bureau *Informing the Court that the Bureau Intends to Participate in the March 6, 2025 Hearing.* (Sanders, Joseph) (Entered: 02/28/2025) |
| 03/04/2025 | 628 | NOTICE of Withdrawal of Attorney: Shirley Chiu, Kristin Bateman and Nicole Cabaez no longer appearing for Plaintiff Consumer Financial Protection Bureau. CLERK TO FOLLOW UP. (Sanders, Joseph) (Entered: 03/04/2025) |
| 03/04/2025 | 629 | REPLY/RESPONSE to re 621 Memorandum in Opposition to Motion, filed by The People of the State of New York. (Rados, Genevieve) (Entered: 03/04/2025) |
| 03/04/2025 | 630 | REPLY/RESPONSE to re 620 Declaration, 619 Memorandum/Brief filed by Thomas McNamara. (Smith, Logan) (Entered: 03/04/2025) |

| 03/04/2025 | [631](#) | MEMORANDUM IN OPPOSITION re [615](#) Reply/Response,, / *INDIVIDUAL DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE RECEIVER'S CROSS-MOTION TO ADD RECEIVERSHIP DEFENDANTS* by Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Speier, Gregory) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 | [632](#) | MEMORANDUM in Opposition re [477](#) MOTION for Preliminary Injunction *Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust, Michelle Gallagher, Richard K. Gustafson II, Timothy F. Burnette, and Hedgewick Consulting, LLC (Post-Hearing Response Memorandum)* filed by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 03/04/2025) |
| 03/04/2025 | [633](#) | REPLY/RESPONSE to re [622](#) Memorandum/Brief filed by Jason Blust. (Attachments: # [1](#) Exhibit A)(Melber, Brian) (Entered: 03/04/2025) |
| 03/05/2025 | | E-Filing Notification: Username and signature do not match (refer to Administrative Procedures Guide Section 1-3c). Action required: re-file document using same signature and password and file updated proof of service. [633](#) REPLY/RESPONSE to re [622](#) Memorandum/Brief filed by Jason Blust. (Attachments: # 1 Exhibit A)(Melber, Brian) (TMK) (Entered: 03/05/2025) |
| 03/05/2025 | [634](#) | REPLY/RESPONSE to re [622](#) Memorandum/Brief *(Correcting Filer)* filed by Jason Blust, Lit Def Strategies, LLC. (Attachments: # [1](#) Exhibit Objectionable Proposed Adverse Inferences)(Personius, Rodney) (Entered: 03/05/2025) |
| 03/06/2025 | 635 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **AAG Lewis W. Beilin** on behalf of The State of Wisconsin; **Logan D. Smith, Esq.** and **Receiver Thomas W. McNamara, Esq.**; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Rodney O. Personius, Esq.** behalf Jason Blust, Jaclyn Blust, Hedgewick Consulting, LLC, Lit Def Strategies, LLC, Relialit, LLC; **Timothy W. Hoover, Esq.** on behalf of Fidelis Legal Support Services, LLC, Chief Executive Cameron Christo; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC. <br><br> Motion Hearing held on 3/6/2025. <br> [477](#) MOTION for Preliminary Injunction Against Fidelis Legal Support Services, LLC, Cameron Christo, the Bush Lake Trust filed by Consumer Financial Protection Bureau and [179](#) Emergency MOTION for Order to Show Cause Why Receivership Defendant Lit Def Strategies, LLC and Individual Defendant Jason Blust Should Not be Held in Civil Contempt filed by Thomas McNamara were deemed submitted for decision/report and recommendation. General housekeeping issues were addressed. (Court Reporter Brandi A. Wilkins.) (RAZ) (Entered: 03/07/2025) |

