| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | **CASE NO. 24-cv-40 EAW-MJR** |
| Plaintiffs, | |
| v. | **JOINT STIPULATION FOR ENTRY OF PROPOSED STIPULATED PRELIMINARY INJUNCTION AS TO DEFENDANT TIMOTHY F. BURNETTE** |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al., | |
| Defendants, and | |
| STRATEGIC ESOP, et al., | |
| Relief Defendants. | |

Plaintiffs Consumer Financial Protection Bureau (CFPB), the People of the State of New York by Letitia James, Attorney General of the State of New York (NYAG), the State of Colorado *ex rel.* Philip J. Weiser, Attorney General, the State of Delaware, the People of the State of Illinois through Attorney General Kwame Raoul, the State of Minnesota by its Attorney General Keith Ellison, the State of North Carolina ex rel. Jeff Jackson, Attorney General, and the State of Wisconsin (collectively, Plaintiffs) and Defendant Timothy F. Burnette, respectfully request that the Court enter the attached, proposed Stipulated Preliminary Injunction as to Timothy F. Burnette, without further proceedings or appearances and without further notice to any party.

**SO STIPULATED AND AGREED**

**FOR PLAINTIFFS:**

**CONSUMER FINANCIAL PROTECTION BUREAU**

*/s/ Vanessa Buchko*
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-295-7246
Joseph Sanders
E-mail: joseph.sanders@cfpb.gov
Phone: 202-377-9846
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

**THE PEOPLE OF THE STATE OF NEW YORK**

LETITIA JAMES
Attorney General of the State of New York

*/s/ Genevieve S. Rados*
Christopher L. Boyd
Genevieve S. Rados
Assistant Attorneys General
350 Main Street, Suite 300A
Buffalo, NY 14202
Phone: (716) 853-8457
Email: Genevieve.rados@ag.ny.gov

*Attorneys for the State of New York*

**STATE OF COLORADO, *ex rel.* Philip J. Weiser, Attorney General**

PHILIP J. WEISER
Attorney General State of Colorado

*/s/ Kevin J. Burns*
Kevin J. Burns, CO Reg. No. 44527
*(pro hac vice)*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 9th Floor Denver, CO 80203
Phone: (720) 508-6110
Kevin.Burns@coag.gov

*Attorney for Plaintiff State of Colorado,*
*ex rel. Philip J. Weiser, Attorney General*

**STATE OF DELAWARE**

KATHLEEN JENNINGS
Attorney General State of Delaware

*/s/ Maryanne Donaghy*
Marion M. Quirk (*pro hac vice*)
Director of Consumer Protection
Deputy Attorney General
Maryanne Donaghy (*pro hac vice)*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8843
Maryanne.donaghy@delaware.gov

*Attorney for State of Delaware*

**STATE OF ILLINOIS**

KWAME RAOUL
Attorney General State of Illinois

By: */s/ Amanda E. Bacoyanis*
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau
*Pro hac vice application forthcoming, if required*
Amanda E. Bacoyanis (*pro hac vice*),
Assistant Attorney General, Consumer Fraud Bureau
Matthew Davies *(pro hac vice)*,
Supervising Attorney,
Consumer Fraud Bureau
Office of the Illinois Attorney General
115 S. LaSalle St., 26th Floor
Chicago, Illinois 60603

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General of Minnesota

*/s/ Evan Romanoff*
Evan Romanoff *(pro hac vice)*
Assistant Attorney General
445 Minnesota Street, Suite 600 St. Paul, Minnesota 55101-2130
Telephone: (651) 728-4126 evan.romanoff@ag.state.mn.us

*Attorney for the State of Minnesota*

**STATE OF NORTH CAROLINA, *ex rel*. Jeff Jackson, Attorney General**

JEFF JACKSON
Attorney General of North Carolina

*/s/ M. Lynne Weaver*
M. Lynne Weaver (*pro hac vice*) Special Deputy Attorney General
N.C. State Bar No. 19397 114 W. Edenton Street Raleigh, NC 27602
Telephone: (919) 716-6039 lweaver@ncdoj.gov

*Attorney for the State of North Carolina*

**STATE OF WISCONSIN**

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Lewis W. Beilin*
Lewis W. Beilin *(pro hac vice)*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857 Madison, WI 53707-7857
(608) 266-1221
Lewis.Beilin@wisdoj.gov
*Attorney for State of Wisconsin*

**FOR DEFENDANT TIMOTHY F. BURNETTE**

NIXON PEABODY LLP

*/s/Mark Molloy*
40 Fountain Plaza, Suite 500
Buffalo, New York 14202

**DEFENDANT TIMOTHY F. BURNETTE**

Timothy F. Burnette