

LOGAN D. SMITH
DIRECT    619-269-0423
OFFICE    619-269-0400
FAX       619-269-0401
lsmith@mcnamarallp.com
www.mcnamarallp.com

July 9, 2025

*Via CM/ECF*

Honorable Michael J. Roemer
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re:     *CFPB, et al. v. StratFS, LLC, et al.*, No. 1:24-cv-00040-EAW-MJR (W.D.N.Y.)

Dear Judge Roemer:

The Court-appointed receiver, Thomas W. McNamara (the "Receiver"), filed a Motion for an Order to Show Why Receivership Defendant Fidelis Legal Support Services ("Fidelis") and Cameron Christo Should be Held in Civil Contempt ("OSC Motion").  (Dkt. No. 606.)  In light of the Court's subsequent Order that Fidelis is a Receivership Defendant pursuant to the Temporary Restraining Order and subsequent Preliminary Injunction (Dkt. No. 646) ("Fidelis Receivership Defendant Order"), the Receiver hereby withdraws the OSC Motion.

With the entry of the Fidelis Receivership Defendant Order, the Receiver has been able to gain access to some of Fidelis's books and records (including bank account statements and QuickBooks records) and identify its assets and the entities and individuals to which or to whom Fidelis transferred funds.  While accomplishing those tasks has taken place without meaningful cooperation by Fidelis or Mr. Christo, the Receiver withdraws the OSC Motion without prejudice at this time.

Please have your Clerk contact me should you have any questions.  Thank you in advance for your courtesies and attention to this matter.

Respectfully submitted,

Logan D. Smith

LDS:jej