UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC<br>FINANCIAL SOLUTIONS, LLC), et al.<br><br>Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

### DECLARATION OF AMANDA LUNDERGAN

I, Amanda Lundergan, state as follows:

1. Pursuant to Rule 7(a)(3) L. R. Civ. P., I submit this declaration in support of the Proposed Intervenors, Ice Legal's, Objections to the Receiver's Fourth Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals.

2. To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the factual statements in the above-referenced document are true and correct.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on July 21, 2025.

/s/Amanda Lundergan
Amanda Lundergan

1