

**Office of the New York State Attorney General**

**Letitia James Attorney General**

August 5, 2025

*Via ECF*

Honorable Michael J. Roemer
United States Magistrate Judge
United States District Court
2 Niagara Square
Buffalo, NY 14202

RE: *CFPB et al v. StratFS, LLC, et al.*, 24-CV-40-EAW-MJR (W.D.N.Y.)

Dear Judge Roemer,

Plaintiff, People of the State of New York by Letitia James, Attorney General of the State of New York, writes on behalf of all Plaintiffs. Plaintiffs' reply to Relief Defendant Cameron Christo's response to our renewed motion for a preliminary injunction (Dkt. 743) is due on August 6, 2025 (Dkt. 735). For his opposition to our motion, Mr. Christo was granted an additional five pages beyond the default 25-page limit applicable under Local Rule of Civil Procedure 7 (a)(2)(C). In order to reply to the issues raised in Mr. Christo's brief, Plaintiffs respectfully request that they too be granted leave to file a memorandum with five additional pages, for a total of 15 pages. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Genevieve S. Rados
Genevieve Rados
Christopher L. Boyd
Assistant Attorneys General

CC via ECF: Counsel of Record