UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | |
| Plaintiffs, | CASE NO. 24-CV-40 EAW-MJR |
| v. | |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, | |
| Defendants, and | |
| STRATEGIC ESOP, *et al.*, | |
| Relief Defendants. | |

## DEFENDANT MICHELLE GALLAGHER'S RESPONSE TO COURT REQUEST (DKT. 769)

The undersigned, as counsel for Defendant, Michelle Gallagher ("Ms. Gallagher"), respectfully submits this statement to the Court in connection with the pending proceedings regarding the appealed Report and Recommendation on Receiver's contempt motion (Dkt. 646) and the status of the Court's proposed *de novo* hearing.

The Court asked the parties to state their positions as to whether it should: (i) stay further proceedings on the contempt motion until Fidelis's appeal is decided; (ii) proceed with a *de novo* hearing on the contempt motion and issue an indicative ruling as to matters pending before the Second Circuit; or (iii) pursue some alternative path. (Dkt. 769 at 5.) On behalf of Ms. Gallagher, we believe that the Court should stay further proceedings on the contempt motion.

1

We have also reviewed the Supplemental Memorandum submitted by counsel for Defendant Fidelis Legal Support Services, LLC and Relief Defendant Cameron Christo, advocating a stay of further proceedings on the Receiver's contempt motion pending resolution of the appeal before the Second Circuit. We agree in substance and adopt the arguments and position set forth in that aforementioned submission.

DATED:   Buffalo, New York
         August 25, 2025

                                        NIXON PEABODY LLP

                                        By:   /s/ Kasey Kaspar Hildonen
                                              Kasey Kaspar Hildonen

                                        Mark A. Molloy
                                        40 Fountain Plaza, Suite 500
                                        Buffalo, New York 14202
                                        (716) 853-8100
                                        kkhildonen@nixonpeabody.com
                                        mmolloy@nixonpeabody.com
                                        *Attorneys for Defendant Michelle Gallagher*