UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

                Plaintiffs,

v.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.,

                Defendants

and

STRATEGIC ESOP, et al.,

                Relief Defendants.
_____

**STIPULATION**

Civ. No. 24-CV-40-EAW-MJR

WHEREAS property located at 1919 S. Michigan Avenue 206, Chicago, IL 60616 is subject to the terms of a Preliminary Injunction (Doc. 184) issued in the above-captioned action; and

WHEREAS, pursuant to the terms of the Preliminary Injunction, this property constitutes a frozen asset; and

WHEREAS, the record owner of this property, Jason Blust, a Defendant herein, and his wife, Jaclyn Blust, a Relief Defendant herein, desire to enter into a renewal of the lease for this property covering the period October 1, 2025 through September 30, 2026 at a monthly rent of $1,900.00; and

WHEREAS, the tenant occupying the property pursuant to this lease is Sarah Elizabeth Rice; and

WHEREAS, the proceeds from the rental of this property will be applied to payment of the monthly mortgage on this property and monthly homeowner's association fee; and

WHEREAS, the remaining proceeds of each monthly rental payment, if any, shall be deposited into a bank account which is frozen pursuant to the Preliminary Injunction identified above, it is hereby

**STIPULATED AND AGREED** as follows:

1. Defendant Jason Blust and Relief Defendant Jaclyn Blust are authorized to sign the written lease on the property identified as 1919 S. Michigan Avenue 206, Chicago, IL 60616, covering the term October 1, 2025 to September 30, 2026.

2. The monthly rental proceeds of $1,900.00 shall first be applied to the payment of the monthly mortgage on the property held by NEWREZ, loan #0685017568, in the sum of $1,529.22, and then to the $514.96 monthly HOA fee and $2.99 processing fee associated with the property, payable through Loftworks On Michigan Condominium, account #LMC57500.

3. All remaining monthly rental proceeds, if any, shall be deposited to the Barrington Bank account in the name of Jason Blust, bearing an account number ending 2335, which is frozen pursuant to the Preliminary Injunction identified above.

Dated: September 18, 2025.

**CONSUMER FINANCIAL PROTECTION BUREAU**

*/s/ Jack Douglas Wilson*
Jack Douglas Wilson
Email: doug.wilson@cfpb.gov
(202) 309-8044
Vanessa Buchko
E-mail: vanessa.buchko@cfpb.gov
Phone: 202-295-7246
1700 G Street NW
Washington, DC 20552

**THE PEOPLE OF THE STATE OF NEW YORK**

LETITIA JAMES
Attorney General of the State of New York

<u>/s/ Christopher L. Boyd</u>
Christopher L. Boyd
Genevieve S. Rados
Assistant Attorneys General
350 Main Street, Suite 300A
Buffalo, NY 14202
Phone: (716) 853-8457
Email: Genevieve.rados@ag.ny.gov

*Attorneys for the State of New York*

**STATE OF COLORADO, *ex rel*. Philip J. Weiser, Attorney General**

PHILIP J. WEISER
Attorney General State of Colorado

<u>/s/Kevin J. Burns</u>
Kevin J. Burns, CO Reg. No. 44527
*(pro hac vice)*
Senior Assistant Attorney General
Philip M. Sparr
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Phone: (720) 508-6110
Kevin.Burns@coag.gov
Philip.Sparr@coag.gov

*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**STATE OF DELAWARE**

KATHLEEN JENNINGS
Attorney General State of Delaware

*/s/ Maryanne T. Donaghy*
Marion M. Quirk (*pro hac vice*)
Director of Consumer Protection
Deputy Attorney General
Maryanne T. Donaghy (*pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8843
Maryanne.donaghy@delaware.gov

*Attorneys for State of Delaware*

**STATE OF ILLINOIS**

KWAME RAOUL
Attorney General State of Illinois

*/s/ Amanda E. Bacoyanis*
Greg Grzeskiewicz
Chief, Consumer Fraud Bureau (*Pro hac vice application forthcoming, if required*)
Amanda E. Bacoyanis (*pro hac vice*),
Assistant Attorney General, Consumer Fraud Bureau
Matthew Davies *(pro hac vice)*,
Supervising Attorney, Consumer Fraud Bureau
Office of the Illinois Attorney General
115 S. LaSalle St., 26th Floor
Chicago, Illinois 60603

*Attorneys for the State of Illinois*

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General of Minnesota

*/s/ Evan Romanoff*
Evan Romanoff *(pro hac vice)*
Assistant Attorney General
Sarah Keller Doktori

4

Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2130
Telephone: (651) 728-4126
evan.romanoff@ag.state.mn.us

*Attorneys for the State of Minnesota*

**STATE OF NORTH CAROLINA, *ex rel*. Jeff Jackson, Attorney General**

JEFF JACKSON
Attorney General of North Carolina

 */s/ M. Lynne Weaver*
M. Lynne Weaver (*pro hac vice*)
Special Deputy Attorney General
N.C. State Bar No. 19397
114 W. Edenton Street
Raleigh, NC 27602
Telephone: (919) 716-6039
lweaver@ncdoj.gov

*Attorney for the State of North Carolina*

**STATE OF WISCONSIN**

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Lewis W. Beilin*
Lewis W. Beilin *(pro hac vice)*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
 (608) 266-1221
Lewis.Beilin@wisdoj.gov

*Attorney for State of Wisconsin*

**FOR DEFENDANT JASON BLUST**
**& RELIEF DEFENDANT JACLYN BLUST**

*/s/ Rodney O. Personius.*
Rodney O. Personius
Personius Melber LLP
2100 Main Place Tower
Buffalo, NY 14202
Ph: (716) 855-1050
Email: rop@personiusmelber.com

*Attorney for Defendant Jason Blust and Relief Defendant Jaclyn Blust*

        IT IS SO ORDERED, this 19th day of September, 2025.


                             *Michael J. Roemer*
                             MICHAEL J. ROEMER
                             UNITED STATES MAGISTRATE JUDGE