

### STATE OF WISCONSIN
### DEPARTMENT OF JUSTICE

**Josh Kaul**
**Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

**Lewis W. Beilin**
**Assistant Attorney General**
beilinlw@doj.state.wi.us
608/266-3076
FAX 608/294-2907

September 24, 2025

**Via ECF**

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York  14614

   Re: *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, Case No. 24-CV-00040-EAW-MJR

Dear Judge Wolford:

  I am counsel for Plaintiff State of Wisconsin in this matter. I travelled to Buffalo for yesterday's mediation with Magistrate Judge Roemer, planning to come to Rochester for this afternoon's 2:00 p.m. oral argument. Unfortunately, due to a lower back injury I was unable to attend the mediation session yesterday and I am not well enough to travel to Rochester today.

  Given these circumstances, I respectfully request permission to appear for oral argument this afternoon by telephone. Thank you for your consideration.
.

       Sincerely,

       */s/ Lewis W. Beilin*

       Lewis W. Beilin
       Assistant Attorney General