

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**Josh Kaul**
**Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**Lewis W. Beilin**
**Assistant Attorney General**
beilinlw@doj.state.wi.us
608/266-3076
FAX 608/294-2907

September 24, 2025

<u>**Via ECF**</u>

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re: *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, Case No. 24-CV-00040-EAW-MJR

Dear Judge Wolford:

    I write to renew my request to appear by telephone at this afternoon's oral argument and provide the Court with additional details that were not included in my earlier request, as a result of which the request was denied.

    My lower back injury first occurred Monday morning at my home as I prepared for work in Madison, Wisconsin – a strain of the lower back when lifting a suitcase. I thought I could soldier through the flights to Buffalo and proceeded as planned. But I aggravated the injury during the journey via Detroit and basically hobbled in when I arrived at my hotel in Buffalo. When I awoke on Tuesday I found myself too stiff and in pain to be able to walk, so I let my colleagues know that I could not attend the mediation session in person. But I hoped that I could recover sufficiently to travel to Rochester today; the plan had been to ride along with a colleague from the New York Attorney General's office.

    Unfortunately, this morning my condition was, though modestly improved, not good enough for car travel. I made the decision at 9:00 am to request to appear by telephone and reached out to chambers staff to inquire whether one can make such a request by letter, and then prepared and filed my first letter. This explains the timing of the request.

  In retrospect, given that I haven't healed as quickly as hoped, I certainly wish I had not attempted the trip to Buffalo, and having done so, that I had made this request yesterday rather than this morning. My delay was based on a sincere hope that I could recover sufficiently in time to make the trip in person, and I was doing everything I could think of to heal the strain in my back and recover my mobility. It was not a result of dilatoriness.

  Thank you for your consideration.

.

          Sincerely,

          */s/Lewis W. Beilin*

          Lewis W. Beilin
          Assistant Attorney General