

**James C. Thoman**
Partner
Direct Dial: 716.848.1361
*JThoman@hodgsonruss.com*

September 24, 2025

<u>Via ECF</u>

Honorable Michael J. Roemer
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Roemer:

Re: *Consumer Financial Protection Bureau, et al. v StratFS, LLC, et al.*
    WDNY Case No. 24-CV-40-JLS-MJR

    Enclosed for the Court's consideration is a proposed Stipulation and Order approving a Settlement Agreement by and between with CIBC Bank USA as agent for the secured lenders and Thomas McNamara, as receiver. The Plaintiffs have indicated they have no objection to the Settlement Agreement. The Settlement permits the use of the bank's collateral to continue to operate the Atlas and Timberline (contingency fee model) business lines subject to the Receiver's control.

Respectfully submitted,

James C. Thoman

JCT/mah
Enclosure