UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CONSUMER FINANCIAL
PROTECTION BUREAU, et al.,

          Plaintiff,

Case No. 1:24-cv-00040-EAW-MJR

vs.

STRATFS, LLC (f/k/a STRATEGIC
FINANCIAL SOLUTIONS, LLC), et al.

          Defendants, and

DANIEL BLUMKIN, et al.,

          Relief Defendants.

**NOTICE OF PROPOSED INTERVENORS, ICE LEGAL'S, MOTION
FOR RECONSIDERATION OF ORDER APPROVING SETTLEMENT
(DKT. 805)**

**ORAL ARGUMENT REQUESTED
NOTICE OF INTENT TO FILE REPLY**

| | |
|---|---|
| Moving Parties: | Proposed Intervenors, Ice Legal, P.A., Thomas Ice and Ariane Ice ("Ice Legal") |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Proposed Intervenors, Ice Legal's, Motion for Reconsideration of Order Approving Settlement (Dkt. 805) |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |

| | |
|---|---|
| Relief Requested: | An order vacating the Order approving the Settlement between McNamara and CIBC (Dkt. 805) and entry of Order denying the approval of the Settlement, or in the alternative, vacating the Order to allow for a full briefing and a hearing on objections. |
| Grounds For Relief: | The Order should be reconsidered under Rule 54(b) Fed. R. Civ. P. to correct clear error and prevent manifest injustice. |
| Oral Argument: | The Defendants request oral argument. |

Dated: September 30, 2025

**Lundergan Legal, LLC**

*/s/ Amanda L. Lundergan*
Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email: amanda@lunderganlegal.com

*Attorneys for Proposed Intervenors,
Ice Legal, P.A., Thomas Ice and
Ariane Ice*