UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC<br>FINANCIAL SOLUTIONS, LLC), et al.<br><br>Defendants, and<br><br>DANIEL BLUMKIN, et al.,<br><br>Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**DECLARATION OF AMANDA LUNDERGAN**

I, Amanda Lundergan, state as follows:

1. Pursuant to Rule 7(a)(3) L. R. Civ. P., I submit this declaration in support of Ice Legal's Motion for Reconsideration of Order Approving Settlement (Dkt. 805) and supporting memorandum.

2. To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the factual statements in the above-referenced motion documents are true and correct.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on September 30, 2025.

/s/Amanda Lundergan
Amanda Lundergan