UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>       Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>       Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>       Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**NOTICE OF RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH THE ICE LEGAL PARTIES**

| | |
|---|---|
| Moving Party: | Receiver, Thomas W. McNamara. |
| Nature of Action: | Resolution of Claims involving Court-appointed Receiver and Non-parties in Underlying Action. |
| Directed To: | All parties in interest. |
| Date and Time: | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Receiver's Motion to Approve Settlement Agreement with the Ice Legal Parties; also filed contemporaneously with the Receiver's Motion for Leave to File Material Supporting Motion to Approve Settlement Agreement with the Ice Legal Parties Under Seal and Memorandum in Support Thereof, dated January 13, 2026 and Declaration of Logan D. Smith in Support of Receiver's Motion for Leave to File Certain Materials Under Seal in Connection with Motion to Approve Settlement Agreement with the Ice Legal Parties, dated January 13, 2026. |

| | |
|---|---|
| Answering Papers: | To be filed on schedule as determined by the Court.  The Receiver intends to file a reply. |
| Relief Requested: | An Order Granting the Receiver's Motion to Approve Settlement Agreement with the Ice Legal Parties. |
| Grounds for Relief: | Preliminary Injunction and the Court's equitable authority/ |
| Oral Argument: | Waived, unless requested by any party opposing the Motion. |

Dated:  January 13, 2026

**HODGSON RUSS LLP**

By: */s/ James C. Thoman*
James C. Thoman, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349
Email:  jthoman@hodgsonruss.com

**MCNAMARA SMITH LLP**

*/s/ Logan D. Smith*
Logan D. Smith (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email:  lsmith@mcnamarallp.com

*Attorneys for Court-appointed Receiver, Thomas W. McNamara*