UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>      Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

### RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH THE ICE LEGAL PARTIES

The Court-appointed receiver Thomas W. McNamara (the "Receiver") respectfully files this motion seeking for the Court to approve the proposed Settlement Agreement and Mutual Release (the "Agreement") with Ice Legal, P.A., (2) Ariane Ice, and (3) Thomas Ice (collectively, the "Ice Legal Parties"), who previously filed a motion to intervene in this case. Dkt. No. 680. This settlement, if approved, will resolve all disputes between the Receiver and the Ice Legal Parties, known and unknown, including the Receiver's pending lawsuit against the Ice Legal Parties. For purposes of this Motion and the Agreement, the Ice Legal Parties and the Receiver may be referred to individually as a "Party" and collectively as the "Parties."

On March 27, 2025, the Receiver filed a Complaint against the Ice Legal Parties bringing several claims seeking to recover money from the Ice Legal Parties on behalf certain Receivership Defendants (the "Action") that operated a large debt settlement operation at issue in the CFPB Action. *See McNamara v. Ice Legal, P.A., et al.*, Case No. 1:25-cv-00275-EAW-MJR (W.D.N.Y.). Additionally, the Settlement Agreement will effect a full and complete

1

settlement of any and all "Claims," defined as any and all claims, actions, lawsuits, causes of action, investigations, demands, complaints, cross-claims, counterclaims or third-party claims or proceedings, both in law and equity, whether known or unknown, accrued or unaccrued of any nature, whether premised on contract, statute, tort or other theory of recovery, for any compensatory, punitive, penalty, statutory, contract or tort damages that in any way, relate to, are based upon, arise from, or are connected with the Receivership Entities, the Receivership Estate, representation of the Receivership Entities or the Receivership Estate, including those that were or could have been alleged in the Action.

The Receiver respectfully submits that the settlement reflects a fair compromise of the parties' Claims and was reached after extensive arms-length negotiations between the parties. The settlement also reflects the careful considerations of the claims and defenses of both parties and avoids the risk and expense of further litigation as well as the risk of any judgment not being collected.

Confidentiality is a material term of the settlement. Thus, alongside this motion to approve, the Receiver has also submitted to the Court a motion to file his declaration under seal. The declaration describes the reasons the Receiver entered the settlement and sets forth the terms of the Settlement Agreement.

For the reasons set forth above, the Receiver respectfully asks that the Court issue an order approving the Settlement Agreement.

Dated: January 13, 2026

**HODGSON RUSS LLP**

By:  /s/ *James C. Thoman*
James C. Thoman, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349
Email:  jthoman@hodgsonruss.com

**MCNAMARA SMITH LLP**

By:  /s/ *Logan D. Smith*
Logan D. Smith  (*Pro Hac Vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 269-0400
Facsimile:  (619) 269-0401
Email: lsmith@mcnamarallp.com
*Attorneys for Court-appointed Receiver,*
*Thomas W. McNamara*