UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al.<br><br>      Defendants, and<br><br>STRATEGIC ESOP, et al.,<br><br>      Relief Defendants. | Case No. 1:24-cv-00040-EAW-MJR |

**PROPOSED ORDER GRANTING RECEIVER'S MOTION
TO APPROVE SETTLEMENT WITH ICE LEGAL PARTIES**

  Thomas W. McNamara, the Court-appointed receiver ("Receiver") in the above-captioned action, has moved for an Order Approving the Settlement Agreement with Ice Legal, P.A., Ariane Ice, and Thomas Ice (the "Ice Legal Parties").

  In support of his motion, the Receiver has submitted under seal the Declaration of Thomas W. McNamara in Support of Receiver's Motion to Approve the Settlement Agreement with the Ice Legal Parties, dated January 13, 2026.

  Upon due consideration, it is hereby

  ORDERED, that Receiver's Motion to Approve the Settlement Agreement with the Ice Legal Parties is granted.

SO ORDERED, this ___ day of _____, 2026

                       _____
                       Hon. Michael J. Roemer,
                       United States Magistrate Judge