UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al. | |
| Plaintiffs, | Case No. 1:24-cv-00040-EAW-MJR |
| vs. | |
| STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al. | |
| Defendants, and | |
| STRATEGIC ESOP, et al., | |
| Relief Defendants. | |

### AMENDED PROPOSED ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL

Thomas W. McNamara, the Court-appointed receiver ("Receiver") in the above-captioned action, has moved pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.3 for an Order directing that a declaration offered in support of the Motion to Approve the Settlement Agreement with the Ice Legal Parties be filed under seal.

In support of his motion, the Receiver has submitted the Motion for Leave to File Material Supporting the Motion to Approve the Settlement Agreement with the Ice Legal Parties Under Seal and Memorandum in Support Thereof, dated January 13, 2026 (Dkt. No. 824-1) and the Declaration of Logan D. Smith in Support of Receiver's Motion for Leave to File Material Supporting the Motion to Approve the Settlement Agreement with the Ice Legal Parties Under Seal, dated January 13, 2026 (Dkt. No. 824-2). The proposed-sealed documents have been submitted securely through the Court's designated portal.

Upon due consideration, it is hereby

**ORDERED**, that Receiver's Motion for Leave to File Under Seal is granted, that the proposed-sealed Declaration supporting the Motion to Approve the Settlement Agreement with the Ice Legal Parties be filed under seal and that all sealed material shall remain sealed until further order of the Court or application of the parties.  The Court finds the Receiver has demonstrated that sealing is necessary to protect privacy interests of third parties and the interest of judicial efficiency (*i.e.*, supporting Parties' negotiated settlements) and is narrowly tailored to serve those interests; and it is

**FURTHER ORDERED** that Parties who receive a copy of the sealed Declaration must treat it as "Confidential" under the Stipulated Protective Order in this case (Dkt. No. 100) and subject to this Order and are thus strictly limited from sharing or publicly disclosing it or its contents.

SO ORDERED, this ____ day of _____, 2026

_____
Hon. Michael J. Roemer,
United States Magistrate Judge