UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), *et al.*, <br><br> Defendants, and <br><br> STRATEGIC ESOP, *et al.*, <br><br> Relief Defendants. | CASE NO. 24-cv-40 EAW-MJR <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

Pursuant to Loc. R. Civ P. 83.2(c), Maryanne Donaghy of the Delaware Department of Justice, admitted Pro Hac Vice in this matter, hereby withdraws as counsel for Plaintiff State of Delaware, ex rel. Kathleen Jennings, Attorney General. Plaintiff State of Delaware will continue to be represented by Deputy Attorney General, Marion Quirk of the Delaware Department of Justice.

Dated: February 6, 2026

Respectfully submitted,

*/s/ Maryanne Donaghy*
Maryanne Donaghy (*pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8843
Maryanne.donaghy@delaware.gov