UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al., <br><br> Defendants, and <br><br> STRATEGIC ESOP, et al., <br><br> Relief Defendants. | Case No.: 1:24-cv-40 EAW-MJR |

## DECLARATION OF LINDSEY SIEGEL

I, Lindsey Siegel, state that the following is true and correct:

1. I am employed by the Consumer Financial Protection Bureau (Bureau) as a Senior Litigation Attorney.

2. Attached as Exhibit A is a true and correct copy of emails between Bureau Assistant Litigation Deputy Tim Belsan and counsel for Defendants from January 16, 2024, to February 7, 2024, with the attachment "Daniel Blumkin Requested Fees" that was submitted by Maegan McAdam in her January 22, 2024 email.

3. I sent an email to Fidelity Bank on November 25, 2025, unfreezing $164,000.

4. Attached as Exhibit B are true and correct screenshot images of the home located at the address that Blumkin's Financial Disclosures list as his real property, obtained from Google Maps (last accessed March 3, 2026).

5. Attached as Exhibit C is a true and correct copy of an email from Josh Naftalis to

Lewis Beilin, Wisconsin Attorney General's Office, dated August 5, 2025, with attached water bill.

6. Attached as Exhibit D is a true and correct copy of emails between Bureau attorney Nicole Cabanez and Josh Naftalis from January 20, 2025, to February 7, 2025.

7. Attached as Exhibit E is a true and correct copy of emails between Josh Naftalis and Lewis Beilin from March 17, 2025, to April 4, 2025.

8. Attached as Exhibit F is a true and correct copy of emails between Bureau attorneys and Josh Naftalis from October 20, 2025, to November 19, 2025. I also asked about Blumkin's efforts to get a job at a November 24, 2025 meet and confer. Counsel for Mr. Blumkin indicated only that, somehow as a result of this lawsuit, Mr. Blumkin was unable to obtain any employment.

9. Attached as Exhibit G is a true and correct copy of an email I sent to Josh Naftalis on December 8, 2025, confirming that we unfroze funds for $30,000 in taxes on November 14, 2025.

10. Attached as Exhibit H is a true and correct copy of emails between me and Josh Naftalis from January 8, 2026, to January 14, 2026.

11. Attached as Exhibit I is a true and correct copy of emails between me and Josh Naftalis from January 21, 2026, to January 22, 2026.

12. Included within Exhibit F, as referenced in paragraph 8, is a true and correct copy of emails between me and Josh Naftalis from October 20, 2025, to November 13, 2025.

13. Attached as Exhibit J is a true and correct copy of emails between Lewis Beilin and Josh Naftalis from April 23, 2025, to April 28, 2025.

14. Attached as Exhibit K is a true and correct copy of emails between me and Josh

Naftalis from January 22, 2026, to January 23, 2026.

15. Attached as Exhibit L is a true and correct copy of an email from Josh Naftalis to Lewis Beilin on September 15, 2025, with attached quarterly tax bill.

16. Attached as Exhibit M is a true and correct copy of an email from Josh Naftalis to me on February 26, 2026, with attached tax refund check.

17. Attached as Exhibit N is a true and correct copy of a tax refund check that Josh Naftalis attached to the email he sent to Lewis Beilin at 10:55 a.m. on April 24, 2025 (contained within Exhibit J, above).

18. Attached as Exhibit O is a true and correct copy of emails between me and Josh Naftalis from October 20, 2025, to November 19, 2025.

19. Attached as Exhibit P is a true and correct copy of emails between me and Josh Naftalis from March 2, 2026, to March 6, 2026.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2026

/s/ Lindsey M. Siegel
Lindsey M. Siegel