# Exhibit A

| | |
|---|---|
| **From:** | Belsan, Timothy (CFPB) |
| **To:** | Maegan McAdam |
| **Cc:** | Boyd, Christopher; Dasgupta, Richa (CFPB)(She/Her/Hers); Siegel, Lindsey (CFPB)(she/her); Rados, Genevieve; Buchko, Vanessa (CFPB); Moore, Monika (CFPB); Sanders, Joseph (CFPB); Chiu, Shirley (CFPB); Ronald Safer; Matthew Kennison; Rodney Perry; Belsan, Timothy (CFPB) |
| **Subject:** | RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV) |
| **Date:** | Wednesday, February 7, 2024 10:56:45 PM |
| **Attachments:** | image001.png<br>image002.png |

Maegan,

Following up on our discussion by phone earlier today, I'm writing to confirm that we have requested the unfreezing of the following amounts for each individual in the accounts they proposed:

- Sasson - $██████████████████████
- Blumkin - $75,424 in First Republic accounts (in process)
- Behar - $██████████████ (NOTE: We have been told this amount should be available to Mr. Behar tomorrow)

As we discussed previously by phone, the foregoing amounts include the requested monthly amount for February 2024, as well as the following one-time amounts:

- Sasson – $█████████████████████ in the request has previously been released)
- Blumkin – $45,515

We are working on the line of credit for each as well. One issue where we need more information from you all: Citi advises us that the card preferred by ██████ is closed and not able to be reopened. Is there another card that he would like to utilize?

Feel free to call if it's easier to discuss.

Tim

Timothy M. Belsan
Assistant Litigation Deputy | Office of Enforcement
Consumer Financial Protection Bureau
Desk: 202-435-7964 | Cell: 202-993-5864
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Tuesday, February 6, 2024 4:07 PM
**To:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados,

Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>

**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Thanks, Tim. I am around all evening if you need any more information from us.

---

**From:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Sent:** Tuesday, February 6, 2024 3:33 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Thanks, Maegan. We're working on this and will get you an update as soon as I have one.

Tim

---

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Tuesday, February 6, 2024 11:24 AM
**To:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Good morning Tim,

Thank you again for discussing these issues last night. I spoke to each of our clients and they advised as follows:

**<u>Monthly Payments</u>**
-
- <u>Blumkin</u>- he does not have an account with cash in it from Merrill Lynch. The only account with cash is the one I previously mentioned. So the cash from the First Republic securities account ending in ███ will need to be transferred to his First Republic checking account ███ (the one previously used) so he can have the funds.
- <u>Sasson</u>- similarly, money from Ryan's money market account ending in ███ will need to be transferred to his Flagstar checking account ending in ███
- <u>Behar</u>- he said there are available funds in the previously used TD Bank account ending in ███.

-
**<u>Credit Card Lines</u>**
-
- <u>Blumkin</u>- AMEX ███
- <u>Sasson</u>- Jetblue Mastercard ███
- <u>Behar</u>- ███

-
Thank you,

Maegan

---

**From:** Maegan McAdam
**Sent:** Monday, February 5, 2024 4:11 PM
**To:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Hi Tim:

I have a few follow up questions:

1. The charts that I sent you for Mr. Blumkin and Mr. Sasson also included one-time payment requests. (Mr. Behar's chart did as well but you can ignore those.) Will they be receiving that money in addition to the monthly requests?

2. I already provided bank account information for each of them last month. Why can't we use those same accounts? This process took almost a week last time and I had to call multiple times because we were told the accounts were unfrozen, but the clients could still not get access. I am hoping that by using the same bank accounts it will go much faster. Relatedly, Mr. Blumkin advised that money from his First Republic securities account ending in ███ will need to be transferred to his First Republic checking account so he can have the funds. That is not something he will be able to direct the bank to do given the freeze so it will need to be handled by Plaintiffs. I assume you have all of the necessary information from his disclosures but let me know if you need any other information.

3. For the credit card line, do you need me to provide the credit card numbers for each of them? And then how does that work? Will Plaintiffs let the credit card companies know they are allowed to spend the amount set forth in your email?

Thank you.

Maegan

---

**From:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Sent:** Monday, February 5, 2024 3:46 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Maegan,

Thanks for the clarification. Plaintiffs are unfreezing the below amounts for this month only, and will need to review and assess any future such requests:

- Sasson:  $███ monthly fees + $███ CC
- Blumkin:  $29,909 monthly fees + $7,000 CC
- Behar:  $███ monthly fees + $███ CC

We will plan to release the funds for Sasson and Blumkin from their Merrill accounts. What account would you request for Behar?

Tim

---

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Monday, February 5, 2024 12:41 PM
**To:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Hi Tim:

Thanks for the quick response. The credit card amount you listed below is correct, but the monthly requests are set forth in the attached charts previously provided on January 22. Thank you.

---

**From:** Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Sent:** Monday, February 5, 2024 12:03 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Dasgupta, Richa (CFPB)(She/Her/Hers) <Richa.Dasgupta@cfpb.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Maegan,

Thank you for flagging this concern. Can you please advise as to the amounts that Defendants seek for Ryan Sasson, Daniel Blumkin, and Ian Behar? I believe your previous request was as follows:

Monthly expense fund (part of January):
- Ryan Sasson- $█████
- Daniel Blumkin- $10,085
- Ian Behar- $█████

Credit card charges each month:
- Ryan Sasson- $█████
- Daniel Blumkin- $7,000
- Ian Behar- $█████

Tim

Timothy M. Belsan
Assistant Litigation Deputy | Office of Enforcement
Consumer Financial Protection Bureau
Desk: 202-435-7964 | Cell: 202-993-5864
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Monday, February 5, 2024 11:22 AM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

All:

Please let us know today if Plaintiffs have approved our clients' monthly expense and credit card limit request as the interim payment was intended only to get them through the end of January and all their monthly bills are now due for this month.

I know the disclosures were sent later due to the protective order issues, but if Plaintiffs can at least agree today to give them the monthly amount/credit card limit for February that would be appreciated as they need this money as soon as possible and the last time it took days once approved for the banks to actually release the funds.

Thank you.

Maegan McAdam [(bio)](#)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
[mmcadam@rshc-law.com](mailto:mmcadam@rshc-law.com)
[www.rshc-law.com](http://www.rshc-law.com)



---

**From:** Maegan McAdam
**Sent:** Monday, January 29, 2024 11:38 AM
**To:** Boyd, Christopher <[Christopher.Boyd@ag.ny.gov](mailto:Christopher.Boyd@ag.ny.gov)>; Siegel, Lindsey (CFPB)(she/her) <[Lindsey.Siegel@cfpb.gov](mailto:Lindsey.Siegel@cfpb.gov)>
**Cc:** Rados, Genevieve <[Genevieve.Rados@ag.ny.gov](mailto:Genevieve.Rados@ag.ny.gov)>; Buchko, Vanessa (CFPB) <[Vanessa.Buchko@cfpb.gov](mailto:Vanessa.Buchko@cfpb.gov)>; Moore, Monika (CFPB) <[Monika.Moore@cfpb.gov](mailto:Monika.Moore@cfpb.gov)>; Sanders, Joseph (CFPB) <[Joseph.Sanders@cfpb.gov](mailto:Joseph.Sanders@cfpb.gov)>; Chiu, Shirley (CFPB) <[Shirley.Chiu@cfpb.gov](mailto:Shirley.Chiu@cfpb.gov)>; Ronald Safer <[rsafer@rshc-law.com](mailto:rsafer@rshc-law.com)>; Matthew Kennison <[MKennison@rshc-law.com](mailto:MKennison@rshc-law.com)>; Rodney Perry <[RPerry@rshc-law.com](mailto:RPerry@rshc-law.com)>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Good morning Lindsey:

Mr. Blumkin still has no access to his funds. He can see the balance in his account, but he cannot access it. He tried to get gas an hour ago and the card was declined. I know you mentioned that Chase said the money was available as of Friday morning, but Mr. Blumkin called the bank again this morning and they told him it is still frozen and they do not see any notes about it being unfrozen.

Can someone please resolve this issue as quickly as possible as it has now been almost a week since Plaintiffs agreed to release these interim funds. Given the court order that requires Plaintiffs to permit the bank to unfreeze the account, there is nothing else Mr. Blumkin can do on his end. Thank you.

Maegan McAdam [(bio)](#)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
[mmcadam@rshc-law.com](mailto:mmcadam@rshc-law.com)
[www.rshc-law.com](http://www.rshc-law.com)



**From:** Maegan McAdam
**Sent:** Thursday, January 25, 2024 4:40 PM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Siegel, Lindsey (CFPB)(she/her) <Lindsey.Siegel@cfpb.gov>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

All:

I spoke to Lindsey about an hour ago and was informed that Chase released the funds for both Mr. Sasson and Mr. Blumkin. Mr. Blumkin called First Republic and they told him the account is still frozen and he has no access to any funds in his account. Please advise how he is supposed to access this money. Thank you.

**From:** Maegan McAdam
**Sent:** Thursday, January 25, 2024 1:23 PM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Hi Chris- following up on the status of this. Our clients really need access to these funds today. Thank you.

**From:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>
**Sent:** Wednesday, January 24, 2024 4:53 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer

<[rsafer@rshc-law.com](mailto:rsafer@rshc-law.com)>; Matthew Kennison <[MKennison@rshc-law.com](mailto:MKennison@rshc-law.com)>; Rodney Perry
<[RPerry@rshc-law.com](mailto:RPerry@rshc-law.com)>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
(WDNY Case No. 24-CV-40-LJV)

Maegan,

Because of the current time, I'm not sure if this will be done today, but I believe the Bureau is
working on it.  Pending any issue with the banks, this should hopefully be done tomorrow.

Regards,

Chris

---

**From:** Maegan McAdam <[mmcadam@rshc-law.com](mailto:mmcadam@rshc-law.com)>
**Sent:** Wednesday, January 24, 2024 4:15 PM
**To:** Boyd, Christopher <[Christopher.Boyd@ag.ny.gov](mailto:Christopher.Boyd@ag.ny.gov)>
**Cc:** Rados, Genevieve <[Genevieve.Rados@ag.ny.gov](mailto:Genevieve.Rados@ag.ny.gov)>; Buchko, Vanessa (CFPB)
<[Vanessa.Buchko@cfpb.gov](mailto:Vanessa.Buchko@cfpb.gov)>; Moore, Monika (CFPB) <[Monika.Moore@cfpb.gov](mailto:Monika.Moore@cfpb.gov)>; Sanders, Joseph
(CFPB) <[Joseph.Sanders@cfpb.gov](mailto:Joseph.Sanders@cfpb.gov)>; Chiu, Shirley (CFPB) <[Shirley.Chiu@cfpb.gov](mailto:Shirley.Chiu@cfpb.gov)>; Ronald Safer
<[rsafer@rshc-law.com](mailto:rsafer@rshc-law.com)>; Matthew Kennison <[MKennison@rshc-law.com](mailto:MKennison@rshc-law.com)>; Rodney Perry
<[RPerry@rshc-law.com](mailto:RPerry@rshc-law.com)>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
(WDNY Case No. 24-CV-40-LJV)

Hi Chris- I meant to ask in my email last night, but could you let us know when you anticipate the
funds will be available as our clients have outstanding bills they need to pay as soon as possible.
Thank you.

Maegan McAdam [(bio)](#)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
[mmcadam@rshc-law.com](mailto:mmcadam@rshc-law.com)
[www.rshc-law.com](http://www.rshc-law.com)



---

**From:** Maegan McAdam
**Sent:** Tuesday, January 23, 2024 9:51 PM
**To:** Boyd, Christopher <[Christopher.Boyd@ag.ny.gov](mailto:Christopher.Boyd@ag.ny.gov)>

**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>

**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Chris:

Here is the account information you requested:

- Ryan Sasson: Chase 
- Ian Behar: Account re Blaise Investments 
- Daniel Blumkin: First Republic 

For Daniel Blumkin, his account currently states that there is a 99,000,000 levy. While he assumes this is in connection with the TRO, he will need confirmation that $10,085 can be unfrozen from this account. Additionally, he would like to flag that once a monthly expense is approved, he will need to sell stock/security that is also managed by First Republic so he has funds available for the reoccurring allowance.

Let me know if there are any questions or issues. Thank you.

Maegan McAdam (bio)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
mmcadam@rshc-law.com
www.rshc-law.com



---

**From:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>
**Sent:** Monday, January 22, 2024 10:56 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Chiu, Shirley (CFPB) <Shirley.Chiu@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>

**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Maegan,

Responses to the various items in your email are listed below:

**Disclosures and Proposed Protective Order**

While I agree that we will eventually need a stipulated protective order in this case, it will not be possible given the number of parties involved to have agreement on this issue today.  A number of the provisions in the protective order you have proposed are not acceptable to the NYAG.  We will send a counterproposal when time permits.

Mr. Sasson's obligations under the Temporary Restraining Order are not contingent on the parties agreeing to a protective order.  Moreover, when we discussed Mr. Sasson's disclosures on January 19, 2024, you made no mention that you intended to condition his disclosures on Plaintiffs' agreement to a protective order.  We anticipate that you will comply with the TRO, and the agreement we reached on the 19th, and provide a completed Attachment A for Mr. Sasson and a completed Attachment B for Duke Enterprises today.  We will treat these documents with the requisite sensitivity pending entry of a formal protective order.

