UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (f/k/a STRATEGIC FINANCIAL SOLUTIONS, LLC), et al., <br><br> Defendants, and <br><br> STRATEGIC ESOP, et al., <br><br> Relief Defendants. | Case No.: 1:24-cv-40 EAW-MJR |

## DECLARATION OF TIMOTHY HANSON

I, Timothy Hanson, state that the following is true and correct:

1. I am an employee of the Consumer Financial Protection Bureau (Bureau). I am a Forensic Accountant working in the Enforcement Division. As an employee of the Bureau, my current duties include conducting financial and data analysis as evidence for investigations and litigation. I have been an employee of the Bureau since December 16, 2012. I received a Bachelor's of Business Administration in accounting from James Madison University in 2000.

2. As part of my job, I research and investigate persons and entities that may be violating the Consumer Financial Protection Act and other statutes enforced by the Bureau. I was assigned to work on this matter.

3. As part of my work on this matter, I reviewed a Transunion Credit Report for Daniel Blumkin dated March 3, 2026, and multiple financial institutions' records relating to Daniel Blumkin, including those held by JPMorgan Chase Bank, N.A.; Fidelity Bank, N.A.;

Flagstar Bank; and American Express.

## JPMorgan Chase

4. Based on my review, JPMorgan Chase records spanning January 2024 to January 2026 show that Daniel Blumkin made the following transactions:

    a. $2,042.16 paid to A-1 Atlantic Tree Spraying;

    b. $10,666.04 paid to Jesus Gomez landscaping;

    c. $5,442.00 paid to various online sports betting companies;

    d. $6,518.17 paid to various collectible card companies;

    e. $6,061.72 paid to JB Pool Service; and

    f. $202,400.25 paid to American Express.

## Fidelity Bank

5. Based on my review, Fidelity Bank records spanning from July 2024, when the accounts were opened, to January 2026 show that Daniel Blumkin made the following transactions:

    a. $3,063.88 paid to A-1 Atlantic Tree Spraying;

    b. $11,410.47 paid to Jesus Gomez landscaping;

    c. $8,868.00 paid to various online sports betting companies;

    d. $1,970.58 paid to various collectible card companies;

    e. $4,574.11 paid to JB Pool Service; and

    f. $205,839.58 paid to American Express.

6. Fidelity Bank records show that on July 22, 2024, Daniel Blumkin received a wire transfer of $67,715.

## Flagstar

7. Flagstar Bank records show that on July 22, 2024, an account owned by Birds

Investments, Inc. transferred $67,715 to an account co-owned by Daniel Blumkin and his wife, Jillian Nichols – the same Fidelity account described above.

### American Express

8. Based on my review, American Express credit card records spanning January 2024 to January 2026 show that Daniel Blumkin made the following transactions:

    a. $2,587.52 paid to various online sports betting companies;

    b. $65,620.32 paid to various collectible card companies;

    c. $30,192.50 paid to Ebay auction site; and

    d. $10,185.79 paid to Prestige Lawn Care.

### Transunion

9. My review of Daniel Blumkin's Transunion credit report shows that he made monthly loan payments to TD Auto Finance through February 2025. In March 2025, he paid a lump sum of $34,455, after which he made no other payments. The account is listed as "paid, closed," which indicates to me that the lump sum paid off the balance of the loan in March 2025.

10. My review of Daniel Blumkin's Transunion credit report shows that he made monthly lease payments to Mercedes- Benz Financial Services through September 2024. In October 2024, he paid a lump sum of $69,699. In November, he paid $714, after which he made no other payments. The account is listed as "paid, closed," which indicates to me that the lease ended in November 2024. Blumkin's credit report does not show any other open auto loans or leases.

### Additional Research

11. As part of my work on this matter, I also reviewed summaries of transactions that Plaintiff team members prepared during this litigation. Those summaries show that, between

January 2024 and January 2026, payments to or for Blumkin's benefit total about $1.8 million. This includes regular monthly disbursements averaging more than $30,000 per month and an assortment of other payments. The total of approximately $1.8 million can be further broken down as follows:

  a. Monthly living costs and various extra expenses: $1,057,224.08;

  b. Taxes: $290,474;

  c. Attorneys' fees: $210,000; and

  d. Interest payments for personal loans and capital calls for investments: $242,272.81.

12. I also totaled Blumkin's annual expenses based on the records in the Bureau's possession. My review indicates he spent about $6,000 per year for pool maintenance; $20,600 per year for landscaping contractors; $36,000 per year for collectible cards; and $9,700 per year for gambling. Per year, he also averaged more than $234,000 in credit card charges, which includes some of the landscaping costs, collectible-card expenses, and gambling expenses identified in this paragraph.

13. In total, Blumkin also transferred at least $86,000 to his wife's business. This appeared in a June 2024 JPMorgan bank statement that was part of my review discussed in paragraph 4 above.

14. In addition to regular per-month disbursements, the documents I reviewed also reflected a series of one-off requests from Blumkin totaling about $16,400 for gas bills (including propone), $5,300 for water bills, and $11,600 in landscaping bills. In sum, approximately $159,000 appears to have been disbursed in response to one-off requests. These disbursements are cataloged in the same summaries maintained by members of the litigation

team referenced in paragraph 11.

15. I have reviewed Daniel Blumkin's 2024 Financial Disclosures, which he provided in January 2024. Those disclosures indicate that Blumkin owns a 2015 Jeep Wrangler outright (which he valued at $27,000-$40,000). He also owns a 2020 Lincoln Navigator (which he valued at $50,000 to $75,000), with a loan and monthly payment of $1,389.25. He leases a 2023 Mercedes S500 (no estimate of value provided), with a monthly lease payment of $1,341. Based on the credit report referenced in paragraphs 9-10 above, it appears the loan and lease have been paid and closed.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 6, 2026

TIMOTHY HANSON
Digitally signed by TIMOTHY HANSON
Date: 2026.03.06 15:41:36 -05'00'

Timothy Hanson