UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CONSUMER FINANCIAL PROTECTION,            24-CV-40-EAW-MJR
BUREAU, *et al.,*

              Plaintiffs,            CASE MANAGEMENT ORDER

   -v-


STRATFS, LLC (f/k/a STRATEGIC FINANCIAL
SOLUTIONS, LLC), *et al.,*

              Defendants, and

STRATEGIC ESOP, *et al.,*

              Relief Defendants.

_____


     Pursuant to the Text Order of the District Court referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed.R.Civ.P. ("Rule") 16(b) and Local Rule 16, IT IS **ORDERED** that:

     1.     Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished no later than **7/31/2026**.

     2.     All motions to compel shall be filed no later than **5/31/2027**. If a discovery dispute arises, the movant must advise the undersigned of the dispute and request a conference by submitting a **motion in letter form** (copying opposing counsel) to the Court as soon as possible and no later than the deadline to complete fact discovery.  *See* Rule 16(b)(3)(B)(v).  The letter should be filed electronically in CM/ECF using the "**Motion**" event option (**Civil > Motion > Discovery**) with a notation in the filing caption that the letter pertains to a discovery dispute.  Upon review of the letter, a conference will be scheduled with the parties to attempt to resolve the issue informally.  If the dispute is not resolved informally, the parties will be given the opportunity to file a formal motion.  This informal discovery dispute resolution process is not expedited motion practice.  Therefore, letter submissions should provide a brief overview of the issue with supporting documentation and the parties' positions.  Parties do not waive arguments by failing to raise them in their letter submissions.

3.      All fact discovery shall be completed no later than **7/30/2027**.

4.      The parties shall identify any expert witnesses and produce their reports pursuant to Fed.R.Civ.P. 26(a)(2) as follows:

(a)      plaintiffs shall identify any expert witnesses and produce their reports by **9/30/2027**;

(b)      defendants shall identify any expert witnesses and produce their reports by **10/29/2027**;

(c)      plaintiffs shall identify any rebuttal expert witnesses and produce their reports by **11/30/2027**; and

(d)      defendants shall identify any rebuttal expert witnesses and produce their reports by **12/30/2027.**

5.      All expert depositions shall be completed no later than **3/31/2028.**

6.      Pretrial dispositive motions, if any, shall be filed no later than **6/30/2028**.  Such motions shall be made returnable before the undersigned.

7.      If no pretrial dispositive motions are filed, the parties shall contact the chambers of Judge Wolford by **7/7/2028** to set a date for trial.

8.      The parties have previously engaged in extensive settlement discussions and have participated in a number of settlement conferences with the undersigned. Therefore, this case is exempt from the requirements of the Court's Alternative Dispute Resolution ("ADR") Plan.

9.      This order shall not apply to any parties who have filed motions to dismiss which are currently pending before the District Court. To the extent necessary, the Court will issue an amended Case Management Order upon resolution of the pending motions to dismiss.

**No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension.  The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party".  *Parker v. Columbia Pictures Industries*, 204 F.3d 326, 340 (2d Cir. 2000).**

**SO ORDERED**.


DATED:        April 22, 2026
              Buffalo, New York


                              /s/ Michael J. Roemer
                              MICHAEL J. ROEMER
                              United States Magistrate Judge