Consumer Financial Protection Bureau

1700 G Street NW, Washington, D.C. 20552

Via CM/ECF

June 23, 2026

Hon. Michael J. Roemer
United States District Court
2 Niagara Square
Buffalo, NY 14202

Re: Case No. 24-cv-40, *CFPB, et al. v. StratFS, LLC, et al.*

Dear Judge Roemer,

Plaintiff CFPB writes on behalf of all Plaintiffs in response to Mr. Photiadis's June 22, 2026, request for an immediate conference (Dkt. 885) regarding Plaintiffs' Notice to Reimpose Asset Freeze (Dkt. 876). Plaintiffs believe an immediate conference is premature.

Although Plaintiffs dispute many of the factual and legal claims in the letter, Plaintiffs believe a meet and confer with Defendants' counsel may be productive. Plaintiffs agreed to meet with Defendants' counsel the next business day after receiving Mr. Photiadis's June 18, 2026, letter (Dkt. 885-1), and counsel are scheduled to meet today, June 23, 2026, at 2:00 P.M.

Plaintiffs believe any conference would be most productive after the parties have had an opportunity to meet and confer and the Court has had the opportunity to read the briefs on this issue that the Court ordered in its June 16, 2026, Scheduling Notice.

Respectfully,

Lindsey M. Siegel
Enforcement Attorney