**Consumer Financial Protection Bureau**

445 12th Street SW, Washington, D.C. 20024

Via CM/ECF

August 4, 2026

Hon. Michael J. Roemer
United States District Court
2 Niagara Square
Buffalo, NY 14202

Re: Case No. 24-cv-40, *CFPB, et al. v. StratFS LLC, et al.*

Dear Judge Roemer,

The CFPB submits this joint request for an extension of response and reply deadlines for two pending motions. This is the third such request in connection with these motions.

On June 16, 2026, the Court issued a Scheduling Notice establishing June 23, 2026, as the deadline for any responses to the Receiver's Motion to Add New Receivership Defendants (Dkt. 877), and June 30, 2026, as the deadline for any replies. Defendants Ryan Sasson and Ian Behar, along with 17 additional entities, filed their response and a Cross Motion to Modify the Preliminary Injunction on June 23, 2026 (Dkt. 895-17). On that same day Defendant Daniel Blumkin filed a separate response (Dkt. 896).

On June 25, 2026, the parties jointly requested a 14-day extension, Dkt. 899, which the Court granted by text order on June 29, 2026, Dkt. 902, making July 14, 2026, the deadline for any reply to the Receiver's motion and July 21, 2026, the deadline for any response to the cross motion. On July 13, 2026, the parties jointly requested an additional 21-day extension, Dkt. 904, which the Court granted by text order on July 20, 2026, Dkt. 906, making August 4, 2026, the deadline for any reply to the Receiver's motion and August 11, 2026, the deadline for any response to the cross motion.

The Receiver, Plaintiffs, and Defendants who have appeared in connection with these filings (Mr. Behar, Mr. Sasson, and Mr. Blumkin) jointly request that the pending deadlines be extended an additional 21 days to allow for continued discussions on a potential resolution to the issues identified in these motions. Should the Court grant this request, the deadline for any replies in support of the Receiver's Motion to Add New Receivership Defendants would be August 25, 2026, and any responses to Defendants' cross motion would be due on September 1, 2026.

Respectfully,

Lindsey M. Siegel
Senior Litigation Counsel
Consumer Financial Protection Bureau

**consumerfinance.gov**