PERSONIUS MELBER LLP
ATTORNEYS AT LAW
2100 MAIN PLACE TOWER
350 MAIN STREET
BUFFALO, NEW YORK 14202-3750
TELEPHONE (716) 855-1050 FAX (716) 855-1052
WWW.PERSONIUSMELBER.COM

RODNEY O. PERSONIUS
PARTNER

rop@personiusmelber.com

November 13, 2026

***Via CM-ECF***
Hon. Elizabeth A. Wolford
Chief United States District Judge
United States District Court
100 State Street
Rochester, NY 14614

**Re:** ***CFPB, et al. v. StratFS, LLC, et al.***
**Case No. 1:24-cv-00040-EAW-MJR (W.D.N.Y.)**
**Our File No. 1575.01**

Dear Chief Judge Wolford:

On October 15, 2026, the Court issued a Text Order (Dkt. No. 943) granting a letter motion (Dkt. No. 942) requesting an adjustment to the schedule for filings associated with the response by Jason Blust and Litigation Defense Strategies, and reply by the Receiver, in connection with a contempt hearing conducted on June 29, 2026. The stated purpose for extending these filing deadlines was to provide the parties with an opportunity to pursue meaningful negotiations to resolve the contempt issue underlying the June 29, 2026 hearing.

Since that time, the parties have engaged in productive discussions that are now at the point of wordsmithing a proposed Order to be submitted to the Court for review and approval. As the extended Blust/Litigation Defense Strategies filing deadline is next week, we submit this letter motion seeking a further extension of these deadlines. To ensure sufficient time is allocated to complete this process, the parties jointly request that the deadline for the Blust/Litigation Defense Strategies submission be extended to December 17, 2026 and the deadline for the Receiver's reply to December 31, 2026.

Respectfully yours,

*Rodney O. Personius*
Rodney O. Personius

ROP/se