| 03/06/2025 | 636 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: **Joseph M. Sanders, Esq.** and **Vanessa A. Buchko, Esq.** on behalf of the Consumer Financial Protection Bureau; **NYSAAG Christopher L. Boyd** and **NYSAAG Genevieve S. Rados** on behalf of The People of the State of New York; **AAG Lewis W. Beilin** on behalf of The State of Wisconsin; **Logan D. Smith, Esq.** and **Receiver Thomas W. McNamara, Esq.**; **James C. Thoman, Esq.** representing Receiver Thomas W. McNamara; **Brian D. Gwitt, Esq.** on behalf of Clover Communities Fund V LLC and Clover Communities Fund VI LLC; **Lara T. Gatz, Esq.** on behalf of Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial LLC, Duke Enterprises, LLC, and Blaise Investments, LLC; **Terrence M. Connors, Esq.** on behalf of Clear Creek Legal, LLC, Credit Advocates Law Firm, LLC, Greenstone Legal Group, Bradon Ellis Law Firm LLC, Hailstone Legal Group, Hallock and Associates, Harbor Legal Group, Anchor Law Firm, PLLC, Bedrock Legal Group, Boulder Legal Group, Canyon Legal Group, LLC, Great Lakes Law Firm, Heartland Legal Group, Level One Law, Meadowbrook Legal Group, Monarch Legal Group, Newport Legal Group, LLC, Northstar Legal Group, Option 1 Legal, Pioneer Law Firm P.C., Rockwell Legal Group, Spring Legal Group, Royal Legal Group, Slate Legal Group, Stonepoint Legal Group, The Law Firm of Derek Williams, LLC, Whitstone Legal Group, Wyolaw, LLC, Chinn Legal Group, LLC, Leigh Legal Group, PLLC, Hallock & Associates LLC, Gustafson Consumer Law Group, LLC, Michel Law, LLC, The Law Office of Melissa Michel LLC, Moore Legal Group, LLC.<br><br>Motion Hearing held on 3/6/2025.<br>501 MOTION to Set Aside 184 Preliminary Injunction filed by Clover Management, Inc. was granted. Counsel was directed to submit a proposed order to the Court.<br>533 CROSS-MOTION filed by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC for a Court order requiring plaintiffs and the receiver to take certain action was denied without prejudice and directed the parties to meet and confer regarding these issues.<br>615 Cross-Motion filed by Thomas McNamara to add new receivership defendants was granted. Receiver was directed to submit a proposed order to the Court. (Court Reporter Brandi A. Wilkins). (RAZ) (Entered: 03/07/2025) |
| 03/07/2025 | 637 | Letter filed by Thomas McNamara *Withdrawing Receivers Emergency Motion for an Order to Show Cause Why Intervenor Law Firms Should Not Be Held in Civil Contempt (Dkt. No. 353)*. (Wall, Alexander) (Entered: 03/07/2025) |
| 03/10/2025 | 638 | TEXT ORDER withdrawing 353 Motion for Order to Show Cause Why Intervenor Law Firms Should Not Be Held in Civil Contempt per Letter 637 filed by Thomas McNamara. SO ORDERED. Issued by Hon. Michael J. Roemer on 3/10/2025. (RAZ) (Entered: 03/10/2025) |
| 03/10/2025 | 639 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3/6/25, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Brandi Wilkins, scalisba@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2025. Redacted Transcript Deadline set for 4/10/2025. Release of Transcript Restriction set for 6/9/2025. (Wilkins, Brandi) (Entered: 03/10/2025) |
| 03/10/2025 | 640 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3/6/25, before Judge Hon. Michael J. Roemer. Court Reporter/Transcriber Brandi Wilkins, scalisba@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due |

| | | |
|---|---|---|
| | | 3/31/2025. Redacted Transcript Deadline set for 4/10/2025. Release of Transcript Restriction set for 6/9/2025. (Wilkins, Brandi) (Entered: 03/10/2025) |
| 03/10/2025 | 641 | REPLY/RESPONSE to re 613 Response in Opposition to Motion, *to Cross Motion to Stay Preliminary Injunction* filed by The People of the State of New York. (Attachments: # 1 Declaration Beilin Declaration, # 2 Exhibit Exhibit A)(Rados, Genevieve) (Entered: 03/10/2025) |