**Release of Funds/Assets**

We agree to release the one time requested amounts for Messrs. Sasson, Blumkin and Behar.  Please let us know the banks and last four digits of each account number that Messrs. Sasson, Blumkin and Behar would like to have partially unfrozen in the agreed-upon amounts.

We will analyze your clients' requests for ongoing monthly expenses and access to credit once we receive their full financial disclosures.

**Reciprocal Limited, Expedited Discovery**

Discovery permitted by the TRO is limited to (1) Assets of the Asset-Freeze Defendants, (2) location of Documents, (3) identities of injured Consumers (4) information related to Defendants' use of third-party notaries and (5) compliance with this Order.

You request discovery related to "the allegations and arguments expressly referenced in the Complaint, Motion for TRO, and supporting declarations."  What you are seeking appears to be full merits discovery.

Moreover, you have not delineated any particular need for discovery or indeed what discovery you seek to take other than a reference to "the allegations and arguments" in the Complaint an all associated documents.  We therefore oppose your request.

If you have focused requests relating to the topics upon which the Court has permitted Plaintiffs to take limited expedited discovery, please let me know what those request are and we will consider them.

Regards,

**Christopher L. Boyd | Deputy Assistant Attorney General in Charge**
New York State Office of the Attorney General
Buffalo Regional Office
Main Place Tower |350 Main Street, Suite 300A
Buffalo, New York 14202
Tel: (716) 853-8457 | Fax: (716) 853-8428

---

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Monday, January 22, 2024 2:53 PM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rodney Perry <RPerry@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Chris,

**Disclosures and Proposed Protective Order**

As a follow-up to our call on Friday afternoon, we are writing to confirm that with respect to Ryan Sasson, we will respond to TRO Section.IV A-C today (January 22). However, before we can submit this sensitive information and documents, the parties will need to enter into a protective order. We have attached a draft protective order for your review. Please let us know as soon as possible today if the protective order is acceptable and, if so, confirm that Plaintiffs will agree to abide by the protective order pending its entry by the Court.

Plaintiffs agreed to an extension of time until January 26, 2024 for Mr. Sasson to respond to TRO Section.IV D-F. Furthermore, Plaintiffs agreed to a January 26, 2024 extension for Daniel Blumkin and Ian Behar to respond to TRO Section.IV A-F.

**Release of Funds/Assets**

With respect to our request to release funds for each client so they can pay for their normal expenses each month, as requested we have attached breakdowns of each client's monthly expenses. These attachments also include each client's "one-time payment" requests, but please

note that Mr. Sasson, Mr. Blumkin and Mr. Behar reserve the right to request additional one-time payments in the event reasonable expenses arise that they have not anticipated at this time.

We understand Plaintiffs would like to receive our clients' disclosures before approving a monthly expense fund. Therefore, as requested, we are providing the interim amount that each client will need to make all necessary payments for the remainder of the month:

- Ryan Sasson- $███
- Daniel Blumkin- $10,085
- Ian Behar- $██████

Lastly, as discussed, our clients seek approval to charge a reasonable amount to a credit card each month. The amount they are requesting is as follows:

- Ryan Sasson- $████
- Daniel Blumkin- $7,000
- Ian Behar- $███

Please let us know if you need any other information as Mr. Sasson, Mr. Blumkin and Mr. Behar have been cut off from their personal assets for over a week and need at least this interim payment as soon as possible to pay outstanding bills and support their families.

**Reciprocal Limited, Expedited Discovery**

Finally, we intend to seek leave to issue limited, expedited discovery requests to Plaintiffs on behalf of Ryan Sasson. The discovery requests are limited to the allegations and arguments expressly referenced in the Complaint, Motion for TRO, and supporting declarations and which ostensibly provide the factual bases for the arguments and issues underlying Plaintiffs' Motion for preliminary injunction.  Please let us know as soon as possible today if you consent to us submitting the request to the Court as agreed/unopposed.

Thank you.

Maegan

Maegan McAdam (bio)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
mmcadam@rshc-law.com
www.rshc-law.com



**From:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>
**Sent:** Friday, January 19, 2024 1:34 PM
**To:** Rodney Perry <RPerry@rshc-law.com>; Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

3 ET works.  Let's do a dial-in/zoom so that others can join as well.

---

**From:** Rodney Perry <RPerry@rshc-law.com>
**Sent:** Friday, January 19, 2024 1:28 PM
**To:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Chris,

I assume that's Eastern time? If so, I can send a Zoom meeting invite for 3pm if others from your team will be joining.  Otherwise, my colleague, Maegan McAdam, and I can call you directly if you prefer. Let me know.

Thanks,
Rod

Rodney Perry
Direct:  (312) 471-8731
Email:  rperry@rshc-law.com



**From:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>
**Sent:** Friday, January 19, 2024 12:15 PM
**To:** Rodney Perry <RPerry@rshc-law.com>; Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB)
<Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph
(CFPB) <Joseph.Sanders@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
(WDNY Case No. 24-CV-40-LJV)

My apologies, I forgot I had a call scheduled for 2-2:30. I'm available from 2:30-3:30.

---

**From:** Boyd, Christopher
**Sent:** Friday, January 19, 2024 12:37 PM
**To:** Rodney Perry <RPerry@rshc-law.com>; Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa (CFPB)
<Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph
(CFPB) <Joseph.Sanders@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
(WDNY Case No. 24-CV-40-LJV)

Rodney,

We are willing to extend the deadline for the court ordered disclosures to January 26, 2024 as to
Blumkin and Behar and their companies Twist and Blaise. We are willing to extend the deadline for
Sasson's disclosures and those of his company Duke Enterprises to **January 22, 2024**. Unfortunately,
given the short window before the PI hearing we cannot agree to extend the deadline for Sasson or
Duke Enterprises any longer than that.

I can be available for a call between 1:30 and 3:30 today.

Regards,

Chris

---

**From:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Sent:** Thursday, January 18, 2024 6:43 PM
**To:** Rodney Perry <RPerry@rshc-law.com>
**Cc:** Maegan McAdam <mmcadam@rshc-law.com>; Boyd, Christopher
<Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>; Buchko, Vanessa
(CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.
(WDNY Case No. 24-CV-40-LJV)

**[EXTERNAL]**

Thanks for the email, Rodney. I'm cc'ing Chris Boyd and Genevieve Rados from NYAG and Monika Moore and Vanessa Buchko from my office. We'll discuss internally and be in touch.

Best,
Joe

---

**From:** Rodney Perry <RPerry@rshc-law.com>
**Sent:** Thursday, January 18, 2024 5:26 PM
**To:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Cc:** Maegan McAdam <mmcadam@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Joseph,

As a follow up to our discussion yesterday and the voicemail message I left for you this afternoon, on behalf of Defendant Ryan Sasson, Relief Defendants Daniel Blumkin and Albert Behar, and their respective companies, Duke Enterprises, LLC, Twist Financial, LLC, and Blaise Investments, LLC, we are requesting an extension of time until January 26, 2024, to provide the disclosures, statements, accounting, and other information required in Section IV.A-F of the TRO. Please let me know at your earliest convenience if this short extension is acceptable.

I also would like to speak with you to get some clarification about Plaintiffs' expectations of the submissions under Section IV.A-F of the TRO and to discuss unfreezing a portion of the assets for Messrs. Sasson, Blumkin, and Behar to cover living expenses and attorneys' fees. Please let me know your availability for a call with me and my colleague Maegan McAdam or give me a call at your earliest convenience and I'll patch Maegan in.

Regards,
Rod

Rodney Perry
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Direct: (312) 471-8731
Email: rperry@rshc-law.com
www.rshc-law.com



**From:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Sent:** Tuesday, January 16, 2024 12:52 PM
**To:** Maegan McAdam <mmcadam@rshc-law.com>
**Cc:** Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Rados, Genevieve <Genevieve.Rados@ag.ny.gov>
**Subject:** [EXTERNAL EMAIL] RE: Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

Ms. McAdam,

Thank you for reaching out. A complete service package for Mr. Behar is attached. Please advise if you are not authorized to accept service for your clients.

Best,

**Joseph Sanders**
Senior Litigation Counsel | Office of Enforcement
Consumer Financial Protection Bureau
202-377-9846
Joseph.Sanders@cfpb.gov
*Pronouns: he/him/his*
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Maegan McAdam <mmcadam@rshc-law.com>
**Sent:** Tuesday, January 16, 2024 11:38 AM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Moore, Monika (CFPB) <Monika.Moore@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Christopher.boyd@ny.ag.gov; Kevin.Burns@coag.gov; Marion.Quirk@delaware.gov; Kevin.Levitsky@delaware.gov; Greg.Grzeskiewicz@ilag.gov; Daniel.Edelstein@ilag.gov; Amanda.Bacoyanis@ilag.gov; Matthew.Davies@ilag.gov; evan.romanoff@ag.state.mn.us; lweaver@ncdoj.gov; beilinlw@doj.state.wi.us
**Cc:** Ronald Safer <rsafer@rshc-law.com>; Matthew Kennison <MKennison@rshc-law.com>; Rodney Perry <RPerry@rshc-law.com>

**Subject:** Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al. (WDNY Case No. 24-CV-40-LJV)

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Counsel:

Please see the attached notice of appearance in connection with the above-referenced matter. Thank you.

Maegan McAdam (bio)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1025
mmcadam@rshc-law.com
www.rshc-law.com



CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**Daniel Blumkin Requested Fees**

**MONTHLY FEES**

| | |
|---|---|
| Mortgage (including property tax) | $9,239.46 |
| Vehicle Payments | $2,730 |
| Food (for family of four) | $2,000 |
| Gas | $300 |
| Insurance (life, vehicles, home, health, valuables) | $7,905.58 |
| Utilities | $1,686 |
| Phone | $315 |
| Expenses for children (after school activities and tutoring) | $1,000 |
| Housekeeping/child care (*responsible for watching young children after school*) | $3,440 |
| Home Maintenance | $1,292 |
| **TOTAL** | **$29,908.04** |

**ONE TIME PAYMENTS**

| | |
|---|---|
| Camp for Children | $20,000 |
| Outstanding AMEX Bills Due Feb. 5 and 6 | $25,514.64 |
| **TOTAL** | **$45,514.64** |

Exhibit B





Exhibit C

| | |
|---|---|
| **From:** | Joshua A. Naftalis |
| **To:** | Beilin, Lewis W. |
| **Subject:** | Daniel Blumkin |
| **Attachments:** | Doc - Aug 5 2025 - 11-03 AM.pdf |

---

Lewis,

We write to request the release of $3,800.80 to pay the water bill for Mr. Blumkin's primary and only residence.  (We are requesting these funds now because the water bill goes up to $4,180.88 if it is paid after August 31.)

Thanks,
Josh



**Inc. Village of Sands Point**
26 Tibbits Lane
Sands Point, NY 11050-1135
(516)883-3044 · Ext: 106

**UTILITY BILL**

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT NO: | |
| LOCATION: | |
| BILLING DATE: | 08/01/25 |
| DUE DATE: | 08/31/25 |
| SECTION/BLOCK/LOT | 4-114-9 |

### AMOUNT DUE

| | |
|---|---|
| LAST PAYMENT: | DATE: 04/10/25    AMOUNT: 515.22 |
| WATER PREVIOUS BALANCE: | 0.00 |
| CURRENT CHARGES: | 3,800.80 |
| IF PAID ON OR BEFORE 08/31/25: | 3,800.80 |
| IF PAID AFTER 08/31/25: | 4,180.88 |

### CURRENT METER ACTIVITY

| | Meter Num | PREVIOUS READING | | CURRENT READING | | USAGE |
|---|---|---|---|---|---|---|
| DOMESTIC | 1546464830 | 03/26/25 | 787391 | 07/25/25 | 833575 | 46184 |
| IRRIGATION | 1546591408 | 03/26/25 | 5305213 | 07/25/25 | 5644878 | 339665 |

### CURRENT CHARGES DETAIL

| UNITS | DESCRIPTION | METER NUM | TOTAL |
|---|---|---|---|
| 1.00 | Domestic Water | 1546464830 | 304.81 |
| 1.00 | Capital Maint. Fee | | 225.00 |
| 1.00 | Irrigation | 1546591408 | 3,120.99 |
| 1.00 | Annual Pool Charge | | 150.00 |

### SPECIAL MESSAGE

We encourage you to pay online. Visit www.sandspoint.gov and select "Make a Payment" tab. Please be advised there will be a charge to you. To pay by E-Check, the charge will be $1.95. To pay by Credit Card, there will be a 2.95% fee. Please note these charges are from the processing company - not the Village.

---

PAYMENT COUPON - PLEASE DETACH AND RETURN THIS PORTION ALONG WITH YOUR PAYMENT

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT NO: | |
| LOCATION: | |
| BILLING DATE: | 08/01/25    YEAR:  2025    PERIOD:  2 |
| SECTION/BLOCK/LOT | 4-114-9 |

### AMOUNT DUE

| | |
|---|---|
| DUE DATE: | 08/31/25 |
| IF PAID ON OR BEFORE 08/31/25: | 3,800.80 |
| IF PAID AFTER 08/31/25: | 4,180.88 |

AMOUNT ENCLOSED

MAKE CHECKS PAYABLE TO:

Inc. Village of Sands Point
26 Tibbits Lane
Sands Point, New York 11050
Attn: Accounts Receivable
ar@sandspoint.gov

BLUMKIN, DANIEL

Exhibit D

| From: | Cabanez, Nicole (CFPB) |
| To: | Joshua A. Naftalis; Sanders, Joseph (CFPB); Buchko, Vanessa (CFPB) |
| Cc: | Ashley Mullen; Ridder, Theresa (CFPB); Desai, Akash (CFPB) |
| Subject: | RE: Blumkin - February Allowance |
| Date: | Friday, February 7, 2025 4:47:14 PM |
| Attachments: | image001.png |

Josh,

We unfroze $▮▮▮ to pay for camp for Sasson's children in December, which was the last installment in a payment plan that had begun last July. When we initially agreed to unfreeze funds to pay for camp at that time, we were in a very different posture - we were optimistic that we would be able to reach a settlement in this case, and litigation had stalled while negotiations went forward. That is no longer the case, and we reserve the right to change approaches with expenses as the litigation evolves.