| 03/12/2025 | 642 | ORDER granting 501 Motion to Life Stay by Clover Management, Inc. Signed by Hon. Michael J. Roemer on 3/12/2025. (RAZ) (Entered: 03/12/2025) |
| 03/12/2025 | 643 | ORDER granting 615 Cross-Motion filed by Thomas McNamara to add new receivership defendants. Signed by Hon. Michael J. Roemer on 3/12/2025. (RAZ) (Entered: 03/12/2025) |
| 03/19/2025 | 644 | MOTION TO HOLD IN ABEYANCE PENDING APPEAL re 613 CROSS-MOTION TO STAY THE PRELIMINARY INJUNCTION by Ryan Sasson, Daniel Blumkin, Albert Ian Behar, Twist Financial, LLC, Duke Enterprises, LLC, Blaise Investments, LLC. (Attachments: # 1 Exhibit A (Email))(Speier, Gregory) (Entered: 03/19/2025) |
| 03/24/2025 | 645 | TEXT ORDER: Pursuant to defendants' March 19, 2025 letter (644), the Defendants' Cross-Motion to Stay the Preliminary Injunction Pending Appeal (613) is held in abeyance pending the Second Circuit's ruling with regard to the pending appellate matters. Issued by Hon. Michael J. Roemer on March 24, 2025. (MLM) (Entered: 03/24/2025) |
| 03/25/2025 | 646 | REPORT AND RECOMMENDATIONS re 179 Emergency MOTION for Order to Show Cause filed by Thomas McNamara ; Objections due fourteen days from receipt, 4/8/2025. ORDER that 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant is denied. Signed by Hon. Michael J. Roemer on 3/24/2025. (TMK) Modified on 3/26/2025 to edit docket text (TMK). (Entered: 03/26/2025) |
| 03/26/2025 | 647 | MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defend by Fidelis Legal Support Services, LLC.(Hoover, Timothy) (Entered: 03/26/2025) |
| 03/26/2025 | 648 | MOTION to Expedite *(re Motion to Stay (Dkt. 647, re Dkt. 646)* by Fidelis Legal Support Services, LLC. (Attachments: # 1 Text of Proposed Order)(Hoover, Timothy) (Entered: 03/26/2025) |
| 03/26/2025 | 649 | MEMORANDUM IN SUPPORT re 647 MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis, 648 MOTION to Expedite *(re Motion to Stay (Dkt. 647, re Dkt. 646)* byFidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 03/26/2025) |
| 03/26/2025 | 650 | TEXT ORDER regarding 647 MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defendant by Fidelis Legal Support Services, LLC ("the Motion"). Any party objecting to the issuance of an administrative stay pending briefing on the requests for relief in the Motion (*i.e.*, to stay |

| | | Judge Roemer's Decision or declare the Decision a Report and Recommendation) shall file a letter of no more than 5 pages before 12:00 p.m. on March 27, 2025, setting forth the basis for its position. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 03/26/2025. (MGB) (Entered: 03/26/2025) |
|---|---|---|
| 03/27/2025 | 651 | Letter filed by The People of the State of New York *re Text Order at ECF No. 650*. (Boyd, Christopher) (Entered: 03/27/2025) |
| 03/27/2025 | 652 | MOTION for Joinder *in Letter 651 filed by The People of the State of New York re Text Order 650* by Thomas McNamara.(Smith, Logan) (Entered: 03/27/2025) |
| 03/27/2025 | 653 | TEXT ORDER denying 652 motion for joinder; denying 648 motion to expedite and setting briefing schedule on 647 motion to stay. The motion for joinder filed by the Court-appointed receiver, Thomas McNamara, is denied as untimely because it was received after the Court's noon deadline. In addition, the motion to expedite filed by Fidelis Legal Support Services, LLC (Dkt. 648) is denied. The Court declines to grant an administrative stay pending briefing on the requests for relief in the motion to stay filed at Docket 647. The parties shall file responses to the motion to stay (Dkt. 647) on or before April 14, 2025. Replies are due on or before April 21, 2025. Oral argument on the motion to stay may be set at the Court's discretion. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 03/27/2025. (CAL) (Entered: 03/27/2025) |