Nonetheless, in the interest of fairness to Mr. Blumkin's children, we will agree to unfreeze these funds while making no assurances about our willingness to unfreeze for childcare related expenses in the future.

We will write to our contacts at Fidelity to unfreeze this amount shortly.

Have a nice weekend,

Nicole

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, February 6, 2025 6:26 PM
**To:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>; Ridder, Theresa (CFPB) <Theresa.Ridder@cfpb.gov>; Desai, Akash (CFPB) <Akash.Desai@cfpb.gov>
**Subject:** Re: Blumkin - February Allowance

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Also, please note that CFPB approved camp for Mr. Blumkins young children last year. Your position is wholly without merit.

Joshua A. Naftalis

Partner



T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

On Feb 6, 2025, at 4:40 PM, Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com> wrote:

Nicole,

That the CFPB has declined to approve Mr. Blumkin's basic living expenses now and in the future is shocking, inappropriate, arbitrary, and punitive.

As to cost of the summer camp for Mr. Blumkin's children, we understand that the CFPB approved the cost of camp for Mr. Sassoon last month, in January 2025. There is no basis to deny Mr. Blumkin the same approval. That the CFPB has denied this expense appears to be an improper effort to punish Mr. Blumkin's children, which is outrageous.

As to the cost of propane, the CFPB's suggestion appears to be that Mr. Blumkin must choose between heating his home and other basic living expenses going forward. This too is ridiculous.

As to the cost of lawn care, the CFPB's suggestion appears to be that Mr. Blumkin must choose between allowing his home to fall into disrepair or paying for basic living expenses. Here too, there is no basis for the CFPB's denial.

Please approve Mr. Blumkin's summer camp expense by tomorrow, COB.

Best,
Josh

---

**From:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>
**Sent:** Thursday, February 6, 2025 4:09 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>; Ridder, Theresa (CFPB) <Theresa.Ridder@cfpb.gov>; Desai, Akash (CFPB) <Akash.Desai@cfpb.gov>
**Subject:** RE: Blumkin - February Allowance

Josh,

Thank you for your patience. You'll find our determination on the remainder of this request in green.

1. $33,950 for summer camp for Mr. Blumkin's two sons (bill attached). We are cognizant of the need to preserve funds for consumer redress and are only willing to unfreeze funds for reasonable living expenses that cannot be avoided (necessities), or expenses aimed at preserving the value of the frozen estate. We will not be approving this request.
2. $1,100.75 for ███████████ on 11/11/24 for one of Mr. Blumkin's son (bill attached). We approve this request.
3. $138.61 for ███████████ on 11/25/24 for one of Mr. Blumkin's son (bill attached). We approve this request.
4. $3,856.97 for ███████████ on 11/26/24 for one of Mr. Blumkin's son (bill attached). We approve this request.
5. $3,107.42 for propane for Mr. Blumkin's primary/only residence (bill attached). We approve this request, with the caveat that this will be the last time Plaintiffs agree to unfreeze funds for this budget line item outside of the regular amount we unfreeze for Mr. Blumkin's expenses each month. We recognize that this propane bill is to pay for heat for Mr. Blumkin's home, and that we have unfrozen funds to pay for this expense in the past, but we are also cognizant of the need to preserve assets for consumer recovery. Thus, Mr. Blumkin should take steps to reduce his spending across other budget items to accommodate paying this bill with the amount of money we regularly unfreeze to pay for his other bills. This is not an ad-hoc, unanticipated expense, and we expect that he will account for it going forward.
6. $3,215.00 for lawn care (bill attached). We approve this request, with the same caveat we provide for the propane bill above. Should Mr. Blumkin need to pay for this lawn maintenance again in the near future, he should reduce his expenses across other categories to accommodate this bill moving forward.

We will write to our contacts at Fidelity to unfreeze the $11,418.75 shortly.

In addition, please let us know if your client is working, or has other sources of income. If he is not working, please provide the status of his job search.

Thanks again,
Nicole

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Tuesday, February 4, 2025 1:49 PM
**To:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>

**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** RE: Blumkin - February Allowance

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Nicole,

We'd appreciate a response to remainder of our requests this week. We sent our requests on January 20, and Mr. Blumkin needs to able to pay his bills.

Best,
Josh


Joshua A. Naftalis
Partner
–
T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>
**Sent:** Wednesday, January 29, 2025 3:12 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** RE: Blumkin - February Allowance

We hope to get back to you on the remainder by the week of 2/11.

-N

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Tuesday, January 28, 2025 11:37 AM
**To:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** RE: Blumkin - February Allowance

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Thanks.  When can we expect to hear back on the remainder?


Joshua A. Naftalis

Partner

_

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

**From:** Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>
**Sent:** Tuesday, January 28, 2025 10:59 AM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** RE: Blumkin - February Allowance

Josh,

Our apologies for the delayed response here. We were all out of town for a hearing and just got back.

We know the beginning of the month is around the corner, so we wanted to go ahead and approve the request for Mr. Blumkin's standard monthly living expenses ($33,000) and run the rest of the request up our chain for approval. We'll write to Fidelity to get that money released right now.

Thanks,

Nicole


**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, January 27, 2025 9:23 AM
**To:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** RE: Blumkin - February Allowance

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All,

Hope you had a nice weekend.   We wanted to follow up on the below.

Best,
Josh


Joshua A. Naftalis
Partner

–

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 1 King William Street, London, EC4N 7AF. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

**From:** Joshua A. Naftalis
**Sent:** Monday, January 20, 2025 12:57 PM
**To:** Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Cabanez, Nicole (CFPB) <Nicole.Cabanez@cfpb.gov>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** Blumkin - February Allowance

All,

Happy New Year.  We write to request $78,368.75 for Mr. Blumkin's February allowance, as follows:

7. $33,000 standard monthly allowance.
8. $33,950 for summer camp for Mr. Blumkin's two sons (bill attached).
9. $1,100.75 for ██████████ on 11/11/24 for one of Mr. Blumkin's son (bill attached).
10. $138.61 for ██████████ on 11/25/24 for one of Mr. Blumkin's son (bill attached).
11. $3,856.97 for ██████████ on 11/26/24 for one of Mr. Blumkin's son (bill attached).
12. $3,107.42 for propane for Mr. Blumkin's primary/only residence (bill attached).
13. $3,215.00 for lawn care (bill attached).

Mr. Blumkin has sufficient cash in his Fidelity brokerage account, so we request permission to transfer $78,368.75 to his Fidelity checking account.

Thanks,
Josh

Exhibit E

| From: | Joshua A. Naftalis |
|---|---|
| To: | Beilin, Lewis W. |
| Cc: | Boyd, Christopher; Genevieve.Rados@ag.ny.gov |
| Subject: | Re: Daniel Blumkin |
| Date: | Friday, April 4, 2025 7:11:39 AM |
| Attachments: | image001.png |
| | image548102.png |

---

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Lewis,

It appears that plaintiffs are once again trying to improperly weaponize the allowance process against Mr. Blumkin.  The CFPB went down this dangerous road and said some really outrageous things to me to justify their positions. The representations plaintiffs made in Court were that this nonsense would stop.

The notion that Mr. Blumkin has to choose between heating his house and other basic expenses is punitive.  He's not asking to do a renovation.  He's asking to heat his home.  These are periodic bills.

More generally, withholding attorney's fees is also inappropriate.  Whatever your discussions are with Reed Smith have nothing to do with my firm.  We haven't been paid in over 6 months.  Mr. Blumkin doesn't have access to D&O insurance currently.

Please send your approvals today.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

---

**From:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Sent:** Friday, April 4, 2025 7:58 AM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Genevieve.Rados@ag.ny.gov <Genevieve.Rados@ag.ny.gov>
**Subject:** RE: Daniel Blumkin

Josh,

I will send an instruction to Fidelity to release $1,226.02 covering Mr. Blumkin's son's medical bill.

In early February, CFPB approved funds for propane gas and lawn care, but indicated that plaintiffs would not approve further funds above the base monthly amount for those purposes. CFPB said that since these items are not ad-hoc or unanticipated, Mr. Blumkin should reduce spending across other budget items to accommodate these costs. (See Nicole Cabanez's February 6, 2025, email to you, Ashley Mullen and others.) At this time I am not willing to approve additional funds for these two expenses, which Mr. Blumkin incurred after CFPB's February 6 email.

I am open to considering an adjustment of Mr. Blumkin's monthly base funds to take account of foreseeable costs that are incurred periodically but not on a monthly basis.  Mr. Blumkin can provide a monthly breakdown for reasonable living expenses that includes recurring household expenses he omitted from his initial list.

Regarding your firm's fees:  NYAG counsel has been in communication with Reed Smith in an effort to obtain satisfactory information about the D&O policy (or other coverage for litigation costs) and relevant decisions by the insurer. A request for information was made to Lara Gatz on March 6 during our meet-and-confer session outside Judge Roemer's courtroom. Since that time, the only information we have received is a copy of a February 2024 letter from Chubb to Strategic Family

declining coverage. Chris Boyd has followed up seeking clarification of that letter in light of the Defendants' representations that they have received insurance reimbursement for attorney's fees. He reiterated our request for all relevant insurance policies and all correspondence with insurers regarding coverage.

I am reluctant to approve payment for any additional attorney fees until we are able to properly assess the situation with the insurance coverage. If you can help provide us with those materials, or offer suggestions how to go about obtaining them, it would be greatly appreciated.

Best,

Lewis.

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, April 3, 2025 7:48 AM
**To:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Subject:** Re: Daniel Blumkin

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lewis,

Following up again. Our request for modest and long outstanding attorneys fees has been pending for almost three weeks now. My understanding is that plaintiffs committed to the Court that these delays would stop.

Best,
Josh


Joshua A. Naftalis

Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700

E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

On Mar 31, 2025, at 2:10 PM, Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com> wrote:

Lewis,

Hope you had a nice weekend. I wanted to follow up on the approval for attorney's fees, which has been outstanding since March 17.

Mr. Blumkin has the following additional requests for one-off expenses totaling $9,761.83:

1. $1,226.02 for a ▮▮▮▮▮ for Mr. Blumkin's son
2. $5,131.41 for propane for Mr. Blumkin's primary residence
3. $3,404.40 for lawn care for Mr. Blumkin's primary residence

Can you please advise Fidelity that the $25,000 in overdue attorney's fees plus the $9,761.83 in other expenses are approved?

Thanks,
Josh

**From:** Joshua A. Naftalis
**Sent:** Thursday, March 27, 2025 9:53 AM
**To:** 'Beilin, Lewis W.' <beilinlw@doj.state.wi.us>
**Subject:** RE: Daniel Blumkin

There is/was a limited amount of D&O, and Mr. Blumkin's "share" of it was hit.  So the 9/11/24 invoice wasn't proffered or denied.   I will eventually seek payment for bills that haven't been paid – I haven't been paid for September through present.

**From:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Sent:** Thursday, March 27, 2025 7:12 AM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Subject:** RE: Daniel Blumkin

Thank you, Josh.

Yesterday I sent the instruction to Fidelity to release $33K for Mr. Blumkin for April. I will let you know when I have received confirmation that the release has occurred.

Am I reading you correctly that the 9/11/24 Pallas invoice was not proffered to the insurer because the cap had already been reached by that time? Or was it proffered and denied? I ask this question, in part, wondering whether you will seek payment from Mr. Blumkin's frozen funds for services rendered in September and later? I know from your emails with CFPB that you had earlier chosen not to request payment of Sept-Oct-Nov bills from frozen funds, and I just wonder that may change because of an intervening decision from the insurer?).

Thank you,

Lewis

Lewis W. Beilin
Assistant Attorney General
Wisconsin Department of Justice
Legal Services / Public Protection Unit
beilinlw@doj.state.wi.us
Phone: (608) 266-3076

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, March 26, 2025 1:45 PM
**To:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Subject:** Re: Daniel Blumkin

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Lewis.  Last year the D&O insurer covered some of my fees.  There is a cap to that coverage.  The fees I have been submitting for reimbursement are not being covered because of the cap.

Joshua A. Naftalis

Partner

–

T: +1 (212) 970 2303  | M: +1 (212) 970 2700

E:  joshua.naftalis@pallasllp.com

75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

On Mar 26, 2025, at 12:14 PM, Beilin, Lewis W. <beilinlw@doj.state.wi.us> wrote:

Josh,

I have an instruction to Fidelity drafted and ready to go for $33,000 for Mr. Blumkin's April 2025 expenses. I will wait to approve funds for May and June until closer to the start of those months.

Regarding payment for your firm's services, thank you for providing the redacted invoice. I have a further question: has your firm been paid for work on this matter by the insurer who has paid for counsel for Messrs. Sasson and Behar pursuant to the SFS D&O policy that I has been mentioned among counsel? I apologize if you were asked that question already and answered it; I have been able to review some of your prior communications with CFPB counsel regarding the frozen funds issues, including in regard to your firms' bills, but maybe not all, and I did not see the topic addressed.