| 04/08/2025 | 654 | MOTION for Extension of Time to File *Objections to Dkt. 646* by Cameron Christo, The Bush Lake Trust through Timothy Miller, Trustee, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 04/08/2025) |
| 04/08/2025 | 655 | MOTION Issuance of an Order that the Receiver has no authority over The Bush Lake Trust, striking the determination that the Bush Lake Trust is a Receivership Defendant, and halting freeze and takeover activity pending a decision on this motion by The Bush Lake Trust through Timothy Miller, Trustee. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B)(Hoover, Timothy) (Entered: 04/08/2025) |
| 04/08/2025 | 656 | TEXT ORDER granting 654 Motion for Extension of Time to File Objections. Objections to the Report and Recommendation pending at Docket 646 shall be filed on or before April 16, 2025. Responses shall be filed on or before May 7, 2025, and replies shall be filed on or before May 14, 2025. Oral argument will be set at the Court's discretion. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/08/2025. (CAL) (Entered: 04/08/2025) |
| 04/08/2025 | 657 | AFFIDAVIT *of Non-Compliance Regarding Non-Party AZG Accountancy Corp.* by Thomas McNamara. (Attachments: # 1 Exhibit 1 to Affidavit, # 2 Exhibit 2 to Affidavit, # 3 Exhibit 3 to Affidavit, # 4 Exhibit 4 to Affidavit, # 5 Exhibit 5 to Affidavit, # 6 Exhibit 6 to Affidavit, # 7 Exhibit 7 to Affidavit, # 8 Exhibit 8 to Affidavit, # 9 Exhibit 9 to Affidavit, # 10 Exhibit 10 to Affidavit, # 11 Text of Proposed Order)(Smith, Logan) (Entered: 04/08/2025) |
| 04/08/2025 | 658 | ORDER granting 657 Receiver's Ex Parte Application for a Writ of Possession Against Non-Party AZG Accountancy Corp. Signed by Hon. Michael J. Roemer on 4/8/2025. (RAZ) (Entered: 04/08/2025) |
| 04/08/2025 | 659 | MOTION Issuance of an Order Vacating Designation of Nonparties as Receivership Defendants by Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC. (Attachments: # 1 Memorandum in Support)(Brady, Daniel) (Entered: 04/08/2025) |
| 04/09/2025 | 660 | TEXT ORDER. On or before 4/17/2025, plaintiffs and the receiver shall respond to Bush Lake Trust's motion challenging the receiver's determination that Bush Lake is a receivership defendant 655 and to Two Square Enterprises, BDC Group, and Veteris Capital's motion challenging the receiver's determination that they are receivership |

| | | |
|---|---|---|
| | | defendants 659 . Bush Lake Trust, Two Square Enterprises, BDC Group, and Veteris Capital shall reply by 4/24/2025.<br><br>Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. SO ORDERED. Issued by Hon. Michael J. Roemer on 4/9/2025. (RAZ) (Entered: 04/09/2025) |
| 04/14/2025 | 661 | RESPONSE in Opposition re 647 MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis filed by Thomas McNamara. (Smith, Logan) (Entered: 04/14/2025) |
| 04/14/2025 | 662 | REPLY/RESPONSE to re 647 MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis filed by The People of the State of New York. (Rados, Genevieve) (Entered: 04/14/2025) |
| 04/15/2025 | 663 | MEMORANDUM/BRIEF re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defend - *Objections to RR&O* by Jason Blust, Lit Def Strategies, LLC. (Attachments: # 1 Exhibit Transcript excerpt)(Personius, Rodney) (Entered: 04/15/2025) |