Thank you,

Lewis

<image002.png>      Lewis W. Beilin
                     Assistant Attorney General
                     Wisconsin Department of Justice
                     Legal Services / Public Protection Unit
                     beilinlw@doj.state.wi.us
                     Phone: (608) 266-3076

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, March 26, 2025 9:13 AM
**To:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Subject:** Re: Daniel Blumkin

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lewis,

Please provide your approvals by tomorrow.   It takes a number of days for Fidelity to release the funds after that, so we need to move this along.

Thanks,
Josh


Joshua A. Naftalis

Partner

–

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700

E:  joshua.naftalis@pallasllp.com

75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

On Mar 21, 2025, at 3:55 PM, Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com> wrote:

Lewis,

Attached is a redacted invoice.

Best,
Josh

**From:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Sent:** Monday, March 17, 2025 6:34 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Genevieve.Rados@ag.ny.gov; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Just quickly acknowledging receipt of this request.

Regarding the request for legal fees, please provide invoices (redacted of information that is privileged or would reveal attorney work product). I believe the attached order of the court has been the basis for plaintiffs' requiring redacted invoices from all firms seeking payment of fees from frozen accounts.

Thank you,

Lewis

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, March 17, 2025 12:04 PM
**To:** Beilin, Lewis W. <beilinlw@doj.state.wi.us>
**Cc:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Subject:** Daniel Blumkin

**EXTERNAL**

**EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lewis,

We write to request that $124,000 released from Mr. Blumkin's Fidelity brokerage account to his Fidelity checking account for the following:

1. $33,000 for April allowance
2. $33,000 for May allowance
3. $33,000 for June allowance
4. $25,000 for legal fees to my firm, Pallas Partners (US) LLP.

Please note that there may be certain one-time payments in addition, which we would come back to you on.

Please communicate the approvals to Daryll.Baxter@fmr.com and mrafaloff@zacksim.com.

Thanks,
Josh


Joshua A. Naftalis

Partner

–

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 22nd Floor, Salesforce Tower, 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://secure-web.cisco.com/1YxDZ0y0k28WQQtQv0yJAhP6Ke0IuUoWuSdU3SRs4ImmkrUjCPhkrcfXc53xSgpkjSr-cToYrJtXexPYnj-T9LZLLoiGAfZ_adMGgBsi9CF_uKrIII6I0UDXtHd-HnYGRCHpa0UbeNHQG-s-2j_8XMOJ2j7oHzVIZbV5Tt159yer8mRhgJD_7NNa_RiclUMV_Uri8YZToKiS80xvorcKUi8Hscv8-OVhGnl27AADMGyo5KQa3Urgys3iW1vSW6p3H6GV7gX3WxQEMQ4bc8pBnCreSn-I8V1NsGEXmhyVX18tmus0zbJLyuOgPDp0KOBgN9GLmKo6s-8ox_7KxYGdHJn7Kru5lBOUxAt6WH5Q5WBIqaZ6J0iDZNMfTBwCLq2Gc3aW-okAGTy1LXjm6NBvieoimkC2QGkVD4cNP56ceafjLLQQhNeDINLthx1iW1j6Dggr5uj9ziQpgAhh22FthA/https%3A%2F%2Fwww.pallasllp.com%2Flegal.

<16271.0001 Bill 002612_Redacted.pdf>

<Dr Bill - My Son ██████ - Mar 17 2025 - 1-32 PM.pdf>
<Gas bill (bi Monthly) - Mar 17 2025 - 1-33 PM.pdf>

<Lawn Seeding Bill For Summer - Mar 31 2025 - 11-38 AM.pdf>

Exhibit F

| | |
|---|---|
| **From:** | Siegel, Lindsey (CFPB) |
| **To:** | Joshua A. Naftalis |
| **Cc:** | Morgan A Rose; Genevieve Rados; Lewis W. Beilin; Buchko, Vanessa (CFPB); Christopher Boyd; Schunk, Jacob (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Salemi, Michael (CFPB); Caprio, Nicole (CFPB); Mastman, Michael (CFPB); Ray, Calli (CFPB) |
| **Subject:** | RE: Daniel Blumkin |
| **Date:** | Wednesday, November 19, 2025 9:49:00 AM |
| **Attachments:** | image002.png |
| | image005.png |

Hi Josh,

Plaintiffs are happy to meet with you to discuss the letter we sent on November 5th and your response. Here are some dates we are available for a call:

- Thursday, November 20: 10:00 a.m., 11:00 a.m., or 2:00 p.m.
- Friday, November 21: 11:30 a.m., 1:30 p.m., or 2:30 p.m.
- Monday, November 24: 9:30 a.m. or 3:30 p.m.
- Tuesday, November 25: 11:00 a.m.

Please let us know which date and time you prefer.

Also, it would be helpful for our consideration of your client's request to have answers to the following questions during the call:

1. What caselaw or other legal guidance supports your position that Plaintiffs either must or should continue unfreezing assets, especially at the amounts your client has been receiving each month?
2. What specific provision(s) in the Preliminary Injunction or other Court orders in this case do you believe require Plaintiffs to unfreeze assets for expenses?
3. What is your client's employment status? If he is not employed, what is the reason?
4. What is your client's monthly household income?

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Tuesday, November 18, 2025 1:41 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

I'd appreciate a response on this today.

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, November 13, 2025 4:56 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris,

Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** Re: Daniel Blumkin

Yes.  Thanks.

---

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Thursday, November 13, 2025 4:44:52 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

We continue to have some questions about the 2025 estimated taxes but share your goal of getting this issue behind us. If we release the $30K you're requesting for the 2025 estimated state tax payment, would you then be able and willing to provide documentation that the money was sent to the taxing authority? Also, will you agree to notify us within a week of Mr. Blumkin receiving his 2024 refund, giving us the account where it will be deposited? If you can provide those assurances, I anticipate that we'll be able to approve the disbursement.

Also, we received the letter you sent Tuesday. We need to coordinate with several offices, but we expect to respond early next week.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, November 12, 2025 4:24 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

His return says he will get a refund of $17,929 – which will be deposited into a frozen account when he receives it.  That can take months.

| Your refund, amount you owe, and account information | | LESS LN 81 | |
|---|---|---|---|
| 77  Amount overpaid (if line 76 is more than  line 62, subtract line 62 from line 76) | 77 | 17929 | 00 |
| 78  Amount of line 77 **available for refund** (subtract line 79 from line 77) | 78 | 17929 | 00 |
| **TIP:** Use this amount to check your refund status online. | | | |
| 78a  Amount of line 78 that you want to deposit into a NYS 529 account (Form IT-195, line 4) (also submit Form IT-195) | 78a | | 00 |
| 78b  Total refund after NYS 529 account deposit (subtract line 78a from line 78) | 78b | 17929 | 00 |

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, November 12, 2025 4:12 PM

**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Thank you for your email. Your screenshot shows Mr. Blumkin owed $120,694 in 2024 NYS taxes, but it does not show the line with his refund. In April 2025, you provided an extension voucher for Mr. Blumkin's 2024 NYS taxes (Form IT-370). It required payment of $145,000. Plaintiffs unfroze money so Mr. Blumkin could pay the 2024 NYS taxes. That leads us to infer that when he filed his NYS taxes on or around October 15, 2025, he was refunded at least $24,306. Did Mr. Blumkin get a refund on his 2024 NYS taxes? If so, what was the amount of his refund?

Earlier this year, you provided proof of Mr. Blumkin's 2023 NYS refund. Mr. Blumkin then used the 2023 refund toward his 2024 tax bill. Our current request for information is consistent with how last year's tax bills were handled.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Friday, November 7, 2025 8:08 AM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Vanessa,

1. Thank you for approving those expenses.

2. Mr. Blumkin doesn't have access to his IRA. He's not old enough, and you're missing reading the tax return. Item 4a reflects that Mr. Blumkin rolled over an IRA in 2024, and item 4b shows there is no taxable income.

3. As I've told you before, the New York 2025 tax estimate was based on the 2024 New York tax liability of $120,694 (reflected below). Mr. Blumkin's accountant calculated his 2025 tax estimate by dividing the 2024 New York tax liability (roughly $120,000) into quarters, which is why $30,000 is due in Q3. There is nothing more to it.

   That 2024 tax liability amount is driven by the phantom income from Mr. Blumkin's real estate investments, which are taxable on the New York state level and not the federal level. (Mr. Sasson and Mr. Behar don't have that issue because they live in Florida.) Mr. Blumkin had phantom income of $1,662,798. On his New York return, he therefore had taxable income of $1,871,418, but on his federal return he had taxable income of $263,105 (reflected below).



| Tax calculation, credits, and other taxes | | | | | | |
|---|---|---|---|---|---|---|
| 38 | Taxable income *(from line 37 on page 2)* | | | | 38 | 1871418 00 |
| 39 | NYS tax on line 38 amount | | | | 39 | 128192 00 |
| 40 | NYS household credit | 40 | 00 | | | |
| 41 | Resident credit | 41 | 7498 00 | | STATEMENT 3 | |
| 42 | Other NYS nonrefundable credits *(Form IT-201-ATT, line 7)* | 42 | 00 | | | |
| 43 | Add lines 40, 41, and 42 | | | | 43 | 7498 00 |
| 44 | Subtract line 43 from line 39 *(if line 43 is more than line 39, leave blank)* | | | | 44 | 120694 00 |
| 45 | Net other NYS taxes *(Form IT-201-ATT, line 30)* | | | | 45 | 00 |
| 46 | Total New York State taxes *(add lines 44 and 45)* | | | | 46 | 120694 00 |

| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | 9 | 1,895,096. |
|---|---|---|---|---|
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 5,720. |
| **11** | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11 | 1,889,376. |
| **12** | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 1,626,126. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | 145. |
| 14 | Add lines 12 and 13 | | 14 | 1,626,271. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | 15 | 263,105. |

4. Your requests for more information exceed what is required by the PI order, reflect a misunderstanding of Mr. Blumkin's returns, and are more than were required in the past. As I've said before, I've been nothing but straight with you about Mr. Blumkin's assets and income; these continued questions are excessive and a waste of time. He just wants to pay his taxes to the governments you work for; they are now late and he will be paying penalties and interest as a result.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Sent:** Thursday, November 6, 2025 12:43 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Thank you for providing Mr. Blumkin's 2024 tax return.

We will agree to unfreeze $1,170.18 for Mr. Blumkin's medical bills and $3,474 for his federal taxes. As you know, Mr. Blumkin's 2024 tax return shows a large amount of income from an IRA;  we were not aware that he was drawing money from a retirement account. Please send (a) all schedules for his 2024 federal tax return, (b) a list of all accounts Mr. Blumkin has held at Fidelity at any time from January 2024 to the present (whether or not you believe the accounts to be exempt), and (c) a list of all IRAs Mr. Blumkin held at any time from January 2024 to the present, along with the financial institution where they were held.

In order to assess Mr. Blumkin's request to unfreeze $30,000 for his state taxes, we still need more information. Please see Lindsey's email below, sent October 22 at 12:05 pm, and please provide the documentation she requested. We need to understand how this amount was calculated for his estimated taxes, including the transactions and income that created this tax liability.

Best regards,
Vanessa

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Friday, October 31, 2025 12:53 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB)

<Michael.Salemi@cfpb.gov>); Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>;
Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** Re: Daniel Blumkin

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact
> Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

On the phone you acknowledged that the PI order doesn't entitle you to my client's tax returns. That is because they are
protected by federal law. You also took the position that you aren't required to approve the release of funds to pay taxes
under the PI order. I have no idea what that even means. Your newly stated concern is that Mr. Blumkin has other income?
He doesn't. That's why he applies for his allowance and I waste hours following up. As to the tax refund from last year, I told
you about it and explained the error to you. At a certain point this game has to stop. You won't let a defendant pay his taxes.
You want his tax returns for some improper purpose. That's what this is. I reserve the right to raise this with the Court, who
understands the dynamic that is at play.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

---

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Friday, October 31, 2025 12:22:28 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd
<Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan,
Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB)
<Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>;
Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

I cannot control the bank's employees. However, yesterday afternoon I spoke with the gentleman who received my request on Monday. My
understanding is that the bank is working on it. Plaintiffs expect Mr. Blumkin should have the money in short order.

Plaintiffs' request for documentation in connection with Mr. Blumkin's request that Plaintiffs consent to unfreeze additional funds does not
violate the Court's preliminary injunction or its related orders. Mr. Blumkin received a very large 2023 tax refund. You reported that refund to
us (with documentation) in April 2025, and it was credited toward what we agreed to unfreeze for his 2024 estimated taxes. If Mr. Blumkin
received a 2024 tax refund when he filed earlier this month or has been earning other income, that information is similarly relevant to his
request to unfreeze money for his 2025 estimated taxes. And your explanation for the $30,000 quarterly estimated tax payment does not
match the 2-page voucher you provided, so we've requested further documentation. This is consistent with the approach we have taken to
similar requests by other defendants, who have provided the requested tax returns and other related documents in support of their requests.
If Mr. Blumkin is concerned about being late with his tax payment, he can provide the information we've requested so we can assess his
request promptly. We have not refused anything.


Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, October 30, 2025 6:12 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>

**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

Mr. Blumkin still does not have access to his allowance.  Please correct this.