| 04/16/2025 | 664 | OBJECTIONS to REPORT AND RECOMMENDATIONS re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defend by Michelle Gallagher. (Molloy, Mark) Modified on 4/17/2025 to correct the description (TMK). (Entered: 04/16/2025) |
| 04/16/2025 | 665 | OBJECTIONS to REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis is not a Receivership Defend 646 filed by Defendants Cameron Christo, Fidelis Legal Support Services, LLC.. (Hoover, Timothy) (Entered: 04/16/2025) |
| 04/17/2025 | | E-Filing Notification: Incorrect event used to electronically file document. No action required. 664 MEMORANDUM/BRIEF (TMK) (Entered: 04/17/2025) |
| 04/17/2025 | 666 | REPLY/RESPONSE to re 655 MOTION Issuance of an Order that the Receiver has no authority over The Bush Lake Trust, striking the determination that the Bush Lake Trust is a Receivership Defendant, and halting freeze and takeover activity pending a decision on this motion , *659 MOTION Issuance of an Order Vacating Designation of Nonparties as Receivership Defendants filed by The People of the State of New York. (Rados, Genevieve) (Entered: 04/17/2025)* |
| 04/17/2025 | 667 | RESPONSE in Opposition re 655 MOTION Issuance of an Order that the Receiver has no authority over The Bush Lake Trust, striking the determination that the Bush Lake Trust is a Receivership Defendant, and halting freeze and takeover activity pending a decision on this motion , *659 MOTION Issuance of an Order Vacating Designation of Nonparties as Receivership Defendants filed by Thomas McNamara. (Attachments: # 1 Declaration of Lisa M. Jones, # 2 Exhibit 1 to Jones Declaration, # 3 Exhibit 2 to Jones Declaration, # 4 Exhibit 3 to Jones Declaration)(Smith, Logan) (Entered: 04/17/2025)* |

| 04/21/2025 | 668 | REPLY to Response to Motion re 647 MOTION to Stay re 646 REPORT AND RECOMMENDATIONS re 190 MOTION for issuance of an order declaring that the Receiver has no authority over Fidelis Legal Support Services, LLC, either because the Receiver lacks jurisdiction or because Fidelis filed by Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 04/21/2025) |
| --- | --- | --- |
| 04/23/2025 | 669 | Third MOTION for Attorney Fees *and Expenses of the Receiver and Professionals* by Thomas McNamara. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Thomas W. McNamara, # 3 Exhibit 1 to McNamara Declaration, # 4 Exhibit 2 to McNamara Declaration, # 5 Exhibit 3 to McNamara Declaration, # 6 Exhibit 4 to McNamara Declaration, # 7 Exhibit 5 to McNamara Declaration, # 8 Exhibit 6 to McNamara Declaration, # 9 Exhibit 7 to McNamara Declaration, # 10 Exhibit 8 to McNamara Declaration, # 11 Text of Proposed Order)(Smith, Logan) (Entered: 04/23/2025) |
| 04/23/2025 | | SCHEDULING NOTICE as to 669 Third MOTION for Attorney Fees and Expenses of the Receiver and Professionals. Responses due by 5/7/2025. (RAZ) (Entered: 04/23/2025) |
| 04/24/2025 | 670 | Letter filed by Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC . (Brady, Daniel) (Entered: 04/24/2025) |
| 04/24/2025 | 671 | CERTIFICATE OF SERVICE by Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC re 670 Letter *to Magistrate Judge Michael J. Roemer* (Brady, Daniel) (Entered: 04/24/2025) |
| 04/24/2025 | 672 | NOTICE of Appearance by Michael A. Brady on behalf of Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC (Attachments: # 1 Certificate of Service)(Brady, Michael) (Entered: 04/24/2025) |