I'm not going to debate you, but you're refusing to let Mr. Blumkin pay his taxes.  You have the information you asked for, and now you want information that you admitted you aren't entitled to. ██████████████████████████ – ██████████████████████████  As I've said repeatedly, the way the CFPB uses the allowance process is outrageous and in violation of the Court's order.  Mr. Blumkin isn't asking to buy a car.  He's asking to write checks to NY State and the federal government.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 29, 2025 1:03 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

I sent the request to unfreeze Mr. Blumkin's November allowance on Monday, October 27th. If he doesn't have access to the funds by the end of today, please let me know and I am happy to reach back out to the bank tomorrow.

CFPB has not refused to unfreeze assets for Mr. Blumkin's taxes. We are just requesting documentation in support of the request.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, October 29, 2025 11:27 AM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

I don't agree with the approach the CFPB is taking.  Indeed, it's ridiculous that you won't unfreeze assets so Danny can pay his taxes. You are wasting Mr. Blumkin's assets by forcing him to pay penalties because the CFPB doesn't understand how phantom income is taxed and estimated taxes work.  It's also ridiculous that you change the rules because of the turnover of the CFPB, where your institutional knowledge of Mr. Blumkin's assets and taxes apparently has been lost.

More generally, you still haven't unfrozen his allowance for November.  Please confirm it's been done.


Best,
Josh



Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 22, 2025 12:05 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

We continue to have several questions regarding your requests, particularly since the explanation in your email does not adequately document his tax liability. You say that $30,000 is 1/4 of what he will owe for his 2025 taxes, but the voucher shows $0 due for three of the four quarters. Second, I see in our records that he received a refund of $140,000 for his 2023 NYS taxes and used that refund to cover much of his 2024 NYS estimated taxes. Please provide his 2024 tax returns so we can assess what, if anything, he was refunded.

We also need some documentation of the various income sources that created the tax liabilities your email lists:

1. Documentation of the $1.6 million in interest income from Birds. Please provide the 1099 he received and a statement from the account that holds that income (or the institution and last 4 of the account number, if he does not have access to the statement)
2. Documentation of the $231,000 in capital gains. Please provide the 1099 he received.
3. Documentation of the $20,000 in dividends. Please provide the 1099 he received.
4. Documentation of all other income Mr. Blumkin received in 2024, including all 1099s and W2s.

We agree to unfreeze $33,000 for his November expenses, and will do so before the end of the month.

Thank you,

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, October 20, 2025 3:13 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan,

Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Revised below – to correct the dates.


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

**From:** Joshua A. Naftalis
**Sent:** Monday, October 20, 2025 1:50 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** Daniel Blumkin

All,

Following up on my conversation with Lindsey:

1.      Mr. Blumkin requested **$3,474** to pay the remainder of his 2024 federal taxes.  This number was arrived at as follows:  Mr. Blumkin's federal tax for 2024 is driven by investment income; he had taxable income of  ~$263,000, of which ~$231,000 was capital gains and $20,000 was dividends.  (Mr. Blumkin also had $1.6 million of interest income from Birds, which he can deduct as an itemized deduction, effectively making that interest income from Birds not taxed at the federal level.)  As a result, Mr. Blumkin owed $39,174 in federal tax for 2024, plus $1,657 in penalties and interest.  Mr. Blumkin paid $35,000 in estimate taxes earlier this year.  The amount owed ($3,474) is what is owed after that estimated tax and any withholdings are applied.

2.      Mr. Blumkin requested **$30,000** to pay his estimated taxes New York taxes for 2025.   For New York State tax purposes, Mr. Blumkin cannot itemize deductions, as he did on his federal return.   As a result, Mr. Blumkin's paid $120,964 in New York State taxed in 2024.  Mr. Blumkin's accountant came up with the $30,000 2025 estimated tax figure based on this 2024 calculation – it's about 1/4 of the amount owed.

3.      Mr. Blumkin also requests **$33,000** for his November allowance.

Thanks,
Josh

Exhibit G

| | |
|---|---|
| **From:** | Siegel, Lindsey (CFPB) |
| **To:** | Joshua A. Naftalis; Buchko, Vanessa (CFPB); Lewis W. Beilin |
| **Cc:** | Morgan A Rose; Genevieve Rados; Christopher Boyd; Schunk, Jacob (CFPB); Ray, Calli (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Salemi, Michael (CFPB); Caprio, Nicole (CFPB) |
| **Subject:** | RE: Daniel Blumkin |
| **Date:** | Monday, December 8, 2025 4:47:00 PM |
| **Attachments:** | image001.png |

Hi Josh,

We authorized unfreezing funds for those three prior requests with the bank back in November ($4,644.18 on November 7th and $30,000 on November 14th). I'm not sure why the money hasn't hit Mr. Blumkin's account, especially since the later lump sum has been unfrozen. The bank has the approvals it needs from us. That said, I called and emailed the bank employee yet again last week and emailed him again today. Please let me know if this remains an issue in a few days, as I'm happy to reach out to the bank again.

With regard to the new medical bill, however, we will not be unfreezing any more funds as indicated in our November 5th letter. Mr. Blumkin should have already received the amount the November 5th letter indicated would be unfrozen in late-November, which is available for his discretionary use to cover this and other similar expenses.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Saturday, December 6, 2025 11:13 AM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All,

I am following up on the below again, in particular the medical bills and taxes. The tax issue has been pending for over two months at this point.

Best,

Josh

Joshua A. Naftalis
Partner

# PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Joshua A. Naftalis
**Sent:** Wednesday, December 3, 2025 2:17 PM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

All,

The following funds have still not been released.  Can you please follow up on this?

- **$1,170.18** for medical bills
- **$3,474** for federal taxes
- **$30,000** for state taxes

In addition, please find a medical bill for **$3,923.31** a surgery that Mr. Blumkin had.

Thanks,
Josh

**From:** Joshua A. Naftalis
**Sent:** Friday, November 21, 2025 12:10 PM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>;

Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Vanessa,

It appears that the below funds for Mr. Blumkin's medical bills and federal taxes have not been released.  Can you please check on this.

Thanks,
Josh

---

**From:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Sent:** Thursday, November 6, 2025 12:43 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Thank you for providing Mr. Blumkin's 2024 tax return.

We will agree to unfreeze $1,170.18 for Mr. Blumkin's medical bills and $3,474 for his federal taxes. As you know, Mr. Blumkin's 2024 tax return shows a large amount of income from an IRA;  we were not aware that he was drawing money from a retirement account. Please send (a) all schedules for his 2024 federal tax return, (b) a list of all accounts Mr. Blumkin has held at Fidelity at any time from January 2024 to the present (whether or not you believe the accounts to be exempt), and (c) a list of all IRAs Mr. Blumkin held at any time from January 2024 to the present, along with the financial institution where they were held.

In order to assess Mr. Blumkin's request to unfreeze $30,000 for his state taxes, we still need more information. Please see Lindsey's email below, sent October 22 at 12:05 pm, and please provide the documentation she requested. We need to understand how this amount was calculated for his estimated taxes, including the transactions and income that created this tax liability.

Best regards,
Vanessa

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Friday, October 31, 2025 12:53 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>;
Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>;
Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>;
Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB)
<Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa
(CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray,
Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** Re: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless
you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or
report a suspicious email.

Lindsey,

On the phone you acknowledged that the PI order doesn't entitle you to my client's tax
returns. That is because they are protected by federal law. You also took the position
that you aren't required to approve the release of funds to pay taxes under the PI order. I
have no idea what that even means. Your newly stated concern is that Mr. Blumkin has
other income? He doesn't. That's why he applies for his allowance and I waste hours
following up. As to the tax refund from last year, I told you about it and explained the
error to you. At a certain point this game has to stop. You won't let a defendant pay his
taxes. You want his tax returns for some improper purpose. That's what this is. I reserve
the right to raise this with the Court, who understands the dynamic that is at play.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700

E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Friday, October 31, 2025 12:22:28 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

I cannot control the bank's employees. However, yesterday afternoon I spoke with the gentleman who received my request on Monday. My understanding is that the bank is working on it. Plaintiffs expect Mr. Blumkin should have the money in short order.

Plaintiffs' request for documentation in connection with Mr. Blumkin's request that Plaintiffs consent to unfreeze additional funds does not violate the Court's preliminary injunction or its related orders. Mr. Blumkin received a very large 2023 tax refund. You reported that refund to us (with documentation) in April 2025, and it was credited toward what we agreed to unfreeze for his 2024 estimated taxes. If Mr. Blumkin received a 2024 tax refund when he filed earlier this month or has been earning other income, that information is similarly relevant to his request to unfreeze money for his 2025 estimated taxes. And your explanation for the $30,000 quarterly estimated tax payment does not match the 2-page voucher you provided, so we've requested further documentation. This is consistent with the approach we have taken to similar requests by other defendants, who have provided the requested tax returns and other related documents in support of their requests. If Mr. Blumkin is concerned about being late with his tax payment, he can provide the information we've requested so we can assess his request promptly. We have not refused anything.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, October 30, 2025 6:12 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB)

<Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

Mr. Blumkin still does not have access to his allowance.  Please correct this.

I'm not going to debate you, but you're refusing to let Mr. Blumkin pay his taxes.  You have the information you asked for, and now you want information that you admitted you aren't entitled to. ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████

As I've said repeatedly, the way the CFPB uses the allowance process is outrageous and in violation of the Court's order.  Mr. Blumkin isn't asking to buy a car.  He's asking to write checks to NY State and the federal government.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 29, 2025 1:03 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray,

Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

I sent the request to unfreeze Mr. Blumkin's November allowance on Monday, October 27th. If he doesn't have access to the funds by the end of today, please let me know and I am happy to reach back out to the bank tomorrow.

CFPB has not refused to unfreeze assets for Mr. Blumkin's taxes. We are just requesting documentation in support of the request.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, October 29, 2025 11:27 AM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>;
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

I don't agree with the approach the CFPB is taking. Indeed, it's ridiculous that you won't unfreeze assets so Danny can pay his taxes. You are wasting Mr. Blumkin's assets by forcing him to pay penalties because the CFPB doesn't understand how phantom income is taxed and estimated taxes work. It's also ridiculous that you change the rules because of the turnover of the CFPB, where your institutional knowledge of Mr. Blumkin's assets and taxes apparently has been lost.

More generally, you still haven't unfrozen his allowance for November. Please confirm it's been done.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 22, 2025 12:05 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

We continue to have several questions regarding your requests, particularly since the explanation in your email does not adequately document his tax liability. You say that $30,000 is 1/4 of what he will owe for his 2025 taxes, but the voucher shows $0 due for three of the four quarters. Second, I see in our records that he received a refund of $140,000 for his 2023 NYS taxes and used that refund to cover much of his 2024 NYS estimated taxes. Please provide his 2024 tax returns so we can assess what, if anything, he was refunded.

We also need some documentation of the various income sources that created the tax liabilities your email lists:

1. Documentation of the $1.6 million in interest income from Birds. Please provide the 1099 he received and a statement from the account that holds that income (or the institution and last 4 of the account number, if he does not have access to the statement)
2. Documentation of the $231,000 in capital gains. Please provide the 1099 he received.
3. Documentation of the $20,000 in dividends. Please provide the 1099 he received.
4. Documentation of all other income Mr. Blumkin received in 2024, including all 1099s and W2s.

We agree to unfreeze $33,000 for his November expenses, and will do so before the end of the month.

Thank you,

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, October 20, 2025 3:13 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>;
Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>;
Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>;
Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB)
<Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

---

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

---

Revised below – to correct the dates.

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

---

**From:** Joshua A. Naftalis
**Sent:** Monday, October 20, 2025 1:50 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>

**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** Daniel Blumkin

All,

Following up on my conversation with Lindsey:

1.     Mr. Blumkin requested **$3,474** to pay the remainder of his 2024 federal taxes.  This number was arrived at as follows:  Mr. Blumkin's federal tax for 2024 is driven by investment income; he had taxable income of ~$263,000, of which ~$231,000 was capital gains and $20,000 was dividends.  (Mr. Blumkin also had $1.6 million of interest income from Birds, which he can deduct as an itemized deduction, effectively making that interest income from Birds not taxed at the federal level.)   As a result, Mr. Blumkin owed $39,174 in federal tax for 2024, plus $1,657 in penalties and interest.  Mr. Blumkin paid $35,000 in estimate taxes earlier this year.  The amount owed ($3,474) is what is owed after that estimated tax and any withholdings are applied.

2.     Mr. Blumkin requested **$30,000** to pay his estimated taxes New York taxes for 2025.  For New York State tax purposes, Mr. Blumkin cannot itemize deductions, as he did on his federal return.   As a result, Mr. Blumkin's paid $120,964 in New York State taxed in 2024.  Mr. Blumkin's accountant came up with the $30,000 2025 estimated tax figure based on this 2024 calculation – it's about 1/4 of the amount owed.

3.     Mr. Blumkin also requests **$33,000** for his November allowance.

Thanks,
Josh

Exhibit H

| From: | Joshua A. Naftalis |
|---|---|
| To: | Siegel, Lindsey (CFPB); Schunk, Jacob (CFPB); Ray, Calli (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Caprio, Nicole (CFPB) |
| Cc: | Lewis W. Beilin; Morgan A Rose; Genevieve Rados; Christopher Boyd |
| Subject: | RE: Daniel Blumkin |
| Date: | Wednesday, January 14, 2026 9:06:04 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image243249.png |

---

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

Thank you for releasing the $42,000.  Mr. Blumkin's tax liability is based on frozen assets and phantom income from those assets, as we've already told you.