| 04/24/2025 | 673 | REPLY to Response to Motion re 655 MOTION Issuance of an Order that the Receiver has no authority over The Bush Lake Trust, striking the determination that the Bush Lake Trust is a Receivership Defendant, and halting freeze and takeover activity pending a decision on this motion *filed by The Bush Lake Trust through Timothy Miller, Trustee. (Hoover, Timothy) (Entered: 04/24/2025)* |
| 04/28/2025 | 674 | REPLY to Response to Motion re 659 MOTION Issuance of an Order Vacating Designation of Nonparties as Receivership Defendants filed by Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC. (Attachments: # 1 Exhibit Two Square Articles of Incorporation)(Brady, Daniel) (Entered: 04/28/2025) |
| 05/05/2025 | 675 | RESPONSE in Opposition re 669 Third MOTION for Attorney Fees *and Expenses of the Receiver and Professionals* filed by The Blust Family 2019 Irrevocable Trust through Paul Hull, Jr., Trustee. (Farber, Evan) (Entered: 05/05/2025) |
| 05/07/2025 | 676 | REPLY/RESPONSE to re 664 Memorandum/Brief, *Plaintiff States' Response to Defendant Gallagher's Objection* filed by The People of the State of Illinois. (Bacoyanis, Amanda) (Entered: 05/07/2025) |
| 05/07/2025 | 677 | REPLY/RESPONSE to re 665 Objections -- non-motion, *Plaintiff States' Response in Opposition to Fidelis Legal Support Services, LLC and Cameron Christo's Objections to the Report, Recommendation and Order* filed by The State of Wisconsin. (Beilin, Lewis) (Entered: 05/07/2025) |
| 05/07/2025 | 678 | NOTICE of Appearance by Amanda L Lundergan on behalf of Ice Legal, P.A., Thomas Ice, Ariane Ice (Lundergan, Amanda) (Entered: 05/07/2025) |
| 05/07/2025 | 679 | REPLY/RESPONSE to re 663 Memorandum/Brief, *Plaintiff States' Response to Blust and Lit Def's Objections to Report, Recommendation and Order* filed by The State of |

| | | Minnesota. (Romanoff, Evan) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 680 | MOTION to Intervene by Ice Legal, P.A., Thomas Ice, Ariane Ice. (Attachments: # 1 Memorandum in Support Motion to Intervene, # 2 Exhibit Exh. 1 Objections to Receivers 3rd Fee App and Exhibits, # 3 Exhibit Exh. 2 Memo re: Appointment of Special Receiver, Exhibits, and Intervenor Declaration, # 4 Declaration Amanda Lundergan)(Lundergan, Amanda) (Entered: 05/07/2025) |
| 05/07/2025 | 681 | REPLY/RESPONSE to re 665 Objections -- non-motion, filed by Thomas McNamara. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Smith, Logan) (Entered: 05/07/2025) |
| 05/07/2025 | 682 | REPLY/RESPONSE to re 663 Memorandum/Brief, filed by Thomas McNamara. (Smith, Logan) (Entered: 05/07/2025) |
| 05/07/2025 | 683 | REPLY/RESPONSE to re 664 Memorandum/Brief, filed by Thomas McNamara. (Smith, Logan) (Entered: 05/07/2025) |
| 05/08/2025 | | SCHEDULING NOTICE as to 680 MOTION to Intervene by Ice Legal, P.A., Thomas Ice, Ariane Ice. Responses due by 5/22/2025. Replies due by 5/30/2025. (RAZ) (Entered: 05/08/2025) |
| 05/12/2025 | 684 | REPLY to Response to Motion re 669 Third MOTION for Attorney Fees *and Expenses of the Receiver and Professionals* filed by Thomas McNamara. (Smith, Logan) (Entered: 05/12/2025) |