As to future tax requests, we don't agree that you are entitled to "documentation."  Again, you know the reason why Mr. Blumkin has tax liability, and he is writing checks to New York State and the federal government to pay taxes.  Nor is it reasonable for your team to take 45 days to review these basic requests and cause Mr. Blumkin to incur penalties and late fees.

I'll let you know when he receives the refund and deposits.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, January 14, 2026 8:01 AM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Schunk, Jacob (CFPB)
<Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB)
<Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah
(CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>

**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Please confirm that the entirety of Mr. Blumkin's 2025 tax liability is based on frozen income (and if not, clarify the sources). If it is, we agree to unfreeze the amount you requested on this occasion given your representation about the pending deadline, the source of income causing the liability, and the unreceived 2024 tax refund. For any future tax requests, we intend to require documentation showing the source of the income being taxed and request that you provide at least 45 days' notice.

Mr. Blumkin is still under an obligation to notify us when he receives his 2024 NY state tax refund and to deposit it into a frozen account. Please let us know once that has occurred.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Tuesday, January 13, 2026 11:27 AM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

My answers are below in red.   We'd appreciate your approving this today so that Mr. Blumkin can pay his taxes and avoid late fees and penalties.

Best,
Josh

Joshua A. Naftalis

Partner

# PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Tuesday, January 13, 2026 11:17 AM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Schunk, Jacob (CFPB)
<Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB)
<Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah
(CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>;
Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>
**Subject:** RE: Daniel Blumkin

Josh,

We are considering your request. As part of our review, it would be helpful if you could provide additional background information so that we can fully understand the source of income giving rise to the liability and the assets available to pay the liability.

1. Has Mr. Blumkin yet received his $17,929 refund from his 2024 state taxes? If he has, where did he deposit the refund?  No.

2. Given that these are estimated taxes, it is unclear why Mr. Blumkin owes $42,000 this quarter when he only owed $30,000 last quarter. Can you provide an explanation for the differing numbers?  This is what the accountant estimated; it's an estimate.

3. We see that the accountant identifies a remaining balance of $60,000. Is this money that Mr. Blumkin anticipates owing in the future? If so, when will he owe it?  Either in April or October (if he files for an extension).

4. Even if Mr. Blumkin does not anticipate owing the $60,000 identified as the remaining balance, should we anticipate future requests in the years ahead?  Mr. Blumkin will make appropriate requests to pay his taxes; I would expect that he will owe taxes in the future.

5. Are you able and willing to provide documents showing the source of income (e.g. 1099s) giving rise to the liability?  Per our prior extensive correspondence, you have the information you need and are entitled to.  Your continued request for protected tax information is not appropriate.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, January 8, 2026 2:57 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** Daniel Blumkin

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All,

Mr. Blumkin requests the release of **$42,000** to pay his Q4 2025 estimated New York State taxes.  This payment is due on January 15, 2026, so we'd appreciate your attention to this request.  Below is an explanation from Mr. Blumkin's accountant of the calculation.  (You will see that the accountant takes into account the $30,000 payment for Q3, which plaintiffs approved in November.)  Attached is the payment voucher.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

On Jan 8, 2026, at 1:56 PM, Kelly Leslie <kleslie@withum.com> wrote:

Daniel,

See below for an explanation on how the NY 2025 Q4 estimated tax payment was derived:

2024 Tax - $120,694 X 110% (safe harbor amount to avoid penalties) = $132,000

Total estimated tax to be paid in for 2025 - $132,000
Less previous payments

|  | | Q3 | 30,000 |
|---|---|---|---|
| Q4 | 42,000 | | |

 Remaining balance: 60,000

**Kelly A. Leslie, CPA**
**716-332-2779 work**
**740-705-1191 cell**
kleslie@withum.com

Click to upload documents securely





Freed Maxick P.C. joins its practice with Withum.  **Read More>>**

Exhibit I

| From: | Siegel, Lindsey (CFPB) |
|---|---|
| To: | Joshua A. Naftalis; Schunk, Jacob (CFPB); Ray, Calli (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Caprio, Nicole (CFPB) |
| Cc: | Lewis W. Beilin; Morgan A Rose; Genevieve Rados; Christopher Boyd |
| Subject: | RE: Daniel Blumkin |
| Date: | Thursday, January 22, 2026 12:44:00 PM |
| Attachments: | image001.png |

Josh,

Consistent with the email response we sent you on December 8, we are not approving requests to unfreeze additional funds for living expenses. The $164,900 we provided just last month should be sufficient to pay these medical bills. If there's an extraordinary reason Mr. Blumkin cannot use those funds to pay these medical bills, please explain further.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, January 21, 2026 9:22 AM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>
**Subject:** Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All,

Attached please find two medical bills for surgery that Mr. Blumkin had.  We request the release of $5,020.28 so Mr. Blumkin can pay them.

Thanks,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com

75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

Exhibit J

| | |
|---|---|
| **From:** | Beilin, Lewis W. |
| **To:** | Joshua A. Naftalis |
| **Cc:** | Christopher Boyd; Genevieve.Rados@ag.ny.gov; Rose, Morgan A; Sanders, Joseph (CFPB) |
| **Subject:** | RE: Daniel Blumkin |
| **Date:** | Monday, April 28, 2025 7:46:04 PM |
| **Attachments:** | image001.png |

Josh,

Earlier today I sent a request to Daryll Baxter at Fidelity to release and transfer $78,131.41 from Mr. Blumkin's Fidelity brokerage account to the checking account. This is to cover May 2025, the estimated tax for 2024, and the overdue gas invoice.

Regarding your firm's invoices:  we are still waiting for any meaningful information regarding the D&O coverage issues. At the March 6 hearing, when Lara Gatz told Judge Roemer that she did not know why the insurer would not provide coverage beyond the first layer, Judge Roemer himself said "I'd like to know the answer to that. I'd like to know why the insurance company said no." (Tr. at 48). At the meet-and-confer with Lara after the hearing, we asked for that document and any related documents about coverage. All we've been shown is a February 16 denial of coverage letter from Chubb. Since it has been represented to the Court and to us that coverage was, in fact, provided up to the limit of the first layer, the February 16th denial was clearly rescinded or modified later. Chris Boyd has asked for clarification but to my knowledge has not received a reply.

I am sorry if I seem to be complaining about something you haven't been directly involved in. I am writing this to you because we see the issue as a Sasson-Behar-Blumkin issue, rather than a law firm-specific issue. I will email Lara Gatz first thing tomorrow to reiterate our request for more and better information about the insurance situation.

Best,

Lewis.


Lewis W. Beilin | **Assistant Attorney General**
Wisconsin Department of Justice
Legal Services / Public Protection Unit
17 West Main Street, P.O. Box 7857
Madison, WI  53708-7857
Phone: (608) 266-3076
Lewis.Beilin@wisdoj.gov

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, April 28, 2025 8:59 AM
**To:** Beilin, Lewis W. <Lewis.Beilin@wisdoj.gov>
**Cc:** Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Genevieve.Rados@ag.ny.gov; Rose, Morgan A <Morgan.Rose@wisdoj.gov>; Sanders, Joseph (CFPB) <Joseph.Sanders@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

I'm following up again.

Best,
Josh


Joshua A. Naftalis
Partner



T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Joshua A. Naftalis
**Sent:** Thursday, April 24, 2025 10:55 AM
**To:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Genevieve.Rados@ag.ny.gov; Morgan A Rose <Morgan.Rose@wisdoj.gov>
**Subject:** RE: Daniel Blumkin

Lewis, here is the check and a summary of the computation from NY State.

**From:** Joshua A. Naftalis
**Sent:** Thursday, April 24, 2025 9:44 AM
**To:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Genevieve.Rados@ag.ny.gov; Morgan A Rose <Morgan.Rose@wisdoj.gov>
**Subject:** Re: Daniel Blumkin

As I understand it, he and his wife received a refund check for tax year 2023 because they overpaid their taxes (due to a mistake by their accountant). They have deposited or will shortly be depositing the check, and will be using the full amount to pay his 2024 tax estimate. That is why he only needs $40,000 authorized and not $180,000. I will consider your request about his 2023 tax return, which I don't have.

> On Apr 24, 2025, at 9:29 AM, Beilin, Lewis W. <Lewis.Beilin@wisdoj.gov> wrote:
>
> Hi Josh,
>
> Would you please further explain the 2024 estimated tax, which you brought to my attention on April 17, two days after they were already due.
>
> I am not sure I understand the $140,000 refund for 2023 that you say will be applied to his 2024 tax. When Mr. Blumkin filed his tax returns for 2023 did he request that the refund(s) be retained by the tax agencies, or were they issued to Mr. Blumkin? (The extension vouchers that you provided don't seem to answer that question, at least not to me.) If the refund(s) were sent to Mr. Blumkin, where were they deposited? I don't think it would be unreasonable for me to ask for a copy of the 2023 return, at least the primary form, under these circumstances.
>
> Thank you,
>
>   1. Lewis.
>
>
> Lewis W. Beilin | **Assistant Attorney General**
> Wisconsin Department of Justice
> Legal Services / Public Protection Unit
> 17 West Main Street, P.O. Box 7857
> Madison, WI  53708-7857
> Phone: (608) 266-3076
> Lewis.Beilin@wisdoj.gov

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, April 23, 2025 2:49 PM
**To:** Beilin, Lewis W. <Lewis.Beilin@wisdoj.gov>
**Subject:** Daniel Blumkin

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lewis,

I write with regard to Mr. Blumkin.

1. Mr. Blumkin requests his **$33,000** in standard allowance for May.  You indicated in your March 26 email that you would "wait to approve funds for May and June . . . closer to those months."

2. Mr. Blumkin reiterates his request for **$5,131.41** to pay for propane that heats his home.  That request has been pending since March 31 and the bill is now overdue.  As I said, we are happy to revise his monthly allowance, but that bill needs to get resolved.

3. Mr. Blumkin reiterates his request for **$25,000** to pay legal fees to my firm.  That request has been pending since March 17.  Plaintiffs represented to the Court on March 6 that the reimbursement would be forthcoming when an invoice was provided (Tr. 54-55) and your email of March 17 repeated the same understanding.  You've had our invoice for over a month now.  There is no basis to continue to delay payment.

4. Mr. Blumkin reiterates his request for **$40,000** to pay his 2024 estimated taxes.  That request has been pending since April 17 and his taxes are now late, which will subject to penalties.

On March 6, plaintiffs represented to the Court that this process would go quickly and smoothly (Tr. 45).  We have been following up for over a month on some of these requests.  Please respond by Friday, April 25, as it takes Fidelity a number of days to process your approvals.

Best,
Josh


Joshua A. Naftalis
Partner

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 22nd Floor, Salesforce Tower, 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://secure-web.cisco.com/14ntG4UV3X5M5AoyxHK3isgoNuacq_hLpIQ8jdfrRMbOmgh7cUuR1__OFFk7gi1FZV4KfYiZ1RVV7uoqWRDZ-dzmuc9okxPQtGTpOb-Uq39_8H3jSRCkaSwiCttC2lC9d7jZW0sbWZVwuErDWTPyP33cekUjRHbXEDN-ybS-aPoBUprkePG3p8YkTNP4B3scvvB1CwpUj3LtDkOlAy46upe_t1V3eE2GvgqlFlOpqZiuMrOv6K_F-cc0PhtyDmmFm29NC31s98vOmdoP5BAknwZ-mm2PPxKh-JvRORUyWTo8DX730lmQl3Sk4NdvOWNKz6N9XkJWjMV7pTuI9FJmHGON96aVkEIkTOcLougqqNQcMqmEX-jzB2XP3-jIATUxNPBWqGE0ZJ-ibDubJJOszysZJCtIiVvVvAId0EFyp6S4Q87R5UDjqvw2ug1o-6kTepp8ip5j5GYj5DQjEiNyKLQ/https%3A%2F%2Fwww.pallasllp.com%2Flegal.

<Blumkin 24 Extension Vouchers.pdf>

<mime-attachment>

Exhibit K

| | |
|---|---|
| **From:** | Joshua A. Naftalis |
| **To:** | Siegel, Lindsey (CFPB); Schunk, Jacob (CFPB); Ray, Calli (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Caprio, Nicole (CFPB) |
| **Cc:** | Lewis W. Beilin; Morgan A Rose; Genevieve Rados; Christopher Boyd |
| **Subject:** | Re: Daniel Blumkin |
| **Date:** | Friday, January 23, 2026 1:04:45 PM |
| **Attachments:** | image001.png |
| | image392532.png |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

Plaintiffs' position continues to evolve and makes clear that plaintiffs are intent on impeding Mr. Blumin's ability to defend himself.  Plaintiffs approved Mr. Blumkin's legal fees over a year ago and then unilaterally changed their position to squeeze Mr. Blumkin.  Mr. Blumkin does not have access to D&O coverage, as I've told you repeatedly.  That is what matters and that is why he sued the carriers last year.  The policies and the like are on the public docket as part of that lawsuit, and I provided you with the docket number last year.  That you are refusing to approve legal fees expended to attend a mediation in Buffalo with the Court, to respond to your punitive and improper withholding of living expenses, and to otherwise allow Mr. Blumkin to defend himself is outrageous.  We will bring this to the attention of the Court as well.