| 05/13/2025 | 685 | Letter filed by Strategic Client Support, LLC, Strategic CS, LLC, Strategic FS Buffalo, LLC, Strategic NYC, LLC, BCF Capital, LLC, T Fin, LLC, Strategic Consulting, LLC, Versara Lending, LLC, Strategic Family, Inc.,, Anchor Client Services, LLC, Bedrock Client Services, LLC, Boulder Client Services, LLC, Canyon Client Services, LLC, Carolina Client Services, LLC, Great Lakes Client Services, LLC, Guidestone Client Services, LLC, Harbor Client Services, LLC, Heartland Client Services, LLC, Monarch Client Services, LLC, Newport Client Services, LLC, Northstar Client Services, LLC, Option 1 Client Services, LLC, Pioneer Client Servicing, LLC, Rockwell Client Services, LLC, Stonepoint Client Services, LLC, Summit Client Services, LLC, Whitestone Client Services, LLC, Stratfs, LLC *Withdrawing Motion to unfreeze assets and compel payment of legal fees (Dkt No 433)*. (Vacco, Dennis) (Entered: 05/13/2025) |
| 05/13/2025 | 686 | TEXT ORDER. Defendants Jason Blust and Lit Def Strategies, LLC's reply papers filed in further support of their objections to 646 Report and Recommendations shall not exceed 18 pages in length. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/13/2025. (CAL) (Entered: 05/13/2025) |
| 05/14/2025 | 687 | TEXT ORDER finding as moot 433 Motion for Attorney Fees pursuant to 685 Letter filed by Strategic Client Support, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 5/14/2025. (RAZ) (Entered: 05/14/2025) |
| 05/14/2025 | 688 | REPLY/RESPONSE to re 664 Memorandum/Brief, *in Support of Objections to Report, Recommendation and Order [Dkt. No. 646]* filed by Michelle Gallagher. (Molloy, Mark) (Entered: 05/14/2025) |
| 05/14/2025 | 689 | REPLY/RESPONSE to re 663 Memorandum/Brief, filed by Jason Blust, Lit Def Strategies, LLC. (Attachments: # 1 Exhibit Consent Document, # 2 Exhibit Transcript) (Personius, Rodney) (Entered: 05/14/2025) |
| 05/14/2025 | 690 | REPLY/RESPONSE to re 677 Reply/Response, 665 Objections -- non-motion, 681 Reply/Response filed by Cameron Christo, Fidelis Legal Support Services, LLC. (Hoover, Timothy) (Entered: 05/14/2025) |

| 05/19/2025 | 691 | NOTICE of Lis Pendens by Thomas McNamara (Attachments: # 1 Exhibit A to Lis Pendens, # 2 Exhibit B to Lis Pendens)(Smith, Logan) (Entered: 05/19/2025) |
|---|---|---|
| 05/22/2025 | 692 | DECISION AND ORDER denying the motions by Bush Lake and the non-party receivership entities challenging the Receiver's determination that they each qualify as receivership defendants 655 and 659 . Signed by Hon. Michael J. Roemer on 5/22/2025. (RAZ) (Entered: 05/22/2025) |
| 05/22/2025 | 693 | RESPONSE in Opposition re 680 MOTION to Intervene *by Non-Party Ice Legal* filed by The People of the State of New York, State of Colorado, State of Delaware, The People of the State of Illinois, The State of Minnesota, The State of North Carolina, The State of Wisconsin. (Attachments: # 1 Exhibit A)(Burns, Kevin) (Entered: 05/22/2025) |
| 05/22/2025 | 694 | RESPONSE in Opposition re 680 MOTION to Intervene filed by Thomas McNamara. (Smith, Logan) (Entered: 05/22/2025) |
| 05/23/2025 | 695 | NOTICE OF INTERLOCUTORY APPEAL by Fidelis Legal Support Services, LLC. Filing fee $ 605, receipt number BNYWDC-5490364. Appeal Record due by 6/6/2025. (Hoover, Timothy) (Entered: 05/23/2025) |
| 05/23/2025 | 696 | NOTICE OF APPEAL as to 692 Order on Motion for Miscellaneous Relief,,, by The Bush Lake Trust through Timothy Miller, Trustee. Filing fee $ 605, receipt number ANYWDC-5490366. Appeal Record due by 6/6/2025. (Hoover, Timothy) (Entered: 05/23/2025) |
| 05/25/2025 | 697 | REPLY to Response to Motion re 680 MOTION to Intervene filed by Ice Legal, P.A., Thomas Ice, Ariane Ice. (Lundergan, Amanda) (Entered: 05/25/2025) |
| 05/27/2025 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 05/27/2025) |
| 05/27/2025 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (CGJ) (Entered: 05/27/2025) |