Best,
Josh


Joshua A. Naftalis
Partner

# PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

---

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Friday, January 23, 2026 12:48 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris,

Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB)
<Nicole.Caprio@cfpb.gov>
**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>;
Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd
<Christopher.Boyd@ag.ny.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Plaintiffs' position on payment of attorney's fees has not changed. We will consider your fee request
once you provide the information Plaintiffs have requested since early 2025. We need to know the
status of the applicable insurance policies, including the amounts they have paid out to date. As
Chris Boyd and Lewis Beilin requested last year, please send: (1) a copy of all relevant insurance
policies (so we can see the policy limits); (2) documentation showing how much has been paid out
on each policy and for what purpose; and (3) all correspondence with insurers regarding coverage.
We need this information to evaluate your request to unfreeze funds to pay attorney's fees.

Thanks,

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, January 22, 2026 12:11 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Schunk, Jacob (CFPB)
<Jacob.Schunk@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Wilson, Doug (CFPB)
<Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah
(CFPB) <Deborah.Morris@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Cc:** Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Morgan A Rose <Morgan.Rose@wisdoj.gov>;
Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>
**Subject:** Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless
you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or
report a suspicious email.

All,

Mr. Blumkin requests the release of **$50,000** to pay a portion of the attached outstanding legal
bills from September and November 2025.  While these bills exceed $50,000, Mr. Blumkin is
presently only seeking the release of $50,000.  Without waiver of any privilege, you will recall
that the parties attended a mediation in Buffalo in September, and the parties exchanged
extensive correspondence in November in connection with plaintiffs' unilateral change of the

monthly allowance process.  We are submitting the attached documentation, consistent with statements that plaintiffs made to the Court in March 2025 and parties' prior practice for paying legal fees.  We note that plaintiffs have not approved the release of money to pay Mr. Blumkin's legal fees for over a year.  If, as, and when Mr. Blumkin receives reimbursement for this $50,000 from a D&O insurance carrier, that reimbursement will be deposited into a frozen account.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

Exhibit L

| From: | Joshua A. Naftalis |
|---|---|
| To: | Beiln, Lewis W. |
| Subject: | Daniel Blumkin |
| Date: | Monday, September 15, 2025 8:19:17 AM |
| Attachments: | image165106.png |
| | Quarterly Tax Payment - Sep 15 2025 - 7.26 AM.pdf |

**EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lewis,

I hope you had a nice weekend.  Mr. Blumkin requests that plaintiffs release the following funds:

1. $33,000 for Mr. Blumkin's October allowance.
2. $30,000 for Mr. Blumkin's 2025 New York State income tax estimate payment.  See attached.
3. $6,583.03 for Mr. Blumkin's interest balance due to Chase.  This was first requested on August 6.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://secure-web.cisco.com/12yKJndqtFzyNlURtM61YMGVSaPsPAVaYGnIUje6lieKv0lexbpoVCgyG5-YiwdNjMeingPJ2eBJrwBEwbD4Z7finub_wLvfMBOYXAs2lY72ev1SgVeXGWrHaUJ2suDaly4gZe0TBnj0xTQ5rnIhG1Th4hzZvPISYCwtWjLmUmUhDtKrh1J7HUbPuyqto6RRSjXJFhmS_5ei_pdE08hBL6IBEEABM9UlfMhbekyImcJDsmA36LaG4wWyTPoPAZrGnWtNxGQCuT6NLMsWfvkfeg71SPOxM4skbx-GUIRkHATKffPOV3iGLzXgyI8FYsKoqS0uH54eKr20MrpHx_XhibiGwjzLNRim1PzlS2mNY31W5J7g1s6Wc3Jkoptxvdglg7j9aAX1lQLBO8HyxYSGJe8MkeqALlLES5vTtXZYFO-FgDzPsg0_bajJD9PZCSJNX4imq5b3fKtfF0iMsRjThI0ngHttps%3A%2F%2Fwww.pallasllp.com%2Flegal

# 2025 ESTIMATED TAX FILING INSTRUCTIONS
NEW YORK ESTIMATED TAX

### FOR THE YEAR ENDING
DECEMBER 31, 2025

---

**PREPARED FOR:**

DANIEL BLUMKIN & JILLIAN NICHOLS



---

**PREPARED BY:**

WITHUM SMITH & BROWN, PC
424 MAIN STREET, SUITE 800
BUFFALO, NY  14202-3508

---

**AMOUNT OF TAX:**

| | |
|---|---:|
| TOTAL ESTIMATED TAX | $   40,290 |
| LESS CREDIT FROM PRIOR YEAR | $   10,290 |
| LESS AMOUNT PAID ON 2025 ESTIMATE | $   0 |
| BALANCE DUE | $   30,000 |

PAYABLE IN FULL OR IN INSTALLMENTS AS FOLLOWS:

| VOUCHER | AMOUNT | DUE DATE |
|---|---:|---|
| NO. 1 | $   0 | APRIL 15, 2025 |
| NO. 2 | $   0 | JUNE 16, 2025 |
| NO. 3 | $   30,000 | SEPTEMBER 15, 2025 |
| NO. 4 | $   0 | JANUARY 15, 2026 |

---

**MAKE CHECK PAYABLE TO:**

NEW YORK STATE INCOME TAX

---

**MAIL VOUCHER AND CHECK (IF APPLICABLE) TO:**

NYS ESTIMATED INCOME TAX
PROCESSING CENTER
P.O. BOX 4122
BINGHAMTON, NY 13902-4122

---

**SPECIAL INSTRUCTIONS:**

MAIL EACH VOUCHER ON OR BEFORE THE DATE INDICATED ABOVE. ENCLOSE YOUR CHECK FOR THE SPECIFIED AMOUNT, PAYABLE TO NEW YORK STATE INCOME TAX.

INCLUDE YOUR SOCIAL SECURITY NUMBER AND THE WORDS "2025 FORM IT-2105" ON YOUR CHECK.



Department of Taxation and Finance
**Tips for Estimated Tax**

468042  11-22-24

**Did you know?** You can pay your estimated tax electronically on our website with a debit from your checking or savings account. Visit us on the Web at www.tax.ny.gov to pay your estimated tax electronically.

For assistance, see Form IT-2105-I, *Instructions for Form IT-2105, Estimated Tax Payment Voucher for Individuals.*

To help us match your New York State estimated tax account to your New York State income tax return, and to avoid a delay in processing your return, note the following:

- **Social Security number (SSN)/taxpayer identification (ID) number** - Make sure that the **entire** SSN used on your vouchers agrees with the number on your Social Security card and the number used on your New York State income tax return. If you use a taxpayer ID number, this number must agree with the number used on your New York State income tax return. Failure to do so may result in monies not being properly credited to your account.

- **Name** - Make sure that your name is spelled correctly. You should enter your first name, middle initial, then last name in the spaces provided (for example, *John O. Smith*). Your name **must** agree with the name on your New York State income tax return.

- **Foreign addresses** - Enter the information in the following order: city, province or state, and then country (all in the *City, village, or post office box*). Follow the country's practice for entering the postal code. **Do not abbreviate the country name.**

- **Married taxpayers** - Each married taxpayer should establish a separate estimated tax account. If you and your spouse each maintain an estimated tax account and file a joint New York State income tax return, we will credit the balances of both accounts to your joint income tax return.

- **All filers** must be sure to **separately** enter the amounts for New York State, New York City, Yonkers, and MCTMT; then enter the total in the *Total payment* box.

**Note:** If there is **no amount** to be entered for one or more lines, **leave them blank.**

**Do not** staple or clip the check or money order to the voucher. Detach any check stubs before mailing.

---

**Need help?**

Visit our website at *www.tax.ny.gov*
- get information and manage your taxes online
- check for new online services and features

**Telephone assistance**

| | |
|---|---|
| Automated income tax refund status: | 518-457-5149 |
| Personal Income Tax Information Center: | 518-457-5181 |
| To order forms and publications: | 518-457-5431 |
| Text Telephone (TTY) or TDD equipment users | Dial 7-1-1 for the New York Relay Service |

---

◄ Detach (cut) here ►



Exhibit M

| | |
|---|---|
| **From:** | Joshua A. Naftalis |
| **To:** | Siegel, Lindsey (CFPB) |
| **Cc:** | Morgan A Rose; Genevieve Rados; Lewis W. Beilin; Buchko, Vanessa (CFPB); Christopher Boyd; Schunk, Jacob (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Salemi, Michael (CFPB); Caprio, Nicole (CFPB); Mastman, Michael (CFPB); Ray, Calli (CFPB) |
| **Subject:** | Daniel Blumkin |
| **Date:** | Thursday, February 26, 2026 11:04:30 AM |
| **Attachments:** | image039041.png<br>Refund Check - Feb 26 2026 - 10-53 AM.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

All,

Mr. Blumkin received his New York State tax refund (see attached).  He will deposit the check into his frozen Fidelity account ███████.

Best,
Josh

Joshua A. Naftalis
Partner

# PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

**Refund requested:** $ 17,929.00

**Refund allowed:** $ 16,735.58

## We adjusted the amounts reported on your tax return.

We adjusted the return described above based on our computations or information we received.
- The *Explanation* section provides a detailed explanation of our changes.
- The *Computation* section shows how we computed your return.

If you disagree with our changes or the information in this notice, see the *If you disagree* section.

DTF-160-CK  (1/11)          1DB3 - 3032000    P0001821 - 01                    **Retain as evidence of refund**

---

**THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES INCLUDING HEAT SENSITIVE, COLOR CHANGING INK ON THE BACK OF THE DOCUMENT**

DTF-160-CK (1/08)        000001673558

To the Comptroller of the State
of New York payable through:
Wells Fargo Bank, N.A.

**STATE OF NEW YORK**
**Department of Taxation and Finance**    66-156
**Income Tax Special Refund Account**     531
PH2511789800

Nov 6 2025                    106947968

**Pay** Sixteen Thousand Seven Hundred Thirty Five and 58/100 Dollars

To the
Order of  BLUMKIN-DANIEL & NICHOLS,JILLIAN          $16,735.58          $16,735.58

This refund is issued on your income
tax return for the year(s) shown below.

TAX YEAR(S)    2024



Amanda Hiller
Acting Commissioner, Taxation and Finance

SECURITY FEATURES LISTED ON BACK OF CHECK

Exhibit N

**NEW YORK STATE | Department of Taxation and Finance**

OPTS-Liability Correspondence Section-Income
W A Harriman Campus, Albany NY 12227–0125

December 10, 2024



P0000544-01          103154108
BLUMKIN-DANIEL
NICHOLS-JILLIAN

| | |
|---|---|
| Taxpayer ID: | |
| Spouse ID: | |
| Tax form filed: | IT-201 |
| Tax period ended: | 12/31/2023 |
| Original due date: | 4/15/2024 |
| Return file date: | 10/15/2024 |
| Return document locator number: | |
| Refund ID number: | |

**Refund allowed:    $ 140,940.26**

## We adjusted the amounts reported on your tax return.

We adjusted the return described above based on our computations or information we received.
- The *Explanation* section provides a detailed explanation of our changes.
- The *Computation* section shows how we computed your return.

If you disagree with our changes or the information in this notice, see the *If you disagree* section.

DTF-160-CK (1/11)          1DB3 - 3382000    P0000544-01          **Retain as evidence of refund**

DTF-160-CK (1/08)

Federal adjusted gross income

**THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES, INCLUDING HEAT SENSITIVE, COLOR CHANGING INK ON THE BACK OF THE DOCUMENT**

000014094026          **STATE OF NEW YORK**          66-156      Dec 10 2024      103154108
To the Comptroller of the State
of New York payable through:      **Department of Taxation and Finance**    531
Wells Fargo Bank, N.A.              **Income Tax Special Refund Account**
                                    PH2411743013

**Pay** One Hundred Forty Thousand Nine Hundred Forty and 26/100 Dollars

To the
Order of BLUMKIN-DANIEL & NICHOLS-JILLIAN          $140,940.26          $140,940.26

This refund is issued on your income
tax return for the year(s) shown below.
TAX YEAR(S)    2023



Amanda Hiller
Acting Commissioner, Taxation and Finance

SECURITY FEATURES LISTED ON BACK OF CHECK

Exhibit O

| From: | Joshua A. Naftalis |
|---|---|
| To: | Siegel, Lindsey (CFPB) |
| Cc: | Morgan A Rose; Genevieve Rados; Lewis W. Beilin; Buchko, Vanessa (CFPB); Christopher Boyd; Schunk, Jacob (CFPB); Wilson, Doug (CFPB); Belsan, Timothy (CFPB); Morris, Deborah (CFPB); Salemi, Michael (CFPB); Caprio, Nicole (CFPB); Mastman, Michael (CFPB); Ray, Calli (CFPB) |
| Subject: | RE: Daniel Blumkin |
| Date: | Wednesday, November 19, 2025 2:21:10 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image707992.png |

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Yes.  He hasn't made the payment yet, since he doesn't have the money to do so.

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019

pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, November 19, 2025 2:16 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

Thank you for the email. I want to confirm that you still intend to send proof once Mr. Blumkin has made the $30,000 tax payment and that you will notify us once he receives the 2024 refund (including the frozen account where it is deposited).

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Tuesday, November 18, 2025 1:52 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

He is proof that the 2023 refund was deposited in April.

Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 04/26 | | Deposit Received | $140,940.26 |
| **Total Deposits** | | | **$140,940.26** |

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Thursday, November 13, 2025 4:45 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

We continue to have some questions about the 2025 estimated taxes but share your goal of getting this issue behind us. If we release the $30K you're requesting for the 2025 estimated state tax payment, would you then be able and willing to provide documentation that the money was sent to the taxing authority? Also, will you agree to notify us within a week of Mr. Blumkin receiving his 2024 refund, giving us the account where it will be deposited? If you can provide those assurances, I anticipate that we'll be able to approve the disbursement.

Also, we received the letter you sent Tuesday. We need to coordinate with several offices, but we expect to respond early next week.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, November 12, 2025 4:24 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

His return says he will get a refund of $17,929 – which will be deposited into a frozen account when he receives it. That can take months.



Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>

**Sent:** Wednesday, November 12, 2025 4:12 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Thank you for your email. Your screenshot shows Mr. Blumkin owed $120,694 in 2024 NYS taxes, but it does not show the line with his refund. In April 2025, you provided an extension voucher for Mr. Blumkin's 2024 NYS taxes (Form IT-370). It required payment of $145,000. Plaintiffs unfroze money so Mr. Blumkin could pay the 2024 NYS taxes. That leads us to infer that when he filed his NYS taxes on or around October 15, 2025, he was refunded at least $24,306. Did Mr. Blumkin get a refund on his 2024 NYS taxes? If so, what was the amount of his refund?

Earlier this year, you provided proof of Mr. Blumkin's 2023 NYS refund. Mr. Blumkin then used the 2023 refund toward his 2024 tax bill. Our current request for information is consistent with how last year's tax bills were handled.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Friday, November 7, 2025 8:08 AM
**To:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Vanessa,

1. Thank you for approving those expenses.

2. Mr. Blumkin doesn't have access to his IRA. He's not old enough, and you're missing reading the tax return. Item 4a reflects that Mr. Blumkin rolled over an IRA in 2024, and item 4b shows there is no taxable income.

3. As I've told you before, the New York 2025 tax estimate was based on the 2024 New York tax liability of $120,694 (reflected below). Mr. Blumkin's accountant calculated his 2025 tax estimate by dividing the 2024 New York tax liability (roughly $120,000) into quarters, which is why $30,000 is due in Q3. There is nothing more to it.

   That 2024 tax liability amount is driven by the phantom income from Mr. Blumkin's real estate investments, which are taxable on the New York state level and not the federal level. (Mr. Sasson and Mr. Behar don't have that issue because they live in Florida.) Mr. Blumkin had phantom income of $1,662,798. On his New York return, he therefore had taxable income of $1,871,418, but on his federal return he had taxable income of $263,105 (reflected below).

| | | | | |
|---|---|---|---|---|
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | 9 | 1,895,096. |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 5,720. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11 | 1,889,376. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 1,626,126. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | 145. |
| 14 | Add lines 12 and 13 | | 14 | 1,626,271. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | 15 | 263,105. |

4. Your requests for more information exceed what is required by the PI order, reflect a misunderstanding of Mr. Blumkin's returns, and are more than were required in the past. As I've said before, I've been nothing but straight with you about Mr. Blumkin's assets and income; these continued questions are excessive and a waste of time. He just wants to pay his taxes to the governments you work for; they are now late and he will be paying penalties and interest as a result.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>
**Sent:** Thursday, November 6, 2025 12:43 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

Thank you for providing Mr. Blumkin's 2024 tax return.

We will agree to unfreeze $1,170.18 for Mr. Blumkin's medical bills and $3,474 for his federal taxes. As you know, Mr. Blumkin's 2024 tax return shows a large amount of income from an IRA; we were not aware that he was drawing money from a retirement account. Please send (a) all schedules for his 2024 federal tax return, (b) a list of all accounts Mr. Blumkin has held at Fidelity at any time from January 2024 to the present (whether or not you believe the accounts to be exempt), and (c) a list of all IRAs Mr. Blumkin held at any time from January 2024 to the present, along with the financial institution where they were held.

In order to assess Mr. Blumkin's request to unfreeze $30,000 for his state taxes, we still need more information. Please see Lindsey's email below, sent October 22 at 12:05 pm, and please provide the documentation she requested. We need to understand how this amount was calculated for his estimated taxes, including the transactions and income that created this tax liability.

Best regards,
Vanessa

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Friday, October 31, 2025 12:53 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan,

Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>

**Subject:** Re: Daniel Blumkin

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

On the phone you acknowledged that the PI order doesn't entitle you to my client's tax returns. That is because they are protected by federal law. You also took the position that you aren't required to approve the release of funds to pay taxes under the PI order. I have no idea what that even means. Your newly stated concern is that Mr. Blumkin has other income? He doesn't. That's why he applies for his allowance and I waste hours following up. As to the tax refund from last year, I told you about it and explained the error to you. At a certain point this game has to stop. You won't let a defendant pay his taxes. You want his tax returns for some improper purpose. That's what this is. I reserve the right to raise this with the Court, who understands the dynamic that is at play.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

---

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Friday, October 31, 2025 12:22:28 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Josh,

I cannot control the bank's employees. However, yesterday afternoon I spoke with the gentleman who received my request on Monday. My understanding is that the bank is working on it. Plaintiffs expect Mr. Blumkin should have the money in short order.

Plaintiffs' request for documentation in connection with Mr. Blumkin's request that Plaintiffs consent to unfreeze additional funds does not violate the Court's preliminary injunction or its related orders. Mr. Blumkin received a very large 2023 tax refund. You reported that refund to us (with documentation) in April 2025, and it was credited toward what we agreed to unfreeze for his 2024 estimated taxes. If Mr. Blumkin received a 2024 tax refund when he filed earlier this month or has been earning other income, that information is similarly relevant to his request to unfreeze money for his 2025 estimated taxes. And your explanation for the $30,000 quarterly estimated tax payment does not match the 2-page voucher you provided, so we've requested further documentation. This is consistent with the approach we have taken to similar requests by other defendants, who have provided the requested tax returns and other related documents in support of their requests. If Mr. Blumkin is concerned about being late with his tax payment, he can provide the information we've requested so we can assess his request promptly. We have not refused anything.

Lindsey

---

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Thursday, October 30, 2025 6:12 PM

**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

Mr. Blumkin still does not have access to his allowance.  Please correct this.

I'm not going to debate you, but you're refusing to let Mr. Blumkin pay his taxes.  You have the information you asked for, and now you want information that you admitted you aren't entitled to. ███████████████████████████████████████
███████████████████████████████████  As I've said repeatedly, the way the CFPB uses the allowance process is outrageous and in violation of the Court's order.  Mr. Blumkin isn't asking to buy a car.  He's asking to write checks to NY State and the federal government.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com  |  LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 29, 2025 1:03 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Buchko, Vanessa (CFPB) <Vanessa.Buchko@cfpb.gov>; Mastman, Michael (CFPB) <Michael.Mastman@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

I sent the request to unfreeze Mr. Blumkin's November allowance on Monday, October 27th. If he doesn't have access to the funds by the end of today, please let me know and I am happy to reach back out to the bank tomorrow.

CFPB has not refused to unfreeze assets for Mr. Blumkin's taxes. We are just requesting documentation in support of the request.

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Wednesday, October 29, 2025 11:27 AM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>

**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

I don't agree with the approach the CFPB is taking.  Indeed, it's ridiculous that you won't unfreeze assets so Danny can pay his taxes. You are wasting Mr. Blumkin's assets by forcing him to pay penalties because the CFPB doesn't understand how phantom income is taxed and estimated taxes work.  It's also ridiculous that you change the rules because of the turnover of the CFPB, where your institutional knowledge of Mr. Blumkin's assets and taxes apparently has been lost.

More generally, you still haven't unfrozen his allowance for November.  Please confirm it's been done.

Best,
Josh


Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303  |  M: +1 (212) 970 2700
E:  joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Wednesday, October 22, 2025 12:05 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

Hi Josh,

We continue to have several questions regarding your requests, particularly since the explanation in your email does not adequately document his tax liability. You say that $30,000 is 1/4 of what he will owe for his 2025 taxes, but the voucher shows $0 due for three of the four quarters. Second, I see in our records that he received a refund of $140,000 for his 2023 NYS taxes and used that refund to cover much of his 2024 NYS estimated taxes. Please provide his 2024 tax returns so we can assess what, if anything, he was refunded.

We also need some documentation of the various income sources that created the tax liabilities your email lists:

1. Documentation of the $1.6 million in interest income from Birds. Please provide the 1099 he received and a statement from the account that holds that income (or the institution and last 4 of the account number, if he does not have access to the statement)
2. Documentation of the $231,000 in capital gains. Please provide the 1099 he received.
3. Documentation of the $20,000 in dividends. Please provide the 1099 he received.
4. Documentation of all other income Mr. Blumkin received in 2024, including all 1099s and W2s.

We agree to unfreeze $33,000 for his November expenses, and will do so before the end of the month.

Thank you,

Lindsey

**From:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Sent:** Monday, October 20, 2025 3:13 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd

<Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** RE: Daniel Blumkin

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Revised below – to correct the dates.

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice law in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal

**From:** Joshua A. Naftalis
**Sent:** Monday, October 20, 2025 1:50 PM
**To:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>; Lewis W. Beilin <Lewis.Beilin@wisdoj.gov>
**Cc:** Morgan A Rose <Morgan.Rose@wisdoj.gov>; Genevieve Rados <Genevieve.Rados@ag.ny.gov>; Christopher Boyd <Christopher.Boyd@ag.ny.gov>; Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Morris, Deborah (CFPB) <Deborah.Morris@cfpb.gov>; Salemi, Michael (CFPB) <Michael.Salemi@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>
**Subject:** Daniel Blumkin

All,

Following up on my conversation with Lindsey:

1.      Mr. Blumkin requested **$3,474** to pay the remainder of his 2024 federal taxes.  This number was arrived at as follows:  Mr. Blumkin's federal tax for 2024 is driven by investment income; he had taxable income of ~$263,000, of which ~$231,000 was capital gains and $20,000 was dividends.  (Mr. Blumkin also had $1.6 million of interest income from Birds, which he can deduct as an itemized deduction, effectively making that interest income from Birds not taxed at the federal level.)  As a result, Mr. Blumkin owed $39,174 in federal tax for 2024, plus $1,657 in penalties and interest.  Mr. Blumkin paid $35,000 in estimate taxes earlier this year.  The amount owed ($3,474) is what is owed after that estimated tax and any withholdings are applied.

2.      Mr. Blumkin requested **$30,000** to pay his estimated taxes New York taxes for 2025.  For New York State tax purposes, Mr. Blumkin cannot itemize deductions, as he did on his federal return.  As a result, Mr. Blumkin's paid $120,964 in New York State taxed in 2024.  Mr. Blumkin's accountant came up with the $30,000 2025 estimated tax figure based on this 2024 calculation – it's about 1/4 of the amount owed.

3.      Mr. Blumkin also requests **$33,000** for his November allowance.

Thanks,
Josh

Exhibit P

| From: | Joshua A. Naftalis |
|---|---|
| To: | Siegel, Lindsey (CFPB) |
| Cc: | Schunk, Jacob (CFPB); Wilson, Doug (CFPB); Ray, Calli (CFPB); Caprio, Nicole (CFPB); Belsan, Timothy (CFPB); Beilin, Lewis W.; Rados, Genevieve; Boyd, Christopher |
| Subject: | RE: Daniel Blumkin car payments |
| Date: | Friday, March 6, 2026 10:28:23 AM |
| Attachments: | image876820.png |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Lindsey,

I'm not clear why you are asking these questions now. The CFPB has never questioned Mr. Blumkin's specific living expenses; indeed, in August 2025, Lewis Beilin offered to increase his monthly allowance above $33,000. After the CFPB unilaterally cut Mr. Blumkin's living expenses by 59%, we tried to engage with you about his living expenses at the November 2025 meet and confer; you declined to do so.

In any event, because the CFPB refused to release funds for Mr. Blumkin to pay for heating oil, water, and medical expenses over the last year, Mr. Blumkin has tried to otherwise reduce his expenses, including by getting rid of one car, cutting back on childcare, and the like. My understanding is that Mr. Blumkin's car payments are now around $1,327 because he did not renew the lease on a car (a Mercedes Benz). It should go without saying that many other expenses have of course gone up since 2024, when he filled out his budget.

Best,
Josh

Joshua A. Naftalis
Partner

PALLAS

T: +1 (212) 970 2303 | M: +1 (212) 970 2700
E: joshua.naftalis@pallasllp.com
75 Rockefeller Plaza, New York, NY 10019
pallasllp.com | LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 110 Bishopsgate, London, EC2N 4AY. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.

**From:** Siegel, Lindsey (CFPB) <Lindsey.Siegel@cfpb.gov>
**Sent:** Monday, March 2, 2026 2:44 PM
**To:** Joshua A. Naftalis <Joshua.Naftalis@pallasllp.com>
**Cc:** Schunk, Jacob (CFPB) <Jacob.Schunk@cfpb.gov>; Wilson, Doug (CFPB) <Jack.Wilson@cfpb.gov>; Ray, Calli (CFPB) <Leah.Ray@cfpb.gov>; Caprio, Nicole (CFPB) <Nicole.Caprio@cfpb.gov>; Belsan, Timothy (CFPB) <Timothy.Belsan@cfpb.gov>; Beilin, Lewis W. <lewis.beilin@wisdoj.gov>; Rados, Genevieve <genevieve.rados@ag.ny.gov>; Boyd, Christopher <christopher.boyd@ag.ny.gov>
**Subject:** Daniel Blumkin car payments

Josh,

Can you please let us know by no later than Thursday whether your client is continuing to make the car payments identified in his monthly budget? If he no longer is making any of those payments, please let us know when he stopped.

Thank you,

Lindsey

Lindsey Siegel
Senior Litigation Counsel | Enforcement Division
Mobile: (202) 407-0498

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.