| 05/29/2025 | 698 | NOTICE OF INTERLOCUTORY APPEAL as to 692 Order on Motion for Miscellaneous Relief,,, by Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC. Filing fee $ 605, receipt number ANYWDC-5493333. Appeal Record due by 6/12/2025. (Attachments: # 1 Certificate of Service)(Brady, Daniel) (Entered: 05/29/2025) |
| 05/29/2025 | 699 | Corporate Disclosure Statement by Ice Legal, P.A., Thomas Ice, Ariane Ice. (Lundergan, Amanda) (Entered: 05/29/2025) |
| 05/30/2025 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (TMK) (Entered: 05/30/2025) |
| 05/30/2025 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (TMK) (Entered: 05/30/2025) |
| 06/03/2025 | 700 | MOTION to appear pro hac vice *(Stephen E. Frank, Esq., for Fidelis and related parties)* ( Filing fee $ 200 receipt number ANYWDC-5497415.) by Fidelis Legal Support Services, LLC. (Attachments: # 1 Petition, # 2 Sponsoring Aff., # 3 Oath, # 4 Civility Principles Oath, # 5 Registration Form)(Hoover, Timothy) (Entered: 06/03/2025) |

| 06/03/2025 | 701 | MOTION to appear pro hac vice *(Alec A. Levy, Esq., for Fidelis and related parties)* ( Filing fee $ 200 receipt number ANYWDC-5497424.) by Fidelis Legal Support Services, LLC. (Attachments: # 1 Petition, # 2 Sponsoring Aff., # 3 Oath, # 4 Civility Principles Oath, # 5 Registration Form)(Hoover, Timothy) (Entered: 06/03/2025) |
| --- | --- | --- |
| 06/03/2025 | 702 | MOTION to appear pro hac vice *(Alex H. Loomis, Esq., for Fidelis and related parties)* ( Filing fee $ 200 receipt number ANYWDC-5497434.) by Fidelis Legal Support Services, LLC. (Attachments: # 1 Petition, # 2 Sponsoring Aff., # 3 Oath, # 4 Civility Principles Oath, # 5 Registration Form)(Hoover, Timothy) (Entered: 06/03/2025) |
| 06/03/2025 | 703 | MOTION to Stay *Pending Appeal* by The Bush Lake Trust through Timothy Miller, Trustee, Two Square Enterprises, Inc., BDC Group LLC, Veteris Capital LLC, Fidelis Legal Support Services, LLC. (Attachments: # 1 Memorandum in Support)(Hoover, Timothy) (Entered: 06/03/2025) |
| 06/04/2025 | 704 | TEXT ORDER re 703 Motion to Stay Pending Appeal. Responses are due on or before June 17, 2025. Replies are due on or before June 19, 2025. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 06/04/2025. (CAL) (Entered: 06/04/2025) |
| 06/04/2025 | 705 | TEXT ORDER granting 701 Motion for Alec A. Levy, Esq. to appear Pro Hac Vice for Fidelis Legal Support Services, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/4/2025. (RAZ)<br><br>Clerk to Follow up Modified on 6/4/2025 (RAZ). (Entered: 06/04/2025) |
| 06/04/2025 | 706 | TEXT ORDER granting 702 Motion for Alex H. Loomis, Esq. to appear Pro Hac Vice for Fidelis Legal Support Services, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/4/2025. (RAZ)<br><br>Clerk to Follow up (Entered: 06/04/2025) |
| 06/04/2025 | 707 | TEXT ORDER granting 700 Motion for Stephen E. Frank, Esq. to appear Pro Hac Vice for Fidelis Legal Support Services, LLC. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/4/2025. (RAZ)<br><br>Clerk to Follow up (Entered: 06/04/2025) |
| 06/04/2025 | 708 | TEXT ORDER. The Text Order entered at Docket 704 is hereby vacated. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 06/04/2025. (CAL) (Entered: 06/04/2025) |
| 06/04/2025 | | SCHEDULING NOTICE as to 703 MOTION to Stay Pending Appeal. Responses due by 6/17/2025. Replies due by 6/19/2025. (RAZ) (Entered: 06/04/2025) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/06/2025 09:55:08 | | |
| **PACER Login:** | qeus0011 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00040-EAW-MJR |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |